**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TRIDINETWORKS, LTD.,<br> Plaintiff,<br>v.<br>NXP-USA, INC. and NXP B.V.,<br> Defendants. | C.A. No. 19-1062-CFC-CJB |
| TRIDINETWORKS, LTD.,<br> Plaintiff,<br>v.<br>SIGNIFY NORTH AMERICA<br>CORPORATION and SIGNIFY<br>NETHERLANDS B.V.,<br> Defendants. | C.A. No. 19-1063-CFC-CJB |
| TRIDINETWORKS, LTD.,<br> Plaintiff,<br>v.<br>STMICROELECTRONICS, INC.,<br>STMICROELECTRONICS<br>INTERNATIONAL N.V.,<br>and DOE-1 d/b/a<br>"STMICROELECTRONICS",<br> Defendants. | C.A. No. 19-1064-CFC-CJB |

**DECLARATION OF RONALD ABRAMSON**

RONALD ABRAMSON declares as follows under penalty of perjury:

1.      I am one of the attorneys for plaintiff TridiNetworks Ltd.

"TriDiNetworks").

2.      I am over eighteen years of age and am fully competent to make this declaration. I make this declaration in support of Plaintiff's Statement of Disputed Facts in Opposition to the Defendants' Motions for Summary Judgment.

3.      Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 8,437,276, with relevant portions highlighted.

4.      Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Anthony G. Rowe, dated December 4, 2020, including Exhibits A–H, with relevant portions highlighted.

5.      Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Anthony G. Rowe, dated January 28, 2021, with relevant portions highlighted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 12, 2021                    */Ronald Abramson/*

                                         RONALD ABRAMSON
                                         Liston Abramson LLP
                                         405 Lexinton Avenue, 46 FL
                                         New York, NY 10174
                                         (212) 257-1630
                                         docket@listonabramson.com

                                         *Attorneys for Plaintiff TriDiNetworks*
                                         *Ltd.*

# Exhibit 1

US008437276B2

(12) **United States Patent**　　(10) **Patent No.:**　　**US 8,437,276 B2**
Dinur　　(45) **Date of Patent:**　　**May 7, 2013**

(54) **CONTROL SYSTEMS, COMMISSIONING TOOLS, CONFIGURATION ADAPTERS AND METHOD FOR WIRELESS AND WIRED NETWORKS DESIGN, INSTALLATION AND AUTOMATIC FORMATION**

(75) Inventor: **Jehuda Julian Dinur**, Haifa (IL)

(73) Assignee: **Tridinetworks Ltd.**, Nesber (IL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 119 days.

(21) Appl. No.: **12/680,383**

(22) PCT Filed: **Nov. 19, 2008**

(86) PCT No.: **PCT/IL2008/001517**

§ 371 (c)(1),
(2), (4) Date: **Mar. 26, 2010**

(87) PCT Pub. No.: **WO2009/069118**

PCT Pub. Date: **Jun. 4, 2009**

(65) **Prior Publication Data**

US 2011/0007665 A1　　Jan. 13, 2011

**Related U.S. Application Data**

(60) Provisional application No. 61/004,794, filed on Nov. 29, 2007.

(51) **Int. Cl.**
*H04B 7/00*　　(2006.01)
*H04W 40/00*　　(2009.01)
*G06F 15/173*　　(2006.01)

(52) **U.S. Cl.**
USPC ............ **370/254**; 370/310; 455/446; 709/223

(58) **Field of Classification Search** .......... 370/252–254, 370/310–343; 455/352–423; 340/517–541; 709/223–229
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,653,933 B2　11/2003　Raschke et al.
6,831,569 B2　12/2004　Wang et al.

(Continued)

FOREIGN PATENT DOCUMENTS

EP　　1 009 139　　6/2000
EP　　1 521 401　　4/2005

(Continued)

OTHER PUBLICATIONS

Knauth et al., "SARBAU—An IP-Fieldbus Based Building Automation Network", Emerging Technologies and Factory Automation, 2008, ETFA 2008, IEEE International Conference on, IEEE, Piscataway, NJ, USA, Sep. 15, 2008, pp. 13-16.

(Continued)

*Primary Examiner* — Man Phan

(74) *Attorney, Agent, or Firm* — Pearl Cohen Zedek Latzer, LLP

(57)　　**ABSTRACT**

Design and control systems, commissioning tools, configuration adapters and a method for wireless and wired networks design, installation and automatic formation, including binding of the networks devices are provided. In the design system a scheme that uniquely identifies each network device by its type and its physical location is created and information for logical binding between the devices is prepared. In the design system is also created a device mapping that maps between the devices on the scheme and their network configuration data such as, radio IDs and startup attribute sets and wired communication link address. The data prepared in the design system is transferred to or accessed by a master controller and dedicated commissioning tools in the control system. According to devices' physical locations, appropriate configuration data is loaded from the commissioning tools into the devices through dedicated configuration adapters. The devices and their configuration adapters not necessarily have to be powered-up during configuration data loading. After power-up, the devices automatically update themselves with the loaded configuration data and the control system may initialize itself and identifies all the devices. The master controller in the control system uses the design system defined binding information and transmits binding commands for creating logical links between the devices and so networks may be automatically formed.

**25 Claims, 15 Drawing Sheets**



## US 8,437,276 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,859,644 | B2 * | 2/2005 | Wang ........................ 455/159.2 |
| 7,032,018 | B2 | 4/2006 | Lee et al. |
| 7,124,101 | B1 | 10/2006 | Mikurak |
| 7,126,291 | B2 | 10/2006 | Kruse et al. |
| 7,184,770 | B1 * | 2/2007 | Narasimhan et al. ......... 455/446 |
| 7,211,968 | B2 * | 5/2007 | Adamson et ................. 315/295 |
| 7,400,594 | B2 * | 7/2008 | Pereira et al. ................ 370/310 |
| 7,681,231 | B2 * | 3/2010 | Combs et al. ................... 726/5 |
| 7,917,232 | B2 * | 3/2011 | McCoy et al. ................. 700/17 |
| 8,023,440 | B2 * | 9/2011 | Nass et al. ................... 370/310 |
| 8,040,815 | B2 * | 10/2011 | Silk et al. ...................... 370/252 |
| 8,055,386 | B2 * | 11/2011 | McCoy et al. ............... 700/276 |
| 8,144,622 | B2 * | 3/2012 | Shepard et al. .............. 370/254 |
| 2002/0013723 | A1 | 1/2002 | Mise |
| 2003/0217186 | A1 | 11/2003 | Bushey |
| 2004/0111501 | A1 | 6/2004 | Lee et al. |
| 2005/0152294 | A1 | 7/2005 | Yu et al. |
| 2005/0165919 | A1 * | 7/2005 | Qian et al. ................... 709/223 |
| 2005/0201393 | A1 | 9/2005 | Hatayama et al. |
| 2005/0249169 | A1 | 11/2005 | Fong |
| 2006/0044152 | A1 | 3/2006 | Wang |
| 2006/0250980 | A1 | 11/2006 | Pereira et al. |
| 2006/0282885 | A1 | 12/2006 | Combs et al. |
| 2007/0054616 | A1 | 3/2007 | Culbert |
| 2007/0232288 | A1 * | 10/2007 | McFarland et al. .......... 455/423 |
| 2007/0233323 | A1 * | 10/2007 | Wiemeyer et al. ............ 700/276 |
| 2008/0056722 | A1 * | 3/2008 | Hendrix et al. .............. 398/108 |
| 2008/0057872 | A1 * | 3/2008 | McFarland et al. .......... 455/66.1 |
| 2008/0125873 | A1 | 5/2008 | Payne et al. |
| 2009/0276547 | A1 | 11/2009 | Rosenblatt et al. |
| 2010/0081375 | A1 | 4/2010 | Rosenblatt et al. |
| 2010/0082784 | A1 | 4/2010 | Rosenblatt et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 00/51291 | 8/2000 |
| WO | WO 02/098060 | 12/2002 |
| WO | WO 2005/048042 | 5/2005 |
| WO | WO 2007/036886 | 4/2007 |
| WO | WO 2007/114035 | 10/2007 |

### OTHER PUBLICATIONS

Supplementary European Search Report for Application No. EP 08 85 5279 mailed Feb. 4, 2011.

PN512—NFC Transmission Module (Manufactured by NXP Corporation), Rev. 3.3, Jun. 13, 2007, pp. 1-23.

P531x072/P531x036 (V0P/V0Q)—JCOP31 V2.3.1 on Secure Dual Interface PKI Smart Card Controller (Manufactured by NXP Corporation), Rev. 2.0, Aug. 28, 2007, pp. 1-25.

International Search Report and Written Opinion for International Application No. PCT/IL08/01517 mailed Mar. 25, 2009.

* cited by examiner



Fig. 1



Fig. 2



Fig. 3



Fig. 4

Fig. 5



Fig. 6



Fig. 7



Fig. 8



Fig. 9



Fig. 10



Fig. 11



Fig. 12



Fig. 13



Fig. 14



Fig. 15



Fig. 16



Fig. 17

US 8,437,276 B2

**1**

CONTROL SYSTEMS, COMMISSIONING
TOOLS, CONFIGURATION ADAPTERS AND
METHOD FOR WIRELESS AND WIRED
NETWORKS DESIGN, INSTALLATION AND
AUTOMATIC FORMATION

CROSS-REFERENCE TO RELATED
APPLICATIONS

This application is a National Phase Application of PCT
International Application No. PCT/IL2008/001517, International Filing Date Nov. 19, 2008, claiming priority of U.S.
Provisional Patent Application, 61/004,794, filed Nov. 29,
2007, which is incorporated herein by reference.

REFERENCE TO CROSS-RELATED
APPLICATION

This application claims priority from U.S. Provisional
Application No. 61/004,794, filed on Nov. 29, 2007, herein
incorporated by reference in its entirety.

FIELD OF THE INVENTION

The present invention relates to a new and improved
method for wireless and wired networks design, installation
and automatic formation including binding of the networks
devices by creating logical links between two or more
devices.

BACKGROUND OF THE INVENTION

Wireless control of networks provides the capability of
remotely controlling and monitoring devices in many areas
such as home and commercial automation, industrial automation, lighting, and heating, ventilation and air conditioning
(HVAC) control.

Wireless control networks are attractive for deployment of
advanced control systems because they save the cost of
cabling, labor, materials, testing and verification of the wiring
and installation. However the installation, configuration of
parameters for binding of the wireless devices requires highly
skilled professionals, special equipment and complicated
manual procedures.

As an example, the standard manual pairing/binding procedure of a light switch and a lamp (after the devices are
installed and the network parameters are loaded) is:

Entering the switch's set up mode by pressing a specific
push button and having a set amount of time to connect a lamp
by pressing and holding an activation button on the lamp. This
is a time consuming procedure that is prone to errors and is
suitable only for small-scale installations.

Installing a wireless control network requires several main
procedures to be performed on each wireless device after the
network scheme, parameters, and activation are defined.
These main procedures are:

1. Entering a unique ID (UID) such as a unique radio ID.
2. Entering a startup attribute set (SAS) such as a personal
   area network (PAN) ID of the network.
3. Identifying (connecting) the physical location of the
   device with its UID and its logical location and function
   on the network scheme.
4. Pairing/binding of controlling devices and sensors.

This installation challenge is increased when a large quantity of sensing devices needs to be paired to corresponding
controlling devices.

**2**

There have been several attempts to solve these problems
which are described in the following paragraphs. Most of
them are time consuming and require expensive equipment
and highly qualified personnel.

Culbert describes a RFID network arrangement, which is a
system for automatic configuration and authentication of network devices in U.S. patent application Ser. No. 11/220,205
(2005), whose disclosures are incorporated herein by reference.

Culbert does not solve the problem of locating wireless
devices and performing post installation configuration tasks.
At installation time the devices are given "various communication setup and security parameters" from the base station.
These parameters are configured by the user or by the factory.

Culbert does not specify how this information is stored in
the base station, and specifically does not mention how
devices are distinguished from one another.

Wang describes an initialization of wireless-controlled
lighting systems in U.S. Pat. No. 6,859,644 (2005).

Device initialization according to Wang is a complex post-installation process. After devices are installed, there is a
complex phase of initialization in which each device transmits a request for initialization and a local control master
responds and verifies initialization. This process requires
devices to be turned on, which consumes energy (critical for
battery operated devices). In addition, in case there are many
devices in the network, the process of initializing all the
devices is time consuming.

Pereira describes a method and system for automated distributed pairing of wireless nodes of a communication network in U.S. patent application Ser. No. 11/120,799 (2005),
whose disclosures are incorporated herein by reference.

Pereira uses a context manager node to determine location
of devices and enable automated distributed pairing.

The technology used to determine location of devices is
expensive and the algorithms are complex for a network
where devices are mostly static. Furthermore, the user usually
determines which nodes should be paired. The process of
determining which nodes should be paired cannot be automated.

Combs describes a method to wirelessly configure a wireless device for wireless communication over a secure wireless
network in U.S. patent application Ser. No. 11/150,376
(2005), whose disclosures are incorporated herein by reference.

The method according to Combs contains two phases of
configuration. In the first phase devices are configured so they
can communicate securely with the administrator. This phase
can either be done by the manufacturer, or at the customer's
site. The second phase takes place over a secure channel and
configures devices so they can join the secure network. The
method according to Combs requires pre-configuring the
devices and bringing them close to an administrator (such as
PC), requires software manipulation, is time consuming and
is suitable only for small networks (such as networks of
printers).

Kruse describes an independent radio frequency programming device and method for the automation of the setup
process for a lighting system with lighting control devices and
master controllers in U.S. Pat. No. 7,126,291 B2, whose
disclosures are incorporated herein by reference.

In the method, according to Kruse, it is assumed that before
the setup programming the system is powered-up and the
devices are identified by the master controller. The programming device eavesdrops on the messaging traffic between the
master controller and each device and is capable of automatically programming each one of the devices. Kruse doesn't

US 8,437,276 B2

**3**

mention how the devices are identified by the master controller. The pairing/binding and device locations are not mentioned.

There is a need for a simple automated method and system for initialization, location and binding of devices in large wireless networks.

SUMMARY OF THE INVENTION

The prior arts do not teach or suggest a simple automated method and system for initialization, location and binding of wireless and wired devices in large communication networks.

Design and control systems, commissioning tools, configuration adapters and a method according to the present invention, allow for large wireless and wired networks design, installation and automatic formation including binding of networks devices.

Wireless network devices are devices interconnected by wireless communication links. Wired network devices are devices interconnected by wired communication links. For illustrative purposes, consider an example of a wireless lighting control system for networks that include devices such as wired network lamp ballasts connected to a wireless device, wireless sensors (such as light intensity and presence), wireless switches, a master controller that wirelessly controls the networks through a wireless access point and a commissioning tool (used for operations such as the configuration of devices).

In the design system the networks may be designed, according to the present invention, in two main stages, the architectural and the electrical design stages.

In the architectural design stage, according to the present invention, networks scheme may be created and logical binding information (logical links) between the devices may be prepared. The scheme and the binding information may be created by the architectural designer and may be stored in a standard storage means (such as a database or CD). The networks scheme describes the networks in a human-friendly way and allows to easily locate devices on it. For example, the networks scheme may be a diagram which represents a floor in a building, the rooms on the floor and the physical location of the lamp ballasts and the lighting switches. The networks scheme uniquely identifies each device by its type and its physical location parameters, and combines both sets of parameters to a unique (wired or wireless) logical ID. The type will later be used by the networks installers to select a device from the set of available devices to be physically installed in the location specified by the networks scheme. For example, the type of a device can represent the serial ID of its version that is written on a tag of each device, the location of a device can be in the form of [building name, floor number, room number]. Binding information contains information that will later be used to link devices. It may be prepared using the networks scheme to create logical links between devices. The information contains pairs of devices as identified by the networks scheme. For example, the logical bindings can indicate which switch controls which lamp ballast.

In the electrical design stage, according to the present invention, two device mapping tables that contain configuration data may be formed: wired device mapping for wired devices, and wireless device mapping for wireless devices. The device mappings map between the devices on the networks scheme and their valid configuration data such as radio IDs and startup attribute sets for wireless devices, and wired communication link addresses for wired devices. The mappings may be used to correctly initialize the devices in the

**4**

system. The mappings may also be used in order to locate each logical device described by the predefined scheme on the actual networks to be formed. Locating each device in the network allows to access, bind and reconfigure it using its valid configuration data. The wireless device mapping table may also contain an address translation sub-table. For each wireless device, the address translation sub-table maps the wired communication link address of each connected wired device to its endpoint (addressable component in a wireless device) used by the wireless protocols. The address translation sub-table allows each wireless device to locate and communicate with each attached wired device, providing an indirect communication link between the wireless and wired networks.

The data prepared in the design system may be transferred to or accessed by a master controller in the control system and may be transferred to or accessed by dedicated commissioning tools.

The next stage after the networks design, according to the present invention, may be the networks installation. The installers may locate each device in the mapping table in the commissioning tools according to its physical location and type as defined in the networks scheme. The data from the commissioning tools may be downloaded into the wireless devices through their dedicated configuration adapters. The download may be carried out by contactless technologies (such as RFID/NFC) or by contact technologies (such as 1-Wire). The data may be downloaded into the wired network devices through their dedicated configuration adapters. The download can be carried out in the same way as for the wireless devices or for simple cases, manually (for example, by setting switches). After the device is loaded it is mounted in its physical location as defined in the networks scheme. The devices and the configuration adapters do not necessarily have to be powered-up during configuration data loading.

During the initialization stage, according to the present invention, the networks may be powered-up and initialized. The wireless devices update themselves with the downloaded configuration data. For each wireless device, part of this data may be the address translation sub-table entries, which include the wired communication link address and endpoint (addressable component in a wireless device) of each wired device connected to its wired communication link. The wired communication link address of each wired device is updated according to the address loaded in its configuration adapter.

After the networks are initialized, all the devices are recognized by the master controller. The master controller uses the wireless device mapping and the address translation sub-table in the wireless device mapping to translate the design system prepared binding information to valid binding commands containing valid configuration data: Radio IDs, endpoints, and additional data as required by wireless protocols. The binding commands are transmitted to the wireless devices for creating logical links between different devices and the bindings are automatically formed. The binding information may be downloaded into devices together with the other configuration data if the memory/storage in the configuration adapter is large enough.

According to the present invention there is provided a method of networks design, installation, and formation, the method including the main stages of: (a) starting the networks, design, installation and formation; and (b) designing the networks.

According to further features of the method there is the main stage of: (c) initializing the networks.

According to further features of the method there is the main stage of: (d) forming the networks.

US 8,437,276 B2

**5**

According to other further features of the method there is the main stage of: (d) automatically forming the networks.

According to still further features of the method there is the main stage of: (e) ending the networks design, installation, and formation.

According to further features of the method the main stage of starting the networks design, installation, and formation includes the stage of: (i) providing a design system.

According to further features of the method the main stage of designing the networks includes the stages of: (i) defining at least two devices type and physical locations of the at least two devices; (ii) defining binding links between the at least two devices; (iii) defining a wired device mapping; (iv) defining wireless device mapping; and (v) defining an address translation sub-table for wireless devices.

According to further features of the method the main stage of starting the networks design, installation, and formation includes the stage of: (i) providing a design system.

According to still further features of the method—the main stage of installing the networks includes the stage of: (i) installing at least one wireless device.

According to still further features of the main stage of installing the networks further includes the stages of: (ii) installing at least one wired device.

According to still further features of the method the main stage of automatically forming the networks includes the stages of: (i) initializing the at least one wireless device; (ii) initializing the at least one wired device; and (iii) bindings formation.

According to other further features of the method—the main stage of installing the networks includes the stage of: (i) forming at least one wireless network.

According to still further features of the method the main stage of forming the networks further includes the stages of: (i) initializing at least one wired device; and (ii) bindings formation.

According to the present invention there is provided a method of networks installation and formation, the method including the stages of: (i) installing at least one wireless device.

According to further features of the method further including the stages of: (ii) installing at least one wired device; (iii) initializing the at least one wireless device; (iv) initializing the at least one wired device; and (v) bindings formation.

According to other features of the method the stage of defining a wired device mapping includes the sub-stages of: (A) using a master controller to automatically insert a wired logical ID of at least one wired device to a device mapping; and (B) using the master controller to automatically allocate addresses for the at least one wired device.

According to other features of the method the stage of defining a wireless device mapping includes the sub-stages of: (A) defining a SAS for each of the wireless devices on a networks scheme; (B) using a master controller to automatically start to create a device mapping from a wireless logical ID of each of the wireless devices and its the SAS; (C) using a master controller to initiate a radio ID allocation; (D) using the master controller to allocate a radio ID for each of the wireless logical IDs; and (E) forming an additional address translation sub-table which specifies wired communication link addresses and an endpoint for each of the wired devices attached to each one of the wireless devices.

According to other features of the method the stage of defining an address translation sub-table for wireless devices includes the sub-stages of: (A) using a master controller to initiate address translation sub-table calculation; (B) using the master controller to automatically take a wired logical

**6**

sub-ID and wired communication link address for each wired device from the wired device mapping and fill it in the address translation sub-table; and (C) entering an endpoint identifier.

According to other features of the method the stage of installing at least one wireless devices includes the sub-stages of: (A) physically installing the at least one wireless device according to type and location taken from a networks scheme as it appears on a commissioning tool; (B) marking the physically installed at least one wireless device on the commissioning tool; (C) bringing the commissioning tool into at least proximity of a physically installed configuration adapter of wireless device; and (D) initiating data download from the commissioning tool to the configuration adapter of wireless device using a tool's user interface, wherein there is no need to power-up configuration adapter of the wireless device.

According to other features of the method the stage of installing at least one wired device includes the sub-stages of: (A) physically installing the at least one wired device according to type and location taken from a networks scheme as it appears on a commissioning tool; (B) marking the physically installed at least one wired device on the commissioning tool; (C) bringing into at least proximity the commissioning tool with the at least one installed wired device; and (D) initiating data download from the commissioning tool to the at least one wired device using a tool's user interface, wherein there is no need to power-up the wired device.

According to other features of the method the stage of initializing at least one wireless device including the sub-stages of (A) powering up the at least one wireless device; (B) reading an ID, which is downloaded from a commissioning tool into a configuration adapter of the at least one wireless device; (C) reading address translation sub-table entries, and using the entries to locate and communicate with each attached wired device; (D) providing an indirect communication link between the wireless and wired networks; (E) using the ID as its radio ID; and (F) reading a SAS, which is downloaded from the commissioning tool into the configuration adapter of wireless device, and using the SAS and radio ID to join a designated wireless network.

According to another feature of the method the stage of initializing at least one wired device includes the sub-stages of: (A) powering up the at least one wired device; and (B) reading data, which is downloaded from a commissioning tool into the configuration adapter of the wired device, and using an address for the specific wired communication protocol.

According to another feature of the method the stage of bindings formation includes the sub-stages of: (A) using a master controller to initiate a binding process; (B) reading binding information by the master controller, and using a wireless device mapping and an address translation sub-table in a wireless device mapping in order to translate wired logical IDs of wired devices found in the binding information to radio IDs and endpoints; and (C) transmitting binding commands by the master controller.

According to the present invention there is provided a control system for controlling of wireless and wired networks, the control system including: (a) a wired network, wherein the wired network includes at least one wired device; and (b) a wired communication link, wherein the wired communication link is connecting the at least one wired device in the wired network.

According to further features of the control system, the control system further includes: (c) a wireless device, wherein the wireless device has a wired communication interface for communicating with the wired network through the wired communication link; (d) a wireless network, the wire-

US 8,437,276 B2

7

less network including at least one wireless device; and (e) a wireless communication link, wherein the wireless communication link is interconnecting the at least one wireless devices in the wireless network.

According to further features of the control system, the control system further includes: (f) at least one access point, the access point is connected to at least one network wherein the network is selected from a group consisting of the wired network and the wireless network; (g) a master controller with access to a networks scheme; and (h) at least one configuration adapter with a configuration interface and a device contact interface.

According to further features of the control system, at least one wired device, at least one commissioning tool, the wireless device, and the at least one access point has a configuration adapter for a complementary configuration link, wherein only the configuration adapter of the commissioning tool must be powered-up during a configuration data loading.

According to further features of the control system, the control system further including: (g) a configuration link for downloading configuration data; (h) at least one device contact interface for connecting to each of the at least one wired devices device for reading configuration data; (i) at least one contact device interface for connecting to each of the at least one wireless devices for reading configuration data; (j) a configuration link operating powerless; (k) at least one commissioning tool for downloading configuration data into the configuration adapter of wired devices, into the configuration adapter of access point and into the configuration adapter of wireless devices; (i) at least one device contact interface for connecting to each of the at least one commissioning tools for writing configuration data; and (j) at least one device contact interface for connecting to each of the at least one access point for reading configuration data.

According to further features of the control system at least one configuration adapter includes binding information.

BRIEF DESCRIPTION OF THE DRAWINGS

The invention is herein described, by way of example only, with reference to the accompanying drawings, wherein:

FIG. 1 is a schematic diagram of an embodiment of a design and control systems according to the present invention.

FIG. 2 is a schematic diagram of an embodiment of a control system, according to the present invention.

FIG. 3 is a schematic diagram of an embodiment of a design system, according to the present invention.

FIG. 4 is a schematic block diagram of a commissioning tool, according to the present invention.

FIG. 5 is a schematic block diagram of a wireless device, according to the present invention.

FIG. 6 is a schematic block diagram of an access point, according to the present invention.

FIG. 7 is a schematic block diagram of a configuration adapter, according to the present invention.

FIG. 8 is an example of a networks scheme, installed on a floor of a building, according to the present invention.

FIG. 9 is a flow chart of a process of defining the wired device mapping, according to a method of the present invention.

FIG. 10 is a flowchart of a process of defining the wireless device mapping, according to a method of the present invention.

FIG. 11 is a flowchart of a process of defining an address translation table for wireless devices, according to a method of the present invention.

8

FIG. 12 is a flowchart of a process of wireless device installation, according to a method of the present invention.

FIG. 13 is a flowchart of a process of wired device installation, according to a method of the present invention.

FIG. 14 is a flowchart of a process of wireless device initialization, according to a method of the present invention.

FIG. 15 is a flowchart of a process of wired device initialization, according to a method of the present invention.

FIG. 16 is a flowchart of a process of bindings formation, according to a method of the present invention.

FIG. 17 is a flowchart of a process of networks design, installation and automatic formation, according to a method of the present invention.

DETAILED DESCRIPTION OF EMBODIMENTS

The present invention is of design and control systems, commissioning tools, configuration adapters and a method for wireless and wired networks design, installation and automatic formation including binding of networks devices.

The principles and operation of the design and control systems, commissioning tools, configuration adapters and a method for design, installation and automatic networks formation including binding of networks devices according to the present invention may be better understood with reference to the drawings and the accompanying description.

Before explaining at least one embodiment of the invention in detail, it is to be understood that the invention is not limited in its application to the details of construction and the arrangement of the components set forth in the following description or illustrated in the drawings.

Unless otherwise defined, all technical and scientific terms used herein have the same meaning as commonly understood by one of ordinary skill in the art to which this invention belongs. The materials, dimensions, methods, and examples provided herein are illustrative only and are not intended to be limiting.

The following list is a legend of the numbering of the application illustrations:

| | |
|---|---|
| 100 | design and control systems |
| 101 | design system |
| 102 | control system |
| 103 | master controller |
| 104 | commissioning tool |
| 105 | wireless network |
| 106 | wired network |
| 107 | backbone network |
| 200 | access point |
| 201 | wired device |
| 202 | wireless device |
| 203 | wireless communication link |
| 204 | configuration adapter |
| 205 | RF (radio frequency) transceiver |
| 206 | wired communication link |
| 207 | configuration link |
| 300 | design system controller with design application |
| 301 | database |
| 302 | design system communication interface |
| 400 | CT (commissioning tool) controller |
| 401 | (design/control) system interface |
| 402 | CT (commissioning tool) user interface |
| 500 | wireless device controller |
| 501 | wired communication interface |
| 502 | wireless device user interface |
| 503 | sensor interface |
| 600 | AP (access point) controller |
| 700 | control and memory module |
| 701 | device contact interface |
| 702 | configuration interface |

US 8,437,276 B2

9

-continued

| | |
|---|---|
| 800 | networks scheme |
| 801 | wireless large fluorescent |
| 802 | wireless standard device |
| 803 | wired standard fluorescent in the left wing |
| 804 | wired standard fluorescent in the right wing |
| 805 | wireless 1 - gang switch |
| 806 | wireless 3 - gang switch |
| 807 | left switch |
| 808 | middle switch |
| 809 | right switch |
| 810 | floor #2 |
| 811 | hallway |
| 812 | room #1 |
| 813 | room #2 |
| 814 | single switch |
| 815 | large fluorescent |

As used herein in the specification and in the claim section that follows, the terms: access point, address translation subtable, binding, cluster, coordinator, commissioning tool, configuration adapter, configuration data, (communication) link, device, end device, end point, HVAC, $I^2C$, network, NFC, master controller, PAN, RFID, router, system, networks scheme, SAS, SPI, USB, wired device, wireless device, wireless logical ID, wired logical sub-ID, wired logical ID, wireless device mapping, and wired device mapping, are as specified in the following list:

The term "access point" and the like substantially refer to a device that connects (directly or through communication adapters such as switches) the master controller to the wireless and wired networks.

The term "address translation sub-table" and the like substantially refer to a translation of the wireless device endpoint identifiers of attached wired devices to their wired communication link address.

The term "binding" and the like substantially refer to a unidirectional logical link between a source endpoint and a destination endpoint that run the same application.

The term "cluster" and the like substantially refer to a collection of commands and attributes/states.

The term "coordinator" and the like substantially refer to a wireless device responsible for starting and maintaining a wireless network.

The term "commissioning tool" and the like substantially refer to a (usually portable) unit used to deploy and configure devices.

The term "configuration adapter" and the like substantially refer to a component in a device or connected to a device which receives and stores configuration data.

The term "configuration data" and the like substantially refer to a set of attributes (such as radio ID and startup attribute set) that determines the initial behavior of the wireless device.

The term "(communication) link" and the like substantially refer to a means of connecting one device to another for the purpose of transmitting and receiving data.

The term "device" and the like substantially refer to a system/network component (either a wired device or a wireless device).

The term "end device" and the like substantially refer to a device that can only communicate with the routers and the coordinator (can't relay messages).

The term "end point" and the like substantially refer to an addressable component in a wireless device.

The term "HVAC" and the like substantially refer to heating, ventilation and air conditioning.

10

The term "$I^2C$" and the like, substantially refer to an inter integrated circuit bus.

The term "network" and the like substantially refer to a series of devices interconnected by communication links.

The term "NFC" and the like substantially refer to a near field communication.

The term "master controller" and the like, substantially refer to a component responsible for the control system management.

The term "PAN" and the like substantially refer to a personal area network.

The term "RFID" and the like substantially refer to radio frequency identification.

The term "router" and the like substantially refer to a device providing routing/relay services to the network/system.

The term "system" and the like substantially refer to a collection of elements (hardware & software) that are organized for a common purpose.

The term "networks scheme" and the like substantially refer to a diagram of the installation site that uniquely identifies each device by its type and its physical location (e.g. a map, or a table on which every device is located by coordinates).

The term "SAS" and the like, substantially refer to a Startup Attribute Set.

The term "SPI" and the like substantially refer to a serial peripheral interface bus.

The term "USB" and the like substantially refer to a universal serial bus.

The term "wired device" and the like substantially refer to a device without a wireless transceiver.

The term "wireless device" and the like substantially refer to a device with a wireless transceiver.

The term "wireless logical ID" and the like substantially refer to an identifier that identifies each wireless device on the networks scheme by the wireless device location and the wireless device type.

The term "wired logical sub-ID" and the like substantially refer to an identifier that identifies each wired device attached to each wireless device on the networks scheme by the wired device location and the wired device type.

The term "wired logical ID" and the like substantially refer to an identifier that identifies each wired device on the networks scheme by the wireless logical ID to which it is attached and its own wired logical sub-ID.

The term "wireless device mapping" and the like substantially refer to a table which maps the wireless logical ID of each wireless device to its radio ID, SAS and address translation sub-table entries.

The term "wired device mapping" and the like substantially refer to a table which maps the wired logical ID of each wired device to its wired network address.

Detailed System Description

A method for wireless and wired networks design, installation and automatic formation, according to the present invention, is shown in Table 1.

TABLE 1

| No | Stage Name | Output | Process |
|---|---|---|---|
| A | Architectural design | Networks scheme and binding table | Define device type and physical location A1<br>Define binding links between devices A2 |

US 8,437,276 B2

| 11 | | | |
| 12 | | | |

TABLE 1-continued

| No | Stage Name | Output | Process |
|----|-----------|--------|---------|
| B | Electrical design | Devices mapping tables | Allocate SAS (Startup Attribute Set) for each device B1 Allocate radio ID B2 Allocate endpoints B3 Allocate wired link addresses B4 Address translation table/sub-table created B5 |
| C | Networks installation | Configured and physically installed devices | Remotely access or download the data created in the design stages into the commissioning tool C1 Download configuration data into the configuration adapter of each wired device C2 Download configuration data into the configuration adapter of each wireless device C3 Physically install each device according to its location in the networks scheme C4 |
| D | Networks initialization | Powered-up and initialized networks | Wireless devices read the downloaded data and join a wireless network D1 Wired devices read the downloaded data and a wired network is formed D2 |
| E | Bindings formation | Binding links between devices | Master controller accesses the data created in the design stages E1 Master controller sends binding commands to the wireless devices E2 |

The method for wireless and wired networks design, installation and automatic formation includes the follows stages: A) architectural design; B) electrical design; C) networks installation; D) networks initialization and E) bindings formation.

During the architectural design stage A, the device types and physical location A1 and the binding links A2 may be defined. The output of architectural design A may be the networks scheme and the binding table.

During the electrical design stage B startup attribute set B1, radio ID B2, endpoints B3 and wired (communication) link addresses B4 may be allocated to each device and an address translation sub-table may be created B5. The address translation sub-table allows the wireless devices to locate and communicate with each attached wired device, providing an indirect communication link between the wireless and wired networks. The output of the electrical design stage B may be the device mapping tables for the wired and the wireless devices. The device mapping tables map between the devices on the networks scheme and their allocated parameters.

During the networks installation stage C the data created in the design stages A and B may be remotely accessed or downloaded into the commissioning tool C1, configuration data from the commissioning tool may be downloaded/set into the configuration adapter of each wired device C2, configuration data from the commissioning tool may be downloaded into the configuration adapter of each wireless device C3 and each device is physically installed according to its location in the networks scheme C4. The output of the networks installation C may be configured and physically installed devices.

During the networks initialization stage D, the devices are powered-up, the wireless devices may read the downloaded data initialize themselves and join a wireless network D1 and the wired devices may read the downloaded/set data, initialize themselves and a wired network is formed. The output of the networks initialization D may be the powered-up and initialized networks.

During the bindings formation stage E, data created in the design stages A and B may be accessed by the master controller E1, the master controller may send binding commands to the wireless devices to form logical links between network devices E2. The output of the bindings formation stage E may be binding links between the network devices.

Referring now to the drawings, FIG. 1 is a general schematic diagram of an embodiment of a design and control systems 100, according to the present invention.

The design data created in the architectural and electrical design stages and stored in a design system 101 may be downloaded into or accessed and used by a master controller 103 of a control system 102 to control wireless networks 105 and wired networks 106. The design data may also be downloaded into or accessed and used by commission tools 104 for the wireless networks 105 and wired networks 106 installation and formation, as explained in the following.

The master controller 103 may have a provision to connect to a backbone network 107, a higher level network (such as of a BMS—building management system).

The continuous line with arrows indicates that the communication between the connected units is continuous during the systems operation.

The dotted lines with arrows indicate that the communication between the connected units may be temporary for specific purposes, as explained in the following.

FIG. 2 is a schematic diagram of an embodiment of a control system 102 according to the present invention.

The control system's 102 main components include wired devices 201, wireless devices 202, a master controller 103, configuration adapters 204, access points 200 and commissioning tools 104.

Wired devices 201 are connected through a wired communication link 206, such as digital addressable lighting interface (DALI) to wireless devices 202 or to the access points 200. Wireless devices 202 and access points 200 may have 0, 1, or more attached wired communication links 206. The total number of wired devices 201 connected to the wireless device 202 is limited by the maximum number of endpoints available in the wireless device 202, as defined by the specific wireless protocol. Wireless devices 202 with attached wired devices 201 transfer the network control functions to the wired devices 201 via the wired communication link 206 using a wired communication protocol (such as DALI). The wireless devices 202 include a RF transceiver 205 for the wireless communication link 203, (such as ZigBee) and a configuration adapter 204 for a complementary contactless or contact configuration link 207 (such as contactless RFID or wired 1-Wire). The configuration adapter 204 is used for transferring the configuration data that determines the initial behavior of the device, (wire devices 201 or wireless devices 202) or access points 200. Each wired device 201 has a configuration adapter 204 for receiving the configuration data required for the initial operation of it. In some networks the configuration adaptor 204 may be implemented internally in the wired devices 201 or wireless devices 202, and in other networks, the configuration adapter 204 may be an external component.

A master controller 103 (such as a PC), controls groups of wireless devices 202, called wireless networks (105) and groups of wired devices 201 called wired networks (106).

The networks control functions from the master controller 103 are transferred through the access point 200 through the wireless communication link 203 or through the wired communication link 206.

The master controller 103 may control a plurality of wireless networks (105) and wired networks (106) through different access points 200.

US 8,437,276 B2

13

Commissioning tools 104 (such as a PDA) may access/ download and use the design data created in the design system 101 to download configuration data through the configuration link 207 of the configuration adapter 204 into the wireless devices 202 into the access points 200 and into the access points 200.

The master controller 103 may use the access points 200 with configuration adapters 204 as commissioning tools 104.

FIG. 3 is a schematic diagram of an embodiment of the design system 101 according to the present invention.

The design system's 101 main components include database 301, design system controller with design application 300 and design system communication interface 302.

The design data created by the design system controller with the design application 301 (such as a PC) may be stored in the database 301. The database 301 stores the networks scheme, device mapping tables and binding information. The database 301 may be accessed by downloaded into or the master controller 103 and by the commissioning tools 104 through the design system communication interface 302.

Detailed Devices Description

FIG. 4 is a schematic block diagram of a CT (commissioning tool) 104, according to the present invention.

The control/design system interface 401 may be a standard serial communication interface (such as USB or Ethernet), wireless interface (such as Wi-Fi) or a cellular interface (such as GSM) and is used to connect the commissioning tool 104, to the master controller (103), not shown in the present illustration, to a local storage media (such as a CD) not shown in the present illustration, or to the design system (101), not shown in the present illustration, and to remotely access or load the design data. The configuration adapter 204 is used to download the configuration data, through the configuration link 207, into the configuration adapter 204 in the devices.

The download can be carried out by contactless technologies (such as RFID/NFC) or by contact technologies (such as 1-Wire). The RF transceiver 205 is used to connect to the wireless network 105 through the wireless communication link 203 for purposes such as testing and maintenance.

The wireless network 105 may be implemented by a low-rate, low-power wireless standard protocol (such as ZigBee). The CT controller 400 coordinates the functioning of the device and may be implemented by a standard microcontroller. The CT user interface 402 allows the user to perform operations such as to browse through the networks scheme or device mapping tables, to select the appropriate downloadable data and to initiate operations such as download data, read back, etc. The CT user interface 402 may be implemented by standard interface technologies (such as touch screen and push buttons).

FIG. 5 is a schematic block diagram of a wireless device 202, according to the present invention.

The wired communication interface 501 may be a standard communication interface for control (such as DALI) and is used to connect the wireless device 202 to the wired network 106, through the wired communication link 206. The configuration adapter 204 is used to receive the configuration data, through the configuration link 207, downloaded from the commissioning tool (104), and not shown in the present illustration. In case that the master controller (103), not shown in the present illustration, is used as a commissioning tool (104), not shown in the present illustration, the configuration adapter (of access point) 204 is used to download the configuration data into the configuration adapter 204 of the devices, through the configuration link 207.

The download may be carried out by contactless technologies (such as RFID/NFC) or by contact technologies (such as

14

1-Wire). The RF transceiver 205 may be used to connect to the wireless network (105) through the wireless communication link 203. It may be implemented by a low-rate, low-power wireless standard protocol (such as ZigBee). The sensor interface 503 connects the wireless device (202), not shown in the present illustration, to different types of sensors (such as presence, temperature and lighting intensity) through a standard sensor interface bus (such as $I^2C$ or 1-Wire. The wireless device controller 500 coordinates the functioning of the device and may be implemented by a standard microcontroller. The wireless device user interface 502 allows the user to perform operations such as to manually control the wired devices (201), set parameters for interaction with sensors, not shown in the present illustration, etc. The wireless device user interface 502 may be implemented by standard interface technologies (such as touch screen and push buttons).

FIG. 6 is a schematic block diagram of AP (access point) 200, according to the present invention.

The design/control system interface 401 may be a standard communication interface (such as USB, Ethernet or Wi-Fi) and is used to connect the access point (200), not shown in the present illustration, (directly or through an interface gateway) to the master controller (103), not shown in the present illustration. The wired communication interface 501 may be a standard communication interface for control (such as DALI) and is used to connect the access point 200 to wired networks 106 through the wired communication link 206. The access point (200), not shown in the present illustration, allows the master controller (103), not shown in the present illustration, to control the wireless networks 105, through the wireless communications link (203), or to control the wired networks 106 through the wired communications link (206). The configuration adapter 204 is used to receive the configuration data, through the configuration link 207, downloaded from the commissioning tool (104), and not shown in the present illustration. The download may be carried out by contactless technologies (such as RFID/NFC) or by contact technologies (such as 1-Wire). The RF transceiver 205 may be used to connect to the wireless network (105) through the wireless communication link 203. The wireless network (105) may be implemented by a low-rate, low-power wireless standard protocol (such as ZigBee). The AP controller 600 coordinates the functioning of the device and may be implemented by a standard microcontroller.

FIG. 7 is a schematic block diagram of a configuration adapter 204, according to the present invention.

The configuration interface 702 is used to load the configuration data downloaded from the commissioning tool (104), not shown in the present illustration, through the configuration link 207.

The configuration adapter 204 may be differently implemented in hardware in the CT (commissioning tool), AP (access point) and in the wired and wireless devices, but the configuration interface 702 implements identical configuration link communication protocols (such as ISO 14443).

The data load may be carried out by contactless technologies (such as RFID/NFC) or by contact technologies (such as 1-Wire). The control and memory module 700 may be used to store the loaded configuration data and to control the adapter. The configuration adapter 204 in the wireless devices (202), wired devices (201) and access points (202) (not shown in the present illustration), may not necessarily be powered-up during the configuration data load. The configuration data may be read by the devices through the device contact interface 701. The device contact interface 701 may be a standard

US 8,437,276 B2

**15**

communication interface (such as SPI or 1-Wire) or a standard control interface (such as DALI).

Detailed Method Description

Architectural Design (No. A of Table 1)

A networks scheme of the system 102 to be installed may be defined, where each wireless and wired device has a (wired or wireless) logical ID that specifies its type and a physical location. The type of the device may be later used by the networks installers to install the correct type of device in the specified physical location.

FIG. 8 is an example of a networks scheme 800, installed on a storey of a building, according to the present invention. The system includes the following components: master controller 103, access point 200, a wireless large fluorescent 801, a wireless standard device 802 connected to wired standard fluorescents in the left wing 803 and to wired standard fluorescents in the right wing 804, a wireless 1-gang switch 805 and a wireless 3-gang switch 806.

The networks scheme 800 is a map of the installation site, and the physical location for each device may be its coordinates on the map. In the example a physical location of the wireless 3-gang switch 806 may be [floor #2 810, hallway 811]. The physical location may contain additional parameters such as building number, wall or ceiling, etc. The type of the switch wireless device is wireless 3-gang switch 806. The pair (type, physical location) is referred to as wireless logical ID and uniquely identifies each device (i.e. no two devices have the same logical ID). In the example, the wireless logical ID for the device is (wireless 3-gang switch 806, [floor #2 810, hallway 811]). The type may further include more parameters such as manufacturer name, production date, version number, etc.

For wired devices 201, the device wired logical ID may be comprised of its wireless device's wireless logical ID and the wired devices own wired logical sub-ID. In the example, a wired logical ID of a (wired device 201 may be: (wireless 3-gang switch, 806 [floor #2 810, hallway 811], left switch 807, [floor #2 810, hallway 811]). In this case the wired logical sub-ID of the switch is (left switch 807, [floor #2 810, hallway 811]).

Binding information may be defined. A binding is a unidirectional logical link between a source endpoint (which initiate an operation) and a destination endpoint (which is designated to perform the operation) that run the same application. Bindings allow connections between different devices running a similar application. For example a switch and ballast that run a home automation application. The binding information is a set of entries. Each entry contains a pair of wired logical IDs of the bound devices. A binding entry may also contain other data needed to bind the devices. This information may vary according to the communication protocol. An example of other data contained in each binding entry, (in case ZigBee is used as the communication protocol), is a list of cluster IDs. A cluster ID identifies a cluster and is associated with data flowing out of, or into the device. Cluster IDs are unique within the scope of a specific application. For example, a cluster may be associated with turning a device on/off in a home automation application.

An example of binding information entries is shown in Table 2.

TABLE 2

| Entry | Output Wired Logical ID | Input Wired Logical ID | Cluster IDs |
|---|---|---|---|
| 21 | (wireless 3-gang switch, [floor#2, hallway], right | (wireless large fluorescent, [floor#2, room#1], large | ID1, ID2 |

**16**

TABLE 2-continued

| Entry | Output Wired Logical ID | Input Wired Logical ID | Cluster IDs |
|---|---|---|---|
| | switch, [floor#2, hallway]) | fluorescent, [floor#2, room#1]) | |
| 22 | (wireless 3-gang switch, [floor#2, hallway], middle switch, [floor#2, hallway]) | (wireless standard device, [floor#2, hallway], wired standard fluorescent, [floor#2, hallway, right wing]) | ID1, ID2 |
| 23 | (wireless 3-gang switch, [floor#2 hallway], left switch, [floor#2, hallway]) | (wireless standard device, [floor#2, hallway], wired standard fluorescent, [floor#2, hallway, left wing]) | ID1, ID2 |
| 24 | (wireless 1-gang switch, [floor#2, hallway], single switch, [floor#2, hallway]) | (wireless standard device, [floor#2, room#1], large fluorescent, [floor#2, room#1]) | ID1, ID2 |
| 25 | (wireless 1-gang switch, [floor#2, hallway], single switch, [floor#2, hallway]) | (wireless standard device, [floor#2, hallway], wired standard fluorescent, [floor#2, hallway, right wing]) | ID1, ID2 |
| 26 | (wireless 1-gang switch, [floor#2, hallway], single switch, [floor#2, hallway]) | (wireless standard device, [floor#2, hallway], wired standard fluorescent, [floor#2, hallway, left wing]) | ID1, ID2 |

In the example of Table 2, which refers to the example networks scheme shown in FIG. 8, the right switch 809 is bound to the large fluorescent 815 in room #1 812, the middle switch 808 is bound to the wired standard fluorescent in the right wing 804 of the hallway 811, the left switch 807 is bound to the wired standard fluorescent in the left wing 803 of the hallway 811, and the single switch 814 is bound to the large fluorescent 815 in room #1 812, to the wired standard fluorescent in the right wing 804 of the hallway 811 and to the wired standard fluorescent in the left wing 803 of the hallway 811.

The binding information is organized in the table as follows: Entry 21 contains the wired logical ID of the right switch device 809 (comprised of the wireless device's wireless logical ID and its own wired logical sub-ID within the context of the wireless device, wireless 3-gang switch 806), and the wired logical ID of the large fluorescent 815 in room #1 812. Entry 22 contains the wired logical ID of the middle switch device 808, and the wired logical ID of the wired standard fluorescent 804 in the right wing of the hallway 811. Entry 23 contains the wired logical ID of the left switch device 807, and the wired logical ID of the wired standard fluorescent 803 in the left wing of the hallway 811.

Entry 24 contains the wired logical ID of the single switch device 814 (comprised of the wireless device's wireless logical ID and its own wired logical sub-ID within the context of the wireless device, wireless 1-gang switch—805), and the wired logical ID of the large fluorescent 815 in room #1 812. Entry 25 contains the wired logical ID of the same single switch device 814, and the wired logical ID of the wired standard fluorescent in the right wing 804 of the hallway 811. Entry 26 contains the wired logical ID of the single switch device 814, and the wired logical ID of the wired standard fluorescent in the left wing 803 of the hallway 811.

In this example (where ZigBee is used as the communication protocol and the devices are running a home automation application), each entry also contains a list of cluster IDs associated with lighting control (last column in the Table 2).

An illustration of a wired devices mapping table is shown in Table 3.

US 8,437,276 B2

17

## TABLE 3

| Entry | Wired Logical ID | Wired Communication Link Address |
|---|---|---|
| 31 | (wireless 3-gang switch, [floor#2, hallway], right switch, [floor#2, hallway]) | 11 |
| 32 | (wireless 3-gang switch, [floor#2 hallway], middle switch, [floor#2, hallway]) | 12 |
| 33 | (wireless 3-gang switch, [floor#2 hallway], left switch, [floor#2, hallway]) | 13 |
| 34 | (wireless standard device, [floor#2, hallway], wired standard fluorescent, [floor#2, hallway, right wing]) | 11 |
| 35 | (wireless standard device, [floor#2, hallway], wired standard fluorescent, [floor#2, hallway, left wing]) | 12 |
| 36 | (wireless 1-gang switch, [floor#2, hallway], single switch, [floor#2, hallway]) | 34 |
| 37 | (wireless large fluorescent, [floor#2, room#1], large fluorescent, [floor#2, room#1]) | 46 |

Electrical Design (No. B of Table 1)

A wired device mapping may be created for the wired devices **201**. For example, Table 3 illustrates the wired devices' mapping table for the example control system scheme shown in FIG. **8**, according to the method of the present invention. For each wired device **201** on the networks scheme of FIG. **8**, the wired device **201** mapping maps the wired logical ID of the wired device **201** to its wired communication link **206** address used by the implemented wired communication link protocol. The wired communication link **206** address for each wired device **201** may be automatically allocated by the master controller **103**, (stage **902** of the process of defining the wired device mapping, according to a method of the present invention, shown as a flowchart in FIG. **9**.)

This address may be later loaded into or accessed by the commissioning tool **104** and downloaded into the wired device **201**. The entry **31** of the wired devices mapping (Table 3) specifies that the right switch **809** (in the hallway **811** of floor #**2 810**) that is connected to the wireless 3-gang switch **806** (in the hallway **811** of floor #**2 810**) has an address of 11 (arbitrary number) in the wireless 3-gang switch **806** wired communication link, not shown in this example. The entry **32** of the wired devices mapping table example of table 3 specifies that the middle switch **808** (in the hallway **811** of floor #**2 810**) that is connected to the wireless 3-gang switch **806** (in the hallway **811** of floor #**2 810**) has an address of 12 (arbitrary number) in the wireless 3-gang switch **806** wired communication link, not shown in this example. The entry **33** of the wired devices mapping table example (Table 3) specifies that the left switch **807** (in the hallway **811** of floor #**2 810**) that is connected to the wireless 3-gang switch **806** (in the hallway **811** of floor #**2 810**) has an address of 13 (arbitrary number) in the wireless 3-gang switch **806** wired communication link, not shown in this example. The entry **34** of the wired devices mapping table example (Table 3) specifies that the wired standard fluorescent in the right wing **804** (in the hallway **811** of floor #**2 810**) that is connected to the wireless standard device **802** (in the hallway **811** of floor #**2 810**) has an address of 11 (arbitrary number) in the standard fluorescent wired communication link. The entry **35** of the wired devices mapping table example (Table 3) specifies that the wired standard fluorescent in the left wing **803** (in the hallway **811** of floor #**2 810**) that is connected to the wireless standard device **802** (in the hallway **811** of floor #**2 810**) has an address of 12 (arbitrary number) in the standard fluorescent wired communication link (not shown in this example). The entry

18

**36** of the wired devices **201** mapping table example (Table 3) specifies that the single switch **814** (in the hallway **811** of floor #**2 810**) that is connected to the wireless 1-gang switch **805** (in the hallway **811** of floor #**2 810**) has an address of 34 (arbitrary number) in the single switch **814** wired communication link, not shown in this example. The entry **37** of the wired devices mapping table example (Table 3) specifies that the large fluorescent **815** (in the room #**1 812** of floor #**2 810**) that is connected to the wireless large fluorescent **801** (in the room #**1 812** of floor #**2 810**) has an address of 46 (arbitrary number) in the large fluorescent wired communication link, not shown in this example.

FIG. **9** is a flowchart of a process of defining the wired device mapping, according to a method of the present invention.

The process of defining the wired device mapping including the sub-stages of:

starting the process of defining the wired device mapping **900**;

using the master controller to automatically insert the wired logical ID of each wired device to wired device mapping **901**;

using the master controller to automatically allocate addresses for wired devices **902**; and

ending the process of defining the wired device mapping **903**.

FIG. **10** is a flowchart of a process of defining the wireless device mapping, according to a method of the present invention.

A wireless device mapping is created for wireless devices. For each wireless device (**202**) on the networks scheme, the wireless device mapping maps the wireless logical ID of the device to a unique radio ID (wireless communication link address) and startup attribute set (SAS).

The SAS of a wireless device is a set of attributes that determines the initial behavior of the device. Such a set may include:

Startup parameters which determine how the device should join a network.

The PAN (personal area network) ID of the network.

The channel mask which determines the channels that the device should scan to find a network to join.

Security data e.g. network key.

Additional parameters (such as operation mode).

The SAS for each wireless device may be defined, (stage **1001**), after a study at the installation site to determine desired parameters (e.g. available PAN IDs, available channels).

The unique radio ID, (stage **1004**), for each wireless device is automatically defined by the master controller (**103**).

The process of defining the wireless device mapping including the stages of:

starting the process of defining the wireless device mapping **1000**;

defining the SAS for each wireless device on the networks scheme **1001**;

using the master controller to start creating a device mapping from the wireless logical ID of each wireless device and its SAS **1002**;

using the master controller to initiate radio ID allocation **1003**;

using the master controller to allocate radio ID for each wireless logical ID **1004**;

forming an additional address translation sub-table which specifies, for each wireless device, the attached wired devices' wired communication link address and endpoint **1005**; and

US 8,437,276 B2

**19**

ending the process of defining the wireless device mapping **1006**.

An illustration of a wireless devices mapping table is shown in Table 4.

**20**

The address translation sub-table (in Table 4), of the wireless device mapping (Table 4) translates endpoint identifiers (used in the implemented wireless protocol) of wired devices, attached to each wireless device, to their wired communica-

TABLE 4

| Wireless Logical ID | Radio ID (Wireless communication link address) | SAS (Startup Attribute Set) | | | | | Address Translation Sub-Table | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Join Mode | PAN ID | Channel Mask | Network Key | Max End-Devices | Wired Logical Sub-ID | Wired communication link address | End-point | Entry |
| (Access Point, [Floor#2, Room#1]) A | 16 | Coordinator | 2 | 0x18 | 0x4278 | 6 | — | | | 41 |
| (Wireless 3-gang switch, [Floor#2, Hallway]) B | 13 | End-Device | 2 | 0x18 | 0x4278 | — | (Right Switch, [Floor#2, Hallway]) | 11 | 1 | 42 |
| | | | | | | | (Middle Switch, [Floor#2, Hallway]) | 12 | 2 | 43 |
| | | | | | | | (Left Switch, [Floor#2, Hallway]) | 13 | 3 | 44 |
| (Wireless Standard Device, [Floor#2, Hallway]) C | 24 | Router | 2 | 0x18 | 0x4278 | 4 | (Wired Standard Fluorescent, [Floor#2, Hallway, Right Wing]) | 11 | 1 | 45 |
| | | | | | | | (Wired Standard Fluorescent, [Floor#2, Hallway, Left Wing]) | 12 | 2 | 46 |
| (Wireless Large Fluorescent, [Floor#2, Room#1]) D | 25 | Router | 2 | 0x18 | 0x4278 | 4 | (Large Fluorescent, [Floor#2, Room#1]) | 46 | 5 | 47 |
| (Wireless 1-gang switch, [Floor#2, Hallway]) E | 18 | End-Device | 2 | 0x18 | 0x4278 | — | (Single Switch, [Floor#2, Hallway]) | 34 | 4 | 48 |

The entry (A) of the wireless device mapping table example (Table 4) specifies that the access point device (**200**) (in the room #1 (**812**) of floor #2 (**810**)) is assigned a radio ID (wireless communication link address) of 16 (arbitrary number), and is also assigned a startup attribute set (SAS) which includes its join mode (as a coordinator) and other startup attributes.

The second entry (B) of the wireless device mapping table example (Table 4) specifies that the wireless 3-gang switch (**806**) (in the hallway (**811**) of floor #2 (**810**)) is assigned a radio ID of 13 (arbitrary number), and is also assigned a startup attribute set (SAS) which includes its join mode (as an end device) and other startup attributes.

FIG. **11** is a flowchart of a process of defining an address translation sub-table for a wireless device (**202**), according to a method of the present invention.

The process of defining an address translation sub-table for wireless devices including the stages of:

starting the process of defining an address translation sub-table for wireless devices **1100**;

using the master controller to initiate address translation sub-table calculation **1101**;

using the master controller to automatically take for each wireless device, the wired logical sub-ID and wired communication link address for each wired device attached to the wireless device from the wired device mapping and fill them in the address translation sub-table **1102**;

entering for each wired device its endpoint manually, or automatically after calculating it by the master controller **1103**; and

ending the process of defining an address translation sub-table for wireless devices **1104**.

tion link address used by the implemented wired communication protocol. The address translation sub-table (in Table 4) allows the wireless device (**202**) to address wired devices **201** in the wired network (**105**).

The wired logical sub-ID and wired communication link address parameter of each wired device (**201**) in the address translation sub-table (in Table 4) is calculated by the master controller (**103**), by reading the wired logical IDs and wired communication link addresses of attached wired devices from the wired device mapping **1102**.

The endpoint parameter of each wired device in the address translation sub-table (in Table 4) may be either manually entered or automatically calculated by the master controller **1103**.

In the example of Table 4, consider the three entries of the address translation sub-table that correspond to the second entry (B) of the wireless device mapping table example (entries **42**, **43**, **44**). These address translation sub-table entries contain the address translation data of the wired devices attached to the wireless 3-gang switch (**806**) in the hallway (**811**) of floor #2 **810**. The first entry (entry **42**), specifies that the wired right switch device (**809**) connected to the wireless 3-gang switch (**806**) is assigned an endpoint of 1 (arbitrary number) and a wired communication link address of 11 (as specified in entry **31** of the wired device mapping in Table 3). The second entry, (entry **43**), specifies that the middle switch (**808**) is assigned an endpoint of 2 (arbitrary number) and a wired communication link address of 12 (as specified in entry **32** of the wired device mapping in Table 3). The third entry (entry **44**), specifies that the left switch **807** is assigned an endpoint of 3 (arbitrary number) and a wired communication link address of 13 (as specified in entry **33** of the wired device mapping in Table 3).

US 8,437,276 B2

21

The entry (C) of the wireless device mapping table example (Table 4) specifies that the wireless standard device (**802**) (in the hallway (**811**) of floor #**2** (**810**)) is assigned a radio ID of 24 (arbitrary number), and is also assigned a startup attribute set (SAS) which includes its join mode (as a router) and other startup attributes.

Consider the two entries of the address translation sub-table that correspond to the entry (C) of the wireless device mapping table example (entries **45**, **46**). These address translation sub-table entries contain the address translation data of the wired devices attached to the wireless standard device (**802**) in the hallway (**811**) of floor #**2 810**. The first entry (entry **45**), specifies that the wired standard fluorescent in the right wing device (**804**) connected to the wireless standard device (**802**) is assigned an endpoint of 1 (arbitrary number) and a wired communication link address of 11 (as specified in entry **34** of the wired device mapping in Table 3). The second entry (entry **46**), specifies that the wired standard fluorescent in the left wing (**803**) is assigned an endpoint of 2 (arbitrary number) and a wired communication link address of 12 (as specified in entry **35** of the wired device mapping in Table 3).

The entry (D) of the wireless device mapping table example (Table 4) specifies that the wireless large fluorescent (**801**) (in the room #**1** (**812**) of floor #**2** (**810**)) is assigned a radio ID of 25 (arbitrary number), and is also assigned a startup attribute set (SAS) which includes its join mode (as a router) and other startup attributes.

Consider the entry of the address translation sub-table that corresponds to entry (D) of the wireless device mapping table example (entry **47**). This entry specifies that the large fluorescent device (**815**) in the room #**1** (**812**) of floor #**2** (**810**), (connected to the wireless large fluorescent device (**801**), is assigned an endpoint of 5 (arbitrary number) and a wired communication link address of 46 (as specified in entry **37** of the wired device mapping in Table 3).

The entry (E) of the wireless device mapping table example (Table 4) specifies that the wireless 1-gang switch (**805**) (in the hallway (**811**) of floor #**2** (**810**)) is assigned a radio ID of 18 (arbitrary number), and is also assigned a startup attribute set (SAS) which includes its join mode (as an end-device) and other startup attributes.

Consider the entry of the address translation sub-table that corresponds to entry (E) of the wireless device mapping table example (entry **48**). This entry specifies that the single switch device (**814**) in the hallway (**811**) of floor #**2** (**810**), (connected to the wireless 1-gang switch device (**805**), is assigned an endpoint of 4 (arbitrary number) and a wired communication link address of 34 (as specified in entry **36** of the wired device mapping in Table 3).

The master controller (**103**) has access to the device mappings. Access may either be local (e.g. CD), or remote access (e.g. a remote database (**301**)).

Networks Initialization (Item C of Table 1)

In this stage the wireless devices and wired devices are installed.

FIG. **12** is a flowchart of a process of wireless device (**202**) installation, according to a method of the present invention.

The process of defining a wireless device installation including the stages of:

starting the process of defining a wireless device installation **1200**;

physically installing a wireless device (**202**) according to type and location taken from the networks scheme as it appears on the commissioning tool (**104**) **1201**;

marking the physically installed wireless device (**202**) on the commissioning tool **1202**;

22

attaching/bringing into proximity (or contact) the commissioning tool with the physically installed configuration adapter of wireless device **1203**;

initiating data download from the commissioning tool to the configuration adapter **204** of the wireless device using the tool's user interface (no need to power-up the configuration adapter **204** of the wireless device and the wireless device) **1204**; and

ending the process of defining a wireless device installation **1205**.

The commissioning tool (**104**) is attached or brought into proximity or contact with the configuration adapter **204** of wireless device (**202**), (stage **1203**). Configuration data taken from the wireless device mapping is downloaded from the commissioning tool into the configuration adapter **204** of wireless device (**202**), (stage **1204**). For each wireless device, the configuration data includes its radio ID, SAS (Startup Attribute Set) and address translation sub-table entries.

The configuration data may also include the binding information if the memory size in the configuration adapter is large enough. The order of the stages **1203**/**1204** and **1201** can be interchanged for the convenience of the installer.

FIG. **13** is a flowchart of a process of wired device (**201**) installation, according to a method of the present invention.

The process of defining a wired device (**201**) installation including the stages of:

starting the process of defining a wired device installation **1300**;

physically installing a wired device according to type and location taken from the networks scheme as it appears on the commissioning tool (**104**) **1301**;

marking the physically installed wired device on the commissioning tool (**104**) **1302**;

attaching/bringing into proximity (or contact) the commissioning tool (**104**) with the physically installed configuration adapter **204** of the wired device (**201**) **1303**;

initiating data download from the commissioning tool (**104**) to the configuration adapter **204** of the wired device (**201**) using the tool's user interface (no need to power-up the configuration adapter **204** of the wired device and the wired device) **1304**; and

ending the process of defining a wired device installation **1305**.

For the wired devices (**201**), the configuration data taken from the wired device mapping that was downloaded to the commissioning tool (**104**) includes the wired communication link address of each wired device. This data is downloaded into the configuration adapter **204** of wired devices (**202**).

The order of the stages **1303**/**1304** and **1301** can be interchanged for the convenience of the installer.

The configuration adapter **204** of wireless devices (**201**) and the wired devices (**202**) don't need to be powered up during this stage.

Networks Initialization (Item D of Table 1)

The wireless devices (**202**) and wired devices (**201**) may be powered up and automatically initialize themselves.

FIG. **14** is a flowchart of a process of wireless device (**202**) initialization, according to a method of the present invention.

The process of defining wireless device initialization including the stages of:

starting the process of defining wireless device initialization **1400**;

powering up wireless device (**202**) **1401**;

reading the radio ID, SAS and address translation sub-table entries (downloaded from the commissioning tool (**104**)) from the configuration adapter **204** of the wireless device (**202**) **1402**;

23

using the radio ID and SAS to join the designated wireless network accordingly, and using the address translation sub-table entries to locate and communicate with each attached wired device **1403**; and

ending the process of defining wireless device initialization **1404**.

After a wireless device **202** is powered-up, it initializes itself. Each wireless device (**202**) reads, from its configuration adapter **204**, the information downloaded by the commissioning tool **104** (stage **1402**), and uses the radio ID and SAS to join the wireless network according to the join mode (Table 4) either as a coordinator responsible for starting and maintaining the network, or as a specific device (router or end device), and uses its address translation sub-table entries to locate and communicate with each attached wired device (stage **1403**).

FIG. **15** is a flowchart of a process of wired device (**201**) initialization, according to a method of the present invention.

The process of defining wired device (**201**) initialization including the stages of

starting the process of defining wired device (**201**) initialization **1500**;

powering up wired device (**201**) **1501**;

reading the data (downloaded from the commissioning tool (**104**)) from the configuration adapter **204** of wired device (**201**) and using the wired communication link address for the specific wired communication protocol **1502**; and

ending the process of defining wired device initialization **1503**.

After a wired device (**201**) is powered-up, it initializes itself. Each wired device (**201**) reads from the configuration adapter (**204**) the information downloaded by the commissioning tool (**104**). The information may be used by the wired device (**201**) to initialize its wired communication link address for the specific wired communication protocol, (stage **1502**).

Bindings Formation (Item E of Table 1)

FIG. **16** is a flowchart of a process of bindings formation, according to a method of the present invention.

The process of defining bindings formation includes the stages of

starting the process of defining bindings formation **1600**;

using the master controller to initiate binding process **1601**;

reading the binding information by the master controller (**103**), and using the address translation sub-table in the wireless device mapping in order to translate the wired logical IDs of the devices found in the binding information to radio IDs and endpoints **1602**;

transmitting binding commands by the master controller **1603**; and

ending the process of defining bindings formation **1604**.

Binding links are formed. The master controller (**103**) reads the binding information from the database (**301**), and uses the wireless device mapping and address translation sub-table in the wireless device mapping (Table 4) in order to translate the wired logical IDs of the devices found in the binding information to radio IDs and endpoints, (stage **1602**). After the translation, the master controller (**103**) sends binding commands. The binding commands contain the radio IDs of the bound wireless devices (**202**), their endpoints, and the other binding information that may exist in the binding Table 4 (e.g. a list of cluster IDs).

24

Attaching Devices to the System after the Networks Formation

The method of attaching a device to the control system (**102**) after the networks formation is similar to the initial method. The wireless (**202**) or wired device (**201**) is first added to the networks scheme and registered with all the required parameters (such as type, physical location and binding). The device is inserted to the relevant device mapping table and to the binding table (Table 2), if necessary (for wired devices). The configuration data from the commissioning tool is loaded into the configuration adapter (**204**) of the device, wireless device (**202**) or wired device (**201**) is physically installed in the designated location, and the master controller (**103**) sends binding commands, if necessary (for wired devices), using the updated binding table.

FIG. **17** is a flowchart of a method of networks design, installation and formation, according to the present invention.

The method of networks design, installation and formation comprises the main stages of:

starting the networks design, installation and formation **1800**;

designing the networks **1801**;

installing the networks **1802**;

forming the networks **1803**; and

ending the networks design, installation and formation **1804**.

The main stage of starting the networks design, installation and formation **1800**, can comprise the stage of:

providing a design system.

The main stage of designing the networks **1801** comprises the stages of:

defining device type and physical location **1701**;

defining the binding links between devices **1702**;

defining the wired device mapping **1703**, the stage is described in FIG. **9**;

defining the wireless device mapping **1704**, the stage is described in FIG. **10**; and

defining an address translation sub-table for a wireless device **1705**.

This stage is described in FIG. **11**.

The main stage of installation of the networks **1802** comprises the stages of:

installing wireless devices **1706**, this stage is described in FIG. **12**;

installing wired devices **1707**, this stage is described in FIG. **13**;

The main stage of forming the networks **1803** comprises the stages of:

initializing wireless devices **1708**, this stage is described in FIG. **14**;

initializing wired devices **1709**, this stage is described in FIG. **15**; and

bindings formation **1710**, this stage is described in FIG. **16**.

While the invention has been described with respect to a limited number of embodiments, it will be appreciated that many variations, modifications and other applications of the invention may be made.

What is claimed is:

**1**. A method of design, installation, and formation, of a network that comprises wired and wireless devices and wired and wireless links, the method comprising the stages of:

creating a design of said network, said design comprising parameters and design configuration data of devices designed to be in said network and binding information defining bindings to allow connection between devices to run an application;

US 8,437,276 B2

25

installing said devices according to said created design by accessing said created design by a commissioning tool and downloading data from said commissioning tool into a configuration adapter comprised in said devices before the devices are initialized; and

forming said network and bindings according to said created design by initializing said devices and by reading said downloaded data from the configuration adapter once the devices are initialized; and

wherein said commissioning tool comprises a configuration adapter for a complementary configuration link, wherein of the configuration adapters included in the system, only said configuration adapter of said commissioning tool must be powered-up during data communication between said at least one commissioning tool and said devices.

**2**. The method of claim **1**, wherein said forming said network is done automatically once the devices are initialized.

**3**. The method of claim **1**, further comprising after creating said design, storing said design of network in a design system.

**4**. The method of claim **1**, wherein said creating a design of said network includes:

defining wired devices and wireless devices;

defining bindings between said wired devices;

defining a wired device mapping that maps a wired device to a wired network address; and

calculating an address translation sub-table of a wireless device, said calculation initiated by a master controller, and defining wireless device mapping that maps wireless logical identifier of a wireless device to its radio ID, start-up attribute set and address translation sub-table entries.

**5**. The method of claim **1**, wherein said forming said network includes accessing data created in said creating a design of said network, by a master controller through a standard communication link.

**6**. The method of claim **1**, wherein said installing said devices includes accessing data created in said creating a design of said network, by a commissioning tool through a standard communication link.

**7**. The method of claim **1**, wherein said forming said network includes:

initializing at least one wireless device; and

initializing at least one wired device.

**8**. The method of claim **7**, wherein initializing at least one wireless device includes:

powering up the at least one wireless device;

reading an ID, which is downloaded from a commissioning tool into a configuration adapter of said at least one wireless device,

reading address translation sub-table entries, and using said entries to locate and communicate with each attached wired device, thus providing an indirect communication link between wireless and wired devices in said network; and,

reading a startup attribute set, which is downloaded from said commissioning tool into said configuration adapter of said wireless device, and using said startup attribute set and said ID as a radio ID to join said network.

**9**. The method of claim **7**, wherein initializing at least one wired device includes:

powering up the at least one wired device; and

reading data, which is downloaded from a commissioning tool into a configuration adapter of said wired device, and using a communication address for a specific wired communication protocol.

26

**10**. The method of claim **1**, wherein forming said network and bindings includes:

reading said binding information by a master controller and using a wireless device mapping, which maps wireless logical identifier of a wireless device to its radio ID, start-up attribute set and address translation sub-table entries, and an address translation sub-table in of the wireless device in order to translate wired logical IDs of wired devices attached to said wireless device to radio IDs and endpoints, said logical IDs included in said binding information; and

transmitting commands to said wireless device by said master controller to form the bindings based on said radio IDs and endpoints.

**11**. The method of claim **1**, wherein forming said network and bindings includes:

reading said binding information by said master controller and using a wireless device mapping, which maps wireless logical identifier of a wireless device to its radio ID, start-up attribute set and address translation sub-table entries, and an address translation sub-table of the wireless device in order to translate wired logical IDs of wired devices attached to said wireless device to radio IDs and endpoints, said logical IDs included in said binding information; and

downloading said translation and binding information from a commissioning tool into a configuration adapter of said wired device, and using said binding information and translation to form the bindings based on said radio IDs and endpoints.

**12**. The method of claim **4**, wherein said defining a wired device mapping includes:

automatically inserting by said master controller a wired logical ID of a wired device to said wired device mapping; and

automatically allocating by said master controller an address for said wired device.

**13**. The method of claim **4**, wherein said defining a wireless device mapping includes:

defining a startup attribute set for each of said wireless devices on a network scheme;

automatically creating by said master controller said wireless device mapping from wireless logical IDs and startup attribute sets of each of said wireless devices;

allocating by said master controller a radio ID for each of said wireless logical IDs; and

forming an additional address translation sub-table which specifies wired communication link address and an endpoint for each of said wired devices attached to each one of said wireless devices.

**14**. The method of claim **4**, wherein said calculating an address translation sub-table includes:

automatically taking by said master controller a wired logical sub-ID and wired communication link address for each wired device attached to a wireless device from said wired device mapping and fill it in said address translation sub-table; and

automatically calculating by said master controller endpoint identifiers of said attached wired devices.

**15**. The method of claim **1**, wherein said installing comprises installation of at least one wireless device includes:

physically installing the at least one wireless device according to type and location taken from said design of said network accessed by said commissioning tool;

marking said physically installed at least one wireless device on said commissioning tool; and

US 8,437,276 B2

**27**

downloading data from said commissioning tool to a configuration adapter comprised in a wireless device using a user interface comprised in said commissioning tool.

**16**. The method of claim **1**, wherein said installing comprises installation of at least one wired device, including:

physically installing the at least one wired device according to type and location taken from said design of said network accessed by said commissioning tool;

marking said physically installed at least one wired device on said commissioning tool; and

downloading data from said commissioning tool to said at least one wired device using a user interface comprised in said commissioning tool.

**17**. A system for forming and controlling of networks that comprises wired and wireless devices and wired and wireless links, the system comprising:

a design system for creating and storing a design of a network, said design comprises parameters and design configuration data of devices designed to be in said network and binding information defining bindings to allow connection between devices to run an application; configuration adapters comprised in devices to be installed according to said design; and

a control system comprising at least one commissioning tool, the control system is for installing said devices by accessing said created design by a commissioning tool and downloading data from said commissioning tool into said configuration adapters before the devices are initialized, so that the installed devices form the network and the bindings according to the created design by reading said downloaded data from the configuration adapters once the devices are initialized; and

wherein said commissioning tool comprises a configuration adapter for a complementary configuration link, wherein of the configuration adapters included in the system, only said configuration adapter of said commissioning tool must be powered-up during data communication between said at least one commissioning tool and said devices.

**18**. The system of claim **17**, wherein said created design of a network comprises a wired communication link to connect at least one wired device in a wired network to a wireless device.

**28**

**19**. The system of claim **18**, wherein said wired communication link is for connecting said at least one wired device in said wired network to an access point.

**20**. The system of claim **18**, wherein said created design of a network comprises:

a wireless device, wherein said wireless device has a wired communication interface for communicating with said wired network through said wired communication link;

a wireless network, said wireless network including at least one wireless device; and

a wireless communication link, wherein said wireless communication link is interconnecting said at least one wireless device in said wireless network.

**21**. The system of claim **17**, wherein said configuration adapters comprise a configuration interface and a device contact interface.

**22**. The system of claim **17**, wherein:

said created design of a network comprises at least one wired device having a configuration adapter, at least one wireless device having a configuration adapter and an access point having a configuration adapter,

wherein said control system comprises a master controller for accessing said created design and forming the network once said devices are initialized according to said design and binding information comprised in said design.

**23**. The system of claim **21**, wherein each of said configuration adapters comprises a configuration interface for loading data and a device contact interface for reading data, wherein said configuration interface is operating with no need to power-up the corresponding configuration adapter.

**24**. The system of claim **19**, wherein said created design of a network comprises:

a wireless device, wherein said wireless device has a wired communication interface for communicating with said wired network through said wired communication link;

a wireless network, said wireless network including at least one wireless device; and

a wireless communication link, wherein said wireless communication link is interconnecting said at least one wireless device in said wireless network.

**25**. The system of claim **17**, comprising:

an access point operatively connected to said master controller through a design/control system interface.

* * * * *

Exhibit 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TRIDINETWORKS LTD.,<br><br>                              Plaintiff,<br><br>v.<br>NXP-USA, INC. and NXP B.V.,<br><br>                              Defendants. | No. 1:19-01062-CFC-CJB |
| TRIDINETWORKS LTD.,<br><br>                              Plaintiff,<br><br>v.<br>SIGNIFY NORTH AMERICA<br>CORPORATION and SIGNIFY<br>NETHERLANDS B.V.,<br><br>                              Defendants. | No. 1:19-01063-CFC-CJB |
| TRIDINETWORKS LTD.,<br><br>                              Plaintiff,<br><br>v.<br>STMICROELECTRONICS, INC., and<br>STMICROELECTRONICS<br>INTERNATIONAL N.V., AND DOE-1<br>d/b/a "STMICROELECTRONICS,"<br><br>                              Defendants. | No. 1:19-01064-CFC-CJB<br><br>**Declaration of Anthony G. Rowe** |

I, ANTHONY G. ROWE, declare the following under penalty of perjury:

1.       I have been retained by counsel for Patent Owner TriDiNetworks Ltd. ("TDN") to

provide my opinions on certain issues raised by the defendants' contentions in these cases that

the asserted claims of U.S. Patent No. 8,437,276 (the '276 patent) are directed to patent-ineligible subject matter.

2.      I am being compensated at a normal hourly rate for my time in preparing this declaration, with reimbursement for actual expenses. My compensation is not tied to the outcome of this matter and not based on the substance of the opinions rendered here.

3.      Defendants have submitted the Declaration of Dr. Michael Caloyannides, representing his report with regard to patent-eligible subject matter. As further explained below, there are a number of areas in which I disagree with Dr. Caloyannides' report. In preparing this report, I have reviewed Dr. Caloyannides' report, the patents and publications relied on therein, the '276 patent, and all of the patents and printed publications listed in Exhibit B hereto. I may rely upon these materials, my knowledge and experience, and/or additional materials to rebut arguments raised by the defendants. I reserve the right to review and comment on any further materials provided to me with regard to such arguments.

4.      I am familiar with the technology described in the '276 patent as of the November 2007 claimed date of invention. I have used my experience and insight along with the above-noted references as the bases for my opinions.

## I.  QUALIFICATIONS

5.      I am currently the Daniel and Karon Walker Siewiorek Professor in the Electrical and Computer Engineering and CyLab of Carnegie Mellon University ("CMU").

6.      I have a Ph.D. in Electrical and Computer Engineering, conferred upon me in 2009 by CMU, and a Bachelor of Science degree in Electrical and Computer Engineering from CMU in 2003.

7.      My Ph.D. thesis was on "A Resource-Centric Design Paradigm for Scalable Sensor Networks."

8.      A copy of my *curriculum vitae*, listing my other appointments, awards, publications, patents, and professional and industrial activities, is submitted herewith as Exhibit A.

9.      I have a broad range of research interests that include real-time systems, distributed systems, operating systems, embedded computer vision, and robotics. My current work focuses on large-scale embedded sensing systems with real-time properties for supporting applications related to building energy optimization, critical infrastructure monitoring, mobile computing, and rural electrification. I am currently the director of the Wireless Sensing and Embedded Systems Lab (WiSE Lab http://wise.ece.cmu.edu) at CMU and currently run a $36M research center (http://www.conix.io)  funded by the Semiconductor Research Corporation and DARPA. I have also applied my research in sensor networks as a co-founder of SparkMeter Inc., a company that strives to design cost-effective technologies to support rural electrification in developing nations. Founded in 2014, they currently have grids deployed in more than twenty-five countries, including Haiti, Tanzania, India, Nepal, and Uganda. I am also the cofounder of Yodel Labs, a company that specializes in indoor localization frameworks for mobile computing. I have graduated more than 8 Ph.D. students and teach a variety of courses at CMU, including courses on embedded system design and networked cyber-physical systems. I have also done extensive consulting in the control and automation field, including design and analysis for protocols used in commercial and residential lighting systems.  My 20+ years of experience through my undergraduate and graduate education and Ph.D. thesis, to the present, as well as my teaching, graduate student advising, laboratory work, industry involvement and consulting as

- 3 -

summarized in my CV.  I have spoken in public about wireless embedded sensing technologies in variety of venues ranging from scientific conferences to the World Economic Forum.  I have extensive experience in designing and implementing sensor networks and embedded systems, directly in line with the technology central to this case. As a consequence, I believe that I am qualified to provide reliable opinions in the field of the '276 patent, including what a person of ordinary skill in the art ("POSITA") would have viewed and understood from the prior art in this field at the time of the claimed invention.

10.     I note that in a number of respects, Dr. Caloyannides' report resembles a prior report that he prepared in an *inter partes* review proceeding (IPR2020-01073), to which I prepared a response, a copy of which is attached to this Declaration as Exhibit C and incorporated herein by reference.

11.     I am appearing here as a Ph.D. and university professor in the field of Electrical and Computer Engineering. I am neither trained nor qualified as a legal professional. I address herein certain opinions of a technical nature, based on my expertise as outlined above. The questions have been framed in terms of my lay understanding of the applicable principles of law, which I take as a given, as phrased herein, and referenced to original legal sources, which I had no role in selecting or analyzing. Nothing herein is intended as an opinion on any legal issue.

## II.  MY UNDERSTANDING OF PATENT-ELIGIBLE SUBJECT MATTER

12.     My understanding is that determining whether a patent claim encompasses patent-eligible subject matter involves a two-step analysis under the U.S. Supreme Court's decision in *Alice v. CLS Bank*.

13.     I have been advised that *Alice* step one involves determining "whether the claims at issue are directed to a patent-ineligible concept," such as a law of nature, a natural phenomenon, or an abstract idea.

14.     I further understand that it is important in the first step not to over-abstract the claim to distort the eligibility analysis. The *Alice* case itself teaches that "[a]t some level, all inventions ... embody, use, reflect, rest upon, or apply laws of nature, natural phenomena, or abstract ideas." Thus, an invention is not rendered ineligible for patent simply because it involves an abstract concept.

15.     I have been instructed that the proper inquiry under the *Alice* decision concerns what the claims are "directed to," not simply what they are "based on."

16.     In particular, I am advised that the Federal Circuit, a court one step below the U.S. Supreme Court, has repeatedly emphasized (for example, in the *McRO* case, 837 F.3d at page 1313) that in determining patent-eligible subject matter, it is important to "be careful to avoid oversimplifying the claims by looking at them generally and failing to account for the specific requirements of the claims."

17.     According to another Federal Circuit decision brought to my attention (*Enfish*, 822 F.3d at page 1335), the "directed to" inquiry with regard to patent claims is based on whether, when the claims are viewed in light of the patent specification, "their character as a whole is directed to excluded subject matter."

18.     The examination of both the claims and the specification is necessary because one of the key aspects of the eligible subject matter analysis is determining what it is that the applicant was seeking to patent.

19.     As I understand it, the Federal Circuit has repeatedly taught that in this analysis, the "character" of the claims should be viewed not just in light of the area of the patent, or the problem it seeks to solve, but rather, in light of "the claimed advance over the prior art." (I understand that statements to this effect may be found in the *Affinity Labs* case, 838 F.3d at page 1257, and the *Chamberlain Group* case (935 F.3d at page 1346), among others.)

20.     I further understand that in the *Alice* two-step approach, step two is only conditionally applied, that is, only if the patent fails under step one. If the result of the step one analysis arrives at something other than one of the listed categories of ineligible subject matter, the analysis ends with the conclusion that the patent passes the analysis under *Alice* and further analysis does not proceed under step two.

21.     On the other hand, if the first step indicates a claim directed at an ineligible concept, then step two requires a further inquiry, examining of the elements of the claims to determine whether it contains an "inventive concept" sufficient to "transform" the claimed abstract idea into a patent-eligible application.

22.     Step two requires considering the elements of each claim both individually and "as an ordered combination" to determine whether the additional elements "transform the nature of the claim" into a patent-eligible application. I understand that the U.S. Supreme Court characterized this as "a search for an 'inventive concept'—*i.e.*, an element or combination of elements that is 'sufficient to ensure that the patent in practice amounts to significantly more than a patent upon the [ineligible concept] itself.'"

23.     I understand that step two, if reached, is considered satisfied when additional claim limitations involve more than performance of well-understood, routine, and conventional activities previously known to the industry. In making this determination, I understand it is

- 6 -

necessary to examine each claim element individually and as an *ordered combination* of elements, and that an inventive concept may be found in the non-conventional and non-generic arrangement of known, conventional pieces. Thus, it is also appropriate to look for claim elements that define a non-conventional arrangement, even if the individual claim elements are well-understood, routine, and conventional. Similarly, I understand that step two may find an inventive concept in a new combination of steps, even though all the constituents of the combination were well known and in common use before the combination was made.

24.      I also understand that determining whether a claim element or ordered combination of elements is well-known, routine, or conventional is not the same as determining whether or not the element could be found in an analysis for anticipation or obviousness under Sections 102 or 103 of the Patent Act. In this regard, I understand that establishing that a particular technology is well-understood, routine, or conventional goes beyond determining what was simply known in the prior art. The mere fact that something is disclosed in a piece of prior art, for example, does not mean it was well-understood, routine, and conventional. Thus, as I have been instructed in the law, merely finding an element in the prior art does not establish that it is well-understood, routine, and conventional.

25.      Rather, I understand that whether an element or limitation is well-understood, routine, and conventional presents a question of fact, requiring a factual inquiry and determination.

26.      In addition, I understand that it is often a pertinent consideration whether a claim that involves an application of an abstract idea does so, so broadly as to preempt all others from using the idea.

## III. IDENTIFICATION OF THE ORDINARILY SKILLED PRACTITIONER

27.     In his report, Dr. Caloyannides addresses what he considers to be the level of ordinary skill in the relevant art at the time of the claimed invention. I disagree with his analysis in certain key respects.

28.     To begin with, I understand that the concept of identifying the level of skill in the art derives from the statutory provision on obviousness (35 U.S.C. § 103). To put this issue in proper context, I further understand that obviousness (or nonobviousness) is not relevant to *Alice* step one. I also understand that similar (though distinctly different) concepts, relating to what may be regarded as "routine and conventional," are relevant to step 2 under *Alice*.

### Identification of the Relevant Field

29.     The first part of this inquiry is to identify the field that existed at the time of the invention, to which the invention pertains.

30.     The '276 patent identifies the field of the invention as that of "wireless and wired networks design, installation and automatic formation including binding of the networks devices by creating logical links between two or more devices." ('276 patent, 1:26-30.)

31.     More particularly, the '276 patent addresses the problem of networking distributed control devices, that is, how to create and bring up networks for "remotely controlling and monitoring devices in many areas such as home and commercial automation, industrial automation, lighting, and heating, ventilation and air conditioning (HVAC) control." ('276 patent, 1:34-38.)

32.     Based on my understanding of the '276 patent, as well as of the technological problem framed by that patent, I would characterize the field in which the invention was to be

made as that of configuring networks of wired or wireless devices in the context of control automation, sensing and/or other industrial computer networking systems.

### Identification of the Level of Skill in the Art

33.     The second part of this inquiry is to identify the skills and qualifications of the ordinary practitioner in the identified field as of the claimed date of invention (which I understand is often referred to as a "POSITA," which I will use for brevity).

34.     A POSITA relative to the '276 patent, in the November 2007 time frame of the priority date of the '276 patent, would have been an individual who worked in the field I have identified, *i.e.*, configuring networks of wired or wireless devices in the context of control automation, sensing and/or other industrial computer networking systems.

35.     Insofar as it concerns networking, the core area of competence in this field as of 2007 was working with industrial computer networks, comprised of systems and protocols such as Modbus, BACnet/IP, CAN, and DALI, LonWorks, ZigBee, and Bluetooth (Bluetooth in 2007 was a point-to-point protocol, not a network) (sometimes identified as "Fieldbus" technologies), and extending to more general-purpose protocols such as Ethernet, GSM, and Wi-Fi, which were also sometimes used in automation, sensing, and like applications.

36.     A POSITA with the usual level of skill in this field would have at least a bachelor's degree in electrical engineering, with two to four years of relevant field experience.

37.     He or she would be familiar, from either education or the field experience referred to above, with the wired and wireless networking technologies used at that time in the field, including those identified above.

38.     Dr. Caloyannides appears to broadly agree with the above, as a part of his formulation. However, his declaration goes beyond this, and makes a further assertion, which in

- 9 -

my opinion is unsupported and incorrect, that, in addition to possessing the foregoing qualifications, a POSITA would *also* have "two to five years of experience in the design, operation, or application of active and passive RFID or NFC devices." (Report at ¶ 21.) In my opinion, the addition of RFID or NFC experience is a wholly unrealistic expectation for the qualifications of a POSITA in late 2007.

39.     As of late 2007 (and as I address in further detail later in this Report, at ¶¶ 64-67), a POSITA in the field of the '276 patent would not have had *any* substantive experience with NFC technologies. This is particularly true for NFC technologies that can read and store information in the manner contemplated in the '276 patent, which were not then in any commercial use, especially with respect to home/industrial automation. Such technologies (such as dual-interface EEPROMs) did not become commercially available until about 2010, as reflected, for example in STMicroelectronics, Inc.'s own M24LR64 device, introduced in 2010 (*see* Exhibit D). Consequently, no POSITA could have had the "two to five years of experience" in such NFC technologies as contemplated by Dr. Caloyannides. Indeed, it is only recently that POSITAs are becoming familiar with and using such NFC technologies for network setup and configuration purposes.

## IV. *ALICE* STEP ONE

40.     Dr. Caloyannides characterizes the claims of the '276 patent as "nothing more than an abstract way to describe the design of any computer network – configuration plus connections." (Report at 24.)

41.     Based on my understanding of the necessary analysis under step one of *Alice*, it is my view that Dr. Caloyannides' formulation is an overly abstract and inadequate statement of the character of the claims. It is simply a statement of the subject area addressed by the claims, and

the types of results that it achieves. It fails to capture what the patent itself points to as being the contribution that distinguishes it from the acknowledged, then existing state of the art, which in the case of the '276 patent, concerns not just the end results themselves, but *how* the results were obtained.

42.     As noted above, the pertinent inquiry for step one is examining the patent's "claimed advance over the prior art" to determine the character of the claims as a whole.

43.     It is evident from the specification's own review of the prior art that the prior art already encompassed numerous manual and semi-automated ways of configuring devices for networking, and the challenge was to regularize, streamline, and automate this process, especially to make it less error prone and less labor intensive.

44.     The specification, beginning at col. 1, line 46, addresses how devices were brought up on networks previously. It summarizes these processes as follows:

> Installing a wireless control network requires several main procedures to be performed on each wireless device after the network scheme, parameters, and activation are defined. These main procedures are:
>
> 1. Entering a unique ID (UID) such as a unique radio ID.
>
> 2. Entering a startup attribute set (SAS) such as a personal area network (PAN) ID of the network.
>
> 3. Identifying (connecting) the physical location of the device with its UID and its logical location and function on the network scheme.
>
> 4. Pairing/binding of controlling devices and sensors.

45.     In my view, the advance represented by the '276 patent, in networking industrial and/or home automation devices, lies in building in the capability to download data to the device *before* a device is initialized, to configure devices to the designated design, while in an *unpowered* state, prior to their initialization, so that when deployed and later initialized they

*automatically* bring themselves up on the network, in their intended position and role. (The '276 patent also refers to this process of configuration and deployment as "commissioning.")

46.     In accordance with the invention, the physical process reflected in the four steps outlined above is fundamentally altered. Previously, steps 1, 2, and 4 required working with each individual device either by setting switches on the device or electronically entering parameters and data after it is powered, and step 4 could only be done after the device was running and physically connected to the network. Under the '276 patent, after a design for the network is created, completely offline, steps 1, 2, and 3 are combined in a single contactless operation, and step 4 takes place automatically. Physically, the claimed process involves (i) downloading the design from a design system to a contactless commissioning tool (such as a NFC-capable smartphone or PDA), (ii) "tapping" the tool on the (or each) device, which may be done while the device(s) is/are unpowered or even in its/their shipment packaging, and (iii) putting the device(s) physically in place. When later turned on, the device(s) then automatically come up on the network, per the details of the design.

47.     This capability is achieved by a technological improvement, whereby a contactlessly accessible dual interface memory component, referred to in the patent as a configuration adapter, is built into each device, enabling the device to be configured in an unpowered state through a radio frequency interface, to retain the programming without applied power, and to provide a second interface, through which, during initialization, the device may read from the memory element in the configuration adapter, and use the recorded data to stage the device's joining a network.

48.     I also note that much of Dr. Caloyannides' declaration addresses the '276 patent as if it were software technology. That analysis is considerably misdirected. A computer is

- 12 -

involved in the step of "creating a design of [the] network," and in otherwise operating the device to be networked from the point that the devices is initialized. But the distinguishing characteristic of the present claims is not in the use of a computer. It is in the incorporation of a new physical hardware element, the configuration adapter, which makes the unpowered configuration and automatic later initialization on the network possible.

49.     Generally speaking, a computer is a device that can perform computational tasks and/or interact with other devices, in a manner that can be very flexibly adapted by a set of user-specified instructions (generally referred to as "software" or "programs"), given to the computer to execute. Because of their flexibility, computers can be used to implement innovative processes, but can also be used to speed up routine information processing steps, as well as make them more reliable. Because computers are capable of being used as general-purpose computational and control elements, and because operational processes in particular can often be computerized by well-known procedural programming methods, I understand that concerns have arisen, as reflected in *Alice*, that where there exists a long-standing and well-known procedural solution to a previously identified problem, to the point where the procedure involved may be considered as embodying an abstract idea (for example, an existing procedure to hedge or intermediate the settlement of a financial transaction), merely applying a computer to automate the steps of the existing procedure is not considered enough to transform the abstract idea represented by the prior practice into a patentable invention.

50.     In my view, an implementation paradigm such as that outlined in the preceding paragraph, that is, the straightforward computer automation of a pre-computer practice, is not a good fit to what is taught and claimed in the '276 patent, because the '276 patent does not teach

- 13 -

or claim methodology such as using a computer to implement a previously established practice for designing and forming device networks.

51.     Instead, as noted, the '276 patent teaches a method and corresponding system that works based on incorporating a configuration adapter into the device(s) to be configured, which allows unpowered configuration, and later, automatic joining in the network.

52.     While a configuration adapter as contemplated in the '276 patent may initially receive the data for a network design from a computer, and the device to be set up on the network may contain a computer processor (as such devices commonly did, in the prior art), and that processor may, while it is being initialized, read stored data from the configuration adapter, the configuration adapter is in no way a computer. The configuration adapter is not a device that computes or controls anything, or whose internal operation or state is controlled by software or programs. Simply put, this is not a situation where a pre-existing process was automated by using a computer to carry out the steps of the prior process. Indeed, deployment of devices in accordance with the '276 patent is a physically different process – a qualitatively very different sequence of process steps - than those reflected in the prior art, and, indeed, the '276 patent changes the prior art process quite apart from any operations performed by a computer.

53.     I refer in this regard to two sets of patent claims, one of which I understand the Supreme Court found ineligible in *Parker v. Flook* (437 U.S. 584),[1] and the other that it found eligible in its later decision in *Diamond v. Diehr* (450 U.S. 175).[2]

---

[1] 1. A method for updating the value of at least one alarm limit on at least one process variable involved in a process comprising the catalytic chemical conversion of hydrocarbons wherein said alarm limit has a current value of

Bo + K

wherein Bo is the current alarm base and K is a predetermined alarm offset which comprises:

(1) determining the present value of said process variable, said present value being defined as PVL;

(2) determining a new alarm base B1, using the following equation:

B1 = Bo(1.0−F) + PVL(F)

where F is a predetermined number greater than zero and less than 1.0;

(3) determining an updated alarm limit which is defined as B1 + K; and thereafter

(4) adjusting said alarm limit to said updated alarm limit value.

[2] 1. A method of operating a rubber-molding press for precision molded compounds with the aid of a digital computer, comprising:

providing said computer with a data base for said press including at least,

natural logarithm conversion data (ln),

the activation energy constant (C) unique to each batch of said compound being molded, and

a constant (x) dependent upon the geometry of the particular mold of the press,

initiating an interval timer in said computer upon the closure of the press for monitoring the elapsed time of said closure,

constantly determining the temperature (Z) of the mold at a location closely adjacent to the mold cavity in the press during molding,

constantly providing the computer with the temperature (Z),

repetitively calculating in the computer, at frequent intervals during each cure, the Arrhenius equation for reaction time during the cure, which is

ln v = CZ + x

where v is the total required cure time,

repetitively comparing in the computer at said frequent intervals during the cure each said calculation of the total required cure time calculated with the Arrhenius equation and said elapsed time, and

opening the press automatically when a said comparison indicates equivalence.

- 15 -

54.    The '276 patent is comparable in this regard to *Diehr*, in which (as reprised in the later *Alice* decision[3]), the inventor deployed a thermocouple into the mold, which "constantly determine[ed] the temperature (Z) of the mold at a location closely adjacent to the mold cavity in the press during molding."

55.    Like the thermocouple in *Diehr*, which the inventor there embedded within the rubber mold to be able to continuously monitor temperature while the mold was operating, the inventor here embedded a configuration adapter into the device to be networked, to provide a built-in component operable to receive on the device a download of the data for a network design, to be used later, during initialization, to cause the device to join the network automatically. Introducing the configuration adapter into the devices to be configured vastly simplified the process of installing networked devices, changing the process from one requiring detailed individual operations on each device, some in place (*e.g.*, the top of a light pole) and under power, to a situation where the device can be "tapped" once with a tool, even through its

---

[3] For completeness, I also reproduce here what the Supreme Court in Alice regarded as a representative claim in the *Alice* case itself (which it held was not patent-eligible, as I understand it, because the underlying process of intermediated financial settlement was an abstract idea, and a straightforward implementation of that well-known process on a computer did not transform it into a patentable invention):

> A method of exchanging obligations as between parties, each party holding a credit record and a debit record with an exchange institution, the credit records and debit records for exchange of predetermined obligations, the method comprising the steps of:
>
> (a) creating a shadow credit record and a shadow debit record for each stakeholder party to be held independently by a supervisory institution from the exchange institutions;
>
> (b) obtaining from each exchange institution a start-of-day balance for each shadow credit record and shadow debit record;
>
> (c) for every transaction resulting in an exchange obligation, the supervisory institution adjusting each respective party's shadow credit record or shadow debit record, allowing only these transactions that do not result in the value of the shadow debit record being less than the value of the shadow credit record at any time, each said adjustment taking place in chronological order, and

(d) at the end-of-day, the supervisory institution instructing on[e] of the exchange institutions to exchange credits or debits to the credit record and debit record of the respective parties in accordance with the adjustments of the said permitted transactions, the credits and debits being irrevocable, time invariant obligations placed on the exchange institutions.

- 16 -

packaging, and then just put physically into place. This represents a clear improvement in the physical process of deploying networked devices. Though Dr. Caloyannides purports to claim otherwise (Report ¶ 50) (a point addressed below), this was something that practitioners in the field of the '276 patent had not been able to achieve. The fact that a computer created the design for the network, or that another computer (inside the device) will power the steps by which the device joins the network, does not change the fact that the improvement here concerns the process of configuration and deployment, which results from a hardware modification, and is not a function of the programming of any computer. As the Supreme Court concluded in *Diehr*, the fact that a computer is involved in an otherwise patentable process – which is what is presented here in the introduction of the configuration adapter into the configuration process, does not preclude patent-eligibility.

56.     Moreover, Dr. Caloyannides also seeks to argue based on merely automating a previously manual process, analogizing it to taking an age-old process and merely saying "do it with a computer."

57.     First, there is no such age-old process. The process that generally prevailed, prior to the invention, as reflected in the four-step process recited in col. 1 of the '276 patent, was modified, by physically incorporating a configuration adapter into the device to be configured, which allowed the prior four labor-intensive configuration steps to be combined and changed, to simply tapping on the device with a tool and plugging the device into its installed position. The process steps after this invention are not merely an automated version of what went before, they are different steps, performed at different times and reflected in different physical operations.

58.     Dr. Caloyannides also argues at length that a configuration adapter was conventional in 2007, and that using one to implement a process for configuring and forming a network does not transform the abstract idea of configuring and forming a network.

59.     This analysis is erroneous for several reasons.

60.     First, as already covered at length, the character of the claims is not merely the subject matter of configuring and forming a network. The character lies in the claimed improvement over the prior process, which was in modifying the conventional process by introducing a configuration adapter and re-formulating the process to take advantage of its capabilities for contactless commissioning and automatic initialization, combining and thereby cutting out unnecessary steps, including all of the per-device steps other than contactlessly transferring the design data and putting the device in place.

61.     Since changing the physical process by introducing new physical components and altering the procedure of configuring tangible devices is otherwise a patent-eligible process and not an abstract idea under *Alice* step one, it does not matter whether a configuration adapter is conventional or not. I understand that step one looks to the claim as a whole, and it is irrelevant to the step one analysis whether individual claim steps are or are not implemented with conventional apparatus. Indeed, in *Diehr*, the thermocouple cited by the Supreme Court, and focused on when *Diehr* was later revisited in *Alice*, was itself a "conventional" piece of equipment in my view. But it made no difference, because, according to the decision in *Alice*, *Diehr* passed step one, because the character of its claim – how it improved over the prior art – concerned an otherwise statutory process, with the improvement of "constantly determining the temperature (Z) of the mold at a location closely adjacent to the mold cavity in the press during molding." The fact that the thermocouple used to do this in Diehr may *itself* have been

conventional did change the result. Dr. Caloyannides extensively discusses "conventionality" in his *Alice* step one analysis, which appears to me more like an obviousness argument than one directed at the proper tests under *Alice*.[4]

62.     Second, in any case, I would not agree by any means that a "configuration adapter" as described in the '276 patent was a "conventional" item in the field of the '276 patent as of November 2007. Today, as shown in Exhibits E and F hereto, one can readily buy such items, referred to as dual-interface NFC EEPROM chips, from suppliers, such as NXP USA, Inc. (e.g., its NTAG-I2C of chips) and STMicroelectronics, Inc. (e.g., its M24LR family of chips) (though I would not say that their use to configure automation devices has become conventional, even today). However, as already noted, these devices did not appear on the market until approximately 2010. *See* Exhibit D hereto. In 2007, such items were not generally available off-the-shelf.

63.     As I understand the applicable law, the question of whether a configuration adapter would be considered a "routine or conventional" device to use in the field of network automation as of November 2007 could bear on *Alice* step two, in the event the Court found it necessary to address step two. By no stretch could such technology have been considered to have become "routine or conventional" in such applications by that date.

64.     While it may be fair to say that *communication* over RFID in general was widely known in electrical engineering as of 2007 (for example, the merchandise tags in a retail store), the '276 patent requires more than the mere application of RFID communication to solve a problem that was theretofore approached without it. The solution disclosed in the '276 patent also requires application of a deeper capability of RFID, that of using the RFID signal also to

---

[4] I also disagree with Dr. Caloyannides to the extent his arguments concern obviousness, for the reasons I previously expressed in the IPR proceeding.

power a non-volatile storage capability on the target device, with the energy provided by the RFID communication. It was this aspect specifically that made this combination useful to solve the problem presented in the '276 patent.

65.    Dr. Caloyannides has cited no published examples prior to the November 2007 initial filing date of the '276 patent showing the use of a configuration adapter to configure an industrial automation device to form a network, nor am I aware of any.

66.    Moreover, such potential capabilities of RFID storage devices would not have been appreciated by a POSITA, as made evident from leading research at that time. For example, a NASA Tech Briefs article from NASA's Jet Propulsion Lab (JPL) in May 2007 (Exhibit G herewith) discusses the use of RFID for communication ("Two-way Communication Using RFID Equipment and Techniques – Dynamic data could be exchanged, in addition to conventional static RFID data"). Part of Caltech, JPL is often considered one of the most technically advanced research labs. The article captures the RFID zeitgeist in the following paragraph:

> Until now, RFID has been used to exchange small amounts of mostly static information for identifying and tracking assets. Information pertaining to an asset (typically, an object in inventory to be tracked) is contained in miniature electronic circuitry in an RFID tag attached to the object. *Conventional RFID equipment and techniques* enable a host computer to read data from and, in some cases, to write data to, RFID tags, but they *do not enable such additional functions as sending commands to, or retrieving possibly large quantities of dynamic data from, RFID-tagged devices*.

Ex. G, page 6 (emphasis added). A book on ZigBee wireless networking, published in September 2007, with a Foreword by the Chairman of the ZigBee Alliance (Gislason, ZigBee Wireless Networking, Newnes Press (2007), Exhibit G), is also reasonably representative of the state of the art at that time, and does not address using RFID to provision devices.

- 20 -

67.     Dr. Caloyannides also relies on the ISO 14443 standard to argue that a configuration adapter was conventional in the relevant field. ISO 14443 is outside the area of expertise of a POSITA in the field of the '276 patent. Moreover, beyond that issue, Dr. Caloyannides' argument based on ISO 14443 stretches some points. His reasoning is based on something in that standard called a PICC (proximity integrated circuit card), terminology that Dr. Caloyannides himself concedes (at ¶ 145) is "formal and very technical-sounding" for "even knowledgeable engineers." Because the ISO 14443 standard in turn defines "integrated circuit" as "[e]lectronic component(s) designed to perform processing and/or memory functions" (Report ¶ 141), he then makes the further leap that the standard should therefore be understood to disclose using NFC for unpowered writing of computer memory. (*Id.* ¶ 142.)

68.     However, ISO 14443 uses the term "cards" to refer to such devices, and the conventional application of this technology, as Dr. Caloyannides' Report acknowledges at ¶ 146, are "smart cards" such as the MIFARE transportation card. Dr. Caloyannides does not propose any effective way to automate the networking of industrial devices using devices such as fare, payment, or security cards – and that indeed was the conventional use of this technology. Dr. Caloyannides also does not point to any disclosure in ISO 14443 of what to do with the information written to the unpowered memory on the card. The well-known card applications such as MIFARE simply made the stored information available for other devices to read, *e.g.*, to see how much credit was left on the card – nothing remotely close to the mechanism of the '276 patent, of using the information while initializing the memory-containing device itself, to form network configuration and binding. Dr. Caloyannides logic of stringing together defined terms to arrive at some allegedly implied disclosure in this admittedly arcane specification falls far short

of showing that anything like the configuration adapter of the '276 patent was even disclosed by ISO 14443, let alone routine and conventional as a result of this standard.

69.     Dr. Caloyannides also relies on U.S. Pat. No. 7,825,776 to Smith *et al*. However, this patent, which was in also a different field to begin with, was not published until 2008 and could not indicate what was "routine and conventional" in its field (or any other), as of November 2007. Again, Dr. Caloyannides appears to be confusing "routine and conventional" with the different standards for obviousness (as to which I do not agree either, for reasons I expressed in the IPR proceeding).

70.     Dr. Caloyannides' report fails to supply any support other than Smith for his assertion that the claim step he characterized as "downloading configuration data before a device is initialized" was "a conventional application of computer technology" before November 2007. (Report at ¶ 50.) Since Smith is not relevant to this inquiry, this assertion, which is the only statement in Dr. Caloyannides' report to address this claim limitation, lacks any support.

71.     Dua, U.S. Pat. No. 8,244,179, like ISO 14443, discloses stored device profiles which may be used to set up pairings with other devices. However, these develop on the device during operation, and are used during operation to pair with other devices. There is no disclosure of using this technique to form network connections automatically on device initialization. Dua discloses that the RFID tag may be passive, but in that case "there is no option to update the tag information, so the information only the Bluetooth serial number of the headphone unit 152." Dua, 17:49-18:3. There is nothing in Dua that suggests a way to automate network configuration and formation as disclosed in the '276 patent, based on what is disclosed in Dua, or suggesting any conventional available mechanism that might have been used for doing so.

72.    Spencer, U.S. Pat. No. 6,712,277 discloses a memory card designed to overcome the problem of multiple access speed requirements when memory cards are used in products requiring different data rates, It therefore provided a memory card with a plurality of interfaces, one of which could be contactless, and a memory controller implementing logic to select the data line of the proper interface. Dr. Caloyannides argues that Spencer is equivalent to a configuration adapter and reflects "conventional computer technology." However, the disclosure is directed to a memory card for use with devices such as "cameras and PDAs." It says nothing about adapting any of its circuitry as a component to be built into another device as a repository for initialization information to set up network connections. Spencer is no more relevant to the patent-eligibility of the '276 patent than a patent for a thermocouple would have been to the eligibility of the patent upheld in *Diehr*. The patent on the thermocouple would have been for some intrinsic attribute of the thermocouple, as the Spencer patent is for a multiple interface memory card. In neither case does the allegedly conventional item pertain to the modification of the underlying use process that the article in question will be applied to, which is what confers patent-eligibility under *Alice* step one – not the novelty of the mechanism used to implement one of the process steps.

73.    Teraura, U.S. Patent No. 6,873,259 discloses an RFID tag with a built-in CPU and nonvolatile memory, which also exposes a contact interface. It discloses using the memory as an ID tag for a personal computer, a usage monitoring device for an electronic fuel injection system, a ticketing information tag for a smartphone, as a property tag for various devices, and like applications. In my view, Teraura provides no more help that ISO 14443 for arriving at the solution provided by the '276 patent. As with the other RFID references brought to bear by Dr. Caloyannides, it is not in the field of an actual POSITA, and fails to suggest in any way that the

innards of its ID tag could be repurposed as a configuration adapter to transform the process of commissioning devices for joining a network. Similar to the case with the other RFID references, the question whether the tag device itself might be considered "conventional" also bears no relevance to the issue under Alice step one, which concerns the patent eligibility of the claims insofar as they recite a commissioning process that differs from the process found in the prior art.

74.     In ¶¶ 13 and 35-36 of his Report, Dr. Caloyannides also characterizes the claimed description of the commissioning tool and configuration adapter as purely functional, and thus "abstract." This is a mischaracterization, which leaves out numerous details. To recite a single function for a device is one thing, but that is not the case here. It is clear on the face of the independent claims themselves (claims 1 and 17) that the configuration adapter, for example, recites a combines several specific characteristics: (1) it must be operable to receive a download of all of the commissioning data before the devices are initialized; (2) it must support the reading of the data from the configuration adapter once the devices are initialized; (3) it must be able to communicate with another configuration adapter on the commissioning tool; and (4) it must be capable of doing its data communication with the commissioning tool while unpowered. Fig. 7 of the patent is also described as "a schematic block diagram of a configuration adapter, according to the present invention ('276 patent, 7:55-56), showing its dual interfaces and memory elements. There is considerably more structure to the referenced components than Dr. Caloyannides' description would suggest.

75.     Paragraphs 44-45 of Dr. Caloyannides' Report also critique the configuration adapter as shown ion Fig. 7 of the '276 patent as "nothing more than an assembly of well-known electronic components performing their well-known functions as understood by a POSITA before November 2007." Respectfully, this is not even a sufficient explanation on the patent

eligibility of a configuration adapter, if it had been claimed as a separate discrete assembly, which it was not. The NXP defendants in fact have such a patent, U.S. Patent 8,280,304. By Dr. Caloyannides' logic, no electronic circuit constructed from "well-known electronic components performing their well-known functions" would be patent-eligible, which strikes me as highly implausible. The thrust of Dr. Caloyannides' assertion appears to be that modifying an operational process by using such a device cannot be patent-eligible, which is a bigger stretch, and is incorrect under my understanding of patent eligibility.

76.     Dr. Caloyannides also cites Knibbe, U.S. Pat. No. 8,665,762, as he did in the IPR proceedings. Knibbe does not concern RFID or a configuration adapter. In fact, Knibbe represents the prior art method of networking devices, where it is assumed that the network is already up and running, and the remainder of commissioning is performed over the running network. Knibbe reflects the problem addressed by the '276 patent, not its solution.

77.     Dr. Caloyannides presents arguments as to the patent eligibility of several dependent claims. My views above, expressed primarily with specific reference to claim 1, apply equally to claim 17. In addition, I understand that all dependent claims will be patent-eligible if their respective base claims are found patent-eligible. Further, there are claims that Dr. Caloyannides fails to address, and consequently I need not address those claims.

78.     Dr. Caloyannides' critique of claim 2 reads as an argument that claim is not patentably distinct from claim 1. This does not at all address its patent-eligibility. The citation of Smith is not helpful to Dr. Caloyannides' argument, for the reasons I addressed above.

79.     As for claim 3, the fact that the invention uses a design system that may be implemented on a computer does not render the claim as a whole directed at an abstract idea, as I have addressed above.

80.     Claim 4 introduces an "address translation subtable" so the wireless and wired portions of the network, which could be in different address spaces, can interoperate. The claim is not for just incorporating such a table. It is for making its data part of the design that gets downloaded, so that the technique of the patent can use one design to extend to complex networks, commissioning all the devices by the same "tap" operation with the same download.

81.     Claim 5 relates to taking the same design, the data from which is downloaded to each device, and also making it available to a "master controller" over a standard communication link – thereby providing for getting much more functionality out of the network design, another improvement to the claimed commissioning procedure.

82.     Claim 15 addresses an improved process for commissioning at least one, and thus with the ability to handle a plurality of wireless devices, in specified locations, from one set of downloaded data with a single commissioning tool. Dr. Caloyannides' critique of this claim is to argue that the individual limitations were known, and that conventional PDAs could have been used to implement the claim, which fails to address the device commissioning process improvement for multiple wireless devices achieved by this claim.

83.     Claim 16 is parallel to claim 15 but concerns wired devices. The shortcomings in Dr. Caloyannides' critique are the same as for claim 15.

84.     Claim 18 addresses a system as in claim 17 in which the design can interconnect the wired and wireless devices on the network. Dr. Caloyannides likens this to an access point (which is actually addressed specifically in claim 19), which he states is merely conventional. However, the claim is not for an access point, or even adding an access point. It is for incorporating a wired-to-wireless connection is a network designed that can be commissioned in the networked devices by the system of claim 17.

85.     Dr. Caloyannides' critique of claim 19 again addresses that access points were conventional, but again fails to address incorporating an access point into the design data downloaded to a commissioning tool for commissioning devices that may comprise an entire complex network.

86.     Claim 20 recites the system of claim 17, wherein the network design comprises a wireless device on a wireless network that interconnects with a wired network. Dr. Caloyannides once again addresses only the respective elements, failing to address that the process for downloaded and transferring network design data to automatically configure devices on their initialization can also handle situations where interconnections are needed to traverse the wired and wireless portions of the network.

87.     Claim 21 specifically recites that the configuration adapters in claim 17 comprise a configuration interface and a device contact interface. Dr. Caloyannides refers here to paragraphs 38-49 of his Report, in which he states that "a device combining both of these interfaces was a conventional computer component before November 2007." Actually, all that is shown in those paragraphs are alleged prior art documents which disclose configurations with a memory, configuration interface, and device contact interface, but which fail to address any facts that would indicate that an electronic component having these characteristics was routinely and conventionally available, or at least routinely and conventionally used as such, which it was not. Moreover, as set forth above, it would not be relevant to step one of the *Alice* analysis even if Dr. Caloyannides did establish that such a device in itself was routinely and conventionally available.

88.     Dr. Caloyannides' critique of claim 23 overlooks the limitations incorporated by claim 23's dependence on claim 22 and the significance of incorporating an access point in the

- 27 -

network design, with its own configuration adapter, as well as a master controller that also becomes involved in forming the network. Its reliance on Smith is also in error for the reasons I previously stated.

89.     Dr. Caloyannides' critique of claim 25 seems to address the obviousness of adding an access point connected to a master controller. However, it fails to address the functionality of these components in this configuration, with, as explained in the specification, at 14:30-34, allows the master controller to thereby control both the wired and wireless networks otherwise formed through the downloaded network design. Whether or not this is obvious (which I would dispute), Dr. Caloyannides fails to provide any reasoning under Alice as to why providing a procedure that can automatically set up a network with such a configuration is not patent-eligible subject matter.

90.     Finally, I note that Dr. Caloyannides fails to address the issue of preemption. He claims that the abstract idea of the '276 patent claims goes to "describ[ing] the design of any computer network – configuration plus connections." I could understand a concern if the '276 patent covered any automated process of configuring setting up network connections – such that anyone else who tried to do such a thing could be stopped, or have to pay a royalty. But this is not what the patent does. The zone of protection is considerably narrower than any and all automated network setup. The claims incorporate specific structural limitations, including the design system under claim 17 and its use under claim 1, the configuration adapter with its memory element and dual interfaces, and the commissioning tool with its own configuration adapter communicating over a complementary configuration link with the configuration adapter. These claims control only if all of these express structural limitations and their expressly claimed

interactions are met. Dr. Caloyannides' formulation seems to be inappropriately broad for purposes of *Alice* step one.

91.    In sum, Dr. Caloyannides' Report begins with an overly broad formulation of the alleged abstract idea of the '276 patent claims, shortcuts the analysis under step one by failing to identify what the patent regards as distinguishing its claims from the prior art, and then proceeds immediately to step two, based on the alleged conventional nature of the items used to practice the individual process steps, overlooking the characteristics of the underlying process itself, as well as any ordered combination of the claim elements. In addition, it repeatedly seeks to establish the alleged conventional nature of the items used in the process by finding similar examples somewhere in the prior art, without further support for what is conventional, whereas, as I understand the law, merely being identified in the prior art is not sufficient to show that an item is routine and conventional for purposes of patent-eligibility.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 4, 2020.

ANTHONY G. ROWE

# Exhibit A to 12/04/2020 Rowe Declaration

# Anthony Rowe

email: agr@ece.cmu.edu

web: www.ece.cmu.edu/~agr

phone: (412) 519-5223

6401 Wilkins

Pittsburgh, PA 15217

## Research Interests

 I have a broad range of research interests that include real-time systems, distributed systems, operating systems, embedded computer vision and robotics. My current work focuses on large-scale embedded sensing systems with real-time properties for  supporting applications related to building energy optimization, critical infrastructure monitoring, mobile  computing and rural electrification.  I am currently the director of the Wireless Sensing and Embedded Systems Lab (WiSE Lab http://wise.ece.cmu.edu) at Carnegie Mellon University.  I have also applied my research in sensor networks as a co-founder of SparkMeter Inc., a company that strives to design cost-effective technologies to support rural electrification in developing nations. Founded in 2014, they currently have grids deployed in more then five countries including Haiti, Tanzania, India, Nepal and Uganda.

## Education

Ph.D. Electrical and Computer Engineering Carnegie Mellon University

Thesis advisor: Dr. Ragunathan (Raj) Rajkumar.

Thesis title: *A Resource-Centric Design Paradigm for Scalable Sensor networks.* Jan 2004- Dec 2009

B.S. Electrical and Computer Engineering Carnegie Mellon University, May 2003

## Work Experience

Associate Professor, Electrical and Computer Department, Carnegie Mellon University.  July 2015 - present

Assistant Research Professor, ECE Department, Carnegie Mellon University.  June 2010 - Jul 2015

Bosch Research and Technology Center Internship: Developed a performance modeling and exploration tool for an automotive distributed mechatronic system capable of estimating worst case latencies given new components or changed communication parameters. The system primarily focused on modeling LIN and CANbus communication. Supervisor: Christoph Stoermer May 2004 – Sep 2005

Mobile Robot Programming Lab Research Assistant: Developed CMUcam, CMUcam2, and CMUcam3. CMucam is a commercially available (20000+ units sold) low-cost embedded vision hardware platform capable of color tracking, motion tracking, edge detection and histogramming in  real-time. Advisor: Professor  Illah Nourbakhsh. June 2001- Present

NASA Ames Research Center Internship: Summer intern at the IC division under the supervision of Maria Bualat, Created a new interface for the K9 rover contingent executive which allowed it to control a low cost robotics testbed for educational outreach. Developed a user interface to generate Lisp scripts for this executive. Jul 2002 – Aug 2002

Harvard-Smithsonian Center for Astrophysics Research Assistant: Worked under the supervision of Dr. Eric Keto in the Radio and Geoastronomy Division on Sub-Millimeter Array Telescope software. Developed a Cluster Parallel Computing System to enhance radiative transfer models of astronomical molecular clouds. Jun 1999  – Sep 2000

## Awards

Dr. William D. and Nancy W. Stecker Early Career Chair 2016

CMU CIT Steven J. Fenves Award for Systems Research 2015

CMU CIT Early Career Fellowship 2014

Lutron Joel and Ruth Spira Excellence in Teaching Award 2013

*Anthony Rowe - Curriculum Vitae (2-5)*

Best Paper in 2018 in *the International Conference on Information Processing in Sensor Networks (IPSN).* "Charm: Exploiting Geographical Diversity Through Coherent Combining in Low-Power Wide-Area Networks"

Best Paper Nomination in the 2012 *ACM Conference on Embedded Networked Sensor Systems (SenSys)* "Indoor Pseudo-ranging of Mobile Devices using Ulrasonic Pulse Compression"

Best Paper Honorable Mention in the 2012 *IEEE International Conference on Computational Photography (ICCP 2012)* "Fast Reactive Control for Illumination through Rain and Snow"

Best Poster in the 2011 *ACM Workshop on Embeddeed Sensing Systems for Energy-Efficiency in Buildings (BuildSys)* "Appliance Classification and Energy Management Using Multi-Modal Sensing"

Best Paper in the 2010 *ACM Workshop on Embedded Sensing Systems for Energy-Efficiency in Buildings (BuildSys)* "Contactless Sensing of Appliance State Transitions"

Best Paper in the 2009 *ACM Conference on Embedded Networked Sensor Systems (SenSys)* "Low-Power Clock Synchronization using Electromagnetic Energy Radiating from AC Power Lines"

Best Paper in the 2006 *IEEE Conference on Sensors, Mesh and Ad-hoc Communication and Networks (SECON)* "RT-Link: A Time-Synchronized Link Protocol for Energy Constrained Multi-hop Wireless Networks"

2003 Carnegie Mellon University's David Tuma Laboratory Project Award: Undergraduate Laboratory Award for work on a fault tolerant encrypted voice over IP SoC system.


## Peer-Reviewed Conferences and Workshops

1.  Adwait Dongare, Revathy Narayanan, Akshay Gadre, Anh Luong, Artur Balanuta, Swarun Kumar, Bob Iannucci, Anthony Rowe, "Charm: Exploiting Geographical Diversity Through Coherent Combining in Low-Power Wide-Area Networks", The International Conference on Information Processing in Sensor Networks (IPSN), April 2018, Porto Portugal (pdf) **(Best Paper Award)**

2.  Niranjini Rajagopal, Patrick Lazik, Nuno Pereira, Sindhura Chayapathy, Bruno Sinopoli, Anthony Rowe, "Enhancing Indoor Smartphone Location Acquisition using Floor Plans", The International Conference on Information Processing in Sensor Networks (IPSN), April 2018, Porto Portugal (pdf)

3.  Anh Luong, Peter Hillyard, Alemayehu Solomon Abrar, Charissa Che, Thomas Schmid, Anthony Rowe, Neal Patwari, "A Stitch in Time and Frequency Synchronization Saves Bandwidth", The International Conference on Information Processing in Sensor Networks (IPSN), April 2018, Porto Portugal. (pdf)

4.  Luis Ramos Pinto, Luís Almeida and Anthony Rowe, "Aerial Video Stream over Multi-hop using Adaptive TDMA Slots", IEEE Real-Time Systems Symposium (RTSS 2017), Paris, France 2017 (pdf)

5.  Adwait Dongare, Anthony Rowe, "Pulsar: A Wireless Propagation-Aware Clock Synchronization Platform", IEEE Real-Time and Embedded Technology and Applications Symposium (RTAS 2017), April 2017, Pittsburgh, PA.

6.  L. Pinto, A. Moreira, L. Almeida and A. Rowe, "Characterising Multi-hop Aerial Networks of COTS Multirotors" in IEEE Transactions on Industrial Informatics, 2017

7.  Sirajum Munir, Ripudaman Singh Arora, Craig Hesling, Juncheng Li, Jonathan Francis, Charles Shelton, Christopher Martin, Anthony Rowe, Mario Berges, "Real-Time Fine Grained Occupancy Estimation using Depth Sensors on ARM Embedded Platforms", IEEE Real-Time and Embedded Technology and Applications Symposium (RTAS 2017), April 2017, Pittsburgh, PA.

8.  Adwait Dongare, Craig Hesling, Khushboo Bhatia, Artur Balanuta, Ricardo Lopes Pereira, Bob Iannucci, Anthony Rowe, "OpenChirp: A Low-Power Wide-Area Networking Architecture", The first International Workshop on Smart Edge Computing and Networking (SmartEdge 2017) in conjunction with PerCom 2017, Hawaii, USA.

9.  L. R. Pinto, L. Oliveira, L. Almeida and A. Rowe, "Extendable Matrix Camera Using Aerial Networks," 2016 International Conference on Autonomous Robot Systems and Competitions (ICARSC), Braganca, 2016

10. Fatima M. Anwar, Sandeep D'souza, Andrew Symington, Adwait Dongare, Ragunathan (Raj) Rajkumar, Anthony Rowe and Mani B. Srivastava, "Timeline: An Operating System Abstraction for Time-Aware Applications", IEEE Real-Time Systems Symposium (RTSS 2016), November 29th, Porto, Portugal.

11. Oliver Shih, Patrick Lazik, Anthony Rowe, "AURES: A Wide-Band Ultrasonic Occupancy Sensing Platform", The 3rd ACM International Conference on Systems for Energy-Efficient Built Environments (BuildSys 2016), November 2016, Palo Alto, CA.

12. Niranjini Rajagopal, Sindhura Chayapathy, Bruno Sinopoli and Anthony Rowe, "Beacon Placement for Range-Based Indoor Localization", The 7th International Conference on Indoor Positioning and Indoor Navigation (IPIN 2016), October 2016, Madrid, Spain.

13. L. Pinto, A. Moreira, L. Almeida and A. Rowe, "Aerial multi-hop network characterisation using COTS multi-rotors," 2016 IEEE World Conference on Factory Communication Systems (WFCS), Aveiro, 2016

14. Maxim Buevich, Xiao Zhang, Dan Schnitzer, Tristan Escalada, Arthur Jacquiau-Chamski, Jon Thacker, Anthony Rowe, "Microgrid Losses: When the Whole is Greater Than the Sum of Its Parts", The 7th IEEE/ACM International Conference on on Cyber-Physical Systems, April 2016, Vienna, Austria

15. Maxim Buevich, Xiao Zhang, Dan Schnitzer, Tristan Escalada, Arthur Jacquiau-Chamski, Jon Thacker, Anthony Rowe, "Short Paper: Microgrid Losses: When the Whole is Greater Than the Sum of Its Parts", The 2nd ACM Conference on Embedded Systems for Energy-Efficient Built Environments (BuildSys), November 2015, Soeul, South Korea

16. Patrick Lazik, Niranjini Rajagopal, Oliver Shih, Bruno Sinopoli, Anthony Rowe, "ALPS: A Bluetooth and Ultrasound Platform for Mapping and Localization", The 13th ACM Conference on Embedded Networked Sensing Systems (SenSys). November, 2015, Seoul, South Korea.

17. Oliver Shih, Anthony Rowe, "Occupancy Estimation using Ultrasonic Chirps", *The ACM/IEEE 6th International Conference on Cyber-Physical Systems* (ICCPS 2015), Seattle, Washington, April 13th, 2015

18. Patrick Lazik, Niranjini Rajagopal, Bruno Sinopoli, Anthony Rowe, "Ultrasonic Time Synchronization and Ranging on Smartphones", *21st IEEE Real-Time and Embedded Technology and Applications Symposium* (RTAS 2015), Seattle, Washington, April 13th, 2015

19. Lymberopoulos et al., "A Realistic Evaluation and Comparison of Indoor Location Technologies: Experiences and Lessons Learned", *ACM/IEEE 14th International Conference on Information Processing in Sensor Networks* (IPSN 2015), Seattle, Washington, April 13th, 2015

20. Subhagato Dutta, Abhishek Chugh, Robert Tamburo, Anthony Rowe, Srinivasa G. Narasimhan, "Performance Characterization of Reactive Visual Systems", IEEE International Conference on Computational Photography (ICCP 15), Houston Texas, April 24-26, 2015

21. Niranjini Rajagopal, Patrick Lazik, Anthony, Rowe, "Is There a Place for VLC in Wireless Sensor Networks?", Poster Paper, 1st ACM Workshop on Visible Light Communication Systems, Sep 7, 2014, Maui, Hawaii

22. Niranjini Rajagopal, Patrick Lazik, Anthony, Rowe, "Hybrid Visual Light Communication for Cameras and Low-Power Embedded Devices", 1st ACM Workshop on Visible Light Communication Systems, Sep 7, 2014, Maui, Hawaii

23. Robert Tamburo, Eriko Nurvitadhi, Abhishek Chugh, Mei Chen, Anthony Rowe, Takeo Kanade, Srinivasa Narasimhan, "Programmable Automotive Headlights", European Conference on Computer Vision (ECCV 2014), Sep. 6-12, 2014, Zurich.

24. Edward A. Lee, Jan Rabaey, David Blaauw, Prabal Dutta, Kevin Fu, Carlos Guestrin, Bjoern Hartmann, Roozbeh Jafari, Douglas L. Jones, John D. Kubiatowicz, Vijay Kumar, Rahul Mangharam, Brian T. Murray, George Pappas, Kris Pister, Anthony Rowe, Alberto Sangiovanni-Vincentelli, Sanjit A. Seshia, Tajana Simunic Rosing, Ben Taskar, John Wawrzynek, David Wessel, "The Swarm at the Edge of the Cloud", In IEEE Design and Test of Computers on Cloud Computing for Embedded Systems, 2014.

25. Niranjini Rajagopal, Patrick Lazik, Anthony Rowe, "Visual Light Landmarks for Mobile Devices", ACM/IEEE International Conference on Information Processing in Sensor Networks (IPSN 2014), Berlin Germany.

26. Maxim Buevich, Dan Schnitzer, Tristan Escalada, Arthur Jacquiau-Chamski, Anthony Rowe, "A System for Fine-Grained Remote Monitoring, Control and Pre-Paid Electrical Service in Rural Microgrids", ACM/IEEE International Conference on Information Processing in Sensor Networks (IPSN 2014), Berlin Germany.

27. Maxim Buevich, Niranjini Rajagopal, Anthony Rowe, "Hardware Assisted Clock Synchronization for Real-Time Sensor Networks", IEEE Real-Time Systems Symposium (RTSS 2013), Vancouver, CA 2013.

28. Maxim Buevich, Anne Wright, Randy Sargent and Anthony Rowe, "Respawn: A Distributed Multi-resolution Time-series Datastore", IEEE Real-Time Systems Symposium (RTSS 2013), Vancouver, CA 2013.

29. Jia Zhang, Bob Iannucci, Mark Hennessy, Kaushik Gopal, Sean Xiao, Sumeet Kumar, David Pfeffer, Basmah Aljedia, Yuan Ren, Martin Griss, Steven Rosenberg, Jordan Cao, Anthony Rowe, "Sensor Data as a Service - A Federated Platform for Mobile Data-Centric Service Development and Sharing", in Proceedings of 2013 IEEE 10th International Conference on Services Computing (SCC), Jun. 27-Jul. 2, 2013, Santa Clara, California, USA, pp. 446-453.

30. Dionisio De Niz, Lutz Wrage, Anthony Rowe and Ragunathan Rajkumar, "Utility-Based Resource Overbooking For Cyber-Physical Systems", 19th IEEE International Conference on Embedded and Real-Time Computing Systems and Applications (RTCSA 2013), Taipei, Taiwan, 2013

31. Ilari Shafer, Raja R. Sambasivan, Anthony Rowe, Gregory R. Ganger, "Specialized Storage for Big Time Series", The 5th USENIX Workshop on Hot Topics in Storage and File Systems (HotStorage '13), San Jose, CA 2013

32. Niranjini Rajagopal, Suman Giri, Mario Berges, Anthony Rowe, "A Magnetic Field-based Appliance Metering System", The 4th ACM/IEEE International Conference on Cyber-Physical Systems (ICCPS) Apr. 8th, Philadelphia, USA 2013.

33. S. Giri, M. Bergés, and A. Rowe, "Towards automated appliance recognition using an EMF sensor in NILM platforms," Advanced Engineering Informatics, iss. Special Issue EG-ICE 2012, 2013.

34. Frank Mokaya, Cynthia Kuo, Quinn Jacobson, Brian Nguyen, Anthony Rowe, Pei Zhang, "MARS: A Muscle Activity Recognition System Enabling Self-Configuring Musculoskeletal Sensor Networks", The 12th ACM/IEEE Conference on Information Processing in Sensor Networks (IPSN), April 8th, Philidadelphia, USA 2013.

35. Ray Yun, Bertrand Lasternas, Azizan Aziz, Vivian Loftness, Peter Scupelli, Anthony Rowe, Ruchie Kothari, Flore Marion, Jie Zhao, "Toward the Design of a Dashboard to Promote Environmentally Sustainable Behavior among Office Workers", The 8th International Conference on Persuasive Technology, April 3-5 2013, Sydney, Australia.

36. Patrick Lazik and Anthony Rowe, "Indoor Pseudo-ranging of Mobile Devices using Ultrasonic Pulse Compression" The 10th ACM Conference on Embedded Networked Sensing Systems (SenSys). November, 2012,

Toronto, Canada. **(Nominated for Best Paper)**

37.  Kyle Anderson, Adrian Ocneanu, Diego Benitez, Derrick Carlson, Anthony Rowe, and Mario Berges, "BLUED: A Fully Labeled Public Dataset for Event-Based Non-Intrusive Load Monitoring Research," in Proceedings of the 2nd KDD Workshop on Data Mining Applications in Sustainability (SustKDD), Beijing, China, August 2012. (data)

38.  Raoul de Charette, Robert Tamburo, Peter Barnum, Anthony Rowe, Takeo Kanade, and Srinivasa Narasimhan, "Fast Reactive Control for Illumination through Rain and Snow" IEEE International Conference on Computational Photography (ICCP 2012), April 2012.  **(Best Paper Honorable Mention Award)**

39.  Dionisio de Niz, Lutz Wrage, Nathaniel Storer, Anthony Rowe and Ragunathan Rajkumar, "On Resource Overbooking in an Unmanned Aerial Vehicle," ACM/IEEE Third International Conference on Cyber-Physical Systems (ICCPS 2012), April 2012.

40.  Mario Berges, Anthony Rowe, "Poster: Appliance Classification and Energy Management Using Multi-Modal Sensing," The 3rd ACM Workshop On Embedded Sensing Systems For Energy-Efficiency In Buildings (BuildSys), held in conjunction with ACM SenSys, November 2011.  **(Best Poster Award)**

41.  Vaishakh Rao, Anthony Rowe, "Poster: Low-Cost Continuous Thermal Sensing," The 3rd ACM Workshop On Embedded Sensing Systems For Energy-Efficiency In Buildings (BuildSys), held in conjunction with ACM SenSys, November 2011.

42.  John Yackovich, Daniel Mosse, Anthony Rowe and Raj Rajkumar, "Making WSN TDMA Practical: Stealing Slots Up and Down the Tree," The 17th IEEE International Conference on Embedded and Real-Time Computing Systems and Applications (RTCSA 2011), August 2011.

43.  Yizhi Wu and Anthony Rowe, "Logic-based programming for wireless sensor-actuator networks," ACM/IEEE International Conference on Cyber-Physical Systems (ICCPS), April 2011

44.  Anthony Rowe, Adam Goode, Dhiraj Goel, Illah Nourbakhsh, "CMUcam3: An Open Programmable Embedded Vision Sensor," *Submitted 2009 (under review).*

45.  Anthony Rowe, Gaurav Bhatia, Ragunathan (Raj) Rajkumar, "A Model-Based Design Approach for Wireless Sensor-Actuator Networks," *The First Analytic Virtual Integration of Cyber-Physical Systems Workshop (AVICPS),* held in conjunction with RTSS, November 2010. PDF

46.  Anthony Rowe, Vikram Gupta, Raj Rajkumar, "Low-power Clock Synchronization using Electromagnetic Energy Radiating from AC Power Lines," In *Proceedings of 7th ACM Conference on Embedded Networked Sensor Systems* (SenSys),  November 2009 **(Best Paper Award).**

47.  Branden Archer, Shivakumar Sastry, Anthony Rowe, Ragunathan (Raj) Rajkumar, "Profiling Primitives of Networked Embedded Automation," In *Proceedings of IEEE Conference on Automation Science and Engineering* (CASE) 2009, August 2009.

48.  Arvind Kandhalu, Anthony Rowe, Raj Rajkumar, "Real-Time Video Surveillance over IEEE 802.11 Mesh Networks," In *Proceedings of the Real-Time Applications Symposium* (RTAS), April 2009.

49.  Anthony Rowe, Karthik Lakshmanan, Haifeng Zhu, Raj Rajkumar, "Rate-Harmonized Scheduling for Saving Energy," In *Proceedings of Real-Time Systems Symposium* (RTSS), December 2008.

50.  Anthony Rowe, Karthik Lakshmanan, Raj Rajkumar, "SAMPL: A Simple Aggregation and Message Passing Layer," In *Proceedings of Wireless Internet Conference* (WICON), November 2008.

51.  Anthony Rowe, Dhiraj Goel, Raj Rajkumar, "FireFly Mosaic: A Vision-Enabled Wireless Sensor Networking System," In *Proceedings of Real-Time Systems Symposium* (RTSS), December 2007.

52. Nuno Pereira, Bjorn Andresson, Eduardo Tovar, Anthony Rowe, "Static-Priority Scheduling over Wireless Networks with Multiple Broadcast Domains," In *Proceedings of Real-Time Systems Symposium* (RTSS), December 2007.

53. Anthony Rowe, Zane Starr and Raj Rajkumar, "Using Micro-Climate Sensing to Enhance RF Localization in Assisted Living Environments" In *Proceedings of IEEE Systems, Man and Cybernetics* (SMC), Montreal Canada 2007.

54. Rahul Mangharam, Anthony Rowe, Raj Rajkumar, "Voice over Sensor Networks," In *Proceedings of the 27th IEEE Real-Time Systems Symposium* (RTSS), December 2006.

55. Anthony Rowe, Rahul Mangharam, Raj Rajkumar, "RT-Link: A Time-Synchronized Link Protocol for Energy Constrained Multi-hop Wireless Networks," In *Proceedings of the IEEE conference on sensors mesh and ad-hoc communication and networks* (SECON), September 2006. **(Best Paper Award)**

56. Uwe Maurer, Anthony Rowe, Asim Smailagic, Daniel Siewiorek, "eWatch: A Wearable Sensor and Notification Platform," In *Proceedings of the IEEE Body Sensor Networks Workshop* (BSN) 2006.

57. Anthony Rowe, Charles Rosenberg, Illah Nourbakhsh, "A Second Generation Low Cost Embedded Color Vision System," In *Proceedings of the IEEE Embedded Computer Vision Workshop*, (CVPR) 2005.

58. Anand Eswaran, Anthony Rowe and Raj Rajkumar, "Nano-RK: An Energy-Aware Resource-Centric Operating System for Sensor Networks," In *Proceedings of the IEEE Real-Time Systems Symposium* (RTSS), December 2005.

59. Asim Smailagic, Daniel P. Siewiorek, Uwe Maurer, Anthony Rowe, Karen Tang, "eWatch: Context Sensitive System Design Case Study," In *Proceedings of IEEE Computer Society Annual Symposium on VLSI* (ISVLSI) 2005.

60. Anthony Rowe, Charles Rosenberg, Illah Nourbakhsh, "A Low Cost Embedded Color Vision System," In *Proceedings of IEEE/RSJ International Conference on Intelligent Robots and Systems* (IROS) 2002.

61. Anthony Rowe, Charles Rosenberg, Illah Nourbakhsh, "A Simple Low Cost Color Vision System," Technical sketch presented at *IEEE Computer Vision Pattern Recognition* (CVPR) 2001.

## Journals and Book Chapters

1. Anthony Rowe, Karthik Lakshmanan, Haifeng Zhu, Raj Rajkumar, "Rate-Harmonized Scheduling for Saving Energy," *Submitted 2009*

2. Anthony Rowe, Mario Berges, Gaurav Bhatia, Ethan Goldman, Raj Rajkumar, Lucio Soibelman, James Garrett, Jose M. F. Moura, "Sensor Andrew: Large-Scale Campus-Wide Sensing and Actuation," *Submitted 2009 (under review).*

3. Anthony Rowe, Rahul Mangharam and Raj Rajkumar, "RT-Link: A Global Time-Synchronized Link Protocol for Sensor Networks" *Elsevier Ad hoc Networks, Special Issue on Energy-efficient design in wireless ad hoc and sensor networks*, 2007. **(Invited Journal Paper)**

4. Anthony Rowe, Rahul Mangharam, Raj Rajkumar, "FireFly: A Time Synchronized Real-Time Sensor Networking Platform," *Wireless Ad Hoc Networking: Personal-Area, Local-Area, and the Sensory-Area Networks*, CRC Press Book Chapter, November 2006.

5. Rahul Mangharam, Anthony Rowe, Raj Rajkumar, "FireFly: A Cross-Layer Platform for Wireless Sensor Networks," *Real Time Systems Journal, Special Issue on Real-Time Wireless Sensor Networks*, November 2006.

6. Uwe Maurer, Anthony Rowe, Asim Smailagic, Daniel Siewiorek, "Location and Activity Recognition Using eWatch: A Wearable Sensor Platform," *Ambient Intelligence in Every Day Life*, Springer Press Book Chapter,

LNAI 3864, November 2006.

7. Christoph Stoermer, Anthony Rowe, Liam O'Brien, Chris Verhoef, "Model-centric software architecture reconstruction," *Software- Practice and Experience*, Dec 2005.

8. B. Meyer, J. Pieper, J. Paul, J. Nelson, S. Pieper, A. Rowe, "Power-Performance Simulation and Design Strategies for Single-Chip Heterogenous Multiprocessors," *IEEE Transactions on Computers*, June 2005.

## Selected Presentations

1. "Indoor Localization: Where we are? Where we are going?", SRC Seminar, May 2017

2. "Future Trends in IoT", GE Korea, , December 22th 2016

3. "Future Trends in IoT", Korea Big Data Academic Society, December 21th 2016

4. "Future Trends in IoT", KEPCO Big Data Center, December 20th 2016

5. "Future Trends in IoT", Seoul National University, December 20th 2016

6. "Precise Timing and Localization in Indoor Spaces ", Portland, September, 2016

7. "Ubiquitous Communication is the Biggest Challenge Holding us Back", Berkeley, October, 2016

8. "Microgrid Losses: When the whole is greater than the sum of its parts…", Berkeley, October, 2016

9. "The Open Chirp Project", CMU, CyLab Annual Meeting, 2016

10. "Wireless Sensing and Embedded Systems Lab Overview", 3M, May 18th, 2016

11. "IoT at CMU", CMU, Ingersoll Rand, July 12th, 2016

12. "Precise Timing and Localization in Indoor Spaces ", Stanford Distinguished Lecture, April 19, 2016

13. "Indoor Localization: or How I learned to love the clock", CMU, CyLab Seminar, April 4, 2016

14. "The promise and Perils of Connected Sensors", CMU, 2016

15. "The promise and Perils of Connected Sensors", World Economics Forum, Davos, Switzerland, 2015

16. "Indoor Localization", Google, May 5th, 2015

17. "Microgrid Losses: When the whole is greater than the sum of its parts…", CEIC Conference, October 22, 2015

18. "Microgrid Losses: When the whole is greater than the sum of its parts…", Oxford University, July 10th, 2015

19. "OpenMortar.io: An Open-Source Building Management System", Department of Energy Building Technologies Office Peer Review, Washington DC, April 2014

20. "Indoor Localization Discussion Panel," IPSN, Berlin, April 16, 2014.

21. "Large-scale sensing for building energy-efficiency," U. Mass. Amherst, Amherst, MA, November, 2014.

22. "OS Support for Quality-of-Time", UCLA, February 26th, 2014

23. "Large-scale sensing and actuation," Texas Instruments, Dallas, TX, December 2013.

24. "Semantic Localization in the Swarm," UC Berkeley, Berkeley CA, November 5, 2013.

25. "Grappling with large-scale physical data," Bosch Research Pittsburgh, Pittsburgh, PA, August 1, 2013.

26. "Sensing and Actuating the Physical World," U.C. Merced, Merced CA, February 21, 2013.

27. "Localizing Mobile Devices using Light and Sound," Carnegie Mellon University, INI Seminar 2013.

28. "Localization using Light and Sound," Carnegie Mellon University, CyLab Seminar 2013.

29. "Grappling with large-scale physical data," Intel Research, Pittsburgh, PA, August 1, 2013.

30. "Time Series Data Management," Bosch Research Pittsburgh, Pittsburgh, PA, October 2012.

31. "Techno Stress Panel," Intel Research, San Francisco, CA, August 13, 2013.

32. "C3 Dashboard," Environmental Protection Agency, EPA in Philadelphia PA, July 2012.

33. "WiSE Lab Overview," Sparkfun Inc., Sparkfun Headquarters, Boulder PA, June 2012.

34. "RESPAWN: REconfigurable Sensor Processing Across Wide-Area Networks," Intel ISTC, Pittsburgh, PA, April 2012.

35. "Empowering Occupants to Achieve Energy Efficiency in Commercial Buildings," CMU / HCI, March 2012.

36. "Wireless Sensor Networks for Building Energy Management," Texas Instruments, TI headquarters Dallas, TX, March 2012.

37. "Wireless Sensor Networks for Building Energy Management," Carnegie Mellon University, ECE Seminar 2012.

38. "A Resource-Centric Design Paradigm for Scalable Wireless Sensor Networks", Virginia Tech, 2011

39. "A Resource-Centric Design Paradigm for Scalable Wireless Sensor Networks", Univeristy of Pittsburgh, 2011

40. "Indoor Pseudo-ranging of Mobile Devices using Ultrasonic Pulse Compression" The 10th ACM Conference on Embedded Networked Sensing Systems (SenSys). November, 2012, Toronto, Canada.

41. "Low-Power Clock Synchronization using Electromagnetic Energy Radiating from Power Lines" *ACM Conference on Embedded Networked Sensor Systems (SenSys)* Berkeley CA 2009.

42. "Rate-Harmonized Scheduling for Saving Energy," *IEEE Real-Time Systems Symposium* (RTSS) Barcelona, Spain 2008.

43. "FireFly Mosaic: A Vision-Enabled Wireless Sensor Networking System," *IEEE Real-Time Systems Symposium* (RTSS) Tucson, Arizona 2007.

44. "Using Micro-Climate Sensing to Enhance RF Localization in Assisted Living Environments," *IEEE Systems, Man and Cybernetics* (SMC), Montreal Canada 2007.

45. "Voice over Sensor Networks," *IEEE Real-Time Systems Symposium* (RTSS) Rio De Janeiro, Brazil 2006.

46. "RT-Link: A Time-Synchronized Link Protocol for Energy Constrained Multi-hop Wireless Networks," *IEEE conference on sensors mesh and ad-hoc communication and networks* (SECON), Washington D.C. 2006.

47. "Nano-RK: An Energy-Aware Resource-Centric Operating System," *IEEE Real-Time Systems Symposium* (RTSS), Miami 2005.

48. "A Case Study in Time Performance of a LIN based System using Software Architecture Reconstruction", Bosch Conference on Systems and Software Engineering, Munich, Germany 2004.

49. "A Simple Low-Cost Color Vision System," *Computer Vision and Pattern Recognition* (CVPR), Hawaii 2001.

## Demonstration Papers

1. Christopher Palmer, Patrick Lazik, Maxim Buevich, Jingkun Gao, Mario Berges, Anthony Rowe, Ricaro Lopes Pereira, Christopher Martin, "Mortar.io: A Concrete Building Automation System (Demo Abstract)", *Demo abstract in 1st ACM Conference on Embedded Systems for Energy-Efficient Buildings*, Nov. 5-6, Memphis, TN

2. Aksanli, Akyurek, Behl, Clark, Donze, Dutta, Lazik, Massoumy, Mangharam, Nghiem, Raman, Rowe, Sangiovanni-Vincentelli, Seshia, Rosing, Venkatesh, "Distributed Control of a Swarm of Buildings Connected to a Smart Grid (Demo Abstract)", *Demo abstract in 1st ACM Conference on Embedded Systems for Energy-Efficient Buildings*, Nov. 5-6, Memphis, TN

3. Niranjini Rajagopal, Patrick Lazik, Anthony Rowe, "How many lights do you see?", *Demo at ACM/IEEE International Conference on Information Processing in Sensor Networks* (IPSN 2014), Berlin Germany.

4. Anthony Rowe, Mario Berges, Gaurav Bhatia, Ethan Goldman, Raj Rajkumar, Lucio Soibelman, "Demonstrating Sensor Andrew: Large-Scale Campus-Wide Sensing and Actuation," Demonstration in *Proceedings of ACM/IEEE International Conference on Information Processing in Sensor Networks* (IPSN), April 2009

## Technical Reports

1. Anthony Rowe, Mario Berges, Gaurav Bhatia, Ethan Goldman, Raj Rajkumar, Lucio Soibelman, James Garrett, Jose M. F. Moura, "Sensor Andrew: Large-Scale Campus-Wide Sensing and Actuation," Carnegie Mellon Technical Report, ECE-TR-08-11 2008

2. Anthony Rowe, Adam Goode, Dhiraj Goel, Illah Nourbakhsh, "CMUcam3: An Open Programmable Embedded Vision Sensor," Carnegie Mellon Robotics Institute Technical Report, RI-TR-07-13 2007

3. Anthony Rowe, Gaurav Bhatia, Raj Rajkumar, "SenseWeaver: Model-based design for wireless sensor-actuator networks," Carnegie Mellon Technical Report, ECE-TR-03-14 2006

4. Anthony Rowe, Rahul Mangharam, Raj Rajkumar, "RT-ink: A Time-Synchronized Link Protocol for Energy Constrained Multi-hop Wireless Networks," Technical Report CMU-ECE-TR05-08, Aug 2005

## Patents

US 14/152,665 Method and System for Ultrasonic Signaling, Ranging and Location Tracking,
January 10th, 2014

US 61/751,080 Method and System for Ultrasonic Signaling, Ranging and Location Tracking
January 10th, 2013

## Advising and Teaching

Spring 2017: 18-549 Embedded System Design Capstone
Fall 2016: 18-349 Introduction to Embedded Systems
Spring 2016: 18-549 Embedded System Design Capstone
Fall 2015: 18-349 Introduction to Embedded Systems
Spring 2015: 18-549 Embedded System Design Capstone
Fall 2014: 18-848 Networked Cyber-Physical Systems
Spring 2014: 15-213 Introduction to Computer Systems
Fall 2013: 18-848 Networked Cyber-Physical Systems
Spring 2013: 18-213 Introduction to Computer Systems
Fall 2012: 18-648 Real-Time Embedded Systems
Spring 2012: 15-213/18-213 Introduction to Computer Systems

Fall 2011: 18-848 Networked Cyber-Physical Systems
Spring 2011: 15-213/18-243 Introduction to Computer Systems
Fall 2010: 18-848c Networked Cyber-Physical Systems

2009 Yi-Zhi Wu,   M.S. Student in Information Networking Institute, Carnegie Mellon University, M.S. Thesis Reader. Thesis: "Link Logic for wireless sensor-actuator networks"

2009: Pavan Rao, M.S. Student in Information Networking Institute, Carnegie Mellon University, M.S. Thesis Reader. Thesis:  "Sensor Andrew Mobile Security: Secure Key Exchange Protocol"

2008: Aditya Bhave, M.S. Student in Information Networking Institute, Carnegie Mellon University, M.S. Thesis Reader. Thesis: "SenseNet: Design of UDP sockets and point-to-point routing for Wireless Sensor Networks"

2008: Gurpreet Singh, M.S. Student in Information Networking Institute, Carnegie Mellon University, M.S. Thesis Reader. Thesis: "SenseSpace: Sensor Network Namespaces".

Wireless Sensor Networks (18-848), Carnegie Mellon University, Teaching Assistant Fall 2008

Wireless Sensor Networks (18-848), Carnegie Mellon University, Teaching Assistant Fall 2007

Wireless Sensor Networks (18-848), Carnegie Mellon University, Teaching Assistant and developed lab curriculum, Fall 2006

Advanced Digital Design (18-545), Carnegie Mellon University, Teaching Assistant Fall 2005

## Consulting

Extensive work in building the electronics for mechatronic and sensing systems used in robotics, low level embedded software development, automotive and wireless communication systems, system level performance modeling and lightweight embedded computer vision.

Lutron Electronics: Consulted on the design of a scalable TDMA mesh communication protocol

Respironics Inc:  Developed image processing algorithm for assembly line inspection.  Integrated embedded vision processor into an existing PLC system. Jul - Aug 2007.

Bossa Nova Concepts:  Designed wireless robot electronics system with built-in motor controller.
Jun - Aug 2007.
Intellibot Robotics: Consulted on the development and integration of a visual navigation sub-system for industrial floor cleaning robots.  Dec 2006.

FIRST Robotics: Consulted on the development of a plug-and-play vision package for educational robotics. Developed a driver and automatic calibration software package. Nov 2004 - Feb 2005

## Broader Impact

Co-founder and Chair of Technical Advisory Board of Sparkmeter Inc.  Sparkmeter designs hardware and software solutions that allow high-fidelity management of rural micro-grid systems.  To date, we have deployed electric grids in over 5 countries around the world.

The CMUcam project has grown over the years providing thousands of researchers and hobbyists a hardware and software platform for embedded computer vision.  More than 20,000 units have been sold by 23 distributors in over 17 countries.   CMUcam was featured in the July 2004 issue of Popular Science in an article entitled "*Eat your heart out, Aibo: Why buy a  robot that follows a colored ball when you can spend hundreds of hours building  your own?*" and appears regularly in MAKE magazine.  CMUcam has been incorporated into multiple commercial products and has been a key sensor in many research as well as educational robots.

**Professional Services**

2017: Co-Organizer of National Science Foundation Cyber-Physical Systems Week in Pittsburgh
2016: National Science Foundation – SBIR/NeTS/CPS Program Review Panels
2016 Technical Program Committees: SenSys (co-chair), IPSN, eWSN, RTAS, HotMobile
2015: National Science Foundation – SBIR/NeTS/CPS Program Review Panels
2015 Technical Program Committees: SenSys, IPSN (co-chair), RTAS, RTSS, ICDCS
2014: National Science Foundation – SBIR/NeTS/CPS Program Review Panels
2014 Technical Program Committees: IPSN, RTSS, IWRSN, VLCS
2013 National Science Foundation Review Panel NETS (Wireless Sensor Networks)
2013 Technical Program Committees: SenSys, RTAS, RTSS, CPSNA, PWSN
2012 National Science Foundation Review Panel NETS (Wireless Sensor Networks)
2012 Technical Program Committees: SenSys, IPSN, RTAS
2011 Technical Program Committees: SenSys, BuildSys, RTSS, RTAS, ICDCS, IGCC
2010 Technical Program Committees: RTSS (WiP), SUTC

I have been a regular reviewer for ACM Transactions on Sensor Networks, INSS, IEEE Pervasive Computing and IEEE International Symposium on Wearable Computing (ISWC).

# References

**Raj Rajkumar**
Professor, Electrical and Computer Engineering Department, Carnegie Mellon University
email: raj@ece.cmu.edu
phone: (412) 268-8707

**Mani Srivastava**
Professor, UCLA, Electrical Engineering Department
email: mbs@ee.ucla.edu
Phone: (310) 267-2098

**Edward Lee**
Robert S. Pepper Distinguished Professor, University of Berkeley, EECS Deparment
email: eal@eecs.berkeley.edu
phone: (510) 643-3728

**James Garrett**
Professor and Head, Civil and Environmental Engineering
email: garrett@cmu.edu
phone: (412) 268-2941

**Daniel Siewiorek**
Buhl University Professor of Electrical and Computer Engineering and Computer Science
email: dps@cs.cmu.edu
phone:  (412) 268-2619

# Exhibit B to 12/04/2020 Rowe Declaration

**EXHIBIT B**

Materials Considered by Anthony G. Rowe (Dec. 4, 2020)

U.S. Pat. No. 8,437,276 to Dinur

U.S. Pat. No. 8,665,762 to Knibbe et al.

U.S. Pat. No. 7,825,776 to Smith et al.

U.S. Pat. No. 8,280,304 to Hirsch

WO 2006/136985 (Knibbe)

ISO 14443-1

ISO 14443-2

IEEE 802.1D-1998

Philips 2004 Presentation on Near Field Communication

STMicroelectronics, Inc., Press Release, "STMicroelictronics Launches New Dual-Interface EEPROM Enabling Remote Access to Electronic De-vice Parameters," March 2, 2010

NASA Tech Briefs, "Two-Way Communication Using RFID Equipment and Techniques," pages 6-7, May 2007

NXP Semiconductor NTAG I$^2$C plus NT3H2111_2211 Datasheet, Rev. 3.5 May 2019

NXP Microelectronics ST24LR64E-R Datasheet, Rev. 12, July 2017

Gislason, ZigBee Wireless Networking, Newnes Press (September 2007)

Declaration of Michael Caloyannides, PhD. Dated Nov. 4, 2020, and patents and publications (in addition to those listed above) referenced therein, including without limitation Spencer, Walton, Teraura, Dua, Cardullo, Hendrix, MIFARE.

Patents and publications referenced in Ex. C hereto.

# Exhibit C to 12/04/2020 Rowe Declaration

UNITED STATES PATENT AND TRADEMARK OFFICE

———————————————————————————

**BEFORE THE PATENT TRIAL AND APPEAL BOARD**

———————————————————————————

STMICROELECTRONICS, INC.
Petitioner

v.

TRIDINETWORKS LTD.
Patent Owner

U.S. Patent No. 8,437,276

———————————————————————————

*Inter Partes* Review Case No. IPR2020-01073

———————————————————————————

**EXPERT DECLARATION OF ANTHONY G. ROWE**

**EXHIBIT 2001**

I, ANTHONY B. ROWE, declare the following:

1.     I have been retained by counsel for Patent Owner TriDiNetworks Ltd. to provide my opinions on certain issues raised by the Petition for *Inter Partes* review in this case, challenging the validity of certain claims of U.S. Patent No. 8,437,276 (the '276 patent) based on alleged obviousness.

2.     As explained herein, I am of the view that the Petition herein makes a fundamental error in describing a person of ordinary skill in the art ("POSITA").

3.     I am being compensated at a normal hourly rate for my time in preparing this declaration, with reimbursement for actual expenses. My compensation is not tied to the outcome of this matter and not based on the substance of the opinions rendered here.

4.     In preparing my opinions expressed herein, I have reviewed the Petition, the patents and publications relied on therein, the Declaration of Michael Caloyannides, Ph.D. (Exhibit 1003 thereto), the '276 patent, and all of the patents and printed publications listed in Exhibit 2003. I may rely upon these materials, my knowledge and experience, and/or additional materials to rebut arguments raised in the Petition. I have also reviewed the Patent Owner Preliminary Response ("POPR") herein, which relies in part on opinions I have expressed as set forth

herein. Further, I may also consider additional documents and information in form-ing any necessary opinions, including documents that may not yet have been pro-vided to me.

5.      I am familiar with the technology described in the '276 patent as of its earliest claimed priority date of November 29, 2007. I have been asked to provide my technical review, analysis, insights, and opinions regarding the '276 patent, the Petition, and the prior art cited in the Petition. I have used my experience and in-sight along with the above-noted references as the bases for my opinions, which support the grounds for denying institution as set forth in the POPR.

## I.      QUALIFICATIONS

6.      I am currently the Daniel and Karon Walker Siewiorek Professor in the Electrical and Computer Engineering and CyLab of Carnegie Mellon Univer-sity ("CMU").

7.      I have a Ph.D. in Electrical and Computer Engineering, conferred upon me in 2009 by CMU, and a Bachelor of Science degree in Electrical and Computer Engineering from CMU in 2003.

8.      My Ph.D. thesis was on "A Resource-Centric Design Paradigm for Scalable Sensor Networks."

9.      A copy of my *curriculum vitae*, listing my other appointments, awards, publications, patents, and professional and industrial activities, is submitted herewith as Exhibit 2002.

10.      I have a broad range of research interests that include real-time systems, distributed systems, operating systems, embedded computer vision, and robotics. My current work focuses on large-scale embedded sensing systems with real-time properties for supporting applications related to building energy optimization, critical infrastructure monitoring, mobile computing, and rural electrification. I am currently the director of the Wireless Sensing and Embedded Systems Lab (WiSE Lab http://wise.ece.cmu.edu) at CMU. I have also applied my research in sensor networks as a co-founder of SparkMeter Inc., a company that strives to design cost-effective technologies to support rural electrification in developing nations. Founded in 2014, they currently have grids deployed in more than five countries, including Haiti, Tanzania, India, Nepal and Uganda. I teach a variety of courses at CMU, including courses on embedded system design and networked cyber-physical systems. As a result of my experience through my undergraduate and graduate education and Ph.D. thesis, to the present, as well as my teaching, graduate student advising, laboratory work, industry involvement and consulting as summarized in my CV, spanning the last 20 years, I have extensive experience in designing and implementing sensor networks and embedded systems, directly in

3

line with the technology central to this case. As a consequence, I believe that I am

qualified to provide reliable opinions in the field of the '276 patent, including what

a person of ordinary skill in the art ("POSITA") would have viewed and under-

stood from the prior art in this field at the time of the claimed invention.

## II.  BACKGROUND

### A.  '276 Patent and the Asserted Prior Art

11.    I have reviewed the descriptions of the '276 patent and the Knibbe

and Smith references addressed in the POPR and agree with those descriptions,

which need not be repeated here, other than by reference. In particular (without

limiting my general expression of agreement with the POPR), I agree that neither

Knibbe *et al.*, US 8,665,762 (Exhibit 1004), nor Smith *et al.*, US 7,825,776 (Ex-

hibit 1005), actually discloses the claim element of "forming a network" and that

Knibbe does not even address this as a problem needing to be solved, in that the

procedure taught by Knibbe presumes that network connections to its devices al-

ready exist. I also agree with the descriptions in the POPR regarding the other prior

art cited in the Petition.

### B.  Types of RFID and their Relevance to this Case

12.    The claims of the '276 patent all recite an operation of storing data on

an unpowered device. The specification discloses "contactless technologies (such

as RFID/NFC)" as a way to effectuate this storage. ('276 patent, 4:26-30). It is this

RFID/NFC embodiment that the Petition alleges is obvious. However, RFID is a broad field, and the Board should understand which aspects of RFID are relevant to this case.

13.   The field of RFID was developing rapidly at the time the priority application for the '276 patent was initially filed in November 2007. There were different types of RFID.

14.   One differentiator of RFID tags is whether the tag is "active" or "passive." An active tag has on on-board power supply, such as a battery, so that, for example, it can initiate communications on its own. A passive tag, by contrast, only responds when probed by an RF signal from outside itself and is powered by the RF signal received through its antenna.

15.   Another characteristic of passive RFID technologies is the type of antenna used. The principal choices are inductive (or "Near Field") antennas, or "backscatter" ("Far Field") antennas. Inductive antennas operate like transformer windings, and can transfer much more power to the tag, which is useful for operating electronics on the tag. But inductive antennas have very short range (typically, 4cm. or 1 ¼ inches). Backscatter antennas can utilize smaller antenna structures, and can have longer range, though for a passive tag the range is still limited, typi-

cally on the order of 1 meter. However, backscatter antennas are much more limited in terms of the amount of power they can supply for electronics in a passive tag.

16.     Generic RFID at the time of the '276 priority date can be seen in the typical anti-theft tag in a department store or contactless payment for public transportation. These were passive devices, typically with backscatter antennas. The simplest tags, EAS ("Electronic Article Surveillance") tags, were primarily binary devices that reflected an RF signal when active and could be "deactivated" at the checkout counter (so as not to return the signal when deactivated). More sophisticated tags also reported sending back an ID in the RF back-signal, which could be correlated with what the tagged item was. In either implementation, an RFID "tag" is affixed to inventory items. Such a tag derives its own power from the probe RF signal sent to it by the "reader" (*e.g.*, a device at the store exit), over short range (typically, one meter or less). In the case of the type of tag that reports an ID, that power can also drive a simple transponder circuit, which modulates an RF signal to be returned through the device's antenna with a digital ID read from a static memory on the tag. Thus, the RF signal returned to the reader is encoded with an ID from the tag.

17.     Turning to the present case, the functionality of the "configuration adapter" of the '276 patent goes well beyond the simple inventory control RFID

tag application described above. In the case of the configuration adapter of the '276 patent, the device also needs to be able receive, demodulate, and store on a non-volatile storage device, a nontrivial amount of data (*e.g.*, binding information, credentials, and Startup Attribute Set (*see, e.g.*, '276 patent, 18:31-50). These functional requirements effectively limit the configuration adapter to types of RFID that can transfer sufficient power for these operations, in addition to communicating the RF modulated data itself.

18.     Thus, the type of tag that would be used in an RFID implementation of the '276 patent would be a passive tag with an inductive antenna, as in ISO 14443, a standard cited in the '276 specification. ('276 patent, 14:57). ISO 14443 is a standard for NFC communications. Moreover, the tag would also have to have non-volatile storage on board, which is writable without powering up the device in which it is contained, and a "device contact interface" for the storage, such as a connection for an interface bus. (*See, e.g.*, '276 patent, 14:66-15:2).

19.     The same analysis applies to Smith. Indeed, the Petition relies upon these characteristics of Smith – the non-volatile storage writable without applied power, by the power derived from the RFID signal.

20.     In sum, while the '276 patent and the Smith reference cited in the Petition both refer to "RFID," it is important to bear in mind that the type of RFID that is operable in both cases is in the nature of NFC, and furthermore, beyond

simply being an NFC tag, the functionality required by the '276 patent further requires that the device integrate non-volatile storage that is writable without powering up the device that contains the storage element.

## III.    Identification of the Relevant Field

21.    The '276 patent identifies the field of the invention as that of "wireless and wired networks design, installation and automatic formation including binding of the networks devices by creating logical links between two or more devices." ('276 patent, 1:26-30.)

22.    More particularly, the '276 patent addresses the problem of networking distributed control devices, that is, how to create and bring up networks for "remotely controlling and monitoring devices in many areas such as home and commercial automation, industrial automation, lighting, and heating, ventilation and air conditioning (HVAC) control." ('276 patent, 1:34-38.)

23.    Based on my understanding of the '276 patent, as well as of the technological problem framed by that patent, I would characterize the field in which the invention was to be made as that of configuring networks of wired or wireless devices in the context of control automation, sensing and/or other industrial computer networking systems.

## IV.    Identification of the Level of Skill in the Art

24.    A POSITA relative to the '276 patent, in the November 2007 time frame of the priority date of the '276 patent, would have been an individual who worked in the field I have identified, *i.e.*, configuring networks of wired or wireless devices in the context of control automation, sensing and/or other industrial computer networking systems.

25.    Insofar as it concerns networking, the core area of competence in this field as of 2007 was working with industrial computer networks, as typified the "Fieldbus" area, comprised of systems and protocols such as Modbus, BACnet/IP, CAN, and DALI, LonWorks, ZigBee, and Bluetooth, and extending to more general-purpose protocols such as Ethernet, GSM, and WiFi, which were also sometimes used in automation, sensing, and like applications. Indeed, "Fieldbus," as a categorization of building automation networking (representative in my view of the type of networking technology of direct interest to the '276 patent), is cited by that name in a reference on the front page of the '276 patent.

26.    A POSITA with the usual level of skill in this field would have at least a bachelor's degree in electrical engineering, with two to four years of relevant field experience.

27.     He or she would be familiar, from either education or the field experi-

ence referred to above, with the wired and wireless networking technologies used

at that time in the field, including those identified above.

28.     The Petition broadly agrees with the above, as a part of its formula-

tion. However, the Petition goes beyond this, and makes a further assertion, which

in my opinion is unsupported and incorrect, that, in addition to possessing the fore-

going qualifications, a POSITA would *also* have "two to five years of experience in

the design, operation, or application of active and passive RFID or NFC devices."

(Petition at 19.) In my opinion, the addition of RFID or NFC experience is a

wholly unrealistic expectation for the qualifications of a POSITA in late 2007.

29.     As of late 2007, a POSITA in the field of the field of the '276 patent

would not have had *any* substantive experience with NFC technologies. This is par-

ticularly true for NFC technologies that can read and store information in the man-

ner contemplated in the '276 patent, which were not then in any commercial use,

especially with respect to home/industrial automation. Such technologies (such as

dual-interface EEPROMs) did not become commercially available until about

2010, as reflected, for example in Petitioner's own M24LR64 device, introduced in

2010 (*see* Exhibit 2004). Consequently, no POSITA could have had the "two to

five years of experience" in such NFC technologies as contemplated by Petitioner.

Indeed, it is only recently that POSITAs are becoming familiar with and using such NFC technologies for network setup and configuration purposes.

## V.   Why non-volatile, unpowered storage capability of Smith would not have logically commended itself to a POSITA

30.     I understand that to be considered in an obviousness analysis, a reference must be "analogous," meaning that it must either be in the same field as the invention, or otherwise "reasonably pertinent" to a POSITA in that field facing the problem presented by the invention – where to be "reasonably pertinent" means that the subject matter is of a type that "would logically have commended itself" to the attention of a POSITA addressing the problem.

31.     Because, as I have stated, NFC technology as contemplated in the '276 patent was not widely used or known by persons of ordinary skill in the art in the 2007 timeframe, common sense suggests that such an individual would not have looked to Smith for the problems perceived in the '276 patent; RFID technology such as Smith simply would not have been in the POSITA's thinking at that time, as potentially offering a solution for networking industrial automation devices.

32.     While it may be fair to say that *communication* over RFID in general was widely known in electrical engineering as of 2007 (for example, the merchandise tags in a retail store), the '276 patent requires more than the mere application

11

of RFID communication to solve a problem that was theretofore approached without it. The solution disclosed in the '276 patent also requires application of a deeper capability of RFID, that of using the RFID signal also to power a non-volatile storage capability on the target device, with the energy provided by the RFID communication. It was this aspect specifically – the aspect of unpowered non-volatile storage – that would have had to "logically commend itself" to the POSITA of 2007 in order to make this combination useful to solve the problem presented in the '276 patent.

33.     But such potential capabilities would not have been appreciated by a POSITA, as made evident from leading research at that time. For example, a NASA Tech Briefs article from NASA's Jet Propulsion Lab (JPL) in May 2007 (Exhibit 2005 herewith) discusses the use of RFID for communication ("Two-way Communication Using RFID Equipment and Techniques – Dynamic data could be exchanged, in addition to conventional static RFID data"). Part of Caltech, JPL is often considered one of the most technically advanced research labs.  The article captures the RFID zeitgeist in the following paragraph:

> Until now, RFID has been used to exchange small amounts of mostly static information for identifying and tracking assets. Information pertaining to an asset (typically, an object in inventory to be tracked) is contained in miniature electronic circuitry in an RFID tag attached to the object. Conventional RFID equipment and techniques enable a host computer to read data from and, in some cases, to write data to, RFID tags, but they do not enable such additional functions as sending commands to, or retrieving possibly large quantities of dynamic data from, RFID-tagged devices.

(Ex. 2005, page 6.)

34.     The NASA article goes on to describe a system, similar to the one in Smith, in that power could be externally provided to a small "sensor device," and implementing two-way communication protocols including RFID, between the sensory device and the memory and between the (external) host computer and the memory. Content in this distinctly separate field, only first being discussed by bleeding edge researchers in that field (Smith was also a researcher at Intel at the time) would certainly not have been the type of subject matter being considered by an ordinary person in the industrial automation networking domain at that time.

35.     In my opinion, the non-volatile, unpowered storage aspect of the RFID implementation in Smith, and an appreciation of its capabilities, would not have been within the awareness of a POSITA as of late 2007. Even if a POSITA at the time, in the field of networking industrial automation devices, thought of RFID as something potentially useful, this awareness of RFID as a communication technique would not have been enough to lead to a combination based on Smith that would solve the problem presented in the '276 patent.

## VI.   OTHER OBSERVATIONS

36.     I also wish to bring to the Board's attention certain other assertions in Petitioner's submissions which I believe are in error.

37.     For example, Dr. Caloyannides' Declaration, at paragraph 86, asserts that "Smith is directly compatible with the alternative embodiment suggested by Knibbe," on the basis that "Knibbe discloses that communication between the central controller and the local control module 'can also be wireless and be performed using radio frequency signals.'" This is incorrect because any type of RFID that would work as proposed by Smith would have far too short a range to be useful at all in the room-size spaces of Knibbe. Furthermore, Knibbe contemplates an in-band communication of configuration parameters, and the wireless approach it suggests would still be understood as in-band. Smith, on the other hand, involves an out-of-band configuration, which has no corresponding analog in Knibbe. The RFID connection of Smith is also peer-to-peer (one device to another), not a network connection, and as such would also be unsuitable for use in Knibbe.

38.     Furthermore, if a POSITA were actually to seek to incorporate the features of Smith into Knibbe, this would require the entire commissioning scheme of Knibbe, based on "time of flight" measurements to determine physical locations of the devices, to be replaced wholesale by the techniques of Smith, and to retrofit all of Knibbe's devices with RFID/NFC capabilities and on-board non-volatile storage powered by the RFID signal, and having dual RFID and device contact interfaces. The nodes in Knibbe could not be powered down as contemplated by Smith while preserving any of the functionality taught in Knibbe. Knibbe itself becomes all but

14

irrelevant in this "combination," and for all practical purposes the entire design

would have to be based around Smith.

39.     The Petition states that "Smith discloses a system and method for *con-figuring a network* and device before it is ever turned on using RFID/NFC" (Peti-

tion at 30 (emphasis added)), citing paragraph 79 of its expert's Declaration for

support. However, the cited paragraph of Dr. Caloyannides' Declaration makes no

such assertion:

> 79. Smith discloses a system and method for using RFID to provide configu-
> ration data to a device "even if the device is powered off and even if the de-
> vice is still in its shipping carton at the time." ST-1005 at 2:48-53. When the
> device is later powered up, it reads the data, uses the data to configure itself,
> and begins operating according to the new configuration. ST-1005 at 2:53-
> 56, 3:33-38, 5:47-58.

(Ex. 1003 ¶ 79.)  As the Petition itself more accurately notes in another discussion,

"Smith teaches how to configure devices in an *existing* network." (Petition at 28-

29). There is no support for the Petition's assertion that Smith discloses a "method

for configuring a network." Instead, Smith is more concern with product personali-

zation, such as by IT personnel. (*See* Ex. 1005, 1:5-11.)

* * * * *

40.     In signing this declaration, I recognize that the declaration will be

filed as evidence in a contested case before the Patent Trial and Appeal Board of

the United States Patent and Trademark Office, and that I may accordingly be sub-

ject to cross-examination. If such cross-examination is required of me, I will appear for cross-examination within the United States during the time allotted for cross-examination.

41.    This declaration represents only those opinions I have formed to date. I reserve the right to revise, supplement, and/or amend my opinions stated herein based on new information and on my continuing analysis of the materials produced in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Pittsburgh, Pennsylvania on September 16, 2020.

ANTHONY G. ROWE

# Exhibit D to 12/04/2020 Rowe Declaration

# Press Releases

## Press Release

View printer-friendly version

<< Back

# STMicroelectronics Launches New Dual-Interface EEPROM Enabling Remote Access to Electronic Device Parameters

**New RFID-compatible EEPROMs simplify lifetime management and enable new features and capabilities**

GENEVA, March 2, 2010 /PRNewswire via COMTEX/ -- STMicroelectronics (NYSE: STM), a world leader in RF Memory and EEPROM ICs, has announced sample availability of the first in a new family of products that provide the flexibility to remotely program or update electronic products, anytime during their lifetime, and anywhere in the supply chain. The new devices enable manufacturers to update parameters, regionalize or activate software without connecting a programmer, or even opening the retail packaging. This pioneering way to access the memory will allow businesses to add new functions and capabilities to their products, but also reduce manufacturing costs, simplify inventory management, and respond more quickly to changing market demands.

The M24LR64 is an EEPROM memory with a standard I2C serial interface, providing communication with most microcontrollers or ASICs, and also a standard ISO15693 RF (radio frequency) interface for wireless communications with RFID readers. The ISO15693 standard is passive RFID technology, which gathers both the energy and the data from the RF system. No power is required to operate the M24LR64 in RF mode, which enables on-board energy savings and provides easy and convenient remote access to electronic product parameters.

"This highly innovative ability to program or read a memory wirelessly, as well as electrically, will provide tremendous added-value to our customers, enabling highly flexible supply-chain management and also stimulating new types of products with powerful features and capabilities," said Benoit Rodrigues, General Manager, Memories Division, STMicroelectronics. "Moreover this new memory is compatible with existing RFID equipment, thereby delivering a wide range of solutions and an accessible technology to product manufacturers"

Based on two industry-standard interfaces, the new dual-interface product line provides a link between the operation of electronic devices and the RFID world. This will enable new types of products, including those requiring asset tracking, data collection, diagnostics, or traceability, such as medical devices, industrial equipment, and automotive electronics. Computer peripherals and consumer products will take advantage of the M24LR64 feature set for easy and convenient parameter and regional setting update, even when the device is in its package seal. Also, RFID systems requiring additional monitoring, such as cold-chain verification, will also benefit from the high memory density of the M24LR64.

The M24LR64 has a 64-Kbit capacity for storage of program code, product parameters, serial numbers, calibration data, or event-log data. Its RF ISO15693 interface can be accessed by a wide range of RF readers, covering hand-held devices, pad antennas, gate systems and tunnel readers. The memory also communicates with the host system via an industry-standard I2C interface operating at 400kHz from 1.8 to 5.5V. It also comes with a unique and flexible 32-bit password protection scheme to protect the application from unauthorized tampering or to prevent unexpected access to memory.

The Dual-Interface EEPROM products can be used with either on-board or off-board antenna types in a variety of form factors, allowing product designers to optimize aspects such as overall dimensions, communication range, and pc-board complexity. The M24LR64 is available in TSSOP-8, SO-8, and MLP 2 x 3 packages, or as bare die, at prices from $0.90 for orders of 1000 pieces. Sampling has already begun, with volume production scheduled for Q2 2010. ST plans to introduce additional members of the Dual-Interface EEPROM family in the second half of 2010.

About STMicroelectronics

STMicroelectronics is a global leader in developing and delivering semiconductor solutions across the spectrum of microelectronics applications. An unrivalled combination of silicon and system expertise, manufacturing strength, Intellectual Property (IP) portfolio and strategic partners positions the Company at the forefront of System-on-Chip (SoC) technology and its products play a key role in enabling today's convergence markets. The Company's shares are traded on the New York Stock Exchange, on Euronext Paris and on the Milan Stock Exchange. In 2009, the Company's net revenues were $8.51 billion. Further information on ST can be found at www.st.com.

SOURCE STMicroelectronics

# Exhibit E to 12/04/2020 Rowe Declaration



# NT3H2111_2211

**NTAG I$^2$C *plus*: NFC Forum T2T with I$^2$C interface, password protection and energy harvesting**

Rev. 3.5 — 7 May 2019
359935

**Product data sheet**
**COMPANY PUBLIC**

## 1    General description

Designed to be the perfect enabler for NFC in home-automation and consumer applications, this feature-packed, second-generation connected NFC tag is the fastest, least expensive way to add tap-and-go connectivity to just about any electronic device.

NXP NTAG I$^2$C *plus* is a family of connected NFC tags that combine a passive NFC interface with a contact I$^2$C interface. As the second generation of NXP's industry leading connected-tag technology, these devices maintain full backward compatibility with first-generation NTAG I$^2$C products, while adding new, advanced features for password protection, full memory-access configuration from both interfaces, and an originality signature for protection against cloning.

The second-generation technology provides four times higher pass-through performance, along with energy harvesting capabilities, yet NTAG I$^2$C *plus* devices are optimized for use in entry-level NFC applications and offer the lowest BoM of any NFC solution.

I$^2$C and NFC communications are based on simple, standard command sets, and are augmented by the demo board OM5569/NT322E, which includes online reference source code. All that is required is a simple antenna design (see Ref. 5), with no or only limited extra components, and there are plenty of reference designs online for inspiration. NTAG I$^2$C *plus* development board is certified as NFC Forum Type 2 Tag (Certification ID: 58514).



**Figure 1.  Contactless and contact system**



**NXP Semiconductors**

# NT3H2111_2211

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting

## 2    Features and benefits

### 2.1   Key features

- Interoperability
  - ISO/IEC 14443 Part 2 and 3 compliant
  - NTAG I²C *plus* development board is certified as NFC Forum Type 2 Tag (Certification ID: 58514)
  - Unique 7 byte UID
  - GET_VERSION command for easy identification of chip type and supported features
  - Input capacitance of 50 pF
- Host interface
  - I²C slave
  - Configurable field detection pin based on open-drain implementation to signal NFC events or synchronize pass-through data transfer
- Memory
  - 2k bytes EEPROM
  - 64 bytes SRAM buffer for transfer of data between NFC and I²C interfaces with memory mirror or pass-through mode
  - Clear arbitration between NFC and I²C memory access
- Data transfer
  - Pass-through mode with 64 byte SRAM buffer
  - FAST_WRITE and FAST_READ NFC commands for higher data throughput
- Security and memory-access management
  - Full, read-only, or no memory access from NFC interface, based on 32-bit password
  - Full, read-only, or no memory access from I²C interface
  - NFC silence feature to disable the NFC interface
  - Originality signature based on Elliptic Curve Cryptography (ECC) for simple, genuine authentication
- Power Management
  - Configurable field-detection output signal for data-transfer synchronization and device wake-up
  - Energy harvesting from NFC field, so as to power external devices (e.g. connected microcontroller)
- Industrial requirements
  - Temperature range from -40 °C up to 105 °C

### 2.2   NFC interface

- Contactless transmission of data at 106 kbps
- NTAG I²C *plus* development board is certified as NFC Forum Type 2 Tag (Certification ID: 58514) (see Ref. 1)
- ISO/IEC 14443A compliant (see Ref. 2)
- Data transfer of 106 kbit/s
- 4 bytes (one page) written including all overhead in 4.8 ms via EEPROM or 0.8 ms via SRAM
- 64 bytes (whole SRAM) written including all overhead in 6.1 ms using FAST_WRITE command

All information provided in this document is subject to legal disclaimers.
© NXP B.V. 2019. All rights reserved.

- Data integrity of 16-bit CRC, parity, bit coding, bit counting
- Operating distance of up to 100 mm (depending on various parameters, such as field strength and antenna geometry)
- True anticollision
- Unique 7-byte serial number (UID) according to ISO/IEC 14443-3 (see Ref. 2)

## 2.3 Memory

- 2k bytes EEPROM
- 64 bytes SRAM volatile memory without write endurance limitation
- Data retention time of minimum 20 years
- EEPROM write endurance minimum 500.000 cycles

## 2.4 I²C interface

- I²C slave interface supports frequencies up to 400 kHz (see Section 13.1)
- Fail safe I²C operation
- I²C slave supports 7-bit slave address.
- As the least significant R/$\overline{W}$ bit is used to indicate data transfer direction, default slave address 55h recalculates to an I²C write address AAh and an I²C read address ABh respectively.
- 16 bytes (one block) written in 4 ms (EEPROM) or 0.4 ms (SRAM)
- NTAG I²C *plus* can be used as standard I²C EEPROM and I²C SRAM

## 2.5 Security

- Manufacturer-programmed 7-byte UID for each device
- Capability container with one time programmable bits
- Field programmable read-only locking function per page for first 12 pages and per 16 (1k version) or 32 (2k version) pages for the extended memory section
- ECC-based originality signature
- 32-bit password protection to prevent unauthorized memory operations from NFC perspective may be enabled for parts of, or complete memory
- Access to password protected data area may be restricted from I²C perspective
- Pass-through and mirror mode operation may be password protected
- Protected data can be safeguarded against limited number of negative password authentication attempts

## 2.6 Key benefits

- Full interoperability with every NFC-enabled device
- Smooth end-user experience with super-fast data exchange (up to 40 kbit/s) via NFC and I²C interface
- Zero-power operation with non-volatile data storage
- Energy harvesting feature delivers up to 15 mW out of NFC field to power (parts of) host system
- Data protection to prevent unauthorized data manipulation
- Multi-application support, enabled by memory size and segmentation options
- Lowest bill of materials and smallest footprint for NFC solution in embedded electronics

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

# 3   Applications

NXP NTAG I$^2$C *plus* is a family of connected NFC tags that combine a passive NFC interface with a contact I$^2$C interface. As the second generation of NXP's industry-leading connected-tag technology, these devices maintain full backward compatibility with first-generation NTAG I$^2$C products, while adding new, advanced features for password protection, full memory-access configuration from both interfaces, and an originality signature for protection against cloning.

The second-generation technology provides four times higher pass-through performance, along with energy harvesting capabilities, yet NTAG I$^2$C *plus* devices are optimized for use in NFC applications like:

- IoT nodes (home automation, smart home, etc.)
- Pairing and configuration of consumer applications
- NFC accessories (headsets, speakers, etc.)
- Wearable infotainment
- Fitness equipment
- Consumer electronics
- Healthcare
- Smart printers
- Meters
- Electronic shelf labels

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**4 / 82**

**NXP Semiconductors**

# NT3H2111_2211

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting

## 4   Ordering information

Table 1.  Ordering information

| Type number | Package | | | |
|---|---|---|---|---|
| | Name | Description | | Version |
| NT3H2111W0FHK | XQFN8 | Plastic, extremely thin quad flat package; no leads; 8 terminals; body 1.6 x 1.6 x 0.5 mm; 1k bytes memory, 50 pF input capacitance | | SOT902-3 |
| NT3H2211W0FHK | XQFN8 | Plastic, extremely thin quad flat package; no leads; 8 terminals; body 1.6 x 1.6 x 0.5 mm; 2k bytes memory, 50 pF input capacitance | | SOT902-3 |
| NT3H2111W0FTT | TSSOP8 | Plastic thin shrink small outline package; 8 leads; body width 3 mm; 1k bytes memory; 50 pF input capacitance | | SOT505-1 |
| NT3H2211W0FTT | TSSOP8 | Plastic thin shrink small outline package; 8 leads; body width 3 mm; 2k bytes memory; 50 pF input capacitance | | SOT505-1 |
| NT3H2111W0FT1 | SO8 | Plastic small outline package; 8 leads; body width 3.9 mm, 1k bytes memory; 50 pF input capacitance | | SOT96-1 |
| NT3H2211W0FT1 | SO8 | Plastic small outline package; 8 leads; body width 3.9 mm, 2k bytes memory; 50 pF input capacitance | | SOT96-1 |
| NT3H2111W0FUG | FFC bumped | 8 inch wafer, 150um thickness, on film frame carrier, electronic fail die marking according to SECS-II format), Au bumps, 1k Bytes memory, 50 pF input capacitance | | - |
| NT3H2211W0FUG | FFC bumped | 8 inch wafer, 150um thickness, on film frame carrier, electronic fail die marking according to SECS-II format), Au bumps, 2k Bytes memory, 50 pF input capacitance | | - |
| **REMARK:** Wafer specification addendum is available after exchange of a non-disclosure agreement (NDA) | | | | |

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**5 / 82**

**NXP Semiconductors**

# NT3H2111_2211

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting

## 5  Marking

**Table 2.  Marking codes**

| Type number | Marking code | | |
|---|---|---|---|
| | Line 1 | Line 2 | Line 3 |
| NT3H2111W0FHK | 211 | - | - |
| NT3H2211W0FHK | 221 | - | - |
| NT3H2111W0FTT | 32111 | DBSN ASID | YWW |
| NT3H2211W0FTT | 32211 | DBSN ASID | YWW |
| NT3H2111W0FT1 | NT32111 | DBSN ASID | nDYWW |
| NT3H2211W0FT1 | NT32211 | DBSN ASID | nDYWW |

Used abbreviations:

DBSN: Diffusion Batch Sequence Number

ASID: Assembly Sequence ID

n: Assembly Centre Code

D: RHF-2006 indicator

Y: year

WW: week

NT3H2111/NT3H2211

Product data sheet
COMPANY PUBLIC

All information provided in this document is subject to legal disclaimers.

Rev. 3.5 — 7 May 2019
359935

© NXP B.V. 2019. All rights reserved.

6 / 82

## 6   Block diagram



**Figure 2.  Block diagram**

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**7 / 82**

**NXP Semiconductors**

# NT3H2111_2211

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting

# 7   Pinning information

## 7.1   Pinning

### 7.1.1   XQFN8



**Figure 3.  Pin configuration for XQFN8**

Detailed package and soldering information may be found in Section 17.

### 7.1.2   TSSOP8



**Figure 4.  Pin configuration for TSSOP8**

Detailed package and soldering information may be found in Section 17.

### 7.1.3   SO8



**Figure 5.  Pin configuration for SO8**

Detailed package and soldering information may be found in Section 17.

All information provided in this document is subject to legal disclaimers.     © NXP B.V. 2019. All rights reserved.

**NXP Semiconductors**

**NT3H2111_2211**

NTAG I$^2$C *plus*: NFC Forum T2T with I$^2$C interface, password protection and energy harvesting

### 7.2  Pin description

Table 3.  Pin description for XQFN8, TSSOP8 and SO8

| Pin | Symbol | Description |
|---|---|---|
| 1 | LA | Antenna connection LA |
| 2 | VSS | GND |
| 3 | SCL | Serial clock I$^2$C |
| 4 | FD | Field detection |
| 5 | SDA | Serial data I$^2$C |
| 6 | VCC | VCC in connection (external power supply) |
| 7 | VOUT | Voltage out (energy harvesting) |
| 8 | LB | Antenna connection LB |

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**9 / 82**

# 8   Functional description

## 8.1   Block description

NTAG I$^2$C *plus* ICs consist of EEPROM, SRAM, NFC interface, Digital Control Unit (Command interpreter, Anticollision, Arbiter/Status registers, I$^2$C control and Memory Interface), Power Management and Energy Harvesting Unit and an I$^2$C slave interface. Energy and data are transferred via an antenna consisting of a coil with a few turns, which is directly connected to NTAG I$^2$C *plus* IC.

## 8.2   NFC interface

The passive NFC-interface is based on the ISO/IEC 14443-3 Type A standard.

It requires to be supplied by an NFC field (e.g. NFC enabled device) always to be able to receive appropriate commands and send the related responses.

As defined in ISO/IEC 14443-3 Type A for both directions of data communication, there is one start bit (start of communication) at the beginning of each frame. Each byte is transmitted with an odd parity bit at the end. The least significant bit of the byte 0 of the selected block is transmitted first.

For a multi-byte parameter, the least significant byte is always transmitted first. For example, when reading from the memory using the READ command, byte 0 from the addressed block is transmitted first, followed by bytes 1 to byte 3 out of this block. The same sequence continues for the next block and all subsequent blocks.

### 8.2.1   Data integrity

The following mechanisms are implemented in the contactless communication link between the NFC device and the NTAG I$^2$C *plus* IC to ensure very reliable data transmission:

- 16 bits CRC per block
- Parity bits for each byte
- Bit count checking
- Bit coding to distinguish between "1", "0" and "no information"
- Channel monitoring (protocol sequence and bit stream analysis)

The commands are initiated by the NFC device and controlled by the Digital Control Unit of the NTAG I$^2$C *plus* IC. The command response depends on the state of the IC, and for memory operations, the access conditions valid for the corresponding page.

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**10 / 82**

**NXP Semiconductors**　　　　　　　　　　　　　　　　**NT3H2111_2211**

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting

### 8.2.2  NFC state machine



**Figure 6.  NFC state machine of NTAG I²C *plus***

The overall NFC state machine is summarized in Figure 6. When an error is detected or an unexpected command is received, in each state the tag returns to IDLE or HALT state as defined in ISO/IEC 14443-3 Type A.

#### 8.2.2.1  IDLE state

After a Power-On Reset (POR), the NTAG I²C *plus* switches to the default waiting state, namely the IDLE state. It exits IDLE towards READY 1 state when a REQA or a WUPA command is received from the NFC device. Any other data received while in IDLE state is interpreted as an error, and the NTAG I²C *plus* remains in the IDLE state.

#### 8.2.2.2  READY 1 state

In the READY 1 state, the NFC device resolves the first part of the UID (3 bytes) using the ANTICOLLISION or SELECT commands for cascade level 1. READY 1 state is correctly exited after.

All information provided in this document is subject to legal disclaimers.　　　　　© NXP B.V. 2019. All rights reserved.

• receiving SELECT command from cascade level 1 with the matching of complete first part of the UID. In this case, the NFC device switches the NTAG I²C *plus* into READY 2 state where the second part of the UID gets resolved.

**Remark:** The response of the NTAG I²C *plus* to the SELECT command is the Select AcKnowledge (SAK) byte with cascade bit set to 1b indicating that UID is not complete.

### 8.2.2.3  READY 2 state

In the READY 2 state, the NFC device resolves the second part of the UID (4 bytes) using the ANTICOLLISION or SELECT command for cascade level 2. READY2 state is correctly exited after.

• receiving SELECT command from cascade level 2 with the matching of complete second part of the UID. In this case, the NFC device switches the NTAG I²C *plus* into ACTIVE state where all application-related commands can be executed.

**Remark:** The response of the NTAG I²C *plus* to the SELECT command in READY 2 state is the Select AcKnowledge (SAK) byte with cascade bit cleared to indicate, that NTAG I²C *plus* is now uniquely selected and only this device will communicate with the NFC device even when other contactless devices are present in the NFC device field.

### 8.2.2.4  ACTIVE state

All unprotected memory operations are operated in the ACTIVE and AUTHENTICATED states.

The ACTIVE state is exited with the PWD_AUTH command or with the HLTA command.

Upon reception of a correct password within PWD_AUTH command, the NTAG I²C *plus* transits to AUTHENTICATED state after responding with PACK.

With the HLTA command, the NTAG I²C *plus* transits to the HALT state.

Any other invalid command in ACTIVE state is interpreted as an error. Depending on its previous state, the NTAG I²C *plus* returns to either to the IDLE or HALT state.

### 8.2.2.5  AUTHENTICATED state

Protected memory operations are only operated in the AUTHENTICATED state, however access to the unprotected memory is possible, too.

The AUTHENTICATED state is exited with the HLTA command and upon reception, the NTAG I²C *plus* transits to the HALT state.

Any other invalid command in AUTHENTICATED state is interpreted as an error. Depending on its previous state, the NTAG I²C *plus* returns to either to the IDLE or HALT state.

### 8.2.2.6  HALT state

HALT and IDLE states constitute the two waiting states implemented in the NTAG I²C *plus*. An already processed NTAG I²C *plus* in ACTIVE or AUTHENTICATED state can be set into the HALT state using the HLTA command. In the anticollision phase, this state helps the NFC device distinguish between processed tags and tags yet to be selected. The NTAG I²C *plus* can only exit HALT state upon execution of the WUPA command. Any other data received when the device is in this state is interpreted as an error, and NTAG I²C *plus* state remains unchanged.

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**12 / 82**

## 8.3  Memory organization

The memory map is detailed in Table 4 (1k memory) and Table 5 (2k memory) from the NFC interface and in Table 6 (1k memory) and Table 7 (2k memory) from the I$^2$C interface. The SRAM memory is only available and accessible when powered via VCC. Please refer to Section 11 for examples of memory map from the NFC interface with SRAM mapping.

The structure of manufacturing data, static and dynamic lock bytes, capability container and user memory pages are compatible with other NTAG products.

Any memory access which starts at a valid address and extends into an invalid access region will return 00h value for the invalid region.

Bits and bytes mareked as reserved for future use (RFU) SHALL NOT be changed, as it may lead to unintended tag behaviour.

### 8.3.1  Memory map from NFC perspective

Memory access from the NFC perspective is organized in pages of 4 bytes each. If password protection is not used, complete user memory is unprotected.

All information provided in this document is subject to legal disclaimers.
© NXP B.V. 2019. All rights reserved.

**NXP Semiconductors**

# NT3H2111_2211

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting

**Table 4. NTAG I²C *plus* 1k memory organization from the NFC perspective**

| Sector address | Page address | | Byte number within a page | | | | Access cond. ACTIVE state | Access cond. AUTH. state |
|---|---|---|---|---|---|---|---|---|
| | Dec. | Hex. | 0 | 1 | 2 | 3 | | |
| 0 | 0 | 00h | Serial number (UID) | | | | READ | |
| | 1 | 01h | Serial number (UID) | | | Internal | READ | |
| | 2 | 02h | Internal | | Static lock bytes | | READ/R&W | |
| | 3 | 03h | Capability Container (CC) | | | | READ&WRITE | |
| | 4 | 04h | Unprotected user memory | | | | READ&WRITE | |
| | ... | ... | | | | | | |
| | AUTH0 | AUTH0 | Protected user memory | | | | READ[1] | READ&WRITE |
| | ... | ... | | | | | | |
| | 225 | E1h | | | | | | |
| | 226 | E2h | Dynamic lock bytes | | | 00h | R&W/READ | |
| | 227 | E3h | RFU | RFU | RFU | AUTH0 | READ[1] | READ&WRITE |
| | 228 | E4h | ACCESS | RFU | RFU | RFU | READ[1] | READ&WRITE |
| | 229 | E5h | PWD[2] | | | | READ[1] | READ&WRITE |
| | 230 | E6h | PACK[2] | | RFU | RFU | READ[1] | READ&WRITE |
| | 231 | E7h | PT_I2C | RFU | RFU | RFU | READ[1] | READ&WRITE |
| | 232 | E8h | Configuration registers | | | | see 8.3.12 | |
| | 233 | E9h | | | | | | |
| | 234 | EAh | Invalid access - returns NAK | | | | n.a. | |
| | 235 | EBh | | | | | | |
| | 236 | ECh | Session registers | | | | see 8.3.12 | |
| | 237 | EDh | | | | | | |
| | 238 | EEh | Invalid access - returns NAK | | | | n.a. | |
| | 239 | EFh | | | | | | |
| | 240 | F0h | Invalid access - returns NAK | | | | n.a. | |
| | ... | ... | | | | | | |
| | 255 | FFh | | | | | | |
| 1 | ... | ... | Invalid access - returns NAK | | | | n.a. | |
| 2 | ... | ... | Invalid access - returns NAK | | | | n.a. | |
| 3 | 0 | 00h | Invalid access - returns NAK | | | | n.a. | |
| | ... | | | | | | | |
| | 248 | F8h | Mirrored session registers | | | | see 8.3.12 | |
| | 249 | F9h | | | | | | |

NT3H2111/NT3H2211
All information provided in this document is subject to legal disclaimers.
© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**14 / 82**

| Sector address | Page address | | Byte number within a page | | | | Access cond. ACTIVE state | Access cond. AUTH. state |
|---|---|---|---|---|---|---|---|---|
| | Dec. | Hex. | 0 | 1 | 2 | 3 | | |
| | ... | ... | Invalid access - returns NAK | | | | n.a. | |
| | 255 | FFh | | | | | | |

[1] If NFC_PROT bit is set to 1b, NTAG I²C *plus* returns NAK

[2] On reading PWD or PACK, NTAG I²C *plus* always returns 00h for all bytes

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**15 / 82**

**NXP Semiconductors**

**NT3H2111_2211**

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting

**Table 5. NTAG I²C *plus* 2k memory organization from the NFC perspective**

| Sector address | Page address | | Byte number within a page | | | | Access cond. ACTIVE state | Access cond. AUTH. state |
|---|---|---|---|---|---|---|---|---|
| | Dec. | Hex. | 0 | 1 | 2 | 3 | | |
| 0 | 0 | 00h | Serial number (UID) | | | | READ | |
| | 1 | 01h | Serial number (UID) | | | Internal | READ | |
| | 2 | 02h | Internal | | Static lock bytes | | READ/R&W | |
| | 3 | 03h | Capability Container (CC) | | | | READ&WRITE | |
| | 4 | 04h | Unprotected user memory | | | | READ&WRITE | |
| | ... | ... | | | | | | |
| | AUTH0 | AUTH0 | Protected user memory | | | | READ[1] | READ&WRITE |
| | ... | ... | | | | | | |
| | 225 | E1h | | | | | | |
| | 226 | E2h | Dynamic lock bytes | | | 00h | R&W/READ | |
| | 227 | E3h | RFU | RFU | RFU | AUTH0 | READ[1] | READ&WRITE |
| | 228 | E4h | ACCESS | RFU | RFU | RFU | READ[1] | READ&WRITE |
| | 229 | E5h | PWD[2] | | | | READ[1] | READ&WRITE |
| | 230 | E6h | PACK[2] | | RFU | RFU | READ[1] | READ&WRITE |
| | 231 | E7h | PT_I2C | RFU | RFU | RFU | READ[1] | READ&WRITE |
| | 232 | E8h | Configuration registers | | | | see 8.3.12 | |
| | 233 | E9h | | | | | | |
| | 234 | EAh | Invalid access - returns NAK | | | | n.a. | |
| | 235 | EBh | | | | | | |
| | 236 | ECh | Session registers | | | | see 8.3.12 | |
| | 237 | EDh | | | | | | |
| | 238 | EEh | Invalid access - returns NAK | | | | n.a. | |
| | ... | ... | | | | | | |
| | 255 | FFh | | | | | | |
| 1 | 0 | 00h | (Un-)protected user memory[3,4] | | | | see protected user memory in Sector 0 | |
| | ... | ... | | | | | | |
| | 255 | FFh | | | | | | |
| 2 | ... | ... | Invalid access - returns NAK | | | | n.a. | |
| 3 | 0 | 00h | Invalid access - returns NAK | | | | n.a. | |
| | ... | ... | | | | | | |
| | 248 | F8h | Mirrored session registers | | | | see 8.3.12 | |
| | 249 | F9h | | | | | | |

NT3H2111/NT3H2211
All information provided in this document is subject to legal disclaimers.
© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**16 / 82**

NTAG I$^2$C *plus*: NFC Forum T2T with I$^2$C interface, password protection and energy harvesting

| Sector address | Page address | | Byte number within a page | | | | Access cond. ACTIVE state | Access cond. AUTH. state |
|---|---|---|---|---|---|---|---|---|
| | Dec. | Hex. | 0 | 1 | 2 | 3 | | |
| | ... | ... | Invalid access - returns NAK | | | | n.a. | |
| | 255 | FFh | | | | | | |

[1] If NFC_PROT bit is set to 1b, NTAG I$^2$C *plus* returns NAK

[2] On reading PWD or PACK, NTAG I$^2$C *plus* always returns 00h for all bytes

[3] If 2K_PROT bit is set to 1b, complete Sector 1 of NTAG I$^2$C *plus* is password protected

[4] If NFC_DIS_SEC1 bit is set to 1b, complete Sector 1 of NTAG I$^2$C *plus* is not accessible from NFC perspective

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**17 / 82**

### 8.3.2  Memory map from I$^2$C interface

The memory access of NTAG I$^2$C *plus* from the I$^2$C interface is organized in blocks of 16 bytes each.

I²C slave address is stored in most significant 7 bits of byte 0 in block 0. However, when reading block 0, NTAG I$^2$C *plus* always returns 04h for byte 0.

**WARNING:** When configuring Static lock bytes and Capability container, Address byte gets updated, too. Address byte consists of slave address (coded in most significant 7 bits) and least significant bit set to 0b.

**REMARK:** For convenience reasons it is recommended to configure Address byte (block 0, byte 0) to 04h.

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**NXP Semiconductors**

**NT3H2111_2211**

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting

**Table 6.  NTAG I²C *plus* 1k memory organization from the I²C perspective**

| I²C block address | | \multicolumn Byte number within a block | | | | Access conditions | | |
|---|---|---|---|---|---|---|---|---|
| | | 0 | 1 | 2 | 3 | I²C_PROT | | |
| | | 4 | 5 | 6 | 7 | | | |
| | | 8 | 9 | 10 | 11 | 00b | 01b | 1xb |
| Dec. | Hex. | 12 | 13 | 14 | 15 | | | |
| 0 | 00h | Addr.[1] | Serial number (UID) | | | READ&WRITE | | |
| | | Serial number (UID) | | | Internal | | | |
| | | Internal | | Static lock bytes | | | | |
| | | Capability Container (CC) | | | | | | |
| 1 | 01h | Unprotected user memory | | | | READ&WRITE | | |
| ... | ... | | | | | | | |
| AUTH0 | AUTH0 | Protected user memory | | | | READ&WRITE | READ | NAK |
| ... | ... | | | | | | | |
| 55 | 37h | | | | | | | |
| 56 | 38h | Protected user memory | | | | READ&WRITE | READ | NAK |
| | | Dynamic lock bytes | | | 00h | READ&WRITE | | |
| | | RFU | RFU | RFU | AUTH0 | | | |
| 57 | 39h | ACCESS | RFU | RFU | RFU | | | |
| | | PWD[2] | | | | | | |
| | | PACK[2] | | RFU | RFU | | | |
| | | PT_I2C | RFU | RFU | RFU | | | |
| 58 | 3Ah | Configuration registers | | | | see 8.3.12 | | |
| | | 00h | 00h | 00h | 00h | READ | | |
| | | 00h | 00h | 00h | 00h | | | |
| 59 | 3Bh | Invalid access - returns NAK | | | | n.a. | | |
| ... | ... | | | | | | | |
| 247 | F7h | | | | | | | |
| 248 | F8h | SRAM memory (64 bytes) | | | | READ&WRITE | | |
| ... | ... | | | | | | | |
| 251 | FBh | | | | | | | |
| ... | ... | Invalid access - returns NAK | | | | n.a. | | |
| 254 | FEh | Session registers | | | | see 8.3.12 | | |
| | | 00h | 00h | 00h | 00h | READ | | |

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**19 / 82**

**NXP Semiconductors**

# NT3H2111_2211

NTAG I$^2$C *plus*: NFC Forum T2T with I$^2$C interface, password protection and energy harvesting

| I$^2$C block address | | Byte number within a block | | | | Access conditions | | |
|---|---|---|---|---|---|---|---|---|
| | | 0 | 1 | 2 | 3 | I$^2$C_PROT | | |
| | | 4 | 5 | 6 | 7 | | | |
| | | 8 | 9 | 10 | 11 | 00b | 01b | 1xb |
| Dec. | Hex. | 12 | 13 | 14 | 15 | | | |
| | | 00h | 00h | 00h | 00h | | | |
| 255 | FFh | Invalid access - returns NAK | | | | | n.a. | |

[1] The byte 0 of block 0 is always read as 04h (UID0). Writing to block 0 updates the I$^2$C address.
[2] On reading PWD and PACK, NTAG I$^2$C *plus* always returns 00h for all bytes

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**20 / 82**

**NXP Semiconductors**

**NT3H2111_2211**

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting

**Table 7. NTAG I²C *plus* 2k memory organization from the I²C perspective**

| I²C block address | | Byte number within a block | | | | Access conditions | | |
|---|---|---|---|---|---|---|---|---|
| | | 0 | 1 | 2 | 3 | I²C_PROT | | |
| | | 4 | 5 | 6 | 7 | | | |
| | | 8 | 9 | 10 | 11 | 00b | 01b | 1xb |
| **Dec.** | **Hex.** | 12 | 13 | 14 | 15 | | | |
| 0 | 00h | Addr.[1] | Serial number (UID) | | | READ&WRITE | | |
| | | Serial number (UID) | | | Internal | | | |
| | | Internal | | Static lock bytes | | | | |
| | | Capability Container (CC) | | | | | | |
| 1 | 01h | Unprotected user memory | | | | READ&WRITE | | |
| ... | ... | | | | | | | |
| AUTH0 | AUTH0 | Protected user memory | | | | READ&WRITE | READ | NAK |
| ... | ... | | | | | | | |
| 56 | 38h | Protected user memory | | | | READ&WRITE | READ | NAK |
| | | Protected user memory | | | | | | |
| | | Dynamic lock bytes | | | 00h | READ&WRITE | | |
| | | RFU | RFU | RFU | AUTH0 | | | |
| 57 | 39h | ACCESS | RFU | RFU | RFU | READ&WRITE | | |
| | | PWD[2] | | | | | | |
| | | PACK[2] | | RFU | RFU | | | |
| | | PT_I2C | RFU | RFU | RFU | | | |
| 58 | 3Ah | Configuration registers | | | | see 8.3.12 | | |
| | | 00h | 00h | 00h | 00h | READ | | |
| | | 00h | 00h | 00h | 00h | | | |
| ... | ... | Invalid access - returns NAK | | | | n.a. | | |
| 64 | 40h | (Un-)protected user memory | | | | READ&WRITE | READ | NAK |
| ... | ... | | | | | | | |
| 127 | 7Fh | | | | | | | |
| ... | ... | Invalid access - returns NAK | | | | n.a. | | |
| 248 | F8h | SRAM memory (64 bytes) | | | | READ&WRITE | | |
| ... | ... | | | | | | | |
| 251 | FBh | | | | | | | |
| ... | ... | Invalid access - returns NAK | | | | n.a. | | |

NT3H2111/NT3H2211
All information provided in this document is subject to legal disclaimers.
© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**21 / 82**

**NXP Semiconductors**

**NT3H2111_2211**

NTAG I$^2$C *plus*: NFC Forum T2T with I$^2$C interface, password protection and energy harvesting

| I$^2$C block address | | Byte number within a block | | | | Access conditions | | |
|---|---|---|---|---|---|---|---|---|
| | | 0 | 1 | 2 | 3 | I$^2$C_PROT | | |
| | | 4 | 5 | 6 | 7 | | | |
| | | 8 | 9 | 10 | 11 | 00b | 01b | 1xb |
| Dec. | Hex. | 12 | 13 | 14 | 15 | | | |
| 254 | FEh | Session registers | | | | see 8.3.12 | | |
| | | 00h | 00h | 00h | 00h | READ | | |
| | | 00h | 00h | 00h | 00h | | | |
| 255 | FFh | Invalid access - returns NAK | | | | n.a. | | |

[1] The byte 0 of block 0 is always read as 04h (UID0). Writing to block 0 updates the I$^2$C address.
[2] On reading PWD and PACK, NTAG I$^2$C *plus* always returns 00h for all bytes

### 8.3.3 EEPROM

The EEPROM is a non-volatile memory that stores the 7 byte UID, the memory lock conditions, IC configuration information and the user memory.

Sector 0 memory map looks totally the same for NTAG I$^2$C *plus* 1k and 2k version, the only difference is the dynamic lock bit granularity.

NXP introduced with NTAG I$^2$C *plus* the possibility to split the memory in an open and a password protected area see Section 8.3.11.

### 8.3.4 SRAM

For frequently changing data, a volatile memory of 64 bytes with unlimited endurance is built in. The 64 bytes are mapped in a similar way as done in the EEPROM, i.e., 64 bytes are seen as 16 pages of 4 bytes from NFC perspective.

The SRAM is only available when the tag is powered via the VCC pin.

The SRAM is located at the end of the memory space and it is always directly accessible by the I$^2$C host (addresses F8h to FBh). An NFC device cannot access the SRAM memory in normal mode (i.e., outside the pass-through mode). The SRAM is only accessible by the NFC device if the SRAM is mirrored onto the EEPROM memory space.

With SRAM mirror enabled (SRAM_MIRROR_ON_OFF = 1b - see Section 11.2), the SRAM can be mirrored in the User Memory from start page 01h to 74h for access from the NFC side.

The Memory mirror must be enabled once both interfaces are ON as this feature is disabled after each POR.

The register SRAM_MIRROR_BLOCK (see Table 14) indicates the address of the first page of the SRAM buffer. In the case where the SRAM mirror is enabled and the READ command is addressing blocks where the SRAM mirror is located, the SRAM byte values will be returned instead of the EEPROM byte values. Similarly, if the tag is not VCC powered, the SRAM mirror is disabled and reading out the bytes related to the SRAM mirror position would return the values from the EEPROM.

NT3H2111/NT3H2211
All information provided in this document is subject to legal disclaimers.
© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**22 / 82**

In the pass-through mode (PTHRU_ON_OFF = 1b - see Section 8.3.12), the SRAM is mirrored to the fixed address F0h - FFh for NFC access (see Section 11) in the first memory sector (Sector 0) of NTAG I²C *plus*.

### 8.3.5  Serial number (UID)

The unique 7-byte serial number (UID) is programmed into the first 7 bytes of memory covering page addresses 00h and 01h - see Figure 7. These bytes are programmed and write protected during production.

UID0 is fixed to the value 04h - the manufacturer ID for NXP Semiconductors in accordance with ISO/IEC 14443-3.



**Figure 7.  Serial number (UID)**

### 8.3.6  Static Lock Bytes

According to NFC Forum Type 2 Tag specification, the bits of byte 2 and byte 3 of page 02h (via NFC) or byte 10 and 11 address 00h (via I²C) represent the field programmable, read-only locking mechanism (see Figure 8). Each page from 03h (CC) to 0Fh can be individually locked by setting the corresponding locking bit to logic 1b to prevent further write access. After locking, the corresponding page becomes read-only memory.

This read only locking is address-based. This means, when SRAM is mirrored to these blocks, also SRAM blocks are read only from NFC prespective.

In addition, NTAG I²C *plus* uses the three least significant bits of lock byte 0 as the block-locking bits. Bit 2 controls pages 0Ah to 0Fh (via NFC), bit 1 controls pages 04h to 09h (via NFC) and bit 0 controls page 03h (CC). Once the block-locking bits are set, the locking configuration for the corresponding memory area is frozen, e.g. cannot be changed to read-only anymore.



**Figure 8.  Static lock bytes 0 and 1**

NT3H2111/NT3H2211
All information provided in this document is subject to legal disclaimers.
© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**23 / 82**

For example, if BL15-10 is set to logic 1b, then bits L15 to L10 (lock byte 1, bit[7:2]) can no longer be changed. The static locking and block-locking bits are set by the bytes 2 and 3 of the WRITE command to page 02h. The contents of the lock bytes are bit-wise OR'ed and the result then becomes the new content of the lock bytes. This process is irreversible from NFC perspective. If a bit is set to logic 1b, it cannot be changed back to logic 0b. From I$^2$C perspective, the bits can be reset to 0b by writing bytes 10 and 11 of block 00h. As I$^2$C address is coded in byte 0 of block 0, it may be changed unintentionally.

The contents of bytes 0 and 1 of page 02h (via NFC) are unaffected by the corresponding data bytes of the WRITE command.

The default value of the static lock bytes is 0000h.

### 8.3.7 Dynamic Lock Bytes

To lock the pages of NTAG I$^2$C *plus* starting at page address 16 and onwards, the dynamic lock bytes are used. The dynamic lock bytes are located in Sector 0 at page E2h. The three lock bytes cover the memory area of 840 data bytes (NTAG I$^2$C *plus* 1k) or 1864 data bytes (NTAG I$^2$C *plus* 2k). The granularity is 16 pages for NTAG I$^2$C *plus* 1k (see Figure 9) and 32 pages for NTAG I$^2$C *plus* 2k (see Figure 10) compared to a single page for the first 48 bytes (see Figure 8).

NTAG I$^2$C *plus* needs a Lock Control TLV as specified in NFC Forum Type 2 Tag specification to ensure NFC Forum Type 2 Tag compliancy.

When NFC Forum Type 2 Tag transition to READ ONLY state is intended, all bits marked as RFUI and dynamic lock bits related to the protected area shall be set to 0b when writing to the dynamic lock bytes.

The default value of the dynamic lock bytes is 000000h. The value of Byte 3 is always 00h when read.

Like for the static lock bytes, this process of modifying the dynamic lock bits is irreversible from NFC perspective and applies also for potentially mirrored SRAM. If a bit is set to logic 1b, it cannot be changed back to logic 0b. From I$^2$C interface, these bits can be set to 0b again.

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**24 / 82**

**NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting**



**Figure 9. NTAG I²C *plus* 1k Dynamic lock bytes 0, 1 and 2**



**Figure 10. NTAG I²C *plus* 2k Dynamic lock bytes 0, 1 and 2**

All information provided in this document is subject to legal disclaimers.                © NXP B.V. 2019. All rights reserved.

### 8.3.8  Capability Container (CC)

According to NFC Forum Type 2 Tag specification the CC is located on page 03h (see Ref. 1). To keep full flexibility to split the memory into an open and protected area, the default value of the CC is initialized with 00000000h during the IC production.

NDEF messages can only be written with NFC Forum devices, after setting these CC bytes according to application-specific needs and NFC Forum specification by a WRITE command from the I²C or NFC interface. According to NFC Forum specification, a bit once set to 1b, an NFC Forum Device cannot set bits of the CC back to 0b. However, similar to the lock bits, setting these bits back to 0b is again possible from I²C perspective.

**WARNING:** As I²C address (byte 0) and static lock bytes (byte 10 and byte 11) are coded in block 00h from I²C side, the I²C address may be changed or the tag may be locked unintentionally, when changing CC.

**REMARK:** When reading out byte 0, NTAG I²C *plus* always returns 04h (UID0). Therefore, for convenience reasons it is recommended to configure I²C address byte to 04h.

NXP recommends setting the size parameter of the CC only to values that the T2T_Area ends at lock bit granularity boundaries when using only part of the memory for storing NDEF messages. Consequently T2T_Area size should be 112 + 64*N or 888 bytes with N less or equal to 13 for the 1k version, or 176 + 128*N or 2032 bytes with N less or equal to 14 for the 2k version.

In Figure 11 it is shown how the CC is changed when going from READ/WRITE to READ ONLY state according to NFC Forum.



**Figure 11.  Possible configuration of CC bytes of NTAG I²C 1k version**

### 8.3.9  User Memory pages

Pages 04h to E1h of Sector 0 via the NFC interface - Block 01h to 37h, plus the first 8 bytes of block 38h via the I²C interface is the user memory area for NTAG I²C *plus* 1k and 2k version.

In addition, complete Sector 1 (page 00h to FFh) via the NFC interface - block 40h to 7Fh via the I²C interface is used as user memory area for NTAG I²C *plus* 2k version.

### 8.3.10  Memory content at delivery

As described above the CC in page 03h is set to all 00h to keep the full flexibility. To allow NFC Forum NDEF message reading and writing page 03h (CC) and the following data page (NDEF TLV) of NTAG I²C *plus* need to be initialized by the user according to

NT3H2111/NT3H2211

**Product data sheet**
**COMPANY PUBLIC**

All information provided in this document is subject to legal disclaimers.

**Rev. 3.5 — 7 May 2019**
**359935**

© NXP B.V. 2019. All rights reserved.

**26 / 82**

the NFC Forum Type 2 Tag specification (see Ref. 1). Table 8 shows an example of NFC Forum-compliant content using the whole memory of sector 0 for NDEF messages.

**Remark:** The default content of the data pages from page 04h onwards is not defined at delivery.

**Table 8. Minimum memory content to be in initialized state for NTAG I²C *plus***

| Page Address | Byte number within page | | | |
|---|---|---|---|---|
| | **0** | **1** | **2** | **3** |
| 03h | E1h | 10h | 6Dh | 00h |
| 04h | 03h | 00h | FEh | 00h |

### 8.3.11  Password and Access Configuration

NTAG I²C *plus* can be configured to have password protected memory areas.

If this feature is used, NXP recommends changing and diversify the PWD and PACK for every single chip.

The password and access configuration area of pages E3h to E7h (Sector 0 - see Table 9) via the NFC interface or blocks 38h and 39h via the I²C interface are used to configure the password and access conditions of the NTAG I²C *plus*. Those bit values are stored in the EEPROM. Their values can be read and written by both interfaces when applicable and when not locked by the register lock bits (see REG_LOCK in Table 13).

AUTH0 defines the starting page address of the protected area in Sector 0. NXP recommends setting AUTH0 in a way always respecting the lock bit granularity. Setting AUTH0 greater EBh, disables password protection.

The NFC_PROT bit is used to either only require a PWD_AUTH for writing data to the protected area or even protect reading data from the protected area.

If password authentication is used, even the SRAM access can be protected by setting SRAM_PROT bit to 1b.

I2C_PROT enables the possibility to limit access to the protected area from I²C perspective to read only or no access at all.

AUTLIM value can be used to limit negative PWD_AUTH attempts.

For the 2k version of NTAG I²C *plus* NFC_DIS_SEC1 bit can be used to disable the access to Sector 1 from NFC perspective with the 2K_PROT bit password protection for Sector 1 can be enabled.

Once password protection is enabled, writing to Password and Access Configuration bytes is only possible after a successful password authentication. On reading the PWD or PACK, from NFC or I²C perspective, NTAG I²C *plus* always returns all 00h bytes.

A detailed description of the mechanism and how to program all the parameters is given in Section 8.7.

**NXP Semiconductors**

# NT3H2111_2211

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting

**Table 9. Password and Access Configuration Register**

| NFC page address (Sector 0) | | I²C block address | | Byte number from NFC perspective | | | |
|---|---|---|---|---|---|---|---|
| Dec | Hex | Dec | Hex | 0 | 1 | 2 | 3 |
| 224 | E0h | 56 | 38h | User Memory | | | |
| 225 | E1h | | | | | | |
| 226 | E2h | | | Dynamic lock bytes | | | 00h |
| 227 | E3h | | | RFU | RFU | RFU | AUTH0 |
| 228 | E4h | 57 | 39h | ACCESS | RFU | RFU | RFU |
| 229 | E5h | | | PWD | | | |
| 230 | E6h | | | PACK | | RFU | RFU |
| 231 | E7h | | | PT_I2C | RFU | RFU | RFU |

**Table 10. Password and Access Configuration bytes**

| Bit | Field | Access via NFC | Access via I²C | Default values | Description |
|---|---|---|---|---|---|
| **Authentication Pointer (AUTH0)** | | | | | |
| 7-0 | AUTH0 | R&W | R&W | FFh | Page address of Sector 0 from which onwards the password authentication is required to access the user memory from NFC perspective, dependent on NFC_PROT bit. If AUTH0 is set to a page address greater than EBh, the password protection is effectively disabled. Password protected area starts from page AUTH0 and ends at page EBh. Password protection is excluded for Dynamic Lock Bits, session registers and mirrored SRAM pages. **REMARK:** From I²C interface, you have access to all configuration pages until REG_LOCK_I2C bit is set to 1b. |
| **Access Conditions (ACCESS)** | | | | | |
| 7 | NFC_PROT | R&W | R&W | 0b | Memory protection bit: 0b: write access to protected area is protected by the password 1b: read and write access to protected area is protected by the password |
| 6 | RFU | R&W | R&W | 0b | RFU - SHALL be 0b |
| 5 | NFC_DIS_SEC1 | R&W | R&W | 0b | NFC access protection to Sector 1 0b: Sector 1 is accessible in 2k version 1b: Sector 1 in inaccessible and returns NAK0 |
| 4-3 | RFU | R&W | R&W | 00b | RFU - SHALL be 00b |

All information provided in this document is subject to legal disclaimers.
© NXP B.V. 2019. All rights reserved.

| Bit | Field | Access via NFC | Access via I$^2$C | Default values | Description |
|-----|-------|----------------|-------------------|----------------|-------------|
| 2-0 | AUTHLIM | R&W | R&W | 000b | Limitation of negative password authentication attempts. After reaching the limit, protected area is not accessible any longer. 000b: limiting of negative password authentication attempts disabled. 001b-111b: maximum number of negative password authentication attempts is 2$^{AUTHLIM}$ |
| **Password (PWD)** | | | | | |
| 31-0 | PWD | R&W | R&W | FFFFFFFFh | 32-bit password used for memory access protection. Reading PWD always returns 00000000h |
| **Password Acknowledge (PACK)** | | | | | |
| 15-0 | PACK | R&W | R&W | 0000h | 16-bit password acknowledge used during the password authentication process. Reading PACK always returns 0000h |
| **Protection bits (PT_I2C)** | | | | | |
| 7-4 | RFU | R&W | R&W | 0000b | RFU - SHALL be 0000b |
| 3 | 2K_PROT | R&W | R&W | 0b | Password protection for Sector 1 for 2k version 0b: password authentication for Sector 1 disabled 1b: password authentication needed to access Sector 1 |
| 2 | SRAM_PROT | R&W | R&W | 0b | Password protection for pass-through and mirror mode 0b: password authentication for pass-through mode disabled 1b: password authentication needed to access SRAM in pass-through mode |
| 1-0 | I2C_PROT | R&W | R&W | 00b | Access to protected area from I$^2$C perspective 00b: Entire user memory accessible from I$^2$C 01b: read and write access to unprotected user area, read only access to protected area 1Xb: read and write access to unprotected area, no access to protected area. **REMARK:** Independent from these bits I$^2$C always has R&W access to: • Session registers • SRAM • Configuration pages including PWD Configuration area, but dependent on REG_LOCK_I2C bit |

### 8.3.12  NTAG I$^2$C configuration and session registers

NTAG I$^2$C *plus* behavior can be configured and read in two separate locations depending if the configurations shall be effective within the communication session (use session registers) or by default after Power-On Reset (POR) (use configuration registers).

The configuration registers of pages E8h to E9h (Sector 0 - see Table 11) via the NFC interface or block 3Ah via the I$^2$C interface are used to configure the default behavior of the NTAG I$^2$C *plus*. Those bit values are stored in the EEPROM and represent the

All information provided in this document is subject to legal disclaimers.
© NXP B.V. 2019. All rights reserved.

default settings to be effective after POR. Their values can be read and written by both interfaces when applicable and when not locked by the register lock bits (see REG_LOCK in Table 13).

**Table 11.  Configuration register NTAG I$^2$C *plus***

| NFC address (Sector 0) | | I$^2$C Address | | Byte number from NFC perspective | | | |
|---|---|---|---|---|---|---|---|
| Dec | Hex | Dec | Hex | 0 | 1 | 2 | 3 |
| 232 | E8h | 58 | 3Ah | NC_REG | LAST_NDEF_BLOCK | SRAM_MIRROR_BLOCK | WDT_LS |
| 233 | E9h | | | WDT_MS | I2C_CLOCK_STR | REG_LOCK | RFU |

The session register on pages ECh to EDh (Sector 0) via the NFC interface or block FEh via I$^2$C, see Table 12, are used to configure or monitor the values of the current communication session. Those bits are read only via the NFC interface but may be read and written via the I$^2$C interface.

For backward compatibility reasons the session registers are mirrored to Sector 3 (page F8h and F9h via the NFC interface).

**Table 12.  Session registers NTAG I$^2$C *plus***

| NFC address (Sector 0) | | I$^2$C Address | | Byte number | | | |
|---|---|---|---|---|---|---|---|
| Dec | Hex | Dec | Hex | 0 | 1 | 2 | 3 |
| 236 | ECh | 254 | FEh | NC_REG | LAST_NDEF_BLOCK | SRAM_MIRROR _BLOCK | WDT_LS |
| 237 | EDh | | | WDT_MS | I2C_CLOCK_STR | NS_REG | RFU |

Both, the session and the configuration registers have the same configuration options and parameters except the REG_LOCK bits, which are only available in the configuration register and the NS_REG bits which are only available in the session register. After POR, the content of the configuration register is loaded into the session register.

The values of both registers can be changed during a communication session. If the desired effect should be visible immediately, but only for the current communication session, the session registers must be used. After POR, the session registers values will again contain the configuration register values as before.

To change the default behavior, changes to the configuration register are needed, but the related effect will only be visible after the next POR.

To make the effect immediately and after next POR visible, changes to configuration and session registers are needed.

All registers and configuration default values, access conditions and descriptions are defined in Table 13 and Table 14.

Reading and writing the session registers via I$^2$C can only be done via the READ and WRITE registers operation - see Section 9.8.

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**30 / 82**

**NXP Semiconductors**

**NT3H2111_2211**

NTAG I$^2$C *plus*: NFC Forum T2T with I$^2$C interface, password protection and energy harvesting

**Table 13.   Configuration bytes**

| Bit | Field | Access via NFC | Access via I$^2$C | Default values | Description |
|-----|-------|----------------|-------------------|----------------|-------------|
| colspan=6 | **Configuration register: NC_REG** |
| 7 | NFCS_I2C_RST_ON_OFF | R&W | R&W | 0b | Enables the NFC silence feature and enables soft reset through I$^2$C repeated start - see Section 9.3 |
| 6 | PTHRU_ON_OFF | R&W | R&W | 0b | 1b: pass-through mode using SRAM enabled and SRAM mapped to end of Sector 0.<br>0b: pass-through mode disabled |
| 5-4 | FD_OFF | R&W | R&W | 00b | defines the event upon which the signal output on the FD pin is released<br>00b: if the field is switched off<br>01b: if the field is switched off or the tag is set to the HALT state<br>10b: if the field is switched off or the last page of the NDEF message has been read (defined in LAST_NDEF_BLOCK)<br>11b: (if FD_ON = 11b) if the field is switched off or if last data is read by I$^2$C (in pass-through mode NFC ---> I$^2$C) or last data is written by I$^2$C (in pass-through mode I$^2$C---> NFC)<br>11b: (if FD_ON = 00b or 01b or 10b) if the field is switched off<br>See Section 8.4 for more details |
| 3-2 | FD_ON | R&W | R&W | 00b | defines the event upon which the signal output on the FD pin is pulled low<br>00b: if the field is switched on<br>01b: by first valid start of communication (SoC)<br>10b: by selection of the tag<br>11b: (in pass-through mode NFC-->I$^2$C) if the data is ready to be read from the I$^2$C interface<br>11b: (in pass-through mode I$^2$C--> NFC) if the data is read by the NFC interface<br>See Section 8.4 for more details |
| 1 | SRAM_MIRROR_ON_OFF | R&W | R&W | 0b | 1b: SRAM mirror enabled and mirrored SRAM starts at page SRAM_MIRROR_BLOCK<br>0b: SRAM mirror disabled |
| 0 | TRANSFER_DIR | R&W | R&W | 1b | defines the data flow direction when pass-through mode is enabled<br>0b: from I$^2$C to NFC interface<br>1b: from NFC to I$^2$C interface<br>In case the pass-through mode is NOT enabled, this bit should be set to 1b, otherwise there is no WRITE access from the NFC perspective |
| colspan=6 | **Configuration register: LAST_NDEF_BLOCK** |

All information provided in this document is subject to legal disclaimers.        © NXP B.V. 2019. All rights reserved.

NTAG I$^2$C *plus*: NFC Forum T2T with I$^2$C interface, password protection and energy harvesting

| Bit | Field | Access via NFC | Access via I$^2$C | Default values | Description |
|-----|-------|----------------|-------------------|----------------|-------------|
| 7-0 | LAST_NDEF_BLOCK | R&W | R&W | 00h | I$^2$C block address of I$^2$C block, which contains last byte(s) of stored NDEF message. An NFC read of the last page of this I$^2$C block sets the register NDEF_DATA_READ to 1b and triggers field detection pin if FD_OFF is set to 10b. Valid range starts from 01h (NFC page 04h) up to 37h (NFC page DCh) for NTAG I$^2$C *plus* 1k or up to 7Fh (NFC page FCh on Sector 1) for NTAG I$^2$C *plus* 2k. |
| | **Configuration register: SRAM_MIRROR_BLOCK** | | | | |
| 7-0 | SRAM_MIRROR_BLOCK | R&W | R&W | F8h | I$^2$C block address of SRAM when mirrored into the User memory. Valid range starts from 01h (NFC page 04h) up to 34h (NFC page D0h) for NTAG I$^2$C *plus* 1k or up to 7Ch (NFC page F0h on memory Sector 1) for NTAG I$^2$C *plus* 2k |
| | **Configuration register: WDT_LS** | | | | |
| 7-0 | WDT_LS | R&W | R&W | 48h | Least Significant byte of watchdog control register |
| | **Configuration register: WDT_MS** | | | | |
| 7-0 | WDT_MS | R&W | R&W | 08h | Most Significant byte of watchdog time control register. When writing WDT_MS byte, the content of WDT_MS and WDT_LS gets active for the watchdog timer. |
| | **Configuration register: I2C_CLOCK_STR** | | | | |
| 7-1 | RFU | R&W | R&W | 0000000b | RFU - all 7 bits SHALL be 0b |
| 0 | I2C_CLOCK_STR | R&W | R&W | 1b | Enables (1b) or disable (0b) the I$^2$C clock stretching |
| | **Configuration register: REG_LOCK** | | | | |
| 7-2 | RFU | R&W | R&W | 000000b | RFU - all 6 bits SHALL be 0b |
| 1 | REG_LOCK_I2C[1] | R&W | R&W | 0b | I$^2$C Configuration Lock Bit 0b: Configuration bytes may be changed via I$^2$C 1b: Configuration bytes cannot be changed via I$^2$C Once set to 1b, cannot be reset to 0b anymore. |
| 0 | REG_LOCK_NFC[1] | R&W | R&W | 0b | NFC Configuration Lock Bit 0b: Configuration bytes may be changed via NFC 1b… Configuration bytes cannot be changed via NFC Once set to 1b, cannot be reset to 0b anymore. |

[1] Setting both bits REG_LOCK_I2C and REG_LOCK_NFC to 1b, permanently locks write access to register default values (as no write is allowed anymore). As long as one bit is still 0b, the corresponding interface can still access and change the register lock bytes.

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**32 / 82**

**NXP Semiconductors**

**NT3H2111_2211**

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting

**Table 14.   Session register bytes**

| Bit | Field | Access via NFC | Access via I²C | Default values | Description |
|---|---|---|---|---|---|
| | | | | | **Session register: NC_REG** |
| 7 | NFCS_I2C_RST_ON_OFF | READ | R&W | - | see configuration bytes description |
| 6 | PTHRU_ON_OFF | READ | R&W | - | see configuration bytes description, the bit is cleared automatically, when one of the interfaces is OFF |
| 5-4 | FD_OFF | READ | R&W | - | see configuration bytes description |
| 3-2 | FD_ON | READ | R&W | | |
| 1 | SRAM_MIRROR_ON_OFF | READ | R&W | - | see configuration bytes description, the bit is cleared automatically, when there is no Vcc power. |
| 0 | TRANSFER_DIR | READ | R&W | | see configuration bytes description |
| | | | | | **Session register: LAST_NDEF_BLOCK** |
| 7-0 | LAST_NDEF_BLOCK | READ | R&W | - | see configuration bytes description |
| | | | | | **Session register: SRAM_MIRROR_BLOCK** |
| 7-0 | SRAM_MIRROR_BLOCK | READ | R&W | - | see configuration bytes description |
| | | | | | **Session register: WDT_LS** |
| 7-0 | WDT_LS | READ | R&W | - | see configuration bytes description |
| | | | | | **Session register: WDT_MS** |
| 7-0 | WDT_MS | READ | R&W | - | see configuration bytes description |
| | | | | | **Session register: I2C_CLOCK_STR** |
| 7-2 | RFU | READ | READ | - | RFU, all 6 bits locked to 0b |
| 1 | NEG_AUTH_REACHED | READ | READ | 0b | Status bit to show the number of negative PWD_AUTH attempts reached<br>0b: PWD_AUTH still possible<br>1b: PWD_AUTH locked |
| 0 | I2C_CLOCK_STR | READ | READ | - | See configuration bytes description |
| | | | | | **Session register: NS_REG** |
| 7 | NDEF_DATA_READ | READ | READ | 0b | 1b: all data bytes read from the address specified in LAST_NDEF_BLOCK. Bit is reset to 0b when read |
| 6 | I2C_LOCKED | READ | R&W | 0b | 1b: Memory access is locked to the I²C interface |
| 5 | RF_LOCKED | READ | READ | 0b | 1b: Memory access is locked to the NFC interface |
| 4 | SRAM_I2C_READY | READ | READ | 0b | 1b: data is ready in SRAM buffer to be read by I2C |
| 3 | SRAM_RF_READY | READ | READ | 0b | 1b: data is ready in SRAM buffer to be read by NFC |
| 2 | EEPROM_WR_ERR | READ | R&W | 0b | 1b: HV voltage error during EEPROM write or erase cycle<br>Needs to be written back via I²C to 0b to be cleared |

All information provided in this document is subject to legal disclaimers.
© NXP B.V. 2019. All rights reserved.

| Bit | Field | Access via NFC | Access via I²C | Default values | Description |
|-----|-------|----------------|----------------|----------------|-------------|
| 1 | EEPROM_WR_BUSY | READ | READ | 0b | 1b: EEPROM write cycle in progress - access to EEPROM disabled<br>0b: EEPROM access possible |
| 0 | RF_FIELD_PRESENT | READ | READ | 0b | 1b: NFC field is detected |

## 8.4  Configurable Field Detection Pin

The field detection pin based on open-drain implementation provides the capability to trigger an external device (e.g. µController) or switch on the connected circuitry by an external power management unit depending on activities on the NFC interface.

As the field detection pin functionality is operated via NFC field power, $V_{CC}$ supply for the tag itself is not required.

NOTE: In some cases $V_{OUT}$ pin might be used as field detection trigger.

The conditions for pulling the field detection signal to low, FD_ON can be:

• The presence of the NFC field
• The detection of a valid command (Start of Communication)
• The selection of the IC

REMARK: When FD_ON is configured to trigger on NFC field presence (00b), FD will be pulled low again, when host is reading the NDEF_DATA_READ bit of NS_REG session register from I²C perspective.

The conditions for releasing the field detection signal defined with FD_OFF can be:

• The absence of the NFC field
• The detection of the HALT state
• The NFC interface has read the last part of the NDEF message defined with LAST_NDEF_BLOCK

All the various combinations of configurations are described in Table 13 and illustrated in Figure 13, Figure 14 and Figure 15 for all various combinations of the filed detection signal configuration. The timing diagrams are not in scale and all given timing values are typical values.

The field detection pin can be used also as a handshake mechanism in the pass-through mode to signal to the external µController if

• New data is written to SRAM on the NFC interface
• Data written to SRAM from the µController is read via the NFC interface.

See Section 11 for more information on this handshake mechanism.

In Figure 12 an example how to connect the FD pin is given. All given values are typical values and may vary from application to application.

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**34 / 82**



**Figure 12.  FD pin example circuit**



**Figure 13.  Illustration of the field detection feature when configured for simple field detection**

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**35 / 82**

**NXP Semiconductors**

**NT3H2111_2211**

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting



**Figure 14. Illustration of the field detection feature when configured for first valid start of communication detection**

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**36 / 82**



**Figure 15. Illustration of the field detection feature when configured for selection of the tag detection**

## 8.5 Watchdog timer

In order to allow the I²C interface to perform all necessary commands (READ, WRITE, ..), the memory access remains locked to the I²C interface until the register I2C_LOCKED is cleared by the host - see Table 14.

However, to avoid that the memory stays 'locked' to the I²C for a long period of time, it is possible to program a watchdog timer to unlock the I²C host from the tag, so that the NFC device can access the tag after a period of time of inactivity. The host itself will not be notified of this event directly, but the NS_REG register is updated accordingly (the register bit I2C_LOCKED will be cleared - see Table 14).

The default value is set to 20 ms (848h), but the watch dog timer can be freely set from 0001h (9.43 µs) up to FFFFh (617.995 ms). The timer starts ticking when the communication between the NTAG I²C and the I²C interface starts. In case the communication with the I²C is still going on after the watchdog timer expires, the communication will continue until the communication has completed. Then the status register I2C_LOCKED will be immediately cleared.

In the case where the communication with the I²C interface has completed before the end of the timer and the status register I2C_LOCKED was not cleared by the host, it will be cleared at the end of the watchdog timer.

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**37 / 82**

The watchdog timer is only effective if the VCC pin is powered and will be reset and stopped if the NTAG I²C is not VCC powered or if the register status I2C_LOCKED is set to 0 and RF_LOCKED is set to 1b.

## 8.6  Energy harvesting

The NTAG I²C *plus* provides the capability to supply external low-power devices with energy harvested from the NFC field of an NFC device as illustrated in Figure 16. All given values are typical values. For more details, refer to Ref. 7.

The voltage and current from the energy harvesting depend on various parameters, such as the strength of the NFC field, the tag antenna size, or the distance from the NFC device. NTAG I²C *plus* provides typically 5 mA at 2 V on the VOUT pin with an NFC Phone.

Operating NTAG I²C in energy harvesting mode requires a number of precautions:

- A complete total connected capacitor in the range of typically 150 nF up to 220 nF maximum shall be connected between VOUT and GND close to the terminals to ensure that the voltage does not drop below VCC min during modulation or during any application operation.
- Start up load current on VOUT should be limited until sufficient voltage is built on VOUT.
- If NTAG I²C also powers the I²C bus, then VCC must be connected to VOUT, and pull-up resistors on the SCL and SDA pins must be sized to control SCL and SDA sink current when those lines are pulled low by NTAG I²C or the I²C host
- If NTAG I²C also powers the Field Detect bus, then the pull-up resistor on the Field Detect line must be sized to control the sink current into the Field Detect pin when NTAG I²C pulls it low
- The NFC reader device communicating with NTAG I²C shall apply polling cycles including an NFC Field Off condition of at least 5.1 ms as defined in NFC Forum Activity specification (see Ref. 4, chapter 6).

**REMARK:** increasing the output current on $V_{out}$ decreases the NFC communication range.



**Figure 16.  Energy harvesting example circuit**

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**38 / 82**

## 8.7  Password authentication

The memory write or read/write access to a configurable part of the memory can be constrained to a positive password authentication. The 32-bit secret password (PWD) and the 16-bit password acknowledge (PACK) response shall be typically programmed into the configuration pages at the tag personalization stage.

The AUTHLIM parameter specified in Section 8.3.11 can be used to limit the negative authentication attempts.

In the initial state of NTAG I$^2$C *plus*, password protection is disabled by an AUTH0 value of FFh. PWD and PACK are freely writable in this state. Access to the configuration pages and any part of the user memory can be restricted by setting AUTH0 to a page address within the available memory space. This page address is the first one protected.

For a comprehensive description of all protection mechanism refer to Ref. 9.

**Remark:** The password protection method provided in NTAG I$^2$C *plus* has to be intended as an easy and convenient way to prevent unauthorized memory accesses. If a higher level of protection is required, cryptographic methods can be implemented at application layer to increase overall system security.

### 8.7.1  Programming of PWD and PACK

The 32-bit PWD and the 16-bit PACK need to be programmed into the configuration pages, see Section 8.3.11. The password as well as the password acknowledge are written LSByte first. This byte order is the same as the byte order used during the PWD_AUTH command and its response.

The PWD and PACK bytes can never be read out of the memory. Instead of transmitting the real value on any valid read command from both - NFC and I$^2$C - interface, only 00h bytes are replied.

If the password authentication is disabled, PWD and PACK can be written at any time.

If the password authentication is enabled, PWD and PACK can be written after a successful PWD_AUTH command only.

**Remark:** To improve the overall system security, it is advisable to diversify the password and the password acknowledge using a die individual parameter of the IC, which can be the 7-byte UID available on NTAG I$^2$C *plus*.

### 8.7.2  Limiting negative verification attempts

To prevent brute-force attacks on the password, the maximum allowed number of negative password authentication attempts can be set using AUTHLIM. This mechanism is disabled by setting AUTHLIM to a value of 000b, which is also the initial state of NTAG I$^2$C *plus*.

If AUTHLIM is not equal to 000b, each negative authentication verification is internally counted. As soon as this internal counter reaches the number $2^{AUTHLIM}$, any further negative password authentication leads to a permanent locking of the protected part of the memory for the specified access modes. Independently, whether the provided password is correct or not, each subsequent PWD_AUTH fails.

Any successful password verification, before reaching the limit of negative password verification attempts, resets the internal counter to zero.

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**39 / 82**

### 8.7.3   Protection of configuration segments

The configuration pages can be protected by the password authentication as well. The protection level is defined with the NFC_PROT bit.

The protection is enabled by setting the AUTH0 byte (see Table 10) to a value that is within the addressable memory space.

## 8.8   Originality signature

NTAG I²C *plus* features a cryptographically supported originality check. With this feature, it is possible to verify that the tag is using an IC manufactured by NXP Semiconductors. This check can be performed on personalized tags as well.

NTAG I²C *plus* digital signature is based on standard Elliptic Curve Cryptography (ECC), according to the ECDSA algorithm. The use of a standard algorithm and curve ensures easy software integration of the originality check procedure in an application running on an NFC device without specific hardware requirements.

Each NTAG I²C *plus* UID is signed with an NXP private key and the resulting 32-byte signature is stored in a hidden part of the NTAG I²C *plus* memory during IC production.

This signature can be retrieved using the READ_SIG command and can be verified in the NFC device by using the corresponding ECC public key provided by NXP. In case the NXP public key is stored in the NFC device, the complete signature verification procedure can be performed offline.

To verify the signature (for example with the use of the public domain crypto library OpenSSL) the tool domain parameters shall be set to secp128r1, defined within the standards for elliptic curve cryptography SEC (Ref. 10).

Details on how to check the signature value are provided in corresponding application note (Ref. 6). It is foreseen to offer not only offline, as well as online way to verify originality of NTAG I²C *plus*.

NT3H2111/NT3H2211
**Product data sheet**
**COMPANY PUBLIC**

All information provided in this document is subject to legal disclaimers.

**Rev. 3.5 — 7 May 2019**
**359935**

© NXP B.V. 2019. All rights reserved.

**40 / 82**

# 9   I²C commands

For details about I²C interface refer to Ref. 3.



**Figure 17.  I²C bus protocol**

The NTAG I²C *plus* supports the I²C protocol. This protocol is summarized in Figure 17. Any device that sends data onto the bus is defined as a transmitter, and any device that reads the data from the bus is defined as a receiver. The device that controls the data transfer is known as the "bus master", and the other as the "slave" device. A data transfer can only be initiated by the bus master, which will also provide the serial clock for synchronization. The NTAG I²C *plus* is always a slave in all communications.

## 9.1   Start condition

Start is identified by a falling edge of Serial Data (SDA), while Serial Clock (SCL) is stable in the high state. A Start condition must precede any data transfer command. The NTAG I²C *plus* continuously monitors SDA (except during a Write cycle) and SCL for a Start condition, and will not respond unless one is given.

## 9.2   Stop condition

Stop is identified by a rising edge of SDA while SCL is stable and driven high. A Stop condition terminates communication between the NTAG I²C *plus* and the bus master. A Stop condition at the end of a Write command triggers the internal Write cycle.

WARNING: Host shall respect EEPROM programming time (~4 ms) after this Stop condition in any case. If host sends next command too early, the memory may be corrupted as ongoing EEPROM write cycle might get terminated.

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**41 / 82**

### 9.3   I²C soft reset and NFC silence feature

With the bit NFCS_I2C_RST_ON_OFF (see Table 13) NTAG I²C *plus* enables two features: a soft reset of the I²C subsystem, and NFC silence, in which the NFC demodulator is disabled.

The I²C soft reset feature interprets an I²C repeated start (no I²C stop in between) as a command to execute a soft reset of the I²C subsystem. This is useful when heavy bus interference can cause the I²C interface to get stuck. A drawback of this feature is that every start symbol then has to be terminated with a Stop, slowing down communication. If a Stop is forgotten, the I²C interface is cleared and previous communication, if any, is lost. Consequently when this feature is used, stop conditions after MEMA for READ/WRITE (see Figure 18) and after REGA for READ/WRITE registers (see Figure 19) shall be send.

The NFC silence feature disables the demodulator. When feature is set, no NFC commands are received, and no replies are issued to commands that were not fully received when NFC Silence was set. This feature allows the tag to "disappear" even if it still is in the reader field. NTAG I²C *plus* will remain in the ISO state it was in when NFC silence was enabled, until NFC silence is removed.

The combination of these two features in a single bit means that I²C soft reset is only active during NFC silence.

### 9.4   Acknowledge bit (ACK)

The acknowledge bit is used to indicate a successful byte transfer. The bus transmitter, whether it is the bus master or slave device, releases Serial Data (SDA) after sending eight bits of data. During the ninth clock pulse period, the receiver pulls Serial Data (SDA) low to acknowledge the receipt of the ninth data bits.

### 9.5   Data input

During data input, the NTAG I²C *plus* samples SDA on the rising edge of SCL. For correct device operation, SDA must be stable during the rising edge of SCL, and the SDA signal must change only when SCL is driven low.

### 9.6   Addressing

To start communication between a bus master and the NTAG I²C *plus* slave device, the bus master must initiate a Start condition (see Section 9.1). Following this initiation, the bus master sends the 7-bit device address, called Slave Address (SA) in following figures.

The 8th bit is the Read/Write bit (R/$\overline{W}$). This bit is set to 1b for Read and 0b for Write operations.

Default device address of 55h results in AAh default I²C write address and ABh default I²C read address.

As from I²C perspective I²C address can be configured via byte 0 of block 0. Reading this block gives 04h, as it is returning UID0 (see Section 8.3.2). Therefore it is recommended to us 04h as I²C write address (02h device address).

**NOTE:** Byte 0 of block 0 is used to configure the device address. The 7-bit device address needs to be programmed in the 7 most significant bits of this byte. Least

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**42 / 82**

significant bit needs to be set to 0b when programming the device address. E.g. to keep default device address of 55h, byte 0 of block 0 needs to be set to AAh.

If a match occurs on the device address, the NTAG I²C *plus* gives an acknowledgment on SDA during the 9th bit time. If the NTAG I²C *plus* address does not match, it deselects itself from the bus and clears the register I2C_LOCKED (see Table 12).

**Table 15.  Default NTAG I²C address from I²C**

| | Device / Slave Address (SA) | | | | | | | R/W̄ |
|---|---|---|---|---|---|---|---|---|
| | b7 | b6 | b5 | b4 | b3 | b2 | b1 | b0 |
| Value[1] | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1/0 |

[1]    Initial values can be changed from I²C perspective

The I²C address of the NTAG I²C *plus* (byte 0 - block 0h) can only be modified by the I²C interface. Both interfaces cannot read the device address and a READ command from the NFC or I²C interface to this byte will return 04h (UID 0 - manufacturer ID for NXP Semiconductors - see Figure 7).

## 9.7   READ and WRITE Operation

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**                          **Rev. 3.5 — 7 May 2019**
**COMPANY PUBLIC**                                     **359935**                                          **43 / 82**



**Figure 18. I²C READ and WRITE operation**

NT3H2111/NT3H2211

Product data sheet
COMPANY PUBLIC

All information provided in this document is subject to legal disclaimers.

Rev. 3.5 — 7 May 2019
359935

© NXP B.V. 2019. All rights reserved.

44 / 82

The READ and WRITE operation always handle 16 bytes to be read or written (one block - see Table 6)

For the READ operation (see Figure 18), following a Start condition, the bus master/host sends the NTAG I²C slave address code (SA - 7 bits) with the Read/Write bit (R/W̄) set to 0b. The NTAG I²C *plus* acknowledges this (A), and waits for one address byte (MEMA), which should correspond to the address of the block of memory (SRAM or EEPROM) that is intended to be read. The NTAG I²C *plus* responds to a valid address byte with an acknowledge (A). A Stop condition can be then issued. Then the host again issues a start condition followed by the NTAG I²C *plus* slave address with the Read/Write bit set to 1b. When I2C_CLOCK_STR is set to 0b, a pause of at least 50 µs shall be kept before this start condition. The NTAG I²C *plus* acknowledges this (A) and sends the first byte of data read (D0).The bus master/host acknowledges it (A) and the NTAG I²C *plus* will subsequently transmit the following 15 bytes of memory read with an acknowledge from the host after every byte. After the last byte of memory data has been transmitted by the NTAG I²C *plus*, the bus master/host will acknowledge it and issue a Stop condition.

**WARNING:** READ sequence shall be atomic. Complete sequence of above figure needs to be executed, otherwise that tag may go to undefined state and stretches the clock infinitely.

For the WRITE operation (see Figure 18), following a Start condition, the bus master/host sends the NTAG I²C *plus* slave address code (SA - 7 bits) with the Read/Write bit (R/W̄) set to 0b. The NTAG I²C *plus* acknowledges this (A), and waits for one address byte (MEMA), which should correspond to the address of the block of memory (SRAM or EEPROM) that is intended to be written. The NTAG I²C *plus* responds to a valid address byte with an acknowledge (A) and, in the case of a WRITE operation, the bus master/host starts transmitting every 16 bytes (D0...D15) that shall be written at the specified address with an acknowledge of the NTAG I²C *plus* after each byte (A). After the last byte acknowledge from the NTAG I²C *plus*, the bus master/host issues a Stop condition.

**WARNING:** Host shall respect EEPROM programming time (~4 ms) after this Stop condition in any case. If host sends next command too early, the memory may be corrupted as ongoing EEPROM write cycle will get terminated.

The memory address accessible via the READ and WRITE operations can only correspond to the EEPROM or SRAM (respectively 00h to 3Ah or F8h to FBh for NTAG I²C *plus* 1k and 00h to 7Ah or F8h to FBh for NTAG I²C *plus* 2k).

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
359935

**45 / 82**

### 9.8   WRITE and READ register operation

In order to modify or read the session register bytes (see Table 14), NTAG I²C *plus* requires the WRITE and READ register operation (see Figure 19).



**Figure 19.  WRITE and READ register operation**

For the READ register operation, following a Start condition the bus master/host sends the NTAG I²C *plus* slave address code (SA - 7 bits) with the Read/Write bit (R/W̄) set to 0b. The NTAG I²C *plus* acknowledges this (A), and waits for one address byte (MEMA) which corresponds to the address of the block of memory with the session register bytes (FEh). The NTAG I²C *plus* responds to the address byte with an acknowledge (A). Then the bus master/host issues a register address (REGA), which corresponds to the address of the targeted byte inside the block FEh (00h, 01h...to 07h) and then waits for the Stop condition.

Then the bus master/host again issues a start condition followed by the NTAG I²C *plus* slave address with the Read/Write bit set to 1b. The NTAG I²C *plus* acknowledges this (A), and sends the selected byte of session register data (REGDAT) within the block FEh. The bus master/host will acknowledge it and issue a Stop condition.

**WARNING:** READ sequence shall be atomic. Complete sequence of above figure needs to be executed, otherwise that tag may go to undefined state and stretches the clock infinitely.

For the WRITE register operation, following a Start condition, the bus master/host sends the NTAG I²C *plus* slave address code (SA - 7 bits) with the Read/Write bit (R/W̄) set to 0b. The NTAG I²C *plus* acknowledges this (A), and waits for one address byte (MEMA), which corresponds to the address of the block of memory within the session register bytes (FEh). After the NTAG I²C *plus* acknowledge (A), the bus master/host issues a register address (REGA), which corresponds to the address of the targeted byte inside the block FEh (00h, 01h...to 07h). After acknowledgement (A) by NTAG I²C *plus*, the bus master/host issues a MASK byte that defines exactly which bits shall be modified by a 1b bit value at the corresponding bit position. Following the NTAG I²C *plus* acknowledge (A), the new register data (one byte - REGDAT) to be written is transmitted by the bus master/host. The NTAG I²C *plus* acknowledges it (A), and the bus master/host issues a stop condition.

NT3H2111/NT3H2211

**Product data sheet**
**COMPANY PUBLIC**

All information provided in this document is subject to legal disclaimers.

**Rev. 3.5 — 7 May 2019**
**359935**

© NXP B.V. 2019. All rights reserved.

**46 / 82**

**NXP Semiconductors**

**NT3H2111_2211**

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting

# 10 NFC Command

NTAG activation follows the ISO/IEC 14443-3 Type A specification. After NTAG I²C *plus* has been selected, it can either be deactivated using the ISO/IEC 14443 HALT command, or NTAG commands (e.g. READ_SIG, PWD_AUTH, SECTOR_SELECT, READ or WRITE) can be performed. For more details about the card activation refer to Ref. 2.

## 10.1 NTAG I²C *plus* command overview

All available commands for NTAG I²C *plus* are shown in Table 16.

**Table 16.  Command overview**

| Command[1] | ISO/IEC 14443 | NFC FORUM | Command code (hexadecimal) |
|---|---|---|---|
| Request | REQA | SENS_REQ | 26h (7 bit) |
| Wake-up | WUPA | ALL_REQ | 52h (7 bit) |
| Anticollision CL1 | Anticollision CL1 | SDD_REQ CL1 | 93h 20h |
| Select CL1 | Select CL1 | SEL_REQ CL1 | 93h 70h |
| Anticollision CL2 | Anticollision CL2 | SDD_REQ CL2 | 95h 20h |
| Select CL2 | Select CL2 | SEL_REQ CL2 | 95h 70h |
| Halt | HLTA | SLP_REQ | 50h 00h |
| GET_VERSION | - | - | 60h |
| READ | - | READ | 30h |
| FAST_READ | - | - | 3Ah |
| WRITE | - | WRITE | A2h |
| FAST_WRITE | - | - | A6h |
| SECTOR_SELECT | - | SECTOR_SELECT | C2h |
| PWD_AUTH | - | - | 1Bh |
| READ_SIG | - | - | 3Ch |

[1]   Unless otherwise specified, all commands use the coding and framing as described in Ref. 1.

## 10.2 Timing

The command and response timing shown in this document are not to scale and values are rounded to 1 μs.

All given command and response times refer to the data frames, including start of communication and end of communication. They do not include the encoding (like the Miller pulses). An NFC device data frame contains the start of communication (1 "start bit") and the end of communication (one logic 0 + 1-bit length of unmodulated carrier). An NFC tag data frame contains the start of communication (1 "start bit") and the end of communication (1-bit length of no subcarrier).

The minimum and maximum command response time is specified according to Ref. 1. The minimum frame delay time from NFC tag to NFC device is 86.43 μs. The maximum command response time is specified as a timeout value. Depending on the command,

NT3H2111/NT3H2111

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**47 / 82**

the $T_{ACK}$ value specified for command responses defines the NFC device to NFC tag frame delay time. It does it for either the 4-bit ACK value specified or for a data frame.

All timing can be measured according to the ISO/IEC 14443-3 frame specification as shown for the Frame Delay Time in Figure 20. For more details, refer to Ref. 2.



**Figure 20. Frame Delay Time (from NFC device to NFC tag), $T_{ACK}$ and $T_{NAK}$**

**Remark:** Due to the coding of commands, the measured timings usually exclude (a part of) the end of communication. Consider this factor when comparing the specified with the measured times.

### 10.3 NTAG ACK and NAK

NTAG I²C *plus* uses a 4-bit ACK / NAK as shown in Table 17.

**Table 17. ACK and NAK values**

| Code (4 bit) | ACK/NAK |
|---|---|
| Ah | Acknowledge (ACK) |
| 0h | NAK for invalid argument (i.e. invalid page address or wrong password) |
| 1h | NAK for parity or CRC error |
| 3h | NAK for Arbiter locked to I²C |
| 4h | Number of negative PWD_AUTH commands limit reached |
| 7h | NAK for EEPROM write error |

### 10.4 ATQA and SAK responses

NTAG I²C *plus* replies to a REQA or WUPA command with the ATQA value shown in Table 18. It replies to a Select CL2 command with the SAK value shown in Table 19. The 2-byte ATQA value is transmitted with the least significant byte first (44h).

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**48 / 82**

**NXP Semiconductors**

# NT3H2111_2211

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting

**Table 18. ATQA response of the NTAG I²C *plus***

| Sales type | Hex value | Bit number | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| NTAG I²C *plus* | 00 44h | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |

**Table 19. SAK response of the NTAG I²C *plus***

| Sales type | Hex value | Bit number | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| NTAG I²C *plus* | 00h | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Remark:** The ATQA coding in bits 7 and 6 indicates the UID size according to ISO/IEC 14443.

**Remark:** The bit numbering in ISO/IEC 14443 specification starts with bit 1 as least significant bit.

## 10.5 GET_VERSION

The GET_VERSION command is used to retrieve information about the NTAG family, the product version, storage size and other product data required to identify the specific NTAG I²C *plus*.

This command is also available on other NTAG products to have a common way of identifying products across platforms and evolution steps.

The GET_VERSION command has no arguments and returns the version information for the specific NTAG I²C *plus* type. The command structure is shown in Figure 21 and Table 20.

Table 21 shows the required timing.



**Figure 21. GET_VERSION command**

**Table 20. GET_VERSION command**

| Name | Code | Description | Length |
|---|---|---|---|
| Cmd | 60h | Get product version | 1 byte |
| CRC | - | CRC according to Ref. 1 | 2 bytes |

All information provided in this document is subject to legal disclaimers.          © NXP B.V. 2019. All rights reserved.

NTAG I$^2$C *plus*: NFC Forum T2T with I$^2$C interface, password protection and energy harvesting

| Name | Code | Description | Length |
|------|------|-------------|--------|
| Data | - | Product version information | 8 bytes |
| NAK | see Table 17 | see Section 10.3 | 4 bit |

**Table 21. GET_VERSION timing**
*These times exclude the end of communication of the NFC device.*

| | T$_{ACK/NAK}$ min | T$_{ACK/NAK}$ max | T$_{TimeOut}$ |
|---|---|---|---|
| GET_VERSION | n=9[1] | T$_{TimeOut}$ | 5 ms |

[1] Refer to Section 10.2 "Timing".

**Table 22. GET_VERSION response for NTAG I$^2$C *plus***

| Byte no. | Description | NTAG I$^2$C *plus* 1k | NTAG I$^2$C *plus* 2k | Interpretation |
|----------|-------------|------------------------|------------------------|----------------|
| 0 | fixed Header | 00h | 00h | |
| 1 | vendor ID | 04h | 04h | NXP Semiconductors |
| 2 | product type | 04h | 04h | NTAG |
| 3 | product subtype | 05h | 05h | 50 pF I$^2$C, Field detection |
| 4 | major product version | 02h | 02h | 2 |
| 5 | minor product version | 02h | 02h | V2 |
| 6 | storage size | 13h | 15h | see following information |
| 7 | protocol type | 03h | 03h | ISO/IEC 14443-3 compliant |

The most significant 7 bits of the storage size byte are interpreted as an unsigned integer value n. As a result, it codes the total available user memory size as $2^n$. If the least significant bit is 0b, the user memory size is exactly $2^n$. If the least significant bit is 1b, the user memory size is between $2^n$ and $2^{n+1}$.

## 10.6 READ_SIG

The READ_SIG command returns an IC specific, 32-byte ECC signature, to verify NXP Semiconductors as the silicon vendor. The signature is programmed at chip production and cannot be changed afterwards. The command structure is shown in Figure 24 and Table 27.

Table 28 shows the required timing.

NT3H2111/NT3H2211
**Product data sheet**
**COMPANY PUBLIC**

All information provided in this document is subject to legal disclaimers.

**Rev. 3.5 — 7 May 2019**
**359935**

© NXP B.V. 2019. All rights reserved.

**50 / 82**

**NXP Semiconductors**

**NT3H2111_2211**

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting



**Figure 22. READ_SIG command**

**Table 23. READ_SIG command**

| Name | Code | Description | Length |
|------|------|-------------|--------|
| Cmd | 3Ch | read ECC signature | 1 byte |
| Addr | 00h | RFU, is set to 00h | 1 byte |
| CRC | - | CRC according to Ref. 1 | 2 bytes |
| Signature | - | ECC Signature | 32 bytes |
| NAK | see Table 17 | see Section 10.3 | 4 bit |

**Table 24. READ_SIG timing**
*These times exclude the end of communication of the NFC device.*

| | $T_{ACK/NAK}$ min | $T_{ACK/NAK}$ max | $T_{TimeOut}$ |
|------|------|------|------|
| READ_SIG | n=9[1] | $T_{TimeOut}$ | 5 ms |

[1]  Refer to Section 10.2 "Timing".

Details on how to check the signature value are provided in the corresponding Application note. It is foreseen to offer an online and offline way to verify originality of NTAG I²C *plus*.

## 10.7 PWD_AUTH

A protected memory area can be accessed only after a successful password verification using the PWD_AUTH command. The AUTH0 configuration byte defines the start of the protected area. It specifies the first page that the password mechanism protects. The level of protection can be configured using the NFC_PROT bit either for write protection or read/write protection. The PWD_AUTH command takes the password as parameter and, if successful, returns the password authentication acknowledge, PACK. By setting the AUTHLIM configuration bits to a value larger than 000b, the number of unsuccessful password verifications can be limited. Each unsuccessful authentication is then counted. After reaching the limit ($2^{AUTHLIM}$) of unsuccessful attempts, the memory write access or the memory access at all (specified in NFC_PROT) to the protected area, is no longer possible. The PWD_AUTH command is shown in Figure 23 and Table 25.

Table 26 shows the required timing.

NT3H2111/NT3H2211
All information provided in this document is subject to legal disclaimers.
© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**51 / 82**



**Figure 23.  PWD_AUTH command**

**Table 25.  PWD_AUTH command**

| Name | Code | Description | Length |
|------|------|-------------|--------|
| Cmd | 1Bh | password authentication | 1 byte |
| Pwd | - | password | 4 bytes |
| CRC | - | CRC according to Ref. 2 | 2 bytes |
| PACK | - | password authentication acknowledge | 2 bytes |
| NAK | see Table 17 | see Section 10.3 | 4-bit |

**Table 26.  PWD_AUTH timing**
*These times exclude the end of communication of the NFC device.*

|  | $T_{ACK/NAK}$ min | $T_{ACK/NAK}$ max | $T_{TimeOut}$ |
|--|------------------|-------------------|---------------|
| PWD_AUTH | n=9[1] | $T_{TimeOut}$ | 5 ms |

[1]   Refer to Section 10.2 "Timing".

**Remark:** It is strongly recommended to change - and diversify for each tag - the password and PACK from its delivery state at tag issuing.

## 10.8  READ

The READ command requires a start page address, and returns the 16 bytes of four NTAG I²C *plus* pages. For example, if address (Addr) is 03h then pages 03h, 04h, 05h, 06h are returned. Special conditions apply if the READ command address is near the end of the accessible memory area. For details on those cases and the command structure, refer to Figure 24 and Table 27.

Table 28 shows the required timing.

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**52 / 82**

**NXP Semiconductors**

# NT3H2111_2211

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting



**Figure 24. READ command**

**Table 27. READ command**

| Name | Code | Description | Length |
|------|------|-------------|--------|
| Cmd | 30h | read four pages | 1 byte |
| Addr | - | start page address | 1 byte |
| CRC | - | CRC according to Ref. 1 | 2 bytes |
| Data | - | Data content of the addressed pages | 16 bytes |
| NAK | see Table 17 | see Section 10.3 | 4 bit |

**Table 28. READ timing**
*These times exclude the end of communication of the NFC device.*

| | T$_{ACK/NAK}$ min | T$_{ACK/NAK}$ max | T$_{TimeOut}$ |
|------|------|------|------|
| READ | n=9[1] | T$_{TimeOut}$ | 5 ms |

[1]   Refer to Section 10.2 "Timing".

In the initial state of NTAG I²C *plus*, all memory pages are allowed as Addr parameter to the READ command:

• Page address from 00h to E9h and pages ECh and EDh for NTAG I²C *plus* 1k and 2k
• Page address from 00h to FFh (Sector 1) for NTAG I²C *plus* 2k only
• SRAM buffer address when pass-through mode is enabled

Addressing a start memory page beyond the limits above results in a NAK response from NTAG I²C *plus*.

In case a READ command addressing start with a valid memory area but extends over an invalid memory area, the content of the invalid memory area will be reported as 00h.

## 10.9 FAST_READ

The FAST_READ command requires a start page address and an end page address and returns all n*4 bytes of the addressed pages. For example, if the start address is 03h and the end address is 07h, then pages 03h, 04h, 05h, 06h and 07h are returned.

For details on those cases and the command structure, refer to Figure 25 and Table 29.

NT3H2111/NT3H2111
All information provided in this document is subject to legal disclaimers.
© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**53 / 82**

Table 30 shows the required timing.



**Figure 25.  FAST_READ command**

**Table 29.  FAST_READ command**

| Name | Code | Description | Length |
|------|------|-------------|--------|
| Cmd | 3Ah | read multiple pages | 1 byte |
| StartAddr | - | start page address | 1 byte |
| EndAddr | - | end page address | 1 byte |
| CRC | - | CRC according to Ref. 1 | 2 bytes |
| Data | - | data content of the addressed pages | n*4 bytes |
| NAK | see Table 17 | see Section 10.3 | 4 bit |

**Table 30.  FAST_READ timing**
*These times exclude the end of communication of the NFC device.*

| | $T_{ACK/NAK}$ min | $T_{ACK/NAK}$ max | $T_{TimeOut}$ |
|------|------|------|------|
| FAST_READ | n=9[1] | $T_{TimeOut}$ | 5 ms |

[1]   Refer to Section 10.2 "Timing".

In the initial state of NTAG I²C *plus*, all memory pages are allowed as StartAddr parameter to the FAST_READ command:

• Page address from 00h to E9h and pages ECh and EDh for NTAG I²C *plus* 1k and 2k
• Page address from 00h to FFh (Sector 1) for NTAG I²C *plus* 2k only
• SRAM buffer address when pass-through mode is enabled

If the start addressed memory page (StartAddr) is outside of accessible area, NTAG I²C *plus* replies a NAK.

In case the FAST_READ command starts with a valid memory area but extends over an invalid memory area, the content of the invalid memory area will be reported as 00h.

The EndAddr parameter must be equal to or higher than the StartAddr.

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**54 / 82**

**Remark:** The FAST_READ command is able to read out the entire memory of one sector with one command. Nevertheless, the receive buffer of the NFC device must be able to handle the requested amount of data as no chaining is possible.

## 10.10   WRITE

The WRITE command requires a page address, and writes 4 bytes of data into the addressed NTAG I²C *plus* page. The WRITE command is shown in Figure 26 and Table 31.

Table 32 shows the required timing.



**Figure 26.  WRITE command**

**Table 31.  WRITE command**

| Name | Code | Description | Length |
|------|------|-------------|--------|
| Cmd | A2h | write one page | 1 byte |
| Addr | - | page address | 1 byte |
| Data | - | data | 4 bytes |
| CRC | - | CRC according to Ref. 1 | 2 bytes |
| NAK | see Table 17 | see Section 10.3 | 4 bit |

**Table 32.  WRITE timing**
*These times exclude the end of communication of the NFC device.*

| | $T_{ACK/NAK}$ min | $T_{ACK/NAK}$ max | $T_{TimeOut}$ |
|---|---|---|---|
| WRITE | n=9[1] | $T_{TimeOut}$ | 5 ms |

[1]   Refer to Section 10.2 "Timing".

In the initial state of NTAG I²C *plus*, the following memory pages are valid Addr parameters to the WRITE command:

- Page address from 02h to E9h (Sector 0) for NTAG I²C *plus* 1k and 2k
- Page address from 00h to FFh (Sector 1) for NTAG I²C *plus* 2k
- SRAM buffer addresses when pass-through mode is enabled

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**55 / 82**

**NXP Semiconductors**

**NT3H2111_2211**

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting

Addressing a memory page beyond the limits above results in a NAK response from NTAG I²C *plus*.

Pages that are locked against writing cannot be reprogrammed using any write command. The locking mechanisms include static and dynamic lock bits, as well as the locking of the configuration pages.

## 10.11 FAST_WRITE

The FAST_WRITE allows to write data in ACTIVE state to the complete SRAM (64 bytes) in pass-through mode, and requires the start block address (F0h), end address (FFh) and writes 64 bytes of data into the NTAG I²C *plus* SRAM. The FAST_WRITE command is shown in Figure 26 and Table 31.

**WARNING:** Data is written directly to SRAM. If received CRC at the end of transmission is wrong and response was a NAK, received (corrupted) data is still in SRAM. Hence it is recommended to implement a protocol on top to ensure data integrity (e.g. include own CRC at the end of the payload) when using SRAM.

Table 32 shows the required timing.



**Figure 27.  FAST_WRITE command**

**Table 33.  FAST_WRITE command**

| Name | Code | Description | Length |
|------|------|-------------|--------|
| Cmd | A6h | write complete SRAM | 1 byte |
| START_ADDR | F0h | start SRAM in pass-through mode | 1 byte |
| END_ADDR | FFh | end SRAM in pass-through mode | 1 byte |
| Data | - | data | 64 bytes |
| - | CRC | CRC according to Ref. 1 | 2 bytes |
| ACK | see Table 17 | see Section 10.3 | 4 bit |
| NAK | see Table 17 | see Section 10.3 | 4 bit |

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**56 / 82**

**NTAG I$^2$C *plus*: NFC Forum T2T with I$^2$C interface, password protection and energy harvesting**

**Table 34.  FAST_WRITE timing**
*These times exclude the end of communication of the NFC device.*

|  | T$_{ACK/NAK}$ **min** | T$_{ACK/NAK}$ **max** | T$_{TimeOut}$ |
|---|---|---|---|
| FAST_WRITE | n=9[1] | T$_{TimeOut}$ | 5 ms |

[1]   Refer to Section 10.2 "Timing".

## 10.12  SECTOR SELECT

The SECTOR SELECT command consists of two commands packet: the first one is the SECTOR SELECT command (C2h), FFh and CRC. Upon an ACK answer from the Tag, the second command packet needs to be issued with the related sector address to be accessed and 3 bytes RFU.

To successfully access to the requested memory sector, the tag shall issue a passive ACK, which is sending NO REPLY for more than 1 ms after the CRC of the second command set.

The SECTOR SELECT command is shown in Figure 28 and Table 35.

Table 36 shows the required timing.



**Figure 28.  SECTOR_SELECT command**

**Table 35.  SECTOR_SELECT command**

| Name | Code | Description | Length |
|---|---|---|---|
| Cmd | C2h | sector select | 1 byte |

All information provided in this document is subject to legal disclaimers.                                      © NXP B.V. 2019. All rights reserved.

NTAG I$^2$C *plus*: NFC Forum T2T with I$^2$C interface, password protection and energy harvesting

| Name | Code | Description | Length |
|------|------|-------------|--------|
| FFh | - | | 1 byte |
| CRC | - | CRC according to Ref. 1 | 2 bytes |
| SecNo | - | Memory sector to be selected (00h - FEh) | 1 byte |
| NAK | see Table 17 | see Section 10.3 | 4 bit |

**Table 36.  SECTOR_SELECT timing**
*These times exclude the end of communication of the NFC device.*

| | $T_{ACK/NAK}$ min | $T_{ACK/NAK}$ max | $T_{TimeOut}$ |
|------|------|------|------|
| SECTOR_SELECT | n=9[1] | $T_{TimeOut}$ | 5 ms |

[1]    Refer to Section 10.2 "Timing".

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**58 / 82**

# 11  Communication and arbitration between NFC and I$^2$C interface

If both interfaces are powered by their corresponding source, only one interface shall have access to the memory according to the "first-come, first-serve" principle.

In NS_REG, the two status bits I2C_LOCKED and RF_LOCKED reflect the status of the NTAG I$^2$C *plus* memory access and indicate which interface is locking the memory access. At power-on, both bits are 0b, setting the arbitration in idle mode.

In the case arbiter locks to the I$^2$C interface, an NFC device can still read the session registers. If the NFC state machine is in ACTIVE state, only the SECTOR SELECT command is allowed. But any other command requiring EEPROM access like READ or WRITE is handled as an illegal command and replied to with a NAK value.

In the case where the memory access is locked to the NFC interface, the I$^2$C host can still access the session register, by issuing a 'Register READ/WRITE' command. All other read or write commands will be replied to with a NACK to the I$^2$C host.

## 11.1  Pass-through mode not activated

PTHRU_ON_OFF = 0b (see Table 14) indicates non-pass-through mode.

### 11.1.1  I$^2$C interface access

If the tag is in the IDLE or HALT state (NFC state after POR or HALT-command) and the correct I$^2$C slave address of NTAG I$^2$C *plus* is received following the START condition, the bit I2C_LOCKED will be automatically set to 1b. If I2C_LOCKED = 1b, the I$^2$C interface has access to the tag memory and the tag will respond with a NACK to any memory READ/WRITE command on the NFC interface other than reading the session register bytes during this time.

I2C_LOCKED must be either reset to 0b at the end of the I$^2$C sequence or will be cleared automatically after the end of the watch dog timer.

### 11.1.2  NFC interface access

The arbitration will allow the NFC interface read and write accesses to EEPROM only when I2C_LOCKED is set to 0b.

RF_LOCKED is automatically set to 1b if the tag receives a valid command (EEPROM Access Commands) on the NFC interface. If RF_LOCKED = 1b, the tag is locked to the NFC interface and will not respond to any command from the I$^2$C interface other than READ register command (see Table 14).

RF_LOCKED is automatically set to 0b in one of the following conditions

• At POR or if the NFC field is switched off
• If the tag is set to the HALT state with a HALT command on the NFC interface
• If the memory access command is finished on the NFC interface

When the NFC interface has read the last page of the NDEF message specified in LAST_NDEF_BLOCK (see Table 13 and Table 14) the bit NDEF_DATA_READ - in the register NS_REG see Table 14 - is set to 1b and indicates to the I$^2$C interface that, for example, new NDEF data can be written.

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet
COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**59 / 82**

### 11.2  SRAM buffer mapping with Memory Mirror enabled

With SRAM_MIRROR_ON_OFF= 1b, the SRAM buffer mirroring is enabled. This mode cannot be combined with the pass-through mode (see Section 11.3).

With the memory mirror enabled, the SRAM is now mapped into the user memory from the NFC interface perspective using the SRAM mirror lower page address specified in SRAM_MIRROR_BLOCK byte (Table 13 and Table 14). See Table 37 (NTAG I²C *plus* 1k) and Table 38 (NTAG I²C *plus* 2k) for an illustration of this SRAM memory mapping when SRAM_MIRROR_BLOCK is set to 01h.

Password protection to this mapped SRAM may be enabled by enabling password authentication and setting SRAM_PROT bit to 1b.

In contrary to password protection, for read only locking there are no special lock bits for the SRAM. Whenever user EEPROM blocks are locked to read-only with static and/or dynamic lock bits, potential mirrored SRAM blockes are read-only, too.

The tag must be VCC powered to make this mode work, because without VCC, the SRAM will not be accessible via NFC powered only.

When mapping the SRAM buffer to the user memory, the user shall be aware that all data written into the SRAM will be lost once the NTAG I²C *plus* is no longer powered from the I²C side (as SRAM is a volatile memory).

**Table 37.  Illustration of the SRAM memory addressing via the NFC interface (with SRAM_MIRROR_ON_OFF set to 1b and SRAM_MIRROR_BLOCK set to 01h) for the NTAG I²C *plus* 1k**

| Sector address | Page address | | Byte number within a page | | | | Access cond. ACTIVE state | Access cond. AUTH. state |
|---|---|---|---|---|---|---|---|---|
| | Dec. | Hex. | 0 | 1 | 2 | 3 | | |
| 0 | 0 | 00h | Serial number (UID) | | | | READ | |
| | 1 | 01h | Serial number (UID) | | | Internal | READ | |
| | 2 | 02h | Internal | | Static lock bytes | | READ/R&W | |
| | 3 | 03h | Capability Container (CC) | | | | READ&WRITE | |
| | 4 | 04h | SRAM | | | | READ&WRITE | |
| | ... | ... | | | | | | |
| | 19 | 13h | | | | | | |
| | ... | ... | Unprotected user memory | | | | READ&WRITE | |
| | AUTH0 | AUTH0 | Protected user memory | | | | READ | READ&WRITE |
| | ... | ... | | | | | | |
| | 225 | E1h | | | | | | |
| | 226 | E2h | Dynamic lock bytes | | | 00h | R&W/READ | |
| | 227 | E3h | RFU | RFU | RFU | AUTH0 | READ | READ&WRITE |
| | 228 | E4h | ACCESS | RFU | RFU | RFU | READ | READ&WRITE |
| | 229 | E5h | PWD | | | | READ | READ&WRITE |
| | 230 | E6h | PACK | | RFU | RFU | READ | READ&WRITE |
| | 231 | E7h | PT_I2C | RFU | RFU | RFU | READ | READ&WRITE |
| | 232 | E8h | Configuration registers | | | | see 8.3.12 | |
| | 233 | E9h | | | | | | |

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**60 / 82**

**NXP Semiconductors**

**NT3H2111_2211**

NTAG I$^2$C *plus*: NFC Forum T2T with I$^2$C interface, password protection and energy harvesting

| Sector address | Page address | | Byte number within a page | | | | Access cond. ACTIVE state | Access cond. AUTH. state |
|---|---|---|---|---|---|---|---|---|
| | Dec. | Hex. | 0 | 1 | 2 | 3 | | |
| | 234 | EAh | Invalid access - returns NAK | | | | n.a. | |
| | 235 | EBh | | | | | | |
| | 236 | ECh | Session registers | | | | see 8.3.12 | |
| | 237 | EDh | | | | | | |
| | 238 | EEh | Invalid access - returns NAK | | | | n.a. | |
| | 239 | EFh | | | | | | |
| | 240 | F0h | Invalid access - returns NAK | | | | n.a. | |
| | ... | ... | | | | | | |
| | 255 | FFh | | | | | | |
| 1 | ... | ... | Invalid access - returns NAK | | | | n.a. | |
| 2 | ... | ... | Invalid access - returns NAK | | | | n.a. | |
| 3 | 0 | 00h | Invalid access - returns NAK | | | | n.a. | |
| | ... | ... | | | | | | |
| | 248 | F8h | Session registers | | | | see 8.3.12 | |
| | 249 | F9h | | | | | | |
| | ... | ... | Invalid access - returns NAK | | | | n.a. | |
| | 255 | FFh | | | | | | |

**Table 38.  Illustration of the SRAM memory addressing via the NFC interface (with SRAM_MIRROR_ON_OFF set to 1b and SRAM_MIRROR_BLOCK set to 01h) for the NTAG I$^2$C *plus* 2k**

| Sector address | Page address | | Byte number within a page | | | | Access cond. ACTIVE state | Access cond. AUTH. state |
|---|---|---|---|---|---|---|---|---|
| | Dec. | Hex. | 0 | 1 | 2 | 3 | | |
| 0 | 0 | 00h | Serial number (UID) | | | | READ | |
| | 1 | 01h | Serial number (UID) | | | Internal | READ | |
| | 2 | 02h | Internal | | Static lock bytes | | READ/R&W | |
| | 3 | 03h | Capability Container (CC) | | | | READ&WRITE | |
| | 4 | 04h | SRAM | | | | READ&WRITE | |
| | ... | ... | | | | | | |
| | 19 | 13h | | | | | | |
| | ... | ... | Unprotected user memory | | | | READ&WRITE | |
| | AUTH0 | AUTH0 | Protected user memory | | | | READ | READ&WRITE |
| | ... | ... | | | | | | |
| | 225 | E1h | | | | | | |
| | 226 | E2h | Dynamic lock bytes | | | 00h | R&W/READ | |
| | 227 | E3h | RFU | RFU | RFU | AUTH0 | READ | READ&WRITE |

NT3H2111/NT3H2211

Product data sheet
COMPANY PUBLIC

All information provided in this document is subject to legal disclaimers.

Rev. 3.5 — 7 May 2019
359935

© NXP B.V. 2019. All rights reserved.

61 / 82

| Sector address | Page address | | Byte number within a page | | | | Access cond. ACTIVE state | Access cond. AUTH. state |
|---|---|---|---|---|---|---|---|---|
| | Dec. | Hex. | 0 | 1 | 2 | 3 | | |
| | 228 | E4h | ACCESS | RFU | RFU | RFU | READ | READ&WRITE |
| | 229 | E5h | PWD | | | | READ | READ&WRITE |
| | 230 | E6h | PACK | | RFU | RFU | READ | READ&WRITE |
| | 231 | E7h | PT_I2C | RFU | RFU | RFU | READ | READ&WRITE |
| | 232 | E8h | Configuration registers | | | | see 8.3.12 | |
| | 233 | E9h | | | | | | |
| | 234 | EAh | Invalid access - returns NAK | | | | n.a. | |
| | 235 | EBh | | | | | | |
| | 236 | ECh | Session registers | | | | see 8.3.12 | |
| | 237 | EDh | | | | | | |
| | 238 | EEh | Invalid access - returns NAK | | | | n.a. | |
| | 239 | EFh | | | | | | |
| | 240 | F0h | Invalid access - returns NAK | | | | n.a. | |
| | ... | ... | | | | | | |
| | 255 | FFh | | | | | | |
| 1 | 0 | 00h | (Un-)protected user memory | | | | READ&WRITE | |
| | ... | ... | | | | | | |
| | 255 | FFh | | | | | | |
| 2 | ... | ... | Invalid access - returns NAK | | | | n.a. | |
| 3 | 0 | 00h | Invalid access - returns NAK | | | | n.a. | |
| | ... | ... | | | | | | |
| | 248 | F8h | Session registers | | | | see 8.3.12 | |
| | 249 | F9h | | | | | | |
| | ... | ... | Invalid access - returns NAK | | | | n.a. | |
| | 255 | FFh | | | | | | |

## 11.3 Pass-through mode

PTHRU_ON_OFF = 1b (see Table 14) enables and indicates pass-through mode.

Password protection for pass-through mode may be enabled by enabling password authentication and setting SRAM_PROT bit to 1b.

To handle large amount of data transfer from one interface to the other, NTAG I²C *plus* offers the pass-through mode where data is transferred via a 64 byte SRAM. This buffer offers fast write access and unlimited write endurance as well as an easy handshake mechanism between the two interfaces.

This buffer is mapped directly at the end of the Sector 0 of NTAG I²C *plus*.

In both directions, the principle of access to the SRAM buffer via the NFC and I²C interface is exactly the same (see Section 11.3.2 and Section 11.3.3).

All information provided in this document is subject to legal disclaimers.
© NXP B.V. 2019. All rights reserved.

The data flow direction must be set with the TRANSFER_DIR bit (see Table 14) within the current communication session using the session registers (it can only be set via the I²C interfaces) or for the configuration bits after POR (in this case both NFC and I²C interface can set it). This pass-through direction setting avoids locking the memory access during the data transfer from one interface to the SRAM buffer.

The pass-through mode can only be enabled via I²C interface when both interfaces are powered. The PTHRU_ON_OFF bit, located in the session registers NC_REG (see Section 8.3.12), needs to be set to 1b. In case one interface powers off, the pass-through mode is disabled automatically.

NTAG I²C *plus* introduces in addition to the FAST_READ command a FAST_WRITE command. With this new command in ACTIVE state whole SRAM can be written at once, which improves the total pass-through performance significantly.

For more information read related application note Ref. 8.

### 11.3.1  SRAM buffer mapping

In pass-through mode, the SRAM of NTAG I²C *plus* is mirrored to pages F0h to FFh of Sector 0.

The last page/block of the SRAM (page FFh) is used as the terminator page. Once the terminator page/block in the respective interfaces is read/written, the control would be transferred to other interface (NFC/I²C) - see Section 11.3.2 and Section 11.3.3 for more details.

Accordingly, the application can align on the reader and host side to transfer 16/32/48/64 bytes of data in one pass-through step by only using the last blocks/page of the SRAM buffer.

For best performance in addition to the FAST_READ, the FAST_WRITE command should be used.

**Table 39.  Illustration of the SRAM memory addressing via the NFC interface in pass-through mode (PTHRU_ON_OFF set to 1b) for the NTAG I²C 1k**

| Sector address | Page address | | Byte number within a page | | | | Access cond. ACTIVE state | Access cond. AUTH. state |
|---|---|---|---|---|---|---|---|---|
| | Dec. | Hex. | 0 | 1 | 2 | 3 | | |
| 0 | 0 | 00h | Serial number (UID) | | | | READ | |
| | 1 | 01h | Serial number (UID) | | | Internal | READ | |
| | 2 | 02h | Internal | | Static lock bytes | | READ/R&W | |
| | 3 | 03h | Capability Container (CC) | | | | READ&WRITE | |
| | 4 | 04h | Unprotected user memory | | | | READ&WRITE | |
| | ... | ... | | | | | | |
| | AUTH0 | AUTH0 | Protected user memory | | | | READ | READ&WRITE |
| | ... | ... | | | | | | |
| | 225 | E1h | | | | | | |
| | 226 | E2h | Dynamic lock bytes | | | 00h | R&W/READ | |
| | 227 | E3h | RFU | RFU | RFU | AUTH0 | READ | READ&WRITE |
| | 228 | E4h | ACCESS | RFU | RFU | RFU | READ | READ&WRITE |
| | 229 | E5h | PWD | | | | READ | READ&WRITE |

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**63 / 82**

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting

| Sector address | Page address | | Byte number within a page | | | | Access cond. ACTIVE state | Access cond. AUTH. state |
|---|---|---|---|---|---|---|---|---|
| | Dec. | Hex. | 0 | 1 | 2 | 3 | | |
| | 230 | E6h | PACK | | RFU | RFU | READ | READ&WRITE |
| | 231 | E7h | PT_I2C | RFU | RFU | RFU | READ | READ&WRITE |
| | 232 | E8h | Configuration registers | | | | see 8.3.12 | |
| | 233 | E9h | | | | | | |
| | 234 | EAh | Invalid access - returns NAK | | | | n.a. | |
| | 235 | EBh | | | | | | |
| | 236 | ECh | Session registers | | | | see 8.3.12 | |
| | 237 | EDh | | | | | | |
| | 238 | EEh | Invalid access - returns NAK | | | | n.a. | |
| | 239 | EFh | | | | | | |
| | 240 | F0h | SRAM | | | | READ&WRITE | |
| | ... | ... | | | | | | |
| | 255 | FFh | | | | | | |
| 1 | ... | ... | Invalid access - returns NAK | | | | n.a. | |
| 2 | ... | ... | Invalid access - returns NAK | | | | n.a. | |
| 3 | 0 | 00h | Invalid access - returns NAK | | | | n.a. | |
| | ... | ... | | | | | | |
| | 248 | F8h | Session registers | | | | see 8.3.12 | |
| | 249 | F9h | | | | | | |
| | ... | ... | Invalid access - returns NAK | | | | n.a. | |
| | 255 | FFh | | | | | | |

**Table 40.  Illustration of the SRAM memory addressing via the NFC interface in pass-through mode (PTHRU_ON_OFF set to 1b) for the NTAG I²C 2k**

| Sector address | Page address | | Byte number within a page | | | | Access cond. ACTIVE state | Access cond. AUTH. state |
|---|---|---|---|---|---|---|---|---|
| | Dec. | Hex. | 0 | 1 | 2 | 3 | | |
| 0 | 0 | 00h | Serial number (UID) | | | | READ | |
| | 1 | 01h | Serial number (UID) | | Internal | | READ | |
| | 2 | 02h | Internal | | Static lock bytes | | READ/R&W | |
| | 3 | 03h | Capability Container (CC) | | | | READ&WRITE | |
| | 4 | 04h | Unprotected user memory | | | | READ&WRITE | |
| | ... | ... | | | | | | |
| | AUTH0 | AUTH0 | Protected user memory | | | | READ | READ&WRITE |
| | ... | ... | | | | | | |
| | 225 | E1h | | | | | | |

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**64 / 82**

| Sector address | Page address | | Byte number within a page | | | | Access cond. ACTIVE state | Access cond. AUTH. state |
| | Dec. | Hex. | 0 | 1 | 2 | 3 | | |
|---|---|---|---|---|---|---|---|---|
| | 226 | E2h | Dynamic lock bytes | | | 00h | R&W/READ | |
| | 227 | E3h | RFU | RFU | RFU | AUTH0 | READ | READ&WRITE |
| | 228 | E4h | ACCESS | RFU | RFU | RFU | READ | READ&WRITE |
| | 229 | E5h | PWD | | | | READ | READ&WRITE |
| | 230 | E6h | PACK | | RFU | RFU | READ | READ&WRITE |
| | 231 | E7h | PT_I2C | RFU | RFU | RFU | READ | READ&WRITE |
| | 232 | E8h | Configuration registers | | | | see 8.3.12 | |
| | 233 | E9h | | | | | | |
| | 234 | EAh | Invalid access - returns NAK | | | | n.a. | |
| | 235 | EBh | | | | | | |
| | 236 | ECh | Session registers | | | | see 8.3.12 | |
| | 237 | EDh | | | | | | |
| | 238 | EEh | Invalid access - returns NAK | | | | n.a. | |
| | 239 | EFh | | | | | | |
| | 240 | F0h | SRAM | | | | READ&WRITE | |
| | ... | ... | | | | | | |
| | 255 | FFh | | | | | | |
| 1 | 0 | 00h | (Un-)protected user memory | | | | READ&WRITE | |
| | ... | ... | | | | | | |
| | 255 | FFh | | | | | | |
| 2 | ... | ... | Invalid access - returns NAK | | | | n.a. | |
| 3 | 0 | 00h | Invalid access - returns NAK | | | | n.a. | |
| | ... | ... | | | | | | |
| | 248 | F8h | Session registers | | | | see 8.3.12 | |
| | 249 | F9h | | | | | | |
| | ... | ... | Invalid access - returns NAK | | | | n.a. | |
| | 255 | FFh | | | | | | |

## 11.3.2  NFC to I²C data transfer

If the NFC interface is enabled (RF_LOCKED = 1b) and data is written to the terminator page FFh of the SRAM via the NFC interface, at the end of the WRITE command, bit SRAM_I2C_READY is set to 1b and bit RF_LOCKED is set to 0b automatically, and the NTAG I²C *plus* is locked to the I²C interface.

To signal the host that data is ready to be read following mechanisms are in place:

- The host polls/reads bit SRAM_I2C_READY from NS_REG (see Table 14) to know if data is ready in SRAM

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**65 / 82**

- A trigger on the FD pin indicates to the host that data is ready to be read from SRAM. This feature can be enabled by programming bits 5:2 (FD_OFF, FD_ON) of the NC_REG appropriately (see Table 13)

This is illustrated in the Figure 29.

If the tag is addressed with the correct I²C slave address, the I2C_LOCKED bit is automatically set to 1b (according to the interface arbitration). After a READ from the terminator page of the SRAM, bit SRAM_I2C_READY and bit I2C_LOCKED are automatically reset to 0b, and the tag returns to the arbitration idle mode where, for example, further data from the NFC interface can be transferred.



**Figure 29. Illustration of the Field detection feature in combination with the pass-through mode for data transfer from NFC to I²C**

### 11.3.3   I²C to NFC data transfer

If the I²C interface is enabled (I2C_LOCKED is 1b) and data is written to the terminator block FBh of the SRAM via the I²C interface, at the end of the WRITE command, bit SRAM_RF_READY is set to 1b and bit I2C_LOCKED is automatically reset to 0b to set the tag in the arbitration idle state.

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**66 / 82**

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting

The RF_LOCKED bit is then automatically set to 1b (according to the interface arbitration). After a READ or FAST_READ command involving the terminator page of the SRAM, bit SRAM_RF_READY and bit RF_LOCKED are automatically reset to 0b allowing the I²C interface to further write data into the SRAM buffer.

To signal to the host that further data is ready to be written, the following mechanisms are in place:

- The NFC interface polls/reads the bit SRAM_RF_READY from NS_REG (see Table 14) to know if new data has been written by the I²C interface in the SRAM
- A trigger on the FD pin indicates to the host that data has been read from SRAM by the NFC interface. This feature can be enabled by programming bits 5:2 (FD_OFF, FD_ON) of the NC_REG appropriately (see Table 13)

The above mechanism is illustrated in the Figure 30.



**Figure 30. Illustration of the Field detection signal feature in combination with pass-through mode for data transfer from I²C to NFC**

All information provided in this document is subject to legal disclaimers.
© NXP B.V. 2019. All rights reserved.

**NXP Semiconductors**

**NT3H2111_2211**

NTAG I$^2$C *plus*: NFC Forum T2T with I$^2$C interface, password protection and energy harvesting

# 12  Limiting values

Exceeding the limits of one or more values in reference may cause permanent damage to the device. Exposure to limiting values for extended periods may affect device reliability.

**Table 41.  Limiting values**

*In accordance with the Absolute Maximum Rating System (IEC 60134).* [1][2]

| Symbol | Parameter | Conditions | | Min | Max | Unit |
|---|---|---|---|---|---|---|
| T$_{stg}$ | storage temperature | | | -55 | +125 | °C |
| T$_{j(max)}$ | maximum junction temperature | | | - | +105 | °C |
| V$_{ESD}$ | electrostatic discharge voltage (Human Body model) | [3] | | - | 2 | kV |
| V$_{ESD}$ | electrostatic discharge voltage (Charge Device model) | [4] | | - | 1 | kV |
| V$_{DD}$ | supply voltage | on pin VCC | | -0.5 | 4.6 | V |
| V$_i$ | input voltage | on pin FD, SDA, SCL | | -0.5 | 4.6 | V |
| I$_i$ | input current | on pin LA, LB | | - | 40 | mA |
| V$_{i(RF)}$ | RF input voltage | on pin LA, LB | | - | 4.6 | V$_{peak}$ |

[1]    Stresses above one or more of the limiting values may cause permanent damage to the device.
[2]    Exposure to limiting values for extended periods may affect device reliability.
[3]    ANSI/ESDA/JEDEC JS-001
[4]    ANSI/ESDA/JEDEC JS-002

NT3H2111/NT3H2211

**Product data sheet**
**COMPANY PUBLIC**

All information provided in this document is subject to legal disclaimers.

**Rev. 3.5 — 7 May 2019**
**359935**

© NXP B.V. 2019. All rights reserved.

**68 / 82**

**NXP Semiconductors**

**NT3H2111_2211**

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting

# 13  Characteristics

## 13.1  Electrical characteristics

**Table 42.  Characteristics**

| Symbol | Parameter | Conditions | Min | Typ | Max | Unit |
|---|---|---|---|---|---|---|
| $C_i$ | input capacitance | LA - LB, on chip - $C_{IC}$, f=13.56 MHz, $V_{LA-LB}$=2.4 $V_{RMS}$ | 44 | 50 | 56 | pF |
| $f_i$ | input frequency | | - | 13.56 | - | MHz |
| $T_{amb}$ | operating ambient temperature | | -40 | 25 | +105 [1] | °C |
| $R_{TH\_JA}$ | thermal resistance | JEDEC 2s2p board and XQFN8 package | - | 150 | - | K/W |
| $R_{TH\_JA}$ | thermal resistance | JEDEC 2s2p board and TSSOP8 package | - | 211 | - | K/W |
| $R_{TH\_JA}$ | thermal resistance | JEDEC 2s2p board and SO8 package | - | 115 | - | K/W |
| **Energy harvesting characteristics** | | | | | | |
| $V_{out,max}$ | output voltage | generated at the $V_{out}$ pin, Class 5 antenna, 14 A/m, load current 1 mA | [2] | - | 3.3 | V |
| **I²C interface characteristics** | | | | | | |
| $V_{CC}$ | supply voltage | supplied via $V_{CC}$ only | 1.67 | - | 3.6 | V |
| $I_{DD}$ | supply current | $V_{CC}$=1.8 V I²C; idle bus | - | 160 | - | µA |
| | | $V_{CC}$=3.3 V I²C; idle bus | - | 195 | - | µA |
| $I_{DD}$ | supply current | $V_{CC}$=1.8 V I²C@400KHz | - | - | 185 | µA |
| | | $V_{CC}$=2.5 V I²C@400KHz | - | - | 210 | µA |
| | | $V_{CC}$=3.3 V I²C@400KHz | - | - | 240 | µA |
| **I²C pin characteristics** | | | | | | |
| $V_{OL}$ | LOW-level output voltage | $I_{OL}$ = 3 mA; $V_{CC}$ > 2 V | - | - | 0.4 | V |
| | | $I_{OL}$ = 2 mA; $V_{CC}$ < 2 V | - | - | 0.2*$V_{CC}$ | V |
| $V_{IH}$ | HIGH-level input voltage | | 0.7*$V_{CC}$ | - | - | V |
| $V_{IL}$ | LOW-level input voltage | | - | - | 0.3*$V_{CC}$ | V |
| $C_i$ | input capacitance | SCL and SDA pin | - | 2.4 | - | pF |
| $I_L$ | leakage current | 0 V and $V_{CC,max}$ | - | - | 10 | µA |
| $t_{high}$ | SCL high time | fast mode 400 kHz | 950 | - | - | ns |
| **FD pin characteristics** | | | | | | |
| $V_{OL}$ | LOW-level output voltage | $I_{OL}$ = 4 mA; $V_{CC}$ > 2 V | - | - | 0.4 | V |
| | | $I_{OL}$ = 3 mA; $V_{CC}$ < 2 V | - | - | 0.2*$V_{CC}$ | V |
| $I_L$ | leakage current | | - | 1.5 | 10 | µA |
| **EEPROM characteristics** | | | | | | |

All information provided in this document is subject to legal disclaimers.
© NXP B.V. 2019. All rights reserved.

**NXP Semiconductors**

**NT3H2111_2211**

**NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting**

| Symbol | Parameter | Conditions | Min | Typ | Max | Unit |
|--------|-----------|-----------|-----|-----|-----|------|
| $t_{ret}$ | retention time | $T_{amb}$ | 20 | 50 | - | year |
| $N_{endu(W)}$ | write endurance | $T_{amb}$ | 200000 | - | - | cycle |
| $N_{endu(W)}$ | write endurance | -40°C to 95°C | 500000 | 1000000 | - | cycle |

[1]   Dependent on PCB design and operating conditions
[2]   Minimum value depends on available field strength and load current conditions. For details refer to [7]
      AN11578 NTAG I²C Energy Harvesting

All information provided in this document is subject to legal disclaimers.
© NXP B.V. 2019. All rights reserved.

## 14  Package outline



XQFN8: plastic, extremely thin quad flat package; no leads;
8 terminals; body 1.6 x 1.6 x 0.5 mm

SOT902-3

**Dimensions**

| Unit | A | A$_1$ | b | D | E | e | e$_1$ | L | v | w | y | y$_1$ |
|------|---|-------|---|---|---|---|-------|---|---|---|---|-------|
| mm max | 0.5 | 0.05 | 0.25 | 1.65 | 1.65 | | | 0.45 | | | | |
| nom | | | 0.20 | 1.60 | 1.60 | 0.6 | 0.5 | 0.40 | 0.1 | 0.05 | 0.05 | 0.05 |
| min | | 0.00 | 0.15 | 1.55 | 1.55 | | | 0.35 | | | | |

Note
1. Plastic or metal protrusions of 0.075 mm maximum per side are not included.

sot902-3_po

| Outline version | References | | | | European projection | Issue date |
|---|---|---|---|---|---|---|
| | IEC | JEDEC | JEITA | | | |
| SOT902-3 | - - - | MO-255 | - - - | | | 11-08-16 11-08-18 |

Figure 31.  Package outline SOT902-3 (XQFN8)

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**71 / 82**

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting

TSSOP8: plastic thin shrink small outline package; 8 leads; body width 3 mm    **SOT505-1**



**DIMENSIONS (mm are the original dimensions)**

| UNIT | A max. | A1 | A2 | A3 | bp | c | D(1) | E(2) | e | HE | L | Lp | v | w | y | Z(1) | θ |
|------|--------|----|----|----|----|---|------|------|---|----|---|-----|---|---|---|------|---|
| mm | 1.1 | 0.15<br>0.05 | 0.95<br>0.80 | 0.25 | 0.45<br>0.25 | 0.28<br>0.15 | 3.1<br>2.9 | 3.1<br>2.9 | 0.65 | 5.1<br>4.7 | 0.94 | 0.7<br>0.4 | 0.1 | 0.1 | 0.1 | 0.70<br>0.35 | 6°<br>0° |

**Notes**

1. Plastic or metal protrusions of 0.15 mm maximum per side are not included.
2. Plastic or metal protrusions of 0.25 mm maximum per side are not included.

| OUTLINE VERSION | REFERENCES | | | | EUROPEAN PROJECTION | ISSUE DATE |
|-----------------|------------|--------|--------|---|---------------------|------------|
| | IEC | JEDEC | JEITA | | | |
| SOT505-1 | | | | | | ~~99-04-09~~<br>03-02-18 |

**Figure 32. Package outline SOT505-1 (TSSOP8)**

All information provided in this document is subject to legal disclaimers.                                    © NXP B.V. 2019. All rights reserved.

**SO8: plastic small outline package; 8 leads; body width 3.9 mm**　　　　**SOT96-1**



DIMENSIONS (inch dimensions are derived from the original mm dimensions)

| UNIT | A max. | $A_1$ | $A_2$ | $A_3$ | $b_p$ | c | $D^{(1)}$ | $E^{(2)}$ | e | $H_E$ | L | $L_p$ | Q | v | w | y | $Z^{(1)}$ | θ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| mm | 1.75 | 0.25 0.10 | 1.45 1.25 | 0.25 | 0.49 0.36 | 0.25 0.19 | 5.0 4.8 | 4.0 3.8 | 1.27 | 6.2 5.8 | 1.05 | 1.0 0.4 | 0.7 0.6 | 0.25 | 0.25 | 0.1 | 0.7 0.3 | 8° 0° |
| inches | 0.069 | 0.010 0.004 | 0.057 0.049 | 0.01 | 0.019 0.014 | 0.0100 0.0075 | 0.20 0.19 | 0.16 0.15 | 0.05 | 0.244 0.228 | 0.041 | 0.039 0.016 | 0.028 0.024 | 0.01 | 0.01 | 0.004 | 0.028 0.012 | |

Notes
1. Plastic or metal protrusions of 0.15 mm (0.006 inch) maximum per side are not included.
2. Plastic or metal protrusions of 0.25 mm (0.01 inch) maximum per side are not included.

| OUTLINE VERSION | REFERENCES | | | EUROPEAN PROJECTION | ISSUE DATE |
|---|---|---|---|---|---|
| | IEC | JEDEC | JEITA | | |
| SOT96-1 | 076E03 | MS-012 | | | ~~99-12-27~~ 03-02-18 |

**Figure 33.  Package outline SOT96-1 (SO8)**

All information provided in this document is subject to legal disclaimers.　　© NXP B.V. 2019. All rights reserved.

**NXP Semiconductors**

# NT3H2111_2211

**NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting**

## 15  Handling information

| CAUTION | |
|---|---|
|  | This device is sensitive to ElectroStatic Discharge (ESD). Observe precautions for handling electrostatic sensitive devices.<br><br>Such precautions are described in the *ANSI/ESD S20.20, IEC/ST 61340-5, JESD625-A* or equivalent standards. |

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**74 / 82**

**NXP Semiconductors**

**NT3H2111_2211**

**NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting**

# 16  Abbreviations

**Table 43.  Abbreviations**

| Acronym | Description |
|---------|-------------|
| ASID | Assembly Sequence ID |
| DBSN | Diffusion Batch Sequence number |
| POR | Power-On Reset |

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

# 17  References

1. NFC Forum - Type 2 Tag Specification 1.0
   Technical Specification
2. ISO/IEC 14443 - Identification cards - Contactless integrated circuit cards - Proximity cards
   International Standard
3. I$^2$C-bus specification and user manual
   NXP standard UM10204
   http://www.nxp.com/documents/user_manual/UM10204.pdf
4. NFC Forum - Activity 2.0
   Technical Specification
5. AN11276 NTAG Antenna Design Guide
   NXP Application Note
   http://www.nxp.com/documents/application_note/AN11276.pdf
6. AN11350 NTAG21x Originality Signature Validation
   NXP Application Note
   http://www.nxp.com/restricted_documents/53420/AN11350.pdf
7. AN11578 NTAG I$^2$C Energy Harvesting
   NXP Application Note
   http://www.nxp.com/documents/application_note/AN11578.pdf
8. AN11579 How to use the NTAG I$^2$C (*plus*) for bidirectional communication
   NXP Application Note
   http://www.nxp.com/documents/application_note/AN11579.pdf
9. AN11786 NTAG I$^2$C *plus* Memory Configuration Options
   NXP Application Note
   http://www.nxp.com/documents/application_note/AN11786.pdf
10. XQFN8 - SOT902-3
    Package information
    https://www.nxp.com/docs/en/package-information/SOT902-3.pdf
11. TSSOP8 - SOT505-1
    Package information
    https://www.nxp.com/docs/en/package-information/SOT505-1.pdf
12. SO8 - SOT505-1
    Package information
    https://www.nxp.com/docs/en/package-information/SOT96-1.pdf
13. Certicom Research
    SEC 2: Recommended Elliptic Curve Domain Parameters V2.0

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**76 / 82**

**NXP Semiconductors**

**NT3H2111_2211**

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting

# 18  Revision history

**Table 44.  Revision history**

| Document ID | Release date | Data sheet status | Change notice | Supersedes |
|---|---|---|---|---|
| NT3H2111_2211 v. 3.5 | 20190507 | Product data sheet | - | NT3H2111_2211 v. 3.4 |
| Modifications: | • Information about I²C fail safe operation added<br>• Link to detailed package specification on nxp.com added<br>• Information added that tag does not need to be supplied via VCC for ED functionality added<br>• Information added that reading NS_REG causes FD pin to be pulled low when configured for NFC field presence detection<br>• Information that VOUT maybe used as field detect pin, when energy harvesting is not used<br>• Typical idle current and FD pin leakage current added in characteristics (see Section 13)<br>• RFU bits and bytes handling requirements added<br>• Static and dynamic lock bits concequence to mirrored SRAM added<br>• Editorial updates | | | |
| NT3H2111_2211 v. 3.4 | 20190108 | Product data sheet | - | NT3H2111_2211 v. 3.3 |
| Modifications: | • Package dimensions for XQFN8 in ordering information correcet according to package outline<br>• CDM ESD limit added in limiting values table (see Section 12)<br>• Editorial updates | | | |
| NT3H2111_2211 v. 3.3 | 20180808 | Product data sheet | - | NT3H2111_2211 v. 3.2 |
| Modifications: | • Info added, that ED pin is based on open-drain implementation<br>• Warnings and recommendations related to I²C address added<br>• Warning, that I²C read operations must be atomic added<br>• $T_j$ and thermal resistance added<br>• Editorial updates | | | |
| NT3H2111_2211 v. 3.2 | 20171130 | Product data sheet | - | NT3H2111_2211 v. 3.1 |
| Modifications: | • Error in editorial update of V3.1 in Table 13, TRANSFER_DIR corrected | | | |
| NT3H2111_2211 v. 3.1 | 20171009 | Product data sheet | - | v. 3.0 |
| Modifications: | • Added info, that NTAG I²C *plus* now is NFC Forum certified<br>• Endurance updated in Table 42<br>• Editorial updates | | | |
| NT3H2111_2211 v. 3.0 | 20160203 | Product data sheet | - | - |

All information provided in this document is subject to legal disclaimers.      © NXP B.V. 2019. All rights reserved.

**NXP Semiconductors**

# NT3H2111_2211

**NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting**

# 19 Legal information

## 19.1 Data sheet status

| Document status[1][2] | Product status[3] | Definition |
|---|---|---|
| Objective [short] data sheet | Development | This document contains data from the objective specification for product development. |
| Preliminary [short] data sheet | Qualification | This document contains data from the preliminary specification. |
| Product [short] data sheet | Production | This document contains the product specification. |

[1] Please consult the most recently issued document before initiating or completing a design.
[2] The term 'short data sheet' is explained in section "Definitions".
[3] The product status of device(s) described in this document may have changed since this document was published and may differ in case of multiple devices. The latest product status information is available on the Internet at URL http://www.nxp.com.

## 19.2 Definitions

**Draft** — The document is a draft version only. The content is still under internal review and subject to formal approval, which may result in modifications or additions. NXP Semiconductors does not give any representations or warranties as to the accuracy or completeness of information included herein and shall have no liability for the consequences of use of such information.

**Short data sheet** — A short data sheet is an extract from a full data sheet with the same product type number(s) and title. A short data sheet is intended for quick reference only and should not be relied upon to contain detailed and full information. For detailed and full information see the relevant full data sheet, which is available on request via the local NXP Semiconductors sales office. In case of any inconsistency or conflict with the short data sheet, the full data sheet shall prevail.

**Product specification** — The information and data provided in a Product data sheet shall define the specification of the product as agreed between NXP Semiconductors and its customer, unless NXP Semiconductors and customer have explicitly agreed otherwise in writing. In no event however, shall an agreement be valid in which the NXP Semiconductors product is deemed to offer functions and qualities beyond those described in the Product data sheet.

## 19.3 Disclaimers

**Limited warranty and liability** — Information in this document is believed to be accurate and reliable. However, NXP Semiconductors does not give any representations or warranties, expressed or implied, as to the accuracy or completeness of such information and shall have no liability for the consequences of use of such information. NXP Semiconductors takes no responsibility for the content in this document if provided by an information source outside of NXP Semiconductors. In no event shall NXP Semiconductors be liable for any indirect, incidental, punitive, special or consequential damages (including - without limitation - lost profits, lost savings, business interruption, costs related to the removal or replacement of any products or rework charges) whether or not such damages are based on tort (including negligence), warranty, breach of contract or any other legal theory. Notwithstanding any damages that customer might incur for any reason whatsoever, NXP Semiconductors' aggregate and cumulative liability towards customer for the products described herein shall be limited in accordance with the Terms and conditions of commercial sale of NXP Semiconductors.

**Right to make changes** — NXP Semiconductors reserves the right to make changes to information published in this document, including without limitation specifications and product descriptions, at any time and without

notice. This document supersedes and replaces all information supplied prior to the publication hereof.

**Suitability for use** — NXP Semiconductors products are not designed, authorized or warranted to be suitable for use in life support, life-critical or safety-critical systems or equipment, nor in applications where failure or malfunction of an NXP Semiconductors product can reasonably be expected to result in personal injury, death or severe property or environmental damage. NXP Semiconductors and its suppliers accept no liability for inclusion and/or use of NXP Semiconductors products in such equipment or applications and therefore such inclusion and/or use is at the customer's own risk.

**Applications** — Applications that are described herein for any of these products are for illustrative purposes only. NXP Semiconductors makes no representation or warranty that such applications will be suitable for the specified use without further testing or modification. Customers are responsible for the design and operation of their applications and products using NXP Semiconductors products, and NXP Semiconductors accepts no liability for any assistance with applications or customer product design. It is customer's sole responsibility to determine whether the NXP Semiconductors product is suitable and fit for the customer's applications and products planned, as well as for the planned application and use of customer's third party customer(s). Customers should provide appropriate design and operating safeguards to minimize the risks associated with their applications and products. NXP Semiconductors does not accept any liability related to any default, damage, costs or problem which is based on any weakness or default in the customer's applications or products, or the application or use by customer's third party customer(s). Customer is responsible for doing all necessary testing for the customer's applications and products using NXP Semiconductors products in order to avoid a default of the applications and the products or of the application or use by customer's third party customer(s). NXP does not accept any liability in this respect.

**Limiting values** — Stress above one or more limiting values (as defined in the Absolute Maximum Ratings System of IEC 60134) will cause permanent damage to the device. Limiting values are stress ratings only and (proper) operation of the device at these or any other conditions above those given in the Recommended operating conditions section (if present) or the Characteristics sections of this document is not warranted. Constant or repeated exposure to limiting values will permanently and irreversibly affect the quality and reliability of the device.

**Terms and conditions of commercial sale** — NXP Semiconductors products are sold subject to the general terms and conditions of commercial sale, as published at http://www.nxp.com/profile/terms, unless otherwise agreed in a valid written individual agreement. In case an individual agreement is concluded only the terms and conditions of the respective agreement shall apply. NXP Semiconductors hereby expressly objects to applying the customer's general terms and conditions with regard to the purchase of NXP Semiconductors products by customer.

All information provided in this document is subject to legal disclaimers.
© NXP B.V. 2019. All rights reserved.

**NXP Semiconductors**

# NT3H2111_2211

NTAG I$^2$C *plus*: NFC Forum T2T with I$^2$C interface, password protection and energy harvesting

**No offer to sell or license** — Nothing in this document may be interpreted or construed as an offer to sell products that is open for acceptance or the grant, conveyance or implication of any license under any copyrights, patents or other industrial or intellectual property rights.

**Quick reference data** — The Quick reference data is an extract of the product data given in the Limiting values and Characteristics sections of this document, and as such is not complete, exhaustive or legally binding.

**Export control** — This document as well as the item(s) described herein may be subject to export control regulations. Export might require a prior authorization from competent authorities.

**Non-automotive qualified products** — Unless this data sheet expressly states that this specific NXP Semiconductors product is automotive qualified, the product is not suitable for automotive use. It is neither qualified nor tested in accordance with automotive testing or application requirements. NXP Semiconductors accepts no liability for inclusion and/or use of non-automotive qualified products in automotive equipment or applications. In the event that customer uses the product for design-in and use in automotive applications to automotive specifications and standards, customer (a) shall use the product without NXP Semiconductors' warranty of the product for such automotive applications, use and specifications, and (b) whenever customer uses the product for automotive applications beyond NXP Semiconductors' specifications such use shall be solely at customer's own risk, and (c) customer fully indemnifies NXP Semiconductors for any liability, damages or failed product claims resulting from customer design and use of the product for automotive applications beyond NXP Semiconductors' standard warranty and NXP Semiconductors' product specifications.

**Translations** — A non-English (translated) version of a document is for reference only. The English version shall prevail in case of any discrepancy between the translated and English versions.

## 19.4  Licenses

**Purchase of NXP ICs with NFC technology**

Purchase of an NXP Semiconductors IC that complies with one of the Near Field Communication (NFC) standards ISO/IEC 18092 and ISO/IEC 21481 does not convey an implied license under any patent right infringed by implementation of any of those standards. Purchase of NXP Semiconductors IC does not include a license to any NXP patent (or other IP right) covering combinations of those products with other products, whether hardware or software.

## 19.5  Trademarks

Notice: All referenced brands, product names, service names and trademarks are the property of their respective owners.

**I$^2$C-bus**  — logo is a trademark of NXP B.V.

**NTAG** — is a trademark of NXP B.V.

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
359935

**79 / 82**

**NXP Semiconductors**

**NT3H2111_2211**

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting

## Tables

Tab. 1.    Ordering information ...........................5
Tab. 2.    Marking codes .................................6
Tab. 3.    Pin description for XQFN8, TSSOP8 and SO8 ...........................................9
Tab. 4.    NTAG I2C plus 1k memory organization from the NFC perspective ...................14
Tab. 5.    NTAG I2C plus 2k memory organization from the NFC perspective ...................16
Tab. 6.    NTAG I2C plus 1k memory organization from the I2C perspective ....................19
Tab. 7.    NTAG I2C plus 2k memory organization from the I2C perspective ....................21
Tab. 8.    Minimum memory content to be in initialized state for NTAG I2C plus ................27
Tab. 9.    Password and Access Configuration Register ......................................28
Tab. 10.   Password and Access Configuration bytes .....28
Tab. 11.   Configuration register NTAG I2C plus .............30
Tab. 12.   Session registers NTAG I2C plus .................30
Tab. 13.   Configuration bytes .............................31
Tab. 14.   Session register bytes .........................33
Tab. 15.   Default NTAG I2C address from I2C .............43
Tab. 16.   Command overview ...............................47
Tab. 17.   ACK and NAK values .............................48
Tab. 18.   ATQA response of the NTAG I2C plus ...........49
Tab. 19.   SAK response of the NTAG I2C plus .............49
Tab. 20.   GET_VERSION command ...........................49
Tab. 21.   GET_VERSION timing .............................50
Tab. 22.   GET_VERSION response for NTAG I2C plus ...........................................50
Tab. 23.   READ_SIG command ...............................51
Tab. 24.   READ_SIG timing ...............................51
Tab. 25.   PWD_AUTH command ...............................52
Tab. 26.   PWD_AUTH timing .................................52
Tab. 27.   READ command ...................................53
Tab. 28.   READ timing ....................................53
Tab. 29.   FAST_READ command ..............................54
Tab. 30.   FAST_READ timing ...............................54
Tab. 31.   WRITE command ..................................55
Tab. 32.   WRITE timing ...................................55
Tab. 33.   FAST_WRITE command .............................56
Tab. 34.   FAST_WRITE timing ..............................57
Tab. 35.   SECTOR_SELECT command .........................57
Tab. 36.   SECTOR_SELECT timing ..........................58
Tab. 37.   Illustration of the SRAM memory addressing via the NFC interface (with SRAM_MIRROR_ON_OFF set to 1b and SRAM_MIRROR_BLOCK set to 01h) for the NTAG I2C plus 1k ..............................60
Tab. 38.   Illustration of the SRAM memory addressing via the NFC interface (with SRAM_MIRROR_ON_OFF set to 1b and SRAM_MIRROR_BLOCK set to 01h) for the NTAG I2C plus 2k ..............................61
Tab. 39.   Illustration of the SRAM memory addressing via the NFC interface in pass-through mode (PTHRU_ON_OFF set to 1b) for the NTAG I2C 1k ...........................................63
Tab. 40.   Illustration of the SRAM memory addressing via the NFC interface in pass-through mode (PTHRU_ON_OFF set to 1b) for the NTAG I2C 2k ...........................................64
Tab. 41.   Limiting values ................................68
Tab. 42.   Characteristics ................................69
Tab. 43.   Abbreviations ..................................75
Tab. 44.   Revision history ...............................77

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**80 / 82**

**NXP Semiconductors**

**NT3H2111_2211**

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting

# Figures

Fig. 1.   Contactless and contact system ...................... 1
Fig. 2.   Block diagram ................................................. 7
Fig. 3.   Pin configuration for XQFN8 ........................... 8
Fig. 4.   Pin configuration for TSSOP8 ......................... 8
Fig. 5.   Pin configuration for SO8 ............................... 8
Fig. 6.   NFC state machine of NTAG I2C plus ........... 11
Fig. 7.   Serial number (UID) ...................................... 23
Fig. 8.   Static lock bytes 0 and 1 ..............................23
Fig. 9.   NTAG I2C plus 1k Dynamic lock bytes 0, 1 and 2 ........................................................... 25
Fig. 10.  NTAG I2C plus 2k Dynamic lock bytes 0, 1 and 2 ........................................................... 25
Fig. 11.  Possible configuration of CC bytes of NTAG I2C 1k version ................................................. 26
Fig. 12.  FD pin example circuit ................................... 35
Fig. 13.  Illustration of the field detection feature when configured for simple field detection ............... 35
Fig. 14.  Illustration of the field detection feature when configured for first valid start of communication detection ................................. 36
Fig. 15.  Illustration of the field detection feature when configured for selection of the tag detection .... 37
Fig. 16.  Energy harvesting example circuit ................. 38

Fig. 17.  I2C bus protocol ............................................41
Fig. 18.  I2C READ and WRITE operation ................... 44
Fig. 19.  WRITE and READ register operation ............. 46
Fig. 20.  Frame Delay Time (from NFC device to NFC tag), TACK and TNAK ...................................48
Fig. 21.  GET_VERSION command ............................. 49
Fig. 22.  READ_SIG command .................................... 51
Fig. 23.  PWD_AUTH command .................................. 52
Fig. 24.  READ command ............................................ 53
Fig. 25.  FAST_READ command .................................. 54
Fig. 26.  WRITE command ........................................... 55
Fig. 27.  FAST_WRITE command ................................ 56
Fig. 28.  SECTOR_SELECT command ........................57
Fig. 29.  Illustration of the Field detection feature in combination with the pass-through mode for data transfer from NFC to I2C .......................66
Fig. 30.  Illustration of the Field detection signal feature in combination with pass-through mode for data transfer from I2C to NFC ......... 67
Fig. 31.  Package outline SOT902-3 (XQFN8) .............71
Fig. 32.  Package outline SOT505-1 (TSSOP8) ............72
Fig. 33.  Package outline SOT96-1 (SO8) ...................73

NT3H2111/NT3H2211

All information provided in this document is subject to legal disclaimers.

© NXP B.V. 2019. All rights reserved.

**Product data sheet**
**COMPANY PUBLIC**

**Rev. 3.5 — 7 May 2019**
**359935**

**81 / 82**

**NXP Semiconductors**

# NT3H2111_2211

NTAG I²C *plus*: NFC Forum T2T with I²C interface, password protection and energy harvesting

# Contents

| | | |
|---|---|---|
| 1 | General description | 1 |
| 2 | Features and benefits | 2 |
| 2.1 | Key features | 2 |
| 2.2 | NFC interface | 2 |
| 2.3 | Memory | 3 |
| 2.4 | I2C interface | 3 |
| 2.5 | Security | 3 |
| 2.6 | Key benefits | 3 |
| 3 | Applications | 4 |
| 4 | Ordering information | 5 |
| 5 | Marking | 6 |
| 6 | Block diagram | 7 |
| 7 | Pinning information | 8 |
| 7.1 | Pinning | 8 |
| 7.1.1 | XQFN8 | 8 |
| 7.1.2 | TSSOP8 | 8 |
| 7.1.3 | SO8 | 8 |
| 7.2 | Pin description | 9 |
| 8 | Functional description | 10 |
| 8.1 | Block description | 10 |
| 8.2 | NFC interface | 10 |
| 8.2.1 | Data integrity | 10 |
| 8.2.2 | NFC state machine | 11 |
| 8.2.2.1 | IDLE state | 11 |
| 8.2.2.2 | READY 1 state | 11 |
| 8.2.2.3 | READY 2 state | 12 |
| 8.2.2.4 | ACTIVE state | 12 |
| 8.2.2.5 | AUTHENTICATED state | 12 |
| 8.2.2.6 | HALT state | 12 |
| 8.3 | Memory organization | 13 |
| 8.3.1 | Memory map from NFC perspective | 13 |
| 8.3.2 | Memory map from I2C interface | 18 |
| 8.3.3 | EEPROM | 22 |
| 8.3.4 | SRAM | 22 |
| 8.3.5 | Serial number (UID) | 23 |
| 8.3.6 | Static Lock Bytes | 23 |
| 8.3.7 | Dynamic Lock Bytes | 24 |
| 8.3.8 | Capability Container (CC) | 26 |
| 8.3.9 | User Memory pages | 26 |
| 8.3.10 | Memory content at delivery | 26 |
| 8.3.11 | Password and Access Configuration | 27 |
| 8.3.12 | NTAG I2C configuration and session registers | 29 |
| 8.4 | Configurable Field Detection Pin | 34 |
| 8.5 | Watchdog timer | 37 |
| 8.6 | Energy harvesting | 38 |
| 8.7 | Password authentication | 39 |
| 8.7.1 | Programming of PWD and PACK | 39 |
| 8.7.2 | Limiting negative verification attempts | 39 |
| 8.7.3 | Protection of configuration segments | 40 |
| 8.8 | Originality signature | 40 |
| 9 | I2C commands | 41 |
| 9.1 | Start condition | 41 |
| 9.2 | Stop condition | 41 |
| 9.3 | I2C soft reset and NFC silence feature | 42 |
| 9.4 | Acknowledge bit (ACK) | 42 |
| 9.5 | Data input | 42 |
| 9.6 | Addressing | 42 |
| 9.7 | READ and WRITE Operation | 43 |
| 9.8 | WRITE and READ register operation | 46 |
| 10 | NFC Command | 47 |
| 10.1 | NTAG I2C plus command overview | 47 |
| 10.2 | Timing | 47 |
| 10.3 | NTAG ACK and NAK | 48 |
| 10.4 | ATQA and SAK responses | 48 |
| 10.5 | GET_VERSION | 49 |
| 10.6 | READ_SIG | 50 |
| 10.7 | PWD_AUTH | 51 |
| 10.8 | READ | 52 |
| 10.9 | FAST_READ | 53 |
| 10.10 | WRITE | 55 |
| 10.11 | FAST_WRITE | 56 |
| 10.12 | SECTOR SELECT | 57 |
| 11 | Communication and arbitration between NFC and I2C interface | 59 |
| 11.1 | Pass-through mode not activated | 59 |
| 11.1.1 | I2C interface access | 59 |
| 11.1.2 | NFC interface access | 59 |
| 11.2 | SRAM buffer mapping with Memory Mirror enabled | 60 |
| 11.3 | Pass-through mode | 62 |
| 11.3.1 | SRAM buffer mapping | 63 |
| 11.3.2 | NFC to I2C data transfer | 65 |
| 11.3.3 | I2C to NFC data transfer | 66 |
| 12 | Limiting values | 68 |
| 13 | Characteristics | 69 |
| 13.1 | Electrical characteristics | 69 |
| 14 | Package outline | 71 |
| 15 | Handling information | 74 |
| 16 | Abbreviations | 75 |
| 17 | References | 76 |
| 18 | Revision history | 77 |
| 19 | Legal information | 78 |

Please be aware that important notices concerning this document and the product(s) described herein, have been included in section 'Legal information'.

© NXP B.V. 2019.                All rights reserved.

For more information, please visit: http://www.nxp.com
For sales office addresses, please send an email to: salesaddresses@nxp.com

Date of release: 7 May 2019
Document identifier: NT3H2111/NT3H2211
Document number: 359935

# Exhibit F to 12/04/2020 Rowe Declaration



# M24LR64E-R

## Dynamic NFC/RFID tag IC with 64-Kbit EEPROM, energy harvesting, I²C bus and ISO 15693 RF interface

**Datasheet − production data**



SO8 (MN)

UFDFPN8 (MC) 2 x 3 mm

TSSOP8 (DW)

Wafer (RUW20)

Wafer (SB12I)

## Features

- Belonging to ST25 family, which includes all NFC/RF ID tag and reader products from ST

### I²C interface

- Two-wires I²C serial interface supports 400 kHz protocol
- Single supply voltage:
  - 1.8 V to 5.5 V
- Byte and Page Write (up to 4 bytes)
- Random and Sequential read modes
- Self-timed programming cycle
- Automatic address incrementing
- Enhanced ESD/latch-up protection
- I²C timeout

### Contactless interface

- ISO 15693 and ISO 18000-3 mode 1 compatible
- 13.56 MHz ± 7 kHz carrier frequency
- To tag: 10% or 100% ASK modulation using 1/4 (26 Kbit/s) or 1/256 (1.6 Kbit/s) pulse position coding
- From tag: load modulation using Manchester coding with 423 kHz and 484 kHz subcarriers

in low (6.6 kbit/s) or high (26 kbit/s) data rate mode. Supports the 53 kbit/s data rate with Fast commands

- Internal tuning capacitance: 27.5 pF
- 64-bit unique identifier (UID)
- Read Block & Write (32-bit blocks)

### Digital output pin

- User configurable pin: RF write in progress or RF busy mode

### Energy harvesting

- Analog pin for energy harvesting
- Four sink current configurable ranges

### Temperature range

- From −40 to 85 °C

### Memory

- 64-Kbit EEPROM organized into:
  - 8192 bytes in I²C mode
  - 2048 blocks of 32 bits in RF mode
- Write time
  - I²C: 5 ms (max.)
  - RF: 5.75 ms including the internal Verify time
- Write cycling endurance:
  - 1 million write cycles at 25 °C
  - 150 k write cycles at 85 °C
- More than 40-year data retention
- Multiple password protection in RF mode
- Single password protection in I²C mode

### Package

- SO8 (ECOPACK2®)
- TSSOP8 (ECOPACK2®)
- UFDFPN8 (ECOPACK2®)

This is information on a product in full production.

www.st.com

# Contents

1        **Description** ................................................ **13**

2        **Signal descriptions** ....................................... **15**

2.1      Serial clock (SCL) ............................................ 15

2.2      Serial data (SDA) ............................................ 15

2.3      RF Write in progress / RF Busy (RF WIP/BUSY) ................... 15

2.4      Energy harvesting analog output (Vout) ........................ 15

2.5      Antenna coil (AC0, AC1) ...................................... 15

         2.5.1    Device reset in RF mode ................................ 15

2.6      $V_{SS}$ ground ............................................... 16

2.7      Supply voltage ($V_{CC}$) .................................... 16

         2.7.1    Operating supply voltage $V_{CC}$ ...................... 16

         2.7.2    Power-up conditions .................................... 16

         2.7.3    Device reset in I²C mode ............................... 16

         2.7.4    Power-down conditions .................................. 16

3        **User memory organization** ................................. **19**

4        **System memory area** ...................................... **24**

4.1      M24LR64E-R block security in RF mode ......................... 24

         4.1.1    Example of the M24LR64E-R security protection in RF mode ... 26

4.2      M24LR64E-R block security in I²C mode (I2C_Write_Lock bit area) .... 27

4.3      Configuration byte and Control register ....................... 27

         4.3.1    RF WIP/BUSY pin configuration .......................... 27

         4.3.2    Energy harvesting configuration ........................ 28

         4.3.3    FIELD_ON indicator bit ................................. 30

         4.3.4    Configuration byte access in I²C and RF modes .......... 30

         4.3.5    Control register access in I²C or RF mode .............. 30

4.4      ISO 15693 system parameters ................................. 30

5        **I²C device operation** ..................................... **32**

5.1      Start condition .............................................. 32

5.2      Stop condition ............................................... 32

        5.3     Acknowledge bit (Ack) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

        5.4     Data input . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

        5.5     I²C timeout . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

                5.5.1     I²C timeout on Start condition . . . . . . . . . . . . . . . . . . . . . . . . . 33

                5.5.2     I²C timeout on clock period . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

        5.6     Memory addressing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

        5.7     Write operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

        5.8     Byte write . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

        5.9     Page write . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

        5.10    Minimizing system delays by polling on Ack . . . . . . . . . . . . . . . . . . . 36

        5.11    Read operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

        5.12    Random Address Read . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

        5.13    Current Address Read . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

        5.14    Sequential Read . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

        5.15    Acknowledge in Read mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

        5.16    M24LR64E-R I²C password security . . . . . . . . . . . . . . . . . . . . . . . . . 39

                5.16.1    I²C present password command description . . . . . . . . . . . . . . . . . 39

                5.16.2    I²C write password command description . . . . . . . . . . . . . . . . . . . 40

6       M24LR64E-R memory initial state . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

7       RF device operation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

        7.1     RF communication and energy harvesting . . . . . . . . . . . . . . . . . . . . . . 42

        7.2     Commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

        7.3     Initial dialog for vicinity cards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

                7.3.1     Power transfer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

                7.3.2     Frequency . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

                7.3.3     Operating field . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

8       Communication signal from VCD to M24LR64E-R . . . . . . . . . . . . . . . . 45

9       Data rate and data coding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

        9.1     Data coding mode: 1 out of 256 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

        9.2     Data coding mode: 1 out of 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48

        9.3     VCD to M24LR64E-R frames . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49

9.4      Start of frame (SOF) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50

**10      Communication signal from M24LR64E-R to VCD . . . . . . . . . . . . . . . . 51**

10.1     Load modulation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51

10.2     Subcarrier . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51

10.3     Data rates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51

**11      Bit representation and coding  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52**

11.1     Bit coding using one subcarrier  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52

         11.1.1   High data rate  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52

         11.1.2   Low data rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53

11.2     Bit coding using two subcarriers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54

         11.2.1   High data rate  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54

         11.2.2   Low data rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54

**12      M24LR64E-R to VCD frames . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55**

12.1     SOF when using one subcarrier . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55

         12.1.1   High data rate  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55

         12.1.2   Low data rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55

12.2     SOF when using two subcarriers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

         12.2.1   High data rate  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

         12.2.2   Low data rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

12.3     EOF when using one subcarrier . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57

         12.3.1   High data rate  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57

         12.3.2   Low data rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57

12.4     EOF when using two subcarriers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58

         12.4.1   High data rate  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58

         12.4.2   Low data rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58

**13      Unique identifier (UID)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59**

**14      Application family identifier (AFI)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60**

**15      Data storage format identifier (DSFID)  . . . . . . . . . . . . . . . . . . . . . . . . . 61**

15.1     CRC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61

**16      M24LR64E-R protocol description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62**

**17      M24LR64E-R states** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **64**

    17.1     Power-off state . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64

    17.2     Ready state  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64

    17.3     Quiet state  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64

    17.4     Selected state . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64

**18      Modes** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **66**

    18.1     Addressed mode  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66

    18.2     Non-addressed mode (general request)  . . . . . . . . . . . . . . . . . . . . . . . . 66

    18.3     Select mode  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66

**19      Request format**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **67**

    19.1     Request flags . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67

**20      Response format** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **69**

    20.1     Response flags . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69

    20.2     Response error code . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70

**21      Anticollision** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **71**

    21.1     Request parameters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71

**22      Request processing by the M24LR64E-R** . . . . . . . . . . . . . . . . . . . . . . . **73**

**23      Explanation of the possible cases** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **74**

**24      Inventory Initiated command** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **76**

**25      Timing definition** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **77**

    25.1     t1: M24LR64E-R response delay . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77

    25.2     t2: VCD new request delay . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77

    25.3     $t_3$: VCD new request delay when no response is received
         from the M24LR64E-R . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77

**26      Command codes** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **78**

    26.1     Inventory  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79

    26.2     Stay Quiet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81

26.3    Read Single Block . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82

26.4    Write Single Block . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83

26.5    Read Multiple Block . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87

26.6    Select . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 88

26.7    Reset to Ready . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 89

26.8    Write AFI . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 90

26.9    Lock AFI . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92

26.10   Write DSFID . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94

26.11   Lock DSFID . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95

26.12   Get System Info . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 96

26.13   Get Multiple Block Security Status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98

26.14   Write-sector Password . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100

26.15   Lock-sector . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 101

26.16   Present-sector Password . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 103

26.17   Fast Read Single Block . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 104

26.18   Fast Inventory Initiated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 106

26.19   Fast Initiate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 107

26.20   Fast Read Multiple Block . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 108

26.21   Inventory Initiated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 109

26.22   Initiate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .111

26.23   ReadCfg . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .111

26.24   WriteEHCfg . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .113

26.25   WriteDOCfg . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .114

26.26   SetRstEHEn . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .115

26.27   CheckEHEn . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .117

27      Maximum ratings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 119

28      I²C DC and AC parameters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 120

29      Write cycle definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 124

30      RF electrical parameters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 125

31      Package information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131

31.1 SO8N package information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131

31.2 UFDFN8 package information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 133

31.3 TSSOP8 package information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 134

**32 Part numbering** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **136**

**Appendix A Anticollision algorithm (informative)** . . . . . . . . . . . . . . . . . . . . . . **138**

A.1 Algorithm for pulsed slots . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 138

**Appendix B CRC (informative)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **139**

B.1 CRC error detection method . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 139

B.2 CRC calculation example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 139

**Appendix C Application family identifier (AFI) (informative)** . . . . . . . . . . . . . . **141**

**Revision history** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **142**

# List of tables

Table 1.    Signal names . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
Table 2.    Device select code . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
Table 3.    Address most significant byte . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
Table 4.    Address least significant byte . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
Table 5.    Sector details . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
Table 6.    Sector security status byte area . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Table 7.    Sector security status byte organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Table 8.    Read/Write protection bit setting. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
Table 9.    Password control bits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
Table 10.   Password system area . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
Table 11.   M24LR64E-R sector security protection after power-up . . . . . . . . . . . . . . . . . . . . . . . 26
Table 12.   M24LR64E-R sector security protection after a valid presentation of password 1 . . . . . . 26
Table 13.   I2C_Write_Lock bit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
Table 14.   Configuration byte. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
Table 15.   Control register . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
Table 16.   EH_enable bit value after power-up . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
Table 17.   System parameter sector . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
Table 18.   Operating modes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
Table 19.   10% modulation parameters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
Table 20.   Response data rates. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
Table 21.   UID format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59
Table 22.   CRC transmission rules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61
Table 23.   VCD request frame format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62
Table 24.   M24LR64E-R Response frame format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62
Table 25.   M24LR64E-R response depending on Request_flags . . . . . . . . . . . . . . . . . . . . . . . . . 65
Table 26.   General request format. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67
Table 27.   Definition of request flags 1 to 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67
Table 28.   Request flags 5 to 8 when Bit 3 = 0 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68
Table 29.   Request flags 5 to 8 when Bit 3 = 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68
Table 30.   General response format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69
Table 31.   Definitions of response flags 1 to 8. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69
Table 32.   Response error code definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70
Table 33.   Inventory request format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71
Table 34.   Example of the addition of 0-bits to an 11-bit mask value . . . . . . . . . . . . . . . . . . . . . . 71
Table 35.   Timing values . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77
Table 36.   Command codes. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78
Table 37.   Inventory request format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79
Table 38.   Inventory response format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79
Table 39.   Stay Quiet request format. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81
Table 40.   Read Single Block request format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82
Table 41.   Read Single Block response format when Error_flag is NOT set . . . . . . . . . . . . . . . . . . 82
Table 42.   Sector security status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82
Table 43.   Read Single Block response format when Error_flag is set . . . . . . . . . . . . . . . . . . . . . . 82
Table 44.   Write Single Block request format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83
Table 45.   Write Single Block response format when Error_flag is NOT set . . . . . . . . . . . . . . . . . . 83
Table 46.   Write Single Block response format when Error_flag is set . . . . . . . . . . . . . . . . . . . . . . 84
Table 47.   Read Multiple Block request format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87
Table 48.   Read Multiple Block response format when Error_flag is NOT set. . . . . . . . . . . . . . . . . . 87

Table 49.    Sector security status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87
Table 50.    Read Multiple Block response format when Error_flag is set . . . . . . . . . . . . . . . . . . . . . . . 87
Table 51.    Select request format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 88
Table 52.    Select Block response format when Error_flag is NOT set. . . . . . . . . . . . . . . . . . . . . . . . . 88
Table 53.    Select response format when Error_flag is set . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 89
Table 54.    Reset to Ready request format. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 89
Table 55.    Reset to Ready response format when Error_flag is NOT set . . . . . . . . . . . . . . . . . . . . . . . 90
Table 56.    Reset to ready response format when Error_flag is set . . . . . . . . . . . . . . . . . . . . . . . . . . . . 90
Table 57.    Write AFI request format. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91
Table 58.    Write AFI response format when Error_flag is NOT set . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91
Table 59.    Write AFI response format when Error_flag is set . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91
Table 60.    Lock AFI request format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92
Table 61.    Lock AFI response format when Error_flag is NOT set . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92
Table 62.    Lock AFI response format when Error_flag is set. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92
Table 63.    Write DSFID request format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94
Table 64.    Write DSFID response format when Error_flag is NOT set . . . . . . . . . . . . . . . . . . . . . . . . . 94
Table 65.    Write DSFID response format when Error_flag is set. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94
Table 66.    Lock DSFID request format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95
Table 67.    Lock DSFID response format when Error_flag is NOT set. . . . . . . . . . . . . . . . . . . . . . . . . . 95
Table 68.    Lock DSFID response format when Error_flag is set . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 96
Table 69.    Get System Info request format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 97
Table 70.    Get System Info response format when Protocol_extension_flag = 0 and
             Error_flag is NOT set . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 97
Table 71.    Get System Info response format when Protocol_extension_flag = 1 and
             Error_flag is NOT set . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 97
Table 72.    Get System Info response format when Error_flag is set . . . . . . . . . . . . . . . . . . . . . . . . . . 97
Table 73.    Get Multiple Block Security Status request format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98
Table 74.    Get Multiple Block Security Status response format when Error_flag is NOT set . . . . . . . 99
Table 75.    Sector security status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99
Table 76.    Get Multiple Block Security Status response format when Error_flag is set. . . . . . . . . . . . 99
Table 77.    Write-sector Password request format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100
Table 78.    Write-sector Password response format when Error_flag is NOT set . . . . . . . . . . . . . . . 100
Table 79.    Write-sector Password response format when Error_flag is set. . . . . . . . . . . . . . . . . . . . . 100
Table 80.    Lock-sector request format. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 101
Table 81.    Sector security status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102
Table 82.    Lock-sector response format when Error_flag is NOT set . . . . . . . . . . . . . . . . . . . . . . . . 102
Table 83.    Lock-sector response format when Error_flag is set. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102
Table 84.    Present-sector Password request format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 103
Table 85.    Present-sector Password response format when Error_flag is NOT set . . . . . . . . . . . . . 103
Table 86.    Present-sector Password response format when Error_flag is set. . . . . . . . . . . . . . . . . . . 103
Table 87.    Fast Read Single Block request format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 104
Table 88.    Fast Read Single Block response format when Error_flag is NOT set. . . . . . . . . . . . . . . 105
Table 89.    Sector security status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 105
Table 90.    Fast Read Single Block response format when Error_flag is set . . . . . . . . . . . . . . . . . . . 105
Table 91.    Fast Inventory Initiated request format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 106
Table 92.    Fast Inventory Initiated response format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 106
Table 93.    Fast Initiate request format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 107
Table 94.    Fast Initiate response format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 107
Table 95.    Fast Read Multiple Block request format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 108
Table 96.    Fast Read Multiple Block response format when Error_flag is NOT set. . . . . . . . . . . . . . 108
Table 97.    Sector security status if Option_flag is set . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 109
Table 98.    Fast Read Multiple Block response format when Error_flag is set . . . . . . . . . . . . . . . . . . . 109

Table 99.    Inventory Initiated request format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 110
Table 100.   Inventory Initiated response format  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 110
Table 101.   Initiate request format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 111
Table 102.   Initiate response format  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 111
Table 103.   ReadCfg request format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 112
Table 104.   ReadCfg response format when Error_flag is NOT set . . . . . . . . . . . . . . . . . . . . . . . . . . . 112
Table 105.   ReadCfg response format when Error_flag is set . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 112
Table 106.   WriteEHCfg request format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 113
Table 107.   WriteEHCfg response format when Error_flag is NOT set . . . . . . . . . . . . . . . . . . . . . . . . . 113
Table 108.   WriteEHCfg response format when Error_flag is set  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 113
Table 109.   WriteDOCfg request format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 114
Table 110.   WriteDOCfg response format when Error_flag is NOT set . . . . . . . . . . . . . . . . . . . . . . . . . 115
Table 111.   WriteDOCfg response format when Error_flag is set . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 115
Table 112.   SetRstEHEn request format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 116
Table 113.   SetRstEHEn response format when Error_flag is NOT set . . . . . . . . . . . . . . . . . . . . . . . . . 116
Table 114.   SetRstEHEn response format when Error_flag is set . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 116
Table 115.   CheckEHEn request format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 117
Table 116.   CheckEHEn response format when Error_flag is NOT set . . . . . . . . . . . . . . . . . . . . . . . . . . 117
Table 117.   CheckEHEn response format when Error_flag is set . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 117
Table 118.   Absolute maximum ratings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 119
Table 119.   I$^2$C operating conditions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 120
Table 120.   AC test measurement conditions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 120
Table 121.   Input parameters. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 120
Table 122.   I$^2$C DC characteristics  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 121
Table 123.   I$^2$C AC characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 122
Table 124.   Write cycle endurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 124
Table 125.   RF characteristics  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 125
Table 126.   Operating conditions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 126
Table 127.   Energy harvesting  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 127
Table 128.   SO8N – 8-lead plastic small outline, 150 mils body width,
             package mechanical data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131
Table 129.   UFDFN8 - 8-lead, 2 × 3 mm, 0.5 mm pitch ultra thin profile fine pitch
             dual flat package mechanical data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 133
Table 130.   TSSOP8 – 8-lead thin shrink small outline, 3 x 6.4 mm, 0.65 mm pitch,
             package mechanical data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 135
Table 131.   Ordering information scheme for packaged devices  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 136
Table 132.   Ordering and marking information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 137
Table 133.   CRC definition. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 139
Table 134.   AFI coding. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 141
Table 135.   Document revision history  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 142

# List of figures

Figure 1.      Logic diagram . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Figure 2.      8-pin package connections . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
Figure 3.      I²C Fast mode ($f_C$ = 400 kHz): maximum $R_{bus}$ value versus bus parasitic
               capacitance ($C_{bus}$) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
Figure 4.      I²C bus protocol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
Figure 5.      Circuit diagram . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
Figure 6.      Memory sector organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
Figure 7.      I²C timeout on Start condition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
Figure 8.      Write mode sequences with I2C_Write_Lock bit = 1 (data write inhibited). . . . . . . . . . . . 34
Figure 9.      Write mode sequences with I2C_Write_Lock bit = 0 (data write enabled) . . . . . . . . . . . . 35
Figure 10.     Write cycle polling flowchart using Ack. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
Figure 11.     Read mode sequences. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
Figure 12.     I²C present password command  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
Figure 13.     I²C write password command. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
Figure 14.     100% modulation waveform . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
Figure 15.     10% modulation waveform . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
Figure 16.     1 out of 256 coding mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47
Figure 17.     Detail of a time period . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48
Figure 18.     1 out of 4 coding mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
Figure 19.     1 out of 4 coding example. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
Figure 20.     SOF to select 1 out of 256 data coding mode  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
Figure 21.     SOF to select 1 out of 4 data coding mode  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
Figure 22.     EOF for either data coding mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
Figure 23.     Logic 0, high data rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
Figure 24.     Logic 0, high data rate, fast commands  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
Figure 25.     Logic 1, high data rate  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
Figure 26.     Logic 1, high data rate, fast commands  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
Figure 27.     Logic 0, low data rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53
Figure 28.     Logic 0, low data rate, fast commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53
Figure 29.     Logic 1, low data rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53
Figure 30.     Logic 1, low data rate, fast commands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53
Figure 31.     Logic 0, high data rate  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54
Figure 32.     Logic 1, high data rate  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54
Figure 33.     Logic 0, low data rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54
Figure 34.     Logic 1, low data rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54
Figure 35.     Start of frame, high data rate, one subcarrier . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55
Figure 36.     Start of frame, high data rate, one subcarrier, fast commands. . . . . . . . . . . . . . . . . . . . . 55
Figure 37.     Start of frame, low data rate, one subcarrier  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55
Figure 38.     Start of frame, low data rate, one subcarrier, fast commands . . . . . . . . . . . . . . . . . . . . . 56
Figure 39.     Start of frame, high data rate, two subcarriers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56
Figure 40.     Start of frame, low data rate, two subcarriers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56
Figure 41.     End of frame, high data rate, one subcarrier . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57
Figure 42.     End of frame, high data rate, one subcarrier, fast commands . . . . . . . . . . . . . . . . . . . . . 57
Figure 43.     End of frame, low data rate, one subcarrier . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57
Figure 44.     End of frame, low data rate, one subcarrier, Fast commands . . . . . . . . . . . . . . . . . . . . . 57
Figure 45.     End of frame, high data rate, two subcarriers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58
Figure 46.     End of frame, low data rate, two subcarriers  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58
Figure 47.     M24LR64E-R decision tree for AFI. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60



Figure 48.    M24LR64E-R protocol timing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63
Figure 49.    M24LR64E-R state transition diagram . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65
Figure 50.    Principle of comparison between the mask, the slot number and the UID . . . . . . . . . . . . 72
Figure 51.    Description of a possible anticollision sequence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75
Figure 52.    M24LR64E RF-Busy management following Inventory command . . . . . . . . . . . . . . . . . . 80
Figure 53.    Stay Quiet frame exchange between VCD and M24LR64E-R . . . . . . . . . . . . . . . . . . . . . 81
Figure 54.    Read Single Block frame exchange between VCD and M24LR64E-R. . . . . . . . . . . . . . . 83
Figure 55.    Write Single Block frame exchange between VCD and M24LR64E-R. . . . . . . . . . . . . . . 84
Figure 56.    M24LR64E RF-Busy management following Write command . . . . . . . . . . . . . . . . . . . . . 85
Figure 57.    M24LR64E RF-Wip management following Write command . . . . . . . . . . . . . . . . . . . . . 86
Figure 58.    Read Multiple Block frame exchange between VCD and M24LR64E-R . . . . . . . . . . . . . 88
Figure 59.    Select frame exchange between VCD and M24LR64E-R . . . . . . . . . . . . . . . . . . . . . . . . 89
Figure 60.    Reset to Ready frame exchange between VCD and M24LR64E-R . . . . . . . . . . . . . . . . . . 90
Figure 61.    Write AFI frame exchange between VCD and M24LR64E-R . . . . . . . . . . . . . . . . . . . . . . 91
Figure 62.    Lock AFI frame exchange between VCD and M24LR64E-R . . . . . . . . . . . . . . . . . . . . . . 93
Figure 63.    Write DSFID frame exchange between VCD and M24LR64E-R . . . . . . . . . . . . . . . . . . . 95
Figure 64.    Lock DSFID frame exchange between VCD and M24LR64E-R. . . . . . . . . . . . . . . . . . . . 96
Figure 65.    Get System Info frame exchange between VCD and M24LR64E-R . . . . . . . . . . . . . . . . 98
Figure 66.    Get Multiple Block Security Status frame exchange between VCD and M24LR64E-R . . . 99
Figure 67.    Write-sector Password frame exchange between VCD and M24LR64E-R . . . . . . . . . . . 101
Figure 68.    Lock-sector frame exchange between VCD and M24LR64E-R . . . . . . . . . . . . . . . . . . . 102
Figure 69.    Present-sector Password frame exchange between VCD and M24LR64E-R . . . . . . . . . 104
Figure 70.    Fast Read Single Block frame exchange between VCD and M24LR64E-R. . . . . . . . . . . 105
Figure 71.    Fast Initiate frame exchange between VCD and M24LR64E-R . . . . . . . . . . . . . . . . . . . . 107
Figure 72.    Fast Read Multiple Block frame exchange between VCD and M24LR64E-R . . . . . . . . . 109
Figure 73.    Initiate frame exchange between VCD and M24LR64E-R . . . . . . . . . . . . . . . . . . . . . . . . 111
Figure 74.    ReadCfg frame exchange between VCD and M24LR64E-R . . . . . . . . . . . . . . . . . . . . . . 112
Figure 75.    WriteEHCfg frame exchange between VCD and M24LR64E-R . . . . . . . . . . . . . . . . . . . . 114
Figure 76.    WriteDOCfg frame exchange between VCD and M24LR64E-R. . . . . . . . . . . . . . . . . . . . 115
Figure 77.    SetRstEHEn frame exchange between VCD and M24LR64E-R . . . . . . . . . . . . . . . . . . . 116
Figure 78.    CheckEHEn frame exchange between VCD and M24LR64E-R. . . . . . . . . . . . . . . . . . . . 118
Figure 79.    AC test measurement I/O waveform. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 120
Figure 80.    I$^2$C AC waveforms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 123
Figure 81.    ASK modulated signal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 127
Figure 82.    Energy harvesting: Vout min vs. Isink. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128
Figure 83.    Energy harvesting: working domain range 11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 128
Figure 84.    Energy harvesting: working domain range 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129
Figure 85.    Energy harvesting: working domain range 01 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129
Figure 86.    Energy harvesting: working domain range 00 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130
Figure 87.    SO8N – 8-lead plastic small outline, 150 mils body width, package outline . . . . . . . . . . 131
Figure 88.    SO8N – 8-lead plastic small outline, 150 mils body width,
              package recommended footprint . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 132
Figure 89.    UFDFN8 - 8-lead, 2 × 3 mm, 0.5 mm pitch ultra thin profile fine pitch
              dual flat package outline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 133
Figure 90.    TSSOP8 – 8-lead thin shrink small outline, 3 x 6.4 mm, 0.65 mm pitch,
              package outline. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 134

# 1     Description

The M24LR64E-R device is a Dynamic NFC/RFID tag IC with a dual-interface, electrically erasable programmable memory (EEPROM). It features an $I^2C$ interface and can be operated from a $V_{CC}$ power supply. It is also a contactless memory powered by the received carrier electromagnetic wave. The M24LR64E-R is organized as 8192 × 8 bits in the $I^2C$ mode and as 2048 × 32 bits in the ISO 15693 and ISO 18000-3 mode 1 RF mode.

The M24LR64E-R also features an energy harvesting analog output, as well as a user-configurable digital output pin toggling during either RF write in progress or RF busy mode.

**Figure 1. Logic diagram**



The $I^2C$ uses a two-wire serial interface, comprising a bidirectional data line and a clock line. The devices carry a built-in 4-bit device type identifier code (1010) in accordance with the $I^2C$ bus definition.

The device behaves as a slave in the $I^2C$ protocol, with all memory operations synchronized by the serial clock. Read and Write operations are initiated by a Start condition, generated by the bus master. The Start condition is followed by a device select code and Read/Write bit ($R\overline{W}$) (as described in *Table 2*), terminated by an acknowledge bit.

When writing data to the memory, the device inserts an acknowledge bit during the 9th bit time, following the bus master's 8-bit transmission. When data is read by the bus master, the bus master acknowledges the receipt of the data byte in the same way. Data transfers are terminated by a Stop condition after an Ack for Write, and after a NoAck for Read.

In the ISO15693/ISO18000-3 mode 1 RF mode, the M24LR64E-R is accessed via the 13.56 MHz carrier electromagnetic wave on which incoming data is demodulated from the received signal amplitude modulation (ASK: Amplitude Shift Keying). When connected to an antenna, the operating power is derived from the RF energy and no external power supply is required. The received ASK wave is 10% or 100% modulated with a data rate of 1.6 Kbit/s

**Description**                                                                                    **M24LR64E-R**

using the 1 out of 256 pulse coding mode, or a data rate of 26 Kbit/s using the 1 out of 4 pulse coding mode.

Outgoing data is generated by the M24LR64E-R load variation using Manchester coding with one or two subcarrier frequencies at 423 kHz and 484 kHz. Data is transferred from the M24LR64E-R at 6.6 Kbit/s in low data rate mode and at 26 Kbit/s in high data rate mode. The M24LR64E-R supports the 53 Kbit/s fast mode in high data rate mode using one subcarrier frequency at 423 kHz.

The M24LR64E-R follows the ISO 15693 and ISO 18000-3 mode 1 recommendation for radio-frequency power and signal interface.

The M24LR64E-R provides an Energy harvesting mode on the analog output pin $V_{out}$. When the Energy harvesting mode is activated, the M24LR64E-R can output the excess energy coming from the RF field on the $V_{out}$ analog pin. In case the RF field strength is insufficient or when the Energy harvesting mode is disabled, the analog output pin $V_{out}$ goes into high-Z state and the Energy harvesting mode is automatically stopped.

The M24LR64E-R features a user configurable digital out pin RF WIP/BUSY that can be used to drive a microcontroller interrupt input pin (available only when the M24LR64E-R is correctly powered on the $V_{CC}$ pin).

When configured in the RF write in progress mode (RF WIP mode), the RF WIP/BUSY pin is driven low for the entire duration of the RF internal write operation. When configured in the RF busy mode (RF BUSY mode), the RF WIP/BUSY pin is driven low for the entire duration of the RF command progress.

The RF WIP/BUSY pin is an open drain output and must be connected to a pull-up resistor.

**Table 1. Signal names**

| Signal name | Function | Direction |
|---|---|---|
| $V_{out}$ | Energy harvesting Output | Analog output |
| SDA | Serial Data | I/O |
| SCL | Serial Clock | Input |
| AC0, AC1 | Antenna coils | I/O |
| $V_{CC}$ | Supply voltage | - |
| RF WIP/BUSY | Digital signal | Digital output |
| $V_{SS}$ | Ground | - |

**Figure 2. 8-pin package connections**



1.   See *Section 31* for package dimensions, and how to identify pin 1.

# 2 Signal descriptions

## 2.1 Serial clock (SCL)

This input signal is used to strobe all data in and out of the device. In applications where this signal is used by slave devices to synchronize the bus to a slower clock, the bus master must have an open drain output, and a pull-up resistor must be connected from Serial Clock (SCL) to $V_{CC}$. (*Figure 3* indicates how the value of the pull-up resistor can be calculated). In most applications, though, this method of synchronization is not employed, and so the pull-up resistor is not necessary, provided that the bus master has a push-pull (rather than open drain) output.

## 2.2 Serial data (SDA)

This bidirectional signal is used to transfer data in or out of the device. It is an open drain output that may be wire-OR'ed with other open drain or open collector signals on the bus. A pull-up resistor must be connected from Serial Data (SDA) to $V_{CC}$. (*Figure 3* indicates how the value of the pull-up resistor can be calculated).

## 2.3 RF Write in progress / RF Busy (RF WIP/BUSY)

This configurable output signal is used either to indicate that the M24LR64E-R is executing an internal write cycle from the RF channel or that an RF command is in progress. RF WIP and signals are available only when the M24LR64E-R is powered by the Vcc pin. It is an open drain output and a pull-up resistor must be connected from RF WIP/BUSY to $V_{CC}$.

## 2.4 Energy harvesting analog output ($V_{out}$)

This analog output pin is used to deliver the analog voltage $V_{out}$ available when the Energy harvesting mode is enabled and the RF field strength is sufficient. When the Energy harvesting mode is disabled or the RF field strength is not sufficient, the energy harvesting analog voltage output Vout is in High-Z state.

## 2.5 Antenna coil (AC0, AC1)

These inputs are used to connect the device to an external coil exclusively. It is advised not to connect any other DC or AC path to AC0 or AC1.

When correctly tuned, the coil is used to power and access the device using the ISO 15693 and ISO 18000-3 mode 1 protocols.

### 2.5.1 Device reset in RF mode

To ensure a proper reset of the RF circuitry, the RF field must be turned off (100% modulation) for a minimum $t_{RF\_OFF}$ period of time.

## 2.6      V$_{SS}$ ground

V$_{SS}$ is the reference for the V$_{CC}$ supply voltage and V$_{out}$ analog output voltage.

## 2.7      Supply voltage (V$_{CC}$)

This pin can be connected to an external DC supply voltage.

*Note:*      *An internal voltage regulator allows the external voltage applied on V$_{CC}$ to supply the M24LR64E-R, while preventing the internal power supply (rectified RF waveforms) to output a DC voltage on the V$_{CC}$ pin.*

### 2.7.1      Operating supply voltage V$_{CC}$

Prior to selecting the memory and issuing instructions to it, a valid and stable V$_{CC}$ voltage within the specified [V$_{CC}$(min), V$_{CC}$(max)] range must be applied (see *Table 119*). To maintain a stable DC supply voltage, it is recommended to decouple the V$_{CC}$ line with a suitable capacitor (usually around 10 nF) close to the V$_{CC}$/V$_{SS}$ package pins.

This voltage must remain stable and valid until the end of the transmission of the instruction and, for a Write instruction, until the completion of the internal I²C write cycle (t$_W$).

### 2.7.2      Power-up conditions

When the power supply is turned on, V$_{CC}$ rises from V$_{SS}$ to V$_{CC}$. The V$_{CC}$ rise time must not vary faster than 1V/µs.

### 2.7.3      Device reset in I²C mode

In order to prevent inadvertent write operations during power-up, a power-on reset (POR) circuit is included. At power-up (continuous rise of V$_{CC}$), the device does not respond to any I²C instruction until V$_{CC}$ has reached the power-on reset threshold voltage (this threshold is lower than the minimum V$_{CC}$ operating voltage defined in *Table 119*). When V$_{CC}$ passes over the POR threshold, the device is reset and enters the Standby power mode. However, the device must not be accessed until V$_{CC}$ has reached a valid and stable V$_{CC}$ voltage within the specified [V$_{CC}$(min), V$_{CC}$(max)] range.

In a similar way, during power-down (continuous decrease in V$_{CC}$), as soon as V$_{CC}$ drops below the power-on reset threshold voltage, the device stops responding to any instruction sent to it.

### 2.7.4      Power-down conditions

During power-down (continuous decay of V$_{CC}$), the device must be in Standby power mode (mode reached after decoding a Stop condition, assuming that there is no internal write cycle in progress).

**Figure 3. I²C Fast mode (f$_C$ = 400 kHz): maximum R$_{bus}$ value versus bus parasitic capacitance (C$_{bus}$)**



**Figure 4. I²C bus protocol**



**Table 2. Device select code**

| - | Device type identifier[1] | | | | Chip Enable address | | | $\overline{\text{RW}}$ |
|---|---|---|---|---|---|---|---|---|
| | b7 | b6 | b5 | b4 | b3 | b2 | b1 | b0 |
| Device select code | 1 | 0 | 1 | 0 | E2[2] | 1 | 1 | $\overline{\text{RW}}$ |

1. The most significant bit, b7, is sent first.

2. E2 is not connected to any external pin. It is however used to address the M24LR64E-R as described in *Section 3* and *Section 4*.

**Table 3. Address most significant byte**

| b15 | b14 | b13 | b12 | b11 | b10 | b9 | b8 |
|---|---|---|---|---|---|---|---|

**Table 4. Address least significant byte**

| b7 | b6 | b5 | b4 | b3 | b2 | b1 | b0 |
|---|---|---|---|---|---|---|---|

# 3      User memory organization

The M24LR64E-R is divided into 64 sectors of 32 blocks of 32 bits, as shown in *Table 5*. *Figure 6* shows the memory sector organization. Each sector can be individually read- and/or write-protected using a specific password command. Read and write operations are possible if the addressed data is not in a protected sector.

The M24LR64E-R also has a 64-bit block that is used to store the 64-bit unique identifier (UID). The UID is compliant with the ISO 15963 description, and its value is used during the anticollision sequence (Inventory). This block is not accessible by the user in RF device operation and its value is written by ST on the production line.

The M24LR64E-R includes an AFI register that stores the application family identifier, and a DSFID register that stores the data storage family identifier used in the anticollision algorithm.

The M24LR64E-R has four 32-bit blocks that store an $I^2C$ password plus three RF password codes.

**Figure 5. Circuit diagram**



**Figure 6. Memory sector organization**

| Sector | Area | Sector security status |
|---|---|---|
| 0 | 1 Kbit EEPROM sector | 5 bits |
| 1 | 1 Kbit EEPROM sector | 5 bits |
| 2 | 1 Kbit EEPROM sector | 5 bits |
| 3 | 1 Kbit EEPROM sector | 5 bits |
| ... | | |
| 60 | 1 Kbit EEPROM sector | 5 bits |
| 61 | 1 Kbit EEPROM sector | 5 bits |
| 62 | 1 Kbit EEPROM sector | 5 bits |
| 63 | 1 Kbit EEPROM sector | 5 bits |
| | $I^2C$ password | System |
| | RF password 1 | System |
| | RF password 2 | System |
| | RF password 3 | System |
| | 8-bit DSFID | System |
| | 8-bit AFI | System |
| | 64-bit UID | System |
| | 8-bit configuration | System |
| | 16-bit  $I^2C$ Write Lock_bit | System |
| | 80-bit  SSS | System |

MS30763V1

## Sector details

The M24LR64E-R user memory is divided into 64 sectors. Each sector contains 1024 bits. The protection scheme is described in *Section 4: System memory area*.

In RF mode, a sector provides 32 blocks of 32 bits. Each read and write access is done by block. Read and write block accesses are controlled by a Sector Security Status byte that defines the access rights to the 32 blocks contained in the sector. If the sector is not protected, a Write command updates the complete 32 bits of the selected block.

In $I^2C$ mode, a sector provides 128 bytes that can be individually accessed in Read and Write modes. When protected by the corresponding I2C_Write_Lock bit, the entire sector is write-protected. To access the user memory, the device select code used for any $I^2C$ command must have the E2 Chip Enable address at 0.

**M24LR64E-R**                                                                 **User memory organization**

**Table 5. Sector details**

| Sector number | RF block address | I²C byte address | Bits [31:24] | Bits [23:16] | Bits [15:8] | Bits [7:0] |
|---|---|---|---|---|---|---|
| 0 | 0 | 0 | user | user | user | user |
| | 1 | 4 | user | user | user | user |
| | 2 | 8 | user | user | user | user |
| | 3 | 12 | user | user | user | user |
| | 4 | 16 | user | user | user | user |
| | 5 | 20 | user | user | user | user |
| | 6 | 24 | user | user | user | user |
| | 7 | 28 | user | user | user | user |
| | 8 | 32 | user | user | user | user |
| | 9 | 36 | user | user | user | user |
| | 10 | 40 | user | user | user | user |
| | 11 | 44 | user | user | user | user |
| | 12 | 48 | user | user | user | user |
| | 13 | 52 | user | user | user | user |
| | 14 | 56 | user | user | user | user |
| | 15 | 60 | user | user | user | user |
| | 16 | 64 | user | user | user | user |
| | 17 | 68 | user | user | user | user |
| | 18 | 72 | user | user | user | user |
| | 19 | 76 | user | user | user | user |
| | 20 | 80 | user | user | user | user |
| | 21 | 84 | user | user | user | user |
| | 22 | 88 | user | user | user | user |
| | 23 | 92 | user | user | user | user |
| | 24 | 96 | user | user | user | user |
| | 25 | 100 | user | user | user | user |
| | 26 | 104 | user | user | user | user |
| | 27 | 108 | user | user | user | user |
| | 28 | 112 | user | user | user | user |
| | 29 | 116 | user | user | user | user |
| | 30 | 120 | user | user | user | user |
| | 31 | 124 | user | user | user | user |

**Table 5. Sector details (continued)**

| Sector number | RF block address | I$^2$C byte address | Bits [31:24] | Bits [23:16] | Bits [15:8] | Bits [7:0] |
|---|---|---|---|---|---|---|
| 1 | 32 | 128 | user | user | user | user |
| | 33 | 132 | user | user | user | user |
| | 34 | 136 | user | user | user | user |
| | 35 | 140 | user | user | user | user |
| | 36 | 144 | user | user | user | user |
| | 37 | 148 | user | user | user | user |
| | 38 | 152 | user | user | user | user |
| | 39 | 156 | user | user | user | user |
| | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ |
| ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ |

**Table 5. Sector details (continued)**

| Sector number | RF block address | I²C byte address | Bits [31:24] | Bits [23:16] | Bits [15:8] | Bits [7:0] |
|---|---|---|---|---|---|---|
| 63 | 2016 | 8064 | user | user | user | user |
| | 2017 | 8068 | user | user | user | user |
| | 2018 | 8072 | user | user | user | user |
| | 2019 | 8076 | user | user | user | user |
| | 2020 | 8080 | user | user | user | user |
| | 2021 | 8084 | user | user | user | user |
| | 2022 | 8088 | user | user | user | user |
| | 2023 | 8092 | user | user | user | user |
| | 2024 | 8096 | user | user | user | user |
| | 2025 | 8100 | user | user | user | user |
| | 2026 | 8104 | user | user | user | user |
| | 2027 | 8108 | user | user | user | user |
| | 2028 | 8112 | user | user | user | user |
| | 2029 | 8116 | user | user | user | user |
| | 2030 | 8120 | user | user | user | user |
| | 2031 | 8124 | user | user | user | user |
| | 2032 | 8128 | user | user | user | user |
| | 2033 | 8132 | user | user | user | user |
| | 2034 | 8136 | user | user | user | user |
| | 2035 | 8140 | user | user | user | user |
| | 2036 | 8144 | user | user | user | user |
| | 2037 | 8148 | user | user | user | user |
| | 2038 | 8152 | user | user | user | user |
| | 2039 | 8156 | user | user | user | user |
| | 2040 | 8160 | user | user | user | user |
| | 2041 | 8164 | user | user | user | user |
| | 2042 | 8168 | user | user | user | user |
| | 2043 | 8172 | user | user | user | user |
| | 2044 | 8176 | user | user | user | user |
| | 2045 | 8180 | user | user | user | user |
| | 2046 | 8184 | user | user | user | user |
| | 2047 | 8188 | user | user | user | user |

# 4     System memory area

## 4.1     M24LR64E-R block security in RF mode

The M24LR64E-R provides a special protection mechanism based on passwords. In RF mode, each memory sector of the M24LR64E-R can be individually protected by one out of three available passwords, and each sector can also have Read/Write access conditions set.

Each memory sector of the M24LR64E-R is assigned with a Sector security status byte including a Sector Lock bit, two Password Control bits and two Read/Write protection bits, as shown in *Table 7*.

*Table 6* describes the organization of the Sector security status byte, which can be read using the Read Single Block and Read Multiple Block commands with the Option_flag set to 1.

On delivery, the default value of the SSS bytes is set to 00h.

**Table 6. Sector security status byte area**

| I²C byte address | | Bits [31:24] | Bits [23:16] | Bits [15:8] | Bits [7:0] |
|---|---|---|---|---|---|
| E2 = 1 | 0 | SSS 3 | SSS 2 | SSS 1 | SSS 0 |
| E2 = 1 | 4 | SSS 7 | SSS 6 | SSS 5 | SSS 4 |
| E2 = 1 | 8 | SSS 11 | SSS 10 | SSS 9 | SSS 8 |
| E2 = 1 | 12 | SSS 15 | SSS 14 | SSS 13 | SSS 12 |
| E2 = 1 | 16 | SSS 19 | SSS 18 | SSS 17 | SSS 16 |
| E2 = 1 | 20 | SSS 23 | SSS 22 | SSS 21 | SSS 20 |
| E2 = 1 | 24 | SSS 27 | SSS 26 | SSS 25 | SSS 24 |
| E2 = 1 | 28 | SSS 31 | SSS 30 | SSS 29 | SSS 28 |
| E2 = 1 | 32 | SSS 35 | SSS 34 | SSS 33 | SSS 32 |
| E2 = 1 | 36 | SSS 39 | SSS 38 | SSS 37 | SSS 36 |
| E2 = 1 | 40 | SSS 43 | SSS 42 | SSS 41 | SSS 40 |
| E2 = 1 | 44 | SSS 47 | SSS 46 | SSS 45 | SSS 44 |
| E2 = 1 | 48 | SSS 51 | SSS 50 | SSS 49 | SSS 48 |
| E2 = 1 | 52 | SSS 55 | SSS 54 | SSS 53 | SSS 52 |
| E2 = 1 | 56 | SSS 59 | SSS 58 | SSS 57 | SSS 56 |
| E2 = 1 | 60 | SSS 63 | SSS 62 | SSS 61 | SSS 60 |

**Table 7. Sector security status byte organization**

| $b_7$ | $b_6$ | $b_5$ | $b_4$ | $b_3$ | $b_2$ | $b_1$ | $b_0$ |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | Password control bits | | Read / Write protection bits | | Sector Lock |

When the Sector Lock bit is set to 1, for instance by issuing a Lock-sector command, the two Read/Write protection bits ($b_1$, $b_2$) are used to set the Read/Write access of the sector as described in *Table 8*.

**Table 8. Read/Write protection bit setting**

| Sector Lock | $b_2$, $b_1$ | Sector access when password presented | | Sector access when password not presented | |
|:---:|:---:|:---:|:---:|:---:|:---:|
| 0 | xx | Read | Write | Read | Write |
| 1 | 00 | Read | Write | Read | No Write |
| 1 | 01 | Read | Write | Read | Write |
| 1 | 10 | Read | Write | No Read | No Write |
| 1 | 11 | Read | No Write | No Read | No Write |

The next two bits of the Sector security status byte ($b_3$, $b_4$) are the password control bits. The value of these two bits is used to link a password to the sector, as defined in *Table 9*.

**Table 9. Password control bits**

| $b_4$, $b_3$ | Password |
|:---:|:---:|
| 00 | The sector is not protected by a password. |
| 01 | The sector is protected by password 1. |
| 10 | The sector is protected by password 2. |
| 11 | The sector is protected by password 3. |

The M24LR64E-R password protection is organized around a dedicated set of commands, plus a system area of three password blocks where the password values are stored. This system area is described in *Table 10*.

**Table 10. Password system area**

| Add | Password |
|:---:|:---:|
| 1 | Password 1 |
| 2 | Password 2 |
| 3 | Password 3 |

The dedicated commands for protection in RF mode are:

- Write-sector password:

  The Write-sector password command is used to write a 32-bit block into the password system area. This command must be used to update password values. After the write cycle, the new password value is automatically activated. It is possible to modify a password value after issuing a valid Present-sector password command. On delivery, the three default password values are set to 0000 0000h and are activated.

- Lock-sector:

  The Lock-sector command is used to set the sector security status byte of the selected sector. Bits $b_4$ to $b_1$ of the sector security status byte are affected by the Lock-sector

command. The sector lock bit, $b_0$, is set to 1 automatically. After issuing a Lock-sector command, the protection settings of the selected sector are activated. The protection of a locked block cannot be changed in RF mode. A Lock-sector command sent to a locked sector returns an error code.

- Present-sector password:

  The Present-sector password command is used to present one of the three passwords to the M24LR64E-R in order to modify the access rights of all the memory sectors linked to that password (*Table 8*) including the password itself. If the presented password is correct, the access rights remain activated until the tag is powered off or until a new Present-sector password command is issued. If the presented password value is not correct, all the access rights of all the memory sectors are deactivated.

- Sector security status byte area access conditions in $I^2C$ mode:

  In $I^2C$ mode, read access to the sector security status byte area is always allowed. Write access depends on the correct presentation of the $I^2C$ password (see *Section 5.16.1: $I^2C$ present password command description*).

  To access the Sector security status byte area, the device select code used for any $I^2C$ command must have the E2 Chip Enable address at 1.

  An $I^2C$ write access to a sector security status byte re-initializes the RF access condition to the given memory sector.

### 4.1.1 Example of the M24LR64E-R security protection in RF mode

*Table 11* and *Table 12* show the sector security protections before and after a valid Present-sector password command. *Table 11* shows the sector access rights of an M24LR64E-R after power-up. After a valid Present-sector password command with password 1, the memory sector access is changed as shown in *Table 12*.

**Table 11. M24LR64E-R sector security protection after power-up**

| Sector address | Sector features | | | Sector security status byte | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | $b_7b_6b_5$ | $b_4$ | $b_3$ | $b_2$ | $b_1$ | $b_0$ |
| 0 | Protection: standard | Read | No Write | xxx | 0 | 0 | 0 | 0 | 1 |
| 1 | Protection: password 1 | Read | No Write | xxx | 0 | 1 | 0 | 0 | 1 |
| 2 | Protection: password 1 | Read | Write | xxx | 0 | 1 | 0 | 1 | 1 |
| 3 | Protection: password 1 | No Read | No Write | xxx | 0 | 1 | 1 | 0 | 1 |
| 4 | Protection: password 1 | No Read | No Write | xxx | 0 | 1 | 1 | 1 | 1 |

**Table 12. M24LR64E-R sector security protection after a valid presentation of password 1**

| Sector address | Sector features | | | Sector security status byte | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | $b_7b_6b_5$ | $b_4$ | $b_3$ | $b_2$ | $b_1$ | $b_0$ |
| 0 | Protection: standard | Read | No Write | xxx | 0 | 0 | 0 | 0 | 1 |
| 1 | Protection: password 1 | Read | Write | xxx | 0 | 1 | 0 | 0 | 1 |
| 2 | Protection: password 1 | Read | Write | xxx | 0 | 1 | 0 | 1 | 1 |

**Table 12. M24LR64E-R sector security protection after a valid presentation of password 1 (continued)**

| Sector address | Sector features | | | Sector security status byte | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | $b_7b_6b_5$ | $b_4$ | $b_3$ | $b_2$ | $b_1$ | $b_0$ |
| 3 | Protection: password 1 | Read | Write | xxx | 0 | 1 | 1 | 0 | 1 |
| 4 | Protection: password 1 | Read | No Write | xxx | 0 | 1 | 1 | 1 | 1 |

## 4.2 M24LR64E-R block security in I²C mode (I2C_Write_Lock bit area)

In the I²C mode only, it is possible to protect individual sectors against Write operations. This feature is controlled by the I2C_Write_Lock bits stored in the 8 bytes of the I2C_Write_Lock bit area. I2C_Write_Lock bit area starts from location 8192 (see *Table 13*). To access the I2C_Write_Lock bit area, the device select code used for any I²C command must have the E2 Chip Enable address at 1.

Using these 16 bits, it is possible to write-protect all the 64 sectors of the M24LR64E-R memory. Each bit controls the I²C write access to a specific sector as shown in *Table 13*. It is always possible to unprotect a sector in the I²C mode. When an I2C_Write_Lock bit is reset to 0, the corresponding sector is unprotected. When the bit is set to 1, the corresponding sector is write-protected.

In I²C mode, read access to the I2C_Write_Lock bit area is always allowed. Write access depends on the correct presentation of the I²C password.

On delivery, the default value of the eight bytes of the I2C_Write_Lock bit area is reset to 00h.

**Table 13. I2C_Write_Lock bit**

| I²C byte address | | Bits [31:24] | Bits [23:16] | Bits [15:8] | Bits [7:0] |
|---|---|---|---|---|---|
| E2 = 1 | 2048 | sectors 31-24 | sectors 23-16 | sectors 15-8 | sectors 7-0 |
| E2 = 1 | 2052 | sectors 63-56 | sectors 55-48 | sectors 47-40 | sectors 39-32 |

## 4.3 Configuration byte and Control register

The M24LR64E-R offers an 8-bit non-volatile Configuration byte located at I²C location 2320 of the system area used to store the RF WIP/BUSY pin and the energy harvesting configuration (see *Table 14*).

The M24LR64E-R also offers an 8-bit volatile Control register located at I²C location 2336 of the system area used to store the energy harvesting enable bit as well as a FIELD_ON bit indicator (see *Table 15*).

### 4.3.1 RF WIP/BUSY pin configuration

The M24LR64E-R features a configurable open drain output RF WIP/BUSY pin used to provide RF activity information to an external device.



The RF WIP/BUSY pin functionality depends on the value of bit 3 of the Configuration byte.

- **RF busy mode**

When bit 3 of the Configuration byte is set to 0, the RF WIP/BUSY pin is configured in RF busy mode.

The purpose of this mode is to indicate to the I²C bus master whether the M24LR64E-R is busy in RF mode or not.

In this mode, the RF WIP/BUSY pin is tied to 0 from the RF command Start Of Frame (SOF) until the end of the command execution.

If a bad RF command is received, the RF WIP/BUSY pin is tied to 0 from the RF command SOF until the reception of the RF command CRC. Otherwise, the RF WIP/BUSY pin is in high-Z state.

When tied to 0, the RF WIP/BUSY signal returns to High-Z state if the RF field is cut-off.

During the execution of I²C commands, the RF WIP/BUSY pin remains in high-Z state.

- **RF Write in progress**

When bit 3 of the Configuration byte is set to 1, the RF WIP/BUSY pin is configured in RF Write in progress mode.

The purpose of this mode is to indicate to the I²C bus master that some data has been changed in RF mode.

In this mode, the RF WIP/BUSY pin is tied to 0 for the duration of an internal write operation (i.e. between the end of a valid RF write command and the beginning of the RF answer).

During the execution of I²C write operations, the RF WIP/BUSY pin remains in high-Z state.

### 4.3.2 Energy harvesting configuration

The M24LR64E-R features an Energy harvesting mode on the $V_{out}$ analog output.

The general purpose of the Energy harvesting mode is to deliver a part of the non-necessary RF power received by the M24LR64E-R on the AC0-AC1 RF input in order to supply an external device. The current consumption on the analog voltage output $V_{out}$ is limited to ensure that the M24LR64E-R is correctly supplied during the powering of the external device.

When the Energy harvesting mode is enabled and the power delivered on the AC0-AC1 RF input exceeds the minimum required $P_{AC0-AC1\_min}$, the M24LR64E-R is able to deliver a limited and unregulated voltage on the $V_{out}$ pin, assuming the current consumption on the $V_{out}$ does not exceed the $I_{sink\_max}$ maximum value.

If one of the conditions above is not met, the analog voltage output pin $V_{out}$ is set in High-Z state.

For robust applications using the Energy harvesting mode, four current fan-out levels can be chosen.

- $V_{out}$ **sink current configuration**

The sink current level is chosen by programming EH_cfg1 and EH_cfg0 into the Configuration byte (see *Table 14*).

The minimum power level required on AC0-AC1 RF input $P_{AC0-AC1\_min}$, the delivered voltage $V_{out}$, as well as the maximum current consumption $I_{sink\_max}$ on the $V_{out}$ pin corresponding to the <EH_cfg1,EH_cfg0> bit values are described in *Table 127*.

**Table 14. Configuration byte**

| I²C byte address | | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | BIT 1 | BIT 0 |
|---|---|---|---|---|---|---|---|---|---|
| E2=1 | 2320 | X[1] | X[1] | X[1] | X[1] | RF WIP/BUSY | EH_mode | EH_cfg1 | EH_cfg0 |

1. Bit 7 to bit 4 are don't care bits.

- **Energy harvesting enable control**

Delivery of Energy harvesting analog output voltage on the $V_{out}$ pin depends on the value of the EH_enable bit of the volatile Control register (see *Table 15*).

**Table 15. Control register**

| I²C byte address | | Bit 7 | Bit 6 | Bit 5 | Bit 4 | Bit 3 | Bit 2 | BIT 1 | BIT 0 |
|---|---|---|---|---|---|---|---|---|---|
| E2=1 | 2336 | T-Prog[1] | 0[1] | 0[1] | 0[1] | 0[1] | 0[1] | FIELD_ON[1] | EH_enable |

1. Bit 7 to bit 1 are read-only bits.

  – When set to 1, the EH_enable bit enables the Energy harvesting mode, meaning that the $V_{out}$ analog output signal is delivered when the $P_{AC0-AC1\_min}$ and $I_{sink\_max}$ conditions corresponding to the chosen sink current configuration bit are met (see *Table 127*).
  – When set to 0, the EH_enable bit disables the Energy harvesting mode and the analog output $V_{out}$ remains in High-Z state.
  – The T_Prog flag indicates a correct duration of the I²C write time (tw). This bit is reset to 0 after POR and at the beginning of each writing cycle; it is set to 1 only after a correct completion of the writing cycle.

- **Energy harvesting default mode control**

At power-up, in I²C or RF mode, the EH_enable bit is updated according to the value of the EH_mode bit stored in the non-volatile Configuration byte (see *Table 16*). In other words, the EH_mode bit is used to configure whether the Energy harvesting mode is enabled or not by default.

**Table 16. EH_enable bit value after power-up**

| EH_mode value | EH_enable after power-up | Energy harvesting after power-up |
|---|---|---|
| 0 | 1 | enabled |
| 1 | 0 | disabled |

### 4.3.3 FIELD_ON indicator bit

The FIELD_ON indicator bit located as bit 1 of the Control register is a read-only bit used to indicate when the RF power level delivered to the M24LR64E-R is sufficient to execute RF commands.

- When FIELD_ON = 0, the M24LR64E-R is not able to execute any RF commands.
- When FIELD_ON =1, the M24LR64E-R is able to execute any RF commands.

*Note:*    *During read access to the Control register in RF mode, the FIELD_ON bit is always read at 1.*

### 4.3.4 Configuration byte access in I²C and RF modes

In I²C mode, read and write accesses to the non-volatile Configuration byte are always allowed. To access the Configuration byte, the device select code used for any I²C command must have the E2 Chip enable address at 1.

The dedicated commands to access the Configuration byte in RF mode are:

- Read configuration byte command (ReadCfg):
    - The ReadCfg command is used to read the eight bits of the Configuration byte.
- Write energy harvesting configuration command (WriteEHCfg):
    - The WriteEHCfg command is used to write the EH_mode, EH_cfg1 and EH_cfg0 bits into the Configuration byte.
- Write RF WIP/BUSY pin configuration command (WriteDOCfg):
    - The WriteDOCfg command is used to write the RF WIP/BUSY bit into the Configuration byte.

After any write access to the Configuration byte, the new configuration is automatically applied.

### 4.3.5 Control register access in I²C or RF mode

In I²C mode, read and write accesses to the volatile Control register are always allowed. To access the Control register, the device select code used for any I²C command must have the E2 Chip enable address at 1.

The dedicated commands to access the Control register in RF mode are:

- Check energy harvesting enable bit command (CheckEHEn):
    - The CheckEHEn command is used to read the eight bits of the Control register. When it is run, the FIELD_ON bit is always read at 1.
- Set/reset energy harvesting enable bit command (SetRstEHEn):
    - The SetRstEHEn command is used to set or reset the value of the EH_enable bit into the Control register.

## 4.4 ISO 15693 system parameters

The M24LR64E-R provides the system area required by the ISO 15693 RF protocol, as shown in *Table 17*.

The first 32-bit block starting from I²C address 2304 stores the I²C password. This password is used to activate/deactivate the write protection of the protected sector in I²C

mode. At power-on, all user memory sectors protected by the I2C_Write_Lock bits can be read but cannot be modified. To remove the write protection, it is necessary to use the I$^2$C present password described in *Figure 12*. When the password is correctly presented — that is, when all the presented bits correspond to the stored ones — it is also possible to modify the I$^2$C password using the I$^2$C write password command described in *Figure 13*.

The next three 32-bit blocks store the three RF passwords. These passwords are neither read- nor write- accessible in the I$^2$C mode.

The next byte stores the Configuration byte, at I²C location 2320. This Control register is used to store the three energy harvesting configuration bits and the RF WIP/BUSY configuration bit.

The next two bytes are used to store the AFI, at I²C location 2322, and the DSFID, at I$^2$C location 2323. These two values are used during the RF inventory sequence. They are read-only in the I$^2$C mode.

The next eight bytes, starting from location 2324, store the 64-bit UID programmed by ST on the production line. Bytes at I$^2$C locations 2332 to 2335 store the IC Ref and the Mem_Size data used by the RF Get_System_Info command. The UID, Mem_Size and IC ref values are read-only data.

**Table 17. System parameter sector**

| I²C byte address | | Bits [31:24] | Bits [23:16] | Bits [15:8] | Bits [7:0] |
|---|---|---|---|---|---|
| E2 = 1 | 2304 | I²C password[1] | | | |
| E2 = 1 | 2308 | RF password 1[1] | | | |
| E2 = 1 | 2312 | RF password 2[1] | | | |
| E2 = 1 | 2316 | RF password 3[1] | | | |
| E2 = 1 | 2320 | DSFID (FFh) | AFI (00h) | ST reserved (Exh)[2] | Configuration byte (F4h) |
| E2 = 1 | 2324 | UID | UID | UID | UID |
| E2 = 1 | 2328 | UID (E0h) | UID (02h) | UID | UID |
| E2 = 1 | 2332 | Mem_Size (03 07FFh) | | | IC Ref (5Eh) |
| E2 = 1 | 2336 | - | - | - | Prog. completion and Energy harvesting status[3] |

1. Delivery state: I²C password = 0000 0000h, RF password = 0000 0000h, Configuration byte = F4h

2. The product revision is the Most significant nibble of the byte located at address 0x911 (2321 d) in the system area (Device select code E2 =1). From DS rev4, the product revision value is 0xE. The Least significant nibble is ST reserved.

3. Address system 2336 (920h, E2=1) is the control register.
   Bit 7 is T_Prog (refer to *Table 15: Control register*). When accessed in RF, this bit is not significant and set to 0.
   Bits 2-6 are RFU and set to 0.
   Bit 1 is FIELD_ON (refer to *Table 15: Control register*).
   Bit 0 is EH_enable (refer to *Table 15: Control register*).

# 5        I²C device operation

The device supports the I²C protocol. This is summarized in *Figure 4*. Any device that sends data to the bus is defined as a transmitter, and any device that reads data is defined as a receiver. The device that controls the data transfer is known as the bus master, and the other as the slave device. A data transfer can only be initiated by the bus master, which also provides the serial clock for synchronization. The M24LR64E-R device is a slave in all communications.

## 5.1        Start condition

Start is identified by a falling edge of serial data (SDA) while the serial clock (SCL) is stable in the high state. A Start condition must precede any data transfer command. The device continuously monitors (except during a write cycle) the SDA and the SCL for a Start condition, and does not respond unless one is given.

## 5.2        Stop condition

Stop is identified by a rising edge of serial data (SDA) while the serial clock (SCL) is stable and driven high. A Stop condition terminates communication between the device and the bus master. A Read command that is followed by NoAck can be followed by a Stop condition to force the device into the Standby mode. A Stop condition at the end of a Write command triggers the internal write cycle.

## 5.3        Acknowledge bit (Ack)

The acknowledge bit is used to indicate a successful byte transfer. The bus transmitter, whether a bus master or a slave device, releases the serial data (SDA) after sending eight bits of data. During the 9th clock pulse period, the receiver pulls the SDA low to acknowledge the receipt of the eight data bits.

## 5.4        Data input

During data input, the device samples serial data (SDA) on the rising edge of the serial clock (SCL). For correct device operation, the SDA must be stable during the rising edge of the SCL, and the SDA signal must change *only* when the SCL is driven low.

## 5.5        I²C timeout

During the execution of an I²C operation, RF communications are not possible.

To prevent RF communication freezing due to inadvertent unterminated instructions sent to the I²C bus, the M24LR64E-R features a timeout mechanism that automatically resets the I²C logic block.

### 5.5.1 I²C timeout on Start condition

I²C communication with the M24LR64E-R starts with a valid Start condition, followed by a device select code.

If the delay between the Start condition and the following rising edge of the Serial Clock (SCL) that samples the most significant of the Device Select exceeds the $t_{START\_OUT}$ time (see *Table 123*), the I²C logic block is reset and further incoming data transfer is ignored until the next valid Start condition.

**Figure 7. I²C timeout on Start condition**



### 5.5.2 I²C timeout on clock period

During data transfer on the I²C bus, if the serial clock pulse width high ($t_{CHCL}$) or serial clock pulse width low ($t_{CLCH}$) exceeds the maximum value specified in *Table 123*, the I²C logic block is reset and any further incoming data transfer is ignored until the next valid Start condition.

## 5.6 Memory addressing

To start a communication between the bus master and the slave device, the bus master must initiate a Start condition. Following this, the bus master sends the device select code, shown in *Table 2* (on Serial Data (SDA), the most significant bit first).

The device select code consists of a 4-bit device type identifier and a 3-bit Chip Enable "Address" (E2,1,1). To address the memory array, the 4-bit device type identifier is 1010b. Refer to *Table 2*.

The eighth bit is the Read/$\overline{\text{Write}}$ bit (R$\overline{\text{W}}$). It is set to 1 for Read and to 0 for Write operations.

If a match occurs on the device select code, the corresponding device gives an acknowledgment on serial data (SDA) during the ninth bit time. If the device does not match the device select code, it deselects itself from the bus, and goes into Standby mode.

**Table 18. Operating modes**

| Mode | R$\overline{\text{W}}$ bit | Bytes | Initial sequence |
|------|------|-------|------------------|
| Current address read | 1 | 1 | Start, device select, R$\overline{\text{W}}$ = 1 |
| Random address read | 0 | 1 | Start, device select, R$\overline{\text{W}}$ = 0, address |
|  | 1 |  | reStart, device select, R$\overline{\text{W}}$ = 1 |
| Sequential read | 1 | ≥ 1 | Similar to current or random address read |
| Byte write | 0 | 1 | Start, device select, R$\overline{\text{W}}$ = 0 |
| Page write | 0 | ≤ 4 bytes | Start, device select, R$\overline{\text{W}}$ = 0 |

**Figure 8. Write mode sequences with I2C_Write_Lock bit = 1 (data write inhibited)**



## 5.7 Write operations

Following a Start condition, the bus master sends a device select code with the Read/$\overline{\text{Write}}$ bit (R$\overline{\text{W}}$) reset to 0. The device acknowledges this, as shown in *Figure 8*, and waits for two address bytes. The device responds to each address byte with an acknowledge bit, and then waits for the data byte.

Writing to the memory may be inhibited if the I2C_Write_Lock bit = 1. A Write instruction issued with the I2C_Write_Lock bit = 1 and with no I2C_Password presented does not modify the memory contents, and the accompanying data bytes are *not* acknowledged, as shown in *Figure 8*.

Each data byte in the memory has a 16-bit (two-byte wide) address. The most significant byte (*Table 3*) is sent first, followed by the least significant byte (*Table 4*). Bits b15 to b0 form the address of the byte in memory.

When the bus master generates a Stop condition immediately after the Ack bit (in the tenth-bit time slot), either at the end of a byte write or a page write, the internal write cycle is triggered. A Stop condition at any other time slot does not trigger the internal write cycle.

After the Stop condition, the delay $t_W$, and the successful completion of a Write operation, the device's internal address counter is incremented automatically, to point to the next byte address after the last one that was modified.

During the internal write cycle, the serial data (SDA) signal is disabled internally, and the device does not respond to any requests.

## 5.8 Byte write

After the device select code and the address bytes, the bus master sends one data byte. If the addressed location is write-protected by the I2C_Write_Lock bit (= 1), the device replies with NoAck, and the location is not modified. If the addressed location is not write-protected, the device replies with Ack. The bus master terminates the transfer by generating a Stop condition, as shown in *Figure 9*.

## 5.9 Page write

The Page write mode allows up to four bytes to be written in a single write cycle, provided that they are all located in the same "row" in the memory: that is, the most significant memory address bits (b12-b2) are the same. If more bytes are sent than fit up to the end of the row, a condition known as "roll-over" occurs. This should be avoided, as data starts to become overwritten in an implementation-dependent way.

The bus master sends from one to four bytes of data, each of which is acknowledged by the device if the I2C_Write_Lock bit = 0 or the I2C_Password was correctly presented. If the I2C_Write_Lock_bit = 1 and the I2C_password are not presented, the contents of the addressed memory location are not modified, and each data byte is followed by a NoAck. After each byte is transferred, the internal byte address counter (inside the page) is incremented. The transfer is terminated by the bus master generating a Stop condition.

**Figure 9. Write mode sequences with I2C_Write_Lock bit = 0 (data write enabled)**

**Figure 10. Write cycle polling flowchart using Ack**



## 5.10 Minimizing system delays by polling on Ack

During the internal write cycle, the device disconnects itself from the bus, and writes a copy of the data from its internal latches to the memory cells. The maximum I²C write time ($t_w$) is shown in *Table 123*, but the typical time is shorter. To make use of this, a polling sequence can be used by the bus master.

The sequence, as shown in *Figure 10*, is:

1. Initial condition: a write cycle is in progress.
2. Step 1: the bus master issues a Start condition followed by a device select code (the first byte of the new instruction).
3. Step 2: if the device is busy with the internal write cycle, no Ack is returned and the bus master goes back to Step 1. If the device has terminated the internal write cycle, it responds with an Ack, indicating that the device is ready to receive the second part of the instruction (the first byte of this instruction having been sent during Step 1).

**M24LR64E-R**                                                                                I²C device operation

### Figure 11. Read mode sequences



1. The seven most significant bits of the device select code of a random read (in the first and fourth bytes) must be identical.

## 5.11 Read operations

Read operations are performed independently of the state of the I2C_Write_Lock bit.

After the successful completion of a read operation, the device's internal address counter is incremented by one, to point to the next byte address.

## 5.12 Random Address Read

A dummy write is first performed to load the address into this address counter (as shown in *Figure 11*) but *without* sending a Stop condition. Then, the bus master sends another Start condition, and repeats the device select code, with the Read/Write bit (RW) set to 1. The device acknowledges this, and outputs the contents of the addressed byte. The bus master must *not* acknowledge the byte, and terminates the transfer with a Stop condition.

## 5.13 Current Address Read

For the Current Address Read operation, following a Start condition, the bus master only sends a device select code with the Read/Write bit (RW) set to 1. The device acknowledges this, and outputs the byte addressed by the internal address counter. The counter is then incremented. The bus master terminates the transfer with a Stop condition, as shown in *Figure 11*, *without* acknowledging the byte.

## 5.14 Sequential Read

This operation can be used after a Current Address Read or a Random Address Read. The bus master *does* acknowledge the data byte output, and sends additional clock pulses so that the device continues to output the next byte in sequence. To terminate the stream of bytes, the bus master must *not* acknowledge the last byte, and *must* generate a Stop condition, as shown in *Figure 11*.

The output data comes from consecutive addresses, with the internal address counter automatically incremented after each byte output. After the last memory address, the address counter "rolls over", and the device continues to output data from memory address 00h.

## 5.15 Acknowledge in Read mode

For all Read commands, the device waits, after each byte read, for an acknowledgment during the ninth bit time. If the bus master does not drive Serial Data (SDA) low during this time, the device terminates the data transfer and switches to its Standby mode.

## 5.16      M24LR64E-R I$^2$C password security

The M24LR64E-R controls I$^2$C sector write access using the 32-bit-long I$^2$C password and the 64-bit I2C_Write_Lock bit area. The I$^2$C password value is managed using two I$^2$C commands: I$^2$C present password and I$^2$C write password.

### 5.16.1    I$^2$C present password command description

The I$^2$C present password command is used in I$^2$C mode to present the password to the M24LR64E-R in order to modify the write access rights of all the memory sectors protected by the I2C_Write_Lock bits, including the password itself. If the presented password is correct, the access rights remain activated until the M24LR64E-R is powered off or until a new I$^2$C present password command is issued.

Following a Start condition, the bus master sends a device select code with the Read/$\overline{\text{Write}}$ bit (R$\overline{\text{W}}$) reset to 0 and the Chip Enable bit E2 at 1. The device acknowledges this, as shown in *Figure 12*, and waits for two I$^2$C password address bytes, 09h and 00h. The device responds to each address byte with an acknowledge bit, and then waits for the four password data bytes, the validation code, 09h, and a resend of the four password data bytes. The most significant byte of the password is sent first, followed by the least significant bytes.

It is necessary to send the 32-bit password twice to prevent any data corruption during the sequence. If the two 32-bit passwords sent are not exactly the same, the M24LR64E-R does not start the internal comparison.

When the bus master generates a Stop condition immediately after the Ack bit (during the tenth bit time slot), an internal delay equivalent to the write cycle time is triggered. A Stop condition at any other time does not trigger the internal delay. During that delay, the M24LR64E-R compares the 32 received data bits with the 32 bits of the stored I$^2$C password. If the values match, the write access rights to all protected sectors are modified after the internal delay. If the values do not match, the protected sectors remain protected.

During the internal delay, the serial data (SDA) signal is disabled internally, and the device does not respond to any requests.

**Figure 12. I$^2$C present password command**



### 5.16.2    I²C write password command description

The I²C write password command is used to write a 32-bit block into the M24LR64E-R I²C password system area. This command is used in I²C mode to update the I²C password value. It cannot be used to update any of the RF passwords. After the write cycle, the new I²C password value is automatically activated. The I²C password value can only be modified after issuing a valid I²C present password command.

On delivery, the I²C default password value is set to 0000 0000h and is activated.

Following a Start condition, the bus master sends a device select code with the Read/Write bit (R$\overline{W}$) reset to 0 and the Chip Enable bit E2 at 1. The device acknowledges this, as shown in *Figure 13*, and waits for the two I²C password address bytes, 09h and 00h. The device responds to each address byte with an acknowledge bit, and then waits for the four password data bytes, the validation code, 07h, and a resend of the four password data bytes. The most significant byte of the password is sent first, followed by the least significant bytes.

It is necessary to send twice the 32-bit password to prevent any data corruption during the write sequence. If the two 32-bit passwords sent are not exactly the same, the M24LR64E-R does not modify the I²C password value.

When the bus master generates a Stop condition immediately after the Ack bit (during the tenth bit time slot), the internal write cycle is triggered. A Stop condition at any other time does not trigger the internal write cycle.

During the internal write cycle, the serial data (SDA) signal is disabled internally, and the device does not respond to any requests.

**Figure 13. I²C write password command**



# 6        M24LR64E-R memory initial state

The device is delivered with all bits in the user memory array set to 1 (each byte contains FFh).

The DSFID is programmed to FFh and the AFI is programmed to 00h.

Configuration byte set to F4h:

- Bit 7 to bit 4: all set to 1
- Bit 3: set to 0 (RF BUSY mode on RF WIP/BUSY pin)
- Bit 2: set to 1 (Energy harvesting not activated by default)
- Bit 1 and bit 0: set to 0

# 7        RF device operation

The M24LR64E-R is divided into 64 sectors of 32 blocks of 32 bits, as shown in *Table 5*. Each sector can be individually read- and/or write-protected using a specific lock or password command.

Read and Write operations are possible if the addressed block is not protected. During a Write, the 32 bits of the block are replaced by the new 32-bit value.

The M24LR64E-R also has a 64-bit block that is used to store the 64-bit unique identifier (UID). The UID is compliant with the ISO 15963 description, and its value is used during the anticollision sequence (Inventory). This block is not accessible by the user in RF device operation and its value is written by ST on the production line.

The M24LR64E-R also includes an AFI register in which the application family identifier is stored, and a DSFID register in which the data storage family identifier used in the anticollision algorithm is stored.

The M24LR64E-R has three 32-bit blocks in which the password codes are stored and an 8-bit Configuration byte in which the Energy harvesting mode and RF WIP/BUSY pin configuration is stored.

## 7.1      RF communication and energy harvesting

As the current consumption can affect the AC signal delivered by the antenna, RF communications with M24LR64E-R are not guaranteed during voltage delivery on the energy harvesting analog output $V_{out}$.

RF communication can disturb and possibly stop Energy Harvesting mode.

## 7.2 Commands

The M24LR64E-R supports the following commands:

- *Inventory*, used to perform the anticollision sequence.
- *Stay quiet*, used to put the M24LR64E-R in quiet mode, where it does not respond to any inventory command.
- *Select*, used to select the M24LR64E-R. After this command, the M24LR64E-R processes all Read/Write commands with Select_flag set.
- *Reset to ready*, used to put the M24LR64E-R in the ready state.
- *Read block*, used to output the 32 bits of the selected block and its locking status.
- *Write block*, used to write the 32-bit value in the selected block, provided that it is not locked.
- *Read multiple blocks*, used to read the selected blocks and send back their value.
- *Write AFI*, used to write the 8-bit value in the AFI register.
- *Lock AFI*, used to lock the AFI register.
- *Write DSFID*, used to write the 8-bit value in the DSFID register.
- *Lock DSFID*, used to lock the DSFID register.
- *Get system info*, used to provide the system information value.
- *Get multiple block security status*, used to send the security status of the selected block.
- *Initiate*, used to trigger the tag response to the Inventory initiated sequence.
- *Inventory initiated*, used to perform the anticollision sequence triggered by the Initiate command.
- *Write-sector password*, used to write the 32 bits of the selected password.
- *Lock-sector*, used to write the sector security status bits of the selected sector.
- *Present-sector password*, enables the user to present a password to unprotect the user blocks linked to this password.
- *Fast initiate*, used to trigger the tag response to the Inventory initiated sequence.
- *Fast inventory initiated*, used to perform the anticollision sequence triggered by the Initiate command.
- *Fast read single block*, used to output the 32 bits of the selected block and its locking status.
- *Fast read multiple blocks*, used to read the selected blocks and send back their value.
- *ReadCfg,* used to read the 8-bit Configuration byte and send back its value.
- *WriteEHCfg*, used to write the energy harvesting configuration bits into the Configuration byte.
- *WriteDOCfg*, used to write the RF WIP/BUSY pin configuration bit into the Configuration byte.
- *SetRstEHEn*, used to set or reset the EH_enable bit into the volatile Control register.
- *CheckEHEn*, used to send back the value of the volatile Control register.

## 7.3       Initial dialog for vicinity cards

The dialog between the vicinity coupling device or VCD (commonly the "RF reader") and the vicinity integrated circuit card or VICC (M24LR64E-R) takes place as follows:

- activation of the M24LR64E-R by the RF operating field of the VCD
- transmission of a command by the VCD
- transmission of a response by the M24LR64E-R.

These operations use the RF power transfer and communication signal interface described below (see *Power transfer*, *Frequency* and *Operating field*). This technique is called RTF (Reader talks first).

### 7.3.1      Power transfer

Power is transferred to the M24LR64E-R by radio frequency at 13.56 MHz via coupling antennas in the M24LR64E-R and the VCD. The RF operating field of the VCD is transformed on the M24LR64E-R antenna to an AC voltage which is rectified, filtered and internally regulated.

During communications, the amplitude modulation (ASK) on this received signal is demodulated by the ASK demodulator.

### 7.3.2      Frequency

The ISO 15693 standard defines the carrier frequency ($f_C$) of the operating field as 13.56 MHz ±7 kHz.

### 7.3.3      Operating field

The M24LR64E-R operates continuously between the minimum and maximum values of the electromagnetic field H defined in *Table 125*. The VCD has to generate a field within these limits.

# 8 Communication signal from VCD to M24LR64E-R

Communications between the VCD and the M24LR64E-R take place using the modulation principle of ASK (Amplitude shift keying). Two modulation indexes are used, 10% and 100%. The M24LR64E-R decodes both. The VCD determines which index is used.

The modulation index is defined as $[a - b]/[a + b]$, where a is the peak signal amplitude, and b the minimum signal amplitude of the carrier frequency.

Depending on the choice made by the VCD, a "pause" is created as described in *Figure 14* and *Figure 15*.

The M24LR64E-R is operational for the 100% modulation index or for any degree of modulation index between 10% and 30% (see *Table 125*).

**Figure 14. 100% modulation waveform**



The clock recovery shall be operational after $t_4$ max

| | Min | Max |
|---|---|---|
| $t_1$ | 6.0 µs | 9.44 µs |
| $t_2$ | 2.1 µs | $t_1$ |
| $t_3$ | 0 µs | 4.5 µs |
| $t_4$ | 0 µs | 0.8 µs |

**Table 19. 10% modulation parameters**

| Symbol | Parameter definition | Value |
|---|---|---|
| hr | $0.1 \times (a - b)$ | max |
| hf | $0.1 \times (a - b)$ | max |

**Figure 15. 10% modulation waveform**



|   | Min | Max |
|---|---|---|
| $t_1$ | 6.0 µs | 9.44 µs |
| $t_2$ | 3.0 µs | $t_1$ |
| $t_3$ | 0 | 4.5 µs |
| Modulation index | 10% | 30% |

| y | 0.05 (a-b) |
|---|---|
| hf, hr | 0.1 (a-b) max |

The VICC shall be operational for any value of modulation index between 10 and 30%.

MS40501V1

# 9 Data rate and data coding

The data coding implemented in the M24LR64E-R uses pulse position modulation. Both data coding modes that are described in the ISO15693 are supported by the M24LR64E-R. The selection is made by the VCD and indicated to the M24LR64E-R within the start of frame (SOF).

## 9.1 Data coding mode: 1 out of 256

The value of a single byte is represented by the position of one pause. The position of the pause on one of 256 successive time periods of 18.88 µs ($256/f_C$) determines the value of the byte. In this case, the transmission of one byte takes 4.833 ms and the resulting data rate is 1.65 Kbits/s ($f_C/8192$).

*Figure 16* illustrates this pulse position modulation technique. In this figure, data E1h (225 decimal) is sent by the VCD to the M24LR64E-R.

The pause occurs during the second half of the position of the time period that determines the value, as shown in *Figure 17*.

A pause during the first period transmits the data value 00h. A pause during the last period transmits the data value FFh (255 decimal).

**Figure 16. 1 out of 256 coding mode**



**Figure 17. Detail of a time period**



## 9.2      Data coding mode: 1 out of 4

The value of two bits is represented by the position of one pause. The position of the pause on one of four successive time periods of 18.88 µs ($256/f_C$) determines the value of the two bits. Four successive pairs of bits form a byte, where the least significant pair of bits is transmitted first.

In this case, the transmission of one byte takes 302.08 µs and the resulting data rate is 26.48 Kbits/s ($f_C$/512). *Figure 18* illustrates the 1 out of 4 pulse position technique and coding. *Figure 19* shows the transmission of E1h (225d - 1110 0001b) by the VCD.

**Figure 18. 1 out of 4 coding mode**



**Figure 19. 1 out of 4 coding example**




## 9.3     VCD to M24LR64E-R frames

Frames are delimited by a start of frame (SOF) and an end of frame (EOF). They are implemented using code violation. Unused options are reserved for future use.

The M24LR64E-R is ready to receive a new command frame from the VCD 311.5 µs after sending a response frame to the VCD.

The M24LR64E-R takes a power-up time of 0.1 ms after being activated by the powering field. After this delay, the M24LR64E-R is ready to receive a command frame from the VCD.

## 9.4 Start of frame (SOF)

The SOF defines the data coding mode the VCD is to use for the following command frame. The SOF sequence described in *Figure 20* selects the 1 out of 256 data coding mode. The SOF sequence described in *Figure 21* selects the 1 out of 4 data coding mode. The EOF sequence for either coding mode is described in *Figure 22*.

**Figure 20. SOF to select 1 out of 256 data coding mode**



**Figure 21. SOF to select 1 out of 4 data coding mode**



**Figure 22. EOF for either data coding mode**



# 10      Communication signal from M24LR64E-R to VCD

The M24LR64E-R has several modes defined for some parameters, so that it can operate in various noise environments and meet various application requirements.

## 10.1      Load modulation

The M24LR64E-R is capable of communicating to the VCD via an inductive coupling area whereby the carrier is loaded to generate a subcarrier with frequency $f_S$. The subcarrier is generated by switching a load in the M24LR64E-R.

The load-modulated amplitude received on the VCD antenna must be of at least 10 mV when measured, as described in the test methods defined in International Standard ISO10373-7.

## 10.2      Subcarrier

The M24LR64E-R supports the one-subcarrier and two-subcarriers response formats. These formats are selected by the VCD using the first bit in the protocol header. When one subcarrier is used, the frequency $f_{S1}$ of the subcarrier load modulation is 423.75 kHz ($f_C$/32). When two subcarriers are used, the frequency $f_{S1}$ is 423.75 kHz ($f_C$/32), and frequency $f_{S2}$ is 484.28 kHz ($f_C$/28). When using the two-subcarriers mode, the M24LR64E-R generates a continuous phase relationship between $f_{S1}$ and $f_{S2}$.

## 10.3      Data rates

The M24LR64E-R can respond using the low or the high data rate format. The selection of the data rate is made by the VCD using the second bit in the protocol header. For fast commands, the selected data rate is multiplied by two. *Table 20* shows the different data rates produced by the M24LR64E-R using the different response format combinations.

**Table 20. Response data rates**

| Data rate | | One subcarrier | Two subcarriers |
|---|---|---|---|
| Low | Standard commands | 6.62 Kbit/s ($f_c$/2048) | 6.67 Kbit/s ($f_c$/2032) |
| | Fast commands | 13.24 Kbit/s ($f_c$/1024) | Not applicable |
| High | Standard commands | 26.48 Kbit/s ($f_c$/512) | 26.69 Kbit/s ($f_c$/508) |
| | Fast commands | 52.97 Kbit/s ($f_c$/256) | Not applicable |

# 11 Bit representation and coding

Data bits are encoded using Manchester coding, according to the following schemes. For the low data rate, same subcarrier frequency or frequencies is/are used. In this case, the number of pulses is multiplied by 4 and all times increase by this factor. For the Fast commands using one subcarrier, all pulse numbers and times are divided by 2.

## 11.1 Bit coding using one subcarrier

### 11.1.1 High data rate

A logic 0 starts with eight pulses at 423.75 kHz ($f_C$/32) followed by an unmodulated time of 18.88 µs, as shown in *Figure 23*.

**Figure 23. Logic 0, high data rate**



For the fast commands, a logic 0 starts with four pulses at 423.75 kHz ($f_C$/32) followed by an unmodulated time of 9.44 µs, as shown in *Figure 24*.

**Figure 24. Logic 0, high data rate, fast commands**



A logic 1 starts with an unmodulated time of 18.88 µs followed by eight pulses at 423.75 kHz ($f_C$/32), as shown in *Figure 25*.

**Figure 25. Logic 1, high data rate**



For the Fast commands, a logic 1 starts with an unmodulated time of 9.44 µs followed by four pulses of 423.75 kHz ($f_C$/32), as shown in *Figure 26*.

**Figure 26. Logic 1, high data rate, fast commands**



### 11.1.2 Low data rate

A logic 0 starts with 32 pulses at 423.75 kHz ($f_C/32$) followed by an unmodulated time of 75.52 µs, as shown in *Figure 27*.

**Figure 27. Logic 0, low data rate**



For the Fast commands, a logic 0 starts with 16 pulses at 423.75 kHz ($f_C/32$) followed by an unmodulated time of 37.76 µs, as shown in *Figure 28*.

**Figure 28. Logic 0, low data rate, fast commands**



A logic 1 starts with an unmodulated time of 75.52 µs followed by 32 pulses at 423.75 kHz ($f_C/32$), as shown in *Figure 29*.

**Figure 29. Logic 1, low data rate**



For the Fast commands, a logic 1 starts with an unmodulated time of 37.76 µs followed by 16 pulses at 423.75 kHz ($f_C/32$), as shown in *Figure 30*.

**Figure 30. Logic 1, low data rate, fast commands**



## 11.2 Bit coding using two subcarriers

### 11.2.1 High data rate

A logic 0 starts with eight pulses at 423.75 kHz ($f_C$/32) followed by nine pulses at 484.28 kHz ($f_C$/28), as shown in *Figure 31*. Bit coding using two subcarriers is not supported for the Fast commands.

**Figure 31. Logic 0, high data rate**



A logic 1 starts with nine pulses at 484.28 kHz ($f_C$/28) followed by eight pulses at 423.75 kHz ($f_C$/32), as shown in *Figure 32*. Bit coding using two subcarriers is not supported for the Fast commands.

**Figure 32. Logic 1, high data rate**



### 11.2.2 Low data rate

A logic 0 starts with 32 pulses at 423.75 kHz ($f_C$/32) followed by 36 pulses at 484.28 kHz ($f_C$/28), as shown in *Figure 33*. Bit coding using two subcarriers is not supported for the Fast commands.

**Figure 33. Logic 0, low data rate**



A logic 1 starts with 36 pulses at 484.28 kHz ($f_C$/28) followed by 32 pulses at 423.75 kHz ($f_C$/32) as shown in *Figure 34*. Bit coding using two subcarriers is not supported for the Fast commands.

**Figure 34. Logic 1, low data rate**



# 12      M24LR64E-R to VCD frames

Frames are delimited by an SOF and an EOF. They are implemented using code violation. Unused options are reserved for future use. For the low data rate, the same subcarrier frequency or frequencies is/are used. In this case, the number of pulses is multiplied by 4. For the Fast commands using one subcarrier, all pulse numbers and times are divided by 2.

## 12.1     SOF when using one subcarrier

### 12.1.1    High data rate

The SOF includes an unmodulated time of 56.64 µs, followed by 24 pulses at 423.75 kHz ($f_C$/32), and a logic 1 that consists of an unmodulated time of 18.88 µs followed by eight pulses at 423.75 kHz, as shown in *Figure 35*.

**Figure 35. Start of frame, high data rate, one subcarrier**



For the Fast commands, the SOF comprises an unmodulated time of 28.32 µs, followed by 12 pulses at 423.75 kHz ($f_C$/32), and a logic 1 that consists of an unmodulated time of 9.44 µs followed by four pulses at 423.75 kHz, as shown in *Figure 36*.

**Figure 36. Start of frame, high data rate, one subcarrier, fast commands**



### 12.1.2    Low data rate

The SOF comprises an unmodulated time of 226.56 µs, followed by 96 pulses at 423.75 kHz ($f_C$/32), and a logic 1 that consists of an unmodulated time of 75.52 µs followed by 32 pulses at 423.75 kHz, as shown in *Figure 37*.

**Figure 37. Start of frame, low data rate, one subcarrier**



For the Fast commands, the SOF comprises an unmodulated time of 113.28 µs, followed by 48 pulses at 423.75 kHz ($f_C$/32), and a logic 1 that includes an unmodulated time of 37.76 µs followed by 16 pulses at 423.75 kHz, as shown in *Figure 38*.

**Figure 38. Start of frame, low data rate, one subcarrier, fast commands**



## 12.2 SOF when using two subcarriers

### 12.2.1 High data rate

The SOF comprises 27 pulses at 484.28 kHz ($f_C$/28), followed by 24 pulses at 423.75 kHz ($f_C$/32), and a logic 1 that includes nine pulses at 484.28 kHz followed by eight pulses at 423.75 kHz, as shown in *Figure 39*.

Bit coding using two subcarriers is not supported for the Fast commands.

**Figure 39. Start of frame, high data rate, two subcarriers**



### 12.2.2 Low data rate

The SOF comprises 108 pulses at 484.28 kHz ($f_C$/28), followed by 96 pulses at 423.75 kHz ($f_C$/32), and a logic 1 that includes 36 pulses at 484.28 kHz followed by 32 pulses at 423.75 kHz, as shown in *Figure 40*.

Bit coding using two subcarriers is not supported for the Fast commands.

**Figure 40. Start of frame, low data rate, two subcarriers**



## 12.3      EOF when using one subcarrier

### 12.3.1    High data rate

The EOF comprises a logic 0 that includes eight pulses at 423.75 kHz and an unmodulated time of 18.88 µs, followed by 24 pulses at 423.75 kHz ($f_C$/32), and by an unmodulated time of 56.64 µs, as shown in *Figure 41*.

**Figure 41. End of frame, high data rate, one subcarrier**



For the Fast commands, the EOF comprises a logic 0 that includes four pulses at 423.75 kHz and an unmodulated time of 9.44 µs, followed by 12 pulses at 423.75 kHz ($f_C$/32) and an unmodulated time of 37.76 µs, as shown in *Figure 42*.

**Figure 42. End of frame, high data rate, one subcarrier, fast commands**



### 12.3.2    Low data rate

The EOF comprises a logic 0 that includes 32 pulses at 423.75 kHz and an unmodulated time of 75.52 µs, followed by 96 pulses at 423.75 kHz ($f_C$/32) and an unmodulated time of 226.56 µs, as shown in *Figure 43*.

**Figure 43. End of frame, low data rate, one subcarrier**



For the Fast commands, the EOF comprises a logic 0 that includes 16 pulses at 423.75 kHz and an unmodulated time of 37.76 µs, followed by 48 pulses at 423.75 kHz ($f_C$/32) and an unmodulated time of 113.28 µs, as shown in *Figure 44*.

**Figure 44. End of frame, low data rate, one subcarrier, Fast commands**



## 12.4     EOF when using two subcarriers

### 12.4.1     High data rate

The EOF comprises a logic 0 that includes eight pulses at 423.75 kHz and nine pulses at 484.28 kHz, followed by 24 pulses at 423.75 kHz ($f_C/32$) and 27 pulses at 484.28 kHz ($f_C/28$), as shown in *Figure 45*.

Bit coding using two subcarriers is not supported for the Fast commands.

**Figure 45. End of frame, high data rate, two subcarriers**



### 12.4.2     Low data rate

The EOF comprises a logic 0 that includes 32 pulses at 423.75 kHz and 36 pulses at 484.28 kHz, followed by 96 pulses at 423.75 kHz ($f_C/32$) and 108 pulses at 484.28 kHz ($f_C/28$), as shown in *Figure 46*.

Bit coding using two subcarriers is not supported for the Fast commands.

**Figure 46. End of frame, low data rate, two subcarriers**



# 13 Unique identifier (UID)

The M24LR64E-R is uniquely identified by a 64-bit unique identifier (UID). This UID complies with ISO/IEC 15963 and ISO/IEC 7816-6. The UID is a read-only code and comprises:

- eight MSBs with a value of E0h,
- the IC manufacturer code "ST 02h" on 8 bits (ISO/IEC 7816-6/AM1),
- a unique serial number on 48 bits.

**Table 21. UID format**

| MSB | | LSB |
|---|---|---|
| 63        56 | 55        48 | 47        0 |
| 0xE0 | 0x02 | Unique serial number |

With the UID, each M24LR64E-R can be addressed uniquely and individually during the anticollision loop and for one-to-one exchanges between a VCD and an M24LR64E-R.

# 14      Application family identifier (AFI)

The AFI (application family identifier) represents the type of application targeted by the VCD and is used to identify, among all the M24LR64E-Rs present, only those that meet the required application criteria.

**Figure 47. M24LR64E-R decision tree for AFI**



The AFI is programmed by the M24LR64E-R issuer (or purchaser) in the AFI register. Once programmed and locked, it can no longer be modified.

The most significant nibble of the AFI is used to code one specific or all application families.

The least significant nibble of the AFI is used to code one specific or all application subfamilies. Subfamily codes different from 0 are proprietary.

See also ISO 15693-3 documentation.

# 15      Data storage format identifier (DSFID)

The data storage format identifier indicates how the data is structured in the M24LR64E-R memory. The logical organization of data can be known instantly using the DSFID. It can be programmed and locked using the Write DSFID and Lock DSFID commands.

## 15.1    CRC

The CRC used in the M24LR64E-R is calculated as per the definition in ISO/IEC 13239. The initial register contents are all 1s: "FFFF".

The two-byte CRC is appended to each request and response, within each frame, before the EOF. The CRC is calculated on all the bytes after the SOF up to the CRC field.

Upon reception of a request from the VCD, the M24LR64E-R verifies that the CRC value is valid. If it is invalid, the M24LR64E-R discards the frame and does not answer the VCD.

Upon reception of a response from the M24LR64E-R, it is recommended that the VCD verifies whether the CRC value is valid. If it is invalid, actions to be performed are left to the VCD designer judgment.

The CRC is transmitted least significant byte first. Each byte is transmitted least significant bit first.

**Table 22. CRC transmission rules**

| LSByte | | LSByte | |
|---|---|---|---|
| **LSBit** | **MSBit** | **LSBit** | **MSBit** |
| CRC 16 (8 bits) | | CRC 16 (8 bits) | |

# 16      M24LR64E-R protocol description

The transmission protocol (or simply "the protocol") defines the mechanism used to exchange instructions and data between the VCD and the M24LR64E-R in both directions. It is based on the concept of "VCD talks first".

This means that an M24LR64E-R does not start transmitting unless it has received and properly decoded an instruction sent by the VCD. The protocol is based on an exchange of:

- a request from the VCD to the M24LR64E-R,
- a response from the M24LR64E-R to the VCD.

Each request and each response are contained in a frame. The frame delimiters (SOF, EOF) are described in *Section 12*.

Each request consists of:

- a request SOF (see *Figure 20* and *Figure 21*),
- flags,
- a command code,
- parameters depending on the command,
- application data,
- a 2-byte CRC,
- a request EOF (see *Figure 22*).

Each response consists of:

- an answer SOF (see *Figure 35* to *Figure 40*),
- flags,
- parameters depending on the command,
- application data,
- a 2-byte CRC,
- an answer EOF (see *Figure 41* to *Figure 46*).

The protocol is bit-oriented. The number of bits transmitted in a frame is a multiple of eight (8), that is an integer number of bytes.

A single-byte field is transmitted least significant bit (LSBit) first. A multiple-byte field is transmitted least significant byte (LSByte) first and each byte is transmitted least significant bit (LSBit) first.

The setting of the flags indicates the presence of the optional fields. When the flag is set (to one), the field is present. When the flag is reset (to zero), the field is absent.

**Table 23. VCD request frame format**

| Request SOF | Request_flags | Command code | Parameters | Data | 2-byte CRC | Request EOF |
|---|---|---|---|---|---|---|

**Table 24. M24LR64E-R Response frame format**

| Response SOF | Response_flags | Parameters | Data | 2-byte CRC | Response EOF |
|---|---|---|---|---|---|

**Figure 48. M24LR64E-R protocol timing**



# 17    M24LR64E-R states

An M24LR64E-R can be in one of four states:
- Power-off
- Ready
- Quiet
- Selected

Transitions between these states are specified in *Figure 49* and *Table 25*.

## 17.1    Power-off state

The M24LR64E-R is in the Power-off state when it does not receive enough energy from the VCD.

## 17.2    Ready state

The M24LR64E-R is in the Ready state when it receives enough energy from the VCD. When in the Ready state, the M24LR64E-R answers any request where the Select_flag is not set.

## 17.3    Quiet state

When in the Quiet state, the M24LR64E-R answers any request except for Inventory requests with the Address_flag set.

## 17.4    Selected state

In the Selected state, the M24LR64E-R answers any request in all modes (see *Section 18*):
- Request in Select mode with the Select_flag set
- Request in Addressed mode if the UID matches
- Request in Non-Addressed mode as it is the mode for general requests

**Table 25. M24LR64E-R response depending on Request_flags**

| Flags | Address_flag | | Select_flag | |
|---|---|---|---|---|
| | 1<br>Addressed | 0<br>Non addressed | 1<br>Selected | 0<br>Non selected |
| M24LR64E-R in Ready or Selected state (Devices in Quiet state do not answer) | - | X | - | X |
| M24LR64E-R in Selected state | - | X | X | - |
| M24LR64E-R in Ready, Quiet or Selected state (the device which matches the UID) | X | - | - | X |
| Error (03h) | X | - | X | - |

**Figure 49. M24LR64E-R state transition diagram**



1.  The M24LR64E-R returns to the Power Off state if the tag is out of the RF field for at least $t_{RF\_OFF}$. Refer to application note AN4125 for more information.

2.  The intention of the state transition method is that only one M24LR64E-R should be in the Selected state at a time.

# 18    Modes

The term "mode" refers to the mechanism used in a request to specify the set of M24LR64E-Rs that answers the request.

## 18.1    Addressed mode

When the Address_flag is set to 1 (Addressed mode), the request contains the Unique ID (UID) of the addressed M24LR64E-R.

Any M24LR64E-R that receives a request with the Address_flag set to 1 compares the received Unique ID to its own. If it matches, then the M24LR64E-R executes the request (if possible) and returns a response to the VCD as specified in the command description.

If the UID does not match, then it remains silent.

## 18.2    Non-addressed mode (general request)

When the Address_flag is cleared to 0 (Non-Addressed mode), the request does not contain a Unique ID. Any M24LR64E-R receiving a request with the Address_flag cleared to 0 executes it and returns a response to the VCD as specified in the command description.

## 18.3    Select mode

When the Select_flag is set to 1 (Select mode), the request does not contain an M24LR64E-R Unique ID. The M24LR64E-R in the Selected state that receives a request with the Select_flag set to 1 executes it and returns a response to the VCD as specified in the command description.

Only M24LR64E-Rs in the Selected state answer a request where the Select_flag is set to 1.

The system design ensures in theory that only one M24LR64E-R can be in the Select state at any given time.

# 19    Request format

The request consists of:

- an SOF,
- flags,
- a command code,
- parameters and data,
- a CRC,
- an EOF.

**Table 26. General request format**

| S O F | Request_flags | Command code | Parameters | Data | CRC | E O F |
|---|---|---|---|---|---|---|

## 19.1    Request flags

In a request, the "flags" field specifies the actions to be performed by the M24LR64E-R and whether corresponding fields are present or not.

The flags field consists of eight bits. Bit 3 (Inventory_flag) of the request flag defines the contents of the four MSBs (bits 5 to 8). When bit 3 is reset (0), bits 5 to 8 define the M24LR64E-R selection criteria. When bit 3 is set (1), bits 5 to 8 define the M24LR64E-R Inventory parameters.

**Table 27. Definition of request flags 1 to 4**

| Bit No. | Flag | Level | Description |
|---|---|---|---|
| Bit 1 | Subcarrier_flag[1] | 0 | A single subcarrier frequency is used by the M24LR64E-R |
| | | 1 | Two subcarriers are used by the M24LR64E-R |
| Bit 2 | Data_rate_flag[2] | 0 | Low data rate is used |
| | | 1 | High data rate is used |
| Bit 3 | Inventory_flag | 0 | The meaning of flags 5 to 8 is described in *Table 28* |
| | | 1 | The meaning of flags 5 to 8 is described in *Table 29* |
| Bit 4 | Protocol_extension_flag[3] | 0 | No Protocol format extension |
| | | 1 | Protocol format extension |

1. Subcarrier_flag refers to the M24LR64E-R-to-VCD communication.

2. Data_rate_flag refers to the M24LR64E-R-to-VCD communication.

3. Protocol_extension_flag must be set to 1 for Read Single Block, Read Multiple Block, Fast Read Multiple Block, Write Single Block, and Get Multiple Block Security Status commands. Get System Info command supports two options: a standard response format when Protocol_extension_flag is set to 0, and a rich response when protocol extension is set to 1.

**Table 28. Request flags 5 to 8 when Bit 3 = 0**

| Bit No. | Flag | Level | Description |
|---------|------|-------|-------------|
| Bit 5 | Select flag[1] | 0 | The request is executed by any M24LR64E-R according to the setting of Address_flag |
| | | 1 | The request is executed only by the M24LR64E-R in Selected state |
| Bit 6 | Address flag[1] | 0 | The request is not addressed. UID field is not present. The request is executed by all M24LR64E-Rs. |
| | | 1 | The request is addressed. UID field is present. The request is executed only by the M24LR64E-R whose UID matches the UID specified in the request. |
| Bit 7 | Option flag | 0 | Option not activated. |
| | | 1 | Option activated. |
| Bit 8 | RFU | 0 | - |

1. If the Select_flag is set to 1, the Address_flag is set to 0 and the UID field is not present in the request.

**Table 29. Request flags 5 to 8 when Bit 3 = 1**

| Bit No. | Flag | Level | Description |
|---------|------|-------|-------------|
| Bit 5 | AFI flag | 0 | AFI field is not present |
| | | 1 | AFI field is present |
| Bit 6 | Nb_slots flag | 0 | 16 slots |
| | | 1 | 1 slot |
| Bit 7 | Option flag | 0 | - |
| Bit 8 | RFU | 0 | - |

# 20      Response format

The response consists of:

- an SOF,
- flags,
- parameters and data,
- a CRC,
- an EOF.

**Table 30. General response format**

| SOF | Response_flags | Parameters | Data | CRC | EOF |
|---|---|---|---|---|---|

## 20.1    Response flags

In a response, the flags indicate how actions have been performed by the M24LR64E-R and whether corresponding fields are present or not. The response flags consist of eight bits.

**Table 31. Definitions of response flags 1 to 8**

| Bit No. | Flag | Level | Description |
|---|---|---|---|
| Bit 1 | Error_flag | 0 | No error |
|  |  | 1 | Error detected. Error code is in the "Error" field. |
| Bit 2 | RFU | 0 | - |
| Bit 3 | RFU | 0 | - |
| Bit 4 | Extension flag | 0 | No extension |
| Bit 5 | RFU | 0 | - |
| Bit 6 | RFU | 0 | - |
| Bit 7 | RFU | 0 | - |
| Bit 8 | RFU | 0 | - |

## 20.2      Response error code

If the Error_flag is set by the M24LR64E-R in the response, the Error code field is present and provides information about the error that occurred.

Error codes not specified in *Table 32* are reserved for future use.

**Table 32. Response error code definition**

| Error code | Meaning |
|------------|---------|
| 03h | The option is not supported. |
| 0Fh | Error with no information given. |
| 10h | The specified block is not available. |
| 11h | The specified block is already locked and thus cannot be locked again. |
| 12h | The specified block is locked and its contents cannot be changed. |
| 13h | The specified block was not successfully programmed. |
| 14h | The specified block was not successfully locked. |
| 15h | The specified block is read-protected. |

# 21   Anticollision

The purpose of the anticollision sequence is to inventory the M24LR64E-Rs present in the VCD field using their unique ID (UID).

The VCD is the master of communications with one or several M24LR64E-Rs. It initiates an M24LR64E-R communication by issuing the Inventory request.

The M24LR64E-R sends its response in the determined slot or does not respond.

## 21.1   Request parameters

When issuing the Inventory Command:

- The VCD sets the Nb_slots_flag as desired.
- The VCD adds the mask length and the mask value after the command field:
  - The mask length is the number of significant bits of the mask value.
  - The mask value is contained in an integer number of bytes. The mask length indicates the number of significant bits. LSB is transmitted first.
- If the mask length is not a multiple of 8 (bits), as many 0-bits as required are added to the mask value MSB, so that the mask value is contained in an integer number of bytes.
- The next field starts at the next byte boundary.

**Table 33. Inventory request format**

MSB                                                                                         LSB

| SOF | Request_flags | Command | Optional AFI | Mask length | Mask value | CRC | EOF |
|-----|---------------|---------|--------------|-------------|------------|-----|-----|
| - | 8 bits | 8 bits | 8 bits | 8 bits | 0 to 8 bytes | 16 bits | - |

In the example provided in *Table 34* and *Figure 50*, the mask length is 11 bits. Five 0-bits are added to the mask value MSB. The 11-bit mask and the current slot number are compared to the UID.

**Table 34. Example of the addition of 0-bits to an 11-bit mask value**

| MSB ($b_{15}$) | LSB ($b_0$) |
|----------------|-------------|
| 0000 0 | 100 1100 1111 |
| 0-bits added | 11-bit mask value |

**Figure 50. Principle of comparison between the mask, the slot number and the UID**



The AFI field is present if the AFI_flag is set.

The pulse is generated according to the definition of the EOF in ISO/IEC 15693-2.

The first slot starts immediately after the request EOF is received. To switch to the next slot, the VCD sends an EOF.

The following rules and restrictions apply:

- If no M24LR64E-R answer is detected, the VCD may switch to the next slot by sending an EOF.
- If one or more M24LR64E-R answers are detected, the VCD waits until the complete frame has been received before sending an EOF for switching to the next slot.

# 22      Request processing by the M24LR64E-R

Upon reception of a valid request, the M24LR64E-R performs the following algorithm:

- NbS is the total number of slots (1 or 16)
- SN is the current slot number (0 to 15)
- LSB (value, n) function returns the n Less Significant Bits of value
- MSB (value, n) function returns the n Most Significant Bits of value
- "&" is the concatenation operator
- Slot_Frame is either an SOF or an EOF

```
SN = 0
if (Nb_slots_flag)
   then NbS = 1
         SN_length = 0
         endif

   else NbS = 16
         SN_length = 4
         endif


label1:
if LSB(UID, SN_length + Mask_length) =
  LSB(SN,SN_length)&LSB(Mask,Mask_length)
   then answer to inventory request
         endif


wait (Slot_Frame)


if Slot_Frame = SOF
   then Stop Anticollision
         decode/process request
         exit
         endif


if Slot_Frame = EOF
   if SN < NbS-1
      then SN = SN + 1
            goto label1
            exit
            endif
   endif
```

# 23     Explanation of the possible cases

*Figure 51* summarizes the main possible cases that can occur during an anticollision sequence when the number of slots is 16.

The sequence of steps is as follows:

- The VCD sends an Inventory request, in a frame terminated by an EOF. The number of slots is 16.

- M24LR64E-R_1 transmits its response in Slot 0. It is the only one to do so, therefore no collision occurs and its UID is received and registered by the VCD.

- The VCD sends an EOF in order to switch to the next slot.

- In Slot 1, two M24LR64E-Rs (M24LR64E-R_2 and M24LR64E-R_3) transmit a response, thus generating a collision. The VCD records the event and registers that a collision was detected in Slot 1.

- The VCD sends an EOF in order to switch to the next slot.

- In Slot 2, no M24LR64E-R transmits a response. Therefore the VCD does not detect any M24LR64E-R SOF and switches to the next slot by sending an EOF.

- In Slot 3, another collision occurs due to responses from M24LR64E-R_4 and M24LR64E-R_5.

- The VCD sends a request (for instance a Read Block) to M24LR64E-R_1 whose UID has already been correctly received.

- All M24LR64E-Rs detect an SOF and exit the anticollision sequence. They process this request and since the request is addressed to M24LR64E-R_1, only M24LR64E-R_1 transmits a response.

- All M24LR64E-Rs are ready to receive another request. If it is an Inventory command, the slot numbering sequence restarts from 0.

*Note:*     *The decision to interrupt the anticollision sequence is made by the VCD. EOFs could have been sent until Slot 16, and the request to M24LR64E-R_1 sent then.*

**Figure 51. Description of a possible anticollision sequence**



# 24      Inventory Initiated command

The M24LR64E-R provides a special feature to improve the inventory time response of moving tags using the Initiate_flag value. This flag, controlled by the Initiate command, allows tags to answer Inventory Initiated commands.

For applications in which multiple tags are moving in front of a reader, it is possible to miss tags using the standard inventory command. The reason is that the inventory sequence has to be performed on a global tree search. For example, a tag with a particular UID value may have to wait the run of a long tree search before being inventoried. If the delay is too long, the tag may be out of the field before it has been detected.

Using the Initiate command, the inventory sequence is optimized. When multiple tags are moving in front of a reader, the ones which are within the reader field are initiated by the Initiate command. In this case, a small batch of tags answers to the Inventory Initiated command, which optimizes the time necessary to identify all the tags. When finished, the reader has to issue a new Initiate command in order to initiate a new small batch of tags which are new inside the reader field.

It is also possible to reduce the inventory sequence time using the Fast Initiate and Fast Inventory Initiated commands. These commands allow the M24LR64E-Rs to increase their response data rate by a factor of 2, up to 53 Kbit/s.

# 25      Timing definition

## 25.1      $t_1$: M24LR64E-R response delay

Upon detection of the rising edge of the EOF received from the VCD, the M24LR64E-R waits for a $t_{1nom}$ time before transmitting its response to a VCD request or switching to the next slot during an inventory process. Values of $t_1$ are given in *Table 35*. The EOF is defined in *Figure 22*.

## 25.2      $t_2$: VCD new request delay

$t_2$ is the time after which the VCD may send an EOF to switch to the next slot when one or more M24LR64E-R responses have been received during an Inventory command. It starts from the reception of the EOF from the M24LR64E-Rs.

The EOF sent by the VCD may be either 10% or 100% modulated regardless of the modulation index used for transmitting the VCD request to the M24LR64E-R.

$t_2$ is also the time after which the VCD may send a new request to the M24LR64E-R, as described in *Figure 48*.

Values of $t_2$ are given in *Table 35*.

## 25.3      $t_3$: VCD new request delay when no response is received from the M24LR64E-R

$t_3$ is the time after which the VCD may send an EOF to switch to the next slot when no M24LR64E-R response has been received.

The EOF sent by the VCD may be either 10% or 100% modulated regardless of the modulation index used for transmitting the VCD request to the M24LR64E-R.

From the time the VCD has generated the rising edge of an EOF:

• If this EOF is 100% modulated, the VCD waits for a time at least equal to $t_{3min}$ before sending a new EOF.

• If this EOF is 10% modulated, the VCD waits for a time at least equal to the sum of $t_{3min}$ + the M24LR64E-R nominal response time (which depends on the M24LR64E-R data rate and subcarrier modulation mode) before sending a new EOF.

**Table 35. Timing values[1]**

|        | Minimum (min) values | Nominal (nom) values | Maximum (max) values |
|--------|----------------------|----------------------|----------------------|
| $t_1$  | 318.6 µs             | 320.9 µs             | 323.3 µs             |
| $t_2$  | 309.2 µs             | No $t_{nom}$         | No $t_{max}$         |
| $t_3$  | $t_{1max}$[2] + $t_{SOF}$[3] | No $t_{nom}$ | No $t_{max}$         |

1. The tolerance of specific timings is ± 32/fC.

2. $t_{1max}$ does not apply for write-alike requests. Timing conditions for write-alike requests are defined in the command description.

3. $t_{SOF}$ is the time taken by the M24LR64E-R to transmit an SOF to the VCD. $t_{SOF}$ depends on the current data rate: High data rate or Low data rate.

# 26     Command codes

The M24LR64E-R supports the commands described in this section. Their codes are given in *Table 36*.

**Table 36. Command codes**

| Command code standard | Function | Command code custom | Function |
|---|---|---|---|
| 01h | Inventory | 2Ch | Get Multiple Block Security Status |
| 02h | Stay Quiet | B1h | Write-sector Password |
| 20h | Read Single Block | B2h | Lock-sector |
| 21h | Write Single Block | B3h | Present-sector Password |
| 23h | Read Multiple Block | C0h | Fast Read Single Block |
| 25h | Select | C1h | Fast Inventory Initiated |
| 26h | Reset to Ready | C2h | Fast Initiate |
| 27h | Write AFI | C3h | Fast Read Multiple Block |
| 28h | Lock AFI | D1h | Inventory Initiated |
| 29h | Write DSFID | D2h | Initiate |
| 2Ah | Lock DSFID | A0h | ReadCfg |
| 2Bh | Get System Info | A1h | WriteEHCfg |
| - | - | A2h | SetRstEHEn |
| - | - | A3h | CheckEHEn |
| - | - | A4h | WriteDOCfg |

## 26.1     Inventory

When receiving the Inventory request, the M24LR64E-R runs the anticollision sequence. The Inventory_flag is set to 1. The meaning of flags 5 to 8 is shown in *Table 29*.

The request contains:

- the flags,
- the Inventory command code (see *Table 36*),
- the AFI if the AFI flag is set,
- the mask length,
- the mask value,
- the CRC.

The M24LR64E-R does not generate any answer in case of error.

**Table 37. Inventory request format**

| Request SOF | Request_flags | Inventory | Optional AFI | Mask length | Mask value | CRC16 | Request EOF |
|---|---|---|---|---|---|---|---|
| - | 8 bits | 01h | 8 bits | 8 bits | 0 - 64 bits | 16 bits | - |

The response contains:

- the flags,
- the Unique ID.

**Table 38. Inventory response format**

| Response SOF | Response_flags | DSFID | UID | CRC16 | Response EOF |
|---|---|---|---|---|---|
| - | 8 bits | 8 bits | 64 bits | 16 bits | - |

During an Inventory process, if the VCD does not receive an RF M24LR64E-R response, it waits for a time $t_3$ before sending an EOF to switch to the next slot. $t_3$ starts from the rising edge of the request EOF sent by the VCD.

- If the VCD sends a 100% modulated EOF, the minimum value of $t_3$ is:
  $t_3min = 4384/f_C$ (323.3µs) + $t_{SOF}$
- If the VCD sends a 10% modulated EOF, the minimum value of $t_3$ is:
  $t_3min = 4384/f_C$ (323.3µs) + $t_{NRT}$

where:

- $t_{SOF}$ is the time required by the M24LR64E-R to transmit an SOF to the VCD,
- $t_{NRT}$ is the nominal response time of the M24LR64E-R.

$t_{NRT}$ and $t_{SOF}$ are dependent on the M24LR64E-R-to-VCD data rate and subcarrier modulation mode.

When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF starting the inventory command to the end of the M24LR64E-R response. If the M24LR64E-R does not receive the corresponding slot marker, the RF WIP/BUSY pin remains at 0 until the next RF power-off.

When configured in the RF write in progress mode, the RF WIP/BUSY pin remains in high-Z state.

**Figure 52. M24LR64E RF-Busy management following Inventory command**



## 26.2   Stay Quiet

Command code = 0x02

On receiving the Stay Quiet command, the M24LR64E-R enters the Quiet state if no error occurs, and does NOT send back a response. There is NO response to the Stay Quiet command even if an error occurs.

When in the Quiet state:

- the M24LR64E-R does not process any request if the Inventory_flag is set,
- the M24LR64E-R processes any Addressed request.

The M24LR64E-R exits the Quiet state when:

- it is reset (power off),
- receiving a Select request. It then goes to the Selected state,
- receiving a Reset to Ready request. It then goes to the Ready state.

**Table 39. Stay Quiet request format**

| Request SOF | Request flags | Stay Quiet | UID | CRC16 | Request EOF |
|:---:|:---:|:---:|:---:|:---:|:---:|
| - | 8 bits | 02h | 64 bits | 16 bits | - |

The Stay Quiet command must always be executed in Addressed mode (Select_flag is reset to 0 and Address_flag is set to 1).

**Figure 53. Stay Quiet frame exchange between VCD and M24LR64E-R**



When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 during the Stay Quiet command.

When configured in the RF write in progress mode, the RF WIP/BUSY pin remains in high-Z state.

## 26.3    Read Single Block

On receiving the Read Single Block command, the M24LR64E-R reads the requested block and sends back its 32-bit value in the response. The Protocol_extension_flag should be set to 1 for the M24LR64E-R to operate correctly. If the Protocol_extension_flag is at 0, the M24LR64E-R answers with an error code. The Option_flag is supported.

**Table 40. Read Single Block request format**

| Request SOF | Request_flags | Read Single Block | UID[1] | Block number | CRC16 | Request EOF |
|---|---|---|---|---|---|---|
| - | 8 bits | 20h | 64 bits | 16 bits | 16 bits | - |

1. Gray color means that the field is optional.

Request parameters:
- Request flags
- UID (optional)
- Block number

**Table 41. Read Single Block response format when Error_flag is NOT set**

| Response SOF | Response_flags | Sector security status[1] | Data | CRC16 | Response EOF |
|---|---|---|---|---|---|
| - | 8 bits | 8 bits | 32 bits | 16 bits | - |

1. Gray color means that the field is optional.

Response parameters:
- Sector security status if Option_flag is set (see *Table 42*)
- Four bytes of block data

**Table 42. Sector security status**

| $b_7$      $b_6$      $b_5$ | $b_4$      $b_3$ | $b_2$      $b_1$ | $b_0$ |
|---|---|---|---|
| Reserved for future use. All at 0. | Password control bits | Read / Write protection bits | 0: Current sector not locked 1: Current sector locked |

**Table 43. Read Single Block response format when Error_flag is set**

| Response SOF | Response_flags | Error code | CRC16 | Response EOF |
|---|---|---|---|---|
| - | 8 bits | 8 bits | 16 bits | - |

Response parameter:
- Error code as Error_flag is set
    - 10h: the specified block is not available
    - 15h: the specified block is read-protected

**Figure 54. Read Single Block frame exchange between VCD and M24LR64E-R**



When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF that starts the Read Single Block command to the end of the M24LR64E-R response.

When configured in the RF write in progress mode, the RF WIP/BUSY pin remains in high-Z state.

## 26.4 Write Single Block

On receiving the Write Single Block command, the M24LR64E-R writes the data contained in the request to the requested block and reports whether the write operation was successful in the response. The Protocol_extension_flag should be set to 1 for the M24LR64E-R to operate correctly. If the Protocol_extension_flag is at 0, the M24LR64E-R answers with an error code. The Option_flag is supported.

During the RF write cycle $W_t$, there should be no modulation (neither 100% nor 10%), otherwise the M24LR64E-R may not program correctly the data into the memory. The $W_t$ time is equal to $t_{1nom}$ + 18 × 302 µs.

**Table 44. Write Single Block request format**

| Request SOF | Request_flags | Write Single Block | UID[1] | Block number | Data | CRC16 | Request EOF |
|---|---|---|---|---|---|---|---|
| - | 8 bits | 21h | 64 bits | 16 bits | 32 bits | 16 bits | - |

1. Gray color means that the field is optional.

Request parameters:
- Request flags
- UID (optional)
- Block number
- Data

**Table 45. Write Single Block response format when Error_flag is NOT set**

| Response SOF | Response_flags | CRC16 | Response EOF |
|---|---|---|---|
| - | 8 bits | 16 bits | - |

Response parameter:
- No parameter. The response is sent back after the writing cycle.



**Table 46. Write Single Block response format when Error_flag is set**

| Response SOF | Response_flags | Error code | CRC16 | Response EOF |
|:---:|:---:|:---:|:---:|:---:|
| - | 8 bits | 8 bits | 16 bits | - |

Response parameter:

- Error code as Error_flag is set:
    - 0Fh: error with no information given
    - 10h: the specified block is not available
    - 12h: the specified block is locked and its contents cannot be changed
    - 13h: the specified block was not successfully programmed

**Figure 55. Write Single Block frame exchange between VCD and M24LR64E-R**



When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF that starts the Write Single Block command to the end of the M24LR64E-R response.

When configured in the RF write in progress mode, the RF WIP/BUSY pin is tied to 0 for the duration of the internal write cycle (from the end of a valid write single block command to the beginning of the M24LR64E-R response).

**Figure 56. M24LR64E RF-Busy management following Write command**



When configuring in the RF Write in progress mode, the RF WIP/BUSY pin is tied to 0 during the Write & verify sequence, as shown in *Figure 57*.

**Figure 57. M24LR64E RF-Wip management following Write command**



## 26.5 Read Multiple Block

When receiving the Read Multiple Block command, the M24LR64E-R reads the selected blocks and sends back their value in multiples of 32 bits in the response. The blocks are numbered from 00h to 1FFh in the request and the value is minus one (–1) in the field. For example, if the "Number of blocks" field contains the value 06h, seven blocks are read. The maximum number of blocks is fixed at 32 assuming that they are all located in the same sector. If the number of blocks overlaps sectors, the M24LR64E-R returns an error code.

The Protocol_extension_flag should be set to 1 for the M24LR64E-R to operate correctly. If the Protocol_extension_flag is at 0, the M24LR64E-R answers with an error code. The Option_flag is supported.

**Table 47. Read Multiple Block request format**

| Request SOF | Request_flags | Read Multiple Block | UID[1] | First block number | Number of blocks | CRC16 | Request EOF |
|---|---|---|---|---|---|---|---|
| - | 8 bits | 23h | 64 bits | 16 bits | 8 bits | 16 bits | - |

1. Gray color means that the field is optional.

Request parameters:
- Request flags
- UID (optional)
- First block number
- Number of blocks

**Table 48. Read Multiple Block response format when Error_flag is NOT set**

| Response SOF | Response_flags | Sector security status[1] | Data | CRC16 | Response EOF |
|---|---|---|---|---|---|
| - | 8 bits | 8 bits[2] | 32 bits[2] | 16 bits | - |

1. Gray color means that the field is optional.
2. Repeated as needed.

Response parameters:
- Sector security status if Option_flag is set (see *Table 49*)
- N blocks of data

**Table 49. Sector security status**

| $b_7$ | $b_6$ | $b_5$ | $b_4$ | $b_3$ | $b_2$ | $b_1$ | $b_0$ |
|---|---|---|---|---|---|---|---|
| Reserved for future use. All at 0. | | | Password control bits | | Read / Write protection bits | | 0: Current sector not locked 1: Current sector locked |

**Table 50. Read Multiple Block response format when Error_flag is set**

| Response SOF | Response_flags | Error code | CRC16 | Response EOF |
|---|---|---|---|---|
| - | 8 bits | 8 bits | 16 bits | - |

Response parameter:
- Error code as Error_flag is set:
  - 0Fh: error with no information given
  - 10h: the specified block is not available
  - 15h: the specified block is read-protected

**Figure 58. Read Multiple Block frame exchange between VCD and M24LR64E-R**



When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF that starts the Read Multiple Block command to the end of the M24LR64E-R response.

When configured in the RF write in progress mode, the RF WIP/BUSY pin remains in high-Z state.

## 26.6    Select

When receiving the Select command:
- If the UID is equal to its own UID, the M24LR64E-R enters or stays in the Selected state and sends a response.
- If the UID does not match its own UID, the selected M24LR64E-R returns to the Ready state and does not send a response.

The M24LR64E-R answers an error code only if the UID is equal to its own UID. If not, no response is generated. If an error occurs, the M24LR64E-R remains in its current state.

**Table 51. Select request format**

| Request SOF | Request_flags | Select | UID | CRC16 | Request EOF |
|---|---|---|---|---|---|
| - | 8 bits | 25h | 64 bits | 16 bits | - |

Request parameter:
- UID

**Table 52. Select Block response format when Error_flag is NOT set**

| Response SOF | Response_flags | CRC16 | Response EOF |
|---|---|---|---|
| - | 8 bits | 16 bits | - |

Response parameter:
• No parameter

**Table 53. Select response format when Error_flag is set**

| Response SOF | Response_flags | Error code | CRC16 | Response EOF |
|---|---|---|---|---|
| - | 8 bits | 8 bits | 16 bits | - |

Response parameter:
• Error code as Error_flag is set:
    – 03h: the option is not supported

**Figure 59. Select frame exchange between VCD and M24LR64E-R**



When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF that starts the Select command to the end of the M24LR64E-R response.

When configured in the RF write in progress mode, the RF WIP/BUSY pin remains in high-Z state.

## 26.7     Reset to Ready

On receiving a Reset to Ready command, the M24LR64E-R returns to the Ready state if no error occurs. In the Addressed mode, the M24LR64E-R answers an error code only if the UID is equal to its own UID. If not, no response is generated.

**Table 54. Reset to Ready request format**

| Request SOF | Request_flags | Reset to Ready | UID[(1)] | CRC16 | Request EOF |
|---|---|---|---|---|---|
| - | 8 bits | 26h | 64 bits | 16 bits | - |

1. Gray color means that the field is optional.

Request parameter:
• UID (optional)

**Table 55. Reset to Ready response format when Error_flag is NOT set**

| Response SOF | Response_flags | CRC16 | Response EOF |
|---|---|---|---|
| - | 8 bits | 16 bits | - |

Response parameter:

- No parameter

**Table 56. Reset to ready response format when Error_flag is set**

| Response SOF | Response_flags | Error code | CRC16 | Response EOF |
|---|---|---|---|---|
| - | 8 bits | 8 bits | 16 bits | - |

Response parameter:

- Error code as Error_flag is set:
    - 03h: the option is not supported

**Figure 60. Reset to Ready frame exchange between VCD and M24LR64E-R**



When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF that starts the Reset to ready command to the end of the M24LR64E-R response.

When configured in the RF write in progress mode, the RF WIP/BUSY pin remains in high-Z state.

## 26.8    Write AFI

On receiving the Write AFI request, the M24LR64E-R programs the 8-bit AFI value to its memory. The Option_flag is supported.

During the RF write cycle $W_t$, there should be no modulation (neither 100% nor 10%), otherwise the M24LR64E-R may not write correctly the AFI value into the memory. The $W_t$ time is equal to $t_{1nom} + 18 \times 302$ µs.

**Table 57. Write AFI request format**

| Request SOF | Request_flags | Write AFI | UID[1] | AFI | CRC16 | Request EOF |
|---|---|---|---|---|---|---|
| - | 8 bits | 27h | 64 bits | 8 bits | 16 bits | - |

1. Gray color means that the field is optional.

Request parameter:
- Request flags
- UID (optional)
- AFI

**Table 58. Write AFI response format when Error_flag is NOT set**

| Response SOF | Response_flags | CRC16 | Response EOF |
|---|---|---|---|
| - | 8 bits | 16 bits | - |

Response parameter:
- No parameter

**Table 59. Write AFI response format when Error_flag is set**

| Response SOF | Response_ flags | Error code | CRC16 | Response EOF |
|---|---|---|---|---|
| - | 8 bits | 8 bits | 16 bits | - |

Response parameter:
- Error code as Error_flag is set
  - 12h: the specified block is locked and its contents cannot be changed
  - 13h: the specified block was not successfully programmed

**Figure 61. Write AFI frame exchange between VCD and M24LR64E-R**



When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF that starts the Write AFI command to the end of the M24LR64E-R response.

When configured in the RF write in progress mode, the RF WIP/BUSY pin is tied to 0 for the duration of the internal write cycle (from the end of a valid Write AFI command to the beginning of the M24LR64E-R response).

## 26.9 Lock AFI

On receiving the Lock AFI request, the M24LR64E-R locks the AFI value permanently. The Option_flag is supported.

During the RF write cycle $W_t$, there should be no modulation (neither 100% nor 10%), otherwise the M24LR64E-R may not lock correctly the AFI value in memory. The $W_t$ time is equal to $t_{1nom}$ + 18 × 302 µs.

**Table 60. Lock AFI request format**

| Request SOF | Request_flags | Lock AFI | UID[1] | CRC16 | Request EOF |
|---|---|---|---|---|---|
| - | 8 bits | 28h | 64 bits | 16 bits | - |

1. Gray color means that the field is optional.

Request parameter:
- Request Flags
- UID (optional)

**Table 61. Lock AFI response format when Error_flag is NOT set**

| Response SOF | Response_flags | CRC16 | Response EOF |
|---|---|---|---|
| - | 8 bits | 16 bits | - |

Response parameter:
- No parameter

**Table 62. Lock AFI response format when Error_flag is set**

| Response SOF | Response_flags | Error code | CRC16 | Response EOF |
|---|---|---|---|---|
| - | 8 bits | 8 bits | 16 bits | - |

Response parameter:
- Error code as Error_flag is set
    - 11h: the specified block is already locked and thus cannot be locked again
    - 14h: the specified block was not successfully locked

**Figure 62. Lock AFI frame exchange between VCD and M24LR64E-R**



When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF that starts the Lock AFI command to the end of the M24LR64E-R response.

When configured in the RF write in progress mode, the RF WIP/BUSY pin is tied to 0 for the entire duration of the internal write cycle (from the end of valid Lock AFI command to the beginning of the M24LR64E-R response).

## 26.10    Write DSFID

On receiving the Write DSFID request, the M24LR64E-R programs the 8-bit DSFID value to its memory. The Option_flag is supported.

During the RF write cycle $W_t$, there should be no modulation (neither 100% nor 10%), otherwise the M24LR64E-R may not write correctly the DSFID value in memory. The $W_t$ time is equal to $t_{1nom} + 18 \times 302$ µs.

**Table 63. Write DSFID request format**

| Request SOF | Request_flags | Write DSFID | UID[1] | DSFID | CRC16 | Request EOF |
|---|---|---|---|---|---|---|
| - | 8 bits | 29h | 64 bits | 8 bits | 16 bits | - |

1. Gray color means that the field is optional.

Request parameter:
- Request flags
- UID (optional)
- DSFID

**Table 64. Write DSFID response format when Error_flag is NOT set**

| Response SOF | Response_flags | CRC16 | Response EOF |
|---|---|---|---|
| - | 8 bits | 16 bits | - |

Response parameter:
- No parameter

**Table 65. Write DSFID response format when Error_flag is set**

| Response SOF | Response_flags | Error code | CRC16 | Response EOF |
|---|---|---|---|---|
| - | 8 bits | 8 bits | 16 bits | - |

Response parameter:
- Error code as Error_flag is set
    - 12h: the specified block is locked and its contents cannot be changed
    - 13h: the specified block was not successfully programmed

**Figure 63. Write DSFID frame exchange between VCD and M24LR64E-R**



When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF that starts the Write DSFID command to the end of the M24LR64E-R response.

When configured in the RF write in progress mode, the RF WIP/BUSY pin is tied to 0 for the duration of the internal write cycle (from the end of a valid Write DSFID command to the beginning of the M24LR64E-R response).

## 26.11 Lock DSFID

On receiving the Lock DSFID request, the M24LR64E-R locks the DSFID value permanently. The Option_flag is supported.

During the RF write cycle $W_t$, there should be no modulation (neither 100% nor 10%), otherwise the M24LR64E-R may not lock correctly the DSFID value in memory. The $W_t$ time is equal to $t_{1nom} + 18 \times 302$ µs.

**Table 66. Lock DSFID request format**

| Request SOF | Request_flags | Lock DSFID | UID[1] | CRC16 | Request EOF |
|---|---|---|---|---|---|
| - | 8 bits | 2Ah | 64 bits | 16 bits | - |

1. Gray color means that the field is optional.

Request parameter:
- Request flags
- UID (optional)

**Table 67. Lock DSFID response format when Error_flag is NOT set**

| Response SOF | Response_flags | CRC16 | Response EOF |
|---|---|---|---|
| - | 8 bits | 16 bits | - |

Response parameter:
• No parameter.

**Table 68. Lock DSFID response format when Error_flag is set**

| Response SOF | Response_flags | Error code | CRC16 | Response EOF |
|---|---|---|---|---|
| - | 8 bits | 8 bits | 16 bits | - |

Response parameter:
• Error code as Error_flag is set:
    – 11h: the specified block is already locked and thus cannot be locked again
    – 14h: the specified block was not successfully locked

**Figure 64. Lock DSFID frame exchange between VCD and M24LR64E-R**



When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF that starts the Lock DSFID command to the end of the M24LR64E-R response.

When configured in the RF write in progress mode, the RF WIP/BUSY pin is tied to 0 for the duration of the internal write cycle (from the end of a valid Lock DSFID command to the beginning of the M24LR64E-R response).

## 26.12    Get System Info

When receiving the Get System Info command, the M24LR64E-R sends back its information data in the response. The Option_flag is not supported. The Get System Info can be issued in both Addressed and Non Addressed modes.

The Protocol_extension_flag can be set to 0 or 1. *Table 70* and *Table 72* show M24LR64E-R response to the Get System Info command depending on the value of the Protocol_extension_flag.

**M24LR64E-R**                                                                   **Command codes**

#### Table 69. Get System Info request format

| Request SOF | Request_flags | Get System Info | UID[1] | CRC16 | Request EOF |
|---|---|---|---|---|---|
| - | 8 bits | 2Bh | 64 bits | 16 bits | - |

1. Gray color means that the field is optional.

Request parameter:
- Request flags
- UID (optional)

#### Table 70. Get System Info response format when Protocol_extension_flag = 0 and Error_flag is NOT set

| Response SOF | Response_ flags | Information flags | UID | DSFID | AFI | IC ref. | CRC16 | Response EOF |
|---|---|---|---|---|---|---|---|---|
| - | 00h | 0Bh | 64 bits | 8 bits | 8 bits | 5Eh | 16 bits | - |

Response parameters:
- Information flags set to 0Ch. DSFID, AFI and IC reference fields are present.
- UID code on 64 bits
- DSFID value
- AFI value
- M24LR64E-R IC reference: the 8 bits are significant.

#### Table 71. Get System Info response format when Protocol_extension_flag = 1 and Error_flag is NOT set

| Response SOF | Response _flags | Information flags | UID | DSFID | AFI | Memory size | IC ref | CRC16 | Response EOF |
|---|---|---|---|---|---|---|---|---|---|
| - | 00h | 0Fh | 64 bits | 8 bits | 8 bits | 03 07FFh | 5Eh | 16 bits | - |

Response parameters:
- Information flags set to 0Fh. DSFID, AFI, Memory Size and IC reference fields are present.
- UID code on 64 bits
- DSFID value
- AFI value
- Memory size. The M24LR64E-R provides 2048 blocks (07FFh) of 4 bytes (03h)
- IC reference: the 8 bits are significant.

#### Table 72. Get System Info response format when Error_flag is set

| Response SOF | Response_flags | Error code | CRC16 | Response EOF |
|---|---|---|---|---|
| - | 01h | 8 bits | 16 bits | - |



Response parameter:
- Error code as Error_flag is set:
  – 03h: Option not supported

.

**Figure 65. Get System Info frame exchange between VCD and M24LR64E-R**



When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF that starts the Get System Info command to the end of the M24LR64E-R response.

When configured in the RF write in progress mode, the RF WIP/BUSY pin remains in high-Z state.

## 26.13 Get Multiple Block Security Status

When receiving the Get Multiple Block Security Status command, the M24LR64E-R sends back the sector security status. The blocks are numbered from 00h to 01FFh in the request and the value is minus one (–1) in the field. For example, a value of '06' in the "Number of blocks" field requests to return the security status of seven blocks.

The Protocol_extension_flag should be set to 1 for the M24LR64E-R to operate correctly. If the Protocol_extension_flag is at 0, the M24LR64E-R answers with an error code.

During the M24LR64E-R response, if the internal block address counter reaches 01FFh, it rolls over to 0000h and the Sector Security Status bytes for that location are sent back to the reader.

**Table 73. Get Multiple Block Security Status request format**

| Request SOF | Request _flags | Get Multiple Block Security Status | UID[1] | First block number | Number of blocks | CRC16 | Request EOF |
|---|---|---|---|---|---|---|---|
| - | 8 bits | 2Ch | 64 bits | 16 bits | 16 bits | 16 bits | - |

1. Gray color means that the field is optional.

Request parameter:
- Request flags
- UID (optional)
- First block number
- Number of blocks

**Table 74. Get Multiple Block Security Status response format when Error_flag is NOT set**

| Response SOF | Response_flags | Sector security status | CRC16 | Response EOF |
|---|---|---|---|---|
| - | 8 bits | 8 bits[1] | 16 bits | - |

1. Repeated as needed.

Response parameters:

- Sector security status (see *Table 75*)

**Table 75. Sector security status**

| $b_7$ | $b_6$ | $b_5$ | $b_4$ | $b_3$ | $b_2$ | $b_1$ | $b_0$ |
|---|---|---|---|---|---|---|---|
| Reserved for future use All at 0 | | | Password control bits | | Read / Write protection bits | | 0: Current sector not locked 1: Current sector locked |

**Table 76. Get Multiple Block Security Status response format when Error_flag is set**

| Response SOF | Response_flags | Error code | CRC16 | Response EOF |
|---|---|---|---|---|
| - | 8 bits | 8 bits | 16 bits | - |

Response parameter:

- Error code as Error_flag is set:
  - 03h: the option is not supported
  - 10h: the specified block is not available

**Figure 66. Get Multiple Block Security Status frame exchange between VCD and M24LR64E-R**



When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF that starts the Get Multiple Block Security Status command to the end of the M24LR64E-R response.

When configured in the RF write in progress mode, the RF WIP/BUSY pin remains in high-Z state.

## 26.14    Write-sector Password

On receiving the Write-sector Password command, the M24LR64E-R uses the data contained in the request to write the password and reports whether the operation was successful in the response. The Option_flag is supported.

During the RF write cycle time, $W_t$, there must be no modulation at all (neither 100% nor 10%), otherwise the M24LR64E-R may not correctly program the data into the memory.

The $W_t$ time is equal to $t_{1nom}$ + 18 × 302 µs. After a successful write, the new value of the selected password is automatically activated. It is not required to present the new password value until M24LR64E-R power-down.

**Table 77. Write-sector Password request format**

| Request SOF | Request _flags | Write-sector password | IC Mfg code | UID[1] | Password number | Data | CRC16 | Request EOF |
|---|---|---|---|---|---|---|---|---|
| - | 8 bits | B1h | 02h | 64 bits | 8 bits | 32 bits | 16 bits | - |

1. Gray color means that the field is optional.

Request parameter:
- Request flags
- UID (optional)
- Password number (01h = Pswd1, 02h = Pswd2, 03h = Pswd3, other = Error)
- Data

**Table 78. Write-sector Password response format when Error_flag is NOT set**

| Response SOF | Response_flags | CRC16 | Response EOF |
|---|---|---|---|
| - | 8 bits | 16 bits | - |

Response parameter:
- no parameter.

**Table 79. Write-sector Password response format when Error_flag is set**

| Response SOF | Response_flags | Error code | CRC16 | Response EOF |
|---|---|---|---|---|
| - | 8 bits | 8 bits | 16 bits | - |

Response parameter:
- Error code as Error_flag is set:
    - 10h: the password number is incorrect
    - 12h: the session was not opened before the password update
    - 13h: the specified block was not successfully programmed
    - 0Fh: the presented password is incorrect

**Figure 67. Write-sector Password frame exchange between VCD and M24LR64E-R**



When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF that starts the Write-sector Password command to the end of the M24LR64E-R response.

When configured in the RF write in progress mode, the RF WIP/BUSY pin is tied to 0 for the duration of the internal write cycle (from the end of a valid Write sector password command to the beginning of the M24LR64E-R response).

## 26.15   Lock-sector

On receiving the Lock-sector command, the M24LR64E-R sets the access rights and permanently locks the selected sector. The Option_flag is supported.

A sector is selected by giving the address of one of its blocks in the Lock-sector request (Sector number field). For example, addresses 0 to 31 are used to select sector 0 and addresses 32 to 63 are used to select sector 1. Care must be taken when issuing the Lock-sector command as all the blocks belonging to the same sector are automatically locked by a single command.

The Protocol_extension_flag should be set to 1 for the M24LR64E-R to operate correctly. If the Protocol_extension_flag is at 0, the M24LR64E-R answers with an error code.

During the RF write cycle $W_t$, there should be no modulation (neither 100% nor 10%), otherwise the M24LR64E-R may not correctly lock the memory block. The $W_t$ time is equal to $t_{1nom}$ + 18 × 302 µs.

**Table 80. Lock-sector request format**

| Request SOF | Request _flags | Lock-sector | IC Mfg code | UID[1] | Sector number | Sector security status | CRC16 | Request EOF |
|---|---|---|---|---|---|---|---|---|
| - | 8 bits | B2h | 02h | 64 bits | 16 bits | 8 bits | 16 bits | - |

1.  Gray color means that the field is optional.

Request parameters:

- Request flags
- (optional) UID
- Sector number
- Sector security status (refer to *Table 81*)

**Table 81. Sector security status**

| b7 | b6 | b5 | b4 | b3 | b2 | b1 | b0 |
|----|----|----|----|----|----|----|----|
| 0 | 0 | 0 | Password control bits | | Read / Write protection bits | | 1 |

**Table 82. Lock-sector response format when Error_flag is NOT set**

| Response SOF | Response_flags | CRC16 | Response EOF |
|--------------|----------------|-------|--------------|
| - | 8 bits | 16 bits | - |

Response parameter:

- No parameter

**Table 83. Lock-sector response format when Error_flag is set**

| Response SOF | Response_flags | Error code | CRC16 | Response EOF |
|--------------|----------------|------------|-------|--------------|
| - | 8 bits | 8 bits | 16 bits | - |

Response parameter:

- Error code as Error_flag is set:
    - 10h: the specified block is not available
    - 11h: the specified block is already locked and thus cannot be locked again
    - 14h: the specified block was not successfully locked

**Figure 68. Lock-sector frame exchange between VCD and M24LR64E-R**



When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF that starts the Lock-sector command to the end of the M24LR64E-R response.

When configured in the RF write in progress mode, the RF WIP/BUSY pin is tied to 0 for the duration of the internal write cycle (from the end of a valid Lock sector command to the beginning of the M24LR64E-R response).

## 26.16    Present-sector Password

On receiving the Present-sector Password command, the M24LR64E-R compares the requested password with the data contained in the request and reports whether the operation has been successful in the response. The Option_flag is supported.

During the comparison cycle equal to $W_t$, there should be no modulation (neither 100% nor 10%), otherwise the M24LR64E-R Password value may not be correctly compared. The $W_t$ time is equal to $t_{1nom} + 18 \times 302$ µs.

After a successful command, the access to all the memory blocks linked to the password is changed as described in *Section 4.1: M24LR64E-R block security in RF mode*.

**Table 84. Present-sector Password request format**

| Request SOF | Request _flags | Present-sector Password | IC Mfg code | UID[1] | Password number | Password | CRC16 | Request EOF |
|---|---|---|---|---|---|---|---|---|
| - | 8 bits | B3h | 02h | 64 bits | 8 bits | 32 bits | 16 bits | - |

1.  Gray color means that the field is optional.

Request parameter:
*    Request flags
*    UID (optional)
*    Password Number (0x01 = Pswd1, 0x02 = Pswd2, 0x03 = Pswd3, other = Error)
*    Password

**Table 85. Present-sector Password response format when Error_flag is NOT set**

| Response SOF | Response_flags | CRC16 | Response EOF |
|---|---|---|---|
| - | 8 bits | 16 bits | - |

Response parameter:
*    No parameter. The response is sent back after the write cycle.

**Table 86. Present-sector Password response format when Error_flag is set**

| Response SOF | Response_flags | Error code | CRC16 | Response EOF |
|---|---|---|---|---|
| - | 8 bits | 8 bits | 16 bits | - |

Response parameter:

- Error code as Error_flag is set:
  - 10h: the password number is incorrect
  - 0Fh: the present password is incorrect

**Figure 69. Present-sector Password frame exchange between VCD and M24LR64E-R**



When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF that starts the Present Sector Password command to the end of the M24LR64E-R response.

When configured in the RF write in progress mode, the RF WIP/BUSY remains in high-Z state.

## 26.17 Fast Read Single Block

On receiving the Fast Read Single Block command, the M24LR64E-R reads the requested block and sends back its 32-bit value in the response. The Option_flag is supported. The data rate of the response is multiplied by 2.

The Protocol_extension_flag should be set to 1 for the M24LR64E-R to operate correctly. If the Protocol_extension_flag is at 0, the M24LR64E-R answers with an error code.

The subcarrier_flag should be set to 0, otherwise the M24LR64E-R answers with an error code.

**Table 87. Fast Read Single Block request format**

| Request SOF | Request_flags | Fast Read Single Block | IC Mfg code | UID[1] | Block number | CRC16 | Request EOF |
|---|---|---|---|---|---|---|---|
| - | 8 bits | C0h | 02h | 64 bits | 16 bits | 16 bits | - |

1. Gray color means that the field is optional.



Request parameters:
- Request flags
- UID (optional)
- Block number

**Table 88. Fast Read Single Block response format when Error_flag is NOT set**

| Response SOF | Response_flags | Sector security status[1] | Data | CRC16 | Response EOF |
|---|---|---|---|---|---|
| - | 8 bits | 8 bits | 32 bits | 16 bits | - |

1. Gray color means that the field is optional.

Response parameters:
- Sector security status if Option_flag is set (see *Table 89*)
- Four bytes of block data

**Table 89. Sector security status**

| $b_7$ $b_6$ $b_5$ | $b_4$ $b_3$ | $b_2$ $b_1$ | $b_0$ |
|---|---|---|---|
| Reserved for future use All at 0 | Password control bits | Read / Write protection bits | 0: Current sector not locked 1: Current sector locked |

**Table 90. Fast Read Single Block response format when Error_flag is set**

| Response SOF | Response_flags | Error code | CRC16 | Response EOF |
|---|---|---|---|---|
| - | 8 bits | 8 bits | 16 bits | - |

Response parameter:
- Error code as Error_flag is set:
    - 10h: the specified block is not available
    - 15h: the specified block is read-protected

**Figure 70. Fast Read Single Block frame exchange between VCD and M24LR64E-R**



When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF that starts the Fast Read Single block command to the end of the M24LR64E-R response.

When configured in the RF write in progress mode, the RF WIP/BUSY pin remains in high-Z state.

## 26.18     Fast Inventory Initiated

Before receiving the Fast Inventory Initiated command, the M24LR64E-R must have received an Initiate or a Fast Initiate command in order to set the Initiate_ flag. If not, the M24LR64E-R does not answer the Fast Inventory Initiated command.

The subcarrier_flag should be set to 0, otherwise the M24LR64E-R answers with an error code.

On receiving the Fast Inventory Initiated request, the M24LR64E-R runs the anticollision sequence. The Inventory_flag must be set to 1. The meaning of flags 5 to 8 is shown in *Table 29*. The data rate of the response is multiplied by 2.

The request contains:

- the flags,
- the Inventory command code,
- the AFI if the AFI flag is set,
- the mask length,
- the mask value,
- the CRC.

The M24LR64E-R does not generate any answer in case of error.

**Table 91. Fast Inventory Initiated request format**

| Request SOF | Request _flags | Fast Inventory Initiated | IC Mfg code | Optional AFI | Mask length | Mask value | CRC16 | Request EOF |
|-------------|----------------|--------------------------|-------------|--------------|-------------|------------|-------|-------------|
| - | 8 bits | C1h | 02h | 8 bits | 8 bits | 0 - 64 bits | 16 bits | - |

The Response contains:

- the flags,
- the Unique ID.

**Table 92. Fast Inventory Initiated response format**

| Response SOF | Response_flags | DSFID | UID | CRC16 | Response EOF |
|--------------|----------------|-------|-----|-------|--------------|
| - | 8 bits | 8 bits | 64 bits | 16 bits | - |

During an Inventory process, if the VCD does not receive an RF M24LR64E-R response, it waits for a time $t_3$ before sending an EOF to switch to the next slot. $t_3$ starts from the rising edge of the request EOF sent by the VCD.

- If the VCD sends a 100% modulated EOF, the minimum value of $t_3$ is:
  $t_3$min = 4384/$f_C$ (323.3µs) + $t_{SOF}$
- If the VCD sends a 10% modulated EOF, the minimum value of $t_3$ is:
  $t_3$min = 4384/$f_C$ (323.3µs) + $t_{NRT}$

where:

- $t_{SOF}$ is the time required by the M24LR64E-R to transmit an SOF to the VCD
- $t_{NRT}$ is the nominal response time of the M24LR64E-R

$t_{NRT}$ and $t_{SOF}$ are dependent on the M24LR64E-R-to-VCD data rate and subcarrier modulation mode.

When configured in the RF busy mode, the RF WIP/BUSY pin is driven to 0 from the SOF starting the inventory command to the end of the M24LR64E-R response. If the M24LR64E-R does not receive the corresponding slot marker, the RF WIP/BUSY pin remains at 0 until the next RF power-off.

When configured in the RF write in progress mode, the RF WIP/BUSY pin remains in high-Z state.

## 26.19    Fast Initiate

On receiving the Fast Initiate command, the M24LR64E-R sets the internal Initiate_flag and sends back a response only if it is in the Ready state. The command has to be issued in the Non Addressed mode only (Select_flag is reset to 0 and Address_flag is reset to 0). If an error occurs, the M24LR64E-R does not generate any answer. The Initiate_flag is reset after a power-off of the M24LR64E-R. The data rate of the response is multiplied by 2.

The subcarrier_flag should be set to 0, otherwise the M24LR64E-R answers with an error code.

The request contains:
•    No data

**Table 93. Fast Initiate request format**

| Request SOF | Request_flags | Fast Initiate | IC Mfg Code | CRC16 | Request EOF |
|---|---|---|---|---|---|
| - | 8 bits | C2h | 02h | 16 bits | - |

The response contains:
•    the flags,
•    the Unique ID.

**Table 94. Fast Initiate response format**

| Response SOF | Response_flags | DSFID | UID | CRC16 | Response EOF |
|---|---|---|---|---|---|
| - | 8 bits | 8 bits | 64 bits | 16 bits | - |

**Figure 71. Fast Initiate frame exchange between VCD and M24LR64E-R**



When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF that starts the Fast Initiate command to the end of the M24LR64E-R response.

When configured in the RF write in progress mode, the RF WIP/BUSY pin remains in high-Z state.

## 26.20    Fast Read Multiple Block

On receiving the Fast Read Multiple Block command, the M24LR64E-R reads the selected blocks and sends back their value in multiples of 32 bits in the response. The blocks are numbered from 00h to 1FFh in the request and the value is minus one (–1) in the field. For example, if the "Number of blocks" field contains the value 06h, seven blocks are read. The maximum number of blocks is fixed to 32 assuming that they are all located in the same sector. If the number of blocks overlaps sectors, the M24LR64E-R returns an error code.

The Protocol_extension_flag should be set to 1 for the M24LR64E-R to operate correctly. If the Protocol_extension_flag is at 0, the M24LR64E-R answers with an error code.

The Option_flag is supported. The data rate of the response is multiplied by 2.

The subcarrier_flag should be set to 0, otherwise the M24LR64E-R answers with an error code.

**Table 95. Fast Read Multiple Block request format**

| Request SOF | Request_ flags | Fast Read Multiple Block | IC Mfg code | UID[1] | First block number | Number of blocks | CRC16 | Request EOF |
|-------------|----------------|--------------------------|-------------|--------|--------------------|------------------|-------|-------------|
| - | 8 bits | C3h | 02h | 64 bits | 16 bits | 8 bits | 16 bits | - |

1. Gray color means that the field is optional.

Request parameters:
- Request flag
- UID (Optional)
- First block number
- Number of blocks

**Table 96. Fast Read Multiple Block response format when Error_flag is NOT set**

| Response SOF | Response_flags | Sector security status[1] | Data | CRC16 | Response EOF |
|--------------|----------------|---------------------------|------|-------|--------------|
| - | 8 bits | 8 bits[2] | 32 bits[2] | 16 bits | - |

1. Gray color means that the field is optional.
2. Repeated as needed.

Response parameters:
- Sector security status if Option_flag is set (see *Table 97*)
- N block of data

**Table 97. Sector security status if Option_flag is set**

| b₇ | b₆ | b₅ | b₄ | b₃ | b₂ | b₁ | b₀ |
|---|---|---|---|---|---|---|---|

| $b_7$    $b_6$    $b_5$ | $b_4$    $b_3$ | $b_2$    $b_1$ | $b_0$ |
|---|---|---|---|
| Reserved for future use All at 0 | Password control bits | Read / Write protection bits | 0: Current sector not locked 1: Current sector locked |

**Table 98. Fast Read Multiple Block response format when Error_flag is set**

| Response SOF | Response_flags | Error code | CRC16 | Response EOF |
|---|---|---|---|---|
| - | 8 bits | 8 bits | 16 bits | - |

Response parameter:

- Error code as Error_flag is set:
    - 03h: the option is not supported
    - 10h: block address not available
    - 15h: block read-protected

**Figure 72. Fast Read Multiple Block frame exchange between VCD and M24LR64E-R**



When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF that starts the Fast Read Multiple Block command to the end of the M24LR64E-R response.

When configured in the RF write in progress mode, the RF WIP/BUSY pin remains in high-Z state.

## 26.21     Inventory Initiated

Before receiving the Inventory Initiated command, the M24LR64E-R must have received an Initiate or a Fast Initiate command in order to set the Initiate_ flag. If not, the M24LR64E-R does not answer the Inventory Initiated command.

On receiving the Inventory Initiated request, the M24LR64E-R runs the anticollision sequence. The Inventory_flag must be set to 1. The meaning of flags 5 to 8 is given in *Table 29 on page 68*.

The request contains:

- the flags,
- the Inventory Command code,
- the AFI if the AFI flag is set,
- the mask length,
- the mask value,
- the CRC.

The M24LR64E-R does not generate any answer in case of error.

**Table 99. Inventory Initiated request format**

| Request SOF | Request _flags | Inventory Initiated | IC Mfg code | Optional AFI | Mask length | Mask value | CRC16 | Request EOF |
|---|---|---|---|---|---|---|---|---|
| - | 8 bits | D1h | 02h | 8 bits | 8 bits | 0 - 64 bits | 16 bits | - |

The response contains:

- the flags,
- the Unique ID.

**Table 100. Inventory Initiated response format**

| Response SOF | Response_flags | DSFID | UID | CRC16 | Response EOF |
|---|---|---|---|---|---|
| - | 8 bits | 8 bits | 64 bits | 16 bits | - |

During an Inventory process, if the VCD does not receive an RF M24LR64E-R response, it waits for a time $t_3$ before sending an EOF to switch to the next slot. $t_3$ starts from the rising edge of the request EOF sent by the VCD.

- If the VCD sends a 100% modulated EOF, the minimum value of $t_3$ is:
  $t_3$min = 4384/$f_C$ (323.3µs) + $t_{SOF}$
- If the VCD sends a 10% modulated EOF, the minimum value of $t_3$ is:
  $t_3$min = 4384/$f_C$ (323.3µs) + $t_{NRT}$

where:

- $t_{SOF}$ is the time required by the M24LR64E-R to transmit an SOF to the VCD
- $t_{NRT}$ is the nominal response time of the M24LR64E-R

$t_{NRT}$ and $t_{SOF}$ are dependent on the M24LR64E-R-to-VCD data rate and subcarrier modulation mode.

When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF starting the inventory command to the end of the M24LR64E-R response. If the M24LR64E-R does not receive the corresponding slot marker, the RF WIP/BUSY pin remains at 0 until the next RF power-off.

When configured in the RF write in progress mode, the RF WIP/BUSY pin remains in high-Z state.

## 26.22    Initiate

On receiving the Initiate command, the M24LR64E-R sets the internal Initiate_flag and sends back a response only if it is in the ready state. The command has to be issued in the Non Addressed mode only (Select_flag is reset to 0 and Address_flag is reset to 0). If an error occurs, the M24LR64E-R does not generate any answer. The Initiate_flag is reset after a power-off of the M24LR64E-R.

The request contains:

•    No data

**Table 101. Initiate request format**

| Request SOF | Request_flags | Initiate | IC Mfg code | CRC16 | Request EOF |
|---|---|---|---|---|---|
| - | 8 bits | D2h | 02h | 16 bits | - |

The response contains:

•    the flags,
•    the Unique ID.

**Table 102. Initiate response format**

| Response SOF | Response_flags | DSFID | UID | CRC16 | Response EOF |
|---|---|---|---|---|---|
| - | 8 bits | 8 bits | 64 bits | 16 bits | - |

**Figure 73. Initiate frame exchange between VCD and M24LR64E-R**



When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF that starts the Initiate command to the end of the M24LR64E-R response.

When configured in the RF write in progress mode, the RF WIP/BUSY pin remains in high-Z state.

## 26.23    ReadCfg

On receiving the ReadCfg command, the M24LR64E-R reads the Configuration byte and sends back its 8-bit value in the response.

The Protocol_extension_flag should be set to 0 for the M24LR64E-R to operate correctly. If the Protocol_extension_flag is at 1, the M24LR64E-R answers with an error code. The Option_flag is not supported. The Inventory_flag must be set to 0.

**Table 103. ReadCfg request format**

| Request SOF | Request_flags | ReadCfg | IC Mfg code | UID[1] | CRC16 | Request EOF |
|---|---|---|---|---|---|---|
| - | 8 bits | A0h | 02h | 64 bits | 16 bits | - |

1. Gray color means that the field is optional.

Request parameters:
- UID (optional)

**Table 104. ReadCfg response format when Error_flag is NOT set**

| Response SOF | Response_flags | Data | CRC16 | Response EOF |
|---|---|---|---|---|
| - | 8 bits | 8 bits | 16 bits | - |

Response parameters:
- One byte of data: Configuration byte

**Table 105. ReadCfg response format when Error_flag is set**

| Response SOF | Response_flags | Error code | CRC16 | Response EOF |
|---|---|---|---|---|
| - | 8 bits | 8 bits | 16 bits | - |

Response parameter:
- Error code as Error_flag is set
  - 03h: the option is not supported
  - 0Fh: error with no information given

**Figure 74. ReadCfg frame exchange between VCD and M24LR64E-R**



When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF that starts the ReadCfg command to the end of the M24LR64E-R response.

When configured in the RF write in progress mode, the RF WIP/BUSY pin remains in high-Z state.

## 26.24    WriteEHCfg

On receiving the WriteEHCfg command, the M24LR64E-R writes the data contained in the request to the Configuration byte and reports whether the write operation was successful in the response. The Protocol_extension_flag should be set to 0 for the M24LR64E-R to operate correctly. If the Protocol_extension_flag is at 1, the M24LR64E-R answers with an error code.

The Option_flag is supported, the Inventory_flag is not supported.

During the RF write cycle $W_t$, there should be no modulation (neither 100% nor 10%), otherwise the M24LR64E-R may not program correctly the data into the Configuration byte. The $W_t$ time is equal to $t_{1nom}$ + 18 × 302 µs.

**Table 106. WriteEHCfg request format**

| Request SOF | Request_flags | WriteEHCfg | IC Mfg code | UID[1] | Data | CRC16 | Request EOF |
|---|---|---|---|---|---|---|---|
| - | 8 bits | A1h | 02h | 64 bits | 8 bits | 16 bits | - |

1.  Gray color means that the field is optional.

Request parameters:
*   Request flags
*   UID (optional)
*   Data: during WriteEHCfg command, bit 3 of the data is ignored (see *Table 14*).

**Table 107. WriteEHCfg response format when Error_flag is NOT set**

| Response SOF | Response_flags | CRC16 | Response EOF |
|---|---|---|---|
| - | 8 bits | 16 bits | - |

Response parameter:
*   No parameter. The response is sent back after the writing cycle.

**Table 108. WriteEHCfg response format when Error_flag is set**

| Response SOF | Response_flags | Error code | CRC16 | Response EOF |
|---|---|---|---|---|
| - | 8 bits | 8 bits | 16 bits | - |

Response parameter:
*   Error code as Error_flag is set:
    –   13h: the specified block was not successfully programmed

**Figure 75. WriteEHCfg frame exchange between VCD and M24LR64E-R**



When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF that starts the WriteEHCfg command to the end of the M24LR64E-R response.

When configured in the RF write in progress mode, the RF WIP/BUSY pin is tied to 0 for the entire duration of the internal write cycle (from the end of a valid WriteEHCfg command to the beginning of the M24LR64E-R response).

## 26.25  WriteDOCfg

On receiving the WriteDOCfg command, the M24LR64E-R writes the data contained in the request to the Configuration byte and reports whether the write operation was successful in the response. The Protocol_extension_flag should be set to 0 for the M24LR64E-R to operate correctly. If the Protocol_extension_flag is at 1, the M24LR64E-R answers with an error code.

The Option_flag is supported, the Inventory_flag is not supported.

During the RF write cycle $W_t$, there should be no modulation (neither 100% nor 10%), otherwise the M24LR64E-R may not program correctly the data into the Configuration byte. The $W_t$ time is equal to $t_{1nom}$ + 18 × 302 µs.

**Table 109. WriteDOCfg request format**

| Request SOF | Request_ flags | WriteDOCfg | IC Mfg code | UID[1] | Data | CRC16 | Request EOF |
|-------------|----------------|------------|-------------|--------|------|-------|-------------|
| - | 8 bits | A4h | 02h | 64 bits | 8 bits | 16 bits | - |

1. Gray color means that the field is optional.

Request parameters:

- Request flag
- UID (optional)
- Data: during a WriteDOCfg command, bits 2 to 0 of the data are ignored (see *Table 14*).

**Table 110. WriteDOCfg response format when Error_flag is NOT set**

| Response SOF | Response_flags | CRC16 | Response EOF |
|:---:|:---:|:---:|:---:|
| - | 8 bits | 16 bits | - |

Response parameter:
- No parameter. The response is sent back after the writing cycle.

**Table 111. WriteDOCfg response format when Error_flag is set**

| Response SOF | Response_flags | Error code | CRC16 | Response EOF |
|:---:|:---:|:---:|:---:|:---:|
| - | 8 bits | 8 bits | 16 bits | - |

Response parameter:
- Error code as Error_flag is set:
  – 13h: the specified block was not successfully programmed

**Figure 76. WriteDOCfg frame exchange between VCD and M24LR64E-R**



When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF that starts the WriteEHCfg command to the end of the M24LR64E-R response.

When configured in the RF write in progress mode, the RF WIP/BUSY pin is tied to 0 for the entire duration of the internal write cycle (from the end of a valid WriteDOCfg command to the beginning of the M24LR64E-R response).

## 26.26    SetRstEHEn

On receiving the SetRstEHEn command, the M24LR64E-R sets or resets the EH_enable bit in the volatile Control register. The Protocol_extension_flag should be set to 0 for the M24LR64E-R to operate correctly. If the Protocol_extension_flag is at 1, the M24LR64E-R answers with an error code. The Option_flag and the Inventory_flag are not supported.

**Table 112. SetRstEHEn request format**

| Request SOF | Request_flags | SetRstEHEn | IC Mfg code | UID[1] | Data | CRC16 | Request EOF |
|---|---|---|---|---|---|---|---|
| - | 8 bits | A2h | 02h | 64 bits | 8 bits | 16 bits | - |

1. Gray color means that the field is optional.

Request parameters:
- Request flags
- UID (optional)
- Data: during a SetRstEHEn command, bits 7 to 1 are ignored. Bit 0 is the EH_enable bit.

**Table 113. SetRstEHEn response format when Error_flag is NOT set**

| Response SOF | Response_flags | CRC16 | Response EOF |
|---|---|---|---|
| - | 8 bits | 16 bits | - |

Response parameter:
- No parameter. The response is sent back after $t_1$.

**Table 114. SetRstEHEn response format when Error_flag is set**

| Response SOF | Response_flags | Error code | CRC16 | Response EOF |
|---|---|---|---|---|
| - | 8 bits | 8 bits | 16 bits | - |

Response parameter:
- Error code as Error_flag is set:
  - 03h: the option is not supported

**Figure 77. SetRstEHEn frame exchange between VCD and M24LR64E-R**



When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF that starts the SetRstEHEn command to the end of the M24LR64E-R response.

When configured in the RF write in progress mode, the RF WIP/BUSY pin remains in high-Z state.

## 26.27   CheckEHEn

On receiving the CheckEHEn command, the M24LR64E-R reads the Control register and sends back its 8-bit value in the response.

The Protocol_extension_flag should be set to 0 for the M24LR64E-R to operate correctly. If the Protocol_extension_flag is at 1, the M24LR64E-R answers with an error code. The Option_flag is not supported. The Inventory_flag must be set to 0.

**Table 115. CheckEHEn request format**

| Request SOF | Request_flags | CheckEHEn | IC Mfg code | UID[1] | CRC16 | Request EOF |
|---|---|---|---|---|---|---|
| - | 8 bits | A3h | 02h | 64 bits | 16 bits | - |

1. Gray color means that the field is optional.

Request parameters:
- UID (optional)

**Table 116. CheckEHEn response format when Error_flag is NOT set**

| Response SOF | Response_flags | Data | CRC16 | Response EOF |
|---|---|---|---|---|
| - | 8 bits | 8 bits | 16 bits | - |

Response parameters:
- One byte of data: volatile Control register (see *Table 15*)

**Table 117. CheckEHEn response format when Error_flag is set**

| Response SOF | Response_flags | Error code | CRC16 | Response EOF |
|---|---|---|---|---|
| - | 8 bits | 8 bits | 16 bits | - |

Response parameter:
- Error code as Error_flag is set
  - 03h: the option is not supported

**Figure 78. CheckEHEn frame exchange between VCD and M24LR64E-R**



When configured in the RF busy mode, the RF WIP/BUSY pin is tied to 0 from the SOF that starts the CheckEHEn command to the end of the M24LR64E-R response.

When configured in the RF write in progress mode, the RF WIP/BUSY pin remains in high-Z state.

# 27    Maximum ratings

Stressing the device above the rating listed in *Table 118* may cause permanent damage to the device. These are stress ratings only and operation of the device, at these or any other conditions above those indicated in the operating sections of this specification, is not implied. Exposure to absolute maximum rating conditions for extended periods may affect the device reliability. Refer also to the STMicroelectronics SURE Program and other relevant quality documents.

**Table 118. Absolute maximum ratings**

| Symbol | Parameter | | Min. | Max. | Unit |
|---|---|---|---|---|---|
| $T_A$ | Ambient operating temperature | | -40 | 85 | °C |
| $T_{STG}$, $h_{STG}$, $t_{STG}$ | Storage conditions | Sawn wafer on UV tape | 15 | 25 | °C |
| | | | - | 9[1] | months |
| | | | Kept in its original packing form | | |
| $T_{STG}$ | Storage temperature | UFDFPN8 (MLP8), SO8, TSSOP8 | -65 | 150 | °C |
| $T_{LEAD}$ | Lead temperature during soldering | UFDFPN8 (MLP8), SO8, TSSOP8 | See note [2] | | °C |
| $V_{IO}$ | I2C input or output range | | -0.50 | 6.5 | V |
| $V_{CC}$ | I2C supply voltage | | -0.50 | 6.5 | V |
| $I_{OL\_MAX}$ | DC output current on pin SDA or RF WIP/BUSY (when equal to 0) | | - | 5 | mA |
| $I_{CC}$[3] | RF supply current AC0 - AC1 | | - | 50 | mA |
| $V_{MAX\_1}$[3] | RF input voltage amplitude peak to peak between AC0 and AC1, GND pad left floating | VAC0-VAC1 | - | 27 | V |
| $V_{MAX\_2}$[3] | AC voltage between AC0 and GND, or AC1 and GND | VAC0-GND, or VAC1-GND | -1 | 11 | V |
| $V_{ESD}$ | Electrostatic discharge voltage (human body model)[4] | AC0, AC1 | - | 1000 | V |
| | | Other pads | - | 3500 | |
| | Electrostatic discharge voltage on antenna [5] | AC0, AC1 | - | 4000 | |

1. Counted from ST shipment date.
2. Compliant with JEDEC Std J-STD-020C (for small body, Sn-Pb or Pb assembly), the ST ECOPACK® 7191395 specification, and the European directive on Restrictions on Hazardous Substances (RoHS) 2002/95/EU.
3. Based on characterization, not tested in production.
4. AEC-Q100-002 (compliant with JEDEC Std JESD22-A114, C1 = 100 pF, R1 = 1500 Ω R2 = 500 Ω)
5. Compliant with IEC 61000-4-3 method. (M24LRxxE packaged in S08N is mounted on ST's reference antenna ANT1- M24LRxxE)

# 28      I²C DC and AC parameters

This section summarizes the operating and measurement conditions, and the DC and AC characteristics of the device in I²C mode. The parameters in the DC and AC characteristic tables that follow are derived from tests performed under the measurement conditions summarized in the relevant tables. Designers should check that the operating conditions in their circuit match the measurement conditions when relying on the quoted parameters.

**Table 119. I²C operating conditions**

| Symbol | Parameter | Min. | Max. | Unit |
|--------|-----------|------|------|------|
| $V_{CC}$ | Supply voltage | 1.8 | 5.5 | V |
| $T_A$ | Ambient operating temperature | -40 | 85 | °C |

**Table 120. AC test measurement conditions**

| Symbol | Parameter | Min. | Max. | Unit |
|--------|-----------|------|------|------|
| $C_L$ | Load capacitance | 100 | | pF |
| $t_r, t_f$ | Input rise and fall times | - | 50 | ns |
| $V_{hi-lo}$ | Input levels | 0.2 $V_{CC}$ to 0.8 $V_{CC}$ | | V |
| $V_{ref(t)}$ | Input and output timing reference levels | 0.3 $V_{CC}$ to 0.7 $V_{CC}$ | | V |

**Figure 79. AC test measurement I/O waveform**



**Table 121. Input parameters**

| Symbol | Parameter | Min. | Max. | Unit |
|--------|-----------|------|------|------|
| $C_{IN}$ | Input capacitance (SDA) | - | 8 | pF |
| $C_{IN}$ | Input capacitance (other pins) | - | 6 | pF |
| $t_{NS}$[1] | Pulse width ignored (Input filter on SCL and SDA) | - | 80 | ns |

1. Characterized only.

**Table 122. I²C DC characteristics**

| Symbol | Parameter | Test condition | Min. | Max. | Unit |
|--------|-----------|----------------|------|------|------|
| $I_{LI}$ | Input leakage current (SCL, SDA) | $V_{IN} = V_{SS}$ or $V_{CC}$ device in Standby mode | - | ± 2 | µA |
| $I_{LO\_Vout}$ | $V_{out}$ output leakage current | External voltage applied on $V_{out}$: $V_{SS}$ or $V_{CC}$ | - | ± 5 | µA |
| $I_{LO}$ | Output leakage current | SDA in Hi-Z, external voltage applied on SDA: $V_{SS}$ or $V_{CC}$ | - | ± 2 | µA |
| $I_{CC}$ | Supply current (Read)[1] | $V_{CC}$ = 1.8 V, $f_c$ = 100 kHz (rise/fall time < 50 ns) | - | 50 | µA |
| | | $V_{CC}$ = 1.8 V, $f_c$ = 400 kHz (rise/fall time < 50 ns) | - | 100 | |
| | | $V_{CC}$ = 2.5 V, $f_c$ = 400 kHz (rise/fall time < 50 ns) | - | 200 | |
| | | $V_{CC}$ = 5.5 V, $f_c$ = 400 kHz (rise/fall time < 50 ns) | - | 400 | |
| $I_{CC0}$ | Supply current (Write)[1] | $V_{CC}$ = 1.8 - 5.5 V | - | 220 | µA |
| $I_{CC1}$ | Standby supply current | $V_{IN} = V_{SS}$ or $V_{CC}$ $V_{CC}$ = 1.8 V | - | 30 | µA |
| | | $V_{IN} = V_{SS}$ or $V_{CC}$ $V_{CC}$ = 2.5 V | - | 30 | |
| | | $V_{IN} = V_{SS}$ or $V_{CC}$ $V_{CC}$ = 5.5 V | - | 100 | |
| $V_{IL}$ | Input low voltage (SDA, SCL) | $V_{CC}$ = 1.8 V | -0.45 | $0.25V_{CC}$ | V |
| | | $V_{CC}$ = 2.5 V | -0.45 | $0.25V_{CC}$ | |
| | | $V_{CC}$ = 5.5 V | -0.45 | $0.3V_{CC}$ | |
| $V_{IH}$ | Input high voltage (SDA, SCL) | $V_{CC}$ = 1.8 V | $0.75V_{CC}$ | $V_{CC}$+1 | V |
| | | $V_{CC}$ = 2.5 V | $0.75V_{CC}$ | $V_{CC}$+1 | |
| | | $V_{CC}$ = 5.5 V | $0.7V_{CC}$ | $V_{CC}$+1 | |
| $V_{OL}$ | Output low voltage | $I_{OL}$ = 2.1 mA, $V_{CC}$ = 1.8 V or $I_{OL}$ = 3 mA, $V_{CC}$ = 5.5 V | - | 0.4 | V |

1. SCL, SDA connected to Ground or $V_{CC}$. SDA connected to $V_{CC}$ through a pull-up resistor.

**Table 123. I²C AC characteristics**

| | | Test conditions specified in *Table 119* | | | |
|---|---|---|---|---|---|
| **Symbol** | **Alt.** | **Parameter** | **Min.** | **Max.** | **Unit** |
| $f_C$ | $f_{SCL}$ | Clock frequency | 25 | 400 | kHz |
| $t_{CHCL}$ | $t_{HIGH}$ | Clock pulse width high | 0.6 | 20000[1] | µs |
| $t_{CLCH}$ | $t_{LOW}$ | Clock pulse width low | 1.3 | 20000[2] | µs |
| $t_{START\_OUT}$ | - | I²C timeout on Start condition | 40 | - | ms |
| $t_{XH1XH2}$[3] | $t_R$ | Input signal rise time | 20 | 300 | ns |
| $t_{XL1XL2}$[3] | $t_F$ | Input signal fall time | 20 | 300 | ns |
| $t_{DL1DL2}$ | $t_F$ | SDA (out) fall time | 20 | 100 | ns |
| $t_{DXCX}$ | $t_{SU:DAT}$ | Data in set up time | 100 | - | ns |
| $t_{CLDX}$ | $t_{HD:DAT}$ | Data in hold time | 0 | - | ns |
| $t_{CLQX}$[4] | $t_{DH}$ | Data out hold time | 100 | - | ns |
| $t_{CLQV}$[5] | $t_{AA}$ | Clock low to next data valid (access time) | 100 | 900 | ns |
| $t_{CHDX}$[6] | $t_{SU:STA}$ | Start condition set up time | 600 | - | ns |
| $t_{DLCL}$ | $t_{HD:STA}$ | Start condition hold time | 0.6 | 35000[7] | µs |
| $t_{CHDH}$ | $t_{SU:STO}$ | Stop condition set up time | 600 | - | ns |
| $t_{DHDL}$ | $t_{BUF}$ | Time between Stop condition and next Start condition | 1300 | - | ns |
| $t_W$ | - | I²C write time | - | 5 | ms |

1. $t_{CHCL}$ timeout.

2. $t_{CLCH}$ timeout.

3. Values recommended by the I²C-bus Fast-Mode specification.

4. To avoid spurious Start and Stop conditions, a minimum delay is placed between SCL=1 and the falling or rising edge of SDA.

5. $t_{CLQV}$ is the time (from the falling edge of SCL) required by the SDA bus line to reach $0.8V_{CC}$ in a compatible way with the I²C specification (which specifies $t_{SU;DAT}$ (min) = 100 ns), assuming that the $R_{bus} \times C_{bus}$ time constant is less than 500 ns (as specified in *Figure 3*).

6. For a reStart condition, or following a write cycle.

7. $t_{DLCL}$ timeout.

**Figure 80. I²C AC waveforms**



# 29      Write cycle definition

**Table 124. Write cycle endurance[1]**

| Symbol | Parameter | Test conditions | Min | Max | Unit |
|---|---|---|---|---|---|
| $N_{cycle}$[2] | Write cycle endurance[3] | $T_A \leq + 25\ °C$ $V_{CC(min)} < V_{CC} < V_{CC(max)}$ | - | 1000000 | Write cycle |
| | | $T_A \leq + 85\ °C$ $V_{CC(min)} < V_{CC} < V_{CC(max)}$ | - | 150000 | |

1. A write cycle means the simultaneous writing of one byte, two bytes, three bytes or four bytes (one page).

2. Indicates the total number of write/erase cycles for one memory cell or the overall number of write/erase cycles decoded by the whole memory.

3. Write cycle endurance is defined by characterization and qualification.

# 30    RF electrical parameters

This section summarizes the operating and measurement conditions, and the DC and AC characteristics of the device in RF mode.

The parameters in the DC and AC characteristics tables that follow are derived from tests performed under the Measurement Conditions summarized in the relevant tables. Designers should check that the operating conditions in their circuit match the measurement conditions when relying on the quoted parameters.

**Table 125. RF characteristics[1] [2]**

| Symbol | Parameter | Condition | Min | Typ | Max | Unit |
|--------|-----------|-----------|-----|-----|-----|------|
| $f_{CC}$ | External RF signal frequency | - | 13.553 | 13.56 | 13.567 | MHz |
| H_ISO | Operating field according to ISO | $T_A$ = -40 °C to 85 °C | 150 | - | 5000 | mA/m |
| $MI_{CARRIER}$ | 10% carrier modulation index[3] MI=(A-B)/(A+B) | 150 mA/m > H_ISO > 1000 mA/m | 15 | - | 30 | % |
| | | H_ISO > 1000 mA/m | 10 | - | 30 | |
| $t_{RFR}$, $t_{RFF}$ | 10% rise and fall time | - | 0.5 | - | 3.0 | µs |
| $t_{RFSBL}$ | 10% minimum pulse width for bit | - | 7.1 | - | 9.44 | µs |
| $MI_{CARRIER}$ | 100% carrier modulation index | MI=(A-B)/(A+B)[4] | 95 | - | 100 | % |
| $t_{RFR}$, $t_{RFF}$ | 100% rise and fall time | - | 0.5 | - | 3.5 | µs |
| $t_{RFSBL}$ | 100% minimum pulse width for bit | - | 7 | - | 9.44 | µs |
| $t_{MIN\ CD}$ | Minimum time from carrier generation to first data | From H-field min | - | - | 1 | ms |
| $f_{SH}$ | Subcarrier frequency high | $f_{CC}$/32 | - | 423.75 | - | kHz |
| $f_{SL}$ | Subcarrier frequency low | $f_{CC}$/28 | - | 484.28 | - | kHz |
| $t_1$ | Time for M24LR64E-R response | 4224/$f_S$ | 318.6 | 320.9 | 323.3 | µs |
| $t_2$ | Time between commands | 4224/$f_S$ | 309 | 311.5 | 314 | µs |
| $W_t$ | RF write time (including internal Verify) | - | - | 5.75 | - | ms |
| $I_{CC\_RF}$ | Operating current (Read)[5] | VAC0-VAC1 (4 V peak to peak) | - | 20 | - | µA |
| $C_{TUN}$ | Internal tuning capacitor in SO8[6] | f = 13.56 MHz | 24.8 | 27.5 | 30.2 | pF |
| $V_{BACK}$ | Backscattered level as defined by ISO test | ISO10373-7 | 10 | - | - | mV |
| $V_{MAX\_1}$[3] | RF input voltage amplitude between AC0 and AC1, GND pad left floating, VAC0-VAC1 peak to peak[7] | - | - | - | 20 | V |
| $V_{MAX\_2}$[3] | AC voltage between AC0 and GND or between AC1 and GND | - | -1 | - | 8.5 | V |

**Table 125. RF characteristics[1] [2] (continued)**

| Symbol | Parameter | Condition | Min | Typ | Max | Unit |
|---|---|---|---|---|---|---|
| $V_{MIN\_1}$[3] | RF input voltage amplitude between AC0 and AC1, GND pad left floating, VAC0-VAC1 peak to peak[7] | Inventory and Read operations | - | 4 | 4.5 | V |
| | | Write operations | - | 4.5 | 5 | V |
| $V_{MIN\_2}$[3] | AC voltage between AC0 and GND or between AC1 and GND | Inventory and Read operations | - | 1.8 | 2 | V |
| | | Write operations | - | 2 | 2.2 | V |
| $t_{RF\_OFF}$ | RF OFF time | Chip reset | 2 | - | - | ms |

1. $T_A$ = –40 to 85 °C. Characterized only.

2. All timing characterizations were performed on a reference antenna with the following characteristics:
   External size: 75 mm x 48 mm
   Number of turns: 5
   Width of conductor: 0.5 mm
   Space between two conductors: 0.3 mm
   Value of the tuning capacitor in SO8: 27.5 pF (M24LR64E-R)
   Value of the coil: 5 µH
   Tuning frequency: 13.56 MHz.

3. 15% (or more) carrier modulation index offers a better signal/noise ratio and therefore a wider operating range with a better noise immunity.

4. Temperature range 0 °C to 90 °C.

5. Characterized on bench.

6. Characterized only, at room temperature only, measured at VAC0-VAC1 = 1 V peak to peak.

7. Characterized only, at room temperature only.

**Table 126. Operating conditions**

| Symbol | Parameter | Min. | Max. | Unit |
|---|---|---|---|---|
| $T_A$ | Ambient operating temperature | -40 | 85 | °C |

*Figure 81* shows an ASK modulated signal from the VCD to the M24LR64E-R. The test conditions for the AC/DC parameters are:

• Close coupling condition with tester antenna (1 mm)

• M24LR64E-R performance measured at the tag antenna

• M24LR64E-R synchronous timing, transmit and receive

**Figure 81. ASK modulated signal**



Table 127 summarizes, respectively, the minimum AC0-AC1 input power level $P_{AC0-AC1\_min}$ required for the Energy harvesting mode, the corresponding maximum current consumption $I_{sink\_max}$, and the variation of the analog voltage $V_{out}$ for the various Energy harvesting fan-out configurations defined by bits b0 and b1 of the Configuration byte.

**Table 127. Energy harvesting[1] [2]**

| Range | $H_{min}$[3] | $P_{min}$[4] | $V_{out}$@I=0 | $V_{out}$@$I_{sink\_max}$ | $I_{sink\_max}$@$P_{min}$ |
|-------|--------------|--------------|----------------|----------------------------|----------------------------|
| 00 | 3.5 A/m | 100 mW | 2.7 V min<br>4.5 V max | 1.7 V | 6 mA |
| 01 | 2.4 A/m | 60 mW | 2.7 V min<br>4.5 V max | 1.9 V | 3 mA |
| 10 | 1.6 A/m | 30 mW | 2.7 V min<br>4.5 V max | 2.1 V | 1 mA |
| 11 | 1.0 A/m | 16 mW | 2.7 V min<br>4.5 V max | 2.3 V | 300 µA |

1. Characterized only.

2. Valid from -40 °C to +85 °C.

3. $H_{min}$ characterized according to ISO10373-7 test method.

4. $P_{min}$ calculated from DC measurements.

Note:       It is recommended to choose the Energy Harvesting Range according to the maximum current requested by the application to avoid any disabling of Energy Harvesting mode (for example, choose Range 01 for a max consumption of 2 mA).

**Figure 82. Energy harvesting: $V_{out}$ min vs. $I_{sink}$**

**Figure 83. Energy harvesting: working domain range 11**



**Figure 84. Energy harvesting: working domain range 10**



**Figure 85. Energy harvesting: working domain range 01**

**Figure 86. Energy harvesting: working domain range 00**



# 31    Package information

In order to meet environmental requirements, ST offers these devices in different grades of ECOPACK® packages, depending on their level of environmental compliance. ECOPACK® specifications, grade definitions and product status are available at: *www.st.com*. ECOPACK® is an ST trademark.

## 31.1    SO8N package information

**Figure 87. SO8N – 8-lead plastic small outline, 150 mils body width, package outline**



1.   Drawing is not to scale.

**Table 128. SO8N – 8-lead plastic small outline, 150 mils body width, package mechanical data**

| Symbol | millimeters | | | inches[1] | | |
|--------|------|------|------|------|------|------|
|        | Min. | Typ. | Max. | Min. | Typ. | Max. |
| A      | -    | -    | 1.750 | -    | -    | 0.0689 |
| A1     | 0.100 | -   | 0.250 | 0.0039 | -  | 0.0098 |
| A2     | 1.250 | -   | -    | 0.0492 | -  | -    |
| b      | 0.280 | -   | 0.480 | 0.0110 | -  | 0.0189 |
| c      | 0.170 | -   | 0.230 | 0.0067 | -  | 0.0091 |
| D      | 4.800 | 4.900 | 5.000 | 0.1890 | 0.1929 | 0.1969 |
| E      | 5.800 | 6.000 | 6.200 | 0.2283 | 0.2362 | 0.2441 |
| E1     | 3.800 | 3.900 | 4.000 | 0.1496 | 0.1535 | 0.1575 |
| e      | -    | 1.270 | -    | -    | 0.0500 | -    |
| h      | 0.250 | -   | 0.500 | 0.0098 | -  | 0.0197 |
| k      | 0°   | -    | 8°   | 0°   | -    | 8°   |
| L      | 0.400 | -   | 1.270 | 0.0157 | -  | 0.0500 |

**Table 128. SO8N – 8-lead plastic small outline, 150 mils body width, package mechanical data (continued)**

| Symbol | millimeters | | | inches[1] | | |
|--------|------|------|------|------|------|------|
|        | Min. | Typ. | Max. | Min. | Typ. | Max. |
| L1     | -    | 1.040 | -   | -    | 0.0409 | -   |
| ccc    | -    | -    | 0.100 | -    | -    | 0.0039 |

1. Values in inches are converted from mm and rounded to four decimal digits.

**Figure 88. SO8N – 8-lead plastic small outline, 150 mils body width, package recommended footprint**



1. Dimensions are expressed in millimeters.

## 31.2 UFDFN8 package information

**Figure 89. UFDFN8 - 8-lead, 2 × 3 mm, 0.5 mm pitch ultra thin profile fine pitch dual flat package outline**



1. Max. package warpage is 0.05 mm.
2. Exposed copper is not systematic and can appear partially or totally according to the cross section.
3. Drawing is not to scale.
4. The central pad (E2 by D2 in the above illustration) is internally pulled to $V_{SS}$. It must not be connected to any other voltage or signal line on the PCB, for example during the soldering process.

**Table 129. UFDFN8 - 8-lead, 2 × 3 mm, 0.5 mm pitch ultra thin profile fine pitch dual flat package mechanical data**

| Symbol | millimeters | | | inches[1] | | |
|---|---|---|---|---|---|---|
| | **Min** | **Typ** | **Max** | **Min** | **Typ** | **Max** |
| A | 0.450 | 0.550 | 0.600 | 0.0177 | 0.0217 | 0.0236 |
| A1 | 0.000 | 0.020 | 0.050 | 0.0000 | 0.0008 | 0.0020 |
| b[2] | 0.200 | 0.250 | 0.300 | 0.0079 | 0.0098 | 0.0118 |
| D | 1.900 | 2.000 | 2.100 | 0.0748 | 0.0787 | 0.0827 |
| D2 | 1.200 | - | 1.600 | 0.0472 | - | 0.0630 |
| E | 2.900 | 3.000 | 3.100 | 0.1142 | 0.1181 | 0.1220 |

Package information                                                          M24LR64E-R

**Table 129. UFDFN8 - 8-lead, 2 × 3 mm, 0.5 mm pitch ultra thin profile fine pitch dual flat package mechanical data (continued)**

| Symbol | millimeters | | | inches[1] | | |
|--------|-----|-----|-----|-----|-----|-----|
| | **Min** | **Typ** | **Max** | **Min** | **Typ** | **Max** |
| E2 | 1.200 | - | 1.600 | 0.0472 | - | 0.0630 |
| e | - | 0.500 | - | 0.0197 | | |
| K | 0.300 | - | - | 0.0118 | - | - |
| L | 0.300 | - | 0.500 | 0.0118 | - | 0.0197 |
| L1 | - | - | 0.150 | - | - | 0.0059 |
| L3 | 0.300 | - | - | 0.0118 | - | - |
| aaa | - | - | 0.150 | - | - | 0.0059 |
| bbb | - | - | 0.100 | - | - | 0.0039 |
| ccc | - | - | 0.100 | - | - | 0.0039 |
| ddd | - | - | 0.050 | - | - | 0.0020 |
| eee[3] | - | - | 0.080 | - | - | 0.0031 |

1. Values in inches are converted from mm and rounded to four decimal digits.

2. Dimension b applies to plated terminal and is measured between 0.15 and 0.30 mm from the terminal tip.

3. Applied for exposed die paddle and terminals. Exclude embedding part of exposed die paddle from measuring.

## 31.3   TSSOP8 package information

**Figure 90.TSSOP8 – 8-lead thin shrink small outline, 3 x 6.4 mm, 0.65 mm pitch, package outline**



TSSOP8AM_V2

1. Drawing is not to scale.

**Table 130. TSSOP8 – 8-lead thin shrink small outline, 3 x 6.4 mm, 0.65 mm pitch, package mechanical data**

| Symbol | millimeters | | | inches[1] | | |
|--------|------|------|------|------|------|------|
|        | Min. | Typ. | Max. | Min. | Typ. | Max. |
| A      | -    | -    | 1.200 | -    | -    | 0.0472 |
| A1     | 0.050 | -   | 0.150 | 0.0020 | - | 0.0059 |
| A2     | 0.800 | 1.000 | 1.050 | 0.0315 | 0.0394 | 0.0413 |
| b      | 0.190 | -   | 0.300 | 0.0075 | - | 0.0118 |
| c      | 0.090 | -   | 0.200 | 0.0035 | - | 0.0079 |
| CP     | -    | -    | 0.100 | -    | -    | 0.0039 |
| D      | 2.900 | 3.000 | 3.100 | 0.1142 | 0.1181 | 0.1220 |
| e      | -    | 0.650 | -   | -    | 0.0256 | -   |
| E      | 6.200 | 6.400 | 6.600 | 0.2441 | 0.2520 | 0.2598 |
| E1     | 4.300 | 4.400 | 4.500 | 0.1693 | 0.1732 | 0.1772 |
| L      | 0.450 | 0.600 | 0.750 | 0.0177 | 0.0236 | 0.0295 |
| L1     | -    | 1.000 | -   | -    | 0.0394 | -   |
| α      | 0°   | -    | 8°   | 0°   | -    | 8°   |

1.  Values in inches are converted from mm and rounded to four decimal digits.

# 32      Part numbering

**Table 131. Ordering information scheme for packaged devices**



Example:                                          M24LR64E-R   MN   6    T    /2

**Device type**

M24LR = dynamic NFC/RFID tag IC

64 = memory size in Kbit

E = support for energy harvesting

**Operating voltage**[1]

R = $V_{CC}$ = 1.8 to 5.5 V

**Package**

MN = SO8N (150 mils width)

MC = UFDFPN8 (MLP8)

DW = TSSOP8

SB12I = 120 µm ± 15 µm bumped and sawn inkless wafer on 8-inch frame[2]

RUW20 = 725 µm ± 25 µm unsawn inkless 8-inch wafer[2]

**Device grade**[1]

6 = industrial: device tested with standard test flow over –40 to 85 °C

**Option**[1]

T = Tape and reel packing

**Capacitance**[1]

/2 = 27.5 pF

1.  For packaged devices only.

2.  Delivery type: wafer tested. Bad chip identification by STIF wafer maps available on STMicroelectronics inkless central transfer server.

*Note:*      *Parts marked as "ES", "E" or accompanied by an Engineering Sample notification letter, are not yet qualified and therefore not yet ready to be used in production and any consequences deriving from such usage will not be at ST charge. In no event, ST will be liable for any customer usage of these engineering samples in production. ST Quality has to be contacted prior to any decision to use these Engineering samples to run qualification activity.*

**Table 132. Ordering and marking information**

| Reference | Package | Ordering code | First line marking | |
|-----------|---------|---------------|--------------------|-|
| | | | Initial revision (0xF) | Actual revision (0xE and below) |
| M24LR64E-R | TSSOP08 | M24LR64E-RDW6T/2 | 464EU | 4FEUB |
| | MLP | M24LR64E-RMC6T/2 | 464E | 4FEB |
| | SO8N | M24LR64E-RMN6T/2 | 24L64ER | 24LFERB |
| | SB12I | M24LR64E-SB12I/2 | - | - |
| | RUW20 | M24LR64E-RUW20/2 | - | - |

# Appendix A     Anticollision algorithm (informative)

The following pseudocode describes how anticollision could be implemented on the VCD, using recursivity.

## A.1     Algorithm for pulsed slots

```
function push (mask, address); pushes on private stack
function pop (mask, address); pops from private stack
function pulse_next_pause; generates a power pulse
function store(M24LR64E-R_UID); stores M24LR64E-R_UID


function poll_loop (sub_address_size as integer)
   pop (mask, address)
   mask = address & mask; generates new mask
             ; send the request
   mode = anticollision
   send_Request (Request_cmd, mode, mask length, mask value)
   for sub_address = 0 to (2^sub_address_size - 1)
      pulse_next_pause
      if no_collision_is_detected ; M24LR64E-R is inventoried
         then
            store (M24LR64E-R_UID)
         else ; remember a collision was detected
            push(mask,address)
         endif
      next sub_address

   if stack_not_empty ; if some collisions have been detected and
      then    ; not yet processed, the function calls itself
         poll_loop (sub_address_size); recursively to process the last
stored collision
      endif
end poll_loop

main_cycle:
   mask = null
   address = null
   push (mask, address)
   poll_loop(sub_address_size)
end_main_cycle
```

# Appendix B     CRC (informative)

## B.1     CRC error detection method

The cyclic redundancy check (CRC) is calculated on all data contained in a message, from the start of the flags through to the end of Data. The CRC is used from VCD to M24LR64E-R and from M24LR64E-R to VCD.

**Table 133. CRC definition**

| CRC type | Length | Polynomial | Direction | Preset | Residue |
|---|---|---|---|---|---|
| ISO/IEC 13239 | 16 bits | $X^{16} + X^{12} + X^5 + 1 = 8408h$ | Backward | FFFFh | F0B8h |

To add extra protection against shifting errors, a further transformation on the calculated CRC is made. The one's complement of the calculated CRC is the value attached to the message for transmission.

To check received messages, the two CRC bytes are often also included in the re-calculation, for ease of use. In this case, the expected value for the generated CRC is the residue F0B8h.

## B.2     CRC calculation example

This example in C language illustrates one method of calculating the CRC on a given set of bytes comprising a message.

### C-example to calculate or check the CRC16 according to ISO/IEC 13239

```
#define   POLYNOMIAL0x8408//  x^16 + x^12 + x^5 + 1
#define   PRESET_VALUE0xFFFF
#define   CHECK_VALUE0xF0B8

#define   NUMBER_OF_BYTES4// Example: 4 data bytes
#define   CALC_CRC1
#define   CHECK_CRC0

void main()
{
  unsigned int  current_crc_value;
  unsigned char array_of_databytes[NUMBER_OF_BYTES + 2] = {1, 2, 3, 4, 0x91,
0x39};
  int           number_of_databytes = NUMBER_OF_BYTES;
  int           calculate_or_check_crc;
  int           i, j;
  calculate_or_check_crc = CALC_CRC;
// calculate_or_check_crc = CHECK_CRC;// This could be an other example
  if (calculate_or_check_crc == CALC_CRC)
  {
      number_of_databytes = NUMBER_OF_BYTES;
```

```
    }
    else    // check CRC
    {
        number_of_databytes = NUMBER_OF_BYTES + 2;
    }

  current_crc_value = PRESET_VALUE;

  for (i = 0; i < number_of_databytes; i++)
  {
        current_crc_value = current_crc_value ^ ((unsigned
int)array_of_databytes[i]);

        for (j = 0; j < 8; j++)
        {
            if (current_crc_value & 0x0001)
            {
                current_crc_value = (current_crc_value >> 1) ^ POLYNOMIAL;
            }
            else
            {
                current_crc_value = (current_crc_value >> 1);
            }
        }
  }

  if (calculate_or_check_crc == CALC_CRC)
  {
        current_crc_value = ~current_crc_value;

        printf ("Generated CRC is 0x%04X\n", current_crc_value);

        // current_crc_value is now ready to be appended to the data stream
        // (first LSByte, then MSByte)
  }
  else    // check CRC
  {
        if (current_crc_value == CHECK_VALUE)
        {
            printf ("Checked CRC is ok (0x%04X)\n", current_crc_value);
        }
        else
        {
            printf ("Checked CRC is NOT ok (0x%04X)\n", current_crc_value);
        }
  }
}
```

# Appendix C    Application family identifier (AFI) (informative)

The AFI (application family identifier) represents the type of application targeted by the VCD and is used to extract from all the M24LR64E-Rs present only the one meeting the required application criteria.

It is programmed by the M24LR64E-R issuer (the purchaser of the M24LR64E-R). Once locked, it cannot be modified.

The most significant nibble of the AFI is used to code one specific or all application families, as defined in *Table 134*.

The least significant nibble of the AFI is used to code one specific or all application subfamilies. Subfamily codes different from 0 are proprietary.

**Table 134. AFI coding[1]**

| AFI most significant nibble | AFI least significant nibble | Meaning VICCs respond from | Examples / Note |
|---|---|---|---|
| '0' | '0' | All families and subfamilies | No applicative preselection |
| 'X' | '0 | All subfamilies of family X | Wide applicative preselection |
| 'X | "Y' | Only the $Y^{th}$ subfamily of family X | - |
| '0' | 'Y' | Proprietary subfamily Y only | - |
| '1 | "0', 'Y' | Transport | Mass transit, bus, airline,... |
| '2 | "0', 'Y' | Financial | IEP, banking, retail,... |
| '3 | "0', 'Y' | Identification | Access control,... |
| '4 | "0', 'Y' | Telecommunication | Public telephony, GSM,... |
| '5' | '0', 'Y' | Medical | - |
| '6 | "0', 'Y' | Multimedia | Internet services.... |
| '7 | "0', 'Y' | Gaming | - |
| 8 | "0', 'Y' | Data Storage | Portable files,... |
| '9 | "0', 'Y' | Item management | - |
| 'A | "0', 'Y' | Express parcels | - |
| 'B | "0', 'Y' | Postal services | - |
| 'C | "0', 'Y' | Airline bags | - |
| 'D | "0', 'Y' | RFU | - |
| 'E | "0', 'Y' | RFU | - |
| 'F' | '0', 'Y' | RFU | - |

1. X = '1' to 'F', Y = '1' to 'F'

# Revision history

**Table 135. Document revision history**

| Date | Revision | Changes |
|---|---|---|
| 12-Apr-2012 | 1 | Initial release. |
| 08-Jun-2012 | 2 | Updated *Section 7.1: RF communication and energy harvesting on page 42* and *Figure 49: M24LR64E-R state transition diagram on page 65*.<br>Updated clock pulse width values in *Table 123: I²C AC characteristics on page 122*. |
| 19-Jun-2012 | 3 | Updated notes for *Figure 49: M24LR64E-R state transition diagram*. |
| 21-Feb-2013 | 4 | – Number of sectors updated in *Section 3*.<br>– Updated *Section 4.2*.<br>– Updated *Figure 6: Memory sector organization*.<br>– M24LR64E changed into M24LR64x in *Figure 52: M24LR64E RF-Busy management following Inventory command*, *Figure 56: M24LR64E RF-Busy management following Write command* and *Figure 57: M24LR64E RF-Wip management following Write command*.<br>– Updated *Table 15: Control register*, *Table 17: System parameter sector*, *Table 118: Absolute maximum ratings*, *Table 122: I²C DC characteristics* and *Table 125: RF characteristics*. |
| 07-Mar-2013 | 5 | Added *Table 132: Ordering and marking information*. |
| 12-Jun-2013 | 6 | Added "Dynamic NFC/RFID tag IC" to the title, *Section 1: Description*, and the M24LR definition in *Table 131: Ordering information scheme for packaged devices*.<br>Updated V$_{ESD}$ and Note 5 in *Table 118: Absolute maximum ratings*.<br>Removed MB package from *Figure 88: UFDFPN8 (MLP8) – 8-lead ultra thin fine pitch dual flat package no lead 2 × 3mm, package outline*. |
| 21-Nov-2014 | 7 | Updated *Figure 1: Logic diagram*, *Figure 14: 100% modulation waveform* and *Figure 15: 10% modulation waveform*.<br>Updated footnote *4* in *Table 123: I²C AC characteristics*.<br>Added note on Engineering samples marking in *Section 32: Part numbering*. |
| 06-Nov-2015 | 8 | Updated figure on Cover page with new wafer code SB12I.<br>Updated *Figure 10: Write cycle polling flowchart using Ack*, *Figure 14: 100% modulation waveform* and *Figure 15: 10% modulation waveform*.<br>Updated *Table 118: Absolute maximum ratings* and its footnote *4*.<br>Updated *Section 31: Package information* and its subsections.<br>Updated *Table 131: Ordering information scheme for packaged devices* and added footnotes *1* and *2*. |
| 27-Apr-2016 | 9 | Updated *Table 132: Ordering and marking information*. |
| 09-May-2016 | 10 | Updated *Features*.<br>Updated *Figure 51: Description of a possible anticollision sequence* and *Figure 53: Stay Quiet frame exchange between VCD and M24LR64E-R*.<br>Updated *Table 118: Absolute maximum ratings*.<br>Added *Section 29: Write cycle definition*. |

**Table 135. Document revision history (continued)**

| Date | Revision | Changes |
|------|----------|---------|
| 13-Mar-2017 | 11 | Updated image on cover page with introduction of RUW20 wafer option.<br>Updated *Features*.<br>Added footnote *4* to *Figure 89: UFDFN8 - 8-lead, 2 × 3 mm, 0.5 mm pitch ultra thin profile fine pitch dual flat package outline*.<br>Updated *Table 131: Ordering information scheme for packaged devices* and *Table 132: Ordering and marking information*. |
| 20-Jul-2017 | 12 | Updated caption of *Figure 90: TSSOP8 – 8-lead thin shrink small outline, 3 x 6.4 mm, 0.65 mm pitch, package outline* and of *Table 130: TSSOP8 – 8-lead thin shrink small outline, 3 x 6.4 mm, 0.65 mm pitch, package mechanical data*. |

**M24LR64E-R**

**IMPORTANT NOTICE – PLEASE READ CAREFULLY**

STMicroelectronics NV and its subsidiaries ("ST") reserve the right to make changes, corrections, enhancements, modifications, and improvements to ST products and/or to this document at any time without notice. Purchasers should obtain the latest relevant information on ST products before placing orders. ST products are sold pursuant to ST's terms and conditions of sale in place at the time of order acknowledgement.

Purchasers are solely responsible for the choice, selection, and use of ST products and ST assumes no liability for application assistance or the design of Purchasers' products.

No license, express or implied, to any intellectual property right is granted by ST herein.

Resale of ST products with provisions different from the information set forth herein shall void any warranty granted by ST for such product.

ST and the ST logo are trademarks of ST. All other product or service names are the property of their respective owners.

Information in this document supersedes and replaces information previously supplied in any prior versions of this document.

© 2017 STMicroelectronics – All rights reserved



# Exhibit G to 12/04/2020 Rowe Declaration

# Program Analyzes Spacecraft/Ground Radio Links

*NASA's Jet Propulsion Laboratory, Pasadena, California*

A versatile computer program analyzes the link-design control table necessary for designing the telecommunication subsystem of a spacecraft in orbit around the Earth or on a deep-space mission. The program helps to calculate all the important parameter values for spacecraft-to-ground telemetry links and ground-to-spacecraft command links. The program also enables the design of turn-around ranging and one-way ranging links, which are very useful for determining the positions of spacecraft and for satisfying various other operational needs. The user can specify several aspects of spacecraft telecommunication-subsystem design, including the nature of the antenna (paraboloidal reflector, patch, dipole, etc.), the power-amplifier rating, and the link data rate.

The program enables the use of comparative design procedures and includes an extensive database on the capabilities, attributes, and costs of commercially available telecommunications equipment. Hence, the program can also perform cost analyses. The software includes an extensive ground-station database, so that link design can be carried out using different ground stations in a comparative process in an effort to select the best design. The output of the program is in the form of graphs as well as numbers.

*This program was written by Faiza Lansing and Anil Kantak of Caltech for NASA's Jet Propulsion Laboratory. Further information is contained in a TSP (see page 1).*

*This software is available for commercial licensing. Please contact Karina Edmonds of the California Institute of Technology at (626) 395-2322. Refer to NPO-40442.*

# Two-Way Communication Using RFID Equipment and Techniques

**Dynamic data could be exchanged, in addition to conventional static RFID data.**

*NASA's Jet Propulsion Laboratory, Pasadena, California*

Equipment and techniques used in radio-frequency identification (RFID) would be extended, according to a proposal, to enable short-range, two-way communication between electronic products and host computers. In one example of a typical contemplated application, the purpose of the short-range radio communication would be to transfer image data from a user's digital still or video camera to the user's computer for recording and/or processing. The concept is also applicable to consumer electronic products other than digital cameras (for example, cellular telephones, portable computers, or motion sensors in alarm systems), and to a variety of industrial and scientific sensors and other devices that generate data.

Until now, RFID has been used to exchange small amounts of mostly static information for identifying and tracking assets. Information pertaining to an asset (typically, an object in inventory to be tracked) is contained in miniature electronic circuitry in an RFID tag attached to the object. Conventional RFID equipment and techniques enable a host computer to read data from and, in some cases, to write data to, RFID tags, but they do not enable such additional functions as sending commands to, or retrieving possibly large quantities of dynamic data from, RFID-tagged devices. The proposal would enable such additional functions.

The figure schematically depicts an implementation of the proposal for a sensory device (e.g., a digital camera) that includes circuitry that converts sensory information to digital data. In addition to the basic sensory device, there would be a controller and a memory that would store the sensor data and/or data from the controller. The device would also be equipped with a conventional RFID chipset and antenna, which would communicate with a host computer via an RFID reader.

The controller would function partly as a communication interface, implementing two-way communication protocols at all levels (including RFID if needed) between the sensory device and the memory and between the host computer and the memory. The controller would perform power



An **RFID System Extended as Proposed** would enable a host computer to control a sensory device and retrieve data stored in the memory of that device.

management and other tasks essential to operation, and would encrypt data if necessary.

The RFID chipset would handle RFID communications (including implementing RFID protocols in cooperation with the controller). As in ordinary RFID tags, the RFID chipset would accept RF power received via the antenna, convert the RF power to DC power, and distribute the power both within itself and to any other circuitry as needed. The RFID chipset would interact with the controller to pass data from the sensor memory to the host computer and/or to pass commands from the host computer.

The host computer would control the RFID reader. The host computer would contain application software and/or firmware that would enable the user to communicate with the sensory device and process data received from the sensory device.

*This work was done by Thomas Jedry and Eric Archer of Caltech for NASA's Jet Propulsion Laboratory. Further information is contained in a TSP (see page 1).*

*In accordance with Public Law 96-517, the contractor has elected to retain title to this invention. Inquiries concerning rights for its commercial use should be addressed to:*

*Innovative Technology Assets Management*
*JPL*
*Mail Stop 202-233*
*4800 Oak Grove Drive*
*Pasadena, CA 91109-8099*
*(818) 354-2240*
*E-mail: iaoffice@jpl.nasa.gov*
*Refer to NPO-43144, volume and number of this* NASA Tech Briefs *issue, and the page number.*

# ✿ Six-Message Electromechanical Display System

## This system would overcome the three-message limit of prior such systems.

*Marshall Space Flight Center, Alabama*

A proposed electromechanical display system would be capable of presenting as many as six distinct messages. This system would be a more capable and more complex successor to the proposed system reported in "Four-Message Electromechanical Display System" (MFS-31368), *NASA Tech Briefs*, Vol. 24, No. 4 (April 2000), page 32. In contrast to the now-proposed six-message system and the previously proposed four-message system, a typical conventional electromechanical display system is limited to three messages.

The three-message limit arises as follows: A typical electromechanical display system contains display elements with multiple flat faces that are rotated into view to present a message. Each display element can present, for example, an alphanumeric character or part of an image. If the display elements have flat faces, then the number of messages is limited to three because three is the maximum number of sides of a polygon that can be placed contiguously with other, identical polygons along a common baseline and that can be rotated without interfering with an adjacent polygon.

In the proposed system (see Figure 1), each display element would include a cylinder having a regular hexagonal cross section. The adjacent



Front   Back

Gap

Baseline

DISPLAY ELEMENTS ROTATING TO NEXT POSITION

DISPLAY ELEMENTS IN NEXT POSITION, FACES NOT YET EXPANDED

DISPLAY ELEMENTS IN POSITION, VISIBLE FACES EXPANDED

Figure 1. **Adjacent Hexagonal Cylinders** would be rotated to present any of six messages to viewers looking at the front side.



Expansion Through Rotation

Expansion Through Sliding

Figure 2. The **Visible Face of Each Hexagonal Cylinder** would effectively be expanded by rotation or sliding of panels.

# Exhibit H to 12/04/2020 Rowe Declaration



Newnes

**INCLUDES**

FREE
NEWNES ONLINE
MEMBERSHIP



# ZIGBEE WIRELESS NETWORKING



ZigBee™
Alliance

- Includes ZigBee Pro specifications

- Contains several coding examples

- Details how to plan and develop ZigBee networks

Drew Gislason

# *Foreword*

Back in 1999, we saw the need for an organization with a mission to define a complete, open, global standard for reliable, cost-effective, low-power, wirelessly networked products addressing monitoring and control. While there were other standards that addressed higher data rates or battery-powered networks for a very small number of devices, none of these truly met the needs of this market. Instead, what we needed was something focused on:

- Large networks (a large number of devices and a large coverage area) that could form autonomously, and operate very reliably and securely for years without operator intervention

- Very long battery life (years of use from a pair of AA cells), very low infrastructure cost (low device and setup costs), very low complexity, and small size

- A relatively low data rate

- A standardized protocol, allowing multiple-vendor, interoperable products for the global market

Thus, in 2002, the ZigBee Alliance was born.

Now, with over 225 member companies, we are able to draw on a wealth of experience in every aspect of the business. Allowing so many companies the opportunity to have input is not as fast-paced as adopting a single proprietary system and declaring it a standard. Even so, the combined wisdom and the vetting process enable a much better solution to be built, one which meets all of the needs mentioned above. Getting it right is extremely important if a standard is to have a long track record of success.

The ZigBee Alliance slogan, "Wireless Control That Simply Works," is clearly what is needed for end users and implementers, but achieving that result places a heavy burden on the developers and OEMs. Drew Gislason has the ability to take complex topics and present them in a manner that is cogent and easily digestible to OEMs and developers. This book goes a long way in helping to explain ZigBee concepts, and in explaining how to implement ZigBee in a wide variety of products.

Many people do not realize that a quiet revolution is already under way in business, and in our homes. Great emphasis is being placed on reducing natural resource waste and in becoming exponentially more efficient. To achieve global efficiency goals, we must have an extensive, intelligent, easy-to-deploy, low-cost infrastructure to monitor and manage our surroundings. ZigBee is a solid technological solution for this monumental task, and brings with it other benefits and lifestyle improvements, such as increased security and convenience.

The momentum is gathering, and we are about to take a leap that brings remarkable savings, not only of resources, but of money and time. History repeatedly demonstrates that companies at the forefront set the mark for their industries. Indeed, many current industry leaders who take a "wait and see" approach are likely to be supplanted by new leaders willing to make an early investment in learning and implementing solutions such as ZigBee into their product lines. This book will help companies move up the learning curve rapidly.

*Bob Heile, Ph.D.*
Chairman, ZigBee Alliance

# *Preface*

## Intended Audience

*ZigBee Wireless Networking* is for developers who are interested in learning more about ZigBee. The developer who actually has a project at hand may benefit the most from the text and examples, but managers considering using ZigBee on a project will also benefit, especially from Chapter 1, "Hello ZigBee," and Chapter 2, "Deciding on ZigBee."

No prior experience with embedded programming, 802.15.4, or networking is required, but a working knowledge of the C programming language is helpful.

Most of the examples use the Freescale ZigBee platform, but the ideas apply to all ZigBee platform vendors. Occasionally, an example or solution is specific to the Freescale platform. Where this occurs, the text makes it clear that the solution is Freescale-specific, and not a ZigBee requirement, in general.

## Formatting Conventions

Various elements in this book are specially formatted for easier identification while reading. Code samples are printed in a different style on a light gray background. Variables in the text are printed in **bold**. Each section ends in a brief summary, indicating the key points. For example, Code samples look like this:

```
void BeeAppDataIndication(void)

{
  apsdeToAfMessage_t  *pMsg;
  zbApsdeDataIndication_t  *pIndication;
  zbStatus_t  status = gZclMfgSpecific_c;
  while(MSG_Pending(&gAppDataIndicationQueue)
```

## The Book's Structure

This book is designed to be read from cover-to-cover, tutorial style. Each chapter introduces concepts that are used in later chapters. However, the reader is encouraged to

skip ahead if the concepts of any section are already familiar. To keep the reader oriented in each section, some overlap is necessary.

While it is not required, it is helpful to have the ZigBee and IEEE 802.15.4 specifications available when reading this book. I'll sometimes refer to a section or a concept in those specifications for further reading.

To obtain the ZigBee specification, go to http://www.zigbee.org and click on "Download the Specification." It is free, and comes in PDF format.

Go to http://standards.ieee.org/getieee802/802.15.html and select "IEEE 802.15.2-2003" to obtain the 802.15.4 standard in PDF format. There is a new draft standard, IEEE 802.15.2-2006, but ZigBee does not currently use that specification.

The chapters are organized as follows.

Chapter 1, "Hello ZigBee," lays out the basics of ZigBee and its intended use. It describes the ZigBee Alliance, which is the standards body which defines and promotes the ZigBee standard worldwide. This chapter also provides the developer with several ZigBee networking examples, complete with source code.

Chapter 2, "Deciding on ZigBee," helps the developer make technical and marketing choices about ZigBee, and even helps determine whether ZigBee is the right solution for any given problem. It provides a concise checklist, with all of the ZigBee factors that must be considered throughout the entire product life cycle, from inception through development, deployment, and maintenance.

Chapter 3, "The ZigBee Development Environment," covers the basics of the ZigBee development environment, and walks the reader through an example, step-by-step, to help gain a full understanding of what's involved in the development and debug phase. This chapter contains information necessary if the reader plans to follow along with the examples using actual hardware.

Chapter 4, "ZigBee Applications," goes in-depth into application development, including the fundamentals of ZigBee networks, nodes, addressing, Application Profiles, and the features provided to the application by the Application Framework (AF) and Application Support Sub-layer (APS).

Chapter 5, "ZigBee, ZDO, and ZDP," describes the ZigBee Device Object (ZDO) and how it interacts with and is used by applications, including how to achieve maximum battery life from ZigBee nodes.

Chapter 6, "The ZigBee Cluster Library," covers the library of common clusters used for profile and device development. It describes Home Automation in some detail.

Chapter 7, "The ZigBee Networking Layer," goes in-depth into how ZigBee actually delivers packets from one node to another, including mesh and tree networking. It also discusses some of the table management that must occur for ZigBee nodes to last for years (and decades) in the field with no required maintenance. This chapter also describes security in detail.

Chapter 8, "Commissioning ZigBee Networks," describes the commissioning process with ZigBee. This topic is critical to the successful deployment and maintenance of ZigBee networks.

Chapter 9, "ZigBee Gateways," introduces gateways and describes techniques for retrieving information from a ZigBee network, as well as controlling and configuring sensors and actuators from outside the ZigBee network.

Appendix A, "ZigBee 2007 and ZigBee Pro," is a quick reference to the ZigBee application API.

Appendix B, "ZigBee Quick Reference," is a quick reference to ZigBee architecture and commands.

Appendix C, "ZigBee Cluster Library Quick Reference," covers some of the new features in ZigBee to be found in the upcoming ZigBee 2007, a specification that was not quite ready for publication at the time of this writing.

## Example Source Code

Each chapter contains examples designed to enhance understanding of the ZigBee concepts introduced. Only partial source code is included in the text of this book.

For full source code, including Freescale CodeWarrior project files, go to the web site:

**http://www.zigbookexamples.com/code**

The home page of this site is just an advertisement for the book, so remember to type in **/code** after the site name. The sample code may be freely used in applications. A standard author's disclaimer applies:

> *No warrantee is implied or expressed and it's probably not suitable for anything other than instructional purposes, and maybe not even that. If you use the source code, keep the copyright text intact.*

The code on the Web site is organized by chapters. Each example, except for the two in Chapter 1, contain only the application source code, and assume that you use Freescale's BeeKit to generate the project. The whole process of taking small source code samples and incorporating them into the Freescale solution is described, step-by-step, in Chapter 3, "The ZigBee Development Environment."

# *Acknowledgments*

There are so many people that contributed to this book. First of all, I'd like to thank my wife, Alicia. Without her countless hours of encouragement and solid support of this arduous process called writing a book, this would not have been possible. And to my daughters, Lita, Genevieve, and Elanor, I love you.

To Rachel, my editor at Elsevier, a big thank you, especially for your patience. There is a White Chocolate Frappuccino® waiting for you at Starbucks®, my treat.

I'd like to thank all the staff at Freescale, in what's now called Wireless Commercial Operations (WCO), especially Brett Black for believing in and championing this technology, Darrel Simms for introducing me to Freescale, Mark Williams for always supporting his partners, Walter Young whose command of the English language is greater than Strunk and White, Mads Westergreen—a Danish man who knows more about ZigBee than just about anybody on the planet, Matt Maupin, Ryan Kelly, Shannon Reid, and so many others as well.

Also, ZigBee Alliance members deserve many thanks for this book: Bob Heile, Zachary Smith, Ian Marsden, Don Sturek, Phil Jamieson, and Skip Ashton, all of whom have made the ZigBee standard possible. I really appreciate all the time you've spent explaining the concepts to me, and discussing the edge cases. You have taught me so much. And to others within the Alliance who have patiently answered my questions: Spiro Sacre, Monique Brown, Wally Burnham, Claudio Borean, Rudi Belliardi, Greg Henry, Silviu Chiricescu, and Bill Wood, thank you.

To my good friends and colleagues, Masaru and Blanca Natsu, Christian Garcia, and Dalila Pinedo, thank you for all your help, suggestions, corrections, and insight. And to

Tim Gillman who was the idea man behind many of the stories which open each chapter. Tim, you are a funny guy.

Special thanks to Mads Westergreen and Allan McDaniel for the iPod example. I think the readers will love this one.

Any mistakes, inaccuracies, or omissions in this text are purely my own.

# *Hello ZigBee*

Wireless networking standards are everywhere. You've heard of WiFi™ and Bluetooth™ and cellular technology. Perhaps you've heard of Active RFID, Wibree, WiMAX™, or Wireless USB. So, why ZigBee™?

The ZigBee wireless networking standard fits into a market that is simply not filled by other wireless technologies (see Figure 1.1). While most wireless standards are striving to go faster, ZigBee aims for low data rates. While other wireless protocols add more and more features, ZigBee aims for a tiny stack that fits on 8-bit microcontrollers. While other wireless technologies look to provide the last mile to the Internet or deliver streaming high-definition media, ZigBee looks to control a light or send temperature



**Figure 1.1: Wireless Technologies Compared**

data to a thermostat. While other wireless technologies are designed to run for hours or perhaps days on batteries, ZigBee is designed to run for years. And while other wireless technologies provide 12 to 24 months of shelf life for a product, ZigBee products can typically provide decades or more of use.

The market category ZigBee serves is called "wireless sensor networking and control," or simply, "wireless control." In fact, the slogan for ZigBee is, "Wireless Control That Simply Works."

I'll get to that in a moment (the first code example in this book, "Hello ZigBee," simply works). The wireless control market has a number of unique needs for which ZigBee is ideally suited, because ZigBee is:

- Highly reliable
- Cost-effective
- Able to achieve very low power
- Highly secure
- An open global standard

To achieve the low power and low cost criteria, ZigBee added a constraint to the technology:

Low data rate

Now, why would a networking standard want to encourage low data rates? Because ZigBee is all about wireless monitoring and control. Think of a light switch. How often does it need to communicate? Ten times per day? Or perhaps, not at all, on a given day? How large is that data set? By keeping focused on the appropriate technology for wireless control, ZigBee achieves an elegant solution that makes sense and fits a set of markets very well. Just don't expect to stream voice or video over ZigBee. Yes, I have seen companies stream voice over ZigBee, but that's not the intended use, and it consumes way too much bandwidth for most ZigBee networks.

"Wireless Control That Simply Works." Those words, the slogan of the ZigBee Alliance, are oh-so-easy to say and oh-so-hard to do. ZigBee comes pretty close, as you'll see over the course of this book. Unfortunately, making wireless control that simply works from an end-user perspective requires a fair bit of work from the developer and system designer, with some thought taken on how the application is to be solved. ZigBee has

the necessary networking primitives to make it possible, and in many cases also has the necessary Application Profiles to make compatibility with other products possible. In this book, I'll show you how to apply ZigBee appropriately to achieve wireless control that simply works.

> ZigBee is a standard networking protocol aimed at the wireless control market.
>
> The ZigBee protocol fits on 8-bit microcontrollers, with 16- and 32-bit solutions available.

## 1.1   What's a ZigBee?

Before I delve into ZigBee in detail, I'd like to address one question that seems to come up every time I speak about ZigBee in public. Where did the name ZigBee come from?

Well, the way I first heard it was at the ZigBee Open House in Seattle, back in 2004.

This story was told during a time when ZigBee was often confused with Bluetooth™. Just so you don't confuse the two: Bluetooth™ is great at point-to-point (as seen in many headsets and cell phones). ZigBee is great at wireless control, where anywhere from two to thousands of nodes are all connected together, in multi-hop mesh network.

Bob Heile, Chairman of the ZigBee Alliance explained the origin of ZigBee something like this:

> *A Norwegian legend speaks of a little troll by the name of ZigBee, who lived in the village of Vik far inland on the fjord of Sogn. Now, Norwegian trolls aren't the big, nasty and smelly, hard-as-rock variety often told of in other tales, at least not always. ZigBee was a kindly, quiet little troll, who didn't speak much, but when he did speak it was always reliable. A person could count on ZigBee.*
>
> *One time, ZigBee sensed that a decomposing pile of hay stacked up against a barn had become too hot and had begun to smolder. ZigBee, in no time at all, sounded the alarm to every house in the village, and the villagers were able to put out the fire before the barn was lost.*
>
> *Another day, a grandfather left the port of Vik i Sogn in his small fishing boat to catch Salmon with his granddaughter Brita. This day, unlike other days, Brita was not being careful. Bestefar (that is the name Norwegians give to their grandfathers) didn't notice when Brita fell overboard as he was busy hauling in a net full of fish off the stern of the little boat. ZigBee, sensing immediately that Brita had fallen, alerted Bestefar who was able to save her from drowning.*

*Yet another time ZigBee saved the whole village of Vik. And the way I heard it was this. A local villager by the name of Haarold Bluetooth, was far up in the snow-capped mountains, tending his flock of sheep in the early spring. It had been a warm spring that year, following a particularly hard winter.*

*The shepherd, Bluetooth, brought his flock to a stream he knew well, but this year he couldn't approach it. The steam had turned into a flooding river from the rapidly melting snow. Alarmed, Bluetooth now wished he could let the villagers know about the flood before it reached the village, but the village was too far away for him to be heard. Bluetooth simply didn't have the range to help the village.*

*ZigBee, sensing there was trouble, saw the flood as well. And ZigBee, like Bluetooth, realized he was too far away for a single shout to be heard. So he immediately began to hop down the mountain, ledge by ledge until he reached the village. He automatically opened the dam and the flood passed through without harm to the village.*

*It was a very lucky thing for Vik i Sogn that they had ZigBee, and that ZigBee knew how to multi-hop.*

### 1.1.1 ZigBee Is Highly Reliable

Wireless communication is inherently unreliable. Prove this to yourself by walking around with your cell phone, then step into an elevator. Anyone who has used a cell phone has experienced dropped calls or poor reception. It's all because radio waves are just that: waves. They run into interference patterns, can be blocked by metal, water or a lot of concrete, and vary depending on many complex factors including antenna design, power amplification, and even weather conditions.

Wireless control, however, doesn't usually have the same remedies normally associated with a cell phone call, of moving to find better reception, or waiting to try back later. The ZigBee Alliance understands this, and so the ZigBee specification reflects this need. ZigBee achieves high reliability in a number of ways:

- IEEE 802.15.4 with O-QPSK and DSSS
- CSMA-CA
- 16-bit CRCs
- Acknowledgments at each hop
- Mesh networking to find reliable route
- End-to-end acknowledgments to verify data made it to the destination

The first is relying on a very reliable, low-range wireless technology, the IEEE 802.15.4 Specification. This specification is a very modern, robust radio technology built on over 40 years of experience by IEEE. It uses what's called Offset-Quadrature Phase-Shift Keying (O-QPSK) and Direct Sequence Spread Spectrum (DSSS), a combination of technologies that provides excellent performance in low signal-to-noise ratio environments.

ZigBee uses what's called Carrier Sense Multiple Access Collision Avoidance (CSMA-CA) to increase reliability. Before transmitting, ZigBee listens to the channel. When the channel is clear, ZigBee begins to transmit. This prevents radios from talking over one another, causing corrupted data. CSMA-CA is similar to what people do in conversations. (Or at least should!) They wait for the other speaker to finish, and then talk.

ZigBee uses a 16-bit CRC on each packet, called a Frame Checksum (FCS). This ensures that the data bits are correct.

Each packet is retried up to three times (for a total of four transmissions). If the packet cannot get through after the fourth transmission, ZigBee informs the sending node so something can be done about it.

Another way that ZigBee achieves reliability is through mesh networking. Mesh networking essentially provides three enhanced capabilities to a wireless network: extended range through multi-hop, ad-hoc formation of the network, and most importantly automatic route discovery and self healing.

With mesh networking, data from the first node can reach any other node in the ZigBee network, regardless of the distance as long as there are enough radios in between to pass the message along (see Figure 1.2). Node 1 wants to communicate to node 3, but is out



**Figure 1.2: ZigBee Mesh Networking**



**Figure 1.3: ZigBee Mesh Rerouting**

of radio range. ZigBee automatically figures out the best path and so node 1 sends the information to node 2, which forwards it on to node 3.

Now suppose that over time, something happens to this route. Perhaps node 2 has been removed or dies, or some barrier intervenes, such as a concrete wall or a large tank of water. This doesn't bother ZigBee at all. ZigBee will automatically detect the route failure and route around the obstruction (see Figure 1.3).

In addition to mesh networking, ZigBee provides reliable broadcasting, a technique for distributing a message to many nodes in the network. ZigBee also provides multicasting, which can send a message to any given group of nodes. And, as a back-up routing technique, ZigBee provides tree routing to augment ZigBee mesh networking in RAM limited systems.

ZigBee also provides automatic end-to-end acknowledgments. Your application can know whether a particular packet was received by the other node. With all of these retries, ZigBee filters out any duplicate received packets, so your application doesn't have to.

All of these concepts are explained in detail in Chapter 7, "The ZigBee Networking Layer."

> ZigBee enhances reliability through mesh networking, acknowledgments and use of the robust IEEE 802.15.4 standard.

## 1.1.2 ZigBee Is Cost-Effective

Obviously, a book is not the place to look for current prices, but at the time of this writing, ZigBee is pretty cheap. And it looks like it is getting even less expensive over time. A quick search for ZigBee chips (I used http://www.DigiKey.com) yielded inexpensive prices (see Table 1.1).

Most of the entries in the table are the price for a combination MCU and radio. That's right, a single chip solution yields prices in the $3 to $5 range, on average. One of the entries, the Freescale MC13203, is a stand-alone radio that can be combined with any MCU or CPU.

The final two entries, the Digi International XBee and the Panasonic PAN802154, are complete, ready-to-ship, precertified modules. Connect a couple of AA or AAA batteries and a sensor or actuator to these boards, put it in some plastic enclosure, and ship your product.

These prices are for low-volume sales. OEM and higher volume (10,000+ units) knock off about a dollar, as a rule of thumb. And, as the competition for the 802.15.4 market stiffens, the prices will likely be brought down even further. Some have predicted that the 802.15.4 radio market will see prices around $1 in quantity over the next three to five years.

But the low cost of ZigBee isn't just about low silicon costs. In addition to low MCU and radio costs, developing applications for ZigBee is cheap in other ways:

- It uses the 2.4 GHz spectrum for worldwide distribution.
- There are certification houses with expertise in 802.15.4 and ZigBee.

**Table 1.1: ZigBee Chip and Module Prices**

| Chip | Price | Type |
|------|-------|------|
| Freescale MC13213 | $4.43 | MCU + radio |
| Freescale MC13203 | $3.64 | Radio only |
| Texas Instruments CC2420 | $4.09 | MCU + radio |
| ST Microelectronics SN260QT | $7.25 | MCU + radio |
| Ember EM2420 | $4.70 | MCU + radio |
| Ember EM260 | $5.77 | MCU + radio |
| Microchip MF24J40 | $3.72 | MCU + radio |
| Digi International XBee | $19.00 | Module |
| Panasonic PAN802154HAR00 | $27.40 | Module |

- There are module vendors who provide ready-to-go ZigBee boards.

- Its core technology is free of patent infringements.

- It requires only low cost development environments.

- ZigBee experts are available for consulting or custom engineering.

- There are Application Profiles for ready-made vendor interoperability.

The 802.15.4 radios come in both 2.4 GHz and 915 MHz flavors. Radios in the 2.4 GHz band may be shipped worldwide, license-free (that's governmental RF spectrum license-free, not license-free from the standpoint of vendor licenses). The 915 MHz band is available license-free in the Americas. In either case, new RF boards must be certified by the government to ensure they don't interfere with other products in the intended markets.

Some companies offer easy and relatively low-cost governmental RF certification, including FCC certification in the U.S., IC in Canada, and CE Marking in Europe. Others offer ZigBee certification, such as NTS and TUV.

Another cost saver, available because ZigBee is an international standard, is the availability of modules. A module is a single board computer complete with an MCU and ZigBee RF solution. Module vendors, such as Digi International, Panasonic, and LS Research, provide precertified ZigBee modules, ready to communicate out-of-the-box. Using this approach, the only development cost is software, and even that can be reduced by using the sample programs which come with the ZigBee kits, or the built-in software in the modules.

One other aspect that keeps the cost of ZigBee low is the ZigBee Alliance's careful choice of using patent-free technologies. ZigBee uses AES-128 bit encryption for security, a standard that has no patents associated with it and is freely available worldwide. ZigBee also uses AODV, a mesh networking algorithm in the public domain. New members to the ZigBee Alliance must sign a disclosure statement regarding patents in the area of ZigBee to help prevent members from slipping a patented technology into the specification.

The development environment is generally inexpensive, and kits are available for around $1,500, including the compiler, the ZigBee stack, some ZigBee boards, and all the software and documentation necessary to develop ZigBee applications.

Also, because of the ZigBee Alliance, a lot of expertise is available in the form of consulting companies, training companies, or custom engineering services, saving time for you or your development staff. Developer time can be the single largest expense in a project, and reducing that time can save significant costs. San Juan Software, the company I work for, offers ZigBee services. So does LS Research, Develco, Software Technology Group, and others.

The ZigBee Alliance, which is the alliance of companies who developed and support ZigBee as a standard, has also defined what are called Application Profiles. These profiles describe how ZigBee devices interact, specifically between products of certain types and within certain markets. For example, the Home Automation profile describes how switches can control lights, how a temperature sensor sends its data to a thermostat and how that thermostat controls a heating or cooling unit (heater or air conditioner). A well-defined standard saves effort and money when developing products that need to interoperate with other vendors.

Development costs are explored in more detail in Chapter 2, "Deciding on ZigBee."

> Multiple silicon and stack vendors, ZigBee modules and many available resources all contribute to low development costs for ZigBee devices.

### 1.1.3 ZigBee Is Low-Power

What does the ZigBee Alliance mean when it says ZigBee is low-power? The simple answer is that devices in a ZigBee network can operate for years on a pair of AA batteries. Depending on the application, these devices can last the entire shelf life of the batteries, which means if you placed the batteries on a shelf at room temperature with nothing connected to them, they would run out of juice just as quickly as they would if they were participating in a ZigBee network, about five years later. No, that doesn't mean ZigBee radios do not consume power, it just means that if managed correctly, devices can last a long time.

Compare this to the time you get on your laptop battery: hours at best. Now, granted, your laptop is powering a bright screen in addition to WiFi™. Compare this to the life of your cell phone battery between recharging, especially one with Bluetooth™ enabled: days at best.

The real secret to low power consumption in ZigBee, in addition to radios and microcontrollers that can sleep, is low duty cycle. A node on a ZigBee network does not need to keep in constant contact with the network to remain on the network. In fact,



**Figure 1.4: ZigBee Battery Life**

ZigBee networks are often quite silent. A temperature sensor may report only once per hour, unless the temperature suddenly changes. A light switch may be toggled 6 or 10 times per day, possibly less.

Performing a simple power calculation (see Figure 1.4), demonstrates that a ZigBee node, communicating at once every 13 seconds or less, achieves (or exceeds) the shelf life of the battery. I've provided a spreadsheet which will allow you to do the calculation yourself on the ZigBee Wireless Networking Web site at http://www.zigbookexamples.com.

I do a demonstration in my training classes where during one part of the lecture, we set up a room-wide ZigBee network with 30 or so nodes. Then, 20 minutes later after I'm finished explaining some ZigBee concepts including the low-duty cycle, I show the class the sniffer that has been running that entire time, capturing all of the over-the-air packets which have been transmitted by the ZigBee nodes. To their surprise, no ZigBee packets have been exchanged over-the-air. Then the class presses buttons to wake the application (switches and lights), and the packets fly. For those experienced with other networking protocols, they are really impressed.

How to implement low power in ZigBee devices, and some of the caveats and tricks, are described in Chapter 5, "ZigBee, ZDO, and ZDP."

> ZigBee devices can achieve 5 years on a pair of AA batteries.

## 1.1.4   ZigBee Is Highly Secure

For securing the network, ZigBee uses the National Institute of Standards and Technology (NIST) Advanced Encryption Standard (AES). This standard, AES-128, is a block cipher that encrypts and decrypts packets in a manner that is very difficult to crack. It's one of the best-known and well-respected standards. The reason it was adopted by ZigBee was for the following key reasons:

- It's an internationally recognized and trusted standard.
- It's free of patent infringements.
- It's implementable on an 8-bit processor.

From the NIST Web site, I found this text describing the use of AES (also called Rijendael), with regards to patents:

*I, Joan Daemen, do hereby declare that to the best of my knowledge the practice of the algorithm, reference implementation, and mathematically optimized implementations, I have submitted, known as Rijendael may be covered by the following U.S. and/or foreign patents: none.*

*I do hereby declare that I am aware of no patent applications which may cover the practice of my submitted algorithm, reference implementation or mathematically optimized implementations.*

ZigBee provides both encryption, which means that packets cannot be understood by listening nodes who are not aware of the key, and authentication, which means a malicious node cannot inject false packets into the network and expect the ZigBee nodes to do anything with them other than throw them away. ZigBee has been very careful to ensure the security solution.

To learn more about ZigBee security, see Chapter 7, "The ZigBee Networking Layer."

> ZigBee uses AES 128-bit security for encryption and authentication.

## 1.1.5   ZigBee Is an Open Global Standard

Go ahead, go to http://www.zigbee.org, and download the ZigBee specification right now.

Or go to http://www.freescale.com/zigbee and download BeeKit, the Freescale ZigBee solution. Prefer TI? Use the Texas Instruments ZigBee solution instead at http://www.ti.com/zigbee. Prefer a European company? Try http://www.st.com/zigbee. Prefer an Asian company? Try http://www.japan.renesas.com/zigbee.

However you look at it, ZigBee is global, ZigBee is open, and ZigBee is standardized.

ZigBee uses as its foundation the IEEE 802.15.4 specification for the lower MAC and PHY layers. IEEE defines a reliable radio standard in the 2.4 GHz band that may be used worldwide. This standard may be freely downloaded from www.ieee.org.

The ZigBee specification was developed by the ZigBee Alliance, a standards body with over 250 member companies from every continent in the world (except for Antarctica, and the ZigBee Alliance is still looking for a company to participate from there as well).

The ZigBee Alliance also specifies a test suite, with test cases that enforce compatibility among vendors. For vendors to receive the coveted ZigBee Compliant Platform (ZCP) certification, they must pass this rigorous test suite. The ZigBee Alliance regularly hosts ZigFests that encourage ZigBee vendors to get together and verify that their stacks and applications work together.

In addition to stack-level compatibility, ZigBee also defines application level compatibility through Application Profiles. Application Profiles describe how various application objects connect and work together, such as lights and switches, remotes and televisions. The Application Profiles also specify a test suite for verifying compatibility among applications from various vendors.

In fact, a ZigBee network is expected to have products from many vendors that all interoperate. A home network may look like the one shown in Figure 1.5.

The remote control, with one touch, dims the Philips lights (and adjusts them from a cool to a warm tone), lowers the Somfy Glystro automated shades, turns on the Panasonic wide-screen television and Sony DVD player, and starts the movie. Each of these devices contains ZigBee radios from different vendors: Freescale, Texas Instruments, Renesas, Ember, and ST Microelectronics. Your wife comes in, says, "Hello," and touches the light switch. The lights brighten, and she finds her purse and leaves. As she leaves,



**Figure 1.5: Multiple ZigBee Vendors in Home Automation**

she touches the light switch again which dims the lights back to your favorite settings for movies.

Later, both of you are headed out to dinner. A single press of the "We're going out" button on the lower left of the light switch turns everything off 30 seconds after sensors detect the last motion in the house, all automatically. The convenience and power savings are all possible due to ZigBee wireless devices.

> Multiple vendors offer ZigBee stacks, silicon and application solutions.
>
> The ZigBee specification can be downloaded for free from http://www.zigbee.org.

### 1.1.6   ZigBee Is Low Data Rate

In order to achieve low cost and low power, and considering the application space and markets ZigBee is aiming for, the ZigBee Alliance decided to keep the protocol designed for a low data rate environment.

ZigBee resides on IEEE 802.15.4 transceivers, which in the 2.4 GHz space communicate at 250 kilobits per second (kbps), but by the time retries, encryption/decryption, and the fully acknowledged mesh protocol is applied, the actual through-put is closer to 25 kbps.

The transceivers are half duplex, which means they are either transmitting or receiving, but not both at the same time, which also is a factor in reducing the effective through-put from 250 to 25 kbps. The radios are also expected to share channels, perhaps with other ZigBee networks or other wireless technologies. ZigBee networks enjoy upto 16 channels in the 2.4 GHz space, separated by 5 MHz each. Each channel is physically separated from other channels, but ZigBee is expected to operate in environments where the number of networks might be fairly dense (think of apartments and condominiums).

ZigBee transceivers share the 2.4 GHz spectrum with other wireless technologies, including WiFi™, Bluetooth™, some cordless phones and even microwave ovens. To be good spectral citizens, and co-exist with these other technologies, ZigBee has chosen to keep the data rates in applications low. ZigBee is a very quiet protocol.

Currently, there are no ZigBee stacks that run on the 802.15.4 915 MHz radios, but that will probably be up and coming when 802.15.4b is adopted, which has higher data rates than the 40 kbps at which the 915 MHz radios currently communicate.

> ZigBee through-put is typically 25 kilobits per second.

## 1.2   The ZigBee Alliance

The ZigBee Alliance itself was formed in 1997 by eight Promoter companies to "enable reliable, cost-effective, low-power, wirelessly networked monitoring and control products based on an open global standard." Since that time, the ZigBee Alliance has swelled to over 200 member companies, many of them the market leaders in their respective markets (see Figure 1.6). It continues to grow.

Some of you may remember the early days of IEEE 802.11, a wireless networking standard touted as the next great thing for connecting laptop computers to the office network. Only it didn't work, at least not at first. An 802.11 card purchased from one vendor was likely not to recognize an 802.11 router purchased from another vendor. Security didn't work well. All that changed when the WiFi Alliance formed and brought the vendors together to standardize their product. Now you can't throw an iced latté without hitting a WiFi™ hot spot, all due to standards.



**Figure 1.6: The ZigBee Alliance Members—Over 200 Companies and Growing!**

Having learned the past lessons of other standards, the ZigBee Alliance is making sure to roll out the technology in a way that enhances the probability of both technical and market success. First of all, the standard is focused on an appropriate technology for wireless control networks, the IEEE 802.15.4 radio standard with ZigBee networking built on top. The ZigBee Alliance is also controlling the inevitable early hype until the technology is mature enough to meet the market needs and is proven in the field. And the standard is released publicly to allow comments and critical review from those outside the standards body.

To obtain a copy of the ZigBee Specification, simply download it from ZigBee Alliance Web site at http://www.zigbee.org (see Figure 1.7). Member companies of the ZigBee Alliance enjoy early access to the specification, and have the opportunity to provide input into the specification to make sure it is right for their markets and products.

The ZigBee Alliance maintains a web site with the latest ZigBee news and events, and the latest publicly available technical specification. By early 2008, the ZigBee specification had been downloaded over 73,000 times.

**16    Chapter 1**



**Figure 1.7: The ZigBee Alliance Web Site (http://www.zigbee.org)**

Each quarter, the ZigBee Alliance hosts an open house that allows potential ZigBee developers a firsthand look at the products and services offered by various ZigBee vendors, as well as a sneak peak at upcoming end-user products from Original Equipment Manufacturers (OEMs). As an international organization, ZigBee hosts these events around the world. Each year, two are in North America, one is in Asia, and one is in Europe. For example, in 2008, one open house was scheduled in Tokyo, Japan, and another was scheduled in Atlanta, GA.

The ZigBee Alliance also hosts booths at the many wireless and embedded shows worldwide. If you're independently wealthy, love ZigBee, and have too much time on your hands, you could spend every week of the year at some ZigBee event!

Twice a year, the ZigBee Alliance hosts the ZigBee Developers Conference. This conference is for the serious developer who really wants to understand ZigBee in-depth.

Developers get hands-on experience developing a variety ZigBee platforms, and even get a chance to deploy networks around the conference area using standard commissioning techniques.

## 1.2.1   The ZigBee Alliance Ecosystem

Probably the single most important reason to use ZigBee in a product is that the technology is standardized. There are already lots of proprietary wireless products that cover various markets, from home automation to industrial automation. There are proprietary mesh networks, even ones that run on the 802.15.4 radios. But standards bring two things that proprietary systems cannot:

- Many diverse companies using and defining the standard
- Economies of scale

The ZigBee Alliance actively seeks an entire ecosystem of companies These range from silicon vendors (such as Freescale, ChipCon, Atmel, Ember, and others) to original equipment manufacturers (OEMs) which are researching and developing products designs using ZigBee companies (such as Philips Lighting, a world leader in lighting products, Invensys, a world leader in smoke alarms, Mitsubishi, Johnson Controls, Trane, and Eaton, all leaders in heating, ventilation, and air-conditioning (HVAC)). The ZigBee Alliance also comprises of tool vendors, test houses, NRE and consulting companies, training companies, and ready-made ZigBee module vendors which provide precertified modules ready to be incorporated into products.

So what does the ZigBee Alliance offer to you? Choices. You have a choice of radio vendors, a choice of stack vendors, and a choice of tool vendors. It also means a broader and deeper technology. Someone out there has probably already written a large portion of the software needed for your product, or a hardware vendor has created a platform which can reasonably meet your field trial needs, allowing you to get to market much more quickly and less expensively than could be done with a proprietary solution.

In addition, standards often lead to surprising technologies and markets. Who would have thought of the World Wide Web when TCP/IP was first invented? Now you have email, browsers, Google, Amazon.com, eBay, Voice over IP (VoIP), and blogs. Imagine what might happen when wireless sensor and control networks are cheap and connected to the world via the Internet? What applications might be possible?

As one industry pundit put it:

> *Just as the personal computer was a symbol of the '80s, and the symbol of the '90s was the World Wide Web, the next nonlinear shift, is going to be the advent of cheap sensors.*
> —Paul Saffo, Institute for the Future.

I just ordered my Apple iPhone™ online. When it arrived, I activated it in minutes over the Web, synced it with iTunes® from my laptop and now have a phone that does everything but wash my dishes.

What changes can we expect with wireless sensor and control networks? With ZigBee?

## 1.2.2 ZigBee Alliance Certification

The ZigBee Alliance is also the gatekeeper who enforces compliance and compatibility. Through its test houses, the ZigBee Alliance provides certification, both for ZigBee platforms (radio and stack) and for ZigBee end products. The two ZigBee Alliance approved test houses for ZigBee certification are NTS and TUV.

ZigBee Certified Platforms (ZCP) mean that the combination of radio and stack have been certified to interoperate with other stack vendors. ZigBee uses four "Golden Units," each from a different platform vendor to ensure compatibility. The four Golden Units are currently from Freescale, Texas Instruments, Ember, and Integration. There are also ZigBee stacks out there that are not certified, but if you use one of these, don't count on interoperability with other stacks.

Applications interoperate through what is called an Application Profile. With each Application Profile, test suites are defined and used by test houses to ensure that products interoperate with each other if they are within the same application domain, or that they at least do no harm to other ZigBee networks if they are proprietary applications.

When an application completes certification, it is then approved to use the ZigBee logo on products. I'll describe more about the (current) fees and process of certification in Chapter 2, "Deciding on ZigBee."

## 1.2.3 ZigBee Alliance Membership

I can't say it better, so I'll just repeat what you see when you look at the "Become a Member" page on the ZigBee Alliance Web site:

> *Help create the future of wireless data networking. As a ZigBee Alliance member, you can actively shape and take advantage of the evolution in wireless monitoring and control*

*markets worldwide. By participating in member meetings, committees, and working groups, your company can help shape the ZigBee standard for reliable, secure, and low-power wireless communications. Companies from virtually every industry and every country are joining the ZigBee Alliance.*

Becoming a member of the ZigBee Alliance is easy: simply fill out the online form, sign the license agreement, and pay some money. The price depends on the class of membership. For OEMs that usually means the least expensive Adopter class. There are three classes of ZigBee Alliance membership:

- Promoter
- Participant
- Adopter

The Promoter membership class must be approved by vote of the other Promoters within the ZigBee Alliance. Promoters get first-pick of booth location at trade shows, are offered the first chance at sponsorship for various events, and receive the right to vote on all proposals. They can even veto a decision made by the Participants within the Alliance, although I've never seen this happen. At the time of this writing there are 12 Promoter members.

Participants, along with Promoters, are ZigBee Alliance members who develop the ZigBee specification. They vote on all the specifications produced by the ZigBee Alliance, including the main ZigBee specification, the test suite specifications, the ZigBee Cluster Library and Application Profiles.

Adopters make up the bulk of the membership. These members are typically OEMs. They gain early access to the specifications and may participate in the application-working group meetings, but they do not receive voting rights, nor do they actively participate in the ZigBee specification itself, only in the Application Profiles.

ZigBee Alliance membership is required in order for OEMs to ship products with ZigBee technology inside. ZigBee can be used free of charge by universities and other non-profit organizations.

The ZigBee Alliance is very much a volunteer organization. Not only do members pay to be part of the Alliance, but they pay their own way to the quarterly face-to-face meetings and spend their own time developing and reviewing specifications. The ZigBee Alliance hires Global Inventures to maintain the Web site and market and promote ZigBee as a standard worldwide. The chairman of the ZigBee Alliance is a paid position as well. But the rest of us work for free. And it's worth it.

The real benefits of membership include early access to the specifications (get that jump on your competition) and ready access to experts who have many years of experience in wireless control, which can help you avoid costly pitfalls.

If your company wants to drive a particular market, providing input into the ZigBee Application Profiles can make sure the profile covers your customer's needs. The ZigBee Alliances encourages multiple vendors in a given market to provide their input into the specifications. The Application Profiles then become stronger and are better suited to their intended markets. In fact, ZigBee won't approve a specification until at least three vendors provide interoperable products or platforms. Just don't expect it to happen quickly; it's usually a year before an Application Profile matures from conception to specification.

If your company is planning to provide products or services for the wireless control space, becoming a ZigBee Alliance member can be a good investment.

> ZigBee Alliance membership is required in order to ship ZigBee technology in products.
>
> Alliance membership provides early access to specifications.

## 1.3    ZigBee in the Marketplace

ZigBee is beginning to be found in many, many applications.

The uses of ZigBee span so many markets it is difficult to categorize them in a single paragraph. Think of the devices around you. How many of them currently have wires to control them? Think of lights and light switches. (Hint: Philips Lighting is heavily involved in ZigBee.) Think of heating, ventilation, and air-conditioning. (Another hint: Schneider Electric, Mitsubishi, Eaton, Trane, and Johnson Controls are also involved in ZigBee.) Think advanced electrical, gas, and water metering (Itron, CellNet), irrigation systems that water on demand rather than on a schedule, industrial plants that monitor and control production, medical devices that free a patient to go home early from a hospital. A week doesn't go by when I don't hear of another product concept which is using or could be using ZigBee.

As of this writing, ZigBee has not yet started to appear in the Home Depot or Fry's Electronics, but it has been successfully deployed in both industrial and commercial products, operating in hotels, office buildings, and factories (see Figure 1.8). Over the next few years you can expect to see consumer devices with the ZigBee logo on them in



**Figure 1.8: ZigBee Markets**

cell phones and home automation products. The ZigBee Alliance targets a set of markets that make good sense for this technology.

While ZigBee cannot (or should not) send video over-the-air, it can control the AV system and in-home theater. ZigBee can also control pool pumps, lights, and HVAC equipment. Wires are notoriously difficult in agriculture and on golf courses. ZigBee fits well with automated control and monitoring in these environments. ZigBee is highly secure, and so works well for markets that target secure access.

The ZigBee specification that you download describes how ZigBee works as a networking protocol. What is not included (at least at the time of this writing) is how applications interact through what are called Application Profiles. To access the Application Profile specifications, you must become a member of the ZigBee Alliance.

Application Profiles describe the over-the-air behavior of devices in each of the wireless control domains. They include, at the time of this writing:

- Home Automation
- Commercial Building Automation
- Industrial Plant Monitoring
- Telecommunications Applications



**Figure 1.9: Telecom Application Information Services**

- Automatic Metering Initiative
- Personal Home and Health Care

In Telecommunications Applications (TA), for example, companies are creating products that can introduce location-based services (see Figure 1.9). These services could advertise specials, services, or sales (at your option) based on the location of your cell phone. The cell phone company already knows where your phone is from a cell tower perspective, but that can be a 15-mile radius or more, far too broad for location-based services.

ZigBee, as both a low-power and shorter-range protocol, can provide local shops and restaurants a way to reach you as you walk a city or village street. Perhaps you are hungry and your cell phone informs you that a few blocks away, a cozy bistro is open, tucked into an interesting street corner. Normally, you would not have seen this restaurant unless you knew someone locally. Now, you have the most memorable meal of the year due to ZigBee.

In the Personal Home and Health Care (PHHC) arena, ZigBee can monitor a patient's condition, including heart rate, movement (to detect a fall), blood pressure and other medical information and can communicate this data securely to the hospital. The doctors and nurses can be kept apprised of the status of the patient, sending a staff member to the house immediately in the rare case of an emergency. This frees up the hospital bed early on, making medical care both less expensive and more comfortable for the patient.

Home Automation, one of the early ZigBee Application Profiles, covers all of the devices ZigBee expects to see in the home (see Table 1.2).

## Table 1.2: ZigBee Home Automation Devices



**Main Structure (194)**

- 14 Window sensors (battery)
- 7 External doors (battery)
- 4 Door latches/deadbolts (battery/solar)
- 11 Internal doors (battery)
- 40 Internal and external light fixtures (mains)
- 26 Circuit breaker monitors (mains)
- 15 Occupancy/motion sensors (battery)
- 6 Thermostats (battery)
- 10 Control dampers (battery or mains)
- 1 Heat pump (mains)
- 1 Air blower (mains)
- 4 Pipe/Water monitors (battery)
- 1 Oven/Burner sensor (mains)
- 3 Ceiling ventilator/heater control/monitors (mains)
- 5 Smoke detectors (battery or mains/battery)
- 3 CO detectors (battery)
- 6 Controllable outlets (mains)
- 2 Standing water detectors (battery)
- 1 Earthquake shutoff sensor (battery)
- 1 Electric meter monitor (mains)
- 1 Gas meter monitor (battery)
- 1 Gas main shutoff (battery)
- 1 Water meter monitor (battery)
- 1 Water main shutoff (battery)
- 10-in wall mold/moisture monitors (battery)
- 2 Fireplace flue/damper monitors (battery)
- 2 Attic ventilators (mains)
- 4 Attic temperature/moisture sensors (battery)
- 5 Under-house crawl space moisture monitors (battery)
- 2 Under-house crawl space ventilators (mains)
- 3 Ceiling ventilator/heater control/monitors (mains)
- 5 Smoke detectors (battery or mains/battery)
- 3 CO detectors (battery)
- 6 Controllable outlets (mains)
- 2 Standing water detectors (battery)
- 1 Earthquake shutoff sensor (battery)
- 1 Electric meter monitor (mains)
- 2 Doorbell buttons (battery), 1 doorbell (mains)
- 2 Video Snapshot security cams (battery)

**Garage (16)**

- 2 Door sensors (battery)
- 2 Door latches/deadbolts (battery)
- 1 Garage door opener (mains)
- 2 Garage door/home remotes (battery)
- 2 Occupancy/parking space/position monitor (battery)
- 3 Light fixtures (mains)
- 3 Remote light switches (battery)
- 1 Driveway monitor (battery/solar)

**Landscaping (53)**

- 4 Low-voltage light strings (mains)
- 20 Sprinkler heads (battery)
- 3 Pool pump, filter, heater (mains)
- 10 Spot watering devices (battery)
- 4 Sets semi-permanent holiday lights (mains)
- 1 Pool monitor (battery)
- 1 Gate monitor (battery)
- 10 Landscape moisture monitors (battery)

**Other (30)**

- 6 Exterior hose bib monitors (battery)
- 1 Mailbox monitor (battery/solar)
- 1 Water softener monitor (battery/mains)
- 1 Pet door control (battery)
- 2 Pet ID tags (battery)
- 1 "Change-the-litter" monitor (battery)
- 1 Water bowl monitor (battery)
- 3 Televisions (mains)
- 5 Major appliances (mains/battery)
- 3 Sets remote speakers (mains/battery)
- 1 Cable settop box (mains)
- 1 Sound system (mains)
- Many remote controls (battery)
- 1 Perimeter fence monitor (battery/solar)

At first blush, this list looks ridiculous. Is it realistic to have nearly 300 wireless devices in the home? But read down the list. Many of these devices you already have in your home (and probably wired). What if you were making a new home or doing a remodel and could save thousands of dollars? What if you just want the added convenience of a one-touch "I'm going to work" or "I'm going on vacation" button that would set all the devices in your home to a preset condition, such as turning out all the lights but a few that do a random pattern, or turning down the air-conditioning or heating in all rooms but the one with your prize orchid collection? What if this also saved you money on your energy bill and paid for itself in a few years?

What if you wanted the convenience of a TV remote control that with one touch would turn down the lights to your preferred setting, lower the blinds and turn on your surround-sound system, television, and DVD player, and even turn the telephone ringer off? Better yet, what if the act of just inserting the DVD into the player did all that?

What if the entire state of your home was accessible to you from the Web? What if you could let your friend or neighbor into the house from your cell phone?

Many of these systems are realities today in higher-end systems (just visit http://www.crestron.com for some examples). But, like the cell phone which once was only for the elite, these features will become commonplace in the not-too-distant future. And many of them will be on ZigBee.

The next couple of examples are based on the ZigBee Home Automation Profile. They start with the basics: a simple light and a switch. While not all that sophisticated, lights and switches use nearly all the commands that any other device might use, and they provide instant feedback to the user (just press the button, and watch the remote light shine).

> ZigBee covers many markets, including home, commercial and industrial automation, medical and location-based services.

## 1.4 Hello ZigBee (A First ZigBee Network)

It wouldn't be a programming book without a "Hello World" program. And in ZigBee terms, "Hello World" is an on and off light and switch. In this example, you'll get your

first experience running a ZigBee network and get your first quick first look at ZigBee source code.

The concept of this example is very simple: two boards collectively form a ZigBee network, one of which is a switch, and the other, a light (see Figure 1.10). The switch is able to remotely, wirelessly, toggle the light on and off. The networked is formed and a connection is made between the two devices automatically: Simply turn them both on.

To find the source code to this example (Example 1-1), go to http://www.zigbookexamples/code.

The boards used for this example are Freescale Sensor Remote Boards (SRBs), which are available in a variety of Freescale ZigBee development kits. The kit I used was the Freescale 1321xNSK (Network Starter Kit), which can be found from the Freescale ZigBee home page http://www.freescale.com/zigbee.

Look on that page for "Hardware Development Kits," and it will lead you right to it. I'm making the assumption, of course, that Freescale hasn't changed the site significantly since I've written this. But even if they have, the kit won't be hard to find anyway.

The original version of this demo ran in October 2006 during the development of the Freescale ZigBee Home Automation applications. For fun, rather than blinking an LED



HA OnOffSwitch
(ZED)

HA OnOffLight
(ZC)

**Figure 1.10:  Hello ZigBee**

on and off, the developers controlled a lighted pumpkin (it was close to Halloween) and his nickname was, of course, "Jack." The developer of the application, Dalila, dutifully made C macro constants for these commands. There was **gCmdJackToggle_c** to toggle the light, **gCmdJackOn_c** to turn the light on, and of course **gCmdJackOff_c** to turn the light off. Correct naming convention or not, our development staff still hasn't let Dalila live it down.

You'll notice the figure includes the terms (ZED) and (ZC) in parentheses underneath the two nodes. These are ZigBee acronyms which stand for ZigBee End-Device and ZigBee Coordinator. ZigBee End-Devices (ZEDs) are designed to be low-power boards, able to run for years on a pair of AA batteries. A stick-on-the-wall light switch is a classic example of this type of device. ZigBee Coordinators (ZCs) are the only ZigBee device-type that can form (as opposed to join) a network. In this small two-node network, the light, which is probably mains powered, is a natural choice for the ZigBee Coordinator.

You'll also notice the figure includes the terms HA OnOffSwitch and HA OnOffLight. The ZigBee Home Automation (HA) Application Profile describes a large set of standard devices that are expected to be wireless in the home, including switches and lights. Think of an HA OnOffSwitch as the type of switch you put into your wall to control lights, or anything else that has two states.

ZigBee is generally like that, defining general-purpose over-the-air interfaces. This same switch could be bound (connected) to a ceiling fan to cool the room, or to your water main to shut off water with the flick of a switch, or to even set your entire home into "vacation" mode: turning down the heat, turning off all the lights but a select few, and arming your security system. More about that in Chapter 6, "The ZigBee Cluster Library."

So go ahead, turn on both devices, then press switch one (SW1) on the HA OnOffSwitch and watch the remote-controlled pumpkin light up! If you don't have a pumpkin to light, LED2 on the HA OnOffLight will toggle as you press SW1 on the HA OnOffSwitch.

If you actually want to control a pumpkin (or any other external light), simply connect the light (with proper circuitry) to the 3V GPIO Port B, pin 6, which physically translates

**Figure 1.11: SRB External Pins**

to pin 25 on the external 26-pin connector located at the back of the SRB board. The illustration of the pumpkin shows where to connect it (see Figure 1.11). The schematic to the SRB and all other Freescale reference boards are available for download from the Freescale Web site. Also, see the Freescale MC9S08GT60 Data Sheet for more information about GPIO pins on this 8-bit microcontroller.

So what happens from a ZigBee perspective?

- The HA OnOffLight (ZC) forms the network.
- The HA OnOffSwitch joins the network.
- The HA OnOffSwitch finds the light and binds to it.
- The HA OnOffSwitch can toggle the light with SW1.

During the first step, the HA OnOffLight, which is the ZigBee Coordinator forms the network. In this case, the light forms the network on channel 25, one of the 16 channels available to 2.4 GHz 802.15.4 ZigBee radios. Channels are numbered 11–26, in ZigBee terms. The network has a particular PAN ID, in this case 0x3bab.

During the second step, the HA OnOffSwitch then joins the network, and it receives a short address (also called a network address) from the HA OnOffLight when it joins.

## 28    Chapter 1

In this case it happens to be 0x796f. You'll find out why when I discuss CSkip and ZigBee tree routing in Chapter 7, "The ZigBee Networking Layer."

During the third step, the HA OnOffSwitch then looks for a light. In this case it's using a ZigBee mechanism called Match Descriptor. Match Descriptor returns the address of the ZigBee light, which could be any device in a ZigBee network with hundreds of devices.

During the fourth step, the user (you) presses switch one (SW1) on the HA OnOffSwitch. This causes a ZigBee message to be generated and sent over-the-air. This process is called an APSDE-DATA.request, or simply, a data request.

The packets generated over-the-air are shown in the screen capture. If you look at packet sequence number (Seq. No.) 5, you'll see the HA OnOffSwitch joining the network with an Association Request. There is no line to show the HA OnOffLight forming the network as ZigBee is silent when it forms a network, other than issuing a Beacon Request to make sure there are no conflicts.

Look at Seq. No. 11 and you'll see the HA OnOffSwitch sending out the Match Descriptor request. It receives the response on Seq. No. 17, and now knows where the light can be found in the network. Granted, this is overkill for a network of two devices. ZigBee could have just as easily sent directly to node 0x0000, the light, but this code works in the more general case as well with a network of any size.

Then, in Seq. No. 22, you can see the HA OnOffToggle command go over-the-air to toggle the remote HA OnOffLight. Really, not very many packets at all considering that ZigBee has formed a two-node network, commissioned the devices to speak to each other, and controlled a remote device:

| Seq No. | MAC Src | MAC Dest | Nwk Src | Nwk Dest | Protocol | Packet Type |
|---|---|---|---|---|---|---|
| 1 | | 0xffff | | | IEEE 802.15.4 | Command: Beacon Request |
| 2 | | 0xffff | | | IEEE 802.15.4 | Command: Beacon Request |
| 3 | | 0xffff | | | IEEE 802.15.4 | Command: Beacon Request |
| 4 | 0x0000 | | | | IEEE 802.15.4 | Beacon: |
| 5 | 0x0050c211dc051801 | 0x0000 | | | IEEE 802.15.4 | Command:Association Request |
| 6 | | | | | IEEE 802.15.4 | Acknowledgment |
| 7 | 0x0050c211dc05180 | 0x0000 | | | IEEE 802.15.4 | Command: Data Request |
| 8 | | | | | IEEE 802.15.4 | Acknowledgment |
| 9 | 0x0050c210080c9c13 | 0x0050c211dc051801 | | | IEEE 802.15.4 | Command: Association Response |
| 10 | | | | | IEEE 802.15.4 | Acknowledgment |
| 11 | 0x796f | 0x0000 | 0x796f | 0xfffd | Zigbee APS Data | ZDP:MatchDescReq |
| 12 | | | | | IEEE 802.15.4 | Acknowledgment |
| 13 | 0x0000 | 0xffff | 0x796f | 0xfffd | Zigbee APS Data | ZDP:MatchDescReq |
| 14 | 0x0000 | 0xffff | 0x796f | 0xfffd | Zigbee APS Data | ZDP:MatchDescReq |
| 15 | 0x796f | 0x0000 | | | IEEE 802.15.4 | Command: Data Request |
| 16 | | | | | IEEE 802.15.4 | Acknowledgment |
| 17 | 0x0000 | 0x796f | 0x0000 | 0x796f | Zigbee APS Data | ZDP:MatchDescRsp |
| 18 | | | | | IEEE 802.15.4 | Acknowledgment |
| 19 | 0x0000 | 0xffff | 0x796f | 0xfffd | Zigbee APS Data | ZDP:MatchDescReq |
| 20 | 0x796f | 0x0000 | | | IEEE 802.15.4 | Command: Data Request |
| 21 | | | | | IEEE 802.15.4 | Acknowledgment |
| 22 | 0x796f | 0x0000 | 0x796f | 0x0000 | Zigbee APS Data | HA:On/off |
| 23 | | | | | IEEE 802.15.4 | Acknowledgment |
| 24 | 0x796f | 0x0000 | | | IEEE 802.15.4 | Command: Data Request |
| 25 | | | | | IEEE 802.15.4 | Acknowledgment |
| 26 | 0x796f | 0x0000 | 0x796f | 0x0000 | Zigbee APS Data | HA:On/off |
| 27 | | | | | IEEE 802.15.4 | Acknowledgment |
| 28 | 0x796f | 0x0000 | | | IEEE 802.15.4 | Command: Data Request |
| 29 | | | | | IEEE 802.15.4 | Acknowledgment |
| 30 | 0x796f | 0x0000 | | | IEEE 802.15.4 | Command: Data Request |
| 31 | | | | | IEEE 802.15.4 | Acknowledgment |

www.newnespress.com

There are a lot of other packets shown in the capture, and all of them will become clear to you by the end of this book, but one thing at a time. First, examine the toggle command in a bit more detail. The packet is 30 octets in length.

```
Frame 22 (Length = 30 bytes)
   Time Stamp: 14:00:55.739
   Frame Length: 30 bytes
   Capture Length: 30 bytes
   Link Quality Indication: 122
   Receive Power: -58 dBm
IEEE 802.15.4
   Frame Control: 0x8861
      .... .... .... .001 = Frame Type: Data (0x0001)
      .... .... .... 0... = Security Enabled: Disabled
      .... .... ...0 .... = Frame Pending: No more data
      .... .... ..1. .... = Acknowledgment Request: Acknowledgement
required
      .... .... .1.. .... = Intra PAN: Within the PAN
      .... ..00 0... .... = Reserved
      .... 10.. .... .... = Destination Addressing Mode: Address field
contains a 16-bit short address (0x0002)
      ..00 .... .... .... = Reserved
      10.. .... .... .... = Source Addressing Mode: Address field
contains a 16-bit short address (0x0002)
   Sequence Number: 57
   Destination PAN Identifier: 0x3bab
   Destination Address: 0x0000
   Source Address: 0x796f
   Frame Check Sequence: Correct
ZigBee NWK
   Frame Control: 0x0048
      .... .... .... ..00 = Frame Type: NWK Data (0x00)
      .... .... ..00 10.. = Protocol Version (0x02)
      .... .... 01.. .... = Discover Route: Enable route discovery (0x01)
      .... ...0 .... .... = Multicast
      .... ..0. .... .... = Security: Disabled
      .... .0.. .... .... = Source Route
      .... 0... .... .... = Destination IEEE Address: Not Included
      ...0 .... .... .... = Source IEEE Address: Not Included
      0. .... .... = Reserved
   Destination Address: 0x0000
   Source Address: 0x796f
   Radius = 10
   Sequence Number = 190
```

```
ZigBee APS
    Frame Control: 0x00
        .... ..00 = Frame Type: APS Data (0x00)
        .... 00.. = Delivery Mode: Normal Unicast Delivery (0x00)
        ...0 .... = Indirect Address Mode: Ignored
        ..0. .... = Security: False
        .0.. .... = Ack Request: Acknowledgement not required
        0... .... = Reserved
    Destination Endpoint: 0x08
    Cluster Identifier: On/off (0x0006)
    Profile Identifier: HA (0x0104)
    Source Endpoint: 0x08
    Counter: 0xd8
ZigBee ZCL
    Frame Control: 0x01
        .... ..01 = Frame Type: Command is specific to a cluster (0x01)
        .... .0.. = Manufacturer Specific: The manufacturer code field
shall not be included in the ZCL frame. (0x00)
        .... 0... = Direction: From the client side to the server side.
(0x00)
        0000 .... = Reserved: Reserved (0x00)
    Transaction Sequence Number: 0x42
    Command Identifier: Toggle (0x02)
```

As is typical of many ZigBee application-level commands, there are four frames in this packet:

- The IEEE 802.15.4 (or MAC) frame

- The ZigBee network (NWK) frame

- The ZigBee application (APS) frame

- The ZigBee Cluster Library (ZCL) frame

The MAC frame is responsible for the PAN ID and the per-hop information. The NWK frame is responsible for multi-hop communication. The APS frame is responsible for the applications and the ZCL frame contains specific application commands.

Notice that the Profile Identifier (0x0104) in the ZigBee APS frame is called HA, which stands for Home Automation. This is the same profile used by all devices in the Home Automation specification. The Cluster Identifier indicates which set of commands this particular command belongs to, in this case, the OnOff Cluster. Then, looking in the ZigBee Cluster Library (ZCL) frame, you'll see the Command Identifier: in this case toggle.

The following code is the (abbreviated) source code for the ZigBee "Hello World," on the switch side. Notice that it follows the same set of steps as in the preceding outline by using a small-state machine. It starts out by indicating that it wants to join a network. Then, once the network is started, it moves on to finding the light. Then it goes to the application-ready state so SW1 can be used to toggle the remote light.

Something that's interesting, that is not obvious at first with ZigBee, is that it's irrelevant which device you turn on first. If the HA OnOffSwitch is started first, it will keep trying to join until the HA OnOffLight forms the network, then the switch will join it. This behavior is adjustable, of course, under application control, but it's a sensible default, and is typical of ZigBee systems. They can be put together in a very ad hoc (random) fashion, and they just work.

```
void BeeAppInit( void )
{
 /* start with all LEDs off */
 ASL_InitUserInterface("HaOnOffSwitch");
 /* tell the network to join automatically */
 TS_SendEvent(gAppTaskID, gAppEvtStartNetwork_c);
}

void BeeAppTask( event_t events )
{
 /* join the network automatically */
 if(events & gAppEvtStartNetwork_c)
   ASL_HandleKeys(gKBD_EventSW1_c);
 /* go find the light */
 if(events & gAppEvtNetworkStarted_c)
   ASL_HandleKeys(gKBD_EventSW3_c);
 /* found the light, go to application mode */
 if(events & gAppEvtFoundLight_c)
   ASL_HandleKeys(gKBD_EventLongSW1_c);
}
```

The concept of BeeAppInit() and BeeAppTask() are Freescale BeeStack concepts which I'll describe in some detail in Chapter 3, "The ZigBee Development Environment." Freescale BeeStack is the ZigBee stack portion of their ZigBee Compliant Platform. Basically, all ZigBee systems operate under some multitasking kernel, because networking and multitasking fit well together.

The ASL_HandleKeys() function takes keys as input, and is normally called from the keyboard callback function, BeeAppHandleKeys(). Freescale uses a standard keyboard, LED and LCD interface for all of their sample applications and they call this the

Application Support Library (ASL). This application takes advantage of ASL and feeds it keys to perform the various functions needed (joining the network, finding the light, etc.).

If you were following along with hardware (or even if you weren't), pressing SW1 on the HA OnOffSwitch generated a ZigBee toggle command over-the-air to the HA OnOffLight. The code for this begins where all keyboard input begins, in BeeAppHandleKeys().

```
void BeeAppHandleKeys ( key_event_t events )
{
 /* Application-mode keys */
 if( gmUserInterfaceMode == gApplicationMode_c )
{
 switch ( events )
  {
   /* Sends a Toggle command to the light */
   case gKBD_EventSW1_c:
    OnOffSwitch_SetLightState(
    gSendingNwkData.gAddressMode,
    aDestAddress,EndPoint,gZclCmdOnOff_Toggle_c,
    0);
   break;
```

Now, BeeAppHandleKeys() is not a ZigBee construct, but is specific to the Freescale platform. ZigBee does not deal at all with concepts such as user interface. It is enough for ZigBee that the system has some way of initiating the HA toggle command if the device supports turning things on or off. ZigBee is concerned exclusively with over-the-air behavior.

Notice the OnOffSwitch_SetLightState() function in BeeStack takes as its last parameter gZclCmdOnOff_Toggle_c. This is the same value as the toggle command (0x02) observed from the over-the-air capture decoded earlier. The third parameter could also be gZclCmdOnOff_On_c or gZclCmdOnOff_Off_c, both legitimate ZigBee commands for an OnOffSwitch.

Following the code down through the common code of the stack, this eventually ends up at an AF_DataRequest() function, which takes as its parameters a payload (which in this case is the ZCL frame seen earlier) and addressing information, which includes among its parameters the cluster identifier, endpoints and, indirectly, the profile.

I'll be examining that function in detail in Chapter 4, "ZigBee Applications."

---

ZigBee networks can be put together in a very ad hoc (random) fashion, and they simply work.

---

## 1.5 ZigBee Home Automation

This second example is similar to the first, but rather than simply binding (connecting the wireless wire) to any light arbitrarily, it gives the installer (you) the option of which light(s) to bind to (see Figure 1.12). It also uses three nodes, rather than two, one of each ZigBee node type: A ZigBee Coordinator (ZC), which is used to form the network, a ZigBee Router (ZR) which can route packets, and a ZigBee End-Device (ZED), which can sleep and go into low-power modes.

What's also interesting about this example is that it uses the same ZigBee setup as standard off-the-shelf Home Automation devices. The devices could be plugged into a real ZigBee network, within an actual home or small office and the lights could be controlled by switches in the network and the switch could control other lights in the network, regardless of vendor. Now, there is certainly more to making a commercial product than just this example, but it goes a long way toward it.

The Freescale boards don't actually look like the lights and switches pictured in the figure. After all, they are general purpose development boards, intended to be used with



**Figure 1.12: HA Lights and Switch**

almost any application. The three boards that actually come with the NSK are actually displayed in Figure 1.13.

One of the Freescale ZigBee boards, the Network Control Board, will be both an HA OnOffLight and the ZigBee Coordinator for the network. One thing that often confuses those new to ZigBee is that the ZigBee node type (ZC, ZR, or ZED) is not directly related to the application that is running in that node. A switch could be mains powered (and be a ZR) or it could be battery-operated (and be a ZED). The same goes for a light. Any of those nodes could be a ZigBee Coordinator (ZC).

One of the things I like about the Freescale boards is that they come in a protective plastic case. This makes them easy to handle at trade shows or in the lab, and the plastic case also contains a compartment for two AA batteries, making battery-operated demonstrations easy. The NCB (see Figure 1.13, left) also contains a $2 \times 16$ LCD screen which can be used for application display (we'll use this for a thermostat display later on) or for debugging. The SRB boards also contain a 3-axis accelerometer, and a temperature sensor, as well as exposed GPIO pins for external hardware.

In this example, however, the NCB and one of the SRBs will be lights, the other SRB will be a switch.

Like the previous example, these nodes will form and join the network automatically. However, they will not **bind** automatically. For the binding process SW3 will be used.



1321x-NCB (ZC)
HA **OnOffLight**

1321x-SRB (ZR)
HA **OnOffLight**

131x-SRB2 (ZED)
HA **OnOffSwitch**

**Figure 1.13: Freescale NSK Boards**

The way it works is this. Start by downloading the three images to the three boards. Chapter 3, "The ZigBee Development Environment," explains this process step-by-step. For now, just assume that it has happened. You can come back to this section after reading Chapter 3 if you are following along with actual hardware, but the concepts are what are important here.

Once all three boards have become part of the network (the flashing lights chasing each other will have stopped), press SW3 on each of the lights. The lights will start flashing LED3 to indicate they are in "Identify" Mode. The NCB will even display this fact on the LCD screen. Identify mode is a standard part of the ZigBee Cluster Library and is used to identify (usually visually) which node will be commissioned. Identify mode can be used in a lot of creative ways, but for now we'll use it to tell the switch which light(s) to control.

While the HA OnOffLights are still in Identify Mode (it lasts about 10 seconds in this case), press and hold SW3 on the HA OnOffSwitch. It will add those lights which are in Identify Mode to what is called a group. The switch and lights are now commissioned and ready to talk to each other.

Now press SW1 on the switch and it will toggle all lights in the group. As simple as that. A group can control all devices in the network or any subset of devices. For example, if the network contained 100 lights, 50 could be in one group, 50 could be in another, and all of them could be in an "all of the lights" group. The Home Automation specification allows any given node to belong to up to 16 groups.

Take a look at the decode of the over-the-air toggle command. Notice how it looks nearly identical to the toggle decode from the previous example. But it no longer contains a destination endpoint. A group identifier is used instead. One other difference is the destination address in the ZigBee NWK frame. In the former case, it was unicast to node 0x0000. But groups are broadcast which are received by all nodes but only sent to applications which belong to that group. ZigBee uses the special address of 0xffff to indicate a broadcast:

```
Frame 51 (Length = 31 bytes)
   Time Stamp: 21:13:44.106
   Frame Length: 31 bytes
   Capture Length: 31 bytes
   Link Quality Indication: 141
   Receive Power: -52 dBm
IEEE 802.15.4
   Frame Control: 0x8861
      .... .... .... .001 = Frame Type: Data (0x0001)
```

```
      .... .... .... 0... = Security Enabled: Disabled
      .... .... ...0 .... = Frame Pending: No more data
      .... .... ..1. .... = Acknowledgment Request: Acknowledgement
required
      .... .... .1.. .... = Intra PAN: Within the PAN
      .... ..00 0... .... = Reserved
      .... 10.. .... .... = Destination Addressing Mode: Address field
contains a 16-bit short address (0x0002)
      ..00 .... .... .... = Reserved
      10.. .... .... .... = Source Addressing Mode: Address field
contains a 16-bit short address (0x0002)
   Sequence Number: 93
   Destination PAN Identifier: 0x0bef
   Destination Address: 0x0000
   Source Address: 0x796f
   Frame Check Sequence: Correct
ZigBee NWK
   Frame Control: 0x0048
      .... .... .... ..00 = Frame Type: NWK Data (0x00)
      .... .... ..00 10.. = Protocol Version (0x02)
      .... .... 01.. .... = Discover Route: Enable route discovery (0x01)
      .... ...0 .... .... = Multicast
      .... ..0. .... .... = Security: Disabled
      .... .0.. .... .... = Source Route
      .... 0... .... .... = Destination IEEE Address: Not Included
      ...0 .... .... .... = Source IEEE Address: Not Included
      000. .... .... .... = Reserved
   Destination Address: 0xffff
   Source Address: 0x796f
   Radius = 10
   Sequence Number = 235
ZigBee APS
   Frame Control: 0x0c
      .... ..00 = Frame Type: APS Data (0x00)
      .... 11.. = Delivery Mode: Group Addressing (0x03)
      ...0 .... = Indirect Address Mode: Ignored
      ..0. .... = Security: False
      .0.. .... = Ack Request: Acknowledgement not required
      0... .... = Reserved
   Group Address: 0x0001
   Cluster Identifier: On/off (0x0006)
   Profile Identifier: HA (0x0104)
   Source Endpoint: 0x08
   Counter: 0x91
ZigBee ZCL
   Frame Control: 0x01
      .... ..01 = Frame Type: Command is specific to a cluster (0x01)
```

```
      .... .0.. = Manufacturer Specific: The manufacturer code field
shall not be included in the ZCL frame. (0x00)
      .... 0... = Direction: From the client side to the server side.
(0x00)
      0000 .... = Reserved: Reserved (0x00)
   Transaction Sequence Number: 0x44
   Command Identifier: Toggle (0x02)
```

The ZigBee Home Automation specification recommends that if more than four nodes will be the target of a communication that a group should be used rather than unicasting to each individual node. Group casting (my term, not ZigBee's) is a very bandwidth-efficient way to control a larger set of nodes.

Now reset the boards, or power them off. Power them on again. Notice that they retain the group information and can still be controlled by the HA OnOffSwitch. ZigBee as a specification does not indicate how persistent data should be stored, but the Home Automation Application Profile does specify it must be present. In this case, flash memory is used on the Freescale boards for this purpose.

When they are powered on again, there is no flurry of information required over-the-air. In fact, if you look at a decode it is silent until you press SW1 again to toggle the group of lights. The nodes simply come up and continue to operate as they did before they were powered off. Usually nodes also include a way to reset themselves back to factory defaults in case something goes seriously wrong and they no longer function with the current settings.

> ZigBee can communicate to individual nodes or groups.
>
> ZigBee devices remember their settings across resets and power outages.

## 1.6 ZigBee Speak

ZigBee, like all technologies, has its own language. Those of you familiar with IEEE networking specifications may be familiar with some of them already (e.g., data indications, service access points). You've been exposed to a variety of them in the previous sections as well. I've included an abridged glossary of terms (see Table 1.3), enough for you to go on in this book. A complete list of terms can be found in the ZigBee 2007 specification, Section 1.4 "Glossary."

### Table 1.3: ZigBee Glossary Terms

| Term | Description |
|---|---|
| **802.15.4, or simply 15.4** | The IEEE 802.15.4-2003 MAC and PHY specification used as the foundation for all ZigBee communications. |
| **AES 128-bit Security** | An application of the Advanced Encryption Standard to ZigBee authentication and encryption. |
| **Attribute** | A data item within a cluster, for example the state of an on/off light (is it on or off) or the current level of a dimmable light. |
| **Authentication** | Verifying that a packet came from the node it claims it did. |
| **Bandwidth** | Use of the RF spectrum. When the full bandwidth is used, no more messages may be transmitted at that time. |
| **Broadcast** | A mechanism to send the same packet to some or all of the nodes in a network. |
| **Cluster** | A collected set of commands and attributes. The ZigBee Cluster Library specifies common clusters. |
| **Command** | A single command within a cluster causing some specific action. |
| **Commissioning** | The process of connecting everything together in the network so that the normal application can run. For example, connecting a switch to a light, wirelessly. |
| **Data Confirm** | A confirmation that a data request has been delivered. |
| **Data Indication** | An application (or other portion of the ZigBee stack) is receiving data from another node. Basically, the other side of a data request. |
| **Data Request** | An application (or other portion of the ZigBee stack) is requesting to send data to another node in the network. |
| **Descriptor** | A description of some object in the node. For example, a simple descriptor describes an endpoint, a node descriptor describes a node. |

*(continued)*

**Table 1.3:** *continued*

| Term | Description |
|---|---|
| Encryption | Encoding a packet in such a way it cannot be understood by nodes without the security key. |
| Endpoint | A virtual (wireless) wire connects an endpoint on one node to an endpoint on another node. A node may contain multiple endpoints. |
| Frame | An over-the-air sequence of bytes (octets) defined by the ZigBee or IEEE standards. |
| Groupcast | Not a ZigBee term. My term used when sending a command via groups which is broadcast across the network. |
| Hop | Or single hop. Passing a message from one node to a neighboring node. |
| MAC | Media Access Control. This layer knows about networks' a node addresses, but not much else. Defined by IEEE. |
| MAC address | A 64-bit number uniquely identifying this node from all other nodes in the world. Also called a long address, IEEE address or EUI. |
| Mesh | The term used for ad-hoc multi-hop networking. |
| Mesh Network | A network which discovers routes to other nodes in the network. |
| Multi-hop | The ability for the network to pass messages from one node to another, ultimately to the final destination node. |
| Neighbors | Other nodes within radio range. |
| NHLE | Next Higher Layer Entity, basically the layer above the current layer being discussed. For example, the network layer in ZigBee passes information to the NHLE, also known as the APS layer. |
| Node | A device that contains a single 802.15.4 radio. A node may control or monitor multiple things. For example, a bank of four light switches would need only one 802.15.4 radio. |
| OUI | Organizational Unique Identifier, the top 24 bits of the MAC address. |

Table 1.3: *continued*

| | |
|---|---|
| **PAN** | Literally a personal area network. However, ZigBee often encompasses a whole building or campus. In some profiles, ZigBee discusses NANs, or neighborhood area networks, or HAN, a home area network. PANs, HANs, NANs, it's all the same thing to ZigBee: a single network. |
| **PAN ID** | A unique 16-bit number identifying the PAN. |
| **PHY** | The physical layer. This is basically the radio which converts a binary sequence into RF and back again. Defined by IEEE. |
| **Profile** | Generally referring to an Application Profile, or an agreed upon set of messages so applications from different vendors can interact. |
| **Route** | The path during a unicast from one node to another. |
| **SAP** | Service Access Point, the API between layers within the ZigBee stack. ZigBee is layered similarly to the common OSI networking layered model. |
| **Sequence Number** | A rolling number to uniquely identify a message. Also called a counter or transaction ID. |
| **Unicast** | A bandwidth-efficient mechanism to send a packet from one node to another node, even if it multiple-hops away. |
| **ZC** | ZigBee Coordinator. A special ZigBee node type that can form networks. |
| **ZCL** | ZigBee Cluster Library. A library of common clusters. |
| **ZED** | ZigBee End-Device. A special ZigBee node type that can sleep, extending battery life to years. |
| **ZigBee** | A networking protocol standard aimed at wireless control. |
| **ZR** | ZigBee Router. A special ZigBee node type that can route packets and understands mesh networking. |

## 1.7    ZigBee Architecture

Before I end this chapter, I'd like to describe to you the basics of the ZigBee stack architecture. The classic ZigBee architecture diagram, seen in nearly every technical presentation on ZigBee looks something like Figure 1.14.

Each layer in the stack knows nothing about the layer above it. The layer above it could be considered a "master" that commands its "slave" below it to do the work. Each layer builds more and more sophistication upon the foundation of the lower layers.

ZigBee does not exactly fit the OSI 7-layer networking model, but it does have some of the same elements, including the PHY (physical), MAC (link layer), and NWK (network) layers. Layers 4–7 (transport, session, presentation, and application) are wrapped up in the APS and ZDO layers in the ZigBee model.



**Figure 1.14: The ZigBee Architecture**

Between the layers are Service Access Points (SAPs). SAPs provide an API that isolates the inner workings of that layer from the layers above and below. Like the IEEE 802.15.4 specification, ZigBee uses a two-SAP approach per layer, one for data and one for management. For example, all data communications to and from the network layer go through the Network Layer Data Entity Service Access Point (NLDE-SAP). Why the data SAP for the MAC layer is called MAC Common Part Service SAP (MCPS-SAP) instead of the MLDE-SAP is confusing to me, but it is. You'll see commands in the ZigBee specification that look like APSDE-DATA.request. Now you know that is a request to send data out the radio, but initiated just above APS layer.

The two lowest layers, the MAC and PHY, are defined by the IEEE 802.15.4 specification. The PHY layer simply translates packets into over-the-air bits and back again. The MAC layer provides the concept of a network, including a PAN ID, and networking discovery through beacon requests and responses. It also provides per-hop acknowledgments and some of the commands for joining and forming a network. The MAC does not multi-hop or mesh.

The NWK layer is responsible for mesh networking, which includes broadcasting packets across the network, determining routes for unicasting packets, and generally making sure packets are sent reliably from one node to another. The network layer also has a set of commands for security purposes, including secure joining and rejoining. ZigBee networks are all secured at the NWK layer, and the entire payload of the NWK frame is encrypted.

The APS layer is responsible for application meaning. It acts as a filter for the applications running above it on endpoints to simplify the logic in those applications. It understands what clusters and endpoints mean, and checks to see if the endpoint is a member of the Application Profile and (if present) group before sending the message on up. The APS layer also filters out duplicate messages that may have been sent up by the NWK layer. The APS layer keeps a local binding table, a table which indicates the nodes or groups in the network that this node wishes to speak to.

The ZDO layer (which includes the ZigBee Device Profile, ZDP), is responsible for local and over-the-air management of the network. It provides services to discover other nodes and services in the network, and is directly responsible for the current state of this node on the network.

The Application Framework contains the ZigBee Cluster Library and provides a framework within which applications run. Endpoints are the mechanism used to distinguish one application from another.

The security services are used by a variety of layers, and can be used by ZDO, APS, or the NWK layer, hence it's off to the side.

All layers have what is called an information base. At the MAC layer, this is called a PAN Information Base (or PIB). At the network layer it's called a Network Information Base (or NIB), and of course there is an AIB for the APS layer. All "information base" means is the current settings of that layer. How many retries are required? What is the current PAN ID or network address of a particular node? The fields in the information base are generally either set by higher layers or through the use of management commands through the management SAPs.

Notice there is nothing in here about interaction with any hardware within a given ZigBee device other than the radio. There is nothing that talks to LEDs, the LCD, speaker, GPIO ports, non-volatile or flash memory. ZigBee is exclusively concerned with the networking protocol and over-the-air behavior. The ZigBee test suites reflect this fact. Since all the over-the-air messages can be interpreted correctly by any other ZigBee node, this approach allows vendors to innovate while still providing complete compatibility between vendors.

> ZigBee layers build on each other.
>
> ZigBee is exclusively concerned with over-the-air behavior.

# *Deciding on ZigBee*

One of the first questions I get from an OEM is, "How does ZigBee compare to wireless technology *X*?" So before I get into the technical details of how ZigBee works, perhaps it would be good to spend a bit of time on what ZigBee is really good for, what it is not good for, and how it compares to some other popular, competing networking technologies. I have seen plenty of companies trying to shoe-horn ZigBee into a problem space that just doesn't make sense for the technology, and I'd like to help you avoid that.

Another common question put to me is, "What does ZigBee cost?" That is a complicated question. Obviously a book is not the right medium to keep current on prices, but it can help you ask the right questions, and describe "hidden" costs, some of which you may not have considered yet. I love ZigBee. ZigBee is great! But I am also an engineer, and I like to consider a variety of factors before deciding on the solution that is right for any particular problem.

And yet another question I am often asked is, "So what does ZigBee stand for?" Well, I'll tell you.

> *There are many people who expect that ZigBee is an acronym and they are actually correct, even though the acronym has been forgotten over time. The acronym represents the attributes associated with the original ZigBee objectives, which sort-of evolved into a mission statement for the technology. "ZIGBEE" originally stood for a "Zonal Intercommunication Global-standard, where Battery life was long, which was Economical to deploy, and which exhibited Efficient use of resources."*

> *Two other objectives were added a short time later: "Reliable" and "Secure." But by then, of course, it was too late to change the name. In addition there was concern among the promoter member companies that ZigBee might not get taken seriously, and that their respective companies might not pay for travel to the exotic locations hosting the ZigBee Alliance quarterly meetings if they added the other two letters to the original acronym, forming the new one: "ZigBeers."*

# 2.1    Deciding on the Right Technology

This is a book about ZigBee. But ZigBee isn't always the right solution for a given problem. This section discusses some other possibilities for networking sensors and control devices, and some of the advantages and disadvantages of each approach.

## 2.1.1    Wired Versus Wireless

Wireless is inherently unreliable. Does this sound strange coming from a proponent of ZigBee? It's true. There are so many factors that affect wireless; RF noise coming from machinery, changes in the physical environment, even the vagaries of the atmosphere. In the 2.4 GHz spectrum, which is the ISM band used by ZigBee, there is even more interference. Water, people, concrete, metal, foliage can all change the wireless characteristics, causing packet delivery to fail. Now granted, ZigBee, with its mesh networking and per-hop and end-to-end retries and acknowledgments, turns what is an essentially unreliable medium into a very reliable network, but ZigBee is not the only solution to network devices.

A wired network doesn't have any of the above problems. But wires do have problems of their own. Wires have connectors, and connectors get broken over time, especially if they are plugged in frequently. The wires themselves get caught on things and get cut. One major white-goods manufacturer I spoke with was changing over the entire production line to wireless to avoid just this problem. A wireless system can test and inspect the washing machines, dryers and refrigerators coming down the line without any of the drawbacks of wires.

Salt and water corrode wires. A wire on a ship corrodes or chafes over time, and so becomes less reliable than a wireless solution in that same environment.

Wired solutions can be more expensive per foot. At a recent building construction show, the number used was $10 US per foot (2007 dollars) for wired control. That $10 is not in just the cost of the wire, but the cost of conduit, installation, and maintenance. In a similar situation, ZigBee wireless is generally considered to cost less than $0.10 per foot, including the cost of the wireless boards and installation.

But there are many good, prominent wired protocols and hardware out there. Don't just jump into wireless because it's the next greatest thing. Determine first if wireless is a great thing for your application.

Wires don't have the interference problems of wireless, but wires need connectors.

## 2.1.2   Other Wireless Technologies

802.15.4 is a great MAC and PHY specification, and ZigBee, which relies on the 802.15.4 MAC and PHY, is a great networking protocol. ZigBee is well-targeted at the wireless sensor and control network space. But 802.15.4 is not the only radio which targets this space, and ZigBee is not the only networking protocol which runs on the 802.15 MAC and PHY:

- *Non-ZigBee 802.15.4 radios* are not supported. One thing that is not obvious to the casual observer is the fact that ZigBee runs only on 2.4 GHz (ISM band) 802.15.4 radios. The 802.15.4 specification allows for 900 MHz, and 868 MHz radios as well, but ZigBee doesn't run on those radios, due mainly to data rate. ZigBee requires a higher data rate than the 40 kbps offered by the 900 MHz standard and 20 kbps offered by the 868 MHz standard. The 2.4 GHz 802.15.4 specification operates at 250 kbps, a rate sufficient for the ZigBee protocol. The newer 2006 802.15.4 specification offers higher data rates in the sub-1 GHz RF spectrum, but those have not yet been adopted by ZigBee. The other reason ZigBee chose the 2.4 GHz spectrum is that products can interoperate worldwide in this RF space.

- *Wireless USB* is emerging as a great technology for small, battery-operated devices. For example, the Cypress CYWUSB6934 is used in a number of point-to-point devices such as a wireless mouse. This technology is very inexpensive, great on batteries, but is not meant to function on a scale as large as ZigBee can, and doesn't have the security. Wireless USB is based on Ultra Wideband (UWB) which supports 480 Mbps data rate over a distance of two meters (about 6.6 feet). If the speed is lowered to 110 Mbps, UWB will go a longer distance (up to 10 meters or about 30 feet). This technology generally focuses on the PC peripherals, but could be adapted to the sensor and control space.

- *WiFi*™ is also starting to see more use in sensor and control networks. WiFi is a ubiquitous, well understood technology that previously targeted the PC and laptop space. It's a bit more expensive than ZigBee, typically requiring a larger CPU to run the full protocol. WiFi can mesh like ZigBee and if you Google "WiFi mesh" you'll see a number of vendors that serve this space, but there are no interoperable standards for meshing WiFi. WiFi is not as good with batteries, using up batteries in hours, rather than the months to years of ZigBee, but not all control networks require batteries.

- *Bluetooth*™ is very secure, and is used in headsets and cell phones everywhere. Bluetooth is relatively inexpensive, but due to its frequency-hopping technology,

does not have the battery life of a ZigBee device. Think of Bluetooth battery life as days, not the months to years like ZigBee. Also, Bluetooth doesn't scale well and is typically limited to networks of seven devices or less, whereas ZigBee networks can contain thousands of devices.

• *Wibree* falls under the Bluetooth Special Interest Group, and is aimed at watches and body sensors. It's designed to be very, very low power, but again is limited in the number of nodes in a network. At the time of this writing, Wibree was not in production, but still in the specification stage.

• *Z-Wave,* by Zensys (see http://www.zen-sys.com), is useful if you are planning home automation products. Z-Wave is aimed specifically at the home automation space, and while not a standard (Zensys is the only manufacturer of Z-Wave), it is used by some of the large home automation manufacturers, including Danfoss, Leviton, and Universal Electronics. The new ZW0301 contains a 32 K flash 8051 CPU, and a radio that operates in the 868 MHz space for Europe and the 908 MHz space for the U.S., at 9 kbps (compared to ZigBee's 250 kbps).

Zensys is naturally worried about ZigBee, because these two technologies compete directly, and so Zensys has formed a group called the Z-Wave Alliance, and regularly releases white papers promoting Z-Wave over ZigBee.

• *Proprietary radios* are still the norm today. I remember this used to be the case in operating systems, too. Everyone had their own system, but while there are still quite a number of proprietary operating systems, most OEMs realize it is cheaper in most cases (all things considered) to go with a commercial operating system. I believe this will happen to radios over time in this space.

There are so many good radios in various RF frequencies. Texas Instruments makes one called the Dolphin. Nordic Semiconductor makes a variety of low power radios, such as the nRF2401A. The biggest issue with the proprietary radios is the lack of a protocol. So much of RF communication is in the software. If you have to write your own, it can cost significant amounts of development effort, which equals time and money.

Which brings me to software protocols.

> ZigBee operates in the worldwide 2.4 GHz ISM band.
>
> Proprietary radios are the primary competitor of ZigBee today.

### 2.1.3 Other Software Protocols on 802.15.4 Radios

The 802.15.4 radio (MAC & PHY) specification provides the foundation for the ZigBee networking protocol, but ZigBee is not the only protocol that runs on these radios:

- *802.15.4 MAC* may work for you. Yes, it's possible to build a network with only the 802.15.4 MAC and PHY. Most 802.15.4 silicon vendors offer an application development solution on their 802.15.4 MAC. Granted, it's only point-to-point or a star network. Granted, it doesn't have device or service discovery or interoperable applications like ZigBee. But, a MAC-only solution does have a smaller footprint than ZigBee and might be enough networking protocol for your application. The MAC uses the same per-hop retry mechanism that ZigBee uses, the same network associate commands, and the same sleepy end-device polling commands. What the MAC-only solution is missing is the application-level compatibility and the higher reliability and multi-hop nature of mesh networking.

- *SimpliciTI™* may work, too. This Texas Instruments protocol is a simple, point-to-point, or repeating protocol for use with their 802.15.4 radios and solutions. This protocol is extremely small (4 K flash), and they tout it as being extremely simple. There are only 6 API calls.

- *Synkro,* originally by Freescale Semiconductor, is now an emerging standards-based protocol targeted specifically at the consumer electronics space. This protocol uses 802.15.4 radios and solutions to control televisions, DVD players, stereos, and the like. Sony is one of the early adopters of this technology and it looks as if the standard might take off. It's still too early to know at the time of this writing, but the consumer electronics manufacturers are looking to avoid the IR fiasco (too many proprietary control methods), and instead focus on standardized RF for the remote. Synkro is point-to-point, not meshing, but does offer a form of frequency agility to avoid potential interference problems.

- *MiWi,* by MicroChip, is a peer-to-peer and mesh protocol specifically targeted at the Microchip MRF24J40 radio. This protocol has no cost associated with it if used with the MicroChip solutions.

- *PopNet™,* by San Juan Software, is a small-footprint full-mesh solution that could be considered "ZigBee Lite." Like ZigBee, PopNet supports broadcasting, unicasting, and mesh route discovery. Unlike ZigBee, PopNet fits into 16 K of flash and does not require ZigBee certification.

- *TinyOS* is a mesh networking technology written in a language called NesC. This C-like language allows sensors to be treated as objects. TinyOS was even adopted by one of the ZigBee stack vendors, MeshNetics, as the foundation for their ZigBee solution.

- *6LoWPAN,* standardized by IETF.org, is an 802.15.4 networking protocol that looks similar to IPv6. Companies such as ArchRock (http://www.archrock.com) are promoting this emerging standard for interfacing sensors to the World Wide Web.

All of these protocols have their own strengths and weaknesses. And there are plenty more protocols! With the exception of PopNet, and a vanilla 802.15.4 MAC, I have not personally written software or produced products using the other protocols, so I won't try to give advice about which one is best for your particular application. I did, however, want you to be aware that ZigBee isn't the only networking protocol available on 802.15.4.

But ZigBee is the primary protocol based on 802.15.4, so if standards or interoperability are important to your application, ZigBee is the route to go.

> ZigBee is the primary networking protocol based on 802.15.4 radios, but many other protocols are also commercially available.

## 2.2   Deciding on a ZigBee Solution

Okay, so you've decided ZigBee is the right solution for your product. Now, which ZigBee solution is best? Sorry. I can't answer that. But I can give you a set of questions to think about.

At the time of this writing, some of the 802.15.4/ZigBee radio vendors (also called ZigBee silicon providers or platform vendors) include:

- Atmel

- Ember

- Freescale

- Integration Associates

- Jennic
- Microchip
- NEC
- Oki
- Radio Pulse
- Renesas
- ST
- Texas Instruments

In general, the easiest way to learn the latest details of the 802.15.4 offerings from these vendors is to go to the World Wide Web. All the vendors include PDF data sheets and various white papers to show why their solution is best. The Web sites for larger corporations (which have vast and often confusing Web sites) tend to include a simple way to find information on their ZigBee products, such as http://www.freescale.com/zigbee, or http://www.ti.com/zigbee, or http://www.st.com/zigbee. For smaller companies, the ZigBee information tends to be found somewhere on their home page.

Below I've compiled a list of questions you should ask yourself when evaluating each platform vendor:

- Is the platform certified?
- Will the product use an integrated MCU/radio or a stand-alone radio?
- Does the platform have enough memory for the application?
- Does the price-point make sense for the product?
- Is the part low-power enough for the power supply?
- What voltage range does the part support?
- Does the part support all the required physical characteristics?
- Are you familiar with the silicon vendor?
- How good is the stack?
- What tools are available to support compiling and debugging?

- What reference designs are available?

- What is the availability of the radio?

- Is an alternate supplier a requirement?

**Is the ZigBee platform certified?**

A combination of the radio, MCU, and ZigBee stack software is called a *platform* by the ZigBee Alliance. Some ZigBee platforms are certified by the ZigBee Alliance, and some are not. Is this important to you?

If your product will interact with products from other companies, such as Home Automation, Smart Energy, or Commercial Building Automation, I would say the answer is a resounding, "Yes!" The platform you choose *must* be certified. If your product will be a stand-alone network, then the range of vendors opens up.

Be sure to check when evaluating a vendor. A non-certified stack may not work with other ZigBee stacks.

**Will the product use an integrated MCU/radio or a stand-alone radio?**

OEMs using ZigBee often choose an integrated MCU and radio. This combination can be very cost-effective, allowing both the ZigBee networking protocol and the application to reside in a single chip, 8-bit solution.

The single chip solution offers the advantage of containing everything required for the application except a power supply and sensors (see Figure 2.1). The MCU will contain memory, UARTs, even LCD, LED, or keyboard controllers, and (hopefully) enough RAM and flash (ROM) to host your application. Most single-chip solutions are built on an 8-bit processor, often an 8051 (although some of the newer parts, such as Freescale's MC13223 contain a 32-bit ARM7). Check with your vendor for their latest offerings.

The single chip solution works fine for many applications. But sometimes, an 8-bit MCU just doesn't have the memory or raw processing power that is required. It may surprise you (it did me), but variable airflow valves (VAVs), those vents you see in the ceiling of every office building, use a 32-bit CPU with a very complex application to control the opening and closing of the vent.

If you are choosing a stand-alone 802.15.4 radio with some host CPU, the main question is whether ZigBee will need to run on that host processor. ZigBee normally runs as software (including a small OS or kernel), much like Windows or MAC OS X runs on



**Figure 2.1: ZigBee Chip Solutions Contain Everything Needed for the Application**

your PC or laptop. If you plan to use, for example, an ARM 9 with a stand-alone 802.15.4 radio, does a ZigBee stack run on that combination? The answer is often, surprisingly, "No." Most ZigBee implementations run really well on the integrated MCU/radio solutions, but may not be portable enough to run on another MCU, or the silicon vendor who supplies the ZigBee stack may not be willing to release full source code. Most don't.

Another way to use whatever CPU you need for your application, and still use ZigBee for the networking communications, is to treat the ZigBee integrated chip as a communication "module" (see Figure 2.2). The ZigBee stack and a small serial



**Figure 2.2: ZigBee as a Communications Module**

"gateway" application run in the single chip solution, while the main application runs on the host processor, talking to ZigBee through a UART.

**Does the platform have enough memory for the application?**

It might surprise you, but ZigBee is quite large. As a protocol designed for 8-bit devices, ZigBee often stretches the limit, using most of the CPU's RAM and ROM, leaving only a few kilobytes of flash left over for your application.

When evaluating vendors, make sure you first do a code-size estimate for your application. Then, using the development kit from the vendor, build the Home Automation On/Off Light application (nearly every vendor offers this application) for a ZigBee Router device. Check in the .map file to see how much room is left for your application, both in terms of flash (ROM) and RAM. Is there enough?

Because there are so many options in ZigBee, it can sometimes be a pretty big task to configure the stack to include only those pieces that your application needs. Feel free to call the vendor's support line, or to check out their online help. This will also help you evaluate the vendor's ability to support your product development.

**Does the price-point make sense for the product?**

The price of a solution is not just the price of the silicon. I often see customers say, "Well, this chip is $0.05 cheaper!" when the cost of the external components required for the radio to function make it significantly more expensive than the alternatives. Consider the following production costs:

- What external components are required?
- Can the board layout be two-layer, or must it be four-layer?
- What quantity will I ship? This can greatly affect price per unit.
- Do the cost of the tools make a significant difference?
- How solid is the software? Will it require significant development or debugging effort?

Only after you've evaluated all of these questions can you determine the real cost of that particular solution. First, create a bill-of-materials (BOM), and then price them out with one or more distributors.

Consider also the cost of manufacturing. Some solutions require only two layers on the board, which makes manufacturing costs less. Others require four layers, which increases manufacturing costs.

One cost that is not always considered is the cost of the software. It used to be that hardware was the major cost in any given design. Today, more and more, it is the cost of the software that really makes or breaks a product.

**Is the part low-power enough for the power supply?**

All 802.1.54/ZigBee radios can go into low-power modes. When evaluating low power for a particular radio or single-chip solution, consider both the wake power and the sleep power. The sleep power, for most applications, dwarfs the wake power (and makes the wake power almost irrelevant). Put together a little spreadsheet, or use the power calculator provided at http://www.zigbookexamples.com, and you'll see why this is. If a node only wakes for a few milliseconds every few minutes, then power consumption while sleeping is everything.

This may be irrelevant if your application does not require battery-operated nodes.

**What voltage range does the part support?**

One thing that might not be readily apparent is that battery supplies vary widely in the voltage they can produce with a given charge. Some of the longer-lasting battery technologies (some that will last 20 years or more) start out providing five volts and end up providing only two volts. Many 802.15.4 radios (or MCUs) cannot deal with such a wide range without a power regulator which completely defeats the long battery life (power regulators consume power). So, make sure to match the batteries to the radio. And don't forget all the other power consumers on the board, including sensors.

**Does the part support all the required physical characteristics?**

Sometimes temperature, shock, or other factors are required for a given application. Will the radio be in the tire of a car? It had better withstand Phoenix heat and Fargo cold. Most ZigBee radios are in the industrial range of −40 to +85 Celsius.

**Are you familiar with the silicon vendor?**

One factor that plays into both schedule and cost is familiarity. If your company (or you personally) have worked with a particular vendor before, you may prefer to stay with that vendor; you know the quirks of their parts, tools, and sales processes. This can have a significant impact on both cost and schedule. Start out with the vendors you know. Then evaluate other vendors as appropriate.

**How good is the stack?**

Not all ZigBee stacks are created equal. ZigBee is a complicated specification with many edge cases. I've seen many stacks not take care of even the basics, in their first incarnations. Here are a few tests for you to try before wasting your time building an application on an unstable stack:

Build a diamond network with a light on one end and a switch on the other. Alternatively, turn off the middle nodes. Does the stack recover a route and turn the light on every time? For more on this, see Chapter 4, "ZigBee Applications."

Turn on 20 nodes at once. Does the stack handle it gracefully, and do all the nodes join the network?

Run a test in a secure network, with a node sending a packet via APSDE–DATA. request to another node two hops away. Put a 32-bit incrementing counter in the payload, to show the number of messages sent. Send a packet after every data confirm. Let this test run for a few days. Is the stack still sending the packet? Is the number of messages sent reasonable? Expect at least one message every 100 ms or less.

Build a max-depth network for the stack profile (10 hops across in stack profile 0x01, 30 hops in stack profile 0x02). Can the stack send from end-to-end?

**What tools are available to support compiling and debugging?**

The proper tools can make a significant difference during development of a product. Are your developers already familiar with the tools? Do they allow your developers to debug efficiently or are they wasting significant time fighting tools? Do the tools provide the information needed in a clear, easily understood presentation? It can be so frustrating trying to debug an application that cannot set sufficient breakpoints, or does not detect NULL points.

**What reference designs are available?**

Reference designs can save time and money when building custom 802.15.4 boards. All silicon vendors offer reference designs for their radios and MCUs. A reference design will usually include a full schematic and a bill-of-materials.

A word of caution to those of you who make your own boards: you may build boards in your sleep, but building RF boards is another thing. I've seen so many projects fail

because the engineering house thought it knew how to build the RF board, only to find that they couldn't build it to production quality with a sufficient radio range.

Consider outsourcing board layouts to a company that has a proven track record, or consider using modules in your design. Everyone thinks they will ship millions of copies of a given product. But why not get your initial production going using off-the-shelf, precertified boards (aka modules), and then do a cost-reduction phase later? In most cases, you'll be better off with this approach.

**What is the availability of the radio?**

Sometimes companies forget to consider supply carefully enough. Sometimes, a project will begin and plan to use a silicon product not yet in production. The vendor you work with says it will be in production in June, but June comes and goes, July and August come and go, and pretty soon your product is late or canceled or you must scramble to find another solution, because the vendor's silicon is just not ready. My advice is to only plan products on silicon that is already in production.

Also, make sure that the supply will be big enough for you. Sometimes there is supply now, but the silicon manufacturer won't be making another run for two more years. Perhaps the fab is used for something else in the meantime, or the company uses a third-party fab.

It's a shame to have a successful product, only to run into supply problems.

**Is an alternate supplier a requirement?**

Some vendors will not consider a technology without multiple suppliers of that technology. That's one of the great things about ZigBee. There are so many suppliers. But while ZigBee speaks the same language over-the-air, ZigBee does not have a common software API. If you have a product that requires multiple suppliers, design your application software so that it is portable among stack vendors.

> Carefully consider all aspects of your design when selecting hardware.
>
> See http://www.zigbee.org for a complete list of ZigBee silicon and solution providers.

## 2.3   ZigBee Modules

A ZigBee module is a board that is manufactured "application-ready." The module will almost certainly be government-certified, including CE Marking in Europe,

## 58   Chapter 2

IC in Canada, and FCC in the U.S. The module will certainly have various I/O pins, including binary GPIOs, and analog-to-digital pins. The module can be battery-operated, and comes in a usable form, sometimes with a common connector to attach the module to a motherboard (see Figure 2.3).

I can't say enough good things about ZigBee modules. Modules save you money and time, and until your production reaches the millions of units, there is rarely a good reason to build your own board (other than it's fun and you've always wanted to build your own RF board, anyway).

Figure 2.3 shows a variety of modules. Simply google "ZigBee Modules" to get a sampling of what modules are available. At the time of this writing, some popular ZigBee modules are built by Panasonic, MeshNetics, LS-Research, Digi, Cirronet, AeroComm, and many others, representing all the major ZigBee vendors.

Ask your hardware vendor what ZigBee modules they can recommend.

All the ZigBee module vendors offer some sort of development kit, which includes a larger development board where power can be easily applied, sensors and other peripherals can be added, and application software can be downloaded.



**Figure 2.3: A Sampling of ZigBee Modules**

Other module vendors provide a "wire-replacement" or other application to use ZigBee communications without knowing anything about ZigBee. Simply connect the module to a UART on two more devices, send a few Hayes-style AT commands and you have a mesh network. Easy!

Most modules are priced for the under-100 unit OEMs. But generally, if your company will ship volume products, a better price per unit can be negotiated.

These same modules can be used with any protocol (802.15.4 MAC, ZigBee, proprietary) that runs on 802.15.4 radios. If you later replace the modules with custom boards, the software does not change, except possibly for a few low-level drivers interacting with LEDs or other pins.

Okay, one more plug for modules. I have seen many projects fail because of overconfidence from the hardware design group. They've created printed circuit boards in their sleep. They've shipped many successful products, and know how to make a board. They've looked at modules, but none of them are just perfect. So they embark on making a custom board, only to find six months later that RF is hard. Really hard!

Subtle things, such as a technical balan that matches the specification but doesn't perform as expected, can cause delays. Perhaps the range available from the radio is just not what it should be. Perhaps there is noise near the chip that interferes with the application. Perhaps the antenna design just isn't doing what the simulations say it should.

Do yourself a favor. Use a module, at the very least, through the Beta phase. For many products, modules are cheaper even in the long run. They are certainly cheaper in the short run. Save the custom RF board during the cost reduction phase of the product.

## 2.4   A ZigBee Checklist

This is really just a list of things to remember when building a ZigBee application. There is no right or wrong answer, and this certainly isn't a definitive list, but make sure you've thought about each item below. Hopefully they will save you some time and money, more than you've spent on this book.

**Protocol Selection**

How often does the application need to communicate? Think of all nodes that need to speak and develop a worst-case "bandwidth" simulation. Can the application be less "chatty?"

- Does the protocol need to speak 802.15.4? ZigBee?

- Is simplicity (a shorter learning curve) more important, or is compatibility with industry standards more important?

- How large will the expected network be? Normal case? Largest configuration? Is it better to ship more quickly with a smaller network size target?

- Will it interact with products from other OEMs?

- Will other networks be in the vicinity? Other 802.15.4 networks? Will they cause interference?

- What security is required by the application?

- Is low latency more important or low power?

- How important are gateways? To a host processor? To a PC? The Internet?

**Hardware Selection**

- Will a ZigBee module work for the Proof-of-concept? Beta? Production?

- What power supply will be used? Does the hardware selected support the appropriate voltage across the life of the power supply?

- Develop a power budget. What are all the power consumers on the board?

- Is size an issue? Does the package need to fit into a small space? How small?

- Is range important? What type of antenna will be used?

- Are there any MCU hardware or peripherals that are particularly important to the application? For example, is a second SPI port needed? A UART?

- Is time important to this application? Is an external crystal needed for accuracy while in low-power mode?

- Is the price range for the part acceptable?

- What other hardware is needed beyond the hardware provided by the primary 802.15.4 silicon vendor? Will they have any troubles working together?

**Stack Selection**

- Is the ZigBee stack certified? If not, is compatibility important?

- How easy is it to set up a 12 node network? Set up as large of a network as you can when evaluating a stack. Many problems don't appear with just a few nodes. Try 20 or more, if possible.

- Have you done the diamond network test (verify automatic route recovery)? If not, see Chapter 4, "ZigBee Applications," for a complete explanation.

- Try turning on all the nodes, to join the network at once. Does the network figure it out and eventually allow all nodes to join? This test can be tough for some stacks.

- On the selected hardware, how much room does the stack leave for your application? In ROM (Flash)? In RAM?

- Does the application use a ZigBee public Application Profile? If so, is the one from the stack vendor good enough? How much work is needed to go from a technology demo to commercial quality on this profile?

- What software is needed, beyond what the stack vendor provides, to complete this application?

**Application Development**

- How many developers will be on the project? Do they have sufficient tools? Are they familiar with the tools, or will there be a learning curve?

- Would ZigBee or protocol training be helpful for your staff?

- Is a protocol analyzer (such as Daintree) budgeted for? Plan at least one for the group, perhaps one per developer.

- Can the application be developed in parallel to the hardware? If so, are the silicon vendor reference boards good enough? Are ZigBee modules needed?

- Plan to build a mock-up test in the intended physical environment (at the loading docks, for example). How many nodes are needed? What test software is needed to capture the proper test data? Can a network of proper size be built ahead of time using a mock application?

- How will the software be tested? Will there be an automated nightly build?

- Think about in-field testing? How will this be conducted? How will the application be debugged in the lab? In the field?

- What debugging diagnostics are needed to ship with the product?

- Is a watchdog used? Under what conditions?

- How real-time does the application need to be?

- How will the application manage non-volatile memory (persistent storage)? Are there other ZigBee tables or memory that must be managed by the application? If so, what are they?

- Think about designing the application so that it is portable between processors and stacks. Is the application paying attention to the Endian-ness of its own application protocol? Will a mixed network be used with different Endian MCUs?

- Is any application code that is stack-specific separated from application code that is stack-neutral?

- Is it better to write the application in-house, or hire a third party already familiar with ZigBee and Networking?

**Manufacturing**

- Will units be manufactured in-house? If so, how will they be managed?

- If manufactured out-of-house, can they meet your volume and schedules? What tools do they have for serializing the board images?

- How will MAC addresses be assigned to each board? How will they be managed? Do they need other information assigned at manufacturing time?

- How will the nodes be packaged?

- How will they be shipped? Are the radios excluded from air shipments (which don't allow RF)?

**Deployment**

- Who will be the installer(s) of the network? How simple does it need to be?

- How will the installer(s) know if routers are near enough to each other?

- Does every node in the network at least have two routers within hearing range? How will the installer know?

- How will the installer verify that everything is installed correctly?

- Will the network be built in pieces, such as one hotel room at a time? Or will the network be built out from the center?

- Does the application take care of all commissioning simply and easily for the user?

- How will nodes be replaced if they break, or stop functioning over time?

# *The ZigBee Development Environment*

This chapter is for those who want to understand how to develop for ZigBee. It does not describe the ZigBee protocol, just the embedded development process, and in particular, how to build and run the example programs available throughout the book.

If you've already developed for wireless networks before, and have used tools to compile, download, and debug embedded programs, then some of this will be review. If you're already very familiar with the Freescale BeeKit development environment, the CodeWarrior IDE, the HCS08, and the Daintree Sensor Network Analyzer, then much of this will be review.

If, however, you are setting up a team to develop ZigBee-based products, or are new to embedded development, or if you want to follow along with the examples using actual hardware rather than simply reading about ZigBee, then this chapter contains what you need.

As usual, we begin with the *real* story about how ZigBee got its name.

> *The Aztecs were a Pre-Columbian Mesoamerican people of what is now known as Central Mexico.*
>
> *Chapultepec, "at the grasshopper hill" in the Nahuatl language, is a large hill on the outskirts of central Mexico City. In the days when Tenochtitlán was the island capital of the Aztecs, built on a series of islets in Lake Texcocoth, the city was linked to Chapultepec by a causeway. Aztec chiefs turned the hill and the surrounding forest into a royal retreat. The poet-king Nezahualcóyotl built a palace there in the 1400s, along with an aqueduct to carry spring water to the Aztec capital, and a sculpture of Moctezuma can still be seen carved into the rock of Chapultepec, not far from Huemac's cave. One of the pleasures the royalty enjoyed during this time was one we take for granted today: ice.*

*Ice, as you can imagine, was very difficult to come by in the hot climate of Central America. The Aztecs would cut ice from glaciers in the nearby mountains and runners would carry the ice packed in skins, down to Chapultepec.*

*No single runner could make it all the way with a packet of unmelted ice, so a series of runners were stationed along the route, each to take the ice and pass it along to the next runner, eventually to end up at the final destination—Chapultepec. They called this service Zigibi.*

*Zigibi was similar to how ZigBee functions today: multi-hopping packets along a route from one node, through a series of other nodes to the final destination, ensuring that the packet arrives in a timely manner.*

*The hill of Chapultepec and the surrounding land are now Chapultepec Park, a popular spot both for locals and tourists. The park covers 1,600 acres of land, with centuries-old forest, several small lakes, landscaped areas and outdoor cafes. Chapultepec Zoo is located there, as well as an amusement park, La Feria, and it is the official residence of the President of Mexico, Los Pinos.*

# 3.1   Development Hardware

ZigBee is a small wireless networking protocol designed for IEEE 802.15.4 radios and 8-bit microcontrollers. Together, the radio, ZigBee stack, and microcontroller make what is called a platform. If the platform has been certified by the ZigBee Alliance as compliant (and not all ZigBee platforms are), then the platform is called a ZigBee Certified Platform, or ZCP.

Developing for ZigBee is basically the same for all platforms (see Figure 3.1). A PC set of tools builds and compiles applications, which are then downloaded into target boards for debugging, usually through USB or Ethernet (although some platforms allow wireless download).

The PC tools required for ZigBee development usually include:

- An IDE for development, including compiling code into the appropriate form for the target microcontroller
- A ZigBee stack configuration or application "template" tool
- A debugger for downloading and stepping through source code lines on the target platform
- A protocol analyzer for debugging the network over-the-air



**Figure 3.1:  ZigBee Development Hardware**

- Hardware for ZigBee development kits usually include:
- Two or more ZigBee boards
- A means of connecting target boards to the PC, usually through USB or Ethernet
- A JTAG or BDM debug device for programming the flash memory in the target boards
- A sniffer for detecting over-the-air packets and delivering them to the protocol analyzer
- Power supplies and/or batteries for powering the boards

At the time of this writing, some of the main ZigBee platform vendors include:

- Airbee
- Atmel
- Ember

- Freescale
- Integration Associates
- Jennic
- MeshNetics
- Microchip
- NEC
- Oki
- Renesas/ZMD
- Silicon Laboratories
- ST Microelectronics
- Texas Instruments/ChipCon

Of these vendors, only TI, Ember, Integration Associates, and Freescale are considered Golden Units. Golden Units form the ZigBee compatibility test suite sanctioned by the ZigBee Alliance. All other ZigBee Certified Platforms are tested against the Golden Units for compliance. Not all vendors provide ZigBee Certified Platforms, but most do. Make sure to check when evaluating a vendor, as a non-certified stack may not work with other ZigBee stacks (but could still be used as a proprietary mesh-networking stack).

Of the ZigBee Certified Platforms, I've chosen Freescale for this book, mainly because it's the one I'm most familiar with. I'll be delving into many details of that platform, but as you can expect with any book, some information will be out-of-date by the time this is in print. The ZigBee concepts will remain the same, however, as ZigBee, like IP and WiFi™, is a standard protocol designed to be available for many years to come.

Of course, the easiest way to learn the current details of each platform is to go to the World Wide Web. The Web sites for larger corporations include a simple way to find information on their ZigBee products, such as http://www.freescale.com/zigbee, http://www.ti.com/zigbee, or http://www.st.com/zigbee. For smaller companies, the ZigBee information tends to be somewhere on their home page (e.g., http://www.ember.com).

Some of the platforms are pictured in Figure 3.2. Notice the variety of form factors, antenna designs, and peripherals. And these are just development boards from the silicon vendors. There are also many, many pre-certified module designs for any application.



Figure 3.2: Some ZigBee Platforms



**Figure 3.3: A Typical ZigBee System**

The heart of a ZigBee platform is the 802.15.4 radio. While it can be sold stand-alone, the radio is often coupled with a microcontroller inside a system-in-package (SIP) or system-on-chip (SOC). Typically the radios and microcontrollers are both good at low power, consuming something below two microAmps (μA) when in low power mode. Due to the low-cost nature of ZigBee, the microcontrollers are usually 8-bit, although 16-bit and 32-bit micros are starting to become common and with surprisingly small price tags.

A typical diagram for a ZigBee radio and MCU looks something like the arrangement in Figure 3.3. The radio (also called a transceiver) communicates to the MCU through the Serial Peripheral Interface (SPI) port with interrupts signaling events, such as when a packet has been received, or the channel is clear to transmit.

The sensors, actuators and other peripherals which make up the full application beyond the ZigBee networking portion tend to be external, and connected through an analog-to-digital converter (ADC) or SPI, IIC or UART (serial port).

The ZigBee microcontroller in these single-package systems has a wide set of peripherals and enough RAM and Flash memory to run the ZigBee stack and at least a small ZigBee application. Some have as little as 60 K of flash and 4 K of RAM; others have 128 K of



**Figure 3.4: ZigBee Board Configurations**

flash or more, and 8 K of RAM. Check with the vendors for their latest offerings. Generally you will see one of three silicon configurations for ZigBee boards (see Figure 3.4).

- A stand-alone board with a ZigBee single chip solution, in which the application is completely encapsulated on the board.

- A communications module in which the ZigBee single chip solution acts as a networking link, but the more complex application resides on another, usually 32-bit MCU.

- A board in which the ZigBee radio is stand-alone, and the ZigBee protocol runs on the larger host CPU.

Every silicon vendor who makes ZigBee radios offers some sort of development kit, complete with all the hardware and software necessary to develop ZigBee or 802.15.4 applications. These kits come with two or more development boards, a USB, serial or Ethernet connection to the boards, and some kind of debug connection (BDM or JTAG) to download new binary images into the boards and to debug applications. The kits also come with sample applications to get you started.

These kits vary quite a bit in pricing, so check the Web for the latest information. They can be purchased directly from the silicon vendor's site, or through distributors such as DigiKey (http://www.digikey.com).

I won't recommend a particular ZigBee kit, radio or stack here because that landscape changes quickly, and different components are better suited for different projects. A simple, broad recommendation is that you can trust the products from the big name

silicon vendors. They tend to have large distribution channels, worldwide support, and strong internal testing, and tend to stay in the market for long periods of time. The smaller companies, however, can often offer more personalized and flexible support. Because nearly every 8-bit silicon vendor offers a ZigBee solution, you are probably already familiar with your favorite players. My suggestion is to read the online literature and talk to their customers.

> Go to www.company.com/zigbee to find information on a company's ZigBee offerings, for example, http://www.freescale.com/zigbee, or http://www.ti.com/zigbee.

### 3.1.1   Introduction to the Freescale NSK

As mentioned previously, the examples in this book are mostly made on the Freescale ZigBee Certified Platform, BeeStack. The choice was made because it's one of the prominent ZigBee solutions, and also the one this author is most familiar with.

To keep things simple, the bulk of the examples throughout this book are designed to work with a particular hardware kit provided by Freescale, the Network Starter Kit (1321xNSK-BDM). This kit comes complete with everything needed to develop ZigBee applications: three ZigBee boards (one NCB and two SRBs), a compiler (CodeWarrior), a debugger, and a ZigBee stack configuration tool (BeeKit). In addition, a trial version of a third-party ZigBee network analyzer is included (the Daintree Sensor Network Analyzer).

Look over the NSK components as shown in Figure 3.5. As you can see, the kit includes a set of ZigBee boards, power supplies and batteries for the ZigBee development boards, USB cables to connect to the boards, and the installation software on CD.

Each ZigBee board in the Freescale NSK uses the Freescale MC13213 single-chip solution (the radio and MCU in a SIP). Each board comes in a plastic case with a clear cover. Each board hosts four application-driven buttons, a reset button, four LEDs, and a serial connection via the USB port. In addition, each board exposes the GPIOs available from the microcontroller, so that sensors and actuators can be added using a simple connector.

The smaller Sensor Remote Boards (SRB) also include a low-g 3-axis accelerometer (MMA7260Q) and a temperature sensor (LM61BI), both of which will be used in examples later on in this book. The larger Network Control Board (NCB) does not include sensors, but does include a 2-line by 16-column LCD display.



**Figure 3.5: The Freescale Network Starter Kit (NSK)**



**Figure 3.6: ZigBee Is as Small as a Dime**

Although the development boards themselves are the size of a small PDA, it's interesting to note that the ZigBee components fit into the area of a U.S. dime (the MC13213 is in a $7 \times 7$ mm package). The white rectangle contains all the ZigBee components on the Freescale SRB (see Figure 3.6). This is true of every vendor. ZigBee is small.

Each Freescale board is also available as a full reference design, and can be downloaded free-of-charge from the Freescale Web site, complete with schematics and a bill of materials (BOM). Free schematics are pretty typical with the ZigBee platform vendors. They are interested in selling chips so they do everything they can think of to make your life easier.

> The Freescale Network Starter Kit (NSK) is used for the examples in this book.
> Full hardware reference designs for many platforms are available on the web.

## 3.2    The ZigBee Stack

Hardware is important, but the development environment wouldn't be ZigBee without a ZigBee stack. Every 802.15.4 silicon vendor offers at least one version of a ZigBee stack for their radio (at least in the 2.4 GHz band). Some offer more than one.

There are even ZigBee stack vendors who offer a software stack independent of the hardware. These stacks can run across multiple silicon vendors' products (both MCUs and radios). Airbee offers one such platform.

The quality of the ZigBee stack may be the single most important decision you make when selecting a ZigBee vendor. A simple test I like to perform when evaluating a new stack is this: Start with 4 nodes and spread them in a diamond pattern, as shown in Figure 3.7.

Make sure that node A is out-of-range of node D. You can test this by having node D try to join the network. It should fail (because it can't hear node A). Next, bring node B into the network and it should join A. Then node D should join node B (you may need to bring node D a little closer). Toggle the HA On/Off Light at node A using the HA On/Off Switch at node D. Use an acknowledged message so it is retried automatically by ZigBee at node D. I often use a sniffer to make sure that the packet is truly multi-hopping.

Next, turn node B off and turn node C on. Attempt to toggle the light. If the stack doesn't recover within one or two button presses, you have a problem: ZigBee mesh networking



**Figure 3.7:  ZigBee Diamond Network**

is not working for the stack. I am amazed time and again how many stacks fail this basic, simple test. I provide a working example of this test in Chapter 7, "The ZigBee Networking Layer."

Another simple, but related test works this way. Do the same thing, but use two or more different ZigBee vendors. All vendors should have some example of the Home Automation On/Off Light and Switch. The On/Off Light application is the "Hello World" of ZigBee.

The ZigBee Alliance only certifies platforms, a combination of the hardware and software. The ZigBee Alliance does not certify the individual components, such as the stack or silicon, independently. If a silicon vendor makes a new chip, they must recertify. If they make a (significantly) new stack, they must recertify.

A ZigBee stack usually runs in a small multitasking environment, complete with drivers for the on-board peripherals such as buttons and LEDs, non-volatile, storage and the like. In the 8-bit microcontrollers, these environments are usually cooperative (as opposed to pre-emptive) multitasking and are pretty lightweight.

The multitasking kernel (see Figure 3.8) found with ZigBee implementations include multiple timers to allow applications to time various events, and for ZigBee to time random back-offs, retransmissions, acknowledged packets, and other networking



**Figure 3.8: ZigBee Implementations Include a Multitasking Kernel**

operations. The kernel also controls memory allocation for transmitted and received packets.

ZigBee typically comes in partial source, with the bulk of the code provided in object or library form. Some vendors offer full code for their ZigBee stacks, either for free or a price.

I don't know of any generic open-source project that is active at this time that supports multiple platforms, but perhaps someone will write one someday and certify it. ***Hint: If you are interested in working on such a project, contact me and I'll work to get you the support you need within the ZigBee Alliance.***

I've already covered the ZigBee stack architecture at a high level in Section 1.4, "Hello ZigBee," and I'll cover it in depth in Chapters 4 through 7, but for now I'll recap the Chapter 1 information here. ZigBee is separated into layers, with the lowest layers, the MAC and PHY, adhering to the IEEE 802.15.4 specification. The next layer up is the NWK layer which keeps track of network concepts, such as mesh routing. The highest layers (below the application) are APS and ZDO, which provide application level interoperability and functionality, including the end-to-end acknowledgment of packets and the concept of Application Profiles.

So with that overview, I'll get into a few more details of a specific ZigBee Stack: Freescale BeeStack.

> Make sure the ZigBee implementation is a ZigBee Certified Platform (ZCP).
>
> ZigBee stacks also include a multitasking kernel.
>
> Verify that the stack can easily recover routes in the diamond network configuration.

### 3.2.1    Introduction to Freescale BeeStack

BeeStack is the name Freescale has given to their ZigBee implementation. It comes as part of a software package called BeeKit, which I'll discuss in the next section. BeeStack is Golden Unit-certified, which means the ZigBee Alliance uses Freescale BeeStack as part of the test harness to validate other ZigBee solutions.

BeeStack implements ZigBee in modules that mirror the ZigBee diagram shown in Figure 3.9, complete with PHY, MAC, NWK, APS, SSP, ZDO, and AF layers. Each layer is connected through what is called a Service Access Point (SAP). And the messages which flow through the SAP handlers look just like the commands in the ZigBee specification.



**Figure 3.9: The ZigBee Architecture**

For example, open up the ZigBee Specification book to page 33 and look at Table 2.2, APSDE-DATA.request. You have already downloaded the ZigBee specification, right? If not, go to http://www.zigbee.org, and download it. The specification will come in very handy for reference if you do any ZigBee development at all. The ZigBee specification is free.

Table 3.1 describes a ZigBee command, called APSDE-DATA.request, which is the command that sends data from one node to another at the application level. Since this command is in the APS layer, it starts with APS (there is also an NLDE-DATA.request, but applications don't interact with that command directly).

Now take a look at the C data type used for this command in BeeStack, as seen by the AF-APS SAP handler:

```
typedef struct zbApsdeDataReq_tag {
  zbAddrMode_t dstAddrMode;  /* indirect, group, direct-16,
                                direct-64 */
  zbApsAddr_t dstAddr;       /* short address, long address
                                or group (ignored on indirect
                                mode) */
```

2200

```
    zbEndPoint_t dstEndPoint;  /* destination endpoint (ignored
                                  if group mode) */
    zbProfileId_t aProfileId;  /* application profile (either
                                  private or public) */
    zbClusterId_t aClusterId;  /* cluster identifier */
    zbEndPoint_t srcEndPoint;  /* source endpoint */
    uint8_t    asduLength;     /* length of payload */
    uint8_t   *pAsdu;          /* pointer to payload */
    zbApsTxOption_t txOptions; /* options on transmit */
    uint8_t     radiusCounter; /* # of hops */
} zbApsdeDataReq_t;
```

Notice any similarities? That's right, they're identical. Where possible, BeeStack implements exactly what is in the ZigBee specification. See Chapter 4, "ZigBee Applications," for more discussion on this topic, and to learn about data requests in detail, including the meaning of all the parameters above.

If you see the term "higher layer," think of the data flowing upward in Figure 3.9, from the radio toward the application. If you see the term "lower layer," think of the data flowing downward from the application toward the radio.

BeeStack applications are written in the C programming language, a common language for 8-bit embedded programming. ZigBee does not mandate the C language. One vendor, MeshNetics, uses a proprietary language called NesC. But a ZigBee stack could be

**Table 3.1:  The APSDE-DATA.request**

| Name | Type | Range | Description |
|---|---|---|---|
| DstAddrMode | Integer | 0x00–0xff | The addressing mode for the source address… |
| DstAddress | Address | As specified by DstAddrMode | The individual device address or group… |
| DstEndpoint | Integer | 0x00–0xff | Destination endpoint… |
| ProfileId | Integer | 0x0000–0xffff | The identifier of the profile for which this frame is intended |
| ClusterId | Integer | 0x0000–0xffff | The identifier of the object… |
| SrcEndpoint | Integer | 0x00–0xff | The individual endpoint from which the ASDU is being transferred |
| asduLength | Integer | 0x00–0x50 | Length of ASDU in octets |
| Asdu | Set of Octets | | Octets comprising ASDU |
| txOptions | Bit-Map | 0000 0xxx | The transmission options for ASDU… |
| Radius | Integer | 0x00–0xff | Distance, in hops… |

written in any language, including Java, Basic or C #. However, because most ZigBee stacks run on 8-bit or 16-bit microcontrollers, C is the natural language of choice.

BeeStack is divided into a set of tasks that run in a small multitasking kernel, one task per module. The NWK layer is contained in a task, so is ZDO, APS, and the other ZigBee modules.

Each BeeStack application has an application task. This task is initialized through a function called BeeAppInit(). The job of BeeAppInit() is to initialize any platform components that the application needs, such as LEDs, the LCD, the keyboard, sensors and so on, and to register endpoints with BeeStack so the stack can send and receive data on those endpoints, interacting with other ZigBee nodes in the network.

A common BeeAppInit() function looks as follows in BeeStack:

```
/**************************************************************
*
*BeeAppInit
*
*Initializes the application
**************************************************************/
void BeeAppInit( void )
{
  index_t i;
  /* initialize LED driver */
  LED_Init();
  /* register to get keyboard input */
  KBD_Init(BeeAppHandleKeys);
  /* initialize LCD (NCB only) */
  LCD_Init();
  /* initialize buzzer (NCB, SRB only) */
  BuzzerInit();
  BuzzerBeep();
  /* register to get ZDP responses */
  Zdp_AppRegisterCallBack(BeeAppZdpCallBack);
  /* flash LED1 to indicate not on network */
  LED_TurnOffAllLeds();
  LED_SetLed(LED1, gLedFlashing_c);
  /* indicate the app on the LCD */
  LCD_WriteString(2, "CustomApp");
  /* register the application endpoint(s) */
  for(i=0; i<gNum_EndPoints_c; ++i) {
  (void)AF_RegisterEndPoint(endPointList[i].pEndpointDesc);
  }
```

```
  /* remember first endpoint */
  appEndPoint=
  endPointList[0].pEndpointDesc->pSimpleDesc->endPoint;
  /* remember first cluster */
  Copy2Bytes(appDataCluster, endPointList[0].
  pEndpointDesc->pSimpleDesc->pAppInClusterList);
  /* allocate timers for use by this application */
  appTimerId = TMR_AllocateTimer();
}
```

A mechanism that is used frequently in BeeStack is the concept of callbacks. Take a look at the line of code above which calls KBD_Init(). As a parameter, KBD_Init() is passed the function to call when a key is available, in this case BeeAppHandleKeys().

Likewise, the function AF_RegisterEndPoint() is passed an endpoint description which includes, as one of its fields, a function to call when that endpoint receives data from another node in the network. The default callback function is named BeeAppDataIndication(). You may remember from the ZigBee terms discussion in Chapter 1 that a "data indication" means to receive data.

The last line in the initialization function above allocates a timer for use by the application. Timers in BeeStack are allocated before they can be used (started and stopped). Timers are used for anything that must be timed, for example to read a sensor at specific intervals or to flash an LED. The timer, when it expires, calls the call-back function provided to the start timer function.

```
void MyLedBlinkFunction(void)
{
  /* flash LED4 for 3 seconds */
  LED_SetLed(LED4, gLedFlashing_c);
  TMR_StartSingleShotTimer(appTimerId, 3000, MyTimerCallBack);
}
void MyTimerCallBack(tmrTimerID_t timerId)
{
  (void)timerId; /* timer ID not used in this case */
  LED_SetLed(LED4, gLedOff_c);
}
```

When the timer of 3,000 milliseconds (3 seconds) expires, the MyTimerCallBack() function is called, which then turns off the flashing LED. Timers can be set up to be repeating by calling TMR_StartIntervalTimer(). There is no limit to the number of timers in the system, other than RAM. Each timer requires six bytes of RAM. They all share and are controlled by a single hardware timer (TPM1, if you are familiar with the Freescale HCS08 MCU).

Another callback, the keyboard, is used extensively in the examples, but may not be used as much in commercial applications. Some commercial applications have no buttons at all on the units (not even a reset button).

A "key" may not always be a physical button press. For example, one application San Juan Software wrote used the keyboard interface to indicate if a door or window opened or closed for a security system. The keyboard interface on the HCS08 MCU can wake the processor with an interrupt. The interrupt was used to allow the unit to sleep most of the time but to wake instantly if a door or window opened. The unit then woke the radio and used ZigBee to communicate to the security system.

Below is an example of a keyboard callback from a Home Automation On/Off Switch.

```
void BeeAppHandleKeys(key_event_t events)
{
  if(gmUserInterfaceMode == gApplicationMode_c) {
    switch (events) {
      /* SW1 toggles the remote light */
      case gKBD_EventSW1_c:
        OnOffSwitch_SetLightState(
          gSendingNwkData.gAddressMode,
          aDestAddress,
          EndPoint,
          gZclCmdOnOff_Toggle_c,
          gApsTxOptionDefault_c);
        break;
      /* SW2 turns the remote light on with ZigBee ACK */
      case gKBD_EventSW2_c:
        OnOffSwitch_SetLightState(
          gSendingNwkData.gAddressMode,
          aDestAddress,EndPoint,
          gZclCmdOnOff_On_c,
          gApsTxOptionDefault_c | gApsTxOptionAckTx_c);
        break;
      /* Long SW2 turns remote light off with ACK */
      case gKBD_EventLongSW2_c:
        OnOffSwitch_SetLightState(
          gSendingNwkData.gAddressMode,
          aDestAddress,EndPoint,
          gZclCmdOnOff_On_c,
          gApsTxOptionDefault_c | gApsTxOptionAckTx_c);
      /* all other keys are handled by common ASL library */
      default:
        ASL_HandleKeys(events);
        break;
      }
```

```
  }
  /* In configuration mode. Keys are handled by ASL library */
  else
    ASL_HandleKeys(events);
}
```

The keyboard callback receives control when a key is pressed. In BeeStack, keys can be pressed for a short duration, called a short press, or for a longer duration (about one second by default), called a long press. The application can do anything it likes on a key press. In the code above, the application toggles the remote light on switch 1 (gKBD_EventSW1_c), and turns the light off with end-to-end acknowledgment using long switch 2.

In Freescale BeeStack, the Home Automation examples all use a common user interface and library of routines called the Application Support Library (ASL). One of the common UI elements is that the "screen" (which includes LEDs and the LCD), and the keyboard (which includes the four switches) both have two modes: a Configuration Mode and an Application Mode. The Configuration Mode is used for things like joining the network or choosing which channel on which to communicate. The Application Mode has application-specific keys. Think of modes as similar to the caps-lock or num-lock keys on your PC keyboard: They affect the meaning of subsequent key presses.

The two modes, and the meaning of key presses in those modes, are summarized in Table 3.2.

Probably the most interesting callback, from a ZigBee application standpoint, is BeeAppDataIndication(). This callback receives all incoming ZigBee data for the node. An implementation of this callback is shown below.

```
void BeeAppDataIndication(void)
{
  apsdeToAfMessage_t *pMsg;
  zbApsdeDataIndication_t *pIndication;
  zbStatus_t status = gZclMfgSpecific_c;
  while(MSG_Pending(&gAppDataIndicationQueue))
  {
    /* Get a message from a queue */
    pMsg = MSG_DeQueue(&gAppDataIndicationQueue);
    /* give ZCL first crack at the over-the-air frame */
    pIndication = &(pMsg->msgData.dataIndication);
    status = ZCL_InterpretFrame(pIndication);
    /* not handled by the ZigBee Cluster Library */
    if(status == gZclMfgSpecific_c)
    {
      /* insert manufacturer specific code here… */
    }
```

```
    /* Free memory allocated by data indication */
    MSG_Free(pMsg);
  }
}
```

This BeeAppDataIndication() routine is from an HA On/Off Light. In this case, the application has nothing to do other than call ZCL_InterpretFrame() because the only commands it supports are those that are already defined in the ZigBee Cluster Library (ZCL), a library of common clusters supported by the ZigBee alliance. ZCL is described in detail in Chapter 6, "The ZigBee Cluster Library."

There are a couple of important points to note. It is up to the application to freeup the memory allocated by BeeStack for the incoming over-the-air packet. This allows the application to keep the packet as long as necessary for processing. RAM is limited, so free the message as soon as possible. Data indications are described in detail in Chapter 4, "ZigBee Applications."

**Table 3.2: Common ASL Keyboard Interface**

| Mode | Switch | Description |
|------|--------|-------------|
| Cfg | SW1 | Start network |
| Cfg | SW2 | Join Enable |
| Cfg | SW3 | Bind to another node |
| Cfg | SW4 | Choose channel (use before starting network) |
| Cfg | LSW1 | Switch between Cfg and App mode |
| Cfg | LSW2 | Leave network |
| Cfg | LSW3 | Remove all bindings |
| Cfg | LSW4 | Start network without NVM |
| App | SW1 | --- (application-specific) |
| App | SW2 | --- (application-specific) |
| App | SW3 | Toggle identify |
| App | SW4 | Recall scene |
| App | LSW1 | Switch between Cfg and App mode |
| App | LSW2 | --- (application-specific) |
| App | LSW3 | Add identifying nodes to a group |
| App | LSW4 | Store scene |

In addition to callbacks, the BeeStack multitasking system also uses events to signal tasks that there is some processing to perform. Every layer in BeeStack (MAC, NWK, APS, ZDO, etc. …) is defined by a task.

Events are typically used by applications to control state machines. For example, an application might signal to itself that one axis (say the X-axis) on the accelerometer has been read and it's now time to read the next axis. This code snippet comes from the "Generic Application" template in BeeStack, which uses the accelerometer available on the SRB boards.

```
void AccelerometerStateMachine(accelState_t state)
{
  /* starting a new read */
  switch(state)
  {
    /* read the X channel */
    case accelStateReadX_c:
      /* X axis value ready? */
      if((ATDSC & 0x80) != 0) {
        gaAccelDemoXYZ[accelDemoX_c] = ATDRH;
        giAccelDemoState = accelStateReadY_c;

        /* next channel (Y) */
        ATDSC = accelAdcChannelY;
      }
      /* indicate ready to read Y channel */
      TS_SendEvent(gAppTaskID, accelEventState_c);
      break;

  …
void BeeAppTask(event_t events)
{
  /* handle accelerometer events */
  if(events & accelEventState_c) {
    AccelerometerStateMachine(giAccelDemoState);
  }
  …
}
```

Events are sent to the BeeAppTask() callback. One or more event bits may be set (it is a bit mask), so BeeAppTask() must check each event bit it cares about. In addition to creating state machines, events are used to break up processing that might take a relatively long or unknown time to complete, so that the stack can continue with other system processing, such as routing packets. A rule of thumb is don't use more than 2 ms



**Figure 3.10: BeeStack Event Scheduler**

for processing at any given time. If the computing will take longer, split it into a state machine so the other tasks are not starved for processing time.

The actual data indications from the radio (PHY data indications) are received on interrupts, so these will not be missed even if they come in during application processing. The same goes for timers and the keyboard. But for the NWK layer or other stack components to *process* the indication, that requires time from the multitasking environment.

In BeeStack, each event is a bit in the bit mask of type event_t. At the application task, bits 0 through 11 are available to the application and bits 12–15 are reserved by BeeStack.

The multitasking environment in BeeStack is cooperative, not preemptive. That means if a single task (say the application) stays in a while() loop, no other task receives control until the BeeAppTask() function exits.

A simple way to look at the event scheduler (see Figure 3.10) in BeeStack is to consider it a simple loop that looks at all of the tasks in the system and checks whether any task has an event ready for that task. If so, control is passed to the task's event handling function. In the application task, this is BeeAppTask(). The tasks are prioritized, so the NWK task, for example, gains control before any of the other layers do. The priority can be adjusted by the application at compile-time.

All the ZigBee stacks I have used for developing include a cooperative event scheduler. Networking as a problem space lends itself to a multitasking environment, and light weight, often 8-bit, MCUs do best with cooperative (rather than preemptive) multitasking.

To summarize BeeStack:

* Freescale BeeStack represents ZigBee as a set of separate tasks, mirroring the modules in the ZigBee architecture.

- The BeeStack ZigBee modules (also called layers) communicate to each other through service access points.

- Each task may receive callbacks for various physical events such as key presses, serial input, expired timers, and data indications.

- Each task may also receive logical events, represented by a bit-mask of events passed to the task's event function. Application events go to BeeAppTask().

- A common user interface is used for all demo applications.

> BeeStack is the name of the Freescale ZigBee stack.
>
> BeeStack uses a cooperative multitasking kernel.
>
> BeeStack includes a common user interface for all demo programs.

## 3.2.2   Introduction to Freescale BeeKit

Freescale BeeKit is a Windows PC-based application that creates and configures ZigBee applications (see Figure 3.11). BeeKit is not the compiler and IDE, but BeeKit does create project files that are used by the IDE, CodeWarrior. BeeKit's main features include:

- A set of application templates

- The ability to configure application and stack options through properties

- An easy-to-use New Project Wizard

- Full context-sensitive help for properties

- The ability to easily upgrade to a new code base

BeeKit works the same way whether using the ZigBee networking protocol or one of the other Freescale wireless protocols, such as the full IEEE 802.15.4 MAC or SMAC.

BeeKit uses the following terms: solution, project, template, code base, and properties:

- *Solution* refers to a collection of projects created through BeeKit. For example, a solution may include both a light and a switch. The light and the switch are each separate **projects**. A single file is created by BeeKit which describes the solution, and is called something like "MySolution.bksln." The solution file and any source files that have been modified for the application are all that is needed to send between developers or to back up in version control. Everything else can be recreated given the same code base.

**BeeKit™ Overview**



**Figure 3.11: Freescale BeeKit**

- *Template* is the source code to demonstration applications for developers to use as a starting point for custom applications. BeeKit copies the chosen template, which includes all the source code and libraries required to build the application to the project directory.

- *Code base* refers to a given release of BeeStack. For example, if Freescale fixes some bugs or adds new features to BeeStack, a new code base can be downloaded from the Web and applied to the application. This makes upgrading to new versions of BeeStack very convenient.

- *Properties* in BeeKit parlance are settable compile-time options that configure BeeStack or the application. For example, if you are making a ZigBee End Device (a ZigBee node that can sleep) you have a choice as to whether that node will poll its parent or not by setting the property RxOnIdle to TRUE or FALSE. Many options can be set at run-time in addition to compile-time. "Properties" refer specifically to the compile-time options settable through BeeKit.

**88     Chapter 3**



**Figure 3.12: BeeKit Opening Screen**

The opening screen of BeeKit is shown in Figure 3.12.

Step-by-step examples of using Freescale BeeKit, in addition to the Freescale CodeWarrior compiler and IDE are provided in Section 3.5, later in this chapter.

> BeeKit creates application templates and configures ZigBee applications.
>
> Upgrading to new versions of BeeStack is simple using a BeeKit code base.

## 3.3   The Embedded Compiler and Debugger

In addition to the ZigBee stack, an embedded compiler and debugger are required to build ZigBee. Some companies, like Freescale, make both the stack and the compiler: CodeWarrior is a Freescale product. Other companies use a commercially available compiler and debugger, for example, IAR in the case of Ember.



**Figure 3.13: The ZigBee Download Process**

A compiler takes the source code of the ZigBee application, the source code of the ZigBee stack, and combines it with ZigBee libraries to create a binary image. The binary image is then downloaded into the ZigBee development (also called target) board for debugging (see Figure 3.13).

As part of putting the binary image together, a process called "linking" is used. There is usually a file associated with linking called a locator file, which tells the linker where to place the code and data within the target MCU.

A debugger uses a JTAG or BDM connection (through USB) to program the application into flash memory in the target board. Once the download is complete, the JTAG or BDM can be disconnected from the board and the board can now run independently of the PC.

### 3.3.1   Introduction to Freescale CodeWarrior IDE

CodeWarrior is an integrated development environment (IDE) which contains both a C compiler and a debugger (see Figure 3.14). The compiler is your usual cross-compiler, with a module that outputs optimized code for the target MCU. In the case of the Freescale MC13213 single chip ZigBee solution, this is the HCS08.

CodeWarrior includes a fully colorized editor, but if you have a favorite editor, feel free to use it instead. CodeWarrior also creates nice hyperlinks between code and types, so it's easy to go to a given function or to the definition of a variable or type.

CodeWarrior supports multiple BDMs, so if enough USB ports are available, multiple boards can be debugged at the same time. The CodeWarrior IDE is shown in Figure 3.14.

Figure 3.14 shows CodeWarrior with the HA On/Off Light project open. The window to the left shows the project and set of files that make up the application. The window to the



**Figure 3.14: CodeWarrior IDE**

right shows the source code. The little icon in the project window that looks like a hand writing on paper is the "make" button, and the little bug with the pointer (which is green in CodeWarrior) is the "debug" button.

If you are using an external editor, make sure to click the check mark icon before making the application. This will check file dates to make sure CodeWarrior knows about the external changes.

The debugger allows a developer to step through the source code, line by line, to debug the application, and includes windows to examine variables and MCU settings, including all registers.

### 3.3.2    CodeWarrior Tricks and Tips

All IDEs and debuggers have their quirks, and CodeWarrior is no exception. This section describes a few of the tricks and tips I've learned over the years about CodeWarrior and the debugger:

- *Hyper-links aren't available until the compiler has compiled a module.* The source code editor still has colorization, but right-clicking on a variable, type, or

function will not go to the definition until *after* the source has been compiled. So first compile the original working source code, then make your changes, and it will be easier to navigate.

- *Source code is automatically pulled into the project if it has the same name and is in the project tree.* Make sure if you are keeping multiple copies of a source file around (sometimes I keep a backup handy), and place it outside the source code tree or you could be tracking down false compiler or linker errors.

- *The debugger gets stuck in an interrupt handler when single stepping (F10 or F11) through source code.* To get out of the interrupt handler, use assembly step (Ctrl-F11), then step out (Shift-F11). The debugger doesn't have this problem when running to location or stopping on breakpoints.

- *Breakpoints can only be set when the debugger has stopped code execution.* The debugger will allow setting a breakpoint through the interface when the code is running, but it won't actually stop at that location. Instead, halt execution (F6), set the breakpoint, and then continue running (F5).

- *The optimizer can make debugging confusing.* The code optimizer will fold lines of C code together or optimize out lines altogether (this is good, as it makes a smaller code image). Look at the assembly code and it will make sense. Just don't be surprised if the debugger skips around a bit in the C source code when single stepping.

## 3.4 Debugging the Network

The IDE-like CodeWarrior allows developers to debug individual nodes in the network, but some bugs are difficult to detect in this manner. Some bugs require looking at the network as a whole, or examining the over-the-air packets in order to solve them. To accomplish this, another type of debugger, a protocol analyzer, is used.

One bug that caught me seems like a simple one, but was very difficult to find until I saw the over-the-air behavior. In ZigBee, every application communicates data on an Application Profile. If a packet is sent on a profile which the receiving node doesn't understand, the packet is dropped by the receiving node before it reaches the application. The sending side says it sent the data. The receiving side receives nothing. Very perplexing!

During a class I was teaching once, we had modified the source code on one side of the application (the sending node), changing the profile and some code. But, on the receiving

side, although the code was changed, the profile was not. We pressed the buttons, sent the data, and voila! Nothing.

Using the IDE debugger, we could see the data request being sent. All looked correct. Yet we did not see the data indication on the receiving side. A quick examination of the over-the-air data showed the problem. We could see the data going over the air, so we knew for sure the data was being sent. We could see the proper destination node profile and endpoint. All looked correct, so we knew the bug must be on the receiving side.

```
IEEE 802.15.4
  Frame Control: 0x8841
  Sequence Number: 57
  Destination PAN Identifier: 0x0f00
  Destination Address: 0xffff
  Source Address: 0x0001
ZigBee NWK
  Frame Control: 0x0048
  Destination Address: 0x0000
  Source Address: 0x0001
  Radius = 10
  Sequence Number = 121
ZigBee APS
  Frame Control: 0x08
  Destination Endpoint: 0x08
  Cluster Identifier: (0x0100)
  Profile Identifier: (0xc035)
  Source Endpoint: 0x08
  Counter: 0xd3
  APS Data: 03:48:65:6c:6c:6f:20:5a:69:67:42:65:65:00
.Hello ZigBee.
```

A quick examination of the endpoint structure in the destination node showed the wrong profile. It was still 0xc021 (Freescale's private profile ID), but it should have been 0xc035 (San Juan Software's private profile ID).

```
const zbSimpleDescriptor_t Endpoint8_simpleDescriptor =
  8,            /* Endpoint number */
  0x21, 0xC0,   /* Application profile ID */
  0xFF, 0xFF,   /* Application device ID */
  0,            /* Application version ID */
  1,            /* Number of input clusters */
  (uint8_t *) Endpoint8_InputClusterList,
  0,            /* Number of output clusters */
  (uint8_t *) Endpoint8_OutputClusterList,
};
```

Other bugs can happen because packets are received out-of-sequence. Sometimes, due to retries or other random latencies in the network, a packet sent after another packet can be received before the first. If an application must sequence packets, make sure to wait for the reply before sending another one.

Networks, especially busy ones, can be very difficult to debug without a protocol analyzer. I highly recommend purchasing one. The one I use is called the Daintree Sensor Network Analyzer.

> A Network Analyzer allows debugging the entire network from an over-the-air perspective.

### 3.4.1  Introduction to Daintree SNA

The protocol analyzer used throughout this book is the Daintree Sensor Network Analyzer (see Figure 3.15). This analyzer does a great job of decoding ZigBee and 802.15.4 MAC packets, and displays the data in a wide variety of formats, including time line views, network-topology views, packet views, or physical-node-placement views.



**Figure 3.15:  Daintree Sensor Network Analyzer**

This protocol analyzer is so rich that an entire book could be written describing its features. I'll describe only a few of the highlights here.

Figure 3.15 shows some of the features of Daintree, and is my preferred layout for debugging.

The window on the upper left (Visual Device Tree) displays the nodes in the network. It may be hard to read in the figure, but on my screen I can see that endpoint 8 on the ZigBee End-Device On/Off Switch (796F) is communicating to endpoint 8 on the ZigBee Coordinator On/Off Light (0000). I sometimes use the Visual Device Layout view instead, which allows me to place nodes in their physical location on a blueprint or map.

The window on the bottom (Packet List) lists all of the packets received, and can be sorted and filtered by time, source address, destination address, network, or any combination desired. One nice feature of the Packet List window is the ability to build complex filters. All of the data is still captured, but only those packets of interest are displayed. Filters are very easy to build by simply right-clicking on fields within the packet, or by building them using C syntax.

The window on the upper right (Packet Decode) shows the contents of a packet selected in the Packet List window in a more detailed form, including the entire set of octets (bytes) sent over the air, and each ZigBee layer, separated by different colors. I can tell, for example, that packet 21 in Figure 3.15 is the Home Automation Toggle command on the On/Off cluster. The Packet Decode can be extended to understand your application's specific commands and data by creating XML code for the application profile. This makes reading decodes much easier and faster.

Daintree SNA receives its data through what is called a sniffer. Every silicon vendor, such as Freescale or Texas Instruments, offers a sniffer that plugs into a USB port. The sniffer then captures over-the-air data and presents the raw set of packets to Daintree SNA for analysis and display.

Daintree also offers its own sniffer hardware that can inject ZigBee data into the wireless network for testing, or capture data over a wider physical area by combining multiple sniffers, and sending the data over some other back haul such as Ethernet.

Sniffers generally only sniff a single channel at a time. This is not normally a problem since ZigBee doesn't channel-hop, but it can be confusing if ZigBee selects a channel you don't expect when forming the network. One solution is to compile the ZigBee nodes so

they select a particular channel during work in the lab. At San Juan Software, we even assign channels to individual developers, so they don't interfere with each other.

Daintree SNA does work with multiple sniffers, so another solution is to plug in multiple sniffers, one sniffer watching each channel. I keep waiting for someone to make a sniffer than can sniff on all 16 IEEE 802.15.4 (ZigBee) channels at the same time.

The data is captured to .dcf files. These files are a simple text representation of the over-the-air octets (bytes), along with a packet sequence number and a time stamp. These files are easy to share with colleagues, and can be viewed (and even modified) with a text editor. The Daintree SNA documentation describes these features and more.

Of the packet analyzers I've used, I prefer Daintree SNA for its easy interface, its robust data views, and excellent support. Daintree SNA provides a very accurate decode of the complex ZigBee protocol and can handle millions of packets in any given capture.

> The Daintree Sensor Network Analyzer is easy to use and very robust and understands well the complex ZigBee protocol.

## 3.5   Example Development Sessions

This section walks you through two complete development sessions, from the out-of-the-box experience, to downloading real applications into ZigBee development boards, and then running and debugging them.

To follow along with the examples with hardware, purchase the Freescale Network Starter Kit (NSK) available at http://www.freescale.com/zigbee. This kit has everything required to follow nearly all the examples in this book. The development sessions in this section can also be followed without the hardware, to gain an understanding of how the development process works.

Alternatively, other Freescale ZigBee boards may be used, such as the SARD, EVB, SRB, or NCB boards, all available in various kits from Freescale and their distributors. To use other boards than those in the Network Starter Kit the BeeKit Solution files must be modified to support the correct hardware.

The process is very similar with any platform, so even if you plan to use another platform vendor, it is still worthwhile to read the following sections.

### 3.5.1   Example Session 1: The On/Off Light

This example session shows you how to build a small two-node network with a light and a switch, similar to the example in Section 1.4 of Chapter 1, "Hello ZigBee." The switch can turn the light on, off, or toggle it, both with and without end-to-end acknowledgment. The example uses the Freescale common user interface, the one used with all of the Freescale sample programs.

The development setup I used for this entire book is depicted in Figure 3.16. I used a Targus four-port USB hub to connect all the ZigBee boards to my laptop, a P&E Microcomputer USB Multilink BDM for debugging, and a Freescale Sniffer for capturing over-the-air packets. I used a Windows XP-based laptop. I haven't tried Windows Vista yet, but the initial reports aren't encouraging for compatibility with existing software.

The software installed on my laptop was Freescale CodeWarrior (the IDE for editing, compiling, and debugging the code), Freescale BeeKit (the ZigBee stack configuration and template generation tool), and the 30-day evaluation of Daintree Sensor Network Analyzer for capturing over-the-air packets. All of this hardware and software, with the exception of the Targus 4-port USB hub, comes with the Freescale NSK.

In Figure 3.16, you can see the NCB board (the larger one with an LCD screen), and three SRB boards. The NSK only comes with two SRBs (the smaller boards), and one NCB (the larger board) but some of the ZigBee concepts (such as mesh route recovery)



**Figure 3.16:  ZigBee Development Hardware**

require more than three nodes. So I borrowed extra hardware from the San Juan Software labs as I needed it.

The steps in creating this very first example include installing the software and hardware, compiling and downloading the code, and running the example. This process is outlined in more detail below. Note that the first step, installing the software and hardware, occurs only once. The other steps are repeated for every example in the book.

First, install the software and hardware:

- Purchase the Freescale Network Starter Kit (NSK)
- Purchase the Freescale sniffer
- Install BeeKit
- Install CodeWarrior
- Install Daintree SNA
- Connect and install the BDM
- Connect and install the Freescale sniffer
- Connect and install the NCB and two SRB boards
- Download and install example code

Second, create, compile, and download each project:

- Modify and/or export the solution in BeeKit
- Import each project into CodeWarrior
- Compile the code
- Download (debug) the code

Third, run the example:

- Optionally set up the sniffer
- Boot the ZigBee boards
- Bind the application
- Press buttons and watch the fun

The detail and the lengthy explanations I include make it look more complicated than it really is. Once you've been through the process two or three times, it's really very easy. I do this all day long most every day, and I've learned a few tricks that make ZigBee development life easier. I've included these helpful hints throughout this book.

### Install the Software and the Hardware

Many studies claim debugging is the longest task in any project. I say installing is longer. For whatever reason, installing always seems to be an arduous task. I recently had to set up a new laptop with all the usual tools and development programs and it took me nearly two days before it was finally set up the way I like it. This was using Windows XP. A business colleague of mine bought a new laptop with Windows Vista, and after many weeks it's still not right!

The initial thing to do is to order the hardware, as shipping can take a few days. This can be ordered directly from the Freescale Web site (http://www.freescale.com/zigbee) or from a distributor such as DigiKey (http://www.digikey.com). Order the NSK with BDM (1321XNSK-BDM). The BDM is used for downloading and debugging. Optionally, order the sniffer (FSL-ZB-SNF), which allows you to use the Daintree Sensor Network Analyzer to decode over-the-air packets. Then, wait, patiently. Perhaps read the rest of this book, and then come back to here.

To get the latest copy of Freescale BeeKit, CodeWarrior, and Daintree SNA, feel free to go to the Web site (http://www.freescale.com and http://www.daintree.net), or you can use the version included on the CDs in the NSK. I won't go through this process, as the Install Wizards are pretty straightforward. Make sure to install all three of the following software packages:

- Freescale CodeWarrior
- Freescale BeeKit
- Daintree Sensor Network Analyzer

All of these software packages are trial versions that last for 30 to 90 days. If you continue beyond reading about ZigBee and advance to actual development, they are all available for purchase, but 30 days should be enough to get you through this book.

First, unpack the hardware and plug in the NCB and SRB boards into the USB hub. *Hint: Mark which boards are plugged into which USB ports, and use the same configuration*

*each time. USB is fussy and will require you to reinstall the hardware if you move it to a new port.* **Another hint:** *leave the NCB and SRB boards in the "off" position until after installing them. For some reason, Windows is happier about this.*

Choose to install the drivers from a specification location, as shown in Figure 3.17.

"C:\Program Files\Freescale\Drivers"

You'll have to repeat this twice (Windows needs to install two drivers per board). Windows will complain that this is not a digitally signed driver, but install it anyway.

Second, and after installing them, turn the NCB and SRB boards on. The result should be a new COM port for each board, which can be seen in Device Manager shown in Figure 3.18.

Third, install the USB Multilink BDM the same way. When installed correctly, it should have a blue light lit as seen in Figure 3.19.

Fourth, install the sniffer, shown in Figure 3.20. Now, all the hardware has been installed. If you wish to operate the ZigBee boards on batteries, install two AAs each, but it's not needed. The USB port supplies all the power required.



**Figure 3.17: Installing SRB and NCB Boards**



**Figure 3.18: Installed NCBs and SRBs Are Seen as COM Ports**



**Figure 3.19: The Installed BDM Has the Blue Light Lit**



**Figure 3.20: Installed Sniffer Is Lit**

The fifth and final step is to install the software examples from this book. I didn't include a CD with the book because you can go directly to the book's Web site http://www. zigbookexamples.com\code.

From there, download the install package "ZigBeeWirelessNetworking.exe" and save it in an empty directory on your PC. Run the installer, which will by default create a directory called C:\ZWN.

The directory is organized into chapters, and includes a .txt file that briefly describes the examples in that chapter. Complete descriptions of each example are in this book. All examples come with full source for the application.

### Create, Compile, and Download Each Project

This first example demonstrates how to create a new solution in BeeKit. In this case, the solution will contain two projects: an HA On/Off Light, and an HA On/Off Switch.

From the BeeKit menus, choose "File/New Project…" which will bring up a dialog as shown in Figure 3.21. From the project types, select "ZigBee Home Automation Applications." Then, from the templates, choose "HA OnOffLight." Only then adjust the paths and files in the dialog as shown in the figure.



**Figure 3.21: A New Project in BeeKit**

As you can see, I always name projects based on their ZigBee node type (Zc, Zr, or Zed), the board type (Ncb, Srb), and the application name, such as "ZcNcbHaOnOffLight."

Just to keep Freescale terminology clear, a *solution* is a collection of one or more projects. A *project* is exactly one downloadable ZigBee application.

The location field is one directory above where the solution directory and file will go, in this case, "C:\ZWN\Chapter 03." The solution name is "OnOffLight." The project name is "ZcNcbHaOnOffLight."

Click "OK," and the BeeKit Project Wizard comes up, shown in Figure 3.22. This handy Wizard exposes the common ZigBee options in an easy-to-set format. In the Wizard, click "Next," to get to the "Platform Type" tab. On this page select NCB and enable the display check-box. The HA On/Off Light application will be placed into an NCB board. At this point, leave the rest at the default settings, and simply click "Finish."

Now add another project to this solution (in this case an HA OnOffSwitch) from the "Solution/Add Project…" menu. Name the project "ZedSrbHaOnOffSwitch." If you



**Figure 3.22: BeeKit Project Wizard**

mistyped the name and have already clicked "OK," don't worry. BeeKit allows you to adjust anything through properties, including the name of the projects. In the Project Wizard, choose the SRB board for the on/off switch and click "Finish." When you're done, you should see a completed solution with two projects as shown in Figure 3.23.

Once the solution is created, save it. Then export it from the "Solution/Export Solution…" menu. Exporting takes copies of the appropriate files from the BeeStack code base, to the solution directory, in this case "C:\ZWN\Chapter03\OnOffLight." If you look at that directory, you'll see a 500K file called "OnOffLight.bksln." This file, plus any modified application source code files, are all that is needed to archive the application, or send it to a colleague. Every other file can be generated from the code base.

Updating to a new code base, that is, to a new version of BeeStack, is as simple as selecting "File/Select Codebase…" from the menu system. Code bases make it easy to get the latest stack fixes or features and add them into your existing projects. Once the solution is exported, all the source code is available for the usual edit/compile/debug cycle.



**Figure 3.23: Completed Two-Project Solution in BeeKit**



**Figure 3.24: Import Project into CodeWarrior**

Run CodeWarrior and import the project "ZcNcbHaOnOffLight.xml" from the CodeWarrior "File/Import Project…" menu. If you saved the file as described above, the project .xml file can be found in the directory:

C:\ZWN\Chapter03\OnOffLight\ZcNcbHaOnOffLight

BeeKit provides projects in XML so that they can be archived using text-only version control programs. The import dialog will ask for a name with which to save the project. Choose "ZcNcbHaOnOffLight.mcp," as shown in Figure 3.24. The .mcp extension stands for Motorola CodeWarrior Project, back from the days when CodeWarrior was owned by Motorola, not Freescale.

Once the project is imported, compile it by choosing "Project/Make" from the menu system, pressing F7, or clicking on the icon that looks like a handwriting on paper. The project should make, without warnings or errors.

Next, connect the BDM to the NCB board, as shown in Figure 3.25, on the left. Pin 1 (the red portion of the ribbon cable) goes to the left when looking at the back of the board where all the pins are located. Turn the NCB board on (a slider switch is located on the front of the board near the reset switch). Both lights on the BDM should now be lit.

Next, choose "Project/Debug" from the menu, or press F5, or click on the icon that looks like a green bug with a pointer. This will open the debugger and download the current application.



**Figure 3.25: The BDM Connected to the NCB and SRB Boards**

Next, select the "ZedSrbHaOnOffSwitch" project, and follow the same steps. Compile it, and download it.

Once both projects are downloaded into their respective boards, boot both boards by pressing the reset button on each. They will both begin blinking LED1. This indicates the Ready state (not yet on the network). As mentioned previously, all Freescale demos use a common user interface with two modes (a Configuration Mode and an Application Mode). Too see the entire list of key presses, see Table 3.2. The boards start out in Configuration Mode.

Press SW1 on each (can be either order) and the LEDs will begin chasing each other. Once the network has been formed, the NCB board will have LEDs 1 and 2 lit, and the SRB board will have LED1 lit. Next, press SW3 on each, to bind the switch to the light. This network has only one light and one switch, but if there were more than one you could select which switch is attached to which light(s). LED3 should blink for a few moments, and then become solid. The switch now knows which light to control.

Next, press long SW1 (press and hold SW1 for about one second). The application will go from Configuration Mode to Application Mode. Press SW1 on the HA On/Off Switch (the SRB board), and LED2 on the remote HA On/Off Light (the NCB board) will light.

You've now built your first application using BeeKit! Granted, this may seem like a lot of steps to create and download an application. The process is really quite easy and quick. Reading about it takes longer than actually doing it.

The basic steps used to create an application with BeeKit are:

- Install CodeWarrior, BeeKit, and Daintree (first time only).

- Create project(s) in BeeKit from templates and export them.

- Import projects into CodeWarrior, compile and download them.

- Reset the boards to run the application (most use the Freescale Common UI).

### 3.5.2   Example Session 2: Morse Code

The previous example showed how to create an application from an existing BeeKit template. This example shows how to create an application which includes additional source code beyond what is in the template. In *Example 3-2 Morse Code*, the application communicates Morse Code over ZigBee.

For those not familiar with Morse Code, it was originally created by Samuel F. B. Morse for the electric telegraph in the early 1840s. This code uses a series of "dots" and "dashes" to represent the letters in the English alphabet and the numbers 0 through 9. Most of you probably know S-O-S (dot-dot-dot, dash-dash-dash, dot-dot-dot). The code can be transmitted across wires, using lights, taps, or clicks, or in this case, across a wireless ZigBee network. Morse Code is still in use by some HAM radio operators today. Go to http://www.wikipedia.org and look up "Morse Code" if you wish to see the entire set of codes and learn more about it.

All the examples in this book use either the previous method (creating the program using BeeKit only), or the method described in this section where additional source code is required for the example. The steps for an example which includes additional source code are as follows:

- Open the existing BeeKit solution file.

- Export the solution (the collection of projects).

- Copy the additional source files from the example source directory to each project directory.

- Import each project into CodeWarrior.

- Compile and download each project into the proper board.

- Run the application.

In the root folder of each chapter is a text file, which briefly describes the examples (see Figure 3.26). In addition, any capture files for the examples can be found here. Each example is contained in its own subfolder. Each subfolder includes a BeeKit solution file to save the reader the step of configuring each project in the solution.

First, open the solution file "C:\ZWN\Chapter03\MorseCode\MorseCode.bksln." This file contains two projects, both of which use the same Morse Code application. The first, "NcbZcMorseCode," is targeted for a Freescale NCB board and will be the ZigBee Coordinator for the network (the device that forms the network). The second project, "SrbZrMorseCode" is targeted for a Freescale SRB board and will be a ZigBee Router, capable of routing packets from any ZigBee node, in addition to its Morse Code functionality.

Next, export the solution from the "Solution/Export Solution…" menu.

In projects like *Example 3-2: Morse Code*, which contain special source code, at least one "example source" folder can be found inside the example's folder. In this case that folder is called:

C:\ZWN\Chapter03\MorseCode\ExampleSource

This folder contains all the necessary source code to build the example. Simply copy this folder over the ones that were created during the export process. This process will replace a single file called BeeApp.c in each project. Note that the same application is used on both the ZigBee Coordinator (NCB) node, and the ZigBee Router (SRB) node. So stated



**Figure 3.26: Examples Are Stored in Chapters**



**Figure 3.27: Compile Each Project**

plainly, copy the ExampleSource folder (and all the files in it) into the NcbZcMorseCode
and SrbZrMorseCode folders. One way to do this in Windows, is to open both the
ExampleSource and NcbZcMorseCode folders. Press Ctrl-A to select all items in the
ExampleSource folder. Press Ctrl-C to copy everything in that folder (including all sub-
folders). Then click on the NcbZcMorseCode folder and press Ctrl-V to paste. These are
the folders:

C:\ZWN\Chapter03\MorseCode\NcbZcMorseCode

C:\ZWN\Chapter03\MorseCode\SrbZrMorseCode

Now that the proper application (BeeApp.c) is copied into both project folders, import
the projects into CodeWarrior. To do this, run CodeWarrior. Then choose "File/Import
Project…" from the menus. Import both projects. Name them NcbZcMorseCode.mcp and
SrbZrMorseCode.mcp.

Now compile each project by clicking on the "make" button as circled in Figure 3.27.
The projects should compile without warning or errors.

Finally, download each project into its respective board by clicking on the debug icon, the
one to the right of the make icon that looks like a green bug with an arrow. Download the
NcbZcMorseCode project into the Freescale NCB board. Download the SrbZrMorseCode

**Table 3.3: Morse Code UI**

| Switch | Description |
| --- | --- |
| SW1 | Send "Hello ZigBee" over-the-air to the remote node |
| SW2 | Send a dot over-the-air to the remote node |
| SW3 | Send a dash over-the-air to the remote node |
| SW4 | Display SOS in Morse Code locally |

project into the Freescale SRB board. The previous section describes the details of installing and connecting the BDM for downloading.

To see the over-the-air packets, run Daintree SNA. In the "Source:" drop-down box, choose the Freescale sniffer. In the "Channel:" drop-down box, choose channel 25. This example, like most examples in this book, uses channel 25 and ZigBee PAN ID 0x0f00. The channel and PAN ID can be seen on the NCB board's LCD screen at startup.

If you don't have a sniffer, you can still see the over-the-air packets by looking at the capture I made. Open the file "MorseCode.dcf" from the chapter folder by selecting File/Open Capture File…" from the menus.

*Example 3-2: Morse Code* uses a very simple interface. The nodes automatically form a network on startup. Simply press the reset button on both. LED1 will blink for a bit, and then remain lit. At this point the nodes are ready to communicate using Morse Code.

Press SW1, SW2, or SW3 to send Morse Code over-the-air, as shown in Table 3.3. Press SW3 to display it locally. LED2 is used for the blinking light and the buzzer is used to beep out the dashes and dots in addition to the LED.

These two examples should give you enough to go on to follow the examples in the rest this book. All of them are organized and operate in the same way. The user interface changes some in each example, but that is explained along with the example.

> The steps to add example source code to a project are:
> - Export projects from the BeeKit solution.
> - Copy example source code into the projects.
> - Import projects into CodeWarrior, compile and download them.
> - Reset the boards to run the applications.

C H A P T E R   4

# *ZigBee Applications*

This chapter describes how ZigBee applications interact with other ZigBee applications. It describes what constitutes a ZigBee network, how individual nodes are addressed, and how to address application objects within a node. Terms such as PAN ID, extended PAN ID, network address, profile ID, cluster, endpoint, attribute, and command will become clear (if I have done my job). This chapter is filled with plenty of examples. If you're a developer and read only one chapter in this book, read this one.

But first, as usual, the *real* truth about how ZigBee gained its name.

ZigBee. Zig… Bee…

*Bees. The origin of ZigBee came from the peculiar behavior of bees, first noted in the 1960s by Nobel Prize-winner Karl von Frisch. Bees, after zigging and zagging around in the fields, return to the hive, and perform what some call the Waggle Dance to communicate the distance, direction and type of food to others in the hive. After receiving a WAGGLE-DANCE.indication, bees fly off directly to the source of food.*

*"We have solved it once and for all," said Professor Joe Riley, team leader at Rothamsted Research, an agricultural research center. The team tracked a group of bees as they flew to a food source. To track bees by radar, the researchers first had to create a transponder small enough and light enough so that a bee could carry it. The transponder weighed approximately 10 to 12 milligrams, a fraction of the pollen load bees are accustomed to carrying.*

*Opponents to the Frisch theory have suggested that while the bees dance, it's not to convey information. They believe bees are actually guided to the food source by odor conveyed by the scout bee. Von Frisch, on the other hand, claimed that recruits understood the dance and flew directly to the food source. But "the bees take five to 10 minutes, not one minute," said Riley.*

*To make sure bees were not following a scent, a control group of bees was transported 250 meters after seeing a Waggle Dance. When released, the bees flew off in the direction indicated by the dance, the team at Rothamsted Research found.*

*The team's results show that bees do decode the dance and fly off immediately in the direction indicated. But, "they very rarely get it absolutely right," said Riley. "The mean error is about 5 to 6 meters." Once the bees get to the end of the flight, they change their flight pattern, and start zigging and zagging, looking for the food they were instructed to find. That takes time, Riley said, sometimes up to 20 minutes.*

ZigBee chips do not currently fit onto the back of a Bee, but they do come in 5 × 5 mm packages, and consume so little power they can last longer than the lifetime of a bee on a couple of AAA batteries.

# 4.1   Sending and Receiving Data

The whole point of a wireless network is to send reliable data between nodes in the network, and ZigBee makes it easy. The ZigBee network automatically figures out how to route the data from one node to another with the maximum chance of success.

To send data from one node to another in the Freescale platform, for example, simply call:

```
AF_DataRequest(&addrInfo, iDataSize, pPtrToData, NULL);
```

That's it. ZigBee takes care of the rest!

ZigBee uses standard networking terms for data transmission, as defined by IEEE. This includes:

- Data Request (which means to transmit data)
- Data Confirm (which means the acknowledgment of a data request)
- Data Indication (which means to receive data)

Data requests are initiated by the application, as shown in Figure 4.1. A data confirm is the direct result of a data request: Each time an application generates a data request, it will receive exactly one data confirm to indicate the success (or failure) of that request. A data indication, however, may arrive at any time.

Data requests come in a variety of flavors. The options include:

- Unicast with end-to-end acknowledgment
- Unicast without end-to-end acknowledgment



**Figure 4.1: ZigBee Data Requests**

- Broadcast
- Groupcast/Multicast

Unicasts are transmitted from one node to exactly one other node. Unless the nodes are neighbors (within radio range of each other), route discovery takes place the first time these nodes speak together. If end-to-end is acknowledged, the unicast will be retried up to three times, perhaps even initiating a new route discovery if the old route is broken.

Broadcasts are transmitted from one node to all of the nodes in the network, within a sender-definable radius.

Groupcasts, and the upcoming Multicast in ZigBee 2007, broadcast to a specific set of nodes. Any node (actually, any endpoint, but I'll explain it in detail later) not part of the group will discard the packet. For example, assume the dark nodes in Figure 4.2 all belong to group A. If a node groupcasts to group A, the packet will reach the applications in these specific nodes and no others.

The example in the next subsection, *Example 1-1 ZigBee Data Requests*, demonstrates how to initiate all these various data request mechanisms, and how it looks from the standpoint of data indication.

While this chapter describes how to use ZigBee unicasts, broadcasts, and groupcasts, if you would like to understand how they work from a stack standpoint, see Chapter 7, "The ZigBee Networking Layer."

ZigBee is an asynchronous protocol; any node may transmit or receive data at any time. When a user flips a light switch, the data is sent immediately, even if that light switch is a



**Figure 4.2: ZigBee Groups**

battery-powered device designed to run for years on a couple of AAAs. If you have read the 802.15.4 specification, you may have read about beacons. ZigBee is beaconless.

Due to the nature of ZigBee, one thing that is difficult to predict is packet latency. A good rule of thumb is to assume that transmitting a packet requires about 10 milliseconds per hop. The difficulty comes in when retries or route discoveries are needed. Route discoveries require a broadcast across the network and the initiating node must wait until the results are received. Retries come in the form of both per-hop MAC retries and end-to-end APS retries.

In Figure 4.3, a node is transmitting to another node, four hops away. Expect the packet to be received 40 ms later (on average) with the acknowledgment returning 80 ms later.

When using acknowledged unicast data requests, up to three end-to-end retries occur with approximately a 1.5-second delay between each. This means the latency could be, in the worst case, nearly five seconds for a packet to successfully be delivered, or to indicate to the application that it failed to get through. Freescale BeeStack allows the duration between retries to be adjusted through the gApsAckWaitDuration_c property in BeeStackConfiguration.h.

ZigBee applications must allow for a broad range of latency for the worst-case scenarios.

The size of the packet doesn't affect latency much if the channel is fairly clean, as the random wait times dwarf the transmission times. But, if the channel is particularly noisy,



**Figure 4.3: ZigBee Latency**

then the length of the packet exponentially increases the chance of retries, which means an increase in latency.

A good policy is to keep the packet length as short as possible for the given transmission. Keeping packets short is good for two reasons: decreasing latency and reducing bandwidth usage, allowing more for other applications. Granted, if you are transferring bulk data, send as much as you can to reduce the number of packets, but for other kinds of data, think about how to keep it short.

> ZigBee data transmission options include: unicast, broadcast, and groupcast.
>
> Keep data transmissions as short as possible.

### 4.1.1 Example 1-1: ZigBee Data Requests

In Freescale BeeStack, the C functions which perform data requests, confirms, and indications mirror the ZigBee terms:

- AF_DataRequest()
- BeeAppDataConfirm()
- BeeAppDataIndication()

A data request, whether unicast, broadcast or groupcast, is initiated by a call to
`AF_DataRequest()`. This function returns immediately with the data queued up to
be sent out the radio and returns of `gZbSuccess_c`. A return of `gZbNoMem_c` means
the message couldn't be queued due to lack of memory or other internal resources.
A return of `gZbInvalidEndpoint_c` means that the source endpoint (I'll get to
endpoints later) hasn't been registered with BeeStack.

The C prototype for `AF_DataRequest()` looks like this:

```
typedef struct afAddrInfo_tag
{
  zbAddrMode_t dstAddrMode;
  zbApsAddr_t dstAddr;
  zbEndPoint_t dstEndPoint;
  zbClusterId_t aClusterId;
  zbEndPoint_t srcEndPoint;
  zbApsTxOption_t txOptions;
  uint8_t     radiusCounter;
} afAddrInfo_t;
zbStatus_t AF_DataRequest
(
  afAddrInfo_t *pAddrInfo,
  uint8_t payloadLen,
  void *pPayload,
  zbApsCounter_t *pConfirmId
);
```

The first parameter to `AF_DataRequest()`, the `afAddrInfo_t` includes all the
addressing information to indicate from where the packet is coming, and to where it is
going. The `afAddrInfo_t` also contains transmission options, which define whether
the packet is acknowledged or not, and the radius to indicate how far the packet should
propagate in the network.

The field `dstAddrMode` in `afAddrInfo_t` has the same meaning as this field does in
the ZigBee specification. It may be one of:

- gZbAddrModeIndirect_c
- gZbAddrModeGroup_c
- gZbAddrMode16Bit_c
- gZbAddrMode64Bit_c

The `gZbAddrModeIndirect_c` is used to indicate if the local binding table is used (I'll explain more about binding later). The `gZbAddrModeGroup_c` mode is used when transmitting to a group, and `dstAddr` field is then used as a group ID. The mode `gZbAddrMode16Bit_c` is used to transmit directly to a node, and the `dstAddr` field is used to indicate the 16-bit node address. The `gZbAddrMode64Bit_c` is used to transmit to a node using its IEEE (or 64-bit) address, and `dstAddr` will reflect that IEEE address.

The second and third parameters to `AF_DataRequest()` define the application's data (payload). The payload can be any length up to 80 bytes, and may contain any content.

The last parameter, `pConfirmId`, may take more explanation. Network traffic can be difficult to predict, so care must be taken in applications to either synchronize the data or to allow the data to be received by a node asynchronously. For example, say an application sends two data requests: one to node A, one to node B, in that order, as shown in Figure 4.4.

Due to multi-hops, retries, or perhaps the necessity of route discovery, the confirm from the data request to B may actually arrive before the confirm from the data request to A.

Freescale BeeStack uses a pointer to the confirm ID, a rolling 8-bit number, to allow the application to keep track of which data request is which. For those of you ZigBee experts, this confirm ID is just the APS counter, an over-the-air field used for the same purpose. Some ZigBee stacks solve the problem by allowing only one message to be in flight at a time, and hence, no need for a confirm ID.



**Figure 4.4: ZigBee Data Confirms**

Data confirms come into a callback function named `BeeAppDataConfirm()`. The data type for that function is:

```
typedef struct zbApsdeDataConfirm_tag
{
  zbAddrMode_t  dstAddrMode;
  zbApsAddr_t  dstAddr;
  zbEndPoint_t  dstEndPoint;
  zbEndPoint_t  srcEndPoint;
  zbStatus_t  status;
  zbApsCounter_t  confirmId;
} zbApsdeDataConfirm_t;
```

Aside from the `status` and the `confirmId`, the rest of the source and destination information is included in the structure, simplifying code logic in applications. And, as is typical with the Freescale solution, it mirrors the ZigBee specification for APSDE-DATA.confirm.

A data indication means a node is receiving data from another node, whether the data request was unicast, broadcast, or groupcast. The data structure in BeeStack is shown next. As usual, the fields in the Freescale implementation mirror the ZigBee specification's fields APSDE-DATA.indication:

```
typedef struct zbApsdeDataIndication_tag
{
  zbAddrMode_t  dstAddrMode;
  zbNwkAddr_t  aDstAddr;
  zbEndPoint_t  dstEndPoint;
  zbAddrMode_t  srcAddrMode;
  zbNwkAddr_t  aSrcAddr;
  zbEndPoint_t  srcEndPoint;
  zbProfileId_t  aProfileId;
  zbClusterId_t  aClusterId;
  uint8_t    asduLength;
  uint8_t   *pAsdu;
  bool_t  fWasBroadcast;
  zbApsSecurityStatus_t fSecurityStatus;
  uint8_t  linkQuality;
  } zbApsdeDataIndication_t;
```

The `dstAddrMode` field on the data indication may be either:

```
gZbAddrModeGroup_c
gZbAddrMode16Bit_c
```

So why not also use indirect or 64-bit mode? Because ZigBee resolves both indirect and 64-bit modes to one of the above, before sending the data request. The over-the-air

packet will always be either group or 16-bit. The `srcAddrMode` field above is always `gZbAddrMode16Bit_c`.

I realized I haven't yet explained endpoints, profile IDs, cluster IDs, or security. These fields will become clear before the end of the chapter.

The `asduLength` and `pAsdu` is the length and pointer to the payload, the data that was transmitted by the data request from the other node. By the way, ASDU stands for APS Service Data Unit, the ZigBee way of referring to the packet's data payload.

You'll also note that an application can tell if a data indication was broadcast or unicast with the `fWasBroadcast` field. This field, combined with the `aSrcAddr` field can be quite useful to determine what type of response (if any) to give to the data request, and where the response should go. The source of any message is always known in ZigBee. There is no anonymity.

The last field, `linkQuality`, is not in the ZigBee specification for data indications, but is an extra for Freescale BeeStack users. The link quality indicator (or LQI) can be used to estimate how close the nodes are: the stronger the LQI, the closer the nodes (well, approximately). This linkQuality field will be used in Chapter 8, "Commissioning ZigBee Networks," to ease deployment of a network. LQI can also enable some location-based applications.

The example in this section, *Example 1-1 ZigBee Data Requests*, shows how unicasts, groupcasts, and broadcasts are used within an application. The network is composed of three nodes. The ZigBee Coordinator (ZC) and a ZigBee Router (ZR) are lights. A ZigBee End-Device (ZED) is a switch. The lights are controlled via various ZigBee data request methods, to illustrate the use of each see Figure 4.5.



**Figure 4.5: ZigBee Data Request Example**

**Table 4.1: ZigBee Data Request Example UI**

| Switch | Description |
|--------|-------------|
| SW1 | Uses address mode `gZbAddrMode16Bit_c` to toggle the ZC light directly. |
| SW2 | Uses address mode `gZbAddrModeIndirect_c` (the local binding table) to toggle ZC light. |
| SW3 | Uses `gZbAddrModeGroup_c` to send to group A. Only the ZR light belongs to group A. |
| SW4 | Uses address mode `gZbAddrMode16Bit_c` to turn all lights on or off via broadcast (0xffff). |
| LSW2 | Uses address mode `gZbAddrModeIndirect_c` to turn the ZC light on with acknowledgment. |
| LSW3 | Uses address mode `gZbAddrModeIndirect_c` to turn the ZC light off with acknowledgment. |
| LSW4 | Uses address mode `gZbAddrMode64Bit_c` to toggle the ZC light. |

The user interface on the light switch is as follows. SW1 through SW4 are labeled on the Freescale development boards. The term LSW2, or long switch 2, means to press and hold SW2 for about one second or so (see Table 4.1).

I ran this example and captured the results. I pressed SW1, SW2, SW3, SW4, LSW2, LSW3, and LSW4 in that order. The full example and capture can be found at http://www.zigbookexamples.com:

```
Frame 19 and 21 (Length=30 bytes)
IEEE 802.15.4
   Frame Control: 0x8861
   Sequence Number: 61
   Destination PAN Identifier: 0x0f00
   Destination Address: 0x0000
   Source Address: 0x796f
ZigBee NWK
   Frame Control: 0x0048
   Destination Address: 0x0000
   Source Address: 0x796f
   Radius=10
   Sequence Number=13
ZigBee APS
   Frame Control: 0x00
   Destination Endpoint: 0x08
   Cluster Identifier: On/off (0x0006)
```

```
  Profile Identifier: HA (0x0104)
  Source Endpoint: 0x08
  Counter: 0x3f
ZigBee ZCL
  Frame Control: 0x01
  Transaction Sequence Number: 0x42
  Command Identifier: Toggle (0x02)
```

W1 generated frame 19, and SW2 generated frame 22. Both look the same, as shown in the capture, even though one is `gZbAddrMode16Bit_c` and the other is indirect through the local binding table. Why is this? Entries in the binding table always resolve to either `gZbAddrModeGroup_c` or `gZbAddrMode16Bit_c` before being sent over-the-air.

Notice in the decode, both SW3 and SW4 cause broadcasts (0xffff for the destination node at the NWK layer). SW3 causes a groupcast, so while it looks like a broadcast from the network layer, the APS layer filters the packet by group. Only an endpoint (an application within a node) which is a member of the group will receive the data indication and so, in this case, toggle:

```
Frame 23 (Length = 31 bytes)
IEEE 802.15.4
  Frame Control: 0x8841
  Sequence Number: 63
  Destination PAN Identifier: 0x0f00
  Destination Address: 0xffff
  Source Address: 0x796f
  Frame Check Sequence: Correct
ZigBee NWK
  Frame Control: 0x0048
  Destination Address: 0xffff
  Source Address: 0x796f
  Radius = 10
  Sequence Number = 15
ZigBee APS
  Frame Control: 0x0c
  Group Address: 0x000a
  Cluster Identifier: On/off (0x0006)
  Profile Identifier: HA (0x0104)
  Source Endpoint: 0x08
  Counter: 0x41
ZigBee ZCL
  Frame Control: 0x01
  Transaction Sequence Number: 0x44
  Command Identifier: Toggle (0x02)
```

LSW2 and LSW3 are acknowledged data requests, and you can see the ZigBee APS ACKs in frames 36 and 40. Notice also the IEEE 802.15.4 (MAC) acknowledgments below in frames 35, 37, 39, and 41. With unicasts, ZigBee always acknowledges each hop at the MAC level, regardless of whether APS (end-to-end) acknowledgments are enabled on that data request:

```
Frame No   MAC Src   MAC Dest   NWK Src   NWK Dest   Protocol          Packet Type
-------------------------------------------------------------------------------
34         0x796f    0x0000     0x796f    0x0000     Zigbee APS Data   HA:On/off
35                                                   IEEE 802.15.4     Acknowledgment
36         0x0000    0x796f     0x0000    0x796f     Zigbee APS        APS Ack
37                                                   IEEE 802.15.4     Acknowledgment
38         0x796f    0x0000     0x796f    0x0000     Zigbee APS Data   HA:On/off
39                                                   IEEE 802.15.4     Acknowledgment
40         0x0000    0x796f     0x0000    0x796f     Zigbee APS        APS Ack
41                                                   IEEE 802.15.4     Acknowledgment
```

LSW4 uses the 64-bit IEEE address to communicate, in this case, to its parent. But the over-the-air frame uses only the short 16-bit NwkAddr for the destination node. All 64-bit addresses are actually resolved internally to a 16-bit address before transmission. ZigBee does not send data requests to 64-bit destinations. The 64-bit address mode is there for the sake of convenience sake.

In Freescale BeeStack, a ZDP.IEEE_addr_req or ZDP.NWK_addr_req must be initiated prior to using the 64-bit address mode (unless the node is a neighbor).

There are a few interesting things to notice in this data request example. The destination address, group ID, and any other multi-byte fields are little endian. All multi-byte things in ZigBee are little Endian over-the-air. That is, group 0x000a is byte order 0x0a 0x00. The Freescale HCS08 processor, used in these examples, is big Endian. Freescale solves this problem by insisting that all things over-the-air are stored little Endian, even in memory. For example, setting up group A below uses `Set2Bytes(aDestAddress, 0x0a00)`.

Another interesting thing to notice is that when using `gZbAddrModeIndirect_c`, no destination endpoint or NwkAddr is needed. The destination will be resolved from the binding table entry, based on the source endpoint:

```
void BeeAppHandleKeys(key_event_t events)
{
zbNwkAddr_t aDestAddress;
zbEndPoint_t endPoint=appEndPoint;
```

```
/* Application-mode keys */
if(gmUserInterfaceMode == gApplicationMode_c) {
switch (events) {
  /* SW1-Uses address mode gZbAddrMode16Bit_c to toggle
    the ZC light directly. */
  case gKBD_EventSW1_c:
    Set2Bytes(aDestAddress, 0x0000);
    OnOffSwitch_SetLightState(gZbAddrMode16Bit_c,
      aDestAddress,endPoint,gZclCmdOnOff_Toggle_c, 0);
    break;
  /* SW2-Uses address mode gZbAddrModeIndirect_c
    (the local binding table) to toggle ZC light. */
  case gKBD_EventSW2_c:
    OnOffSwitch_SetLightState(gZbAddrModeIndirect_c,
      aDestAddress,endPoint,gZclCmdOnOff_Toggle_c, 0);
    break;
  /* SW3-Uses gZbAddrModeGroup_c to send to group A.
    Only the ZR light belongs to group A. */
  case gKBD_EventSW3_c:
    Set2Bytes(aDestAddress, 0x0a00);
    OnOffSwitch_SetLightState(gZbAddrModeGroup_c,
      aDestAddress,endPoint,gZclCmdOnOff_Toggle_c, 0);
    break;
  /* SW4-Uses address mode gZbAddrMode16Bit_c to turn
    all lights on or off via broadcast (0xffff). */
  case gKBD_EventSW4_c:
    Set2Bytes(aDestAddress, 0xffff);
    OnOffSwitch_SetLightState(gZbAddrMode16Bit_c,
      aDestAddress,endPoint,gZclCmdOnOff_Toggle_c, 0);
    break;
  /* LSW2-Uses address mode gZbAddrModeIndirect_c to turn
    the ZC light on with acknowledgement. */
  case gKBD_EventLongSW2_c:
    OnOffSwitch_SetLightState(gZbAddrModeIndirect_c,
      aDestAddress,endPoint,gZclCmdOnOff_On_c,
      gApsTxOptionAckTx_c);
    break;
  /* LSW3-Uses address mode gZbAddrModeIndirect_c to turn
    the ZC light off with acknowledgement. */
  case gKBD_EventLongSW3_c:
    OnOffSwitch_SetLightState(gZbAddrModeIndirect_c,
      aDestAddress,endPoint,gZclCmdOnOff_Off_c,
      gApsTxOptionAckTx_c);
    break;
  /* LSW4-Uses address mode gZbAddrMode64Bit_c to toggle
    the ZC light. */
```

```
  case gKBD_EventLongSW4_c:
    /* IEEE address alrady in gaAppIeeeAddr */
    OnOffSwitch_SetLightState(gZbAddrMode64Bit_c,
      aDestAddress,endPoint,gZclCmdOnOff_Toggle_c, 0);
    break;
  /* let ASL handle LSW1 */
  default:
    ASL_HandleKeys(events);
    break;
  }
}
else {
  /* If you are not on Appication Mode, then call
    ASL_HandleKeys, to be eable to use the Configure Mode */
  ASL_HandleKeys(events);
  }
}
```

The `OnOffSwitch_SetLightState()` function simply ends up calling `AF_DataRequest()`, after setting up the proper ZigBee Cluster Library frame as the payload.

The `ASL_HandleKeys()` function is not directly related to ZigBee. This is the default key handler which provides a common user interface for all of the Freescale applications. Chapter 3, "The ZigBee Development Environment," describes this common UI pretty well.

Source full code is available at http://www.zigbookexamples.com.

So this example showed pretty much every type of data request an application could desire. So for unicasts, broadcasts, groupcasts, and indirect data requests through the local binding table, why use any particular mechanism? This will help you decide:

- Use unicasts when a node will be communicating with another node fairly frequently. Unicasts conserve precious bandwidth if used in this way.

- Use acknowledged unicasts if the sending application must absolutely know the message got through.

- Use broadcasts sparingly (that is, not more than once per minute or so), unless radius-limited. Sometimes a broadcast with radius 1 or 2 (neighbors-only) can be very useful. Broadcasts are not acknowledged.

- Use groupcasts, if controlling a group of five or more nodes. Groupcasts can be delivered faster to a large group of nodes than can unicasts. Groupcasts, like broadcasts, should be used sparingly if not radius-limited. Groupcasts are not acknowledged.

Always use the local binding table (gZbAddrModeIndirect_c), unless code space is too tight. Local binding tables allow other external nodes to connect applications. For example, a PC equipped with a ZigBee dongle could connect a switch and a light through a pleasant drag-and-drop interface.

> Use the local binding table (indirect messages) if code space allows.
>
> Use broadcasts and groupcasts sparingly, unless radius limited.

## 4.2   No Common C API

Something that surprises many people new to ZigBee is the fact that there is no standard C API for it. What? How can ZigBee be a standard, if there is no standard for the API?

In the ANSI C standard, `strlen()` computes the length of a string in characters, and developers can count on this function being available in the C library. In the POSIX standard, the function `open()` opens a device or file and returns a handle, and its counterpart, `close()`, closes that device or file based on the handle. The calls work the same (or nearly so) regardless of the platform.

Not so with ZigBee. The *only* thing that the ZigBee standard requires is correct over-the-air behavior. To the ZigBee Alliance testing houses, a platform or product is a black box, to be tested by octet sequences over-the-air. This is not unique with ZigBee. The practice is actually pretty common with networking protocols: They concentrate on the over-the-air or over-the-wire protocol, and leave improvements in the API up to the vendor.

So what does this mean to you as a developer? Once you pick a ZigBee vendor and write code for that platform, at least some code must be rewritten if you decide to switch stack vendors. To minimize that effort, be sure to separate the application code that interacts directly with the ZigBee stack (and MCU for that matter) from the rest of the program logic. If you are hiring a consulting company to do the software and firmware for you, make sure to specify this as part of the requirements.

All ZigBee stack vendors provide a way to access the standard ZigBee features. And regardless of how the feature is accessed, it will generate the same data, over-the-air.

For example, the ZigBee command `APSDE-DATA.request` transmits data over-the-air. This command is generated with a call to the C function `AF_DataRequest()` in the Freescale platform and `emberSendDatagram()` in the Ember platform. Both functions, although they have different parameters and names, produce exactly the same set of octets over-the-air, as shown in Figure 4.6.

Unfortunately, there is no standard way in ZigBee to detect, over-the-air, which brand of ZigBee is implemented on a remote node. You might be able to guess, based on how



**Figure 4.6: A ZigBee Over-the-Air Data Frame**

the node performs optional behavior. For example, some stack vendors rebroadcast all three times, regardless of what the neighbors do. Others rebroadcast only if the neighbors have not. Anything ZigBee-certified is standard, and works in an interoperable way with any other ZigBee node. If you need interoperability, make sure the stack vendor you've chosen is a ZigBee Certified Platform.

In the following few sections, I'll show you an API sampling from the four "Golden Unit" vendors: Texas Instruments, Ember, Integration Associates, and Freescale. Golden Units are the official ZigBee boards which make up the ZigBee Compliant Platform test suite, and are the nodes that every certified ZigBee stack must be tested against.

Now, let me introduce you to application development on the four Golden Unit platforms.

> ZigBee contains no standard C API. The API is vendor-specific.
>
> ZigBee does specify precise over-the-air behavior for compatibility among vendors.

### 4.2.1 Texas Instruments API

Texas Instruments, a ZigBee promoter, makes many worldwide recognized products (see Figure 4.7). For the developer, TI's microcontrollers and RF products are well



**Figure 4.7: Texas Instruments SmartRF04EB Evaluation Board**

known, including the ultralow power MSP430 MCU. In early 2006, TI purchased ChipCon, a small RF and ZigBee company located in Oslo, Norway. TI still uses the ChipCon brand today on their ZigBee products, and in fact calls their ZigBee radios by the original ChipCon names (for example, the CC2430).

TI is primarily a silicon company, and you can download the TI ZigBee Solution, Z-Stack, directly from the Web for free. Simply go to http://www.ti.com/zigbee.

Z-Stack provides functions that look very similar to the ZigBee specification. The function for transmitting data is `AF_DataRequest()`:

```
afStatus_t AF_DataRequest(afAddrType_t *dstAddr,
  endPointDesc_t *srcEP,
  uint16 cID,
  uint16 len, uint8 *buf, uint8 *transID,
  uint8 options, uint8 radius);
```

The destination endpoint and node address (or group) is contained in the `afAddrType_t` structure. The source endpoint and cluster ID are direct parameters. The `len` and `buf` parameters are the application payload and the pointer to the transaction ID allows the application to control what the transaction ID will be for the APS layer, over-the-air. The transaction ID is automatically incremented by the `AF_DataRequest()`, if the message is buffered.

TI actually offers two interfaces to Z-Stack, the full interface mentioned previously, and the Simple API for Z-Stack. The Simple API offers fewer commands and options, but makes applications considerably easier for the first-time developer. The prototype for the simple data request is:

```
void zb_SendDataRequest (uint16 destination,
  uint16 commandId, uint8 len, uint8 *pData,
  uint8 handle, uint8 ack, uint8 radius);
```

Notice there are no endpoints, and no discussion of clusters or profile IDs; all of these are fixed to a private profile in the Simple API for Z-Stack.

The data indications in the Simple API for Z-Stack come in through:

```
void zb_ReceiveDataIndication(uint16 source,
  uint16 command, uint8 len, uint8 *pData);
```

It can't get much simpler than that! For a private profile, the TI Simple API for Z-Stack is probably easiest to use for the application developer of all the stack vendors.

Texas Instruments offers two ZigBee interfaces: a full one and a simple one.

## 4.2.2 Ember ZigBee API

Ember is a small start-up company out of Boston, Massachusetts. They are funded by some heavyweight venture capitalists, such as Vulcan. Bob Metcalf, the inventor of Ethernet, is one of the principal investors. Ember is one of 16 ZigBee promoter companies.

Ember makes ZigBee radios, integrated chips, and a ZigBee software stack called EmberZNet. Documentation for the stack can be downloaded from http://www.ember. com. The software is only available in the development kits (see Figure 4.8).



**Figure 4.8: Ember EM250 Development Kit**

Ember takes a slightly different approach to ZigBee than either TI or Freescale. Ember uses the concept of a transport layer, and enhances the functionality found in ZigBee with a series of data request functions:

- emberSendDatagram()
- emberSendSequenced()
- emberSendMulticast()
- emberSendLimitedMulticast()
- emberSendUnicast() sends APS unicast messages
- emberSendBroadcast() sends APS broadcast messages

Here is an example of using emberSendDatagram():

```
EmberStatus AppSendDatagram(int8u clusterId, int8u *contents,
  int8u length)
{
  EmberMessageBuffer message=EMBER_NULL_MESSAGE_BUFFER;
  EmberStatus status;
  if (length != 0) {
    message=emberFillLinkedBuffers(contents, length);
    if (message == EMBER_NULL_MESSAGE_BUFFER)
      return EMBER_NO_BUFFERS;
  }
  status=emberSendDatagram(0, clusterId, message);
  if (message != EMBER_NULL_MESSAGE_BUFFER)
    emberReleaseMessageBuffer(message);
  return status;
}
```

Ember uses the concept of linked buffers: a set of 32-byte buffers concatenated to form a larger buffer, for the use of over-the-air message functions.

EmberZNet also offers a variety of interesting features, such as over-the-air (or over Ethernet) updates of the software stack. Of course, updating over-the-air is a two-edged sword: On the one hand, it allows a vendor to provide feature enhancements or bug fixes across the ZigBee network. On the other hand, it opens a potential security hole, one that attackers could use to change the behavior of the network through the update mechanism.

Also differently than TI or Freescale, Ember uses Ethernet, not USB, to connect the development PC to the ZigBee boards (not surprising, considering Bob Metcalf's involvement with Ember). An advantage of the Ethernet approach is that a corporation can provide access to the ZigBee devices from anywhere inside the company, if set up

correctly by the IT department. A disadvantage lies in price: Ember's kits tend to be more expensive than their competition.

Ember provides the InSight development environment with their kits, which can debug both single nodes, and the entire ZigBee network, over-the-air. InSight allows a developer to:

- Debug hardware
- Monitor application or debug data
- Monitor radio data packets

Most other vendors use the Daintree Sensor Network Analyzer I introduced in Chapter 3, "The ZigBee Development Environment."

Ember uses the concept of a transport layer and includes over-the-air updates.

### 4.2.3 Integration Associates ZigBee API

Integration Associates is a fab-less semiconductor company offering high performance analog and mixed-signal semiconductor solutions for wireless and wireline communications. Integration also offers turnkey ASIC development for customers, from initial concept development to high volume production.

You can download information about EZLink, the Integration ZigBee solution, at http://www.integration.com. The documentation for the ZigBee API can be found in the document "ZigBee Common Interfaces: Revision 06 Version User Guide."

Integration Associates integrates the 802.15.4 MAC directly into hardware. This approach works well because 802.15.4 has been stable since 2003, when the IEEE specification was first released. Placing the MAC in hardware has the advantage that certain activities can be accelerated, like encryption and decryption.

Integration offers a popular USB dongle, the IA OEM-DAUB1 2400 (see Figure 4.9) that allows a developer to quickly connect to a ZigBee network via USB port. The dongle can be ordered directly from their Web site.

Integration includes a ready-made set of drivers for the USB dongle that allows desktop applications to take full advantage of ZigBee, monitoring or controlling the network as appropriate from a PC or laptop.

**132 Chapter 4**



**Figure 4.9: Integration Associates ZigBee Dongle**

Integration also offers a ZigBee module, the IA-OEM DAMD1 2400. Like the USB dongle, it comes precertified for CE, FCC, IC, and ETSI, in addition to the ZigBee Compliant Platform certification from the ZigBee Alliance. Integration also preloads the modules with a unique MAC address, a step that is often left to the OEM with other solutions.

Integration uses the following functions for sending data:

- AF_INDIRECT_request()
- AF_DIRECT_request()

```
void AF_DIRECT_request
(
  ushort DstShort,
  uchar DstEndpoint,
  uchar SrcEndpoint,
  uchar ClusterId,
  uchar afduLength,
  uchar *afdu,
  uchar TxOptions,
  uchar DiscoverRoute,
  uchar RadiusCounter,
  uchar afduHandle
);
```

You'll notice that the parameters also look an awful lot like the ZigBee APSDE-DATA.
request.

The confirm comes in as `AF_INDIRECT_confirm()` or `AF_DIRECT_confirm()`, with the usual suspects for parameters:

```
void AF_DIRECT_confirm
(
   ushort DstShort,
   uchar DstEndpoint,
   uchar SrcEndpoint,
   uchar Status,
   uchar afduHandle
);
```

Data indications come in through `AF_DIRECT_indication()`:

```
void AF_DIRECT_indication
(
   uchar DstEndpoint,
   ushort SrcShort,
   uchar SrcEndpoint,
   uchar ClusterId,
   uchar afduLength,
   uchar *afdu,
   uchar WasBroadcast,
   uchar SecurityStatus
);
```

> Integration Associates offers pre-certified modules.
>
> ZigBee networks may be monitored and controlled from a PC through a USB dongle.

## 4.2.4   Freescale ZigBee API

Freescale is a large corporation with sales and technical offices worldwide. They are headquartered in Austin, Texas, and until recently, they were a publicly traded company. They are now owned by private investors, including BlackStone, and are the world's 10th largest chip maker, according to Forbes. Originally, Freescale was Motorola Semi-Conductor, before it spun off into its own company.

Freescale is a promoter within the ZigBee Alliance and (as their Web site proclaims) sees the potential for ZigBee applications everywhere. Freescale is helping to build that world with a comprehensive ZigBee solution that includes RF ICs, MCUs, sensors, reference designs, protocol stack software, sample application software, and development tools.

Freescale provides a desktop stack configuration tool, called BeeKit, which makes building ZigBee (and other Freescale networking) systems much easier. Freescale offers



**Figure 4.10: Freescale MC13213**

a range of networking protocols to serve not only the ZigBee markets, but other sensor and control markets. For example, Freescale recently announced EC-Net, a protocol stack running on 802.15.4 designed for television control, which may be connected to ZigBee in the home. Freescale also provides a full 802.15.4 MAC solution as a development environment of its own, without ZigBee (see Figure 4.10).

The Freescale ZigBee solution, BeeStack, has an architecture which looks just like the ZigBee architecture, and is very true to the specification and includes all of the same service access points (SAPs).

I won't go into detail of the API in this section, because the Freescale solution is used throughout this book.

I have to say, I'm a little biased toward the Freescale solution. They make excellent products, have always met the production requirements of my customers, and do a great job supporting San Juan Software as a third-party developer for their platform.

Freescale provides a comprehensive ZigBee solution, with RF ICs, MCUs, sensors, reference designs, protocol stack software, sample application software, and development tools.

### 4.2.5   Many Stack Vendors

While there is no common C API for ZigBee, the protocol standard makes for a very wide ecosystem. I've just shown you four stack and silicon vendors, but there are many others. Nearly every producer of 8-bit silicon makes, or has available, an 802.15.4 solution with ZigBee. There are even ZigBee stack vendors that span silicon solutions, such as Airbee.

The important thing is that you, as an OEM, have many, many choices. Before selecting the right solution for your product, take the time to examine the choices out there. And don't forget to think about the entire solution: silicon, stack, tools, sensors and peripherals, support, price, and many other factors.

> Consider all the factors when selecting the right ZigBee solution for any given project.

## 4.3   ZigBee PANs

ZigBee nodes can only send data requests to other nodes on the same network. A single ZigBee network is called a Personal Area Network (PAN).

This section describes PAN IDs, extended PAN IDs, and channels, all concepts which define a single ZigBee network. Application examples are given which show how to adjust these settings in a ZigBee environment.

ZigBee PANs are formed by ZigBee Coordinators. Only ZigBee Coordinators (ZCs) may form a PAN. The other ZigBee node types, ZigBee Routers (ZRs) and ZigBee End-Devices (ZEDs) may join a network, but do not form one themselves.

There is no reason that a given application can't choose at run-time whether to be a ZC, ZR, or ZED, but that would be a ZigBee platform choice. At the time of this writing, the Freescale platform requires the developer to choose at compile-time what ZigBee node-type a given device will be.

### 4.3.1   Channels

For those of you who haven't heard it before, the 2.4 GHz band is a worldwide unlicensed portion of the RF spectrum for use by many radio products. This band is also known as the ISM (Industrial, Scientific, and Medical) band. WiFi™ exists in this band. So does Bluetooth™. So do cordless phones and microwave ovens. And so does ZigBee.

ZigBee uses the same channel set as specified in 802.15.4. In the 2.4 GHz band, these channels are numbered 11 through 26. Channel numbers 0 through 10 are defined by the

**136    Chapter 4**

sub-1 GHz 802.15.4 radios, but ZigBee (at least to date), doesn't run on the sub-1 GHz radios.

Note that if you use the Freescale SMAC networking stack (which is not ZigBee, but does use the same Freescale 802.15.4 radios), the channels are numbered 0 through 15. You can translate these numbers into MAC/ZigBee channels 11 through 26.

Channels are really just a portion of the RF spectrum. In the case of 802.15.4, each of these channels is separated by 5 MHz in the 2.4 GHz band, as shown in Figure 4.11. 802.15.4 uses Direct Sequence Spread Spectrum (DSSS) to spread the packets into symbols and reassemble them on the other end, verifying that the data was decoded correctly through use of a 16-bit CRC. In Chapter 7, "The ZigBee Networking Layer," I describe the 802.15.4 PHY in a little more detail, but other books describe this PHY standard better than I do. This book is about the ZigBee protocol. If you'd like to learn more about 802.15.4, try *IEEE 802.15.4 Low-Rate Wireless Personal Area Networks: Enabling Wireless Sensor Networks*, by José A. Gutierrez.

The 802.15.4 radio forms the foundation for ZigBee. Two interesting points about this radio is that it is half-duplex (it can listen or talk, but not both at the same time) and accesses one channel at a time. So, a device listening on channel 15 won't hear anything on channels 11 through 14 or 16 through 26.

ZigBee as a protocol does not typically change channels. Bluetooth, like some other wireless technologies, is a channel-hopping protocol and some believe that channel-hopping is required for reliability. Not so. Due to the robust nature of O-QPSK and DSSS, 802.15.4 radios are very robust, even in a noisy RF environment. In fact, tests performed at the ZigBee Alliance with WiFi turned up to maximum on all channels, did



**Figure 4.11: IEEE 802.15.4 Channels**

not cause ZigBee to lose even one packet, over a series of thousands of data requests. Occasionally there were some retries, but not a single packet was dropped.

So how does a ZigBee device decide what channel to use? It is defined by the Application Profile. In Home Automation, for example, any ZigBee device wishing to join a network must scan all channels, and be able to join any network on any channel. If the profile is a private profile, it may choose to limit the device to one or any set of the 16 available channels.

But scanning channels does take time. When forming a network, ZigBee performs two scans:

- An energy detect scan
- An active scan

The energy detect scan is used to determine which channels are the quietest. The active scan sends out a Beacon Request, and is used to determine what other ZigBee or 802.15.4 PAN IDs are currently in use on that channel within hearing range of the radio. By default, ZigBee chooses the channel with the fewest networks, and which is the quietest (in that order).

Only the active scan (detecting other networks) is used when joining a network. If a network is already formed, and the Beacon Response can be heard by the joining node, it is assumed that the channel is quiet enough for communication.

The scan duration is defined by 802.15.4 specification, and is an integer between 0 and 14. See Table 53—MLME-SCAN.request parameters in the 802.15.4 specification for details. Since the value is used in a formula involving superframe duration, I've converted those times to milliseconds for your convenience (see Table 4.2).

**Table 4.2: MAC Scan Durations**

| Value | Scan Duration (ms) | Value | Scan Duration (ms) |
|-------|--------------------|-------|--------------------|
| 0 | 31 | 8 | 3,948 |
| 1 | 46 | 9 | 7,880 |
| 2 | 77 | 10 | 15,744 |
| 3 | 138 | 11 | 31,473 |
| 4 | 261 | 12 | 62,930 |
| 5 | 507 | 13 | 125,844 |
| 6 | 998 | 14 | 251,674 |
| 7 | 1,981 | | |

**138   Chapter 4**

In the Freescale platform, both channel selection and scan duration are fully under application control. The defaults for these are properties that can be set in BeeKit. The channels are defined by mDefaultValueOfChannel_c in ApplicationConf.h, and the scan duration by gScanDuration_c in BeeStackConfiguration.h. The defaults are channel 25 and scan duration 3. Each platform will have its own way of defining the channel set and scan duration.

In the example, *Example 4-2 ZigBee Channels*, I demonstrate scanning all the channels and then scanning a single channel for comparison. Notice how much longer it takes to scan all of the channels versus only one. (It's actually 16 to 1 in this case, since the example scans all 16 channels, then only 1 channel).

This example will use two ZigBee nodes: one to form the network (the ZigBee Coordinator), and one to join the network (a ZigBee End-Device). They happen to be a Home Automation light and switch, but they could be any application for the purposes of channel selection.

To follow the example with actual hardware, open the following two projects inside CodeWarrior:

- Chapter04\Example4-2 ZigBee Channels\NcbZcHaOnOffLight.mcp
- Chapter04\Example4-2 ZigBee Channels\SrbZedHaOnOffLight.mcp

If this process is still new to you, read Chapter 3, "The ZigBee Development Environment," which describes how to download images to the Freescale boards, step-by-step.

Load the two programs into the NCB and SRB boards, respectively. If this process is not familiar to you, go back to Chapter 3 and read about developing for the Freescale platform.

Then reset both boards. Press SW1 on both boards to form/join the network. Notice how long the running lights on the LEDs chase each other. This is the amount of time it takes to scan all 16 channels. The actual channel chosen is random (the channel is the third field, line 2 on the NCB board's LCD display), depending on how noisy each channel is. But, usually, channel 11 (the first one tried) is quiet enough to form the network on that channel.

The NCB display may look something like this:

```
Ha OnOffLight
Cfg 3bab 11 000
```

Next, reset both boards. This time, press SW4 on the NCB board to select a channel. Select channel 15. The channel number will change on the LCD display. Note also the

hex pattern on the LEDs. Press SW4 on the other (SRB) board to select the same channel. Since the SRB doesn't have a display, make sure the channel pattern on the LEDs match what is on the NCB. Only then, press SW1 on both boards to form/join the network. Notice how much more quickly the network forms?

In the code, channel selection is made through a bit mask set of channels, decided initially at compile time. This channel mask can also be adjusted at run-time like it was using SW4 in the example. The bit mask uses a set of 32 bits to represent channels. Recall that the channels are numbered 11 through 26 by 802.15.4, so bits 11 through 26 are used to represent the channel mask. The comment shows how to set the bits properly, but it's much easier in BeeKit where it provides a check-box for each channel:

```
/*
  The default channel list defines which channels to scan when forming or
  joining a network. Default=0x02000000=channel 25. The channel list is a
  bitmap, where each bit describes a channel (for example bit 12
corresponds to
  channel 12). Any combination of channels can be included. ZigBee
supports
  channels 11-26.
  3 2 2 2 1 1 0 0 0
  1 8 4 0 6 2 8 4 0
  0000 0000 0000 0000 0000 1000 0000 0000 = 0x00000800 = channel 11
  0000 0100 0000 0000 0000 0000 0000 0000 = 0x04000000 = channel 26
  0000 0010 0000 0000 0000 0000 0000 0000 = 0x02000000 = channel 25 (default)
  0000 0111 1111 1111 1111 1000 0000 0000 = 0x07fff800 = all channels 11-26
  0000 0000 1000 0000 0001 0000 0000 0000 = 0x00801000 = channels 23 and 12
*/
#ifndef mDefaultValueOfChannel_c
#define mDefaultValueOfChannel_c   0x06000800
#endif
```

If your application wishes to set this at run-time, and you are not using the common user ASL interface used in all of the Freescale applications, simply set the global variable gSelectedChannel to the desired set of channels prior to calling ZDO_Start().

The scan duration is found in BeeStackConfiguration.h and is just a number, 0 through 14. See Table 4.2, "MAC Scan Durations," for how this number translates into actual time. Scan duration is set at compile-time in the Freescale solution. ZigBee does not mandate a particular scan time for nodes:

```
/*Scan Duration*/
#ifndef gScanDuration_c
```

```
#define gScanDuration_c 3
#endif
```

Often, when defining a private profile application, I'll select channels 15, 20, 25, and 26, as these channels aren't the same as on common WiFi installations. I do this not for ZigBee's sake, but for WiFi's. If the application gets too chatty, it could cause WiFi to miss a packet or two, and degrade the performance of WiFi.

As mentioned before, ZigBee 2007 includes the ability to switch channels. Like forming or joining a network, this is designed to be a rare event for most ZigBee applications. I'll explain that feature in a bit more detail in Appendix A, "ZigBee 2007 and ZigBee Pro."

> Channels are a portion of the RF spectrum.
>
> Of the 16 channels, ZigBee selects the channel with the fewest networks by default.

## 4.3.2   PAN IDs

ZigBee Personal Area Network identifiers (or PAN IDs) are used to logically separate a collection of ZigBee nodes from other ZigBee nodes in the same vicinity or on the same physical channel. This allows network A and network B to exist in close proximity without interfering with each other, other than consuming over-the-air bandwidth that they both share. For example, take a look at Figure 4.12. The light and dark gray PANs share the same physical space, and in this case the same channel.

ZigBee PAN IDs are 16-bit numbers that range from 0x0000 to 0x3fff. Note this is different than the 802.15.4 specification, which allows PAN IDs from 0x0000 to 0xfffe.

Generally, ZigBee PAN IDs won't conflict (there are 16 K of them, and stacks are encouraged to choose random PAN IDs). ZigBee does not expect to have anything near 16,000 different networks, all within radio range. In our office, we may perhaps have 10 to 20 going at any given time on various channels, and we are developing ZigBee projects. That's a 1 in 13,107 (16 × 16 K/20) chance of a conflict in our case. Not very likely.

In ZigBee 2006, PAN IDs are unique on a given channel: that is, PAN ID 0x1234 could exist on channel 11 and a separate pan 0x1234 could exist on channel 12. In ZigBee 2007, that is disallowed because of the Frequency Agility feature, which allows a network to switch channels if it determines that the current channel is no longer appropriate.



**Figure 4.12: Separate ZigBee PANs May Coexist on the Same Channel**

When forming a network, ZigBee specifies that PAN ID 0xffff means the application doesn't care what the PAN ID is, and is requesting the ZigBee stack to pick one at random that does not conflict with any existing PAN IDs in the vicinity. When joining a network, PAN ID 0xffff means the node doesn't care which network it joins. Any PAN ID will do.

So how does an application decide which PAN ID to use, either for forming or joining? The simple answer is that the Application Profile decides. In Home Automation, the default PAN ID is 0xffff for all devices. For a private profile, any PAN ID may be used.

The following example, *Example 4-3 ZigBee PAN IDs*, shows how to pick which PAN ID a node will join. In the example, two PANs are formed on the same channel, PAN IDs 0x000a and 0x000b. I'll use channel 11 for the demo. Then a switch is started, which joins a PAN. The switch is initially compiled to search for PAN ID 0x000b, so it will always join that PAN (the Ncb Light). Notice the switch can control the NcbLight (see Figure 4.13).

Next, the switch is recompiled to search for PAN ID 0x000a (or, if another SRB board is available, a second switch is started). Reset the switch and notice how it now joins PAN 0x000b this time, and controls the SrbLight, as opposed to the NcbLight (see Figure 4.14).

Like most examples in the book, the example can be followed using the three-node Freescale Network Starter Kit. The BeeKit Solution file, capture file, and source code to the application can be found at http://www.zigbookexamples.com. See Chapter 3, "The



**Figure 4.13: Switch Joins PAN A**

ZigBee Development Environment," for a full explanation of how to download examples into the hardware. Download the following three projects to the respective boards:

- Chapter04\Example4-3 ZigBee PAN IDs\NcbZcLightPanA.mcp
- Chapter04\Example4-3 ZigBee PAN IDs\SrbZcLightPanB.mcp
- Chapter04\Example4-3 ZigBee PAN IDs\SrbZedSwitchPanA.mcp

Boot all three boards. Once they come up, press SW1 on the switch, and notice that it controls the NCB light, and not the SRB light. If you are sniffing over-the-air, you should see something like this:



**Figure 4.14: Switch Joins PAN B**

```
Seq No  MAC Src             MAC Dest            NWK Src  NWK Dest  Protocol          Packet Type
---------------------------------------------------------------------------------------------------------------
1                           0xffff                                 IEEE 802.15.4     Command: Beacon Request
2                           0xffff                                 IEEE 802.15.4     Command: Beacon Request
3       0x0000                                                     IEEE 802.15.4     Beacon: BO: 15, SO: 15, PC: 1,
                                                                                      AP: 1, Nwk RC: 1, Nwk EDC: 1
4                           0xffff                                 IEEE 802.15.4     Command: Beacon Request
5       0x0000                                                     IEEE 802.15.4     Beacon: BO: 15, SO: 15, PC: 1,
                                                                                      AP: 1, Nwk RC: 1, Nwk EDC: 1
6       0x0050c209cc066801  0x0000                                 IEEE 802.15.4     Command: Association Request
7                                                                  IEEE 802.15.4     Acknowledgment
8       0x0050c209cc066801  0x0000                                 IEEE 802.15.4     Command: Data Request
9                                                                  IEEE 802.15.4     Acknowledgment
10      0x0050c20d10046400  0x0050c209cc066801                     IEEE 802.15.4     Command: Association Response
11                                                                 IEEE 802.15.4     Acknowledgment
12      0x796f              0x0000              0x796f   0xfffd    Zigbee APS Data   ZDP:MatchDescReq
13                                                                 IEEE 802.15.4     Acknowledgment
14      0x0000              0xffff              0x796f   0xfffd    Zigbee APS Data   ZDP:MatchDescReq
15      0x0000              0xffff              0x796f   0xfffd    Zigbee APS Data   ZDP:MatchDescReq
16      0x796f              0x0000                                 IEEE 802.15.4     Command: Data Request
17                                                                 IEEE 802.15.4     Acknowledgment
18      0x0000              0x796f              0x0000   0x796f    Zigbee APS Data   ZDP:MatchDescRsp
19                                                                 IEEE 802.15.4     Acknowledgment
20      0x0000              0xffff              0x796f   0xfffd    Zigbee APS Data   ZDP:MatchDescReq
21      0x796f              0x0000              0x796f   0x0000    Zigbee APS Data   HA:On/off
22                                                                 IEEE 802.15.4     Acknowledgment
```

www.newnespress.com

Take a closer look at packet 6. Notice that the switch is attempting to associate with PAN A, not PAN B (see Destination PAN Identifier below):

```
Frame 6 (Length = 21 bytes)
IEEE 802.15.4
  Frame Control: 0xc823
  Sequence Number: 59
  Destination PAN Identifier: 0x000a
  Destination Address: 0x0000
  Source PAN Identifier: 0xffff
  Source Address: 0x0050c209cc066801
  MAC Payload
    Command Frame Identifier = Association Request: (0x01)
    Capability Information: 0x84
      ... ...0. = Alternate PAN Coordinator: Not capable of becoming PAN
Coordinator
      .... ..0. = Device Type: RFD
      .... .1.. = Power Source: Receiving power from alternating current
mains
      .... 0... = Receiver on when idle: Disables receiver when idle
      ..00 .... = Reserved
      .0.. .... = Security Capability: Not capable of using security
suite
      1... .... = Allocate Address: Coordinator should allocate short
address
  Frame Check Sequence: Correct
```

Now, have a switch join PAN B. Leave both PAN coordinators running (both the NCB light and SRB light). If you have another SRB board like I do, then download the following project into a second board. Otherwise, reuse the SrbZedSwitchPanA from above and place the following project into that board:

Chapter04\Example4-3 ZigBee PAN IDs\SrbZedSwitchPanB.mcp

Boot the switch for PAN B. Notice that it associates with PAN B and controls the SRB light which is on PAN B, not the NCB light on PAN A as the first switch did.

The default PAN ID is simply a property in BeeKit. Set it as you would other properties, or examine the constant directly in ApplicationConf.h:

```
#ifndef mDefaultValueOfPanId_c
#define mDefaultValueOfPanId_c               0x0B,0x00
#endif
```

Notice the PAN ID (in this case for network B) is a sequence of bytes, little Endian. Everything in ZigBee is little Endian over-the-air. Little Endian (as opposed to big Endian) simply means the lowest byte(s) come first. This may or may not be true of your application data (it is up to the application), but for everything the ZigBee generates, it's little Endian.

It's also easy enough to select the PAN ID under application control at run-time by modifying the variable `gNwkData.aPanId`. Do *not* adjust the PAN ID if already on a network—the NWK layer and MAC have some communication which occurs only at form/join time.

It's interesting to note that the ZigBee specification is rather vague on the topic of which channel on which to form or join a network. It says the node will scan the given set of channels and "choose the best one." This allows each OEM to have some flexibility, but still form and join in a standard way. On the Freescale platform, this process to "choose the best one" is exposed to the application in the file `AppStackImpl.c`. An algorithm could be made, for example, to only look for PAN IDs in the range 0x2000 through 0x20ff. See the function `SearchForSuitableParentToJoin()`.

Sometime a PAN ID is just not enough. A particular application may want to only join a network that has a particular (probably private profile) application on it. One way is to use a special PAN ID and hope, but that's not a very sure way to join the right network. Another way is to join the network and see if the application is on it, but this takes time to join the other network, and may require special code to be implemented.

ZigBee thought of this and provided a mechanism to join only those PANs which are released by your corporation, which leads us to extended PAN IDs.

> The 16-bit PAN IDs allow separate ZigBee networks to share a channel.
>
> The same PAN ID may be used in a different physical locality or on a different channel.

### 4.3.3   Extended PAN IDs

Extended PAN IDs (EPIDs) are 64-bit numbers that uniquely identify a PAN. ZigBee communicates using the shorter 16-bit PAN ID for all communication except one. The

beacon response issued as the result of a beacon request contains an Extended PAN ID to allow a node that wishes to join a network to pick exactly the right one.

Every time a ZigBee node wishes to join a network, it sends out a beacon request. It then pays attention to all of the beacon responses, and picks the "best" network (if any) out of these responses. Take a look at the beacon response (also just called a beacon) from the switch in the last example (packet # 3 from *Example 4-1 ZigBee Extended PAN IDs*, available on-line):

```
Frame 3 (Length=24 bytes)
  Time Stamp: 14:10:23.413
  Frame Length: 24 bytes
  Capture Length: 24 bytes
  Link Quality Indication: 115
  Receive Power: -60 dBm
IEEE 802.15.4
  Frame Control: 0x8000
     .... .... .... .000 = Frame Type: Beacon (0x0000)
     .... .... .... 0... = Security Enabled: Disabled
     .... .... ...0 .... = Frame Pending: No more data
     .... .... ..0. .... = Acknowledgment Request: Acknowledgement not
required
     .... .... .0.. .... = Intra PAN: Not within the PAN
     .... ..00 0... .... = Reserved
     .... 00.. .... .... = Destination Addressing Mode: PAN identifier
and address field are not present (0x0000)
     ..00 .... .... .... = Reserved
     10.. .... .... .... = Source Addressing Mode: Address field contains
a 16-bit short address (0x0002)
  Sequence Number: 221
  Source PAN Identifier: 0x000a
  Source Address: 0x0000
  MAC Payload
    Superframe Specification: 0xcfff
       .... .... .... 1111 = Beacon Order (0x000f)
       .... .... 1111 .... = Superframe Order (0x000f)
       .... 1111 .... .... = Final CAP Slot (0x000f)
       ...0 .... .... .... = Battery Life Extension: Disabled
       ..0. .... .... .... = Reserved
       .1.. .... .... .... = PAN Coordinator: Transmitter is a PAN
Coordinator
       1... .... .... .... = Association Permit: Coordinator accepting
Association Requests
    GTS Specification: 0x00
       .... .000 = GTS Descriptor Count (0x00)
```

```
        .000 0... = Reserved
        0... .... = GTS Permit: Coordinator not accepting GTS Requests
Pending Address Specification: 0x00
        .... .000 = Number of short Addresses pending: 0
        .... 0... = Reserved
        .000 .... = Number of extended Addresses pending: 0
        0... .... = Reserved
    Beacon Payload
        Protocol ID: ZigBee NWK (0x00)
  Frame Check Sequence: Correct
NWK Layer Information: 0x8421
  .... .... .... 0001 = Stack Profile (0x1)
  .... .... 0010 .... = nwkcProtocolVersion (0x2)
  .... ..00 .... .... = Reserved (0x0)
  .... .1.. .... .... = Router Capacity: True
  .000 0... .... .... = Device Depth (0x0)
  1... .... .... .... = End Device Capacity: True
  Extended PAN ID: 0x0050c20d10046400
```

The Source PAN Identifier is 0x000a, but notice the contents of the final field above: the Extended PAN ID (0x0050c20d10046400). This field by default uses the Freescale OUI (0x0050c2) for the top 24 bits, and adds some random numbers for the rest.

EPIDs are not managed by any standards body. I recommend using your OUI, a unique 24-bit number issued by IEEE to companies making networking products, for the top 24 bits of the EPID. See MAC Addresses in Chapter 7, "The ZigBee Networking Layer," for more details on the OUI.

It's also interesting to note that Extended PAN IDs are completely unrelated to PAN IDs, and also to MAC addresses. They are a unique 64-bit number, used solely for helping nodes find the right network.

In this next example, both the NcbZcLightExtPan and the SrbZcSwitchExtPan projects will use the extended PAN ID of 0x1122334455667788. The PAN ID will be set to 0xffff so that the NcbZcLightExtPan will form a random PAN ID and the SrbZcSwitchExtPan will find it. The example will look very similar from a user perspective to the previous one, but the over-the-air mechanism used is quite different (see Figure 4.15).

As in the previous example, this one can be followed using the three-node Freescale Network Starter Kit. The BeeKit Solution file, capture file, and source code to the application can be found in the usual place: http://www.zigbookexamples.com. Download



**Figure 4.15: Switch Finds the Right Extended PAN ID**

the following three projects to the respective boards (you can save yourself a step if you still have the SrbZcLightPanB from the previous example):

- Chapter04\Example4-4 Extended PAN IDs\NcbZcLightExtPan.mcp
- Chapter04\Example4-4 Extended PAN IDs\SrbZcLightPanB.mcp
- Chapter04\Example4-4 Extended PAN IDs\SrbZedSwitchExtPan.mcp

Boot all the boards. Notice the switch always joins the network based on Extended PAN ID, and not PAN B, which has the wrong Extended PAN ID.

An application could look for a range of extended PAN IDs to join. For example, it might look for all EPIDs with the mask of 0x0050c237b0xxxx to ensure that it's any one of a set of EPIDs from a particular manufacturer. To modify Freescale BeeStack to look for a range of EPIDs, modify the routine `SearchForSuitableParentToJoin()` found in `AppStackImpl.c`:

Use Extended PAN IDs (EPIDs) to force nodes to join a specific network.

**Table 4.3: ZigBee Addressing Ranges**

| Name | Range | Description |
|------|-------|-------------|
| Channel | 11–26 | A physical portion of the RF spectrum |
| PAN ID | 0x0000–0x3fff | The address of a network within a channel |
| NwkAddr | 0x0000–0xfff7 | The address of a node within a network |
| Endpoint | 1–240 | The address of an application within a node |
| Cluster | 0x0000–0xffff | The object within the application |
| Command | 0x00–0xff | An action to take within the cluster |
| Attribute | 0x0000–0xffff | A data item within the cluster |

## 4.4   ZigBee Addressing

Addressing is the way in which a message gets from one place to another in a network. Postal (snail) mail uses one type of address that many are familiar with:

San Juan Software

221 Wood Duck Lane

Friday Harbor, WA 98250

USA

Internet Protocol (IP) addressing is another addressing method:

155.213.123.01

ZigBee addressing takes into account all the information shown in Table 4.3.

There are other ZigBee addressing features that simply translate into one or more of the items shown in the table. For example, Extended PAN IDs really merely determine which PAN ID to join. Another is groups, described later in this section, which defines a set of nodes in the network to address (see Table 4.4).

### 4.4.1   ZigBee Node Types

Before going into more ZigBee addressing, I'd like to address a concept I've been skirting but need to define formally: ZigBee node types.

**Table 4.4:  More ZigBee Addressing Features**

| Name | Range | Description |
| --- | --- | --- |
| Extended PAN ID | 0x0000000000000000–0xffffffffffffffff | A unique 64-bit identifier for the PAN |
| Group | 0x0000–0xffff | A collection of nodes in a network |
| Application Profile ID | 0x0000–0xffff | Defines a particular application domain |

Every node in a ZigBee network is one of three types: a ZigBee Coordinator (ZC), a ZigBee Router (ZR), or a ZigBee End-Device (ZED). In IEEE 802.15.4-speak, both ZCs and ZRs are full-function devices, and a ZED is a reduced-function device (see Table 4.5).

Use a ZigBee Coordinator to form a network. This is the only device type that can. If the network is secure, the ZC must be present to add nodes to the network. Otherwise, once the network starts, it's just a router. The ZC is also the root of the tree when using tree routing in stack profile 0x01, so if the ZC is gone, only mesh routing is available across branches of the tree. Tree routing is explained in-depth in Chapter 7, "The ZigBee Networking Layer."

The ZigBee Coordinator is not needed for normal operation of the network, but is required to allow nodes to join or leave the network, as it contains the Trust Center. Only the Trust Center can decide whether to allow a node on a ZigBee network, or to deny it access.

**Table 4.5:  ZigBee Node Types**

| Node Type | Features |
| --- | --- |
| ZC | Forms network<br>Routes packets<br>Security Trust Center<br>Allows nodes to join network |
| ZED | Joins network<br>Routes Packets<br>Allows nodes to join network |
| ZR | Joins network<br>Battery operated and may sleep<br>Smallest code size<br>Can be RxOnIdle = true (no polling) or RxOnIdle = false (polling) |

Use a ZigBee Router to enhance the mesh in the network. ZigBee Routers can extend the range of the network and increase its reliability. ZRs like the ZigBee Coordinator route packets, and also allow other nodes to join the network.

Use a ZigBee End-Device if the node must be battery-operated and sleep during network inactivity. A ZED may be RxOnIde or not. When RxOnIdle is false, ZEDs may sleep for long periods of time. There is no ZigBee-imposed limit on sleeping, but some Application Profiles define a maximum, such as one hour in the Home Automation profile. When an RxOnIdle is false, ZED wakes up. It may transmit immediately, poll its parent to see if any messages are waiting for it, then go back to sleep. When RxOnIdle is true, ZEDs receive messages immediately. In either case, a ZED may transmit any time it wishes. Use an RxOnIdle ZED when an application needs more RAM or flash memory because ZEDs make the smallest code image.

Any application can reside in any ZigBee node type. For example, a ZC, ZR, or ZED could contain a light, switch, temperature sensor, thermostat, gateway, or whatever is appropriate for the physical device.

The following example, *Example 4-5 ZigBee Node Types,* contains one ZigBee node of each type: a ZC, a ZR, and a ZED. In this case, the ZC will be the switch, the ZR and ZED will be lights.

This example can be followed using the three-node Freescale Network Starter Kit. The BeeKit Solution file, capture file, and source code to the application can be found in the usual place: http://www.zigbookexamples.com. To follow the example, download the following three projects to the respective boards:

- Chapter04\Example4-5 ZigBee Node Types\ZcNcbSwitch.mcp
- Chapter04\Example4-5 ZigBee Node Types\ZrSrbLight.mcp
- Chapter04\Example4-5 ZigBee Node Types\ZedSrbLight.mcp

After they are all programmed, turn the nodes on, in any order. Once the ZigBee Coordinator forms the network the other devices will join, in this case on channel 25, PAN ID 0x0f00. Now press SW1 on the ZcNcbOnOffSwitch to toggle the lights.

Notice the delay on the ZED! Over-the-air, you can see the reason for the delay: the ZED doesn't receive the message until it polls its parent for the message. By default, this occurs once every three seconds. I've included time in the following capture so you can see how often the ZED polls its parent for messages. The ZigBee polling command looks like an 802.15.4 Command: Data Request in the captures:

www.newnespress.com

| Seq No | Time | MAC Src | MAC Dest | NWK Src | NWK Dest | Protocol | Packet Type |
|--------|------|---------|----------|---------|----------|----------|-------------|
| 1 | 11:42:16.000 | | 0xffff | | | IEEE 802.15.4 | Command: Beacon Request |
| 2 | 11:42:17.604 | | 0xffff | | | IEEE 802.15.4 | Command: Beacon Request |
| 3 | 11:42:17.609 | 0x0000 | | | | IEEE 802.15.4 | Beacon: BO: 15, SO: 15, PC: 1, AP: 1, Nwk RC: 1, Nwk EDC: 1 |
| 4 | 11:42:19.629 | 0x0050c237b0040002 | 0x0000 | | | IEEE 802.15.4 | Command: Association Request |
| 5 | 11:42:19.630 | | | | | IEEE 802.15.4 | Acknowledgment |
| 6 | 11:42:20.126 | 0x0050c237b0040002 | 0x0000 | | | IEEE 802.15.4 | Command: Data Request |
| 7 | 11:42:20.127 | | | | | IEEE 802.15.4 | Acknowledgment |
| 8 | 11:42:20.130 | 0x0050c237b0040001 | 0x0050c237b0040002 | | | IEEE 802.15.4 | Command: Association Response |
| 9 | 11:42:20.131 | | | | | IEEE 802.15.4 | Acknowledgment |
| 10 | 11:42:21.087 | | 0xffff | | | IEEE 802.15.4 | Command: Beacon Request |
| 11 | 11:42:21.089 | 0x0000 | | | | IEEE 802.15.4 | Beacon: BO: 15, SO: 15, PC: 1, AP: 1, Nwk RC: 1, Nwk EDC: 1 |
| 12 | 11:42:21.093 | 0x0001 | | | | IEEE 802.15.4 | Beacon: BO: 15, SO: 15, PC: 0, AP: 1, Nwk RC: 1, Nwk EDC: 1 |
| 13 | 11:42:23.112 | 0x0050c237b0040003 | 0x0000 | | | IEEE 802.15.4 | Command: Association Request |
| 14 | 11:42:23.113 | | | | | IEEE 802.15.4 | Acknowledgment |
| 15 | 11:42:23.609 | 0x0050c237b0040003 | 0x0000 | | | IEEE 802.15.4 | Command: Data Request |
| 16 | 11:42:23.610 | | | | | IEEE 802.15.4 | Acknowledgment |
| 17 | 11:42:23.612 | 0x0050c237b0040001 | 0x0050c237b0040003 | | | IEEE 802.15.4 | Command: Association Response |
| 18 | 11:42:23.613 | | | | | IEEE 802.15.4 | Acknowledgment |
| 19 | 11:42:26.688 | 0x796f | 0x0000 | | | IEEE 802.15.4 | Command: Data Request |
| 20 | 11:42:26.689 | | | | | IEEE 802.15.4 | Acknowledgment |
| 21 | 11:42:26.867 | 0x0000 | 0xffff | 0x0000 | 0xffff | Zigbee APS Data | HA:On/off |
| 22 | 11:42:26.880 | 0x0001 | 0xffff | 0x0000 | 0xffff | Zigbee APS Data | HA:On/off |
| 23 | 11:42:29.758 | 0x796f | 0x0000 | | | IEEE 802.15.4 | Command: Data Request |
| 24 | 11:42:29.759 | | | | | IEEE 802.15.4 | Acknowledgment |
| 25 | 11:42:29.761 | 0x0000 | 0x796f | 0x0000 | 0xffff | Zigbee APS Data | HA:On/off |
| 26 | 11:42:29.762 | | | | | IEEE 802.15.4 | Acknowledgment |
| 27 | 11:42:32.831 | 0x796f | 0x0000 | | | IEEE 802.15.4 | Command: Data Request |
| 28 | 11:42:32.832 | | | | | IEEE 802.15.4 | Acknowledgment |

Notice that the broadcast toggle command, initiated by the ZC (address 0x0000) in packet 21, is repeated by the router (address 0x0001) in packet 22. Then, three seconds later, the polling ZED asks node 0x0000 (its parent) if there are any messages waiting for it. The parent responds, "Why, yes, there are," and promptly sends down the broadcast to the child:

```
Frame 25 (Length = 30 bytes)
IEEE 802.15.4
   Frame Control: 0x8861
   Sequence Number: 254
   Destination PAN Identifier: 0x0f00
   Destination Address: 0x796f
   Source Address: 0x0000
   Frame Check Sequence: Correct
ZigBee NWK
   Frame Control: 0x0048
   Destination Address: 0xffff
   Source Address: 0x0000
   Radius=10
   Sequence Number = 217
ZigBee APS
   Frame Control: 0x08
   Destination Endpoint: 0x08
   Cluster Identifier: On/off (0x0006)
   Profile Identifier: HA (0x0104)
   Source Endpoint: 0x08
   Counter: 0x13
ZigBee ZCL
   Frame Control: 0x01
   Transaction Sequence Number: 0x42
   Command Identifier: Toggle (0x02)
```

Note how the 802.15.4 (MAC) frame indicates a unicast from the parent to the child, but the NWK frame indicates that it's a broadcast (destination 0xffff) from node 0x0000, the ZcNcbOnOffSwitch.

Any application may reside in any ZigBee node type: ZC, ZR, or ZED.

## 4.4.2 The Network Address

The network address, also called NwkAddr, short address, or node address, is a 16-bit number used to uniquely identify a particular node on a ZigBee network. The ZigBee Coordinator is always NwkAddr 0x0000. Yes, two ZigBee coordinators can exist on the same channel with NwkAddr 0x0000, because they are on different PAN IDs.

If using stack profile 0x01, which uses tree routing in addition to mesh, the NwkAddr reflects its position in the network. For example, NwkAddr 0x0001 is the first ZR that joined the network, and NwkAddr 0x796F is the first ZED. In stack profile 0x02 (with ZigBee 2007), the NwkAddr is assigned randomly.

Most of the examples so far have used service discovery and binding to determine which nodes in the network with which to communicate, such as using Match Descriptor or End-Device-Bind command.

But service discovery and binding are not required in ZigBee. Once a node is on the network, it can communicate to any other node in the network. Simply transmit a packet to that node address. It is very common to send something to the ZigBee Coordinator (NwkAddr 0x0000), because that node address is the same in every ZigBee network.

In this three-node example, the switch application already knows the topology of the network and the addresses of nodes in the network. It knows that one light will be at node 0x0001 (the first ZR), and the other light will be at node 0x143e (the second ZR). SW1 will toggle the light at NwkAddr 0x0001, and SW2 will toggle the light at NwkAddr 0x143e. No other binding or instructions are needed. Take a look at the very simple capture:

www.newnespress.com

| Seq No | MAC Src | MAC Dest | NWK Src | NWK Dest | Protocol | Packet Type |
|--------|---------|----------|---------|----------|----------|-------------|
| 1 | | 0xffff | | | IEEE 802.15.4 | Command: Beacon Request |
| 2 | | 0xffff | | | IEEE 802.15.4 | Command: Beacon Request |
| 3 | | 0xffff | | | IEEE 802.15.4 | Command: Beacon Request |
| 4 | 0x0000 | | | | IEEE 802.15.4 | Beacon: BO: 15, SO: 15, PC: 1, AP: 1, Nwk RC: 1, Nwk EDC: 1 |
| 5 | | 0xffff | | | IEEE 802.15.4 | Command: Beacon Request |
| 6 | 0x0000 | | | | IEEE 802.15.4 | Beacon: BO: 15, SO: 15, PC: 1, AP: 1, Nwk RC: 1, Nwk EDC: 1 |
| 7 | 0x0050c237b0040002 | 0x0000 | | | IEEE 802.15.4 | Command: Association Request |
| 8 | | | | | IEEE 802.15.4 | Acknowledgment |
| 9 | 0x0050c237b0040002 | 0x0000 | | | IEEE 802.15.4 | Command: Data Request |
| 10 | | | | | IEEE 802.15.4 | Acknowledgment |
| 11 | 0x0050c237b0040001 | 0x0050c237b0040002 | | | IEEE 802.15.4 | Command: Association Response |
| 12 | | | | | IEEE 802.15.4 | Acknowledgment |
| 13 | 0x0050c237b0040003 | 0x0000 | | | IEEE 802.15.4 | Command: Association Request |
| 14 | | | | | IEEE 802.15.4 | Acknowledgment |
| 15 | 0x0050c237b0040003 | 0x0000 | | | IEEE 802.15.4 | Command: Data Request |
| 16 | | | | | IEEE 802.15.4 | Acknowledgment |
| 17 | 0x0050c237b0040001 | 0x0050c237b0040003 | | | IEEE 802.15.4 | Command: Association Response |
| 18 | | | | | IEEE 802.15.4 | Acknowledgment |
| 19 | 0x0000 | 0x0001 | 0x0000 | 0x0001 | Zigbee APS Data | HA:On/off |
| 20 | | | | | IEEE 802.15.4 | Acknowledgment |
| 21 | 0x0000 | 0x0001 | 0x0000 | 0x0001 | Zigbee APS Data | HA:On/off |
| 22 | | | | | IEEE 802.15.4 | Acknowledgment |
| 23 | 0x0000 | 0x143e | 0x0000 | 0x143e | Zigbee APS Data | HA:On/off |
| 24 | | | | | IEEE 802.15.4 | Acknowledgment |
| 25 | 0x0000 | 0x143e | 0x0000 | 0x143e | Zigbee APS Data | HA:On/off |
| 26 | | | | | IEEE 802.15.4 | Acknowledgment |

Packets 1 through 18 are the packets needed for the nodes to join the network. But notice that at packet 19, the switch begins to send data to the first light, 0x0001. No discovery occurred, the switch just "assumed" the light would be there.

This is a perfectly acceptable practice for a private profile, because the topology and relationships between nodes could be set up in advance. Public profiles require more sophisticated discovery techniques because the network topology is never known in advance.

To run this demo, download the following three projects into their respective boards:

- Chapter04\Example4-6 ZigBee NwkAddr\ZcNcbHaOnOffSwitch.mcp
- Chapter04\Example4-6 ZigBee NwkAddr\ZrSrbHaOnOffLight1.mcp
- Chapter04\Example4-6 ZigBee NwkAddr\ZrSrbHaOnOffLight2.mcp

Once the code is downloaded and the boards are booted (any order), press SW1 to toggle the SrbZrLight1 (NwkAddr 0x0001). Then press SW2 to toggle the SrbZrLight2 (NwkAddr 0x143e). It's as simple as that.

Take a look at the source code on the switch. It just makes a data request like you've seen before, setting the address to the desired node. It doesn't matter if the node is many hops away: ZigBee will discover a route automatically and find the node. The NwkAddr is all that is needed:

```
void BeeAppHandleKeys(key_event_t events)
{
  zbNwkAddr_t aDestAddress;
  zbEndPoint_t endPoint = appEndPoint;

  switch(events) {
  /* SW1 – send toggle to node 0x0001 */
  case gKBD_EventSW1_c:
    Set2Bytes(aDestAddress, 0x0100);
    OnOffSwitch_SetLightState(gZbAddrMode16Bit_c,
      aDestAddress,endPoint,gZclCmdOnOff_Toggle_c, 0);
    break;
  /* SW2 – send toggle command to node 0x143e */
  case gKBD_EventSW2_c:
  Set2Bytes(aDestAddress, 0x3e14);
    OnOffSwitch_SetLightState(gZbAddrMode16Bit_c,
      aDestAddress,endPoint,gZclCmdOnOff_Toggle_c, 0);
    break;
  }
}
```

Note that the addresses are little Endian (lowest byte first). So address 0x0001 is represented as 0x0100. All ZigBee data types are little Endian over-the-air. It is up to the stack vendor to choose how to implement this in source code. Freescale uses little Endian for all the ZigBee types, even though the HCS08 processor used in the MC13213 is big Endian.

> The 16-bit NwkAddr uniquely identifies a node in the network.

### 4.4.3 MAC Addresses

The MAC address, also called IEEE address, long address, or extended address, is a 64-bit number that uniquely identifies this board from all other ZigBee boards in the world. This number is large enough to allow for about 4 billion ZigBee boards for every square meter of land on earth. ZigBee believes that will be a large enough address space for the foreseeable future.

The top 24 bits of this address consist of the Organizational Unique Identifier (OUI). The lower 40 bits are managed by the OEM producing the boards. For example, all Freescale development boards use the OUI 0x0050c2. The rest of the bits 0x37b001xxxx define the specific ZigBee development board (see Figure 4.16).

The 64-bit MAC addresses have no direct relationship to the 16-bit NwkAddr. If a node leaves one ZigBee network and joins another, its MAC address will remain the same, but the NwkAddr will likely change.



**Figure 4.16: MAC Addresses**

ZigBee radios do not contain a MAC address. It is up to the OEM producing boards to procure these and place them in flash memory into the board's MCU. The OUI is obtained from IEEE (`http://www.IEEE.org`). At the time of this writing, an OUI costs a one-time fee of around $1,600 US. If your company already ships networking products (WiFi, Ethernet, etc.) it probably already has an OUI and manages these numbers.

It's interesting to note that no standards body truly polices MAC addresses. If your company places duplicate MAC addresses into nodes that go out in the field, it will confuse the networks and your products won't work, but IEEE won't come after your company. So I guess, in a way, this is self-policing.

In the Freescale solution, for ease of development in the labs, the MAC address is set to a random value by default (address 0x0000000000000000 means to pick a random MAC address). Do not continue to use random MAC addresses in shipping products, or even in field trials.

MAC addresses are used in a number of ZigBee calls, most conspicuously in binding. The reason MAC addresses are used for binding is in case a node is mobile in the network, and it changes its short address. An example of this would be a handheld remote control that moves throughout the house. If the remote moves out of radio range of its parent, it must pick a new parent so that any node which wants to send data to the remote can find where the remote polls for its messages. When a ZED picks a new parent like this, it sends out a device to indicate its new NwkAddr, along with its unique MAC address. Any other node in the network that cares updates its internal tables to reflect this new NwkAddr for the node.

MAC addresses are also used by ZigBee in every secure packet as part of the nonce (the unique number that identifies the packet from all others for authentication reasons).

In the Freescale solution, the MAC address is located in flash memory in the structure `gHardwareParametersInit`. In the Freescale MC13213 (MCU + radio), this structure is at a fixed location at 0xFF72 which places the MAC address at 0xff81. The function which retrieves the MAC address, `BUtl_CreateExtendedAddress()`, which is found in `BeeUtil.c`, can also be overridden to get or to create the MAC address in any way you wish.

Remember that the MAC address, like all over-the-air entities, is little endian. So the MAC address 0x0050c237b0011234 would be represented as the following sequence of bytes in flash memory:

```
0x34 0x12 0x01 0xb0 0x37 0xc2 0x50 0x00
```

At compile-time, the MAC address can be set through Freescale BeeKit or directly in `ApplicationConf.h`:

```
#ifndef mDefaultValueOfExtendedAddress_c
#define mDefaultValueOfExtendedAddress_c
  0x00,0x00,0x00,0x00,0x00,0x00,0x00,0x00
#endif
```

When going to production, you'll need a way to manage the MAC address numbers if your company does not already have such a system. A simple spreadsheet with production run ranges will do.

The production boards must be programmed with these unique MAC addresses, in addition to any other serial numbers, model identifiers, or anything else that should be in flash memory. If you outsource your production, most production facilities offer this "serialization" service.

> MAC addresses can be obtained from http://www.IEEE.org.
>
> Every board must have a 64-bit MAC address.

### 4.4.4   Groups

Groups are a way of collecting a set of nodes into a single addressable entity. A single data request can reach every node in a group. Groups are an optional feature in the ZigBee specification, but are mandatory in some profiles, such as in the Home Automation Profile.

Groups are interesting in that an entire set of devices can perform an action all at once. A ZigBee-enabled home theater system could dim the lights, turn on the DVD player, television, and surround-sound speakers, lower the shades, and turn off the telephone ringer, all with a single over-the-air command.

In another example, all the devices in the entire house could be part of the "I'm going to work" group, which could turn off all lights, and lower the heat in all rooms except the



**Figure 4.17: ZigBee Groups Example**

sun-porch which contains a collection of prized orchids. Over the course of one year, the system pays for itself in reduced energy bills.

Within nodes, applications reside on endpoints. When a groupcast is received, a node checks its endpoints to see if any are members of that group ID. If none match, then the packet is discarded by ZigBee. If there is a match, then the packet is sent to the relevant endpoint(s).

In this three-node example, *Example 4-7 ZigBee Groups*, two lights belong to the same group, but on different endpoints. The switch sends a data request to that group to toggle the light (see Figure 4.17).

To follow the example with hardware, download the source from http://www.zigbook examples.com and then download the following three projects in their relevant boards:

- Chapter04\Example4-7 ZigBee Groups\NcbZcLightGroupA.mcp
- Chapter04\Example4-7 ZigBee Groups\SrbZrLightGroupA.mcp
- Chapter04\Example4-7 ZigBee Groups\SrbZedSwitch.mcp

Only the receiving node(s) need to be part of the group. The sending node needs to know which group to transmit to, but does not need to be a member of that group.

In this example, the lights add themselves to group A with the local function APSME_AddGroupRequest(), but this could be done over-the-air using the Groups Cluster, perhaps by a commissioning tool. By default, BeeStack allows up to

16 groups to be defined per node, distributed among any set of endpoints, as this number is what the ZigBee Home Automation Profile requires:

```
typedef struct zbApsmeAddGroupReq_tag {
  zbGroupId_t aGroupId;
  zbEndPoint_t endPoint;
} zbApsmeAddGroupReq_t;

zbStatus_t APSME_AddGroupRequest(zbApsmeAddGroupReq_t *pRequest);
```

The application adds itself to Group A automatically on start-up, then instructs the network to form automatically. This same code resides in both lights:

```
void BeeAppInit (void)
{
  index_t i;
  zbApsmeAddGroupReq_t groupReq;

  …

  /* add the app endpoint to group A */
  groupReq.aGroupId[0] = 0x0A;
  groupReq.aGroupId[1] = 0;
  groupReq.endPoint = appEndPoint;
  APSME_AddGroupRequest(&groupReq);
  /* form the network automatically */
  TS_SendEvent(gAppTaskID, gAppEvtStartNetwork_c);
}
```

On the switch side, it automatically joins the network. When the user (you) presses SW1, the switch sends out a toggle command via Groupcast:

```
void BeeAppHandleKeys(key_event_t events)
{
  zbNwkAddr_t aDestAddress={0x00,0x00};
  zbEndPoint_t EndPoint=0;

  switch (events) {

    /* send toggle command to group A */
    case gKBD_EventSW1_c:
      aDestAddress[0]=0x0A;
      aDestAddress[1]=0;

      OnOffSwitch_SetLightState(gZbAddrModeGroup_c,
        aDestAddress,EndPoint,gZclCmdOnOff_Toggle_c, 0);
      break;
  }
}
```

Notice that when sending to a group, there is no destination endpoint in the APS frame, only a Group Address. ZigBee assumes the broadcast endpoint (0xff) when groupcasts are used. ZigBee, inside the receiving node, then checks all endpoints to see if they are a member of the group. In this case, endpoint 0x08 in the ZC is a member of group A, and endpoint 0x09 in the ZR is also a member of group A. They match, so the light toggles:

```
Frame 24 (Length=31 bytes)
IEEE 802.15.4
        Frame Control: 0x8841
        Sequence Number: 1
        Destination PAN Identifier: 0x1aaa
        Destination Address: 0xffff
        Source Address: 0x0000
        Frame Check Sequence: Correct
ZigBee NWK
        Frame Control: 0x0048
        Destination Address: 0xffff
        Source Address: 0x796f
        Radius=9
        Sequence Number = 245
ZigBee APS
        Frame Control: 0x0c
                .... ..00 = Frame Type: APS Data (0x00)
                .... 11.. = Delivery Mode: Group Addressing (0x03)
                ...0 .... = Indirect Address Mode: Ignored
                ..0. .... = Security: False
                .0.. .... = Ack Request: Acknowledgement not required
                0... .... = Reserved
        Group Address: 0x000a
        Cluster Identifier: On/off (0x0006)
        Profile Identifier: HA (0x0104)
        Source Endpoint: 0x08
        Counter: 0x6b
ZigBee ZCL
        Frame Control: 0x01
        Transaction Sequence Number: 0x42
        Command Identifier: Toggle (0x02)
```

Groupcasts use the underlying ZigBee broadcast mechanism to deliver the packet to all nodes in the network. Notice the Destination Address in the 802.15.4 (MAC) and ZigBee NWK layers: it is 0xffff, the broadcast address.

As with all broadcasts, ZigBee does not send acknowledgments with groupcasts. A confirm does come back, but it simply means that ZigBee *sent* the groupcast. If a sending

node needs ACKs, it should either use unicasts (where ACKs can occur), or instruct the receiving node to send a unicast back to the initiator of the groupcast.

By the way, the term groupcast is one in common usage but is not part of the ZigBee specification's official terminology.

> Groups allow a single data request to reach an arbitrary set of nodes.
>
> Groups are added in the receiving nodes only, and are attached to endpoints.

### 4.4.5   Using Broadcasts

A broadcast is used to send a data request from one node to the entire ZigBee network, at least within a given radius. Broadcasts come in three flavors:

- 0xffff — Broadcast to all nodes
- 0xfffd — Broadcast to all non-sleeping nodes
- 0xfffc — Broadcast to routers only (including the ZigBee Coordinator)

Broadcasts are used by some underlying ZigBee management functions, such as route discovery or NWK_addr_req, and may be also used by applications.

Think of broadcasts as the waves spreading out from a stone dropped in a still pond. The ripples move away from the center. Unlike waves in a pond, broadcasts ripple out with the same strength to a certain number of hops, defined by the radius, and then stop.

Broadcasts should be used with caution, however. A ZigBee network can support only a limited number of them at any given time. Each broadcast is tracked in what's called the Broadcast Transaction Table (BTT). The minimum number of BTT entries is defined by the stack profile. In the case of stack profile 0x01 used for Home Automation, the minimum is nine. ZigBee does not specify maximums for settings, so this number could be larger, but applications can't count on that.

The number of BTT entries can be set through a property in BeeKit, within the Freescale solution. Set `MaxBroadcastTransactionTableEntries_c` found in `BeeStackConfiguration.h` (see Figure 4.18).



Broadcast, radius = 1

**Figure 4.18: Node A Making a Radius 1 Broadcast**

The broadcast radius is specified as part of a data request that initiates the broadcast. In the Freescale solution, it is part of the afAddrInfo_t type passed as the first parameter to AF_DataRequest():

```
typedef struct afAddrInfo_tag
{
    zbAddrMode_t dstAddrMode;
    zbApsAddr_t dstAddr;
    zbEndPoint_t dstEndPoint;
    zbClusterId_t aClusterId;
    zbEndPoint_t srcEndPoint;
    zbApsTxOption_t txOptions;
    uint8_t radiusCounter;
} afAddrInfo_t;

zbStatus_t AF_DataRequest(afAddrInfo_t *pAddrInfo,
  uint8_t payloadLen, void *pPayload, zbApsCounter_t,
  *pConfirmId);
```

A simple function using broadcast with radius 1 is below. The function assumes the application has already set global variables appCluster and appEndPoint:

```
void BroadCastRadius1(uint8_t payloadLen, void *pPayload)
{
  afAddrInfo_t addrInfo;
```

```
   addrInfo.dstAddrMode = gZbAddrMode16Bit_c;
   Set2Bytes(addrInfo.dstAddr.aNwkAddr, 0xffff); /* all nodes */
   addrInfo.dstEndPoint = 0xff; /* all endpoints */
   Set2Bytes(addrInfo.aClusterId, appCluster);
   addrInfo.srcEndPoint = appEndPoint;
   addrInfo.txOptions = afTxOptionsDefault_c;
   addrInfo.radiusCounter = 1;

   (void)AF_DataRequest(&addrInfo, payloadLen, pPayload, NULL);
}
```

A radius of 1 or 2 is often useful in communicating to nodes in close proximity. The network might be 20 hops in diameter, but if a broadcast is limited to radius 1 it affects only the neighboring nodes.

One use of this technique I've seen was in hotel rooms. Each room had a small set of nodes that monitored and controlled various devices in the room (air-conditioner, card-key lock, etc.). The room controller had all of the intelligence and would instruct the other devices to go into "active" or "sleep" modes, depending on whether the room was occupied. Since the developer of this application knew all of the nodes would be in close proximity, a single message, broadcast, was able to accomplish the job quickly, and efficiently.

If a message will be sent out repeatedly, broadcasts must be paced within the network. ZigBee nodes that propagate the broadcast may not have enough resources (RAM) or entries in the Broadcast Transaction Table (BTT) to accommodate a large set of broadcasts. This is one of the common mistakes with programmers new to ZigBee. Use broadcasts sparingly, or in a controlled manner, and avoid deployment problems. Remember that route requests use broadcasts.

While highly reliable, broadcasts are not guaranteed to get through. Unlike unicasts, broadcasts have no acknowledgment mechanism. If you need to be absolutely sure that a message got through, use a unicast with acknowledgment, or instruct the nodes receiving the broadcast to reply back to the sender to indicate they received the message.

Broadcasts are also useful for advanced commissioning. In Chapter 8, "Commissioning ZigBee Networks," I'll show you an example of using broadcasts to go beyond the ZigBee mechanisms for finding the correct node and endpoint to bind to.

In Freescale BeeStack, broadcasts are initiated with a call to `AF_DataRequest()`, just like all other data requests. Use address mode `gZbAddrMode16Bit_c`, and set the



**Figure 4.19: ZigBee Broadcast Example**

destination address to one of the three broadcast modes: 0xffff, 0xfffd, 0xfffc. Remember, as with all over-the-air fields, to store the field little Endian. For example:

```
Set2Bytes(aBroadCastMode, 0xfdff);
```

This example, *Example 4-8 ZigBee Broadcasts*, again uses lights and a switch. In this case, there will be four nodes: a ZC, a ZR, and two ZEDs, one of which is RxOnIdle = TRUE. What RxOnIdle does is inform the parent that this node won't be sleeping, so to send messages to it at any time. The broadcast address 0xfffd will reach this node, whereas the sleepy ZED will only be reached with a standard 0xffff broadcast address (see Figure 4.19).

The ZC is the switch. The other three nodes are lights. The user interface is simple, as shown in Table 4.6.

Download the following four projects into the respective boards. If using the Freescale NSK, which only has three boards, use just one of the ZEDs.

- Chapter04\Example4-8 ZigBee Broadcasts\ZcNcbHaOnOffSwitch.mcp
- Chapter04\Example4-8 ZigBee Broadcasts\ZrSrbHaOnOffLight.mcp

**Table 4.6  ZigBee Broadcast Example UI**

| Switch | Description |
|--------|-------------|
| SW1 | Sends an on/off toggle command via broadcast address 0xffff (This will toggle all lights.) |
| SW2 | Sends an on/off toggle command via broadcast address 0xfffd (This will toggle ZR and RxOnIdle ZED.) |
| SW3 | Sends an on/off toggle command via broadcast address 0xfffc (This will toggle only the ZR.) |

- Chapter04\Example4-8 ZigBee Broadcasts\ZedSrbHaOnOffLight.mcp
- Chapter04\Example4-8 ZigBee Broadcasts\ZedSrbRxOnIdleHaOnOffLight.mcp

Once the boards have booted and joined the network, press SW1 on the ZcNcbHaOnOffSwitch. All the lights in the network toggle!

But something strange happened. The sleepy ZED didn't turn on its light for three seconds. Why? The sleepy (non RxOnIdle) ZED polls its parent once every three seconds, so there will be a delay before the message is received. Its parent has held the message before delivery. This only works if the polling rate is fairly fast (once every six seconds or less), since the MAC will purge the message after this amount of time. I'll describe in-depth sleepy ZigBee devices in the next chapter when I discuss low power.

Now press SW2. Notice that the sleepy ZED doesn't receive this message at all, but the awake (RxOnIdle) ZED does, and so does the ZR.

Now press SW3. Neither of the ZEDs receives this toggle command; it is only for routers, so only the ZR toggles.

Here is the over-the-air capture:

```
Seq No  MAC Src  MAC Dest  NWK Src  NWK Dest  Protocol          Packet Type
--------------------------------------------------------------------------------
34      0x0000   0xffff    0x0000   0xffff    Zigbee APS Data   HA:On/off
35      0x0001   0xffff    0x0000   0xffff    Zigbee APS Data   HA:On/off
36      0x796f   0x0000                       IEEE 802.15.4     Command: Data Request
37                                            IEEE 802.15.4     Acknowledgment
38      0x0000   0x796f    0x0000   0xffff    Zigbee APS Data   HA:On/off
39                                            IEEE 802.15.4     Acknowledgment
40      0x0000   0xffff    0x0000   0xfffd    Zigbee APS Data   HA:On/off
41      0x0001   0xffff    0x0000   0xfffd    Zigbee APS Data   HA:On/off
42      0x796f   0x0000                       IEEE 802.15.4     Command: Data Request
43                                            IEEE 802.15.4     Acknowledgment
44      0x0000   0xffff    0x0000   0xfffc    Zigbee APS Data   HA:On/off
45      0x0001   0xffff    0x0000   0xfffc    Zigbee APS Data   HA:On/off
46      0x796f   0x0000                       IEEE 802.15.4     Command: Data Request
47                                            IEEE 802.15.4     Acknowledgment
```

Notice when the first (0xffff) broadcast is initiated (packet 34), it is repeated by the ZR (packet 35). In fact, broadcasts are repeated by all routers in a ZigBee network, within the given radius. Not until the sleepy ZED polls its parent (packet 36) does the parent give the broadcast to the sleeping light (packet 38). The parent only indicates there is a message waiting on broadcast to all nodes (0xffff). The other two broadcast modes, 0xfffd and 0xfffc do not go to sleeping children.

From the over-the-air capture it's hard to see the RxOnIdle ZED interact with the toggle command, because it does not repeat broadcasts, but if you try this example with real hardware, you'll see the light toggle on the ZedRxOnIdleSrbHaOnOffLight with both broadcast modes 0xffff and 0xfffd, but not with 0xfffc. 0xfffc is only received by ZRs:

```
void BeeAppHandleKeys(key_event_t events)
{
  zbNwkAddr_t aDestAddress;
  zbEndPoint_t endPoint = appEndPoint;

  switch (events) {

    /* SW1-toggle via broadcast 0xffff */
    case gKBD_EventSW1_c:
      Set2Bytes(aDestAddress, 0xffff);
      OnOffSwitch_SetLightState(gZbAddrMode16Bit_c,
        aDestAddress,endPoint,gZclCmdOnOff_Toggle_c, 0);
      break;

    /* SW2-toggle via broadcast 0xfffd */
    case gKBD_EventSW2_c:
      Set2Bytes(aDestAddress, 0xfdff);
      OnOffSwitch_SetLightState(gZbAddrMode16Bit_c,
        aDestAddress,endPoint,gZclCmdOnOff_Toggle_c, 0);
      break;

    /* SW3-toggle via broadcast 0xfffc */
    case gKBD_EventSW3_c:
      Set2Bytes(aDestAddress, 0xfcff);
        OnOffSwitch_SetLightState(gZbAddrMode16Bit_c,
          aDestAddress,endPoint,gZclCmdOnOff_Toggle_c, 0);
      break;
  }
}
```

Broadcasts don't need specific commissioning. There is no "binding" to a broadcast destination address. A node simply broadcasts to a specified radius. The default radius for a broadcast spans the entire network.

Broadcasts can reach many ZigBee nodes with a single data request.

There are three broadcast types: 0xffff (all), 0xfffd (awake), and 0xfffc (routers only).

## 4.5   Addressing Within the Node

The ZigBee addressing discussed so far, PAN IDs, unicasts, groupcasts, and broadcasts, are all about getting data to a node. But ZigBee goes beyond a networking protocol. ZigBee also offers application-level compatibility. To achieve this, ZigBee contains a variety of concepts I'll explain in detail here: endpoints, clusters, command, attributes, and profiles.

Addressing within ZigBee includes all of the following components:

- PAN ID (MAC)
- NwkAddr (NWK)
- Endpoint (APS)
- Profile ID (APS)
- Cluster (APS)
- Command and/or attribute (ZCL)

Take a look at this packet decode for the toggle command. All of the above components are included. The PAN ID is found in the IEEE 802.15.4 (MAC) portion of the frame, the source, and destination NwkAddr are found in the NWK frame, the source and destination endpoint, profile ID, and cluster ID are found in the APS frame. The command is found in the ZCL frame:

```
Frame 38 (Length = 30 bytes)
IEEE 802.15.4
       Frame Control: 0x8861
       Sequence Number: 67
       Destination PAN Identifier: 0x0f00
       Destination Address: 0x0000
       Source Address: 0x796f
ZigBee NWK
       Frame Control: 0x0048
       Destination Address: 0x0000
       Source Address: 0x796f
```

```
        Radius = 10
        Sequence Number = 19
ZigBee APS
        Frame Control: 0x40
        Destination Endpoint: 0x08
        Cluster Identifier: On/off (0x0006)
        Profile Identifier: HA (0x0104)
        Source Endpoint: 0x08
        Counter: 0x45
ZigBee ZCL
        Frame Control: 0x01
        Transaction Sequence Number: 0x48
        Command Identifier: Off (0x00)
```

### 4.5.1   Endpoints

Within each node are endpoints. Endpoints, identified by a number between 1 and 240, define each application running in a ZigBee node (yes, a single ZigBee node can run multiple applications).

Imagine a virtual wire connecting an endpoint on one node to an endpoint on another node, from endpoint 1 on node A to endpoint 99 on node B (see Figure 4.20).



**Figure 4.20: Endpoints Are Virtual Wires Between Applications**

A node may contain any number of endpoints (up to 240), with any set of endpoint identifiers. For example, a single node might contain just one endpoint, numbered 55. Or a node might contain 20 endpoints, numbered 1 through 10 and 201 through 210.

Endpoints serve three purposes in ZigBee:

- Endpoints allow for different application profiles to exist within each node

- Endpoints allow for separate control points to exist within each node

- Endpoints allow for separate devices to exist within each node

Perhaps a switch may be sold in both commercial and home (or light commercial) markets. This switch, then, might support two Application Profiles: Home Automation and Commercial Building Automation. If so, it would contain two endpoints, one for each profile.

Perhaps a bank of three switches, as depicted in Figure 4.20, contains a single radio. Each of the switches would reside on a separate endpoint within that node, so that the switches operate independently of each other.

Perhaps a single widget contains three separate devices from a ZigBee standpoint. A common example of this is a thermostat. ZigBee defines at least three separate devices to heat or cool a home or office, each of which may be controlled or monitored independently: a thermostat, which includes a human interface, a temperature sensor which informs the thermostat how warm it is, and a heating/cooling unit which physically controls the heater or air-conditioner unit. All three of these devices might be separated, spread out across the office, or they might be together in one widget as is common in homes. In the latter case, each of these devices would reside on a separate endpoint, within a single ZigBee node.

There is a special endpoint called a broadcast endpoint (0xff). Sending a data request to the broadcast endpoint will reach all endpoints within the node that matches the profile ID. The broadcast endpoint is implied when groupcasting (sending a data request with address mode `gZbAddrModeGroup_c`).

The example in this section, *Example 4-9 ZigBee Endpoints*, shows how a single node can support multiple endpoints. This example only uses two nodes, a ZC light and a ZR switch, but three different endpoints exist within each node. The ZC light has three separately controllable lights in one node, while the ZR switch has three separate



**Figure 4.21: ZigBee Endpoints Example**

toggle switches in the other (see Figure 4.21). In this case, I've numbered the endpoints 1 through 3 on the switch, and 11, 22, and 33 on the light, just to show exactly which endpoint numbers are used doesn't matter much to ZigBee.

The user interface on this example is pretty simple (see Table 4.7). Each switch, SW1-SW3, toggles a light. Each long switch, LSW1 – LSW3, binds that switch to the light when pressed on both nodes (light and switch). Feel free to bind any light to any switch. If binding a switch to multiple lights, use multiple End-Device-Bind sequences.

Compile and download the following projects into their respective boards:

- Chapter04\Example4-9 ZigBee Endpoints\ZcNcbHaOnOffLight.mcp
- Chapter04\Example4-9 ZigBee Endpoints\ZrSrbHaOnOffSwitch.mcp

**Table 4.7: ZigBee Endpoints Example UI**

| Switch | Use |
|--------|-----|
| SW1 | Toggles remote light bound on this endpoint |
| LSW1 | Binds EP1 |
| SW2 | Toggles remote light bound on this endpoint |
| LSW2 | Binds EP2 |
| SW3 | Toggles remote light bound on this endpoint |
| LSW3 | Binds EP3 |
| SW4 | Sends to the broadcast endpoint, which will toggle all three remote lights |

Next, press LSW1 on both the switch and the light to bind SW1 on the switch to LED1 on the light. Do the same with LSW2 and LSW3, on both boards. Now, press SW1 to toggle LED1, press SW2 to toggle LED2, and press SW3 to toggle LED3. Notice they are all independent of each other.

Feel free to reboot and bind them in any way you choose. These nodes don't keep track of binding after a reset, as a production-ready node might do. I often find it handy to have nodes forget what they know after a reset when making example code. The next chapter will describe how to save all of the information using Non-Volatile Memory.

Notice how the ZDO End-Device-Bind request, shown below and sent when LSW1 was pressed, includes which endpoint will be bound and which clusters the device is looking for:

```
Frame 42 (Length = 53 bytes)
IEEE 802.15.4
       Frame Control: 0x8861
       Sequence Number: 39
       Destination PAN Identifier: 0x0f00
       Destination Address: 0x0000
       Source Address: 0x0001
       Frame Check Sequence: Correct
ZigBee NWK
       Frame Control: 0x0048
       Destination Address: 0x0000
       Source Address: 0x0001
       Radius=10
       Sequence Number = 135
ZigBee APS
       Frame Control: 0x00
       Destination Endpoint: 0x00
       Cluster Identifier: EndDeviceBindReq (0x0020)
       Profile Identifier: ZDP (0x0000)
       Source Endpoint: 0x00
       Counter: 0x1d
ZigBee ZDO
       Transaction Seq Number: 0x04
       End Device Bind Request
              Binding Target: 0x0001
              Source IEEE Address: 00:50:c2:37:b0:04:00:02
              Source Endpoint: 0x03
              Profile ID: HA (0x0104)
              Number Of Input Clusters: 4
              Input Cluster List
                     Cluster 1: Basic (0x0000)
                     Cluster 2: Identify (0x0003)
```

```
            Cluster 3: Groups (0x0004)
            Cluster 4: On/off Switch Configuration (0x0007)
    Number Of Output Clusters: 1
    Output Cluster List
            Cluster 1: On/off (0x0006)
```

In the Freescale solution, the list of endpoints is defined in `EndPointConfig.c` in a structure called, strangely enough, `endPointList`. Most nodes support just one endpoint. Some have a handful. This one has three on/off lights. A node could support a temperature sensor, thermostat, and light switch, or could support a variety of applications on different application profiles, including a private profile. Again, remember the three purposes of endpoints:

- Endpoints allow for different application profiles to exist within each node

- Endpoints allow for separate control points to exist within each node

- Endpoints allow for separate devices to exist within each node

```
const endPointList_t endPointList[3]={
  {&HaOnOffLight1_EndPointDesc, &gHaOnOffLightDeviceDef1},
  {&HaOnOffLight2_EndPointDesc, &gHaOnOffLightDeviceDef2},
  {&HaOnOffLight3_EndPointDesc, &gHaOnOffLightDeviceDef3}
};
```

The `EndPointDesc` field points to an endpoint descript which in turn points to a SimpleDescriptor. Simple Descriptors are a ZigBee construct that describes the endpoint in detail:

```
const zbSimpleDescriptor_t HaOnOffLight3_SimpleDescriptor={
  12,   /* Endpoint number */
  0x4, 0x1,  /* Application profile ID */
  0x0, 0x1,  /* Application device ID */
  0,    /* Application version ID */
  5,    /* Number of input clusters */
  (uint8_t *)HaOnOffLightInputClusterList,
  0,    /* Number of output clusters */
  (uint8_t*)HaOnOffLightOutputClusterList,
};
```

Freescale also requires a device definition as part of their ZigBee Cluster Library support. If ZCL is not used, a device definition is not required. The device definition, among other things, points to common cluster routines and an instantiation of data for that endpoint. Different instantiations of data allow the three on/off lights to be controlled independently of each other.

One thing that's very important in Freescale's BeeStack: Be sure to register the endpoints. If an endpoint is not registered, then no data can be sent or received on that endpoint. The standard `BeeAppInit()` automatically registers all of the endpoints defined in the endpoint list:

```
void BeeAppInit(void)
{
  index_t i;
  /* register the application endpoint(s) */
  for(i=0; i< gNum_EndPoints_c;++i) {
    (void)AF_RegisterEndPoint(endPointList[i].pEndpointDesc);
  }
  ...
}
```

The on/off light (`ZcNcbHaOnOffLight`) determines which LED to toggle based on the incoming endpoint. The incoming frame comes into `BeeAppDataIndication()`. Then the code is parsed by the ZCL function, `ZCL_InterpretFrame()`, which in turn calls on `BeeAppUpdateDevice()`. The application doesn't have to worry about data coming in on an unregistered endpoint: If the endpoint is not registered, the packet is thrown away. `BeeAppUpdateDevice()` is where the real work happens for turning the light on and off. It doesn't matter to the code in this example whether the endpoint starts at 1, 10, or 193, but it does assume the endpoints are contiguous:

```
void BeeAppUpdateDevice
{
  (
  zbEndPoint_t endPoint,    /* IN: endpoint update happend on */
  zclUIEvent_t event        /* IN: state to update */
  )
{
  static const uint8_t aiLeds[]={LED1, LED2, LED3};
  static const char acLeds[]={'1', '2', '3'};
  static char szLightStr[]="Light1 Off";
  uint8_t iLedIndex;

  /* get an index into the endpoints */
  iLedIndex = endPoint-appEndPoint;
  if(iLedIndex >= gNum_EndPoints_c)
    iLedIndex=0;
  szLightStr[5]=acLeds[iLedIndex];

  switch (event) {
    case gZclUI_Off_c:
      ASL_SetLed(aiLeds[iLedIndex],gLedOff_c);
```

```
      FLib_MemCpy(&szLightStr[7], "Off", 3);
      ASL_LCDWriteString(szLightStr);
      ExternalDeviceOff();
      break;

    case gZclUI_On_c:
      ASL_SetLed(aiLeds[iLedIndex],gLedOn_c);
      FLib_MemCpy(&szLightStr[7], "On", 3);
      ASL_LCDWriteString(szLightStr);
      ExternalDeviceOn();
      break;

    default:
        ASL_UpdateDevice(endPoint,event);
  }
}
```

This example showed how to use endpoints for multiple control points within a single node, both on the sending (switch) and receiving (light) side.

So why pick a particular endpoint number for any given application purpose, whether defining a control point, a new device, or a new profile within the node? If using a ZigBee public profile, such as Home Automation or Commercial Building Automation, the choice is completely arbitrary. I suggest starting at endpoint 1 and going up from there. If you are supporting multiple control points, keep them contiguous (e.g., 1, 2, 3) to make the C coding easier based on the destination endpoint number.

If using a private application profile, it is easiest to use a fixed endpoint for all devices in the network. The default endpoint in Freescale demo applications is 8. If using only one endpoint, just leave it there for private profiles. The network can then avoid the initial start-up discovery of endpoints and event save code-size by not including those functions. I'll talk more about endpoint discovery functions in Chapter 5, "ZigBee, ZDO, and ZDP."

> Think of endpoints as virtual wires connecting applications.
>
> Endpoints allow for separate profiles, devices, and control points to exist within a single node.

## 4.5.2    Clusters

Clusters, defined by a 16-bit identifier, are application objects. Whereas the NwkAddr and endpoint are addressing concepts, the cluster defines application meaning. The cluster that has been used for many examples in this book is the OnOffCluster

**Table 4.8:  Some ZigBee Clusters**

| Cluster Name | Cluster ID |
|---|---|
| Basic Cluster | 0x0000 |
| Power Configuration Cluster | 0x0001 |
| Temperature Configuration Cluster | 0x0002 |
| Identify Cluster | 0x0003 |
| Groups Cluster | 0x0004 |
| Scenes Cluster | 0x0005 |
| OnOff Cluster | 0x0006 |
| OnOff Configuration Cluster | 0x0007 |
| Level Control Cluster | 0x0008 |
| Time Cluster | 0x000a |
| Location Cluster | 0x000b |

(ID 0x0006). This cluster knows how to turn something on or off. It doesn't matter whether the something is a light, a pump, a doorbell, or is a mechanism to open and close a door. All of these things have a binary state: on or off, open or closed.

Clusters encapsulate both commands and data. A ZigBee application can determine whether the light is on or off by querying the OnOffAttribute within the OnOffCluster, or it can set the state of that light by commanding the cluster to turn the light on, off, or to toggle it. A small subset of the clusters defined by the ZigBee Cluster Library includes the information shown in Table 4.8.

Clusters only have meaning within a particular profile. For example, a private profile may define cluster 0x0000 as the "shut down the network" cluster, whereas cluster 0x0000 is the Basic Cluster in the Home Automation profile. To keep things simple, all profiles which support the ZigBee Cluster Library use the same cluster IDs. That is, any ZigBee public profile which turns something on or off will use cluster ID 0x0006 for that purpose.

Clusters, in addition to the identifier, have direction. In the SimpleDescriptor which describes an endpoint, a cluster is listed as either input or output. This is used only for the purposes of service discovery: a switch, which has cluster 0x0006 as an output, can find a light, which has cluster 0x0006 as an input. But a switch doesn't find another switch, as they are both outputs on cluster 0x0006 and don't match.

**Table 4.9:  Morse Code Clusters**

| Profile ID | Cluster Name | Cluster ID | Data |
|------------|--------------|------------|------|
| 0xc035 | MorseBlink | 0x0100 | short (0) or long (1) |
| 0xc035 | MorseString | 0x0101 | ASCII string |

Clusters contain both code (commands) and data (attributes). Commands cause action. Attributes keep track of the current state of that cluster. A good example of this is the HA DimmingLight. It supports both the OnOff Cluster (0x0006) and the LevelControl Cluster (0x0008). There are commands to turn the light on, off, or toggle it on the OnOff Cluster; but to control the dimming function, commands on the LevelControl Cluster are used. The data on the OnOff Cluster is simply a field: Is the light on, or off. The data on the LevelControl Cluster indicates what dimming level the light is (or will be) at when it is in the "on" state.

Clusters in a private profile may communicate any kind of data. ZigBee places no restrictions. Attributes and commands, which are part of the ZigBee Cluster Library specification, may not even be used at all. For example, San Juan Software uses a private profile, 0xc035, for all of our training and demo programs. You've seen one of these demo programs already in "*Example 3-2: Morse Code*," from Chapter 3, "The ZigBee Development Environment." The Morse Code program uses two clusters, shown in Table 4.9

The Morse Code program does not use the ZigBee Cluster Library, so the meanings of the clusters are completely open. San Juan Software maintains a database of clusters for the training applications on the SJS private profile 0xC035, so the applications can be used together on the same network without conflict.

The following source code shows how the data indication is handled with these clusters from the SJS private profile. Notice that the code needs only to check the cluster ID. Endpoint and profile ID are already handled by the ZigBee stack:

```
void BeeAppDataIndication(void)
{
  apsdeToAfMessage_t *pMsg;
  zbApsdeDataIndication_t *pIndication;

  while(MSG_Pending(&gAppDataIndicationQueue))
  {
```

```
   /* Get a message from a queue */
   pMsg=MSG_DeQueue(&gAppDataIndicationQueue);

   /* ask ZCL to handle the frame */
   pIndication=&(pMsg- > msgData.dataIndication);

   /* user wants to blink (short or long) */
   if(pIndication- > aClusterId == gClusterMorseBlink)
     MorseBlink(pIndication- > pAsdu[0]);

   /* user passed a string to */
   else if(pIndication- > aClusterId == gClusterMorseString)
     MorseString(pIndication- > asduLength, pIndication- > pAsdu);

   /* Free memory allocated by data indication */
   MSG_Free(pMsg);
  }
}
```

> Think of clusters as an object, including both code (commands) and data (attributes).
>
> Clusters may have any meaning in a private profile.

## 4.5.3   Commands

Public profiles use the ZigBee Cluster Library. ZCL introduces two new concepts into ZigBee that you won't find in the main ZigBee stack specification: commands and attributes. ZCL makes it easy to get or to set attributes through a common set of commands, and provides a simple mechanism for issuing cluster-specific commands.

Commands are identified by an 8-bit number, and are either cluster-specific, or cross-cluster. Cluster-specific commands depend on the cluster number, and generally start at 0x00. For example, 0x00 is the "off" command in the OnOff Cluster, whereas 0x00 is "move-to-level" command in the LevelControl Cluster.

ZCL is used in (nearly) all of the ZigBee public profiles, but is not required for private profiles. Considerable code space can be saved by leaving out ZCL, but then of course, the features of ZCL are left out, too.

Over-the-air, ZCL frames are the payload of the APS frame. Take a look at the following ZCL:

```
ZigBee APS
      Frame Control: 0x00
      Destination Endpoint: 0x08
```

```
        Cluster Identifier: On/off (0x0006)
        Profile Identifier: HA (0x0104)
        Source Endpoint: 0x08
        Counter: 0x3f
ZigBee ZCL
        Frame Control: 0x01
            .... ..01=Frame Type: Command is specific to a cluster (0x01)
            .... .0..=Not Manufacturer Specific
            .... 0...=Direction: From the client side to the server side
            0000 ....=Reserved: Reserved (0x00)
        Transaction Sequence Number: 0x48
        Command Identifier: Off (0x00)
```

Notice that the command in the ZCL frame is the identifier for "Off." Command 0x00 is only "Off" in this case because it is the On/Off Cluster (0x0006), as identified in the APS frame. If it were a different cluster, such as the Level Control Cluster, command 0x00 would be "Move to level."

Clusters may work together to form a complete application. For example, a dimming light supports both the On/Off Cluster and the Level Control Cluster, and the on/off behavior has specific meaning when related to a dimming light. For example, "on" turns the device on to the last non-zero level.

> Commands cause action on a cluster.

### 4.5.4   Attributes

You've seen the command "toggle" many times throughout this book. But what if the application wants to know whether the light is on or off, after toggling it? That's where attributes come in. An application simply needs to read the attribute on that cluster.

Attributes store the current "state" of a given cluster. Collectively, a set of attributes on all clusters supported by a device define the state of that device. There are generic ZCL commands to read and write attributes on any given cluster.

Attributes are identified by a 16-bit number, and may be any value between 0x0000 and 0xffff. In the ZigBee Cluster Library, they tend to start at 0x0000 for any given cluster.

Attributes can even be set up to report automatically at regular intervals, if they change, or both. I'll describe the ZigBee Cluster Library in a lot more detail in Chapter 6, "The

ZigBee Cluster Library." It is there I'll include plenty of examples on reading, writing, and reporting attributes.

> Attributes show the state of a given cluster.

# 4.6 Profiles

Every data request in ZigBee is sent (and received) on an Application Profile. Application Profile IDs are 16-bit numbers and range from 0x0000 to 0x7fff for public profiles and 0xbf00 to 0xffff for manufacturer specific profiles.

Think of a profile as a domain space of related applications and devices. Public profiles are those specified by the ZigBee Alliance (as opposed to private profiles specified by individual OEMs). Home Automation is a public application profile which defines a wide range of ZigBee networked devices intended for use in the home, including lights and switches, wall outlets, remotes, thermostats, air-conditioners, and heaters. Another public profile, Commercial Building Automation, defines ZigBee devices such as advanced lights and switches, and keyless entry and security systems.

Any number of Application Profiles, both public and manufacturer-specific, may exist in a single ZigBee network. In fact, any number of profiles may exist in a single node on the network, separated on different endpoints.

The ZigBee Alliance continues to work on public profiles to ensure they match the needs of OEMs producing products. It is the OEMs in the ZigBee Alliance who define the profile in the first place. Table 4.10 shows a short list of the ZigBee public profiles.

**Table 4.10: ZigBee Public Profile IDs**

| Profile ID | Profile Name |
|------------|-------------|
| 0101 | Industrial Plant Monitoring (IPM) |
| 0104 | Home Automation (HA) |
| 0105 | Commercial Building Automation (CBA) |
| 0107 | Telecom Applications (TA) |
| 0108 | Personal Home & Hospital Care (PHHC) |
| 0109 | Advanced Metering Initiative (AMI) |

Public profiles are designed so that products from one manufacturer (X) can work, right out-of-the-box, with products from another manufacturer (Y). For example, a thermostat from Honeywell can work with a variable-airflow-valve from Trane, or a light from Philips can work with a switch from Leviton.

ZigBee members may also apply for what is called a private profile. Private profiles, officially called Manufacturer Specific Profiles (or MSPs), are not defined by the ZigBee Alliance, but instead are defined by the OEMs making the products. Private profiles are used for those applications that do not need to interact with other vendors' products.

## 4.6.1   Public Profiles

All of the devices pictured in Figure 4.22 are part of the Home Automation profile. Once commissioned, all these devices perform their appropriate actions, simply and effectively.



**Figure 4.22: Devices in a ZigBee Public Profile**

The light switches (both on/off and dimmer) just work as light switches should, and the temperature is sent dutifully to the thermostat once each minute, which controls the heating and/or cooling unit. Lights may be dimmable or not, and may be three-way (toggle) or two-way (on/off).

The Freescale solution supports the Home Automation public profile out-of-the-box, including a large same of ready-made HA devices such as lights, thermostats, and temp sensors. All the devices can be monitored by the PC through the ZigBee Environment Demo (ZeD). I'll not describe the ZigBee Environment Demo more here, since the Freescale documentation already does an adequate job.

Nearly all public profiles use the ZigBee Cluster Library, so I'll leave the example and details to Chapter 6, "The ZigBee Cluster Library."

## 4.6.2   Manufacturer-Specific Profiles

Manufacturer-specific profiles (MSPs) allow the OEM to define any set of clusters, endpoints, and devices. ZigBee places no restrictions on what type of data is transmitted, other than requesting that the data rate remain reasonable, so the application doesn't flood the channel.

The ZigBee Alliance assigns MSP identifiers upon requests from member companies. As explained before, San Juan Software has been assigned an MSP that we use for training and demo purposes: `0xc035`. Feel free to use this MSP for your own demos, keeping in mind that it's not suitable for shipping products. At the time of this writing, there is no charge for a Manufacturer Specific Profile ID. Simply join the ZigBee Alliance and request one.

To define clusters in a private profile, start by mapping out all of the devices that will exist in the network, and all the information they must communicate. Define the payloads to be as small as possible. It is often just fine to assume some information on both sides. For example, a single command byte might suffice.

The example in this section, *Example 4-10 iPod Controller*, shows how to use a manufacturer-specific profile in an application. It sends a single command byte over the air on a particular cluster. That command byte is translated into a series of bytes that are sent over the serial port to control an iPod.

You've probably noticed most of the examples in this book are purely software examples. That's appropriate because this text is really about ZigBee, which aside from the radio,

is all about software. But no embedded book is ever truly complete without at least one hardware project. To make it more fun, this one involves both a ZigBee network and an Apple iPod.

*Warning and Disclaimer: This example involves modifying hardware and connecting a Freescale SRB board to an iPod. While this example worked well for the author, no warranty of any kind is implied or expressed that this will actually work in your case. Any damage to your hardware, loss of productivity or loss of life and limb is strictly your responsibility.*

Seriously, if you implement this example, do be careful so you don't damage either your Apple iPod or your Freescale SRB board.

The concept is fairly simple. Use ZigBee to control an iPod (see Figure 4.23). One ZigBee node will act as an iPod controller and is wired directly to a connector plugged into the iPod dock connector port. Another ZigBee node will act as the remote control.

The following commands are implemented in this simple remote control:

- Play/Pause
- Skip Forward
- Skip Backward
- Volume Up
- Volume Down

As seen in the figure, the ZED is the remote control. This is appropriate because a real remote control is likely to be battery-operated, and so should be a ZigBee End-Device. The iPod Controller is a ZigBee Coordinator only to keep the example small, with only



iPod Remote
(ZED)

iPod Controller
(ZC)

**Figure 4.23: iPod Controller Concept**

two nodes. This same example could work across any size ZigBee network, and the iPod controller could be an RxOnIdle ZED, or a ZigBee Router.

To obtain an iPod connector, I used an on-line store headquartered in Sweden (strange how the world is so small these days) at http://home.swipnet.se/ridax/connector.htm. They also have a U.S. office and phone number.

To obtain more information on the iPod connector and the commandset available, take a look at my old favorite, Wikipedia: http://en.wikipedia.org/wiki/Dock_connector, or go to http://ipodlinux.org/Dock_Connector.

To prepare an SRB board for the iPod Controller node, remove the battery pack from the back. There is some double-sided sticky tape, and also the thin wire connection between the battery pack and the board. I simply used my hands and applied pressure. The SRB board doesn't care if the battery pack is gone as it can also receive power through the USB connector.

You will also need a soldering iron. I used my own, but you may have a coworker or friend who can do the soldering.

Assuming you've been following along with examples using the Freescale development kit, the NSK, this example can be completed with the following steps:

1. Buy a connector (this may take a few days to deliver)

2. Buy an iPod (Okay, you probably already have one)

3. Open the case and remove the battery pack from the SRB

4. Solder the two-wire connector to the SRB as pictured

5. Program the modified SRB as the Controller, and another SRB as the remote

6. Enjoy controlling the iPod with the remote SRB board

Pictured in Figure 4.24 are an SRB board on the left, and an iPod on the right, with the dock connector hardwired to the SRB board and plugged into the iPod. The black wire is the ground. Any ground will do, but I used the ground from the BDM (J101, pin 2). Only the Tx wire needs to be connected for this demo, as the SRB will control the iPod, but not receive any information from it. I've included a close-up picture of the soldering in Figure 4.25.

2307

**186 Chapter 4**



**Figure 4.24: iPod Connector**



**Figure 4.25: Solder Red Wire to TP131 (Tx), Black to Ground**

To run the example, compile and download the following two projects into two SRB boards onto the one which you have soldered the iPod connector:

- Chapter04\Example4-10 iPodController\SrbZciPodController
- Chapter04\Example4-10 iPodController\SrbZediPodRemote

These operate on channel 25, PAN ID 0x1aaa, but any set of channels or PAN IDs will do. The application is the same whether it is on the controller or the remote. If the application receives an over-the-air command, that is, a data indication, it sends a corresponding set of bytes to the serial port. If a button is pressed, it sends the command over-the-air via a data request to node 0x0000.

Assuming node 0x0000 for the destination (the ZC) made the application a little simpler, with a bit of work the application could be made more robust complete with binding.

I also show a close-up of the wiring configuration in Figure 4.25. Make sure to solder the red wire to the Tx pin on the UART (TP131 at the back of the SRB board). Make sure to solder the black wire to ground. I used pin 2 of J101, but any ground pin will do.

When the command is sent over-the-air, it looks like the following. This decode depicts command 0x01 which instructs the iPod to skip forward one song:

```
Frame 18 (Length=28 bytes)
IEEE 802.15.4
       Frame Control: 0x8861
       Sequence Number: 205
       Destination PAN Identifier: 0x1aaa
       Destination Address: 0x0000
       Source Address: 0x796f
       Frame Check Sequence: Correct
ZigBee NWK
       Frame Control: 0x0048
       Destination Address: 0x0000
       Source Address: 0x796f
       Radius=10
       Sequence Number=219
ZigBee APS
       Frame Control: 0x00
       Destination Endpoint: 0x01
       Cluster Identifier: (0x0001)
       Profile Identifier: (0xc035)
       Source Endpoint: 0x01
       Counter: 0x4d
       Unknown APS Data: 01
```

Note the profile ID in the ZigBee APS frame (0xc035). This is a private profile assigned to San Juan Software by the ZigBee Alliance. In this profile, cluster 0x0001 means the "iPod" cluster. This cluster is defined to contain a single command byte in the payload, called "APS Data." The commands mirror the features available to the iPod controller.

- Play/Pause        (cmd 0x00)
- Skip Forward      (cmd 0x01)
- Skip Backward     (cmd 0x02)
- Volume Up         (cmd 0x03)
- Volume Down       (cmd 0x04)

The data indication on the iPod Controller simply takes this command byte in and passes it along to the function `SendiPodRemoteCommand()`, which sends a corresponding command string over the serial port at 19,200 baud. The serial port is connected to the iPod via the 2-wire interface:

```
void BeeAppDataIndication(void)
{
  apsdeToAfMessage_t *pMsg;
  zbApsdeDataIndication_t *pIndication;

  while(MSG_Pending(&gAppDataIndicationQueue))
  {
    /* Get a message from a queue */
    pMsg=MSG_DeQueue(&gAppDataIndicationQueue);
    pIndication=&(pMsg- > msgData.dataIndication);

    /* is the cluster for the application */
    if(pIndication- > aClusterId == appDataCluster)
      SendiPodRemoteCommand(pIndication- > pAsdu[0]);

    /* Free memory allocated by data indication */
    MSG_Free(pMsg);
  }
}
void SendiPodRemoteCommand(iPodRemoteCommand_t cmd)
{
  uint8_t *pCmdPtr;

  switch(cmd) {
    case gPlayPause_c:
      pCmdPtr=PlayPause;
      break;
```

```
    case gSkipForward_c:
      pCmdPtr=SkipForward;
      break;
    case gSkipReverse_c:
      pCmdPtr=SkipReverse;
      break;
    case gVolumeDown_c:
      pCmdPtr=VolumeDown;
      break;
    case gVolumeUp_c:
      pCmdPtr=VolumeUp;
      break;
    default:
      pCmdPtr=ButtonRelease;
      break;
  }

  /* send command-all commands are the same size */
  (void)UartX_Transmit(pCmdPtr, sizeof(PlayPause), NULL);
  while (!UartX_TxCompleteFlag);

  /* delay 100 microseconds before sending button release */
  DELAY_100US();

  /* Button release must always be sent after a command */
  UartX_Transmit(ButtonRelease, sizeof(ButtonRelease), NULL);
  while (!UartX_TxCompleteFlag);
}
```

On the sending end, the application simply creates a data request with the command-byte associated with the particular button:

```
void BeeAppHandleKeys(key_event_t keyEvent)
{
  switch(keyEvent) {

    /* play/pause */
    case gKBD_EventSW1_c:
      SendiPodRemoteCommandOTA(gPlayPause_c);
      break;

    /* skip one song forward */
    case gKBD_EventSW2_c:
      SendiPodRemoteCommandOTA(gSkipForward_c);
      break;

    /* skip one song reverse */
    case gKBD_EventLongSW2_c:
      SendiPodRemoteCommandOTA(gSkipReverse_c);
      break;
```

```
    /* volume down */
    case gKBD_EventSW3_c:
      SendiPodRemoteCommandOTA(gVolumeDown_c);
      break;

    /* volume up */
    case gKBD_EventSW4_c:
      SendiPodRemoteCommandOTA(gVolumeUp_c);
      break;
  }
}

void SendiPodRemoteCommandOTA(iPodRemoteCommand_t cmd)
{
  afAddrInfo_t    addrInfo;
  uint8_t         TransmitBuffer[1];

  /* copy iPod command to TransmitBuffer */
  TransmitBuffer[0]=cmd;

  /* set up address information */
  addrInfo.dstAddrMode=gZbAddrMode16Bit_c;
  Set2Bytes(addrInfo.dstAddr.aNwkAddr, 0x0000);
  addrInfo.dstEndPoint=appEndPoint;
  addrInfo.srcEndPoint=appEndPoint;
  Copy2Bytes(addrInfo.aClusterId, appDataCluster);
  addrInfo.txOptions=gApsTxOptionNone_c;
  addrInfo.radiusCounter=afDefaultRadius_c;

  /* send the data request */
  (void)AF_DataRequest(&addrInfo, sizeof(TransmitBuffer),
    TransmitBuffer, NULL);
}
```

Notice the data request is sent to node 0x0000. In a private profile the main application could be on node 0x0000, the ZigBee Coordinator, such as a gateway to the PC, or in this case, the iPod controller, making node discovery unnecessary. The application uses appEndPoint for both the source and destination endpoints. Using a fixed endpoint makes private profiles a little easier, as no endpoint discovery is required. The cluster in this example is appDataCluster, the first cluster in the output cluster list.

> Manufacturer Specific Profile IDs are obtained from the ZigBee Alliance.
>
> MSPs can use fixed endpoints and cluster IDs to make service discovery unnecessary.

### 4.6.3 Device IDs

Every endpoint includes a profile identifier and a device identifier. Think of a device as a physical thing: a light, temperature sensor, thermostat, or the like. One physical widget might contain multiple devices. For example, a ZigBee thermostat sold at Home Depot may contain a temperature sensor, a thermostat, and a heating/cooling unit controller. From ZigBee's standpoint, these are separate devices. From a packaging standpoint, they are all in one SKU (Shelf-Keeping Unit).

ZigBee Device IDs range from 0x0000 to 0xffff. A short list of device IDs available in the Home Automation Profile are shown in Table 4.11.

Device IDs serve two purposes:

- To allow human-readable displays (your PC, the TV, etc.) to show a proper icon for the device in question.

- To allow ZigBee commissioning tools to be more intelligent.

For example, consider an On/Off Light and a Mains Power Outlet (or switchable outlet, as they are called in some homes). Both devices are identical in the way they are controlled and monitored over-the-air. They both use cluster 0x0006, the OnOff Cluster. But users expect to see an outlet in a commissioning tool when they are connecting a switch to that outlet, and they expect to see a light when they are connecting a switch to that light.

Keep in mind that ZigBee does not specify the human interface to devices. A switch might be a push button, a rocker switch, an e-field sensor plate, accelerometer, or anything else the manufacturer can imagine.

**Table 4.11: Device IDs Available in the Home Automation Profile**

| Name | Identifier | Name | Identifier |
|------|-----------|------|-----------|
| Range Extender | 0x0008 | Light Sensor | 0x0106 |
| Mains Power Outlet | 0x0009 | Shade | 0x0200 |
| On/Off Light | 0x0100 | Shade Controller | 0x0201 |
| Dimmable Light | 0x0101 | Heating/Cooling Unit | 0x0300 |
| On/Off Light Switch | 0x0103 | Thermostat | 0x0301 |
| Dimmer Switch | 0x0104 | Temperature Sensor | 0x0302 |

Each ZigBee Public Profile contains a specific list of devices. Manufacturers are welcome to extend that list with their own devices, provided that they use the "Manufacturer Specific Extension" field provided as part of the ZigBee Cluster Library interface. Or they can make a device on another (MSP) profile that can interact with specific public profile devices, by using the existing device IDs and clusters.

> Device IDs are mainly used for commissioning tools.
>
> ZigBee performs service discovery based on profile IDs and cluster IDs, not device IDs.

## 4.6.4   The Simple Descriptor

The simple descriptor ties everything together on an endpoint, and an endpoint defines an application. Why the simple descriptor is not simply called an endpoint descriptor, I don't know.

The simple descriptor contains many of the fields I've been describing: an endpoint ID, a profile ID, cluster IDs, and a device ID. Its format is as follows:

```
typedef struct zbSimpleDescriptor_tag
{
  zbEndPoint_t endPoint;
  zbProfileId_t aAppProfId;
  zbDeviceId_t aAppDeviceId;
  uint8_t appDevVerAndFlag;
  zbCounter_t appNumInClusters;
  uint8_t *pAppInClusterList;
  zbCounter_t appNumOutClusters;
  uint8_t *pAppOutClusterList;
}zbSimpleDescriptor_t;
```

The simple descriptor of any endpoint can be retrieved over-the-air with the ZDP command `Simple_Desc_req`, and is used when performing service discovery (which I'll describe in detail in the next chapter).

The simple descriptor does not list the commands and/or attributes available on any given cluster. It is expected that a device "just knows" the capabilities of the cluster, if, say, the OnOff Cluster is supported on this endpoint. As a protocol for 8-bit devices (at least at the low end), ZigBee attempts to balance flexibility with implementation size.

Within any given device, some clusters are mandatory, and some may be optional. By asking for the simple descriptor, any device in the network can determine which clusters are supported by any other device, and can then make an informed decision about optional functionality. The response to a `Simple_Desc_req` is mandatory in all devices.

You'll notice there is both an input and output cluster list in the simple descriptor. This is how ZigBee determines which devices match. If one side has an output cluster (say a dimmer switch) and the other side has the same cluster as an input cluster (say, a dimming light), then they match. Any overlap indicates a match, so if an application is looking for a particular cluster, it can send a "simplified" simple descriptor to match just that one cluster.

> The simple descriptor ties all the endpoint information together in one place.

# 4.7   ZigBee Application Support Sublayer (APS)

Okay. Don't ask me why the Application Support Sublayer uses the three-letter acronym APS. It's obvious, but don't ask me.

The Application Support Sublayer, or APS, sits above the NWK layer, and is the layer in ZigBee which understands applications. The APS frame over-the-air includes endpoints, clusters, profile IDs, and even groups.

APS is responsible for the following activities:

- Filtering out packets for non-registered endpoints, or profiles that don't match
- Generating end-to-end acknowledgment with retries
- Maintaining the local binding table
- Maintaining the local groups table
- Maintaining the local address map

APS has the job of filtering out packets for endpoints that don't exist in the node. APS filters packets that don't match profile IDs. APS also filters duplicate packets, which can happen in a network that supports automatic retries.

It's the job of APS to perform automatic retries, if acknowledgment is requested by the sender, to maximum the chance of successful transmission and to inform the sender whether or not the packet was delivered.

APS also maintains a variety of application-level tables. Binding is all about connecting an endpoint on this node to one or more endpoints on other nodes. Groups are all about an arbitrary collection of applications residing on an arbitrary set of nodes throughout the network. The address map associates a 64-bit MAC address with a ZigBee 16-bit NwkAddr.

APS and the Application Framework (AF) together form the ZigBee interface used by applications (see Figure 4.26). Lower layers are not called upon directly, but are used by APS and ZDO.

The Application Framework does not have an over-the-airframe of its own, but instead is the set of routines, or API, that the ZigBee stack vendor has chosen for applications to interact with ZigBee. This includes how endpoints are implemented, and how data requests, confirms, and indications are implemented for that particular vendor. In the



**Figure 4.26: Application Support Sublayer (APS)**

Freescale solution, you've already seen the Application Framework at work with the functions:

- AF_DataRequest()
- BeeAppDataConfirm()
- BeeAppDataIndication()

And with the `endPointList` found in `EndPointConfig. c`.

## 4.7.1 APS ACKs

While the MAC layer provides per-hop acknowledgments, the APS layer is what provides end-to-end acknowledgments, also called ACKs.

To illustrate, take a look at Figure 4.27. Suppose a switch (the ZED) wants to turn on a light (the ZR), and it wants to verify that the light received the command. The switch uses the optional ACK feature in the `AF_DataRequest() txOptions` field.

The distance between the nodes is irrelevant. They could be neighbors, or 10 hops away. The effect is the same. Suppose the initial data request got through to the ZR. It then processes that command immediately, perhaps toggling the light. But the APS ACK did not make it back, for some reason. So APS will automatically retry after the time-out period (which defaults to 1.5 seconds). But this retry, labeled (2), doesn't make it through. APS tries again, and this time it succeeds. Only then does APS inform the sender that the results were successful.

By the way, this scenario is extremely unlikely. It is used merely as an illustration. ZigBee uses up to three MAC ACKs per hop, so unless the channel is so noisy that



**Figure 4.27: APS Retries**

communication is impossible, or the path is broken because one node has dropped off the network, or the physical environment has changed (one of the routers along the route can no longer hear its neighbors), APS ACKs are rarely called into play.

APS is smart enough not to send the packet up to the application twice. In Figure 4.27, both (1) and (3) make it through, but because the data request was already heard at (1), the copy at (3) will be dropped by the APS layer after it sends the ACK to the sender. Your application doesn't have to have any special logic to handle duplicates. ZigBee does it for you.

## 4.7.2    APS Binding

Binding in ZigBee allows an endpoint on one node to be connected, or "bound" to one or more endpoints on another node. Think of a switch controlling a light, or a temperature sensor sending its data to a thermostat. The sender (switch or temperature sensor) is "bound" to the receiving device (light or thermostat).

Binding is unidirectional, in that the switch is bound to the light, but the light isn't bound to the switch.

Bindings are stored locally by the sending node (the switch or temperature sensor). Each binding table entry stores the following information:

- Source endpoint

- Destination NwkAddr and endpoint or destination group

- Cluster ID

The binding table size defaults to five entries in BeeStack, and can be set by changing `gMaximumApsBindingTableEntries_c` in `BeeStackConfiguration.h`.

If multiple entries from the same source endpoint exist in the table, then multiple destinations will be sent also. For example, say the binding table contains the entries shown in Table 4.12.

If the application then issues an `AF_DataRequest()` from endpoint 5 with address mode `gZbAddrModeIndirect_c`, then three data requests will be sent over the air, one

**Table 4.12: ZigBee Binding Table**

| Src EP | Destination Addr | Addr/Grp | Dst EP | Cluster ID |
|--------|------------------|----------|--------|------------|
| 5 | 0x1234 | A | 12 | 0x0006 |
| 6 | 0x796F | A | 240 | 0x0006 |
| 5 | 0x9999 | G | – | 0x0006 |
| 5 | 0x5678 | A | 44 | 0x0006 |

to node 0x1234 endpoint 12, one broadcast to group 0x9999, and one to node 0x5678 endpoint 44 in that order:

```
afAddrInfo_t  ad drInfo;
addrInfo.dstAddrMode=gZbAddrModeIndirect_c;
addrInfo.srcEndPoint=5;
addrInfo.txOptions=gApsTxOptionDefault_c;
addrInfo.radiusCounter=afDefaultRadius_c;
Set2Bytes(addrInfo.aClusterId, 0x0006);

   (void)AF_DataRequest(&addrInfo, 10, "ToggleLed2", NULL);
```

Is it starting to become clear just how powerful binding is?

Unless constrained by too little memory, there is no reason not to include binding in all ZigBee devices. Binding, coupled with the over-the-air ZDP binding commands, allows any endpoint on any node to be connected easily with any endpoint on any other node. Binding (or determining which nodes in the network talk together) is one of the critical steps when setting up a ZigBee network. Binding makes it just that much easier.

Local binding commands are supported by the APS layer. Over-the-air binding commands are supported by the ZigBee Device Profile (ZDP).

The local (APSME) binding calls (shown in Table 4.13) return immediately in the Freescale solution. After all, they just manipulate in-memory tables. The over-the-air (ZDP) binding calls issue a callback, but I'll describe that in detail in Chapter 5, "ZigBee, ZDO, and ZDP."

Binding is not required, at least not in Manufacturer Specific Profiles. Feel free to send directly to individual nodes, groups, or to use a broadcast mode, but binding does make the commissioning process easier and more flexible.

> Use binding to simplify the commissioning process.

## 4.7.3   APS Groups

As explained previously, groups provide a filter for data indications. If an endpoint doesn't belong to the group, it doesn't receive the incoming over-the-air message.

In addition to matching the group ID, APS also matches the profile ID for that endpoint. If both IDs match, the message is sent through to the endpoint. If not, the packet is dropped. When debugging, if you see a packet going over-the-air, but the packet is not received at the data indication, check both these fields first. Having the wrong group or profile ID has caused me debugging grief a number of times.

**Table 4.13:  ZigBee Binding Commands**

| ZigBee Name | Freescale Prototype |
| --- | --- |
| APSME-BIND.request | zbStatus_t APSME_BindRequest(zbApsmeBindReq_t *pUnbindReq); |
| APSME-UNBIND.request | zbStatus_t APSME_UnbindRequest(zbApsmeUnbindReq_t *pUnbindReq); |
| ZDP. Bind_req | void APP_ZDP_BindUnbindRequest (    zbCounter_t *pSequenceNumber,    zbNwkAddr_t aDestAddress,    zbMsgId_t BindUnbind,    zbBindUnbindRequest_t *pBindUnBindRequest ); |
| ZDP.Unbind_req | void APP_ZDP_BindUnbindRequest (    zbCounter_t *pSequenceNumber,    zbNwkAddr_t aDestAddress,    zbMsgId_t BindUnbind,    zbBindUnbindRequest_t *pBindUnBindRequest ); |

**Table 4.14: APS Group Management Commands**

| ZigBee Name | Freescale Equivalent Function |
|---|---|
| APSME-ADD-GROUP.request | zbStatus_t ApsmeAddGroup( zbApsmeAddGroupReq_t *pRequest); |
| APSME-REMOVE-GROUP.request | zbStatus_t ApsmeRemoveGroup( zbApsmeRemoveGroupReq_t *pRequest); |
| APSME-REMOVE-ALL-GROUPS.request | zbStatus_tApsmeRemoveAllGroups( zbApsmeRemoveAllGroupsReq_t *pRequest); |
| (none) | bool_tApsGroupIsMemberOfEndpoint( zbGroupId_t aGroupId, zbEndPoint_t endPoint); |

BeeStack keeps track of groups in a small table, the size of which is defined by the BeeKit property `gApsMaxGroups_c` found in `BeeStackConfiguration.h`.

The local commands for manipulating groups are shown in Table 4.14. These commands are pretty self-explanatory. The `ApsmeAddGroup()` function adds a group to an endpoint. `ApsmeRemoveGroup()` function removes a group from an endpoint. `ApsmeRemoveAllGroups()` function removes all groups from an endpoint. The `ApsGroupIsMemberOfEndpoint()` checks to see whether an endpoint is a member of a particular group.

In addition to the APS local group management functions, there are over-the-air commands group management functions as part of the ZigBee Cluster Library. These commands include AddGroup, RemoveGroup, RemoveAllGroups, AddGroupIfIdentifying and others, and are described in Chapter 6, "The ZigBee Cluster Library."

> APS provides local group commands. ZCL provides over-the-air group commands.

### 4.7.4 APS Address Map

The APS layer contains a table called the address map. This table associates the 16-bit ZigBee NwkAddr with the 64-bit IEEE (or MAC) address, as shown in Table 4.15.

Some ZigBee commands, such as binding, use only the IEEE address, but ZigBee needs the 16-bit NwkAddr to communicate, so it must somehow associate these two addresses internally. Also, some nodes may be mobile in a ZigBee network, such as ZigBee End-Devices, and these mobile devices may change their 16-bit NwkAddr. If they do, they

**Table 4.15:  APS Address Map**

| NwkAddr | IEEE Addr |
|---------|-----------|
| 0x0000 | 0x0050c237b0040102 |
| 0x0001 | 0x0050c237b0045ae3 |
| 0x796f | 0x0050c237b004c290 |

announce this fact to the network with a Device Announce command. Every node then updates its internal tables and the binding is preserved.

The size of the address map table is set with the `gApsMaxAddrMapEntries_c` property found in `BeeStackConfiguration.h` in the Freescale solution.

In BeeStack, there is no reason to add entries to the address map directly. Instead, use the ZDP commands `ZDP.IEEE_addr_req` or `ZDP.NWK_addr_req`, either of which will add that entry into the address map, if it is not there already. The application may need to clear unused entries from the address map if it will be speaking to many different nodes over time. Usually, though, an application is commissioned to talk to a small set of nodes, and stays that way for years, possibly the lifetime of the network.

In BeeStack, if you'd like to manipulate the address map, use:

```
addrMapIndex_t APS_AddToAddressMap(zbIeeeAddr_t aExtAddr,
                                   zbNwkAddr_t aNwkAddr);
void APS_RemoveFromAddressMap(zbIeeeAddr_t aExtAddr);
addrMapIndex_t APS_FindIeeeInAddressMap(zbIeeeAddr_t aExtAddr);
```

The `zbIeeeAddr_t` is the 64-bit MAC address. The `zbNwkAddr_t` is the 16-bit NwkAddr. The `addrMapIndex_t` returns the index (0-n) in the address map for the entry, or `gNotInAddressMap_c` if not found, or `gAddressMapFull_c` if it couldn't be added.

# 4.8   ZigBee AES 128-Bit Security

The ZigBee security suite is built on the Advanced Encryption (AES-128 bit) Standard, a well-respected block cipher algorithm published by the National Institute of Standards and Technology (NIST). To read more about AES, go to http://www.nist.gov.

If you read the security section in the ZigBee specification, you might get a headache. The language is pretty thick, and there are a lot of security options, including security



**Figure 4.28: ZigBee Secure Data Frame**

levels, a variety of key types, CCM*, and so on. Security encompasses 120 pages of the 534-page ZigBee specification. But from an application standpoint, ZigBee security is simple. It is always there.

That's right! There are no code changes or special parameters to set on a data request to include security. It's just there (see Figure 4.28).

ZigBee both encrypts and authenticates packets. The encrypted portion (the NWK payload), cannot be understood by any nodes sniffing the air. This includes sensitive customer data, such as billing or medical records, or any other application payload, including what clusters, profile, and endpoints are used.

ZigBee authenticates the entire frame. Authentication is required in order to prevent replay attacks and to prevent any node from falsely injecting a packet into the network. A replay attack is simple to perform. Set an 802.15.4 device listening on a channel or set of channels. When a packet is heard, replay it byte-for-byte. ZigBee will simply throw away these packets, perhaps after a delay.

Denial of service is another type of wireless attack, and is something that's very difficult to prevent. I can write a small bit of code (no, I'm not providing it in the book!) that constantly transmits. Any radios within hearing range will not be able to transmit because all of the bandwidth is used. This is the equivalent to someone cutting the power to a building, or cutting the office broadband connection to the Internet. With ZigBee, using signal strength (LQI) makes it fairly easy to track down the culprit.

ZigBee uses a 128-bit key for the entire network, called a network key. It is assumed that if a node is allowed on a ZigBee network, it is trusted. This is similar to allowing someone in your home. You at least trust them not to steal the silver.

Some applications require additional security beyond the network key, for example, if multiple customers will be sharing the same network, but each customer may have his own sensitive data. In order to secure data on shared networks of this type, some vendors use a different AES 128-bit key to secure the APS payload. (this method is available to both ZigBee 2006 and ZigBee 2007 stacks.) Others use a link key, as described in ZigBee 2007 specification.

In short, ZigBee provides a very strong, solid, security solution.

Here is a challenge. Using only the over-the-air octets below, determine the AES 128-bit key. Just to make it easier, the following command is an HA OnOff Toggle command, that is, a switch is toggling a Home Automation Light:

```
0000:    61 88 2c aa 1a 00 00 6f    a.,*...o
0008:    79 48 02 00 00 6f 79 0a    yH...oy.
0010:    3c 28 03 00 00 00 00 3c    <(.....<
0018:    03 98 07 c2 50 00 00 8f    ...BP...
0020:    8b 0d f3 67 15 08 5a 11    ..sg..Z.
0028:    da 03 83 09 9c ae .. ..    Z.......
```

The example in this section, *Example 4-11 ZigBee Security*, uses the standard HA on/off light and switch. Notice that there is no special source code for this example on the Web site or in this book, just the BeeKit solution file and the capture file. No special source code is required to demonstrate security, because ZigBee secures packets automatically.

To follow the example with hardware using the Freescale NSK Kit, compile and download the following projects into the respective boards:

- Chapter04\Example4-11 ZigBee Security\NcbZcHaOnOffLight.mcp

- Chapter04\Example4-11 ZigBee Security\SrbZedHaOnOffSwitch.mcp

The example is on channel 25, PAN ID 0x0f00. Follow these steps (this example uses the standard Freescale user interface):

1. After downloading the images, boot both boards

2. Press SW1 on both nodes to form/join the network

3. Once joined, press SW3 on both nodes to bind them

4. Press LSW1 on both nodes to go to application mode

5. Press SW1 on the switch (SRB board) to toggle the remote light, securely

2324

When creating new projects in BeeKit, be sure to enable security in the BeeKit Project Wizard as seen in Figure 4.29.

Due to code-size restrictions on the HCS08, Freescale disables security by default, so it can include more of the other features of ZigBee. If you enable security, especially in the Home Automation applications, you will probably need to disable some other features. Look at the ZDP and HA over-the-air commands for likely candidates. Many of these may not be required by your application. Or you can use the generic application as a starting point.

BeeKit allows you to export the entire project, or just properties. Unlike setting the channel list or PAN ID, which only requires exporting properties (a relatively fast operation), changing the security setting requires exporting the entire project again. In the case of this example, security was enabled from the start.



**Figure 4.29: Including Security in BeeKit**

Some public profiles, like Home Automation, transmit the key in the clear to joining nodes to allow any node to join any network, simply and easily. Another mechanism, called Join Enable, is used to prevent unauthorized nodes from joining the network.

If using a more restrictive public profile, such as Commercial Building Automation or a private profile, ZigBee allows the use of a pre-configured key. Pre-configured keys are never sent over the air. The node must already "know" the key, usually through some configuration tool, or as pre-installed at the factory.

If the protocol analyzer (such as Daintree SNA) doesn't know the key, the decode will look similar to the following code:

```
Frame 40 (Length=48 bytes)
       Frame Length: 48 bytes
       Link Quality Indication: 145
IEEE 802.15.4
       Frame Control: 0x8861
       Sequence Number: 44
       Destination PAN Identifier: 0x1aaa
       Destination Address: 0x0000
       Source Address: 0x796f
       Frame Check Sequence: Correct
ZigBee NWK
       Frame Control: 0x0248
          .... .... .... ..00 = Frame Type: NWK Data (0x00)
          .... .... ..00 10.. = Protocol Version (0x02)
          .... .... 01.. .... = Discover Route: Enable route discovery
(0x01)
          .... ...0 .... .... = Multicast
          .... ..1. .... .... = Security: Enabled
          .... .0.. .... .... = Source Route
          .... 0... .... .... = Destination IEEE Address: Not Included
          ...0 .... .... .... = Source IEEE Address: Not Included
         000. .... .... .... = Reserved
       Destination Address: 0x0000
       Source Address: 0x796f
       Radius=10
       Sequence Number=60
ZigBee AUX
       Security Control: 0x28
               .... .101 = Security Level: 5
               ...0 1... = Key Identifier: Network (0x01)
               ..1. .... = Extended Nonce: Sender Address Field: Present
(0x01)
              00.. .... = Reserved: (0x00)
```

```
       Frame Counter: 0x03
       Source Address: 0x0050c20798033c00
       Key Sequence Number: 0x00
       MIC: ae:9c:09:83
NWK Payload Decryption Failed: 8f:8b:0d:f3:67:15:08:5a:11:da:03
```

Did you notice that decryption failed? MAC, NWK, and AUX headers are not encrypted. Only the payload of the NWK frame is encrypted (the APS and ZCL frames). However, the entire frame is authenticated. Not a single bit can change without re-authenticating using the proper 128-bit key. Note that the security bit is enabled in the NWK Frame Control field.

Once the sniffer knows the key, the packet can be properly decoded. Take a look at the same packet when the sniffer knows the key:

```
Frame 40 (Length=48 bytes)
   Frame Length: 48 bytes
   Link Quality Indication: 145
IEEE 802.15.4
   Frame Control: 0x8861
   Sequence Number: 44
   Destination PAN Identifier: 0x1aaa
   Destination Address: 0x0000
   Source Address: 0x796f
   Frame Check Sequence: Correct
ZigBee NWK
       Frame Control: 0x0248
          .... .... .... ..00 = Frame Type: NWK Data (0x00)
          .... .... ..00 10.. = Protocol Version (0x02)
          .... .... 01.. .... = Discover Route: Enable route discovery
(0x01)
          .... ...0 .... .... = Multicast
          .... ..1. .... .... = Security: Enabled
          .... .0.. .... .... = Source Route
          .... 0... .... .... = Destination IEEE Address: Not Included
          ...0 .... .... .... = Source IEEE Address: Not Included
          000. .... .... .... = Reserved
       Destination Address: 0x0000
       Source Address: 0x796f
       Radius=10
       Sequence Number=60
ZigBee AUX
   Security Control: 0x28
      .... .101 = Security Level: 5
      ...0 1... = Key Identifier: Network (0x01)
      ..1. .... = Extended Nonce: Sender Address Field: Present (0x01)
      00.. .... = Reserved: (0x00)
```

```
        Frame Counter: 0x03
        Source Address: 0x0050c20798033c00
        Key Sequence Number: 0x00
        MIC: ae:9c:09:83
ZigBee APS
        Frame Control: 0x00
        Destination Endpoint: 0x08
        Cluster Identifier: On/off (0x0006)
        Profile Identifier: HA (0x0104)
        Source Endpoint: 0x08
        Counter: 0x22
ZigBee ZCL
        Frame Control: 0x01
                .... ..01 = Frame Type: Command is specific to a cluster
(0x01)
                .... .0.. = Manufacturer Specific=false (0x00)
                .... 0... = Direction: From the client server (0x00)
                0000 .... = Reserved: Reserved (0x00)
        Transaction Sequence Number: 0x42
        Command Identifier: Toggle (0x02)
```

Now the frame looks like the standard toggle command on the HA OnOff Cluster in the decoded APS and ZCL frames above.

To summarize, ZigBee security both encrypts, which prevents rogue nodes from listening to sensitive data, and authenticates, to prevent rogue nodes from injecting false data or commands into the network. If a node is allowed to join the network, it is considered "trusted." However, applications that share a network infrastructure that contain data that should not be seen by other nodes in the network can further encrypt using a link key, or with application-level security.

> ZigBee both authenticates and encrypts packets using the AES 128-bit standard.
>
> ZigBee supports security automatically. No special coding necessary.

# ZigBee, ZDO, and ZDP

It's all well and good to know how to transmit data to another node through an APSDE-DATA.request, and what endpoints and groups are all about, but how does a node in a ZigBee network decide which other node(s) in the network to talk to? How is the network set up and maintained?

ZigBee contains two sets of services for network commissioning and maintenance:

- The ZigBee Device Object (together with the ZigBee Device Profile)
- The ZigBee Cluster Library

This chapter describes the ZigBee Device Object (ZDO) and the ZigBee Device Profile (ZDP). The next chapter (Chapter 6) describes the ZigBee Cluster Library (ZCL).

But first, before delving into ZDO, the *real* story behind the ZigBee name.

*"Hey, Big Z! Come look at this!" Ford Prefect shouted, staring down at his computer console.*

*Zaphod Beeblebrox swiveled one of his two heads toward Ford, saying, "Is it about me?"*

*"Nah. More interesting than that. Take a look at the new Heart of Gold Mark II! Remember the last one with that annoying personality that was always asking you to say 'please' before it would open a door, or giving you extra tidbits of information you didn't ask for every time you queried the computer? Well, in the Mark II they got rid of it. They replaced it with some new wireless technology that automatically handles, well—everything! It opens doors automatically, it makes the lights follow you around the ship, and quiets the music down when you start talking, it says here, almost like it reads your mind."*

*"Yeah, baby, but I'm of two minds, and I can't seem to get them to agree. For example, my second head is sleeping right now, you see." In fact, Zaphod's other head was snoring, loudly.*

*"Well, Big Z, I'm going to steal it," said Ford, matter-of-factly.*

*"What, my head?" asked Zaphod.*

*"The HoG Mark II."*

*"Not cool," quipped Zaphod. "Already been done. I stole the first Heart of Gold, remember? Anyway, how would you do it?"*

*"Toss me another Pan Galactic Gargle Blaster, while you toss yours down. We're hitching a ride." Ford fingered his electronic thumb.*

*"You can't hitch a ride on the most expensive ship in the Galaxy with just an electronic thumb. It will never work. Impossible!"*

*"That's exactly why it is going to work," said Ford calmly. "It's just so amazingly improbable that it's nearly impossible. Probability drive. Remember?"*

*It's a well-known fact to anyone who has ever read The Hitchhiker's Guide to the Galaxy that the only way to handle hitching a ride on a passing space ship and still keep your mind was to be out-of-your-mind drunk when it happened. This fact was almost as well-known as the use of the electronic thumb, the interstellar equivalent of extending your thumb on the side of the road on 1960s Earth (a planet somewhere in the unpopular arm of a small spiral galaxy). It was significantly less well-known that the Heart Of Gold, and subsequently, the Heart Of Gold Mark II, achieved interstellar travel through the use of a probability drive, a drive which ignored very likely and very constant things such as the speed of light, and instead landed you, quite improbably, exactly where you didn't even know you wanted to go, and did it in almost no time at all.*

*After a few more Pan Galactic Gargle Blasters (Ford stopped counting after three), Ford Prefect said "Big Z, are you ready?" It actually sounded more like, "BigZeeuready," what with the slurring and all.*

*"And why are we stealing it, exactly?" asked Zaphod, talking mostly to the floor, which wasn't talking back. Ford answered instead.*

*"We're stealing it to get Trillian back."*

*"Ah. Trillian?" queried Zaphod.*

*"Yes, Big Z, Trillian. Remember her? You picked her up from Earth many years ago. She was with us on the last Heart of Gold."*

*"Ah. And what's the name of that there ol' thingy in the Heart of Gold Mark II that automatically handles, doors an' lights and well, everything?" asked Zaphod.*

*Ford, who was now also staring mostly at the floor, slurred "Hmm, Zig B? What?"*

*"Ah. ZigBee. Strange name for a technology, ZigBee."*

*At that moment, the electronic thumb started beeping and blinking madly. For some reason, engineers love to make gadgets beep and blink. In addition to beeping and blinking, the electronic thumb did what it was actually designed to do and winked them out of existence, to reappear right in the cargo hold somewhere inside the Heart of Gold Mark II.*

The ZigBee Device Object (ZDO, shown in Figure 5.1) is simply the application running on endpoint 0 in every ZigBee device. (Remember, application endpoints are numbered 1 through 240.)

This application, ZDO, keeps track of the state of the ZigBee device on and off the network, and provides an interface to the ZigBee Device Profile (ZDP), a specialized Application Profile (with profile ID 0x0000) for discovering, configuring, and maintaining ZigBee devices and services on the network.

As you can see from the figure, ZDO not only interacts with APS, but also interacts directly with the network layer. ZDO controls the network layer, telling it when to form or join a network, and when to leave, and provides the application interface to network layer management services. For example, ZDO can be configured to continue attempting to join a network until it is successful, or until a user-specified number-of-retries has occurred before giving up, and informing the application of the join failure.



**Figure 5.1: ZDO Is a ZigBee Application Object**

The over-the-air Application Profile supported by ZDO, called the ZigBee Device Profile (ZDP), is no different than any other, and in most stacks is handled just like any other application object on an endpoint. ZDP services are separated into client and server. Client side services (also called requests), are always optional in ZigBee, but many of the server side ZDP services (also called responses), are mandatory.

Nearly every service follows the same pattern when used. A client device (the node which is doing the asking) first makes a request. The server device then sends the response back to the client device. The cluster number for the response is exactly the same as the cluster number for the request, but with the high bit set. For example, the ZDP command **IEEE_addr_req** is cluster 0x0001, and **IEEE_addr_rsp** is cluster 0x8001.

It doesn't matter how many hops the nodes are from each other. The nodes A and B could be 10 hops away from each other, and the ZDP request/response mechanism will work in exactly the same way, just as it does for applications sending data on an application endpoint (see Figure 5.2).

Many ZDP requests must be either explicitly unicast or broadcast. Others can unicast or broadcast at the client node's discretion (typically with different responses). If a ZDP request is broadcast, only the node that has the requested information returns any data. For example, **NWK_Addr_req** is broadcast, but only the node that matches the IEEE address, provided in the request, responds.

Every ZDP response starts with a status byte. If the particular optional service is not supported by the receiving node, the status returned will be **gZdoNotSupported_c** (0x84).

For sleeping devices, the parents of the device keep track of the IEEE and short address of the child, and will respond for them. However, all other information about the sleeping device, such as the list of active endpoints, are not recorded by the parent and must be retrieved directly from the devices themselves. In Chapter 8, "Commissioning ZigBee Networks," I'll discuss the means of commissioning sleeping devices.

In this chapter, I've organized the ZDP services slightly differently than in the ZigBee specification. For one thing, I've put the request and responses in the same section. The



**Figure 5.2: ZDP Request and Response**

ZigBee specification organizes the services numerically, so the request and responses are many pages apart. Also, I've organized the ZDP services by usage; so, for example, all the node-wide services are together.

ZDP services include the following categories:

- Device discovery services
- Service discovery services
- Binding services
- Management services

After discussing ZDP, I'll discuss how applications interact with ZDO, including:

- Starting and stopping the network through ZDO
- ZDO and low power nodes

## 5.1   Device Discovery

The ZigBee Device Profile (ZDP) contains a set of commands for discovering various aspects about nodes in the network. The ZigBee specification calls these "device discovery services," which can be confusing because endpoints contain device IDs which really describe individual ZigBee applications running in that node. So, when you see ZDP Device Discovery, think node-wide (not application/endpoint specific) services.

Device discovery services have a few things in common:

- They provide additional information about a node.
- They are all optional from the client side, but some server side processing is mandatory (a common subset among all ZigBee devices).
- They are node-wide, and do not represent any particular application, or Application Profile residing on an endpoint in the node.

The ZDP device discovery services are listed below in Table 5.1. Notice that all the ZDP services on the client side are optional. ZigBee does not require that a node be able to send **NWK_addr_req,** for example. But on the server side of this equation (a node receiving a **NWK_addr_req** and responding to it), the ZDP service is mandatory.

**Table 5.1:  ZigBee Device Profile Device Discovery Services**

| Device Discovery Services | Unicast (U), Broadcast (B) or Either (U,B) | Client Transmission (Request) | Server Processing (Response) |
|---|---|---|---|
| NWK_addr_req | U,B | O | M |
| IEEE_addr_req | U | O | M |
| Node_Desc_req | U | O | M |
| Power_Desc_req | U | O | M |
| Complex_Desc_req | U | O | O |
| User_Desc_req | U | O | O |
| User_Desc_set | U | O | O |
| Device_annce | B | O | M |

This makes sense if you think about how the service is used. A tool may want to collect the IEEE (aka MAC) address of every node in the network (using **IEEE_addr_req**, for example) so all nodes in the network must support the server side (**IEEE_addr_rsp**). But only the tool needs to support the client side.

What happens if a given client issues two ZDP requests in a row? How does the client application know which response belongs to which request? Some stack vendors have solved this problem by only allowing a single request to be issued at any one time. Other stack vendors, such as Freescale, provide a *transaction ID* which correlates the request with the response. This rolling 8-bit transaction ID is sent with each request, meaning, in theory, that a single application could have up to 256 requests in flight at once. Normally, however, an application makes one or two requests, and then waits for the response.

In the Freescale ZigBee solution, all ZDP requests begin with the prefix **ASL_** (for example, **ASL_NWK_addr_req()**). Simply look up the particular ZDP request in the table, or the ZigBee specification, and prefix it with **ASL_**. Why ASL, and not ZDP? ASL stands for Application Support Library, which is the prefix used for all optional application-level commands in Freescale BeeStack.

The response to a ZDP request may take some time to come back, because, perhaps, the responding node may be many hops away. In a BeeStack application, this occurs through a C callback function registered with **Zdp_AppRegisterCallBack()**.

Each ZDP request in BeeStack requires a destination address, which may be unicast or broadcast, as the ZigBee specification allows.

```
void ASL_NWK_addr_req
(
  zbCounter_t *pSequenceNumber,
  zbNwkAddr_t aDestAddress,
  zbIeeeAddr_t aIeeeAddr,
  uint8_t requestType,
  index_t startIndex
);
```

One thing that is not always obvious with Freescale BeeStack (and this is true of other stack vendors as well) is that optional ZDP services are not enabled by default. In fact, they are compiled-out by default. Often ZigBee stacks run in systems that are very limited by RAM and Flash (ROM), which means every byte can be precious. Services that might not be used by the application are turned off to conserve space.

To enable the optional ZDP services, enable either the client-side service, server-side service, or both. For example, to enable both the server and client for **NWK_addr_req**, enable both **gNWK_addr_req_d** and **gNWK_addr_rsp_d** in BeeStack. All the ZDP services, even the mandatory ones, can be enabled or disabled through Freescale BeeKit, the graphical BeeStack configuration tool.

Although Freescale BeeKit allows it, I don't recommend disabling the mandatory ZDP services unless your company controls all the nodes in the ZigBee network, and you are willing to live with a (slightly) incompatible ZigBee stack. Certainly, the product cannot be certified by ZigBee if the mandatory ZDP services are disabled.

For some application profiles, such as Home Automation, some of the ZDP services listed as optional by the ZigBee specification are mandatory for certain devices in that profile. ZDP binding is a good example of this.

> Use ZDP to discover which nodes to talk to in a ZigBee network.
>
> Optional ZDP services may be mandatory in the application profile.
>
> Remember to enable the optional services if they are needed by a BeeStack application.

## 5.1.1   NWK_addr_req and IEEE_addr_req

Use ZDP network address request (**NWK_addr_req**) when you already know the MAC address of a node (also called its IEEE or long address), but want to find its short, 16-bit address on the network. This service request can be broadcast or unicast.

**Table 5.2: NWK_addr_req/rsp**

| NWK_addr_req | NWK_addr_rsp |
|---|---|
| typedef struct zbNwkAddrRequest_tag<br><br>{<br>   zbIeeeAddr_t  aIeeeAddr;<br>   uint8_t   requestType;<br>   zbIndex_t  startIndex;<br>} zbNwkAddrRequest_t; | typedef struct zbExtendedDevResp_tag<br><br>{<br>   zbStatus_t   iStatus;<br>   zbIeeeAddr_t aIeeeAddrRemoteDev;<br>   zbNwkAddr_t   aNwkAddrRemoteDev;<br>   zbCounter_t   numAssocDev;<br>   zbIndex_t   startIndex;<br>   zbNwkAddr_t<br>aNwkAddrAssocDevList[1];<br>} zbExtendedDevResp_t; |

For example, say the gateway in a particular ZigBee network (which may or may not be on the ZigBee Coordinator) is known to be IEEE address **0x0050c237b0041234**. Issue a **NWK_addr_req** and the gateway will respond with its short address on the network.

Unfortunately, there is no ZigBee-standard way to find nodes within a range of IEEE addresses.

**IEEE_addr_req** is the converse of **NWK_addr_req** (see Tables 5.2 and 5.3). It returns the IEEE address of a node, given a 16-bit short address. This command is unicast to the destination. The responses are exactly the same for the two commands, and the requests are quite similar.

**Table 5.3: IEEE_addr_req/rsp**

| IEEE_addr_req | IEEE_addr_rsp |
|---|---|
| typedef struct zbIeeeAddrRequest_tag<br>{<br>   zbNwkAddr_t   aNwkAddrOfInterest;<br>   uint8_t   requestType;<br>   zbIndex_t   startIndex;<br>} zbIeeeAddrRequest_t; | typedef struct zbExtendedDevResp_tag<br>{<br>   zbStatus_t   iStatus;<br>   zbIeeeAddr_t   aIeeeAddrRemoteDev;<br>   zbNwkAddr_t   aNwkAddrRemoteDev;<br>   zbCounter_t   numAssocDev;<br>   zbIndex_t   startIndex;<br>   zbNwkAddr_t   aNwkAddrAssocDevList[1];<br>} zbExtendedDevResp_t; |

Notice that the first byte of the response is a status byte. This will be 0x00 (success) if the response is valid. If this contains an error code, then the rest of the information will not be included in the response. Every ZDP response begins with a status code, so be sure to check it in your applications before assuming that the rest of the information is valid.

Both **NWK_addr_req** and **IEEE_addr_req** contain a **requestType** field. The request type field affects whether the extended information is included in the response. Use **requestType** 0x00 to get only the IEEE and NWK address for one node. Use the extended **requestType** 0x01 to get the information for the node and for all its children as well. Remember, only routers will have children.

This particular request is generally broadcast across the network. If the request is broadcast, and the targeted NWK or IEEE address does not exist on the network, then no over-the-air response is issued. The client application should set up a time-out to let itself know that the node couldn't be found, perhaps to try again at another time.

Why unicast this command? It's a good way to see if a particular device is the child of a given parent. For example, say that you want to ensure that node XYZ is a child of the room controller in a hotel room. Issue a unicast to that room controller (a ZigBee Router) and it will respond either with an error code, or with the short address of the child.

A start index is normally used if the response can't fit in a single over-the-air packet (a payload of about 80 bytes). This field isn't actually needed in **NWK_addr_req** or **IEEE_addr_req** because the response will *always* fit, so always set it to 0.

The example in this section, *Example 5-1—ZDP NWK_addr_req*, uses **NWK_addr_req** to find the short address of a particular node, in this case the node with the IEEE address of 0x0050c237b0040002 (see Figure 5.3). The application on the ZC sends a broadcast across the network, and the node with proper IEEE address responds with its short address.



**Figure 5.3: Example 5-1—ZDP NWK_addr_req**

The BeeKit solution file for this example, found in the directory "Chapter05\Example 5-1-ZDP NWK_addr_req," contains three projects: one for an NCB ZigBee Coordinator (ZC)—the node making the request, and two for ZigBee Routers (ZR)—one of which is the node we're looking for.

To run the example, program the three boards (ZcNcb, Zr1Srb, Zr2Srb, respectively). Next, form the network with the ZcNcb (ZigBee Coordinator) board by pressing SW1. Join the other two nodes in any order, pressing SW1 on each of them. When the LEDs have finished chasing each other, the nodes are on the network. Then, press SW2 on the NCB board. The NCB will send out the **NWK_addr_req** and should display the short address of the node we're looking for. In the figure, this would be **0x143e**.

Try booting all the nodes, joining the routers in the opposite order (so that ZR2 boots first). Notice the NwkAddr returned is now **0x0001**.

> Use NWK_addr_req and IEEE_addr_req to find nodes based on short or long address.
>
> NWK_addr_rsp and IEEE_addr_rsp populate the address map.

## 5.1.2    ZigBee Descriptors

ZigBee uses *descriptors* to describe a node and its properties, allowing other applications running in the network to discover these properties over-the-air. Node-wide descriptors include the node descriptor, the power descriptor, the complex descriptor, and the user descriptor.

Of these descriptors, I find the **Node_Desc_req** the most useful (see Table 5.4). The results of this include the ZigBee node type (ZR, ZC, or ZED) and the manufacturer ID (a 16-bit ZigBee assigned number that uniquely identifies the manufacturer of the device).

The node descriptor contains a variety of fields, including the node type of the device (whether the node is a ZigBee Coordinator, Router, or End-Device), the manufacturer's code, whether the optional user and complex descriptors are present, and whether the node supports fragmentation.

Use this command when the application needs to know the manufacturer ID, whether the destination node can support the optional fragmentation, or if any other optional service

**Table 5.4: Node Descriptor Request and Response**

| Node_Desc_req | Node_Desc_rsp |
|---|---|
| typedef struct<br>zbNodeDescriptorRequest_tag<br>{<br>  zbNwkAddr_t  aNwkAddrOfInterest;<br>} zbNodeDescriptorRequest_t; | typedef struct<br>zbNodeDescriptorResponse_tag<br>{<br>  zbStatus_t  status;<br>  zbNwkAddr_t<br>aNwkAddrOfInterest;<br>  zbNodeDescriptor_t  nodeDescriptor;<br>} zbNodeDescriptorResponse_t;<br><br>  typedef struct zbNodeDescriptor_tag<br>{<br>    uint8_t  logicalType;<br>    uint8_t  apsFlagsAndFreqBand;<br>    uint8_t  macCapFlags;<br>    uint8_t  aManfCodeFlags[2];<br>    uint8_t  maxBufferSize;<br>    uint8_t  aMaxTransferSize[2];<br>    zbServerMask_t  aServerMask;<br>} zbNodeDescriptor_t; |

is present. I rarely use this command in actual applications, except perhaps to find the manufacturer ID. That can be useful if a particular application wants to use extended commands only available from a particular manufacturer.

The other descriptors include the power descriptor, which defines which power modes this node supports, and the user descriptor, which contains a user definable string to identify the location (such as living room or office). These descriptors are all optional in the ZigBee spec. The user descriptor is settable over-the-air, the rest are only gettable.

Tables 5.5, 5.6, and 5.7 describe each of the other descriptors. By and large, these descriptors (with the exception of the Node descriptor) have been supplanted by the ZigBee Cluster Library (ZCL) Basic Cluster. If you are using a profile such as Home Automation (HA), or Automatic Metering (AMI), which use the ZigBee Cluster Library, use the Basic Cluster mechanism instead.

**Table 5.5: Power Descriptor Request and Response**

| Power_Desc_req | Power_Desc_rsp |
|---|---|
| void ASL_Power_Desc_req<br><br>(<br>   zbCounter_t   *pSequenceNumber,<br>   zbNwkAddr_t   aDestAddress<br>); | typedef struct zbPowerDescriptor_tag<br><br>{<br>   uint8_t   currModeAndAvailSources;<br>   uint8_t   currPowerSourceAndLevel;<br>}   zbPowerDescriptor_t; |

**Table 5.6: User Descriptor Request and Response**

| User_Desc_req | User_Desc_rsp |
|---|---|
| void ASL_User_Desc_req<br><br>(<br>   zbCounter_t   *pSequenceNumber,<br>   zbNwkAddr_t   aDestAddress<br>); | typedef struct<br><br>zbUserDescriptorResponse_tag<br>{<br>   zbStatus_t   status;<br>   zbNwkAddr_t   aNwkAddrOfInterest;<br>   uint8_t   aUserDescriptor[16];<br>}   zbUserDescriptorResponse_t; |

**Table 5.7: Complex Descriptor Request and Response**

| Complex_Desc_req | Complex_Desc_rsp |
|---|---|
| void ASL_User_Desc_req<br><br>(<br>   zbCounter_t   *pSequenceNumber,<br>   zbNwkAddr_t   aDestAddress<br>); | typedef struct<br><br>zbComplexDescriptor_tag<br>{<br>   uint8_t   fieldCount;<br>   uint8_t   aLanguageAndCharSet[4];<br>   uint8_t   aManufacturerName[6];<br>   uint8_t   aModelName[6];<br>   uint8_t   aSerialNumber[6];<br>   uint8_t   aDeviceUrl[17];<br>   uint8_t   aIcon[4];<br>   uint8_t   aIconUrl[9];<br>}   zbComplexDescriptor_t; |

> Descriptors describe the node.
>
> Use the ZigBee Cluster Library (ZCL) basic cluster rather than the power, complex and user descriptors.

**Table 5.8: Device Announce Fields**

| Device_annce |
|---|
| typedef struct zbEndDeviceAnnounce_tag<br>{<br>  zbNwkAddr_t  aNwkAddress;<br>  zbIeeeAddr_t  aIeeeAddress;<br>  macCapabilityInfo_t  capability;<br>}  zbEndDeviceAnnounce_t; |

### 5.1.3   Device Announce

The ZDP **Device_annce** command is issued by the ZigBee stack, not by the applications. Occasionally in a network, a device must change its short address while still on the network. In Stack profile 0x01, this occurs when an end-device loses track of its parent and needs to find a new one. In Stack profile 0x02, this occurs when an address conflict is detected.

**Device_annce** can also occur if an end-device wants to tell its parent to start buffer packets for it while it sleeps (called an RxOnIdle = FALSE device), or wants its parent to quit buffering packets because the device won't be sleeping anymore. (Perhaps it was plugged into mains power.)

All the **Device_annce** command accomplishes is to instruct any node in the network that cares about this node to update its internal tables, such as the neighbor table, address map, and binding table (see Table 5.8). The over-the-air device announce structure is fairly simple: a short address, IEEE address, and MAC capabilities flags.

The example in this section, *Example 5-2 Device_annce*, demonstrates device announce occurring when a child changes to a new parent (see Figure 5.4). A node is set up to look



**Figure 5.4: Example 5-2—Device_annce**

for a new parent after it has lost contact with its original parent for three polling periods in a row. In the left portion of the figure, the ZED has a ZigBee router for a parent. But for some reason (Okay, because I turned it off), the ZED loses contact with its parent. The node then looks for a new parent, and finds the ZigBee Coordinator, shown on the right.

This same thing would happen if the ZED were, perhaps, a roaming remote control device. The same thing could occur if something happened to the link, such as if a large wall of metal or body of water was placed between the ZED and its parent.

To run the example shown above, use the BeeKit solution found in the folder "Chapter05\Example 5-2 Device_annce." This BeeKit solution contains three projects: a ZcNcbSwitch, a ZrSrbRangeExtender, and a ZedSrbLight. Export the solution, and import, compile, and download each project into their respective boards.

The steps to see the demo (and produce a capture) are:

1. Turn on Daintree to record on channel 25.

2. Boot and form a network with the ZcNcbSwitch and ZrSrbRangeExtender boards, by pressing SW1.

3. Turn off joining the ZcNcbSwitch by pressing SW2.

4. Join the network with ZedSrbLight by pressing SW1.

5. Bind the switch and light, by pressing SW3 (in any order) on both ZcNcbSwitch and ZedSrbLight.

6. Go to Application (as opposed to Configuration) Mode on both light and switch, by pressing and holding switch 1 (LSW1).

7. Toggle the light, by pressing SW1 on the ZcNcbSwitch.

8. Force the light to move to a new parent, by turning off ZcSrbRangeExtender.

9. Toggle the light again, by pressing SW1.

Notice the ZcNcbSwitch knows where to find the light (at 0x796f), even though it has moved (from 0x1430).

To see this action over-the-air, take a look at the following excerpts from the Daintree capture. First of all, notice that the switch (node 0x0000) is sending to the light (node 0x1430), which is a child of the range extender (node 0x0001):

```
87  +00:00:00.571  0x0000  0x0001  0x0000  0x1430  0x50  Zigbee APS Data
HA:On/off
88  +00:00:00.001                                        IEEE 802.15.4
Acknowledgment
89  +00:00:00.452  0x1430  0x0001                        IEEE 802.15.4
Command: Data Request
90  +00:00:00.001                                        IEEE 802.15.4
Acknowledgment
91  +00:00:00.003  0x0001  0x1430  0x0000  0x1430  0x75  Zigbee APS Data
HA:On/off
```

Now, the child has lost track of its parent. So, it issues a rejoin request to join a new parent. And then it announces via a broadcast its new short address to the network with **Device_annce**, called ZDP:EndDeviceAnnce:

```
138  +00:00:00.421  0x1430  0x0000  0x1430  0x0000  0x1a  Zigbee NWK
NWK Command: Rejoin Request
139  +00:00:00.001                                        IEEE 802.15.4
Acknowledgment
140  +00:00:00.409  0x1430  0x0000                        IEEE 802.15.4
Command: Data Request
141  +00:00:00.001                                        IEEE 802.15.4
Acknowledgment
142  +00:00:00.005  0x0000  0x1430  0x0000  0x1430  0x51  Zigbee NWK
NWK Command: Rejoin Response
143  +00:00:00.002                                        IEEE 802.15.4
Acknowledgment
144  +00:00:00.005  0x796f  0x0000  0x796f  0xffff  0x1b  Zigbee APS Data
ZDP:EndDeviceAnnce
145  +00:00:00.002                                        IEEE 802.15.4
Acknowledgment
146  +00:00:00.018  0x0000  0xffff  0x796f  0xffff  0x1b  Zigbee APS Data
ZDP:EndDeviceAnnce
```

Finally, notice that the ZcNcbSwitch still knows where to find the light. Instead of sending to address 0x1430, it sends to address 0x796f, the light's new short address:

```
164  +00:00:00.002  0x0000  0x796f  0x0000  0x796f  0x52  Zigbee APS Data
HA:On/off
```

One thing to be aware of: **Device_annce** is a broadcast, and every ZigBee network is limited by the number of broadcasts it can sustain at any given time. Don't design a network where children need to move constantly or the network may be overloaded.

# 5.2   Service Discovery

In addition to the services related to devices, or nodes, ZDP also contains a variety of standard services for querying the applications within those nodes (see Table 5.9). As with the device discovery services, most of the ZDP service discovery services are optional. Only a few service side responses are required.

## 5.2.1   Discovering and Matching Endpoints

Discovering application endpoints and the services they support is a common commissioning step in ZigBee. Different manufacturers may choose different endpoints for their applications. For example, a manufacturer of a switch (Leviton, perhaps) may choose endpoint 3 for their switch. Philips may choose endpoint 8 for their light. So how does an application which needs to bind this switch to the light find these endpoints?

**Table 5.9:  ZDP Service Discovery Services**

| Service Discovery Services | Client Transmission (Request) | Server Processing (Response) |
|---|---|---|
| Simple_Desc_req (unicast) | O | M |
| Extended_Simple_Desc_req (unicast) | O | O |
| Active_EP_req (unicast) | O | M |
| Extended_Active_EP_req (unicast) | O | O |
| Match_Desc_req (broadcast) | O | M |
| System_Server_Discover_req | O | O |
| Find_node_cache_req (broadcast) | O | O |
| Discovery_Cache_req (unicast) | O | O |
| Discovery_store_req (unicast) | O | O |
| Node_Desc_store_req (unicast) | O | O |
| Power_Desc_store_req (unicast) | O | O |
| Active_EP_store_req (unicast) | O | O |
| Simple_Desc_store_req (unicast) | O | O |
| Remove_node_cache_req (unicast) | O | O |

**Table 5.10: Active Endpoint Request and Response**

| Active_EP_req | Active_EP_rsp |
|---|---|
| void ASL_Active_EP_req<br><br>(<br><br>  zbCounter_t  *pSequenceNumber,<br>  zbNwkAddr_t  aDestAddress<br>); | typedef struct zbActiveEpResponse_tag<br><br>{<br><br>  zbStatus_t  status;<br>  zbNwkAddr_t  aNwkAddrOfInterest;<br>  zbCounter_t  activeEpCount;<br>  zbEndPoint_t  pActiveEpList[1];<br>} zbActiveEpResponse_t; |

ZDP can locate active endpoints through **Active_EP_req** (see Table 5.10). This call returns a list of the active endpoints in a node. The application then calls **Simple_Desc_req**, which returns a description of the endpoint (see Table 5.11). The simple descriptor really should have been called the endpoint descriptor, as that is the object it describes.

**Table 5.11: Simple Descriptor Request and Response**

| Simple_Desc_req | Simple_Desc_rsp |
|---|---|
| void ASL_Simple_Desc_req<br>(<br>  zbCounter_t  *pSequenceNumber,<br>  zbNwkAddr_t  aDestAddress,<br>  zbEndPoint_t  endPoint<br>); | typedef struct zbSimpleDescriptor_tag<br>{<br>  zbEndPoint_t  endPoint;<br>  zbProfileId_t  aAppProfId;<br>  zbDeviceId_t  aAppDeviceId;<br>  uint8_t  appDevVerAndFlag;<br>  zbCounter_t  cNumInClusters;<br>  zbClusterId_t  *pInClusterList;<br>  zbCounter_t  cNumOutClusters;<br>  zbClusterId_t  *pOutClusterList;<br>} zbSimpleDescriptor_t;<br><br>typedef struct<br>zbSimpleDescriptorResponse_tag<br>{<br>  zbStatus_t  status;<br>  zbNwkAddr_t  aNwkAddrOfInterest;<br>  zbSize_t  length;<br>  zbSimpleDescriptor_t  sSimpleDescriptor;<br>} zbSimpleDescriptorResponse_t; |

The simple descriptor basically describes everything there is to know about the endpoint: its Application Profile ID, and its list of endpoints, both input and output.

The **Extended_Simple_Desc_req** and **Extended_Active_EP_req** were added in ZigBee 2007 in case the simple descriptor or active endpoint list were too large to fit into a single packet. For example, assume that a node supports all 240 endpoints. Each active endpoint returned in an **Active_EP_req** requires one byte. That's at least 240 bytes, far too large to fit into the 127 byte 802.1.54 PHY. Likewise, if the cluster list is too long, an **Extended_Simple_Desc_req** might be needed. Normally, however, the standard versions are sufficient. It's a rare ZigBee network that contains nodes with that many endpoints or clusters on an endpoint.

**Match_Desc_req** can be used to find a particular service anywhere across the network (see Table 5.12). As input, it takes a simple descriptor, and as output it provides a matching list of endpoints from any node that matches. It matches both profile ID and input/output cluster lists. The profile ID must be the same, and at least one input must match one output cluster, or vice versa. Any overlap will do. Think of it this way.

**Table 5.12: Match Descriptor Request**

| Match_Desc_req | Match_Desc_rsp |
|---|---|
| **typedef struct**<br>**zbSimpleDescriptor_tag**<br>**{**<br>  **zbEndPoint_t  endPoint;**<br>  **zbProfileId_t  aAppProfId;**<br>  **zbDeviceId_t  aAppDeviceId;**<br>  **uint8_t  appDevVerAndFlag;**<br>  **zbCounter_t  cNumInClusters;**<br>  **zbClusterId_t  *pInClusterList;**<br>  **zbCounter_t  cNumOutClusters;**<br>  **zbClusterId_t  *pOutClusterList;**<br>**}  zbSimpleDescriptor_t;**<br>void ASL_MatchDescriptor_req<br>(<br>  zbCounter_t  *pSequenceNumber,<br>  zbNwkAddr_t  aDestAddress,<br>  zbSimpleDescriptor_t<br>*pSimpleDescriptor<br>); | typedef struct<br>zbMatchDescriptorResponse_tag<br>{<br>  zbStatus_t  status;<br>  zbNwkAddr_t  aNwkAddrOfInterest;<br>  zbSize_t  matchLength;<br>  zbEndPoint_t  matchList[1];<br>} **zbMatchDescriptorResponse_t;** |

A switch has an On/Off Cluster (0x0006) as an output. A light has an On/Off Cluster as an input. They match. Two lights would not match.

**Match_Desc_req** may be broadcast (with 0xfffd) or unicast. Here is a simple experiment to cause a flurry of route requests and unicasts in a ZigBee network. Send out a **Match_Desc_req** with the Basic Cluster (0x0000) listed as an output cluster, on profile ID 0x0104. Every node in the network on the Home Automation profile will respond.

## 5.2.2   Backing Up and Caching Discovery Information

ZigBee utilizes the concepts of backing up and also caching the discovery information. This includes the following ZDP commands:

- System_Server_Discover_req
- Find_node_cache_req
- Discovery_Cache_req
- Discovery_store_req
- Node_Desc_store_req
- Power_Desc_store_req
- Active_EP_store_req
- Simple_Desc_store_req
- Remove_node_cache_req

The concept is fairly simple. The **System_Server_Discovery_req** permits nodes in the network to find the primary cache for everything from endpoints, to simple descriptors, to node descriptors, assuming nodes in the network stored copies of their information on the cache. Then, a commissioning tool or other node can retrieve the information. The trouble with this is that no vendors actually implement the primary discovery cache in a network. In fact, at the time of this writing, Freescale is the only vendor that has actually implemented these optional ZDP commands in their stack.

My advice is not to use them. Get the information directly from the nodes themselves. Or do without.

If you would like to use these commands anyway, here's how to do it. Use a **Discovery_store_req** first to allocate the space on the discovery cache for the various



**Figure 5.5: Discovery_store_req**

items, including endpoints and simple descriptors, as seen in Figure 5.5. Then use the various store commands (e.g., **Simple_Desc_store_req**) to actually store the data on the cache. Using **System_Server_Discovery_req**, other nodes in the network can find the cache and request the sleeping node's information using commands such as **Active_EP_req**.

## 5.3 Binding

In Chapter 4, "ZigBee Applications," you learned all about APS (local) binding. I'll give a quick refresher here, and then talk about ZDP binding.

Binding provides a mechanism for attaching an endpoint on one node to one or more endpoints on another node. Binding can even be destined for groups of nodes. Then, when using APSDE-DATA.request, simply use the "indirect" addressing mode, and the request will be sent to each endpoint or group listed in the local binding table.

The binding table is smart, and keeps track of both the short (16-bit NwkAddr) and long (IEEE) address of a node. If a destination device has changed its short address (either due to a ZigBee End-Device moving from one parent to another in ZigBee stack profile 0x01, or due to a address conflict in ZigBee Pro), the binding table entry is updated automatically to point to that new address (see Figure 5.6).

As shown in Table 5.13, if the local application sent application data using indirect mode from endpoint 12, the packet would simply be dropped, as there is no source endpoint



**Figure 5.6: Binding Connects One Endpoint to One or More Other Endpoints**

12 in the table. If the local application sent a APSDE-DATA.request using indirect mode from endpoint 5, it would go to three destinations: node 0x1234 endpoint 12, broadcast to group 0x9999, and to node 0x5678 endpoint 44.

ZDP provides over-the-air binding services to complement the local APS binding services. This allows a third-party tool (such as a remote control, or PC with a ZigBee dongle) to connect one application to another. It's easy to envision a drag-and-drop interface to bind switches to lights throughout a house, an office, or a hotel.

All ZDP binding services are optional. They are shown in Table 5.14.

**Table 5.13: Sample Binding Table**

| Src EP | Destination Addr | Addr/Grp | Dst EP | Cluster ID |
|--------|------------------|----------|--------|------------|
| 5 | 0x1234 | A | 12 | 0x0006 |
| 6 | 0x796F | A | 240 | 0x0006 |
| 5 | 0x9999 | G | -- | 0x0006 |
| 5 | 0x5678 | A | 44 | 0x0006 |

<strong>Table 5.14:  ZDP Binding Services</strong>

| ZDP Binding Services | Client Transmission (Req) | Server Processing (Rsp) |
|---|---|---|
| End_Device_Bind_req | O | O |
| Bind_req | O | O |
| Unbind_req | O | O |

**End_Device_Bind_req** (see Figure 5.7) uses an optional state machine on the ZigBee Coordinator to bind or unbind two devices. This service can be useful in a "press-the-button-on-two-nodes-to-bind-them" operation, useful on some Home Automation products, but it's not generally useful in most ZigBee networks. One of the things I don't like about this command is that if it returns success, the caller has no idea if the targets were bound or unbound. It's a toggle!

The example in this section, *Section 5-3 Binding*, demonstrates a third-party node binding a switch to a light over-the-air. Granted, it's pretty simple, but it shows the concept of ZigBee commissioning with a third-party tool.

To run the example, simply compile and download the three targets (ZcNcbTool, ZedSrbSwitch, andZrSrbLight) from the BeeKit solution, and boot them all. Press SW1 on all of them to join each node to the network. Go to Application Mode on all three nodes by pressing and holding SW1 (long SW1). Press SW1 on the switch. Notice nothing happens. Then press SW2 in the tool to bind the switch to the light. Now press SW1 on the switch again and notice the light toggles.

There is one thing about over-the-air binding that is not obvious. The ZDP bind commands require an IEEE address, not a short address for the destination of the binding. If a node receives a ZDP bind command and it doesn't know about the destination address, it will issue a ZDP **NWK_Addr_req** to find the node, because it actually needs both long and short addresses to complete the operation.



<strong>Figure 5.7:  ZDP Bind Request</strong>

Table 5.15: ZDP Management Services

| Network Management Services | Client Transmission (Req) | Server Processing (Rsp) |
|---|---|---|
| **Mgmt_NWK_Disc_req (unicast)** | O | O |
| **Mgmt_Lqi_req (unicast)** | O | O |
| **Mgmt_Rtg_req (unicast)** | O | O |
| **Mgmt_Bind_req (unicast)** | O | O |
| **Mgmt_Leave_req (unicast)** | O | O |
| **Mgmt_Direct_Join_req (unicast)** | O | O |
| **Mgmt_Permit_Joining_req (unicast or broadcast)** | O | M |
| **Mgmt_Cache_req (unicast)** | O | O |
| **Mgmt_NWK_Update_req (unicast)** | O | O |

# 5.4   ZDP Management Services

The ZDP Management services are really handy optional services used for reading the various tables contained within ZigBee nodes, and to request certain common actions (see Table 5.15).

## 5.4.1   Network Discovery

The ZDP command **Mgmt_NWK_Disc_req** was implemented both to support frequency agility, which is the ability for the ZigBee network to change channels, and to help prevent PAN ID conflicts. A managing application can determine remotely what networks and nodes are in the vicinity of any node on the network.

PAN ID conflict happens when one network grows toward another. Perhaps they were both out of hearing range of each other when they started, and through chance happened to pick the same PAN ID, such as 0x1234. Now they've grown over time, and are beginning to overlap.

Changing channels in ZigBee is a fairly catastrophic event, and not one to be undertaken lightly. ZigBee is not a channel-hopping network, like Bluetooth™, for example. Instead, ZigBee relies on its robust CSMA-CA and O-QPSK technologies to continue to communicate even in noisy environments. But sometimes it's just necessary to change channels, and it would be a major hardship to tear down the network and rebuild it on another channel. This is the sort of thing that might happen at a hospital. The wireless

networks in a hospital are very carefully managed, and they do not want other wireless channels on the same frequency as their WiFi™ networks. If the WiFi network needed to change channels for some reason, it's possible the ZigBee network might have to as well.

The ZDP **Mgmt_NWK_Disc_req** command does exactly the same thing that ZDO does locally, when it determines what networks are nearby. It sends out a beacon request and reports the beacons that responded to a higher layer, that can then do something intelligent. In this case, the "higher layer" just happens to be on a remote managing node.

### 5.4.2  Table Management Services

ZDP contains services to read the various tables from remote ZigBee nodes. This can be useful in diagnostics during commissioning, or even at run-time. For example, the routing tables of various routers can be checked, and if one node in particular is always full while the other routers are not, perhaps a choke-point has been detected in the network. Another router may be needed in the vicinity.

ZigBee Table Management Services in ZDP:

- Mgmt_Lqi_req—the neighbor table
- Mgmt_Rtg_req—the routing table
- Mgmt_Bind_req—the (optional) binding table

Notice that there isn't any way to set these tables directly over ZigBee. Of course, an application specific cluster could be written to do this, but the proper way is to use the various other commands available that populate these tables. The binding table, for instance, is populated or cleared using the ZDP-Bind and ZDP-Unbind commands.

These tables can be quite large. To accommodate this, ZigBee allows them to be read from a starting index. For example, to read the entire neighbor table, use **Mgmt_Lqi_req** with a starting index of 0 to begin. Then, after it returns five or so entries, send another **Mgmt_Lqi_req** with a starting index of 5. That does mean that the operation is not always atomic, and can look strange if something has changed between the previous request and the next one.

The ZDP table requests and responses are listed in Tables 5.16, 5.17, and 5.18.

**Table 5.16: Management Neighbor Table Request**

| Mgmt_Lqi_req | Mgmt_Lqi_rsp |
|---|---|
| void ASL_Mgmt_Lqi_req<br>(<br>   zbCounter_t  *pSequenceNumber,<br>   zbNwkAddr_t  aDestAddress,<br>   index_t   index<br>); | typedef struct zbNeighborTableList_tag<br>{<br>   zbIeeeAddr_t  aExtendedPanId;<br>   zbIeeeAddr_t  aExtendedAddr;<br>   zbNwkAddr_t  aNetworkAddr;<br>   uint8_t  deviceProperty;<br>   bool_t   permitJoining;<br>   uint8_t  depth;<br>   uint8_t  lqi;<br>} zbNeighborTableList_t;<br>typedef struct zbMgmtLqiResponse_tag<br>{<br>   zbStatus_t   status;<br>   zbCounter_t  neighbourTableEntries;<br>   zbIndex_t   startIndex;<br>   zbCounter_t  neighbourTableListCount;<br>   zbNeighborTableList_t  neighbourTableList[1];<br>} zbMgmtLqiResponse_t; |

**Table 5.17: Management Routing Table Request**

| Mgmt_Rtg_req | Mgmt_Rtg_rsp |
|---|---|
| void ASL_Mgmt_Rtg_req<br>(<br>   zbCounter_t  *pSequenceNumber,<br>   zbNwkAddr_t  aDestAddress,<br>   index_t   index<br>); | typedef struct routingTableList_tag<br>{<br>   zbNwkAddr_t  aDestinationAddress;<br>   uint8_t  status;<br>   zbNwkAddr_t  aNextHopAddress;<br>} routingTableList_t;<br>typedef struct<br>   zbMgmtRtgResponse_tag<br>{<br>   zbStatus_t  status;<br>   zbCounter_t  routingTableEntries;<br>   index_t  startIndex;<br>   zbCounter_t  routingTableListCount;<br>   routingTableList_t  routingTableList[1];<br>} zbMgmtRtgResponse_t; |

**Table 5.18: Management Binding Table Request**

| Mgmt_Bind_req | Mgmt_Bind_rsp |
|---|---|
| void ASL_Mgmt_Bind_req<br>(<br>   zbCounter_t   *pSequenceNumber,<br>   zbNwkAddr_t   aDestAddress,<br>   index_t index<br>);  | typedef struct zbApsmeBindReq_tag {<br>   zbIeeeAddr_t   aSrcAddr;<br>   zbEndPoint_t   srcEndPoint;<br>   zbClusterId_t   aClusterId;<br>   zbAddrMode_t   dstAddrMode;<br>   zbIeeeAddr_t   aDstAddr;<br>   zbEndPoint_t   dstEndPoint;<br>} zbApsmeBindReq_t;<br>typedef struct zbMgmtBindResponse_tag {<br>   zbStatus_t   status;<br>   zbCounter_t   bindingTableEntries;<br>   zbIndex_t   startIndex;<br>   zbCounter_t   bindingTableListCount;<br>   zbApsmeBindEntry_t<br>aBindingTableList[1];<br>} zbMgmtBindResponse_t; |

Don't confuse **Mgmt_Bind_req** (which retrieves a remote binding table) and **Bind_req** (which binds a remote node to another node).

## 5.4.3   Informing Other Nodes to Leave the Network

One of the other interesting things ZDP can do is to tell other nodes to leave the network. Why would you do this? Sometimes, such as when using the Commissioning Cluster from the ZigBee Cluster Library, a node might be commissioned with certain values on a commissioning network, and then told to go join a different network where it will do its work. Imagine a handheld device that an installer uses to make sure all of the lights, switches, thermostats, etc., are all functioning properly in each hotel room, before moving on to the next. Use **Mgmt_leave_req** for this purpose.

**Mgmt_Direct_join_req** is not used much. It's easier to simply use the network rejoin command, available through ZDO.

**Mgmt_permit_joining_req** can be very useful for disabling joining all throughout the network. Typically, this is the last step when commissioning a network. It closes it down to prevent other nodes getting on the network without permission.

# 5.5 Starting and Stopping ZigBee with ZDO

ZDO is the local-state machine that controls the state of the ZigBee node on and off the network. When a node boots up, it does not necessarily join a network right away. It may go into low-power mode, and wait for a button-press, or some other event that causes the node to decide it needs to network.

The Freescale platform uses a function called **ZDO_Start()** to join a node to the network. **ZDO_Start()** can start with any of the following options:

- gStartWithOutNvm_c

- gStartAssociationRejoinWithNvm_c

- gStartNwkRejoinWithNvm_c

- gStartSilentRejoinWithNvm_c

Starting without non-volatile memory (NVM) ensures that the node does not use anything it remembers from the last time it was booted and joined a network. Association join (or rejoin) uses the MAC association commands to join the network. Rejoin with NVM rejoins the network using the same PAN and channel selected previously. The node may get a new short address. The silent rejoin is very useful when nodes are reset after a battery change, or after a mains-powered network has reset after a power outage. The nodes do not actually *say* anything over the air, they simply start up and are capable of routing in a few tens of milliseconds.

To leave the network, Freescale uses one of two functions:

- ZDO_Stop()

- ZDO_Leave()

Stop leaves the network silently. Leave informs the node's parent so that the parent's internal tables can be cleaned up.

The example in this section, *Example 5-4 ZDO*, forces a node to leave one network and to rejoin the other. This operation is done fairly frequently in ZigBee network commissioning. A node doesn't know anything about the network it joins, other than the IEEE address of the parent it joined. Many times a ZigBee node needs to know more before deciding to remain on that network. It may, for example, query the network for a particular service.

In this example, the NCB board will attempt to join (randomly) one of the SRB boards. If it does, it will ask the SRB whether it supports the On/Off Cluster. If not, it will leave that network and attempt to join another. It continues doing this until it finds an On/Off Cluster that responds, and in this case, the light turns on.

Which of the networks issues the beacon response first is random, so the actual over-the-air capture may vary until the node finds the right parent.

## 5.6 ZDO, ZigBee, and Low Power

One of the most interesting aspects of ZigBee is the ability of nodes in a ZigBee network to last, not hours, not days, but for years on battery power. In fact, it's normal for a sleeping ZigBee device to last the shelf life of a couple of AA batteries (about five to seven years). Consider Figure 5.8. The ZigBee routers (in gray) and the ZigBee Coordinator (in black) are typically mains-powered. The ZigBee End Devices (in white) are ZigBee node types, which can sleep.

ZigBee End Devices can sleep, because they do not route. That is why they are called end devices: the route stops here. Notice the end devices in the figure below (for example, node 25) only have one connection to the ZigBee Network: the end-device's parent. The routers must have at least two connections. In reality, it's likely that all the routers in this house floor plan can all hear each other, but to simplify the figure, only some of the possible routes are shown.



**Figure 5.8: ZigBee End Devices Do Not Route**

ZigBee is an asynchronous protocol. That is, a node may choose to transmit at any time. This makes sense when you think about how ZigBee is used. A light switch (let's use node 25 again, for example), can wake up and send a command to turn on the lights any time a user flips the switch. Or a factory automation system might need to send an alarm immediately. That is why routers must be awake all the time and ready to route a message.

Within the ZigBee Alliance, work is being done on an all-battery powered network for use in situations where latency doesn't matter, but eliminating mains-powered devices does, such as in a vineyard, or another agricultural setting. It doesn't matter if the temperature or moisture content is communicated now, or two minutes later. It would matter if the lights didn't turn on for two minutes! At the time of this writing, that work has not made it into any official ZigBee specifications.

So, let's go back to the example above. Someone flips a battery-powered ZigBee light switch. The switch causes an interrupt which wakes the CPU, which in turn wakes the radio. Once the system is fully powered (we're talking approximately a millisecond, here) the ZigBee End Device sends the command to turn the set of lights it controls on or off, and then it goes immediately back to sleep. Immediately is a relative term, so I'll go into the exact sequence of events with calculations, in a bit.

So what happens if you send the end-device a message while it is asleep? How does that end device receive it? That's where the special parent-child relationship comes in. In a ZigBee network, the parent will actually buffer messages for the sleeping child, delivering them when it wakes up.

However, the message is not buffered forever. The MAC generally buffers messages for about seven seconds. Some ZigBee stacks, like Freescale, are limited to this MAC timeout. Others are not. There is one other thing to note. If a given parent has many sleeping children, and many messages to deliver, the messages may time out before they are all delivered to the sleeping children. Generally, sleeping devices should wake up and communicate with some node in the network periodically, if the sleeping node can be configured or is to normally receive packets. Otherwise, just treat the end device as a low-power command, or data initiator. It wakes up when it wants, transmits data, then sleeps again.

One common question I get is this, "Can the radio wake the CPU upon receiving a valid ZigBee packet?" The answer is "Yes it can, but it doesn't make sense for a low-powered system." If the radio is awake enough to decode a signal, it is awake. That means it is consuming full power, somewhere in the neighborhood of 20–23 mA, which means the batteries won't last a very long time (days at best).

**Table 5.19:  ZigBee Battery Life Calculator**

| | | |
|---|---|---|
| Battery capacity (mAh) | 1900 | 1900 = 2 AA batteries |
| Supply efficiency (%) | 100% | |
| System capacity (mAh) | 1900 | |
| Tx current (Radio) (mAh) | 34 | MC13193 |
| Application payload size (bytes) | 10 | add 18–30 bytes for security |
| Packet frequency(s) | 15 | |
| Tx duration per packet (ms) | 1.31 | With security |
| Tx packets per day | 5760 | Calculated from packet frequency |
| PA current (or other Tx on) (mA) | 0 | |
| Rx current (Radio) (mA) | 37 | MC13193 |
| Rx duration per packet (ms) | 10 | Waits for ACK (and msg) from parent |
| Rx packets per day | 5760 | |
| LNA current (or other Rx on) (mA) | 0 | |
| Radio sleep current (mA) | 0.002 | MC13193 sleep current |
| MCU active current (mA) | 14 | HCS08 Stop Mode 3 |
| MCU sleep current (mA) | 0.001 | |
| MCU activity time in addition to radio (%) | 20% | |
| MCU total activity time | 120% | |
| MCU with AtoD on current | 0 | |
| MCU active time for AtoD per sample (ms) | 0 | |
| Number of samples per day | 0 | |
| Calculated radio duty cycle | 0.08% | |
| Capacity used per day (mAh/day) | 1.04 | |
| Battery life in days | 1828 | |
| Battery life in years | 5.0 | |

Table 5.19 is a battery calculator, and is included in Excel form on-line. As you can see from the calculations, it's very possible for a ZigBee node to last an entire five years on a pair of AA batteries.

Identifying all the power consumers in a system is not always easy. Some are obvious. A power regulator, consuming power to reduce the voltage from 9 volts down to 3, or that



**Figure 5.9: The Panasonic PAN802154HAR Low-Power ZigBee Board**

TTL to RS2332 serial chip, or that blazing LED, is easy to figure out. But other power consumers are not so obvious.

For example, consider the Freescale HCS08GT60 microcontroller used both in the Freescale system-in-package MC13213, and in the two-chip solution with the MC13193 radio. This microcontroller uses the same core as the GB60, a part with significantly more GPIO pins brought out on the package. In the core on the GT60, the one used for the ZigBee nodes, those extra pins which aren't brought out on the smaller package are floating, and must be initialized to low output to prevent power consumption. If you don't turn them off, you'll wonder why your board is not achieving that $1.9\mu A$ low-power sleep that the radio and MCU can.

The final example in this chapter is a low-power On/Off Switch. One thing that's very important to note in the Freescale solution is that it won't go into deep sleep unless all application timers have been stopped.

To run the demo, compile and download the ZcNcbOnOffLight and ZedPanOnOffSwitch. The "PAN" stands for the Panasonic PAN802154HAR. This board, pictured in Figure 5.9, can achieve $2\mu A$ while asleep. Press the button, and the board wakes up, sends a toggle command to the light, and then goes back to sleep.

Alternately, use the Freescale SRB boards. The SRBs, while they are nice development boards, cannot achieve true low power under software control. This isn't due to the radio and MCU, but because other power consumers on the SRB board, such as the power regulator and USB chip, cannot be shut off.

When planning your project, always plan much more time than you think for low power. It seems so simple in concept, but there are always gotchas. One example is that the BDM debugger, used to debug programs in the Freescale environment, doesn't function once the MCU goes into low power. Low power is always more difficult than you think.

---

ZigBee provides no low power API. The API is always vendor-specific.

ZigBee End-Devices are the only nodes in a ZigBee network that achieve long battery life.

---

# *The ZigBee Cluster Library*

The ZigBee Cluster Library was the brainchild of Phil Jamieson, chairman of the Application Framework Group. The library, like the ANSI C library, is a set of useful functions from which to build ZigBee applications and profiles.

The ZigBee Cluster Library is released under its own specification, separate from the ZigBee specification. See http://www.zigbee.org to download a copy of the ZCL specification. All ZigBee Alliance Public Profiles use the ZigBee Cluster Library, but private profiles may choose to use it or not.

Before describing how to develop applications using the ZigBee Cluster Library, let me tell you the real, untold story of the origin of the ZigBee name. Not many have heard this tale.

> *On June 21, 1860, the Army of the United States of America adopted a system of visual communications called "wigwag," and in the process created a separate, trained professional military service: the Signal Corps.*
>
> *The inventor, Albert James Myer, first tested his visual signaling system in active service during the 1860–1861 Navajo expedition to New Mexico. Using flags for daytime signaling and a torch at night, wigwag was used in active combat during the Civil War on June 1861, to direct the fire of a harbor battery against the Confederate positions at Fort Calhoun.*
>
> *By 1879, the electric telegraph, in addition to visual signaling, had become a Signal Corps responsibility. The Signal Corps constructed, maintained, and operated some 4,000 miles of telegraph lines along the country's western frontier.*
>
> *In the late 1930s, during World War II, Company B of the Signal Corp, part of the 49th Signal Heavy Construction Battalion, was selected for a very important assignment: the installation of a large communication system for the Navy under Admiral Nimitz and the 20th Air Force under the command of General Spaatz, on the island of Guam.*
>
> *Guam was to become the coordination point for all air and sea communications in the Central Pacific during the war, due in part to this highly reliable wireless system.*



- ZigBee cluster library specifies functional domains
- Each specification specifies the cluster sets for that functional domain
- Each specification defines mandatory and optional clusters, attributes, commands, and functional descriptions
- Explicit device descriptions are not defined

- ZigBee profiles specifiy application domains
- Each profile collects related elements from the cluster library into application domains
- Each profile defines device descriptions for each required device
- Each profile specifies the cluster identifiers for each cluster used from the cluster library

**Figure 6.1: The ZigBee Cluster Library**

*Signal Corp Company B, or SigB (ZigBee) as it was called colloquially became famous for providing wireless communications that simply worked. The Signal Corp is still in operation today.*

The ZigBee Cluster Library (ZCL) shown in Figure 6.1, is nothing more than a set of clusters and cross-cluster commands used in the public profiles produced by the ZigBee Alliance to speed the development and standardization of the public profiles. Some of those clusters are general purpose and enhance the functionality of the ZigBee specification. An example of this would be the Groups Cluster (cluster ID 0x0004), which includes the ability to add and remove groups over-the-air (whereas the APS group commands are for local in-node access only). Other clusters are general purpose to many applications, such as the On/Off Cluster (cluster ID 0x0006) which can turn on or off … well, just about anything.

The ZigBee Cluster Library is organized into functional domains, such as General, Closures, HVAC, and Lighting. Clusters from these functional domains are used in the ZigBee Public Profiles to produce descriptions of devices, such as a dimming light, a dimmer switch, or a thermostat. Each Public Profile may also define its own specialized clusters, such as the Automatic Metering (later renamed to Smart Energy) Price Cluster.

Is ZCL required? If you are making a public profile device, such as a power meter intended to be compatible with the Automatic Metering profile, or a thermostat intended



**Figure 6.2: Clusters Extend Device Functionality**

to be compatible with the Home Automation or Commercial Building Automation Profile, then the answer is "Yes." That's what public profiles are all about: interoperability. With private Application Profiles, however, ZCL is not mandatory. Many private application profiles do not use the ZigBee Cluster Library at all, or only use a few clusters from the library (see Figure 6.2).

The public profiles which use the ZigBee Cluster Library organize the use of clusters into three categories:

- Clusters which are mandatory for all devices within the profile

- Clusters which are mandatory for a particular device within the profile

- Clusters which are optional for a particular device within the profile

The ZigBee Cluster Library also allows devices to be extended by manufacturer-specific extensions, allowing manufacturers to produce value-added features available only to their brand.

Think of a light. In the simplest case, it can support the ability to turn on or off (wirelessly of course). Perhaps that same light fixture may be sold in both residential and commercial

(or high-end residential) markets where the ability to sense ambient light in order to adjust the brightness is important. In this case, the device could support both the simple residential and the more complex commercial profile on two separate endpoints, allowing the manufacturer to save money on development and production costs by creating one part instead of two. Both profiles use the same On/Off Cluster (0x0006). But only the commercial profile would support the Illuminance Level Sensing Cluster (0x0401).

The clusters in the ZigBee Cluster Library incorporate the concept of a client, who initiates the transaction, and the server, who performs the work. For example, a light switch (the client) initiates the transaction when someone taps the light switch. One or more lights (the server) complete the transaction by turning on or off and perhaps reporting the status change to some monitoring device(s).

From the perspective of the endpoint's simple descriptor, the client side lists the cluster ID as an output cluster, and the server side lists the same cluster ID as an input cluster.

Figure 6.3 shows a small network with five nodes, including two lights and two switches, plus a configuration tool. This figure is found in the ZigBee Cluster Library specification, labeled there as "Figure 3.2." Notice the client (output) side of a cluster talks to the server (input) side of the cluster—the output from the switch becomes the input on the light. Notice also that the same Cluster ID (and code) can be used for different device types. Both the On/Off Switch and Dimmer Switch use an On/Off Cluster (cluster ID 0x0006) to control the remote light. But only the dimmable light supports the Level Control Cluster.



**Figure 6.3: Clusters Contain Client and Server Components**

The configuration tool in this figure is able to configure both types of switches. In a home, an on/off light switch sometimes controls a single set of lights, such as porch lights. A switch can also be used as a toggle, also called a three-way switch, where two or more switches control the same set of lights (common in kitchens and hallways). ZigBee ensures that the same physical device (the HA On/Off Switch) can be configured to accomplish either configuration in a simple compatible way, over-the-air. This allows the installer or home owner to adjust a system to personal preferences. The interface for the installer could be as simple as a drag-and-drop application on your PC.

The ZigBee Cluster Library describes each cluster in detail, so independent vendors can create compatible products that interoperate. It doesn't matter whether the light switch or lights come from Philips or Schneider Electric, or whether a thermostat comes from Siemens, Honeywell, Trane, or Johnson Controls. They all work together. A certification process ensures that vendors adhere to the standard described by the ZigBee Cluster Library and the Application Profile.

In this chapter, I'll describe the ZigBee Cluster Library in detail, starting with the ZCL foundation, a set of cross-cluster commands that can read and write what are called *attributes*.

Next I'll describe the ZCL general clusters, a common set of useful clusters across all public profiles. Then I'll describe some details of the current ZigBee public profiles, including Home Automation and Automatic Metering (also called ZigBee Smart Energy). Finally, I'll describe when to use and when not to use ZCL in private profiles, and provide some examples of extending ZCL with your own clusters and attributes.

There is just not enough room in this chapter to describe every single cluster in the ZigBee Cluster Library. Instead, I'll focus on the general concepts and give examples using a few of the clusters and profiles. I leave examining the details of every cluster to you. It's all available in the ZigBee Cluster Library specification, available at http://www.zigbee.org.

> The ZigBee Cluster Library is a set of common clusters for use in application profiles.
>
> ZCL ensures interoperable products from the application level.

## 6.1 ZCL Foundation

The ZigBee Cluster Library introduces the concept of *attributes* and *commands* to the ZigBee specification.

*Attributes* are data items or states defined within a cluster. *Commands* are actions the cluster must perform. For example, a Home Automation On/Off Light uses the On/Off Cluster, cluster ID 0x0006. An attribute of the On/Off Cluster indicates whether the light is on (0x01) or off (0x00). However there are also commands which turn the light on (0x01), off (0x00), or toggle it (0x02), which affect the state of the OnOff attribute.

Here's another way to look at it if you've ever done object-oriented programming. A cluster in the ZigBee Cluster Library is an object, containing both methods (commands) and data (attributes). These objects do not support inheritance, however. They are simply stand-alone objects that device may use or not, as specified by the particular Application Profile. A single endpoint on a device may support any number of clusters, up to 64 K, though in practice a device usually supports a handful, or at most a dozen. A single cluster on an endpoint may support up to 64 K attributes and 256 commands.

Attributes may be read from, written to, and reported over-the-air with standard, cross-cluster ZCL commands. These cross-cluster commands are called the ZCL *foundation*.

Table 6.1 lists the ZCL cross-cluster commands. These commands work across any cluster in the ZCL. For example, the "read attributes" cross-cluster command can read the attributes from the On/Off Cluster (cluster ID 0x0006) and the Level Control Cluster (cluster ID 0x0008). Nearly all these commands (with the exception of the default response) deal with attributes: reading, writing, and reporting them.

This mechanism is very powerful. A third-party device, perhaps a gateway widget, one with a ZigBee Dongle and a fancy PC program that runs on your computer or television, can show the entire state of the network in a nice, graphical way to the home owner, or the hotel owner, or the 70-story office building management system.

Notice that while any given command is optional, the responses are not. This makes sense if you think about it. A given endpoint may or may not need to ask another endpoint the state of its attributes. But all applications must allow others to query their attribute state. Notice that I used the term endpoint, not node. It's possible for a single node to contain endpoints that use the ZigBee Cluster Library, and to have other endpoints on a private profile that don't. Only those endpoints that support the ZigBee Cluster Library support the ZCL foundation commands.

The read attributes command can read one or more attributes (as many as will fit into a single payload, which depends on the size of the attributes). The write attributes command also can write one or more attributes. Configure reporting essentially configures another node to report one or more attributes, just as if those attributes

**Table 6.1: ZCL Cross-Cluster Commands (Foundation)**

| Cmd Id | Command Name | M/O | Description |
|---|---|---|---|
| 0x00 | Read attributes | O | Read one or more attributes |
| 0x01 | Read attributes response | M | Return value of one or more attributes |
| 0x02 | Write attributes | O | Write one or more attributes |
| 0x03 | Write attributes undivided | O | Write one or more attributes as a set |
| 0x04 | Write attributes response | M | Return success status of write attributes |
| 0x05 | Write attributes no response | M | Write one or more attributes, no response |
| 0x06 | Configure reporting | O | Configure attributes for reporting |
| 0x07 | Configure reporting response | M | Status of configure attributes |
| 0x08 | Read reporting configuration | O | Read current reporting configuration |
| 0x09 | Read reporting configuration response | M | Return current reporting configuration |
| 0x0a | Report attributes | O | Attribute report, depends on configuration |
| 0x0b | Default response | M | Unsupported command response |
| 0x0c | Discover attributes | O | Determine supported attributes on remote node |
| 0x0d | Discover attributes response | M | Results of discover attributes command |
| 0x0e–0xff | Reserved | | For future use by ZCL |

were read using read attributes, but they report on conditions (changing values or time-based). Discover attributes allow a node to discover the attributes on another node, which is useful when some of the attributes are optional for a given device.

To understand attributes, consider a light switch and a light. A very simple switch may not care if the light is on or off. It simply sends the command to turn the light on or off, and given the high reliability of ZigBee, assumes the best. This is how normal wired systems

work. The user is the only one who knows if the light actually goes on. If it doesn't, the user determines whether to change the light bulb or call the electrician. ZigBee does not require a switch to be smart, so having a "dumb" wireless switch is perfectly acceptable.

A smarter switch could use the ZCL cross-cluster commands to determine whether the light actually turned on, and if not, to do something about it. Perhaps the response should be to proceed through a diagnostic cycle to determine whether the problem was a burned-out light bulb, a loss of communication, or a hardware failure. ZigBee allows the manufacturer to make the decision on how smart to make the light switch. But since every ZigBee light supports the common set of attributes and ZCL foundation commands, systems can become smarter without changing the existing devices.

ZCL allows for both "push" and "pull" methods (report attribute and read attribute methods), for determining the state of any given cluster's attributes. Take a look at Figure 6.4.

In the "push" method, the devices themselves send reports when the attribute changes. The report can be configured to be time-based, change-in-value-based, or both. For example, an on/off light could be configured to report every time the light changes state (on or off). A temperature sensor could be configured to report once every minute, or if the temperature



**Figure 6.4: Attribute Reporting and Reading**

raises or lowers by five degrees, whichever comes first. A settable minimum reporting interval ensures that if the temperature flutters between two values, a report isn't sent too often.

In the "pull" method, the device that needs the information asks the other devices for their current values. For example, when someone picks up the TV remote control, the current outside temperature could be read from the external temperature sensor, and reported on the remote's display or the television screen. A Home Automation management system could ask each node for the manufacturer information and display a systemwide view each time a PC application starts up.

The example in this section, *Example 6-1 Reading Attributes*, shows how to use both "push" and "pull" methods for reading attributes. The example uses three nodes: one ZcNcbOnOffLight and two ZedSrbOnOffSwitches. The on/off light switch A will use the "push" method. It will configure the light to report to it every time the light changes state. The second on/off light switch (switch B) will use the "pull" method and ask for the state of the light any time the user wants (see Figure 6.5).

The example source code can be found in "Chapter06\Example 6-1 Reading Attributes" at http://www.zigbookexamples.com. To program the example into Freescale boards create a solution with three projects:

- A ZigBee Coordinator, NCB Board, HA On/Off Light

- Two ZigBee End-Devices, SRB Board, HA On/Off Switch with RxOnIdle=TRUE



Switch A configures the light for attribute reporting

Switch B queries the light each time for its attribute

**Figure 6.5: Example 6-1 Reading Attributes**

Export the solution, copy the SwitchA_BeeApp.c and SwitchB_BeeApp.c source code to the respective SRB projects under the name BeeApp.c. To run the example, perform the following procedures:

1. Boot all three boards (in any order).

2. Press SW1 on all boards (in any order) to form the three-node network. I pressed SW1 on the On/Off Switch A first, so it obtained the address 0x796f, with On/Off Switch B being 0x7970.

3. Press SW3 on the light and on switch A, to bind them.

4. Press SW3 on the light and on switch B, to bind them as well. Now both switches are bound to the light. Either one may toggle the light.

5. Press long SW1 (LSW1) to go to Application Mode on all three boards.

6. Press SW1 on light switch A. Notice that the light toggles (LED2 on the NCB board).

7. Press SW1 on light switch B. Notice that the light also toggles. This is called a three-way switch. Either switch toggles the light.

8. Now, press SW2 on light switch A, to instruct the node to configure the light for reporting the on/off attribute.

9. Now, press SW1 on either switch. Notice that on/off light switch A mirrors the state of the light with its own LED2, regardless of which switch toggles the light.

10. Now, press SW2 on on/off switch B. This will obtain the on/off attribute from the light and display it on LED2, but only at that moment in time. It does not continuously read the state of the on/off attribute in the light.

Below is the packet that is sent to configure the light to report to node 0x796f (On/Off Switch A):

```
IEEE 802.15.4
ZigBee NWK
ZigBee APS
  Frame Control: 0x00
  Destination Endpoint: 0x08
  Cluster Identifier: On/off (0x0006)
  Profile Identifier: HA (0x0104)
  Source Endpoint: 0x08
  Counter: 0x40
```

```
ZigBee ZCL
  Frame Control: 0x00
  Transaction Sequence Number: 0x44
  Command Identifier: Configure Reporting (0x06)
    Configure Reporting Frame
      Reporting Configuration List
        Reporting Configuration 1
        Attribute Identifier: OnOff (0x0000)
        Direction: Server to Client to configure reporting (0x00)
        Minimum Reporting Interval: None (0)
        Maximum Reporting Interval: None (0)
```

This command sets the light to report only when it changes. It is not time-based. To add in a time base, set the minimum and maximum reporting interval to some number of seconds. To turn off reporting, set the maximum reporting interval to 0xffff. The report goes to any nodes that are bound on that endpoint in the light. This may be a single node, a set of individual nodes, or a group of nodes.

Now that the switch is configured, every time the light is toggled (from either light switch) the information is sent to On/Off Switch A, as seen below. From this decode, we can see that the toggle command turned the light on. If the light had turned off, the Attribute Data field would indicate 0x00 (Off):

```
Seq
No  MACSrc  MACDst  NWKSrc  NWKDst  Protocol  Packet Type
-----------------------------------------------------------------
182 0x7970  0x0000  0x7970  0x0000  ZigBee    APS HA:On/off:Toggle
186 0x0000  0x796f  0x0000  0x796f  ZigBee    APS HA:On/off:Read
                                              Attribute Response
```

The below packet is the details of the Attribute Response:

```
IEEE 802.15.4
ZigBee NWK
  Frame Control: 0x0048
  Destination Address: 0x796f
  Source Address: 0x0000
  Radius = 30
  Sequence Number = 133
ZigBee APS
  Frame Control: 0x00
  Destination Endpoint: 0x08
  Cluster Identifier: On/off (0x0006)
  Profile Identifier: HA (0x0104)
  Source Endpoint: 0x08
  Counter: 0xb7
```

```
ZigBee ZCL
  Frame Control: 0x08
  Transaction Sequence Number: 0x43
  Command Identifier: Read Attribute Response (0x01)
  Read Attribute Response Frame
    Read Attributes Status List
      Read Attributes Status 1
        Attribute Identifier: OnOff (0x0000)
        Status: Success (0x00)
        Attribute Data Type: Boolean (0x10)
        Attribute Data: On (0x01)
```

Now take a look at what happens with switch B. It doesn't require the initial configure reporting setup, but each time it needs the state of the light, it must read the attribute explicitly, as shown below:

```
Seq
No   MACSrc  MACDst  NWKSrc  NWKDst  Protocol  Packet Type
-------------------------------------------------------------------
192  0x7970  0x0000  0x7970  0x0000  ZigBee  APS HA:On/off:Toggle
194  0x0000  0x7970  0x0000  0x7970  ZigBee  APS HA:On/off:Read
                                                  Attribute
196  0x0000  0x7970  0x0000  0x7970  ZigBee  APS HA:On/off:Read
                                                  Attribute Response
```

Configuring an attribute for reporting and or for reading are fairly similar procedures. In the Freescale solution, they are calls to ZCL_ConfigureReportingReq() and ZCL_ReadAttributeReq(). Some attributes may also be written to, which is accomplished in a similar manner using ZCL_WriteAttrReq().

Note that, in general, attributes which represent the state of some physical object (such as a light), or sense the state of the physical world (such as a temperature), cannot be written to. To cause an effect, a command must be used instead, such as the OnOff command used to toggle a light. The kinds of attributes normally written to in ZCL are things like textual descriptions of the node or location (e.g., Kitchen). An example will be shown in the next section of writing to an attribute in the Identify Cluster.

The ZCL specification clearly indicates which attributes in any given cluster may be read, written to, or reported. For example, the OnOff attribute of the OnOff Cluster may be read and reported, but not written to, as shown in the excerpt from the ZigBee Cluster Library Specification (see Table 6.2).

This cluster shall support attribute reporting using the Report Attributes command and according to the minimum and maximum reporting interval settings described in the ZCL Foundation specification (Section 2.4.7). The following attribute shall be reported: OnOff.

**Table 6.2: Attributes of the On/Off Server Cluster**

| Identifier | Name | Type | Range | Access | Default | Mandatory/ Optional |
|---|---|---|---|---|---|---|
| 0x0000 | OnOff | Boolean | 0x00-0x01 | Read only | 0x00 | M |

> Attributes in ZCL are data items defined within a cluster.
>
> Commands in ZCL cause action for the cluster to perform.

## 6.2   ZCL General Clusters

There are a set of ZCL clusters called the "general" clusters, named so because they are so useful they are generally found in every ZigBee public application profile. These clusters include the data shown in Table 6.3.

The Basic and Power clusters are found in every device. The Identify, Groups, and Scenes clusters are used to commission the network, and are found in most devices. Device Temperature Configuration, On/Off, On/Off Switch Configuration, Level Control, and Alarms are used in some devices (but definitely not all). Time is used in a network that is time-aware, and RSSI is used in a network that is location-aware.

There has actually been a lot of work on using 802.15.4 RSSI to locate nodes (approximately) in a network. Motorola even has some patents in this area that are used in the ZigBee solution from Texas Instruments. I saw a demonstration of this in Milan, Italy, at the ZigBee Open House, but the located item was often located in the "wrong" place. Still, it did provide some useful information. The nice thing about the RSSI cluster is that it permits any method for producing the location information, independently of communicating it. Expect to see interesting developments in location-based services.

As you read the ZCL specification, you'll notice a table listing attribute sets for each cluster. This often confuses people. What are attribute sets, and how do they differ from attribute IDS?

An Attribute ID is the 16-bit number (from 0x0000 up to 0xffff) that defines each attribute in a given cluster. Attributes IDs are always numbered, starting at 0x0000 for every cluster in ZCL. For example, the Basic Cluster (cluster ID 0x0000) attribute ID 0x0000 is the ZCL Version attribute. The On/Off Cluster (cluster ID 0x0006) attribute ID 0x0000 is the OnOff state attribute. Attribute IDs only have meaning within the cluster.

**Table 6.3:  ZCL General Clusters**

| Cluster ID | Cluster Name | Description |
|---|---|---|
| 0x0000 | Basic | Attributes for determining basic information about a device, setting user device information such as location, and enabling a device |
| 0x0001 | Power | Configuration Attributes for determining more detailed information about a device's power source(s), and for configuring under/over voltage alarms |
| 0x0002 | Device Temperature Configuration | Attributes for determining information about a device's internal temperature, and for configuring under/over temperature alarms |
| 0x0003 | Identify | Attributes and commands for putting a device into Identification Mode (e.g., flashing a light) |
| 0x0004 | Groups | Attributes and commands for group configuration and manipulation |
| 0x0005 | Scenes | Attributes and commands for scene configuration and manipulation |
| 0x0006 | On/Off | Attributes and commands for switching devices between "On" and "Off" states |
| 0x0007 | On/Off Switch Configuration | Attributes and commands for configuring On/Off |
| 0x0008 | Level Control | Attributes and commands for controlling devices that can be set to a level between fully "On" and fully "Off" |
| 0x0009 | Alarms | Attributes and commands for sending notifications and configuring alarm functionality |
| 0x000a | Time | Attributes and commands that provide a basic interface to a real-time clock |
| 0x000b | RSSI | Location Attributes and commands that provide a means for exchanging location information and channel parameters among devices |

Attribute sets are simply the organization of attribute IDs in the ZCL document. Over-the-air there is only the attribute ID (not sets), and ZigBee stacks interact with attributes using the 16-bit attribute ID. Another way to look at attribute sets is that they are the top 12 bits of the 16-bit attribute ID. For example, the attributes in the Basic Cluster are organized as shown in Table 6.4.

The attribute sets are organized so attribute IDs 0x0000 through 0x000f are the device's information (read only), whereas attribute ID's 0x0010 through 0x001f are settable (read/write) parameters.

**Table 6.4: Attribute Sets**

| Attribute Set Identifier | Description |
|---|---|
| 0x000 | **Basic Device Information** |
| 0x001 | **Basic Device Settings** |

**Table 6.5: Basic Cluster Attributes**

| Identifier | Name | Type | Range | Access | Default | Mandatory/ Optional |
|---|---|---|---|---|---|---|
| 0x0000 | ZCL Version | Unsigned 8-bit integer | 0x00–0xff | Read only | 0x00 | M |
| 0x0001 | Application Version | Unsigned 8-bit integer | 0x00–0xff | Read only | 0x00 | O |
| 0x0002 | Stack Version | Unsigned 8-bit integer | 0x00–0xff | Read only | 0x00 | O |
| 0x0003 | HW Version | Unsigned 8-bit integer | 0x00–0xff | Read only | 0x00 | O |
| 0x0004 | Manufacturer Name | Character string | 0 – 32 bytes | Read only | Empty String | O |
| 0x0005 | Model Identifier | Character string | 0 – 32 bytes | Read only | Empty string | O |
| 0x0006 | Date Code | Character string | 0 – 16 bytes | Read only | Empty string | O |
| 0x0007 | Power Source | 8-bit Enumeration | 0x00–0xff | Read only | 0x00 | M |
| 0x0010 | Location Description | Character string | 0 – 16 bytes | Read/ write | Empty string | O |
| 0x0011 | Physical Environment | 8-bit Enumeration | 0x00–0xff | Read/ write | 0x00 | O |
| 0x0012 | Device Enabled | Boolean | 0x00–0x01 | Read/ write | 0x01 | M |
| 0x0013 | Alarm Mask | 8-bit Bitmap | 000000xx | Read/ write | 0x00 | O |

The Basic Cluster (cluster ID 0x0001) is present in every device that supports the ZigBee Cluster Library. This cluster contains a set of attributes that defines common information and device settings, such as ZCL version, hardware and software version, manufacturer ID, and location. Table 6.5 shows the complete list of attribute IDs in the Basic Cluster.

**Table 6.6:  Basic Cluster Commands**

| Command Identifier | Description | Mandatory/ Optional |
|---|---|---|
| 0x00 | Reset to Factory Defaults | O |

Not all of the attributes for the Basic cluster are mandatory. Some attributes are optional, like the manufacturer name or model identifier, as seen in the final column of Table 6.5. If your application uses the ZigBee Cluster Library, I recommend that all the fields be included, as it allows others (or even your own products) to query this information over-the-air.

Although it has many attributes, the Basic cluster only has a single command: Reset to Factory Defaults (see Table 6.6). This command is optional, but again it is a good idea to support it if you are making a ZCL device. If there is trouble in the network and a device is behaving erratically, a reset can cure the problem. You've probably done this with your wireless modem, or even desktop computer.

The Basic cluster reset command does not reset the ZigBee settings, such as to which network the node is connected, to what groups it belongs, or the local bindings. It only resets the attributes to factory defaults. To reset the rest of the device to pure factory settings the commissioning cluster must be used. I'll say more on that in Chapter 8, "Commissioning ZigBee Networks."

The ZCL rule for clusters is that attributes represent data, and commands cause action. There are a few exceptions to this (notably in the Identify cluster), but it is the general rule. So don't try to write to the on/off *attribute* to turn a light on or off. Instead, use the on, off, or toggle *command* for that cluster. The attribute will turn on or off, accordingly.

Attributes in the Freescale solution are read to or written from using a set of cross-cluster functions. The parameters to these commands mirror the ZigBee Cluster Library Specification. The code snippet below shows the ZCL_ReadAttribute() command. Its first parameter is the usual afAddrInfo, which specifies source and destination endpoint, destination node, and all the usual APS data request parameters. For a full explanation of data requests, see Chapter 4, "ZigBee Applications." The next two parameters are merely a list of attribute IDs (count and array). Notice that more than one attribute can be read at one time. Feel free to read attributes 0x0000, 0x0005, and 0x0013 all in one call:

```
//[R2] 7.1.1 Read attributes command frame format
typedef struct zclCmdReadAttr_tag
{
   zclAttrId_t aAttr[3]; //variable length array of attributes
```

```
} zclCmdReadAttr_t;
typedef struct zclReadAttrReq_tag
{
  afAddrInfo_t addrInfo; //IN: dst address, cluster, etc…
  uint8_t count; //IN: how many attrs to read?
  zclCmdReadAttr_t cmdFrame; //IN: list of attrs
} zclReadAttrReq_t;
zclStatus_t ZCL_ReadAttrReq
  (
  zclReadAttrReq_t *pReq
  );
```

The results of the ZCL_ReadAttrReq(), the Read Attribute Response, is returned to the application through the ZCL response handler that was initially registered via the ZCL_Register() command:

```
void ZCL_Register
  (
  /* IN: pointer to a response handler function */
  fnZclResponseHandler_t fnResponseHandler
  )
```

Commands depend on the cluster. For example, the command shown below will turn a light (or another on/off device) on, off, or toggle it:

```
typedef zclCmd_t zclOnOffCmd_t;
#define gZclCmdOnOff_Off_c      0x00 /* M-turn device off */
#define gZclCmdOnOff_On_c       0x01 /* M-turn device on */
#define gZclCmdOnOff_Toggle_c   0x02 /* M-toggle device */
typedef struct zclOnOffReq_tag
{
  afAddrInfo_t addrInfo; //IN: dst address, cluster, etc…
  zclOnOffCmd_t command; //IN: on, off or toggle
} zclOnOffReq_t;
zbStatus_t ASL_ZclOnOffReq
(
    zclOnOffReq_t *pReq
);
```

From a programming standpoint, the ZigBee Cluster Library is really just an add-on to what you've learned already in Chapter 4 about endpoints, profile IDs, and cluster IDs. In fact, in the Freescale solution, it truly is just an add-on in the form of a number of functions to call for ZCL requests, and a function call inside the APSDE-DATA.indication to handle the ZCL responses. If the incoming message is for an endpoint which supports ZCL, the call is handled automatically: reading attributes,

writing attributes, and reporting attributes. If the ZCL cluster supports commands, those are also handled automatically. Take a look at a sample Freescale BeeStack data indication below:

```
void BeeAppDataIndication(void)
{
  //call ZCL to handle the cluster
  status=ZCL_InterpretFrame(pIndication);
  if(status !=gZbSuccess_c)
  {
    //cluster not handled by ZCL. Handle it by the application…
  }
}
```

Notice that all the application has to do is pass the indication to ZCL_InterpretFrame(), and all the ZCL work is done. If a particular ZCL command causes something like a light to turn on or off, the application is notified through the BeeAppUpdateDevice() function with the particular event, such as turning on the light, going into Identify Mode, and so on:

```
void BeeAppUpdateDevice
  (
  zbEndPoint_t endPoint, /* IN: endpoint update happened on */
  zclUIEvent_t event /* IN: state to update */
  )
{
  switch(event)
  {
    case gZclUI_Off_c:
      AppTurnOffLocalLight();
      break;
    case gZclUI_On_c:
      AppTurnOnLocalLight();
      break;
  }
}
```

The specific code details above are not important unless you'll be using the Freescale solution, but the concept is the same across all platforms. There are a set of cross-cluster commands to read, write, and report attributes, and a set of cluster-specific commands to cause actions such as turning a light on or off. The ZigBee Cluster Library supported by the platform will do most of the work for you.

Take a look at the next decode of an over-the-air packet using the ZCL On/Off Cluster. Notice how all the normal APS stuff is there: the source and destination endpoints, the application profile ID, and the cluster ID. But notice the extra three bytes at the end,

listed as the ZCL Frame. This cluster, because of the Home Automation profile (0x0104), is interpreted by Daintree (the protocol analyzer used to produce this decode) as the On/ Off Cluster. The command in the ZCL frame is 0x02, which will toggle to a remote light, pump, door bell, or anything else that can be turned on, off, or toggled:

```
  Frame 22 (Length = 30 bytes)
+ IEEE 802.15.4 Frame
+ ZigBee NWK Frame
- ZigBee APS Frame
        Frame Control: 0x00
        Destination Endpoint: 0x08
        Cluster Identifier: On/off (0x0006)
        Profile Identifier: HA (0x0104)
        Source Endpoint: 0x08
        Counter: 0xbe
- ZigBee ZCL Frame
        Frame Control: 0x01
        Transaction Sequence Number: 0x42
        Command Identifier: Toggle (0x02)
```

Remember that the application profile ID (0x0104 above) defines what the cluster means, which in turn defines what the application payload means. The same cluster ID in a different profile can mean something radically different. For example, take a look at the next decode with the private profile 0xc021. Notice that the Daintree tool no longer decodes the same sequence of bytes: 0x01, 0x42, 0x02 from the application payload as the ZCL toggle command, but instead simply calls it APS data. Notice also that the cluster is no longer called On/off. The meaning is now up to the application profile designer, who made the private profile 0xc021.

An analogy for application profiles is in human languages: one person may speak English while another speaks Japanese, and they can't understand each other. If you speak the same language (profile), the sentences (clusters) will now make sense:

```
Frame 22 (Length = 30 bytes)
+ IEEE 802.15.4 Frame
+ ZigBee NWK Frame
- ZigBee APS Frame
        Frame Control: 0x00
        Destination Endpoint: 0x08
        Cluster Identifier: (0x0006)
        Profile Identifier: (0xc021)
        Source Endpoint: 0x08
        Counter: 0xbe
- APS Data: 01:42:02
```

**Table 6.7: Identify Cluster Attributes**

| Identifier | Name | Type | Range | Access | Default | Mandatory/Optional |
|---|---|---|---|---|---|---|
| 0x0000 | Identify Time | Unsigned 16-bit integer | 0x0000–0xffff | Read/write | 0x0000 | M |

That being said, all ZigBee public profiles use the same cluster IDs so that code can be shared for those devices that speak more than one public profile. Cluster ID 0x0006 is always the On/Off Cluster in any public profile. But in private profiles, it could mean anything.

There are two clusters in particular I'd like to focus on in this section about the ZCL General Clusters: Identify and Groups. These two clusters are very useful during commissioning of a network.

The example coming up in this section, *Example 6-2 Identify and Groups*, shows how the identify command works together with groups to make connecting devices such as switches and lights easy.

## 6.2.1   The Identify Cluster

The Identify cluster contains only a single attribute: Identify Time (see Table 6.7).

This attribute defines the amount of time, in seconds that the device is in Identify Mode. Identify Mode is usually indicated by a short flash of light, or perhaps by an audio signal.

So why place a node in Identify Mode? Think of someone installing a lighting system in an auditorium. Many of the lights are high up in the ceiling, 20 or more feet above the floor. Now imagine that the installer wants to connect a switch to a certain set of the lights up there. One way to accomplish this with ZigBee is to ask each light, in turn, to go into Identify Mode. As they flash, the installer could press a button meaning, "Yes, that's one of the lights I want to control with this switch." The entire system can be set up in just a minute or so.

The Identify cluster contains two commands: Identify and Identify Query (see Table 6.8).

**Table 6.8: Identify Cluster Commands**

| Command Identifier | Description | Mandatory/Optional |
|---|---|---|
| 0x00 | Identify | M |
| 0x01 | Identify Query | M |

The Identify command on the Identify cluster is the same as writing to the attribute. This is one of those rare cases where writing the attribute has some immediate effect, but I recommend using the command, not writing to the attribute. Set the field to 0x0000 to turn identify off, or set it to 0x0001–0xffff to turn it on for that number of seconds. *Hint: Don't turn it on for longer than 20 to 30 seconds. Identify can get really annoying on most devices.*

The Identify Query command on the Identify cluster only has an effect if the device is in Identify Mode. If it is, then the device will respond with an identify query response. This command is normally broadcast to the network. When should you use this command?

Think about that light and switch installer again. This time he puts two, or maybe even 10 lights into Identify Mode at the same time, rather than in series. Then, with a single command over the air (identify query), they all respond to the sending node who then uses the information to bind the switch to each of those lights. The install program then turns off Identify Mode to all those lights.

### 6.2.2   The Groups Cluster

Now we come to the Groups cluster. This cluster is so amazingly useful it should have been placed in the ZigBee Device Profile. Unfortunately, the ZigBee Specification was already set in stone before this cluster was written.

While group support is optional in the ZigBee specification, it is mandatory for particular devices in many public profiles. Groups allow a single over-the-air command to be addressed to many nodes and endpoints at once. If the endpoint is a member of the group, it will process the command. If the endpoint is not a member of the group, it won't.

The Groups cluster contains only a single attribute, the NameSupport attribute (see Table 6.9). This read-only attribute simply allows other nodes to inquire if this node supports

**Table 6.9:  Group Cluster Attributes**

| Identifier | Name | Type | Range | Access | Default | Mandatory/Optional |
|---|---|---|---|---|---|---|
| 0x0000 | NameSupport | 8-bit bitmap | x0000000 | Read only | – | M |

UTF-8 text names for the group in addition to 16-bit Group IDs. In practice, group naming tends to be turned off. Instead the names are kept on a PC, or installation PDA.

You'll probably have noticed by now that all attribute IDs for every cluster start with 0x0000, even though they are different attributes, such as NameSupport for the Group cluster, IdentifyTime for the Identify cluster, and so on. This is perfectly acceptable since an attribute ID is within the scope of a specific cluster, just as a cluster ID is within the scope of a specific Application Profile ID.

The group cluster commands are very powerful (see Table 6.10). APS (see Chapter 4, "ZigBee Applications") has a set of commands for manipulating groups locally in a node, but how does a commissioning tool do this over-the-air? (Yes. You're very smart.) The answer is the Groups cluster.

The Add Group command adds a group to an endpoint over-the-air. The View Group command determines which group(s) the endpoint belongs to. The Get Group Membership command can determine which nodes in the network are members of, for instance, group 0x0005. The Remove Group command removes a group from an endpoint (remember also from Chapter 4 that endpoints belong to groups). The Remove All Groups removes all groups from the endpoint, and you can send this to the broadcast endpoint to remove all groups from all endpoints. In fact, you can send a broadcast message on the broadcast endpoint to remove all groups from all nodes in the network with a single command.

The Add Group If Identifying is the command that will be used in the example in the next subsection. This command will only add the group ID to the endpoint if that endpoint is in currently Identify Mode.

**Table 6.10: Groups Cluster Commands**

| Command Identifier | Description | Mandatory/Optional |
|---|---|---|
| 0x00 | Add Group | M |
| 0x01 | View Group | M |
| 0x02 | Get Group Membership | M |
| 0x03 | Remove Group | M |
| 0x04 | Remove All Groups | M |
| 0x05 | Add Group If Identifying | M |

Okay. That's enough for you to go on about clusters in the ZigBee Cluster Library. The other clusters operate in much the same vein: a set of attributes and commands. You can read about them in the ZigBee Cluster Library specification, and for the particular implementation, in the platform documentation available from your favorite platform vendor—Freescale, Texas Instruments, Ember, etc.

## 6.2.3   Example 6-2: Identify and Groups

Now you know how ZCL works, and you know how some clusters work, particularly the Identify and the Groups cluster. The example in this section should solidify that understanding. The concept behind *Example 6-2 Identify and Groups* is simple. The network contains one switch (an NCB board) and two lights (SRB boards) and the user (you) will decide which light(s) to connect to the switch, wirelessly.

The steps are as follows:

1. Find the example source code and solution at http://www.zigbookexamples.com, in the *Example 6-2 Identify and Groups* folder.

2. Download the images to the respective boards, and boot them.

3. Press SW1 on all boards (in any order) to form the network.

4. Press long SW1 (LSW1) to go to Application Mode on all boards.

5. Press SW3 on one or both of the On/Off Lights (SRB boards). Doing this places the light(s) into identify mode for 20 seconds.

6. Press long SW3 (LSW3) on the NCB/light switch to instruct the lights to add themselves to the group.

7. Press SW1 to toggle the remote light(s).

The over-the-air capture shows the how the Add Group If Identifying command looks over the air (which happened when you pressed LSW3 on the NCB/light switch previously). This command is broadcast, which means that any number of lights may become part of the group as a result of this single command.

As you can see, any endpoints in Identify Mode are now added to group 0x0001. I say endpoints and not nodes, because a single node may support a number of separately

addressable devices on different endpoints. For example, think of a single node controlling a set of four independent lights:

```
IEEE 802.15.4
ZigBee NWK
   Frame Control: 0x0048
   Destination Address: 0xffff
   Source Address: 0x796f
   Radius = 10
   Sequence Number = 181
ZigBee APS
   Frame Control: 0x08
   Destination Endpoint: 0xff
   Cluster Identifier: Groups (0x0004)
   Profile Identifier: HA (0x0104)
   Source Endpoint: 0x08
   Counter: 0x63
ZigBee ZCL
   Frame Control: 0x01
   Transaction Sequence Number: 0x42
   Command Identifier: Add Group If Identifying (0x05)
     Add Group If Identifying
       Group ID: 0x0001
       Group Name Length: 0 (No Name)
```

From now on, a single command groupcast (a form of broadcast) or multicast (another form of broadcast) across the network will toggle any number of lights. Add every light in the network to a group, and a single over-the-air command can turn on or turn off every light in the network. It's as simple as that. Wireless control that simply works:

```
Seq
No   MACSrc  MACDst   NWKSrc   NWKDst   Protocol   Packet Type
-------------------------------------------------------------------------
14   0x796f  0xffff   0x796f   0xffff   ZigBee     APS HA:On/off:Toggle
```

> Attribute and command IDs are within the scope of the cluster, just as cluster IDs are within the scope of a profile.
>
> The ZCL General Clusters are supported across all ZigBee Profiles.

# 6.3   ZCL and Public Profiles

The ZigBee Cluster Library is used in all ZigBee public Application Profiles, including Home Automation (HA), Commercial Building Automation (CBA), ZigBee Smart

Energy (ZSE, formerly called Automatic Metering), Telecommunications Applications (TA), and Personal Home and Hospital Care (PHHC). A ZigBee public profile is a separate document from the ZigBee and the ZigBee Cluster Library specifications.

Some of the public profiles have been posted to the ZigBee Web site at http://www. zigbee.org, but others are not available to the public (yet). One benefit of joining the ZigBee Alliance is early access to profiles.

In ZigBee, Application Profiles describe everything about how devices behave in that domain space. Home Automation talks about lights, switches, thermostats, heating and cooling units (air conditioners), security systems, and more. The Telecommunications Profile describes how cellular phones interact with ZigBee, including clusters for payment systems and social networking. I'll give you a look at some profile-specific clusters in this chapter.

The public profile describes how the ZigBee stack is used, putting some restrictions on how often a ZigBee End-Device must poll its parent, or how often a node is allowed to unicast or broadcast.

In particular, public profiles describe:

- The application domain (what problem space the profile is addressing)
- A list of specific devices supported in the profile
- A list of clusters supported by those devices
- A list of what clusters are mandatory and optional for each device
- A list of what attributes are mandatory and optional for each cluster
- Which stack profiles are supported by the Application Profile (more on stack profiles in Chapter 7, "The ZigBee Networking Layer")
- Anything that overrides the ZigBee specification, stack profile, or the ZigBee Cluster Library specification
- Suggestions on commissioning techniques
- Best practices for using the profile, including any restrictions on the frequency of unicasts and broadcasts
- Any changes required by the ZigBee stack feature set



**Figure 6.6: ZigBee Stack with Stub APS**

The goal of every ZigBee public profile is to allow devices manufactured by different companies to interact with each other seamlessly. Application Profiles are allowed to describe new clusters not found in the general ZCL specification, and even to define new features in the "stack," in some extreme cases.

An example of adding a new feature to the stack is demonstrated in the ZSE profile, a mechanism called inter-PAN communication. Inter-PAN communication (that is, between two or more PANs) is not normally allowed by ZigBee, but this feature was required by ZSE. So the ZSE profile extended the ZigBee architecture, as shown in Figure 6.6.

This "Stub APS," available in the ZSE profile, allows one ZigBee PAN to communicate with another ZigBee PAN (single-hop only), essentially a poor-man's gateway. This interface was created for the ZSE profile to allow pricing information to be sent from the ZSE network to ZigBee Home Automation networks, a feature required by the electrical utility companies.

Table 6.11 shows a list of the new clusters defined by the ZSE profile. Because these clusters are specific to the needs of Automatic Metering, they are defined in the ZSE Specification, but not in the ZigBee Cluster Library Specification.

**Table 6.11: Automatic Metering Clusters**

| Domain | Cluster Name | Cluster ID |
|--------|--------------|------------|
| AMI | Price | 0x0700 |
| AMI | Demand Response and Load Control | 0x0701 |
| AMI | Simple Metering | 0x0702 |
| AMI | Message | 0x0703 |
| AMI | Registration | 0x0704 |
| AMI | AMI Tunneling (Complex Metering) | 0x0705 |
| AMI | Pre-Payment | 0x0706 |

The Price cluster communicates the current price of electricity for those areas where the price varies to the consumer by demand or by time of day. The Demand Response and Load Control cluster actually allows the utility company to control non-safety-critical devices in a home or business to reduce power usage during peak times. The Simple Metering covers the common metering commands and responses, while the Complex Metering covers vendor-specific metering commands. Pre-Payment allows customers to pay for electricity prior to using it.

An example decode from the ZSE profile (0x0109) is shown below. Notice that this is a different Application Profile ID from the Home Automation Profile (0x0104) used through most of this book. Note also the frame is secured (it contains an AUX header), as all frames are required to be in the ZSE profile specification:

```
IEEE 802.15.4
ZigBee NWK
   Frame Control: 0x0248
   Destination Address: 0x0000
   Source Address: 0x4c93
   Radius = 5
   Sequence Number = 13
ZigBee AUX
ZigBee APS
   Frame Control: 0x00
   Destination Endpoint: 0x01
   Cluster Identifier: Simple Metering (0x0702)
   Profile Identifier: ZSE (0x0109)
   Source Endpoint: 0x50
   Counter: 0x3f
ZigBee ZCL
   Frame Control: 0x01
```

```
Transaction Sequence Number: 0x43
Command Identifier: Get Profile Request (0x00)
   Get Profile Request Command Payload
   Interval Channel: Consumption received (0x01)
   End Time: 1 second since January 1 2000, 12:00:00am (UTC)
   Number of Periods: 0x01
```

The ZSE profile is a result of huge market pressure from the utility companies. The idea behind ZSE is to limit electrical usage at any given moment in time to a level under the maximum amount that the grid can handle. For power generation, average usage doesn't matter, but peak usage does. If everyone turns on their air conditioner, all their lights, and all their appliances at once, the grid would overload and need to shut down, causing brown-outs or black-outs (a very bad thing). So the utility companies work very hard to keep the peak usage below what the grid can handle.

By pricing electricity differently (and letting customers know about it) and by an opt-in feature to control non-critical devices, the utility can delay the need for new power plants, a large cost savings to both the consumer and utility company. The whole system is monitored and controlled by a back-end ZSE server for the particular utility company (see Figure 6.7).

Figure 6.7 shows how ZigBee is used in the Automatic Metering environment. Some back-end server has the real brains and monitors (or allows control of) the devices in the network. The area in gray in Figure 6.7 is the ZigBee portion. How it gets from the Energy Service Portal to the back-end server is not ZigBee, but probably cellular, power-line, WiMAX™ or other technologies. The Home Area Network, or HAN, may



**Figure 6.7: Utility Private HAN**

talk to display or load control devices to inform the user of price increases or to control devices in a user's home, office, or commercial space. ZigBee forms a mesh network and basically serves for the last few hundred yards, or perhaps even a network as big as a few miles across.

As I write this, one of the first ZSE interoperability events is commencing with 38 different companies participating in various aspects of this application space. My own company, San Juan Software, is there as a stack expert helping some of our ZSE customers, while other companies are manufacturing the actual end products sold to consumers and to the utility companies. At the end of a series of these events, the profile will be solidified, field tested, and vetted with customers. Then it becomes widely deployed with millions of ZigBee units helping to reduce energy consumption and cost, a thing that helps our environment, and lowers consumer energy bills.

> ZigBee Public Profiles define profile specific clusters and devices.
>
> All ZigBee Public Profiles use the ZigBee Cluster Library.

## 6.4  When to Use ZCL

The ZigBee Cluster Library is very powerful, with many features. Unfortunately, that also means the size of the ZigBee Cluster Library is quite large, at least from an 8-bit MCU perspective. On the Freescale implementation, it requires about 3.8 K of code for a basic set of clusters, and more if many clusters are used.

Public ZigBee Application Profiles mandate the use of ZCL. There is no question about that. It must be used to make a compatible product that can be certified as compliant by the ZigBee Alliance. This includes Home Automation (HA), Commercial Building Automation (CBA), ZigBee Smart Energy (formerly known as Automatic Metering Initiative, or ZSE), Telecommunications Applications (TA), Wireless Sensor Applications (WSA), and Personal Home and Hospital Care (PHHC).

But what if you're making a private Application Profile? Should you use ZCL then? The answer depends on several factors. Generally, if the profile is very simple, or requires only a dozen or so clusters, it is usually more flash and RAM-efficient to build it all without the cluster library. But, if attributes would make the application very convenient, then why write and debug proprietary code, when it's already done for you in the ZigBee Cluster Library?

To make this decision for your project, think about the level of compatibility. Will the project eventually be shared? Do you hope someday for this to become a ZigBee public Application Profile? If the answer is, "Yes," then definitely use ZCL.

Does the application rely heavily on reading and writing data items? Would these be convenient as attributes, and possibly need the report attribute feature? If the answer again is "Yes," then you should probably use ZCL.

Is your application short on size, in either RAM or flash memory? This depends on which processor is used, whether security is needed, if the device is a ZigBee Router (the largest), or ZigBee End-Device (the smallest), and how large the actual application code is estimated to be. If the answer is "Yes, it might be short on flash memory," then don't use ZCL in your private Application Profile.

To get a good feeling for whether this will be the case in the Freescale solution, compile the Thermostat application, and check the sizes in the .map file. On the MC13213, a secure, mesh, ZCL-enabled thermostat application will not fit into a ZigBee router. All the options simply require more than the 60 K of flash memory available. If the device will be an end device (thermostats are often battery-powered), then it will fit. Or, if you are using the newer Freescale QE128 or MC13223 parts, it will fit just fine as a ZigBee Router.

In this following example, *Example 6-3 Private Profile with ZCL*, which I like to call "Tilt-o-Rama," a ZigBee device will send an alert if the "box" has tilted too far. Think of those packages you receive from UPS, FedEx, or another carrier that show up on your doorstep with the "This Side Up" arrow pointing down. By watching the Z-axis using an accelerometer, this application will send an attribute report if the box tips too far.

This example uses the ZigBee Cluster Library in a private profile. For an example of a private profile without the ZigBee Cluster Library, see *Example 4-10 iPod Controlle*r in Chapter 4, "ZigBee Applications."

A more robust version of this application could be used commercially to determine if goods were transported safely throughout the entire journey (see Figure 6.8), including signals if they were subject to out-of-range G forces from being dropped.

The example uses two Freescale boards: an NCB, which will be the alert-display, and an SRB, which will be the tilt detection mechanism.

The example uses a very simple UI. Simply boot both boards, and then tilt the cardboard box. There are no buttons to press. The SRB board represents the cardboard box shown on the right in Figure 6.8. If a tilt is detected, the NCB board, on the left, will begin to



**Figure 6.8: Private Profile with ZCL** f0080

beep and will display "Tilt" in the LCD screen, to alert the UPS truck driver (or whoever is monitoring the package) of the problem.

The application was coded to simply use the standard ZigBee Cluster Library "on/off" cluster to indicate "tilt or not tilt." The "on/off" cluster contains an "on/off" attribute. This attribute can be read from, or it can be set up to report. In fact, that's all this demo does. It sets up the TiltDetector (the SRB) to report when the attribute changes state (from tilt to not-tilt and vice versa). The report is sent to the TiltDisplay (the NCB) which then starts madly beeping (to indicate tilt) or goes quiet again (to indicate no-tilt).

The following code fragment shows how the clusters are defined in Freescale BeeStack. This file is called TiltDetectorEndPoint.c, and replaces the file HaOnOffLightEndPoint.c. It appears as follows:

```
/* attributes for the Tilt Detector in RAM (an instance) */
typedef struct sTiltDetectorAttrsRAM_tag
{
  uint8_t    reportMask[1];
  zclOnOffAttrsRAM_t onOffAttrs;
} sTiltDetectorAttrsRAM_t;

/* one copy of this structure per instance of this device */
sTiltDetectorAttrsRAM_t gTiltDetectorData;

/* one copy for all instances of this device type */
afClusterDef_t const gaTiltDetectorClusterList[] =
{
  { { gaZclClusterBasic_c }, ZCL_BasicClusterServer,
  (void *)(&gZclBasicClusterAttrDefList) },
  { { gaZclClusterIdentify_c }, ZCL_IdentifyClusterServer,
  (void *)(&gZclIdentifyClusterAttrDefList) },
  { { gaZclClusterGroups_c }, ZCL_GroupClusterServer, NULL },
```

```
  { { gaZclClusterOnOff_c }, ZCL_OnOffClusterServer,
    (void *)(&gZclOnOffClusterAttrDefList),
    MbrOfs(sTiltDetectorAttrsRAM_t,onOffAttrs) }
};
/* one copy for all instances of this device type */
zclReportAttr_t const gaTiltDetectorReportList[] =
{
  { { gaZclClusterOnOff_c }, gZclAttrOnOff_OnOffId_c }
};
/* one copy per instance of this device type */
afDeviceDef_t const gTiltDetectorDeviceDef =
{
  ZCL_InterpretFoundationFrame,
  NumberOfElements(gaTiltDetectorClusterList),
  (afClusterDef_t *)gaTiltDetectorClusterList,
  NumberOfElements(gaTiltDetectorReportList),
  (zclReportAttr_t *)gaTiltDetectorReportList,
  &gTiltDetectorData
};
```

In the code fragment, begin with the *last* structure first and work your way up. The "device definition" describes which clusters are supported by the device, a list of reportable attributes for that device, and the instance data. The cluster list describes C functions to handle the cluster-specific commands and lists the cluster's attributes. All of this together allows the BeeStack ZigBee Cluster Library to read, write, and report attributes automatically.

When an APSDE-DATA.indication comes in, the application code simply passes the indication to the ZigBee Clustesr Library to interpret the frame. The cluster or cross-cluster command is handled automatically as shown below:

```
status = ZCL_InterpretFrame(pIndication);
```

Full source code to the example, including the BeeKit solution file, is found in the usual place at http://www.zigbookexamples.com. There is nothing new to learn from the over-the-air capture (as the application simply sets up attribute reporting), so I have not included it in the book, but it is available online along with the source code.

Adding in custom clusters to the Freescale ZigBee Cluster Library is fairly easy. Simply add a new C route to the list of potential clusters (in your application is fine). Provide the definition structures, and add it to the device definition.

Remember, although this example is shown using the Freescale solution, the concept applies equally well to all ZigBee stacks. Every one that passes certification for any

ZigBee public profile also supports the ZigBee Cluster Library, and all of them make it extensible in some way.

So, to sum up, the ZigBee Cluster Library is a set of clusters for use in public Application Profiles, which may also come in handy for private profiles. ZCL introduces the concept of attributes and commands. Attributes are data items, and commands cause action. The commands may be either cross-cluster (such as reading and writing attributes), or specific to the cluster (such as on/off toggle). Without ZCL, there are no attributes or commands, just clusters with payloads defined by the private profile.

The ZigBee Cluster Library is used in all ZigBee public profiles. Some of the clusters are common across all devices on all profiles, such as the groups or basic clusters, but other clusters are unique to a specific device or Application Profile, such as the Simple Metering Cluster in ZSE. The clusters described in the ZigBee Cluster Library Specification are available to all profiles. Clusters private to a particular profile are in that Application Profile's specification.

> Use ZCL in private profiles to gain attributes and commands.
>
> Don't use ZCL in private profiles if code or RAM space is tight.

# The ZigBee Networking Layer

So far this book has concentrated on how applications interact with ZigBee. After all, as OEMs, applications are what you are typically building. This chapter describes what goes on under the hood, especially at the network layer.

Do you need to know what goes on in a ZigBee mesh network underneath those application-level commands? Technically, no, you don't have to, just as you can drive a car and work the stereo without knowing how the fuel injection or the radiator works. But a good understanding of how ZigBee accomplishes networking is really, really helpful when things go wrong. Is the application sending too many broadcasts? Will a route be established when this packet is sent? Why, and through what nodes? As engineers, you want to know. Besides, mesh networking is really, really interesting.

But first, you've probably been wondering how ZigBee really got its name. I'll tell you.

*There are many, many people who have contributed to the excellent standard called ZigBee. I've mentioned a very few throughout this book, and yet can't come close to listing all of the intelligent, dedicated people who made this standard possible. One person stands out: Zachary Brightlea Smith. No one person has contributed more technically (and perhaps spiritually) to the specification than Zachary.*

*I first met Zachary at the ZigBee Open House in Seattle in 2004. He was representing one of the ZigBee stack vendors at the time. Other than reading an article, this was the first introduction I had had to the wireless technology, and I was impressed—amazed, actually. Zachary painted a picture of wireless sensor and control networks helping us everywhere: working to save energy, make our environment safer and more convenient, helping the elderly to stay out of hospitals, and making new social networking possible.*

*It's interesting that these predictions have largely come true. ZigBee now has profiles for ZigBee Smart Energy, Home Automation, Personal Home and Health Care, and Telecommunication Applications.*

*Zachary himself is an unusual man. He has eyes in the back of his head (literally, in the form of a tattoo). When his head is shaved, a hairstyle he often favors, you find them staring back at you. He is Buddhist, and spends long hours staring at a single point on the wall (on both walls?). It is rumored that he has attended the Burning Man festival, an annual self-expression art experience in the Nevada desert (www.burningman.com).*

*My wife and I had the opportunity to prowl Paris one evening with Zachary. He took us to a restaurant, hidden away in a small alley along the Seine, where he spoke French and we ate the best foie gras we've ever tasted. Zachary had lived in Paris and knew it well. Zachary also lived in Milan, Italy (he looks good in an Italian suit), and I am sure helped instigate a ZigBee Alliance quarterly meeting there that culminated in an amazing dining experience at a Leonardo da Vinci museum. He even taught the ZigBee Alliance proper cappuccino etiquette.*

*Time and again Zachary will drop a pithy, insightful email on a ZigBee reflector, which changes how the group views a problem, often resulting in a specification change or clarification. During its primary development, Zachary was technical editor of the Network Working Group (NWG), the group that defined the networking layer within ZigBee, and was intimately involved in the routing algorithms. I would even go so far as to say that Zachary is the father of ZigBee.*

*Hmmm… Zachary Brightlea (Smith). Z.B. ZigBee. Coincidence?*

## 7.1 ZigBee and IEEE 802.15.4

The terms "ZigBee" and 802.15.4 (or simply 15.4) are often confused, and are all too often used interchangeably. They are not the same.

The 802.15.4 specification was created and is maintained by IEEE (http://www.ieee.org). This specification defines the physical (PHY) and media access control (MAC) layers of a personal area, low-power, wireless network. All IEEE 802.x.x specifications define networking standards. You may have heard of 802.3 (Ethernet), or 802.11 (WiFi™), or 802.15.1 (Bluetooth™).

IEEE 802.15.4 defines:

- Mechanisms for discovering networks
- Mechanisms for forming and joining networks
- Mechanisms for changing channels
- Mechanisms for detecting interference and "noise" on a particular channel

- An acknowledged, single-hop, data-packet delivery method, using CSMA-CA to avoid collisions
- An unacknowledged, single-hop data-broadcast method

What 802.15.4 does *not* specify is anything to do with multi-hop communications, address assignment, or application level interoperability.

If the network you have in mind to build only needs a single hop (that is, all radios in the network can hear each other), then the 802.15.4 MAC/PHY may be all that you need. In fact, Freescale and other silicon vendors offer an 802.15.4 application environment that doesn't require ZigBee at all.

Aside from ZigBee, many other network protocols have been built on the 802.15.4 standard, some which are mesh or multi-hop, some which are single-hop or star networks. Some examples of non-ZigBee network protocols on 802.15.4 include MicroChip MiWi™, Synap SNAP, 6LoWPAN (an IETF standard), Tiny O/S (an open source project), and San Juan Software PopNet™.

But ZigBee is the primary protocol which builds on the 802.15.4 standard, adding a network layer capable of peer-to-peer multi-hop mesh networking, a security layer capable of handling complex security situations, and an application layer for interoperable application profiles.

Below is the standard ZigBee architecture diagram, seen in nearly every technical discussion of ZigBee. Notice how the MAC and PHY layers are under IEEE control, while the rest are under ZigBee control (see Figure 7.1).

The PHY (physical) layer's job is to translate the packets from a series of bytes to the RF spectrum, and back again. The MAC (medium access) layer allows a network to be formed, for channels to be shared, and for data to be transferred (single-hop) in a reasonably reliable way.

ZigBee specifies all the layers above MAC and PHY, including the NWK (network) layer, APS, ZDO, and security layers. It's ZigBee that provides the mesh networking and multi-hop capabilities, enhances the reliability of data packet delivery, and specifies application-to-application interoperability.

ZigBee does not use all of the 802.15.4 MAC/PHY specification; only a small subset. This allows stack vendors to offer smaller solutions (less RAM and flash) by providing a limited MAC for their ZigBee stacks. For example, ZigBee does not use any of the



**Figure 7.1: ZigBee and IEEE 802.15.4**

802.15.4 beaconing methods, or guaranteed time slots. ZigBee is asynchronous. Any node may transmit at any time. Only the CSMA-CA (carrier-sense multiple-access with collision avoidance), a MAC-level mechanism, prevents nodes from talking over each other.

CSMA-CA works the same way as a human conversation in a social setting. One person talks while the others wait. When there is a pause in conversation, then it is someone else's turn to talk. Occasionally two people talk over each other. They back off (randomly) and try again. Always keep that in mind: Only one radio is talking at any given time on any given channel in any given vicinity. Also keep in mind all 802.15.4 radios are half-duplex: They are either talking or listening, but not both at the same time.

ZigBee also makes some slight modifications to the 802.15.4 standard. One of these is the security model. The MAC defines something called CCM, which spelled out in its long form is "counter-mode cipher-block chaining-message authentication code." CCM requires different security for every layer. Because of performance constraints on

small processors, ZigBee doesn't. The ZigBee security model is called CCM (a slight modification of MAC CCM security).

One of the more interesting areas where ZigBee differs from the 802.15.4 specification is the time-out for beacon responses. By the way, beacon requests and beacon responses (just called beacons) have nothing to do with whether the network is a beaconing network or not. Confusing, I know. I wish IEEE had used different terms for beacons that start a guaranteed time-slot frame versus the beacons used to join and form networks, but there it is.

A beacon (which I'll explain in excruciating detail later in this chapter) is simply a packet that contains information about the node and network. This is used in ZigBee to discover networks. In dense networks, with 30 or more nodes all within hearing range, the default 802.15.4 time-outs for responses to beacon requests don't allow enough time for all nodes to respond. The 802.15.4 specification was just not built with large networks in mind, but ZigBee is.

The 802.15.4 MAC specification has been stable since October 2003. Some silicon vendors even offer the 802.15.4 MAC in ROM. But IEEE doesn't stand still. In 2006, IEEE released another 802.15.4 specification, called, of course, 802.15.4-2006.

Probably the biggest change in the IEEE 802.15.4-2006 standard is a better PHY for sub-1 GHz radios. In the 802.15.4-2003 specification, the 868 MHz and 900 MHz PHYs were limited to 20 kbps (kilobits per second) and 40 kbps respectively. The data transfer rate at sub 1 GHz were simply too slow for ZigBee; all ZigBee radios are 2.4 GHz, which operate at 250 kbps.

IEEE 802.15.4-2006 changed all that. The specification added two new optional PHYs for sub 1 GHz allowing up to 250 kbps in those bands as well. I expect to see some ZigBee chips over the next couple of years operating in these bands. The sub 1 GHz bands still do not operate in the worldwide unlicensed spectrum, so restrictions apply on where they can be exported. But if your market is mainly the U.S., 900 MHz will do nicely. The upside of 900 MHz is that it penetrates water (plus plants, foliage, and people) more easily than the 2.4 GHz.

As of this writing, ZigBee continues to use the IEEE 802.15.4-2003 specification, but there have been discussions within the ZigBee Alliance to update ZigBee to the newer, largely backward-compatible IEEE 802.15.4-2006 specification.

> IEEE 802.15.4-2003 specifies the MAC and PHY layers in a ZigBee stack.
>
> ZigBee specifies the NWK, application, and all higher layers.

# 7.2  Forming, Joining, and Rejoining ZigBee Networks

Over the next few sections I'll describe the entire process of a ZigBee network starting up and establishing communications, including how ZigBee nodes form a network, join a network, are assigned addresses on the network, and how they route packets from one node to another.

Before any ZigBee node may communicate on a network, it must either form a new network or join an existing network. Only the ZigBee Coordinator may form a network. Only ZigBee Routers and ZigBee End-Devices may join a network. Many stack vendors offer the ability to have a node designated as a ZC, ZR, or ZED at compile time (to save code and RAM) or at run-time (to reduce OEM-manufactured parts).

Every node starts out with a unique 64-bit IEEE (aka MAC or long) address, assigned by the OEM during manufacturing. During the process of joining the network, each node is assigned a unique (within that network) 16-bit short address (aka NwkAddr) to use when communicating to other nodes across the network. The 16-bit address is used for nearly all communications, to reduce over-the-air protocol overhead, leaving more room for application payload.

## 7.2.1  Forming Networks

ZigBee Coordinators (ZCs) form networks. The process of forming a network is really about determining a unique identifier for the network, called a PAN ID, and choosing one of the sixteen 802.15.4 channels (11–26) on which to operate the network. By the time the ZC has formed the network, the network is established (see Figure 7.2).

Granted, a network of one node is not very useful. It's not until other nodes join the network that networking becomes possible.



**Figure 7.2: A Network of One**

During the forming process, a single packet is sent over-the-air on each channel: a MAC active scan (aka beacon request). If no other ZigBee networks are on the channel, this will be the only packet seen by a ZigBee sniffer:

```
Seq No     MAC Dst     Protocol        Packet Type
--------------------------------------------------------------
1          0xffff      IEEE 802.15.4    Command: Beacon equest
```

So how do you know which channel and PAN ID the ZC has chosen? I'll get into that in a moment.

A ZigBee Coordinator has the following duties:

- It forms a network.
- It establishes the 802.15.4 channel on which the network will operate.
- It establishes the extended and short PAN ID for the network.
- It decides on the stack profile to use (compile or run-time option).
- It acts as the Trust Center for secure applications and networks.
- It acts as the arbiter for End-Device-Bind (a commissioning option).
- It acts as a router for mesh routing.
- It acts as the top of the tree, if tree routing enabled.

Does having a single device, the ZigBee Coordinator, create a single point-of-failure in a ZigBee network? Well, not really. The ZigBee Coordinator is really just a router unless the network is being commissioned. And there are ways to replace the ZigBee Coordinator after a network is running, if the device fails for some reason. I'll explore ways to do this in Chapter 8, "Commissioning ZigBee Networks."

It's the application running on the ZigBee Coordinator node that actually decides when it's time to form a network, from which set of channels, and from which set of PAN IDs. The application running in the ZC can be anything: a gateway connected to the Internet, a controller box, a thermostat, light, or electric meter. The possibilities are endless. When power is applied to the device that contains the ZigBee Coordinator, it may immediately form a network, or may wait for some event (such as a button-press or a command from a host processor) before forming the network. It might even check to see what networks

are already out there, and decide to become a ZigBee Router rather than a Coordinator, if another node has already formed the desired network.

However the application is coded, at some time a ZigBee Coordinator will form a network. The process is shown in Figure 7.3.

Notice that first there is an NLME-NETWORK-FORMATION.request. This is initiated by ZDO, which in turn was told to form a network by the application. In Freescale's BeeStack, telling ZDO to form the network is very simple, as seen in the code fragments below. The first code fragment forms the network immediately on power-up. The second forms the network on a key-press (although this could be on any event):

```
/* form network immediately upon power-up */
void BeeAppInit(void)
{
  ZDO_Start(gStartSilentRejoinWithNvm_c);
}
/* form network on key-press */
void BeeAppHandleKeys (key_event_t keyEvent)
{
  switch(keyEvent)
  {
    case gKBD_EventSW1_c:
    ZDO_Start(gStartWithOutNvm_c);
    break;
  }
}
```

Next, as seen in Figure 7.3, ZigBee calls on the MAC layer to perform two scans: an energy scan, and an active scan. The energy scan is used to determine which channel is the quietest channel from the set of channels specified in the APS information base variable, apsChannelMask. The energy scan lasts about a half-second on each channel, and is just a "moment-in-time" check. The channel could have been really noisy one hour before, and this process wouldn't detect it. Scanning all 16 channels takes about 8 seconds, so be patient.

Next, an active scan, which is simply a MAC beacon request followed by zero or more beacon responses, is used to discover what other networks are in the vicinity. Active scans ensure ZigBee does not form a network on the same PAN ID as another network already in the vicinity. The active scan also takes time, waiting for potential beacon responses from other nodes.



**Figure 7.3: ZigBee Forming a Network**

Next in Figure 7.3, there is this magic box labeled "Select channel and PAN ID." After receiving the information about how noisy the channels are, and which networks are already out there, the application is free to chose the "correct" channel and PAN ID. So what is the "correct" channel and PAN ID?

The way this works with the Freescale solution is to pick the quietest channel that does not already contain the PAN ID specified by the application. The functions which do this are SelectLogicalChannel() and SelectPanId(), found in the file AppStackImpl.c. These functions can be replaced by anything appropriate to the application. Check your stack vendor's documentation for how to choose the "correct" channel and PAN ID for that stack implementation.

The NWK information base variable, *nwkPanID*, specifies the PAN ID, which by default is 0xffff (meaning ZigBee is free to choose a random PAN ID). The application can also set *nwkPanID* to anything else from 0x0000 through 0x3fff, if the intent is to pick a particular PAN ID rather than a random one. The top two bits are reserved for future use. I don't recommend specifying a particular PAN ID. Let ZigBee do it for you, by setting

*nwkPanID* to 0xffff and specifying the *apsUseExtendedPANID* instead. The extended PAN ID is a unique 64-bit number, usually set to the MAC address of the ZigBee Coordinator, but could instead be anything set up by the commissioning process.

In the Freescale solution, the *nwkPanID*, the *apsUseExtendedPANID,* and the *apsChannelMask* stack variables can be set at run-time using the NLME-SET.request and APSME-SET.request functions. Other stacks have a similar way to set them:

```
NlmeSetRequest(gNwkPanId_c, 0x1234);
ApsmeSetRequest(gApsUseExtendedPANID_c, aMyExtendedPANID);
ApsmeSetRequest(gApsChannelMask_c, aMyChannelMask);
```

The ZC node can ascertain which channel and PAN ID was chosen by calling NlmeGetRequest(). If you have been following the examples, you've already seen this occur on the Freescale NCB boards. After they form or join a network, they display the PAN ID and channel on the LCD display. The code for getting the chosen PAN ID and channel looks like the following in the Freescale platform:

```
zbPanId_t aPanId;
zbChannel_t channel;
Copy2Bytes(aPanId, NlmeGetRequest(gNwkPanId_c));
channel = NlmeGetRequest(gNwkLogicalChannel_c);
```

Once a network is formed, the next step in creating a network is for other nodes to join.

> apsChannelMask defines which set of channels to consider when forming a network.
>
> nwkPANID of 0xffff indicates choose random PAN ID.
>
> Use apsUseExtendedPANID to specify the 64-bit extended PAN ID.

## 7.2.2  Joining Networks

ZigBee Routers (ZRs) and ZigBee End-Devices (ZEDs) join networks. ZRs are usually mains-powered, always on, listening for packets to route. ZEDs are usually battery-powered and sleeping, waking up only to communicate briefly before going back to sleep. ZigBee Routers are responsible for:

- Finding and joining the "correct" network
- Perpetuating broadcasts across the network

- Participating in routing, including discovering and maintaining routes
- Allowing other devices to join the network (if permit-join enabled)
- Storing packets on behalf of sleeping children

ZigBee End-Devices are responsible for:

- Finding and joining the "correct" network
- Polling their parents to see if any messages were sent to them while they were asleep
- Finding a new parent if the link to the old parent is lost (NWK rejoin)
- Sleeping most of the time to conserve batteries when not in use by the application.

Joining a network is a process of discovering what networks and nodes are in the vicinity, and then choosing one of them to join. Provided the association is acceptable to the network, the join will be completed, and the joining node will now have an address on that network.

The joining node initiates the process, shouting "Hey, is anyone out there?" using a beacon request (see Figure 7.4). Any ZCs and ZRs in the vicinity respond, saying "Here



**Figure 7.4: ZigBee Beacon Request and Response**

I am" using a beacon. Although not technically accurate according to the 802.15.4 specification, I often call the beacons "beacon responses," because that's how they are processed: A node sends out a beacon request, other nodes respond with a beacon response.

The beacon response is issued by all ZigBee Routers and Coordinators on the channel where the beacon request was issued, regardless of PAN ID. So, for example, if a beacon request was sent on channel 15, all router nodes (including ZigBee Coordinators) on channel 15 respond with a beacon response, as seen in the partial capture below. Notice the multiple PAN IDs and short addresses:

```
SrcPAN     MACSrc    MACSeq     Protocol Type
-------------------------------------------------------------------
0x1aaa     0x0001    05         Beacon: AP: 1, Nwk RC: 1, Nwk EDC: 1
0x1bbb     0x0000    188        Beacon: AP: 0, Nwk RC: 1, Nwk EDC: 1
0x1aaa     0x0000    200        Beacon: AP: 1, Nwk RC: 1, Nwk EDC: 1
```

Beacons contain quite a bit of information about the ZigBee network, including PAN ID, extended PAN ID, join enable, and whether the node has capacity (room) for routers or end devices to join. What the beacon lacks is any application-level information. For that, a seeking node must first join the network, look for the application and, if it cannot find it, leave the network and try another.

Take a look at a typical beacon below:

```
Frame 3 (Length = 24 bytes)
IEEE 802.15.4
  Frame Control: 0x8000
  .... .... .... .000 = Frame Type: Beacon (0x0000)
  .... .... .... 0... = Security Enabled: Disabled
  .... .... ...0 .... = Frame Pending: No more data
  .... .... ..0. .... = Acknowledgement not required
  .... .... .0.. .... = Intra PAN: Not within the PAN
  .... ..00 0... .... = Reserved
  .... 00.. .... .... = Destination Address: not present
  ..00 .... .... .... = Reserved
  10.. .... .... .... = Source Address: 16-bit short address
  Sequence Number: 205
  Source PAN Identifier: 0x0bef
  Source Address: 0x0000
  MAC Payload
  Superframe Specification: 0xcfff
  .... .... .... 1111 = Beacon Order (0x000f)
  .... .... 1111 .... = Superframe Order (0x000f)
```

```
  .... 1111 .... .... = Final CAP Slot (0x000f)
  ...0 .... .... .... = Battery Life Extension: Disabled
  ..0. .... .... .... = Reserved
  .1.. .... .... .... = PAN Coordinator: yes
  1... .... .... .... = Association Permit: enabled
  GTS Specification: 0x00
  Pending Address Specification: 0x00

  Beacon Payload
  Protocol ID: ZigBee NWK (0x00)
NWK Layer Information: 0x8421
  .... .... .... 0001 = Stack Profile (0x1)
  .... .... 0010 .... = nwkcProtocolVersion (0x2)
  .... ..00 .... .... = Reserved (0x0)
  .... .1.. .... .... = Router Capacity: True
  .000 0... .... .... = Device Depth (0x0)
  1... .... .... .... = End Device Capacity: True
  Extended PAN ID: 0x0050c211dc051801
```

From this beacon, I can tell that it's a ZigBee node (as opposed to another network), specifically the ZigBee stack profile 0x01. I can tell that the node is the ZigBee Coordinator, and that it is allowing joining, and has the capacity to accept either router or end devices as children. I can tell that the PAN ID is 0x0bef, and the extended PAN ID is a Freescale extended PAN ID, 0x0050c211dc051801.

The first field, the MAC frame control, will always be 0x8000, a beacon. The security-enabled bit will always be 0, even in a secure network, as ZigBee uses NWK layer security (not MAC layer security). The next field, the sequence number, is a rolling counter. It's not really needed, but this uniquely identifies the frame. The source PAN ID and short address of the node will always be present. In this case the short address is 0x0000, so it's the ZigBee Coordinator. Any other address would be a router (end devices do NOT issue beacons).

The next field, the superframe specification, indicates whether permit joining is enabled on this node (see the Association Permit bit). If it is not, then the node will not accept joining. The rest of the MAC payload fields will always be the same for all ZigBee nodes. Notice that beacon order is 0xf, that is, non-beaconed. ZigBee is not a beaconing network, and does not support guaranteed time slots. Instead, ZigBee is asynchronous, with routers always enabled to route packets, using CSMA-CA to avoid collisions on the network.

The network layer information follows the MAC payload and includes which ZigBee stack profile (0x01 or 0x02) is supported by this node, and whether it has capacity to

accept routers or end-devices. In stack profile 0x01, the total number nodes that can join a particular node as a child is 20, 6 of which can be routers and 14 of which can be end devices.

ZRs and ZEDs join a specific node, not a network in general, using 64-bit MAC addresses for the source and destination addresses of the MAC association request. The node doing the joining is called a child. The node receiving the association request is called the parent.

ZigBee Routers and the ZigBee Coordinator can be the parent of other nodes, but ZigBee End-Devices will never be a parent. ZEDs are always children.

Keep in mind this parent/child relationship has nothing to do with mesh routing. Any router may route through any other router within hearing range on the same network. All ZigBee Routers (and the ZC) are peers in this respect. If a router's parent or child goes away (perhaps even leaving the network) no harm is done to routes, other than to those specific devices (assuming a network has sufficient density). ZigBee Routers do not route through other networks, only those within the same PAN ID and channel.

To ZigBee End-Devices, however, the parent/child relationship is very special. ZEDs, while they can communicate to any node on the network, communicate only to their parent directly. Another way to put it is that the next hop of a ZED is always to its parent. If a ZED loses the link with its parent, it must (at some point) find another parent in order to keep communicating on the network, a process called rejoining.

It is not often that a ZED child loses contact with its parent, but it does happen. Say, perhaps the office furniture was moved and a fish tank now resides directly in front of the ZED. Communications at 2.4 GHz are affected by water, and the link is now broken. No problem: Within a few seconds, the ZED finds a new parent, announces to the network that it has moved, and communications continue. I'll show an example of this in the rejoin section below.

The join process for a ZigBee Router or ZigBee End-Device is depicted in the ZigBee specification, as shown in Figure 7.5.

First, an active scan (beacon request) is sent out on each channel. The ZC or ZED then waits for a time for beacon responses. The time can be set by the application, but it defaults to about a half-second per channel. Once the beacons are collected, then they are analyzed in the "select channel and PAN ID" box. This function is application-specific.



**Figure 7.5: ZigBee Joining a Network**

Freescale BeeStack includes an application-specific function called by ZDO whenever a node is told to join a network, called SearchForSuitableParentToJoin(). This function looks for any node which matches the *apsUseExtendedPANID* or, if that's set to all 0x00s, any node which matches the *nwkPANID* stack variable. A *nwkPANID* of 0xffff means to join any PAN. This same setting is what is used by the Home Automation Application Profile: Join any PAN ID (and any extended PAN ID) on any channel.

In addition to the correct extended PAN ID, PAN ID and channel, the potential parent must also have permit-join enabled. Permit-join can be used to "close off" a network, preventing other nodes from joining it. Permit-join can also be used to force nodes to pick a particular parent during network bring-up.

After the active scan is complete and a suitable parent is selected, the authentication procedure begins. Note that the node actually has an address on the network (at least temporarily) by the time authentication begins. Authentication is only present in secure networks, and gives the trust center the right to refuse to allow this node to join. A rogue node which only pretends to already have an address on the PAN will not receive the network key, and so cannot communicate to other nodes. If the authentication does not

complete successfully, the parent will tell the unauthenticated child to leave and mark that address as available for use by another node that wishes to join.

In stack profile 0x01, nodes join as high up the tree as possible (this is the Device Depth field in the beacon). This keeps the tree short, to minimize the number of hops required to traverse the tree when not using mesh.

Okay, so now devices have joined the network. How many can join? In stack profile 0x01, up to 31,100 nodes can join a network, 9,330 of which can be routers. In stack profile 0x02, the limit is 64 K nodes.

So how does a ZigBee network, once set up, prevent other nodes from joining? Trust Center (TC) authentication is one such mechanism. The trust center can simply deny access to any new nodes which attempt to join. I'll describe the TC in a bit more detail in Chapter 8, "Commissioning ZigBee Networks."

Another, perhaps easier, mechanism for closing off the network is called "permit joining." The permit joining flag is only relevant to the ZigBee Coordinator and ZigBee Routers, which are the only node types that can have children. The NWK layer allows permit joining to be locally enabled or disabled through the NLME-PERMIT-JOINING.request, and ZDP provides the ability to send this command over-the-air to any or all nodes in the network using Mgmt_Permit_Joining_req. Either request allows joining to be turned on (0xff), off (0x00), or turned on for a number of seconds from 1 through 254 (0x01–0xfe) before being turned off.

In the Freescale solution, the permit joining commands are available through:

```
/* turn permit joining on or off locally */
void APP_ZDP_PermitJoinRequest
  (
  uint8_t iPermitFlag    /* 0x00 = off, 0xff = on */
  );
/* turn permit joining on or off remotely */
void ASL_Mgmt_Permit_Joining_req
(

    zbCounter_t *pSequenceNumber,
    zbNwkAddr_t aDestAddress,    /* usually gaBroadcastZCnZR */
    zbCounter_t permitDuration, /* 0x00 = off, 0xff = on */
    uint8_t TC_Significance      /* TC will not authenticate */
);
```

In this first example, *Example 7-1 Permit Joining*, the NLDE-PERMIT-JOINING.request will be used to disallow nodes to join, and then to force nodes to join either in a small three-node tree, or in a three-node straight line, as depicted in Figure 7.6.

As with all examples in this book, code is provided for the Freescale platform, but the concepts and over-the-air captures apply to all ZigBee platforms. See Chapter 3, "The ZigBee Development Environment," for an introduction to the Freescale platform, if you are interested in following along with actual hardware.

If you do follow along with actual Freescale hardware, the steps to run the example are:

1. Open the *Example 7-1 Permit Joining* solution with BeeKit.

2. Export the solution. Import the three projects into CodeWarrior.

3. Compile and download the three images (ZcNcbOnOffLight, ZrSrbOnOffLight, and ZedSrbOnOffSwitch) into the three respective boards.

4. Start a capture on channel 25 with Daintree SNA (if available).

5. Press SW1 on the ZC (ZcNcbOnOffLight) to form the network.

6. Press SW2 on the ZC to turn off local join enable (LED2 should go out).



**Figure 7.6: Example 7-1—Permit Joining**

7. Press SW1 on the ZR (ZrSrbOnOffLight). Notice that it can't join the network, because joining is disabled on the ZC. The capture below shows how it repeatedly attempts to join by repeatedly issuing beacon requests.

8. Press SW2 on the ZC to enable joining again. Notice the ZR now joins (LED 1 and 2 go solid).

9. Press SW1 on the ZED (ZedSrbOnOffSwitch). Notice that it, too, joins the network. The network now looks like the middle of Figure 7.4, with the ZR and ZED as children of the ZC.

Now reset all three boards.

1. Press SW1 on the ZC again to form the network.

2. Press SW1 on the ZR again. Notice it joins the network immediately this time.

3. Press SW2 on the ZC, after the ZR has joined, to disable joining on the ZC.

Now press SW1 on the ZED. Notice that it now joins the ZR (not the ZC), as seen at the end of the capture below.

From the standpoint of communicating on the network, it's usually irrelevant which parent a node joins. Sometimes it can be useful in the real world. For example, in a hotel it is helpful to have all ZEDs in a given room join a router in that room. That way, if the other rooms around it are under construction, the lights, heating, cooling, etc. all continue to work. Each room is essentially autonomous.

Turning joining on or off throughout the entire network is almost always useful. After a network has been set up, it's usually undesirable to allow new nodes to join without the installer's permission. This is essentially why most WiFi networks in urban environments are password-protected. Imagine if a rogue, drive-by node could turn the lights or heating on or off in your home or business!

This first capture shows what happened when the ZR attempted to join, but the ZC had joining disabled (the left most image in Figure 7.6). Notice how the joining node simply keeps repeating the beacon request, as it found no beacon that is accepting joining:

```
Seq   Time      SrcPAN   MACSrc   MACDst   Packet Type
--------------------------------------------------------------------------
1                                 0xffff   IEEE 802.15.4 Beacon Request
2     +05.359                     0xffff   IEEE 802.15.4 Beacon Request
3     +00.003   0x0f00   0x0000            IEEE 802.15.4 Beacon: AP: 0
```

```
4      +02.019                        0xffff  IEEE 802.15.4 Beacon Request
5      +00.003   0x0f00    0x0000             IEEE 802.15.4 Beacon: AP: 0
6      +02.207                        0xffff  IEEE 802.15.4 Beacon Request
7      +00.004   0x0f00    0x0000             IEEE 802.15.4 Beacon: AP: 0
8      +02.019                        0xffff  IEEE 802.15.4 Beacon Request
9      +00.005   0x0f00    0x0000             IEEE 802.15.4 Beacon: AP: 0
... and so on ...
```

This next capture shows the middle image in Figure 7.6, where both the ZR and ZED join the ZC. Notice both children associate (join) to the ZC in packets 4 and 13, sending the request to node 0x0000 of PAN 0x0f00. Note that the MAC (IEEE) addresses of the three nodes are as follows:

ZC-0x0050c237b0040001

ZR-0x0050c237b0040001

ZED-0x0050c237b0040001

```
Seq Time      SrcPAN  MACSrc    MACDst            Packet Type
              DstPAN  MACDst    (if 2 line)
------------------------------------------------------------------------
1                               0xffff            IEEE 802.15.4 Beacon Request
2     +02.780                   0xffff            IEEE 802.15.4 Beacon Request
3     +00.003  0x0f00  0x0000                     IEEE 802.15.4 Beacon: AP: 0
4     +02.022  0xffff  00:50:c2:37:b0:04:00:02
               0x0f00  0x0000                     Association Request
5     +00.001                                     Acknowledgment
6     +00.494          00:50:c2:37:b0:04:00:02
               0x0f00  0x0000                     Data Request
7     +00.001                                     Acknowledgment
8     +00.003          00:50:c2:37:b0:04:00:01
               0x0f00  00:50:c2:37:b0:04:00:02    Association Response
9     +00.001                                     Acknowledgment
10    +00.593                   0xffff            IEEE 802.15.4 Beacon Request
11    +00.003  0x0f00  0x0001                     IEEE 802.15.4 Beacon: AP: 0
12    +00.006  0x0f00  0x0000                     IEEE 802.15.4 Beacon: AP: 0
13    +02.014  0xffff  00:50:c2:37:b0:04:00:03
               0x0f00  0x0000                     Association Request
14    +00.001                                     Acknowledgment
15    +00.496          00:50:c2:37:b0:04:00:03
               0x0f00  0x0000                     Data Request
16    +00.001                                     Acknowledgment
17    +00.003          00:50:c2:37:b0:04:00:01
               0x0f00  00:50:c2:37:b0:04:00:03    Association Response
18    +00.001                                     Acknowledgment
```

This final capture shows the rightmost image in Figure 7.6, in which the ZR joins the ZC, and the ZED joins the ZR forming a multi-hop straight line. Notice that the ZR still associates with the ZC (node 0x0000), but the ZED associates with the ZR (node 0x0001):

```
Seq Time      SrcPAN MACSrc  MACDst        Packet Type
              DstPAN MACDst  (if 2 line)
---------------------------------------------------------------------
1                            0xffff        IEEE 802.15.4 Beacon Request
2   +02.780                  0xffff        IEEE 802.15.4 Beacon Request
3   +00.003  0x0f00 0x0000                 IEEE 802.15.4 Beacon: AP: 0
4   +02.022  0xffff 00:50:c2:37:b0:04:00:02
              0x0f00 0x0000                 Association Request
5   +00.001                                Acknowledgment
6   +00.494         00:50:c2:37:b0:04:00:02
              0x0f00 0x0000                 Data Request
7   +00.001                                Acknowledgment
8   +00.003  0x0f00 00:50:c2:37:b0:04:00:01
                     00:50:c2:37:b0:04:00:02 Association Response
9   +00.001                                Acknowledgment
10  +00.593  0xffff                        IEEE 802.15.4 Beacon Request
11  +00.002  0x0f00 0x0000                 IEEE 802.15.4 Beacon: AP: 0
12  +00.007  0x0f00 0x0001                 IEEE 802.15.4 Beacon: AP: 0
13  +02.014  0xffff 00:50:c2:37:b0:04:00:03
              0x0f00 0x0001                 Association Request
14  +00.001                                Acknowledgment
15  +00.496         00:50:c2:37:b0:04:00:03
              0x0f00 0x0000                 Data Request
16  +00.001                                Acknowledgment
17  +00.003         00:50:c2:37:b0:04:00:02
              0x0f00 00:50:c2:37:b0:04:00:03 Association Response
18  +00.001                                Acknowledgment
```

Once a node has joined a network, it can communicate with any other node in the entire network. There is no requirement for binding or other mechanisms. Simply send the data from one node to another, as long as you know the short address of the node. Of course, for the application to see the packet, the Application Profile must be the same on both sides, and the source endpoint on the sending node and the destination endpoint on the receiving node must be registered. See Chapter 4, "ZigBee Applications," for a good explanation of Application Profiles, binding, and addressing within a node.

When building custom (private) profiles, I often set it up so that all the nodes in the network have the same endpoint on both ends, and the same private profile on all endpoints. It keeps life simple.

> *ZRs and ZEDs join networks.*
>
> Joining also includes authentication, giving the network a chance to reject the node.
>
> Use permit-join enable and disable to turn joining on or off in a network.

### 7.2.3 Rejoining Networks

Rejoining assumes that the node has already joined the network, that the node has a proper PAN ID, extended PAN ID, security key, and short address. There are several reasons why a node might need to rejoin the network:

- A ZED has lost contact with its parent
- Power has been cycled, and many or all nodes in the network rejoin "silently"
- Joining a secure network if permit-joining is off

ZEDs always communicate directly to their parents. If the parent no longer responds, the child must, eventually, find a new parent in order to keep communicating on the network. The child itself decides when it has been orphaned, not the parent. ZigBee does not mandate a specific number of failed polls or messages before a ZED assumes it can no longer communicate with its parent; it is up to the application.

In the Freescale solution, a settable option called *gMaxFailureCounter_c* defaults to two poll periods. If the ZED misses two poll periods (or attempts to send two messages that fail to get through), it will automatically initiate a network rejoin procedure. This number can be set to anything: 5, 10, 100, or set to 0 to indicate the application itself will initiate the rejoin if needed.

The example in this section shows a ZED rejoining and finding a new parent, while continuing its normal networking functions, as seen in Figure 7.7.

The rejoin process starts with a beacon request to find suitable parents. It is irrelevant whether the potential parent nodes have permit-joining enabled or not. The only thing that matters is that they have end-device capacity. After the beacon request, the ZED picks one of the nodes (on the same PAN) to be a parent, performs the rejoin, receives a new short address (stack profile 0x01 only), and then finally issues a device-announce to tell the network that this node has moved. This last step is very important to preserve bindings across the network.



**Figure 7.7: Example 7-2 ZED Rejoins to a New Parent**

In this example, *Example 7-2 ZED Rejoin*, the ZR is an HA On/Off Switch, and the ZED is an HA On/Off Light. The network is initially formed in the usual three-node triangle, as depicted in Figure 7.7. The ZR switch is bound to the ZED light. Then, at some point, the ZC drops off the network. (I simply turned it off.) The ZED realizes that it can no longer communicate with its parent and so initiates the rejoin procedure, establishing the ZR as its new parent and announcing its new short address (it moved from NwkAddr 0x796f to 0x1430) to the network. The binding is preserved, and the light can still be toggled on or off. The steps to run this example are:

1. Open the *Example 7-2 ZED Rejoin* solution with BeeKit.

2. Export the solution. Import the 3 projects into CodeWarrior.

3. Compile and download the 3 images (ZcNcbOnOffLight, ZrSrbOnOffSwitch, and ZedSrbOnOffLight) into the 3 respective boards.

4. Press SW1 on all three boards to form/join the network.

5. Press SW3 on the ZR On/Off switch and the ZED On/Off light to bind them.

6. Press long SW1 on the ZR and ZED to go to application mode.

7. Press SW1 on the ZR to toggle the ZED light. Notice the light takes up to 1 second to toggle. This is the poll rate of the ZED to its parent (the ZC).

8. Turn off the ZC. Press SW1 on the ZR immediately. Notice the light doesn't toggle.

9. After a few seconds, press SW1 on the ZR again. Notice the light now toggles. The ZED has found a new parent and announced its new short address.

Take a look at the capture below. I've inserted the step enumeration between the captured packets. Step 4 is when the nodes both join the ZC. In Step 5, the ZR switch binds with the ZED light. In Step 7, the ZR switch toggles the ZR light (note it goes through the ZC). In Steps 8 and 9 the ZED realizes it can't communicate to its parent, so it finds a new one (the ZC) and because of the EndDeviceAnnce, the binding between the switch and light continues without interruption on the new ZED short address, 0x1430:

```
Seq  Time        SrcPAN    MACSrc    MACDst    Packet Type
                 DstPAN    MACDst    (if 2 line)
----------------------------------------------------------------------
STEP 4
4    +02.022     0xffff    00:50:c2:37:b0:04:00:02
                 0x0f00    0x0000              IEEE:Association Request
13   +02.014     0xffff    00:50:c2:37:b0:04:00:03
                 0x0f00    0x0000              IEEE:Association Request

STEP 5
25   +05.892     0x0f00    0x0001    0x0000    ZDP:EndDeviceBindReq
29   +00.766     0x0f00    0x796f    0x0f00    ZDP:EndDeviceBindReq
35   +00.094     0x0f00    0x0000    0x0001    ZDP:BindReq

STEP 7
67   +03.989     0x0f00    0x0001    0x0000    HA:On/off:Toggle
71   +00.004     0x0f00    0x0000    0x796f    HA:On/off:Toggle

STEPS 8 & 9
119  +03.003                         0xffff    IEEE:Beacon Request
120  +00.002     0x0f00    0x0001               IEEE:Beacon: AP: 0
125  +01.006     0x0f00    0x796f    0x0001    NWK:Rejoin Request
129  +00.003     0x0f00    0x0001    0x796f    NWK:Rejoin Response
131  +00.005     0x0f00    0x1430    0xffff    ZDP:EndDeviceAnnce (0x796f)
150  +05.004     0x0f00    0x0001    0x1430    HA:On/off:Toggle
```

Another type of rejoining is *silent rejoin*. Silent rejoin is something you won't find in the ZigBee specification, but all stack vendors provide it because it is necessary in a deployed network of any size. For example, imagine that the power is cycled to all the routers in a 1,000-node network, during a temporary outage in a building. When the power comes back on, if all nodes attempted to join (or rejoin) at once, the networking in all probability would largely fail: there would simply be too much traffic.

But since routers already know their network information (PAN ID, Extended PAN ID, NwkAddr, security key), they can simply start silently, without saying anything. Remember, ZigBee nodes don't need to talk to maintain status on the network. The power outage can be looked at as equivalent to the network simply not talking for a while. As power comes back on, each router goes into receive mode on the exact PAN ID, Extended PAN ID, NwkAddr and security, as if the network had never been turned off. This is called "Silent Rejoin."

Here's an over-the-air capture of a silent rejoin:

That's right. It's silent!

Silent rejoin is also used when the network moves to a new channel, as described in Appendix A, " ZigBee 2007 and ZigBee Pro," under "Frequency Agility," a feature new to ZigBee 2007 and ZigBee Pro.

Silent rejoin only works if the nodes have some sort of permanent storage. In the case of Freescale, this storage is called NVM (non-volatile memory), and is stored in flash memory. Storage may be anything: flash memory, battery-backed RAM, a hard disk, whatever storage can survive power outages. Most ZigBee devices use a portion of the flash memory for storage to remember all of the ZigBee and application-level information that must survive power outages.

Even with sleeping ZEDs, NVM (flash) storage is present. After all, batteries may last many years in a ZigBee device, but eventually they must be changed. Why recommission the node just to change batteries?

One other use of rejoin, that is not always obvious, is the use of NWK-Rejoin to join a network that has permit-joining off. This is used sometimes if the commissioning process already has the network key, PAN ID, etc., already programmed into a node. The NWK-Rejoin procedure will give that device and address on the network, and the ZDP: DeviceAnnce will let all the nodes in the network know that it has joined.

This "joining-using-rejoin" can be useful in certain commissioning situations. One example is with HA. In Stack Profile 0x01, as configured for Home Automation, the network key is sent in the last hop to a joining node. This is done because the joining

node (perhaps a light switch that you bought at Home Depot) has no knowledge of your network key. In general, because joining is rare, this method is acceptable for home use. The window is small, so the risk of someone intercepting the key is also small. But perhaps your home is Bill Gates's home, and you don't even want that small a window for security reasons. Simply buy little fancier nodes that allow you to program the security key into them (perhaps through a USB or some other connection, or with a key-fob like that available through Eaton's Home Heartbeat products), then voila! The node simply issues a NWK-Rejoin command and receives an address on the network.

> Rejoin is used to help ZEDs find a new parent if they lose contact with their old parent.
>
> Silent rejoin is used when the node is power-cycled.
>
> NWK-Rejoin does not need permit-joining on.

## 7.3  ZigBee Address Assignment

Addressing is crucial in a network. Similar to your post office address, the address of each node must be unique for ZigBee, or any other network, to function. Imagine the confusion if your post office address wasn't unique, and your bills ending up going to someone else? Granted, this might be nice for spam, advertisements, and catalogs, but for any data that you care about, a unique address for each node is critical.

ZigBee uses two unique addresses per node: a long address (aka IEEE or MAC address) and a short address (aka NwkAddr).

The long address, also called the IEEE or MAC address, is assigned by the manufacturer of a device using an 802.15.4 radio (not the chip manufacturer), and does not change for the life of the device. The long address uniquely identifies the widget from all other 802.15.4 widgets in the world. In fact, the 64 bits (8 bytes) of this address space are large enough to include 123,853 devices for every square meter on earth. The IEEE address space, surprisingly enough, is controlled by IEEE. A block of them can be purchased by the manufacturer at http://www.ieee.org.

Each IEEE address uniquely identifies this node from any other node in the world. The top three bytes (24 bits) are called the Organizational Unique Identifier (OUI), and the bottom five bytes (40 bits) are managed by the Original Equipment Manufacturer (OEM), as shown in Figure 7.8.

| OUI (3 bytes) | Managed by OEM (5 bytes) |
|---|---|

**Figure 7.8: 64-bit MAC Address (AKA Long, IEEE, or EUI Address)**

If you are an OEM about to manufacture a widget using ZigBee, be sure to obtain a block of MAC addresses. Check with whoever in your department is in charge of such things. They may already have an OUI (the top 24 bits of the MAC address). If not, you can purchase an OUI from IEEE. The other 40 bits must be managed by your organization. If you don't already have a system in place, you need one. Every widget that comes off the factory floor should be uniquely identified. Most manufacturing services also offer placing code in the microcontrollers, and allow one or more "serial numbers" to uniquely identify each widget. The MAC address can be entered this way.

Short (16-bit) addresses are assigned to a node at the time the node joins a ZigBee network. Why the dual addresses? Consider ZigBee addressing, as shown in Figure 7.9.

Notice that both the MAC layer header and the NWK layer header have both a source and a destination address. If the 8-byte MAC addresses were used, this would use up 32 bytes of the 127-byte over-the-air packet for node addressing alone! Instead, ZigBee uses a 2-byte network address, reducing these fields to 8 bytes total, allowing 24 more bytes for application use.

Why have these addressing fields in both the MAC header and the NWK header? This will be discussed in more detail in the next section on packet routing, but here are the basics. If sending a packet from node "A" to node "Z," the first hop would be from "A" to "B," the next hop from "B" to "C," and so on, until the final hop from "Y" to "Z." The nwkSrc and nwkDst always indicate "A" to "Z," while the macSrc and macDst would be the per-hop addresses, "A" to "B," and so on.

This section is about ZigBee address assignment, and when I talk about ZigBee address assignment, I'm really talking about the short address. The short address is assigned by

| MAC HDR addressing fields | | NWK HDR addressing fields | |
|---|---|---|---|
| macSrc | macDst | nwkSrc | nwkDst |

**Figure 7.9: MAC and NWK Addressing Fields**

ZigBee at the time a node joins (or forms) a ZigBee network, and has no relation to the IEEE address. ZigBee uses one of two address schemes to assign the short address:

- Cskip
- Stochastic (random)

Cskip address assignment, available in stack profile 0x01 (the stack profile simply called ZigBee), is described in full detail here in this section, including all its ramifications.

I'll describe stochastic address assignment in detail in Appendix A, "ZigBee 2007 and ZigBee Pro," but a quick description is this: A node joining a network chooses its own address. It then sends a broadcast announcement to the network to see if any other node already has that address. If so, then the node chooses another address. If not then the node keeps that address. Stochastic addressing is available in stack profile 0x02 (the stack profile called ZigBee Pro).

In stack profile 0x01, addresses are assigned with a parent-child relationship that forms a symmetrical tree. The addressing scheme for stack profile 0x01 uses a calculated number for each "depth" (the number of hops from the ZigBee Coordinator), called Cskip (child skip).

In tree (Cskip) addressing, the ZigBee Coordinator (who forms the network) is node 0 (0x0000), by definition. The next node to join the network will receive an address from the parent node, as you can see in the association response below. The address that this node is assigned depends on whether the child is a router, which can have children of its own, or an end-device, which cannot:

```
IEEE 802.15.4
  Frame Control: 0xcc63
  Sequence Number: 53
  Destination PAN Identifier: 0x0bef
  Destination Address: 0x0050c2047800fc12
  Source Address: 0x0050c211dc051801
  MAC Payload
    Command Frame Identifier = Association Response: (0x02)
      Short Address: 0x0001
      Association Status: Association Successful (0x00)
```

Notice the short address in the association response payload. Also note the full 8-byte MAC addresses used as both the source and destination addresses. The MAC address must be used because the node is not yet on the network, and there is no other way to address it. But once the node receives the association response, it then knows its short

2420

| Cskip level 0 | 0×143d | | maxDepth | 5 |
|---|---|---|---|---|
| Cskip level 1 | 0×035d | | maxChildren | 20 |
| Cskip level 2 | 0×008d | | maxRouters | 6 |
| Cskip level 3 | 0×0015 | | | |
| Cskip level 4 | 0×0001 | | | |
| Cskip level 5 | 0×0000 | | | |

**Figure 7.10: Cskip Calculated for Stack Profile 0x01**

address, in this case, 0x0001. (I can tell from that address that this node joining was a router.)

Cskip uses three parameters to determine addressing: maxDepth, maxChildren, and maxRouters (see Figure 7.10). Using these parameters, Cskip can determine mathematically both what a newly joining child address should be, and also how to route a packet along the symmetrical tree. Stack profile 0x01 uses the values of maxDepth(5), maxChildren(20), and maxRouters(6), which limits the total number of nodes in the network to 31,101 nodes (out of a possible address space of 64 K).

Basically, the concept is this: The tree is split into "levels," level 0 being the ZigBee Coordinator, level 1 being its children, level 2 being its children's children, and so on.

The first router that joins the ZigBee Coordinator receives address 0x0001. The next router that joins the ZC gets address 0x0001 + Cskip at that level, so the next router in stack profile 0x01 will be 0x143e, because the Cskip at level 0 is 0x143d. This number, 0x143d, is large enough for that router and all its children and grandchildren to fully fill out that branch of the symmetrical tree. Whether it does or not (which is unlikely) is irrelevant. Enough address space is reserved so it could.

The first ZigBee End-Device that joins at level 0 gets an address after all the routers, which is address 0x796f in stack profile 0x01. The formula to obtain this number is:

1 [ZC takes 1 address] + 6 [maxRoute rs] × 0x143d [Cskip at level 0] = 0x796f

The concept of Cskip is more easily explained with a network using smaller Cskip parameters, even though this is not compatible with stack profile 0x01. Take a look at Figure 7.11. The parameters are set to maxDepth(3), maxChildren(5), and maxRouters(3). This only allows for a total of 66 nodes in a network (not very many!) Remember, these numbers are artificially small to make the explanation of the symmetrical tree easier to understand.



**Figure 7.11: Cskip Address Assignment Assumes a Symmetrical Tree**

To understand the tree addressing, it's easiest to start at the bottom (maxDepth), and work our way up the tree to the root (or level 0). Consider node 24. Because it is already at maxDepth, three hops away from the ZigBee Coordinator, it cannot have any children, so the Cskip at this level is 0. Now look at its parent, node 23. This node is at level 2, that is, two hops away (along the tree) from node 0, so it has a Cskip of 1. Each of its children will consume exactly one address. Node 23 may have up to five children, so its own address (23) plus its five children (24–28) could potentially consume a total of six addresses. That's why the Cskip for its parent node, node 22 (which is at level 1), is 6.

Node 22 and all of its children and grandchildren can consume a total of 21 addresses: $1 + (3 \times 6) + 2 = 21$. Where did the "2" come from? This is how many ZigBee End-Devices can join the node:

$$\text{maxChildren (5)} - \text{maxRouters (3)} = \text{maxEndDevices (2)}$$

Hence, the Cskip at level 0, for the ZigBee Coordinator in this network, is 21. Each router child at level 0 can consume 21 addresses for itself and all of its family. ZigBee End

Devices never have children, so they consume the remaining two addresses. The formula for the total number of nodes allowed in a tree network with these parameters is:

$$1 + (3 \times 21) + 2 = 66$$

By assuming a symmetrical tree, ZigBee can know, using simple mathematics, whether the node address is a child (including all grandchildren) or not. If it is a child, the packet is sent to the next hop below, either to a router or the address itself. If the address is not a child address, the packet is sent to the parent. Node 22 in Figure 7.11 knows that any node address from 23 through 42 must be a child. Anything else (for example, address 43) is not, and so would be sent to the parent.

The problem with Cskip, and the reason it wasn't used in ZigBee Pro (stack profile 0x02), is that it doesn't scale well beyond maxDepth(5), which allows a maximum of 10 hops in a network ($2 \times$ maxDepth). What if more hops are desired? Just changing maxDepth to 6, and leaving the other parameters alone in stack profile 0x01, maxChildren(20), and maxRouters(6) allows up to 186,621 nodes, a number too large to fit in the 16-bit short address, which makes them illegal values for Cskip. Play around with different Cskip parameters with the ZigBee Calculator provided on http://www.zigbookexamples.com, and you'll see that 10 hops is really all Cskip can handle without major restrictions to the number of nodes that can join any given router.

In Figure 7.11, I included both tree links (black lines) and mesh links (dotted gray lines). ZigBee is always a mesh network. The tree may be used as a backup routing scheme if the mesh is busy or full, but it does not replace mesh. Tree routing (available only in stack profile 0x01) augments mesh routing, which, of course, leads to the topic of packet routing in ZigBee.

Stack profile 0x01 uses Cskip address assignment which allows tree routing in addition to mesh.

Stack profile 0x02 uses stochastic (random) addressing, which does not.

# 7.4   ZigBee Packet Routing

ZigBee employs a variety of methods for routing packets from one node to another:

- Broadcasting (from one to many nodes)
- Mesh routing (unicast from one node to another)

- Tree routing (unicast from one node to another, stack profile 0x01 only)
- Source routing (unicast from one node to another, stack profile 0x02 only)

Each of these distinct methods has advantages and disadvantages, as seen in Table 7.1. For the purposes of this table, multicast, available in ZigBee Pro, has the same advantages as broadcast.

Broadcasting essentially allows one node to reach many other nodes with a single data request. This method is not acknowledged (the originating node has no assurance it was received) and is very resource-intensive. Use broadcasts sparingly.

Mesh routing is table-driven and is very efficient (in terms of time, bandwidth, and memory resources), once the route is established. Packets sent along the mesh are acknowledged, so the sending node can know whether or not the packet was received. Mesh routes are distributed, which reduces the over-the-air packet overhead. ZigBee mesh can deliver packets up to 30 hops away.

Tree routing, also acknowledged, is only available in Stack Profile 0x01. It was described in the previous section on Cskip. Tree is just as bandwidth-efficient as mesh, and more efficient in terms of memory. But it has a major drawback: If links between parent and children break, it has no recovery. So ZigBee uses mesh by default.

Source routing, like mesh and tree, is acknowledged. This type of routing is available only in Stack Profile 0x02. It is used primarily when a data concentrator (or gateway) needs to communicate with many nodes, perhaps hundreds, or thousands. With mesh

**Table 7.1: ZigBee Routing Methods**

|                       | Broadcast | Mesh     | Tree     | Source Route |
|-----------------------|-----------|----------|----------|--------------|
| Multi-hop             | Up to 30  | Up to 30 | Up to 10 | Up to 5 hops |
| Multiple destinations | Yes       | No       | No       | No           |
| One-to-one            | No        | Yes      | Yes      | Yes          |
| Bandwidth efficient   | No        | Yes      | Yes      | Yes          |
| Payload efficient     | Yes       | Yes      | Yes      | No           |
| Acknowledged          | No        | Yes      | Yes      | Yes          |

routing, each route needs a table entry, and ZigBee nodes typically don't have the RAM for a thousand routes. In source routing, a single (more expensive) node can have the RAM to store all the routes. The route for any particular communication is then sent as part of the over-the-air packet. Its major drawback is that it is limited to a maximum of five hops.

One other type of unicast routing, not really mentioned in the ZigBee specification, is neighbor routing. If the node is a neighbor (that is, within radio range), and the sending node knows that the destination node is a neighbor, the packet is simply delivered directly. No route is required. While not required by the ZigBee specification, nearly all stack vendors do this for efficiency. Why bother to discover a route, if the node is right next to you? This method only works if the neighbor is a router, or a child end-device. If the neighbor is some other router's child, then the route must go through that other router. I'll describe each of these routing methods in more detail below.

## 7.4.1  Broadcasts

Broadcasts are really the foundation for reliable multi-hop communication in ZigBee. Without broadcasting, even mesh networking is not possible.

When a node initiates a broadcast, the message is repeated by all the neighboring routers of that node, up to a certain radius from the center of the broadcast, as shown in Figure 7.12.

The area in gray in the figure below represents the broadcast as it expands across the network, like ripples in a pond. Each node that receives the broadcast decrements the



**Figure 7.12: Broadcasts Expand Like Ripples in a Pond**

radius, and if there is any radius left, adds the broadcast to the Broadcast Transaction Table (BTT) and repeats it. If a node receives a broadcast with a radius set to 1, then it will pass the broadcast up to the application, but will not repeat it. This radius set from 0x01 to 0xff, to indicate an actual maximum distance. The broadcast in the figure above must have been sent with a radius of at least 3 for the nodes above to have repeated it.

In Freescale BeeStack it is common to use either *afDefaultRadius_c* (the entire network) or 1 (for immediate neighbors only).

ZigBee does allow a radius of 0x00, which is a special flag that means to repeat the broadcast for the entire network. If a router node receives a broadcast of radius 0x00 (which it hasn't heard before), it will add it to the BTT and repeat it, and it will not decrement the radius. I find this confusing, and wish ZigBee had chosen 0xff to mean "forever" (as it does in so many other things, like permit-joining), but that's how it goes in specifications. They are not always internally consistent.

The Broadcast Transaction Table is a critical component of broadcasting. Not only does the BTT keep track of the over-the-air packet so that the node can repeat it, but the BTT keeps track of the unique identifier of the broadcast so the broadcast is only passed up to the application once, and is not added to the BTT again. The default number of entries in the BTT is 9, and the timeout for a broadcast across the network is nine seconds, which means a network can sustain a rate of 1 broadcast per second: not very many. If the BTT is full, the broadcast will be dropped by the receiving node.

Use broadcasts sparingly in your application. If quicker, more constant communication is required, use unicasts instead. Keep in mind that route discoveries are also broadcasts, as are some ZDP commands such as Device_annce. ZDP-Device_annce is sent every time a node joins a network. So is a route discovery to the Trust Center if the TC is not a neighbor. This means that nodes may join at a rate of one per every two seconds. If you attempt to join 100 nodes all at once, multiple attempts will have to be made.

If discovering routes constantly, the network could "fill up" on broadcasts, and the route discoveries would be dropped, causing them to fail. The application will know if the route discovery failed, as the data confirm will tell it (BeeAppDataConfirm() in Freescale BeeStack). The application must either give up on the route, or wait a few seconds and try again.

**306 Chapter 7**

Below is an over-the-air capture of a broadcast in progress:

```
Time          MACSrc   MACDst   NWKSrc   NWK Seq    R    NWKDst    Packet Type
-------------------------------------------------------------------------------------
31 +00.110    0x143e   0xffff   0x143e   12         5    0xffff    ZDP:EndDeviceAnnce
32 +00.022    0x0000   0xffff   0x143e   12         4    0xffff    ZDP:EndDeviceAnnce
33 +00.049    0x0001   0xffff   0x143e   12         3    0xffff    ZDP:EndDeviceAnnce
34 +00.090    0x143e   0xffff   0x143e   12         5    0xffff    ZDP:EndDeviceAnnce
35 +00.102    0x143e   0xffff   0x143e   12         5    0xffff    ZDP:EndDeviceAnnce
36 +00.030    0x0000   0xffff   0x143e   12         4    0xffff    ZDP:EndDeviceAnnce
37 +00.150    0x0001   0xffff   0x143e   12         3    0xffff    ZDP:EndDeviceAnnce
38 +00.013    0x0000   0xffff   0x143e   12         4    0xffff    ZDP:EndDeviceAnnce
```

Note the originating network source address (NWKSrc) and network sequence number (NWKSeq). These two fields, taken together, uniquely identify the broadcast in the network. The MAC fields change as the broadcast propagates, so you can tell which node is repeating it, but the NwkSrc and NwkSeq remain the same. Note the radius (R) field in the broadcast and see how it's decremented (look at packet 31 versus 32 above) as the broadcast propagates across the network.

Notice also the time difference between the repeated broadcasts. This random amount of time is called *jitter*. The broadcast jitter makes broadcasts relatively slow compared to unicasts. It will take on the order of 1,000 milliseconds to propagate a broadcast across ten hops. Unicasts can be sent across ten hops in about 50 to 100 milliseconds.

Only routers (the ZC and ZRs) repeat broadcasts. ZEDs may receive them, but do not participate in any kind of routing, including broadcasts. If initiating a broadcast, sleepy ZEDs do not broadcast directly (after all, they are going back to sleep immediately). Instead they unicast the broadcast to their parent, and then their parent initiates the broadcast on their behalf.

It is up to the stack vendor how many times (up to three) that the broadcast is repeated. Some stack vendors provide some intelligence in dense networks, so as not to repeat the broadcasts so many times. This conserves bandwidth.

There are three special ZigBee broadcast modes:

- 0xffff—broadcast to all nodes (even sleeping ZEDs)
- 0xfffd—broadcast to all awake devices (including RxOnIdle = TRUE ZEDs)
- 0xfffc—broadcast to all routers (excludes all ZEDs)

The broadcast modes are used by various ZigBee ZDP, APS, and NWK layer commands, but can also be used by applications. Simply place this number in the destination field on the APSDE-DATA.request. For more information on using broadcasts in applications, see Chapter 4, "ZigBee Applications."

A broadcast of radius 1 is particularly useful to send data to all neighbors, assuming the nodes this application wants to talk to are all within hearing range.

There is also another form of broadcasting called "multicast." In short, multicast, like a broadcast, propagates across the network. But multicast stays within a predefined group of nodes, not the entire network. Where broadcasts are circular, multicasts can be any shape (oblong, square, or a strange, stretchy amoeba). I'll describe this method in detail in Appendix A, "ZigBee 2007 and ZigBee Pro, " which discusses the ZigBee Pro and 2007 features.

> Broadcasting transmits from one node to many nodes, up to the entire network.
>
> Use broadcasts sparingly, as they consume a lot of bandwidth and resources.
>
> Broadcasts are slow compared to unicasts.

## 7.4.2   Mesh Routing

Mesh routing is at the heart of ZigBee. A wireless solution servicing large office buildings, electric meters distributed across cities, hospitals, and yes, even the cattle industry (see http://www.zigbeef.com) needs the ability to send a signal farther than a radio can speak, especially one communicating at one watt or less.

The concept of ZigBee meshing is simple but powerful. A route is discovered from one node in the network to another. This route passes through any number of intermediate nodes (up to 30 hops in ZigBee Pro). If something happens to the route over time, such as if a node goes down, or a barrier blocks part of the route, then a new route is automatically discovered around the barrier or interference, as shown in Figure 7.13.

In this section, I'll go into the details of routing tables, route discovery process, route errors, and route maintenance.

In ZigBee mesh:

- The algorithm is based on the publicly available Advanced Ad-hoc On-Demand Distance Vectoring (AODV).

**308  Chapter 7**



**Figure 7.13: Mesh Networking Automatically Reroutes Packets**

- All routers are peers.
- The route is distributed: Each node in the route keeps track of the next hop for the route in a routing table.
- Routes are unidirectional (a route must be discovered each way for bidirectional communication).
- Routes are like goat trails: they continue to be used until they fail.
- Failed routes are communicated back to the originating node, allowing it to discover a new route.

AODV is a well-known, publicly available mesh routing technique (there are many). A variation of this was chosen by ZigBee because it scales well for systems with serious RAM limitations. Remember, ZigBee fits on 8-bit nodes with only 2 to 4 K of RAM.

One question I'm often asked is, "What's so great about meshing? Why not use repeating, broadcasting, source routing, or another form of routing?"

Repeating (a simplified form of broadcasting) and broadcasting are bandwidth and resource-intensive. They require nodes to keep the message around for a longer period of time because all the neighbors must repeat it. With mesh, only the nodes along the path repeat it, not the entire network, saving both time and bandwidth. Mesh networking is also per-hop-acknowledged, whereas repeating and broadcasting are not, providing higher reliability and lower bandwidth usage. There is no point in repeating something that has been acknowledged. With mesh, a sending node can *know* whether the message was received.

True source routing (like TCP/IP) requires setup ahead of time. Someone (a human being) must know the next hop in the network, and set up in advance. This takes planning and more complicated commissioning. With mesh, the nodes can be placed ad-hoc, anywhere the installer likes, and the routes will be figured out automatically by the network. ZigBee does offer a source routing option that uses mesh-like route discovery in ZigBee Pro.

Source routing also has higher over-the-air overhead for the protocol. The 802.15.4 PHY is limited to 127 octets. With the ZigBee protocol overhead, actual application payload is reduced to about 100 bytes, whereas with source routing, especially where many hops are involved, the application payload size can be reduced even further, down to 80 or even 60 bytes. Source routing is normally used where the PHY packet size is larger. Again, ZigBee does offer source routing, but it is limited to five hops to reduce this effect.

So, back to ZigBee mesh networking. As mentioned in the previous list, all routers are peers. Any node in the network may discover a route, and every router becomes, at least temporarily, a potential route. This process is called "route discovery." ZigBee keeps a route discovery table (distinct from the routing table) during this process to find the most efficient route, in terms of time.

The route discovery process begins with a broadcast from the node wishing to discover a route to another node. In ZigBee mesh networking, initially, there is no information. The code could be anywhere: up, down, left, or right. The network doesn't know, so it broadcasts throughout the entire network to find the node.

Along the way, a "path cost" is kept. Every hop adds a number from one to seven to indicate the strength of this hop, or link, as it's sometimes called. For example, in Figure 7.14, node 1 wants to send a packet to node 10. Node 1 doesn't have node 10 as a neighbor, and does not already have a route to node 10, so it initiates a route discovery. This broadcast goes in all directions. As the past cost is added up along each hop, the best route is found. If another, lower, path cost comes along to any given router, it sends that route on.

Note that the least path cost is not the same as the fewest number of hops. If a link is good, it will have a path cost for that link of 1. But if a link is particularly spotty (the two nodes often have to retry), it will be higher, perhaps as high as 7.

For simplicity's sake, let's assume that all the links above are good (with a path cost of 1). Each dashed line represents a link (that is, which nodes are neighbors, within



**Figure 7.14: Route Discovery Is Broadcast Throughout the Network**

hearing range of each other). Each circle represents a node. The route discovery broadcast propagates across the network, and the path cost is added up at each hop. The lowest one reaching 10 will be a path cost of two, the route from node 1 to 5, and then to 10.

Node 10 waits for a while to see if any lower path costs come in a bit later. A lower path cost could come in later due to the randomness of the broadcast algorithm (each node waits a random amount of time before repeating the broadcast).

Node 10 then issues a unicast route reply back to the originating node, as seen in Figure 7.15.

The other nodes which were recording the best path cost for this route request keep track of it for a while (a few seconds). They eventually drop the route request, clearing up that entry in the route discovery table. But nodes 1 and 5 keep track of the route. Depending on the setting of the Network Information Base (NIB) variable, *nwkSymLink*, the route is either considered bidirectional or unidirectional. ZigBee stack profile 0x01 assumes unidirectionality. ZigBee Pro assumes bidirectionality.

One thing that it is very important for ZigBee routing to work is that the links must be mostly symmetrical, in radio terms. If one node can shout very loud, but can't hear anything, it will have very poor links with its neighbors. So, if creating hardware with a



**Figure 7.15: Route Replies Are Unicast Back to Originator**

power amplifier (PA), then either ensure that all nodes in the network have the PA, or ensure that the PA-enabled node also has an equally powerful Low-Noise Amplifier (LNA).

Now, let's assume that the link between nodes 1 and 5 is not very good. Say a path cost of three, as shown in Figure 7.16. ZigBee will discover a route with more hops (say from 1 <--> 0 <--> 6 <--> 10), rather than one with fewer hops, and a link that will require retries. You can see this makes sense in terms of time. If ZigBee must retry, it is much more time expensive than if ZigBee merely needs to add an extra hop or two.

What if the route that worked before doesn't work now? ZigBee sends a route error back to the originating node. For example, in Figure 7.16, perhaps the original route was 1 <--> 0 <--> 6 <--> 10. But for some reason the link between nodes 6 and 10 breaks. Since node 6 can no longer deliver the packet, it will send a route error back to the originating node (1) who will then issue a new route request, automatically finding a new available path. This feature of mesh networking is often called self-healing.

ZigBee does not actively try to find the best route on every packet sent. Packets will continue to use a route, like goats continue to use a goat trail, as long as it works. But your application can, if you specify. Simply tell the APSDE-DATA.request to force route discovery, and a new "best route" will be found. Keep in mind the route discovery can



**Figure 7.16: ZigBee Chooses the Lowest Path Cost for Route**

take up to one or two seconds, and it generates a broadcast, so use it sparingly. Generally, your application should do this only if it has been off and not communicating, for some time. Usually, the best route found initially will remain the best route, perhaps even for the life of the network.

Each router in a ZigBee network contains a routing table to keep track of routes. Each node only keeps track of the next hop in any given route. For example, the route table shown in Figure 7.17 shows the route we found from node 1 to node 10. The next hop to get there from node 1 is node 0. The ultimate destination is node 10 (0x000a).

We can also see that another route is pending discovery to node 9 (that is the route discovery has started but not completed).

ZigBee doesn't define route table maintenance well. It is really up to the stack vendor or application to decide when (or if) to retire routes.

A typically routing table is from 6 to 20 entries. Usually that's enough for most networks. Nodes tend to communicate to other nodes close to them, or to a gateway, so the actual number of routes through any given node is usually small. If the routing table is full, then that node won't participate in route discovery which tends to spread the routes out evenly through a network that requires a lot of routes.

| Destination | Next Hop | IsValid |
|:---:|:---:|:---:|
| 0x000a | 0x0000 | Yes |
| 0x0009 | ---- | Pending |
| ---- | ---- | No |

**Figure 7.17: ZigBee Route Table**

If the routing table is full, what should you do about it? Some vendors use a least-recently-used algorithm, some leave it up to the application, and some use a timeout to retire routes. Think about the typical route usage of your network and be sure to leave some room. Perhaps you should increase the size of the routing table (which uses more RAM), or actively manage the routes.

Another thing that is important to understand about routes is that ZigBee End Devices do not participate in routing. If finding a route to a ZED, the router parent will respond on the end device's behalf. The ZED doesn't need to know anything about routes: It simply receives packets from its parent and sends packets to its parent.

For the example in this section, I'll use a network organized into what I call the Southern Cross (see Figure 7.18). This network has all ZigBee node types and it has multiple possible routes.

The entire capture of *Example 7-3 The Southern Cross* is available online at http://www.zigbookexamples.com/code. See Chapter 3, "The ZigBee Development Environment," for general instructions on how to download and use the source code with actual hardware.

In this case, the wakeful ZED is going to find a route to the sleepy ZED. The sleepy ZED is an HA On/Off Light. The wakeful ZED is an HA On/Off Switch which can toggle the light.

To make it easy to capture routing from a single location (my desk), I've used a mechanism available in Freescale BeeStack called the "I-Can-Hear-You" table. This table allows certain nodes to hear only certain other nodes. Otherwise, all the nodes would be neighbors, if they were on the desk. The I-Can-Hear-You table is very convenient for trade shows, and for developing. The command SetICanHearYouTable() fills the tables with the particular neighbors I want.

Take a look at the relevant packets from the capture below. Initially, the wakeful ZED (0x351) sends the ZDP:EndDeviceBindReq to the ZC, through its parent ZC3 (node



**Figure 7.18: Example 7-3 The Southern Cross**

0x0002), but it doesn't know the route to the ZC. A route is discovered. Notice the route reply comes back almost immediately, before the rest of the broadcast has a chance to finish. Routes can be discovered very quickly.

Then the message can finally be sent in packets 64 and 65. Notice the multi-hop from node 0x0351 to 0x0002 to 0x0001 to 0x0000 (see page 315).

It's interesting that later on, in packet 146, the same source node (0x0351) wants to find a route to node 0x679f, a child of node 0x0000. But this time, due to random jitter, the route goes through node 0x143e instead of node 0x0001. See packets 146, 154, 156, and 162 for the entire route from node 0x0351 to 0x0002 to 0x143e to 0x0000 to 0x796f (see page 316).

The binding process completes and the application communicates data: the usual HA: On/Off:Toggle. I toggle the light a few times. No new route discovery is needed. The packet simply multi-hops to the right destination, node 0x796f.

Next, I break the route used by the light switch (node 0x0351) by shutting off node 0x143e (ZR2). Then I toggle the light again. But this time the route is broken. So, ZR3 (the parent of node 0x0351) discovers a new route. Now, the route goes from node 0x0351 to 0x0002 to 0x0001 to 0x0000 to 0x796f (see page 317).

| Seq | Time | SrcPAN | MACSrc | DstPAN | MACDst | MACSeq | NwkSrc | NwkDst | NwkSeq | APSCtr | Packet Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 56 | +00:00:00.315 | 0x0351 | 0x0f00 | 0x0002 | 151 | 0x0351 | 0x0000 | 181 | 0x07 | Zigbee APS Data | ZDP:EndDeviceBindReq |
| 57 | +00:00:00.002 | | | | 151 | | | | | IEEE 802.15.4 | Acknowledgment |
| 58 | +00:00:00.006 | 0x0002 | 0x0f00 | 0xffff | 69 | 0x0002 | 0xfffc | 113 | | Zigbee NWK | NWK Command: Route Request |
| 59 | +00:00:00.069 | 0x0001 | 0x0f00 | 0xffff | 48 | 0x0002 | 0xfffc | 113 | | Zigbee NWK | NWK Command: Route Request |
| 60 | +00:00:00.005 | 0x0000 | 0x0f00 | 0x0001 | 100 | 0x0000 | 0x0001 | 133 | | Zigbee NWK | NWK Command: Route Reply |
| 61 | +00:00:00.001 | | | | 100 | | | | | IEEE 802.15.4 | Acknowledgment |
| 62 | +00:00:00.003 | 0x0001 | 0x0f00 | 0x0002 | 49 | 0x0001 | 0x0002 | 45 | | Zigbee NWK | NWK Command: Route Reply |
| 63 | +00:00:00.001 | | | | 49 | | | | | IEEE 802.15.4 | Acknowledgment |
| 64 | +00:00:00.005 | 0x0002 | 0x0f00 | 0x0001 | 70 | 0x0351 | 0x0000 | 114 | 0x07 | Zigbee APS Data | ZDP:EndDeviceBindReq |
| 65 | +00:00:00.002 | | | | 70 | | | | | IEEE 802.15.4 | Acknowledgment |
| 66 | +00:00:00.004 | 0x0001 | 0x0f00 | 0x0000 | 50 | 0x0351 | 0x0000 | 46 | 0x07 | Zigbee APS Data | ZDP:EndDeviceBindReq |
| 67 | +00:00:00.002 | | | | 50 | | | | | IEEE 802.15.4 | Acknowledgment |
| 68 | +00:00:00.013 | 0x0000 | 0x0f00 | 0xffff | 101 | 0x0002 | 0xffc | 113 | | Zigbee NWK | NWK Command: Route Request |
| 69 | +00:00:00.030 | 0x143e | 0x0f00 | 0xffff | 203 | 0x0002 | 0xfffc | 113 | | Zigbee NWK | NWK Command: Route Request |

www.newnespress.com

| Seq | Time | SrcPAN | MACSrc | DstPAN | MACDst | MACSeq | NwkSrc | NwkDst | NwkSeq | APSCtr | Packet Type |
|-----|------|--------|--------|--------|--------|--------|--------|--------|--------|--------|-------------|
| 146 | +00:00:01.248 | 0x0351 | 0x0f00 | 0x0002 | 155 | 0x0351 | 0x796f | 185 | | 0x0b | Zigbee APS Data HA:On/off:Toggle |
| 147 | +00:00:00.001 | | | | 155 | | | | | | IEEE 802.15.4 Acknowledgment |
| 148 | +00:00:00.005 | 0x0002 | 0x0f00 | 0xffff | 80 | 0x0002 | 0xfffc | 122 | | | Zigbee NWK NWK Command: Route Request |
| 149 | +00:00:00.036 | 0x143e | 0x0f00 | 0xffff | 211 | 0x0002 | 0xfffc | 122 | | | Zigbee NWK NWK Command: Route Request |
| 150 | +00:00:00.006 | 0x0000 | 0x0f00 | 0x143e | 109 | 0x0000 | 0x143e | 140 | | | Zigbee NWK NWK Command: Route Reply |
| 151 | +00:00:00.001 | | | | 109 | | | | | | IEEE 802.15.4 Acknowledgment |
| 152 | +00:00:00.004 | 0x143e | 0x0f00 | 0x0002 | 212 | 0x143e | 0x0002 | 206 | | | Zigbee NWK NWK Command: Route Reply |
| 153 | +00:00:00.001 | | | | 212 | | | | | | IEEE 802.15.4 Acknowledgment |
| 154 | +00:00:00.003 | 0x0002 | 0x0f00 | 0x143e | 81 | 0x0351 | 0x796f | 123 | | 0x0b | Zigbee APS Data HA:On/off:Toggle |
| 155 | +00:00:00.001 | | | | 81 | | | | | | IEEE 802.15.4 Acknowledgment |
| 156 | +00:00:00.005 | 0x143e | 0x0f00 | 0x0000 | 213 | 0x0351 | 0x796f | 207 | | 0x0b | Zigbee APS Data HA:On/off:Toggle |
| 157 | +00:00:00.001 | | | | 213 | | | | | | IEEE 802.15.4 Acknowledgment |
| 158 | +00:00:00.010 | 0x0001 | 0x0f00 | 0xffff | 57 | 0x0002 | 0xfffc | 122 | | | Zigbee NWK NWK Command: Route Request |
| 159 | +00:00:00.005 | 0x0000 | 0x0f00 | 0xffff | 111 | 0x0002 | 0xfffc | 122 | | | Zigbee NWK NWK Command: Route Request |
| 160 | +00:00:01.742 | 0x796f | 0x0f00 | 0x0000 | 54 | | | | | | IEEE 802.15.4 Command: Data Request |
| 161 | +00:00:00.001 | | | 54 | | | | | | | IEEE 802.15.4 Acknowledgment |
| 162 | +00:00:00.004 | 0x0000 | 0x0f00 | 0x796f | 110 | 0x0351 | 0x796f | 141 | | 0x0b | Zigbee APS Data HA:On/off:Toggle |

```
Seq  Time           SrcPAN  MACSrc  DstPAN   MACDst  MACSeq  NwkSrc  NwkDst NwkSeq  APSCtr           Packet Type
----------------------------------------------------------------------------------------------------------------------------
245  +00:00:00.003  0x0002  0x0f00  0x143e   85      0x0351  0x796f  127    0x0f    Zigbee APS Data  HA:On/off:Toggle
246  +00:00:00.005  0x0002  0x0f00  0xffff   86      0x0002  0xfffc  128            Zigbee NWK       NWK Command: Route Request
247  +00:00:00.039  0x0001  0x0f00  0xffff   58      0x0002  0xfffc  128            Zigbee NWK       NWK Command: Route Request
248  +00:00:00.005  0x0000  0x0f00  0x0001   114     0x0000  0x0001  144            Zigbee NWK       NWK Command: Route Reply
249  +00:00:00.001                           114                                   IEEE 802.15.4    Acknowledgment
250  +00:00:00.002  0x0001  0x0f00  0x0002   59      0x0001  0x0002  49             Zigbee NWK       NWK Command: Route Reply
251  +00:00:00.001                           59                                    IEEE 802.15.4    Acknowledgment
252  +00:00:00.028  0x0000  0x0f00  0xffff   115     0x0002  0xfffc  128            Zigbee NWK       NWK Command: Route Request
253  +00:00:00.262  0x0000  0x0f00  0xffff   116     0x0002  0xfffc  128            Zigbee NWK       NWK Command: Route Request
254  +00:00:00.261  0x0000  0x0f00  0xffff   117     0x0002  0xfffc  128            Zigbee NWK       NWK Command: Route Request
255  +00:00:01.087  0x796f  0x0f00  0x0000   82                                    IEEE 802.15.4    Command: Data Request
256  +00:00:00.001                           82                                    IEEE 802.15.4    Acknowledgment
257  +00:00:02.654  0x0351  0x0f00  0x0002   160     0x0351  0x796f  190    0x10    Zigbee APS Data  HA:On/off:Toggle
258  +00:00:00.001                           160                                   IEEE 802.15.4    Acknowledgment
259  +00:00:00.004  0x0002  0x0f00  0x0001   87      0x0351  0x796f  129    0x10    Zigbee APS Data  HA:On/off:Toggle
260  +00:00:00.001                           87                                    IEEE 802.15.4    Acknowledgment
261  +00:00:00.004  0x0001  0x0f00  0x0000   60      0x0351  0x796f  50     0x10    Zigbee APS Data  HA:On/off:Toggle
262  +00:00:00.001                           60                                    IEEE 802.15.4    Acknowledgment
263  +00:00:00.406  0x796f  0x0f00  0x0000   83                                    IEEE 802.15.4    Command: Data Request
264  +00:00:00.001                           83                                    IEEE 802.15.4    Acknowledgment
265  +00:00:00.003  0x0000  0x0f00  0x796f   118     0x0351  0x796f  145    0x10    Zigbee APS Data  HA:On/off:Toggle
```

Routes generally are discovered once when initially commissioning the network. The installer tests the lights and switches, and from then on they just continue to work along the same routes. But occasionally the environment changes. A new appliance might be installed, a fixture moved. No worries. ZigBee will simply discover a new route at that time, and the node will continue performing the application that it was programmed to do.

> Routes are discovered automatically by ZigBee.
>
> ZigBee Mesh route discovery is initiated when a node sends a packet to another node.
>
> Routes are discovered along the least cost path.

## 7.5   ZigBee Over-the-Air Frames

An essential part of understanding ZigBee is understanding over-the-air frames. In fact, over-the-air frames are all that the ZigBee Alliance cares about for compatibility testing. Certain frames are sent over-the-air and certain replies are expected, but the rest is a black box.

Understanding over-the-air frames also greatly aids in debugging the network. (Why didn't that data packet get delivered?) Is there a problem with bandwidth? Is there a bug in the application or in the ZigBee stack?

There are a variety of "layers" involved in any given over-the-air packet, including the MAC, NWK, APS, ZCL, and data. Over-the-air, these layers create a series of bytes, framing (on either side) the rest of the bytes in the packet. That's why it's called a frame. The next higher layer frame is always inside the lower layer frame over-the-air. So the NWK frame is inside the MAC frame, the APS frame is inside the NWK frame, and so on.

A full ZigBee data packet could contain all of the following frames (MAC, NWK, APS, and ZCL), as shown in Figure 7.19.



Entire data frame may be up to 127 octets

**Figure 7.19: ZigBee Data Frame Contains up to 127 Octets**

The size of each frame header (MAC, NWK, APS, etc.) is variable, depending on parameters. Every frame header begins with what is called a frame control (FC) field, which describes the optional fields in that frame.

The MAC frame ends with the Frame Check-Sum (FCS). The NWK frame ends with the optional NWK Auxiliary Message Integrity Code (MIC). The NWK AUX HDR and NWK MIC are present only in a secure network. The APS frame also may have security applied, with an APS AUX HDR and APS MIC.

The first two headers are node-oriented: that is, the MAC and NWK headers. The MAC header controls the per-hop protocol, and the NWK header controls the end-to-end protocol (see Figure 7.20).

Notice how both the MAC and NWK headers contain destination and source addresses. Think of node A sending a packet multi-hop to node F. The first hop would be from A to B. The next hop would be from B to C, and so on. The final hop would be from E to F. The MAC source and destination would change along this entire journey, but the NWK source and destination addresses would not.

**Format of Individual Frame Types**

NWK data frame format

| Octets:2 | 2 | 2 | 1 | 1 | Variable |
|---|---|---|---|---|---|
| Frame Control | Destination address | Source address | Radius | Sequence number | Data payload |
| | Routing fields | | | | |
| NWK header | | | | | NWK payload |

MAC data frame format

| Octets:2 | 1 | 0/2 | 0/2/8 | 0/2 | 0/2/8 | Variable | 2 |
|---|---|---|---|---|---|---|---|
| Frame Control | Sequence number | Destination PAN ID | Destination address | Source PAN ID | Source address | Data payload | FCS |
| | | Data payload | | | | | |
| MAC header | | | | | | MAC payload | MFR |

127 Octet MTU

**Figure 7.20: ZigBee MAC and NWK Headers**

www.newnespress.com

**Format of Individual Frame Types**

APS data frame format

| Octets:1 | 0/1 | 0/2 | 2 | 2 | 1 | 1 | 0/1/2 | Variable |
|---|---|---|---|---|---|---|---|---|
| Frame Control | Dst EP | Group address | Cluster ID | Profile ID | Src EP | APS counter | Extended Header | Data payload |
| | In-Node Addressing fields | | | | | | | |
| APS header | | | | | | | | APS payload |

ZCL data frame format

| Octets:1 | 0/2 | 1 | 1 | Variable |
|---|---|---|---|---|
| Frame Control | Manufacturer ID | Transaction Sequence Number | Command ID | Data payload |
| ZCL header | | | | ZCL payload |

**Figure 7.21: ZigBee APS and ZCL Headers**

All ZigBee data packets are sent using the 16-bit short addresses, but other packets are not. For example, when joining a network, the association request and response are sent with the long (64-bit IEEE) addresses.

The next two headers, APS and ZCL, are application-level headers (see Figure 7.21). They describe application-level information including endpoints, application profile, and for ZCL, the specific command for the cluster (reading and writing attributes, or commanding the application to do something such as turning on a light).

All of the addressing fields in APS are within the node, so as to send the packet to the right application, as opposed to the NWK layer which addresses between nodes. The ZCL frame is optional, but is present in all ZigBee public profiles.

All of the over-the-air packets were built using *Example 7-4 ZigBee Over-the-Air Frames*. To make the example easier to understand, the four-node network is depicted graphically in Figure 7.22.

This ZigBee network is a secure network. The wakeful ZigBee End Device, labeled node 0x1430 ED above, an HA On/Off Switch, toggles the light on the sleepy ZigBee End-Device, labeled 0x796f SED.



**Figure 7.22: Example 7-4 ZigBee Over-the-Air Frames**

Below is a typical data packet. This one is shown many times throughout this book (the HA:OnOff:Toggle) but this time I'll go into detail:

```
IEEE 802.15.4
  Frame Control: 0x8861
    .... .... .... .001 = Frame Type: Data (0x0001)
    .... .... .... 0... = Security Enabled: Disabled
    .... .... ...0 .... = Frame Pending: No more data
    .... .... ..1. .... = Acknowledgement Request: Acknowledgement
                          required
    .... .... .1.. .... = Intra PAN: Within the PAN
    .... ..00 0... .... = Reserved
    .... 10.. .... .... = Destination Addressing Mode: Address field
                          contains a 16-bit short address (0x0002)
    ..00 .... .... .... = Reserved
    10.. .... .... .... = Source Addressing Mode: Address field contains
                          a 16-bit short address (0x0002)
```

```
  Sequence Number: 230
  Destination PAN Identifier: 0x0f00
  Destination Address: 0x0000
  Source Address: 0x0001
  Frame Check Sequence: Correct
ZigBee NWK
  Frame Control: 0x0248
    .... .... .... ..00 = Frame Type: NWK Data (0x00)
    .... .... ..00 10.. = Protocol Version (0x02)
    .... .... 01.. .... = Discover Route: Enable route discovery (0x01)
    .... ...0 .... .... = Multicast: Unicast or broadcast (0x00)
    .... ..1. .... .... = Security: Enabled
    .... .0.. .... .... = Source Route: Not present (0x00)
    .... 0... .... .... = Destination IEEE Address: Not Included
    ...0 .... .... .... = Source IEEE Address: Not Included
    000. .... .... .... = Reserved
  Destination Address: 0x796f
  Source Address: 0x1430
  Radius = 9
  Sequence Number = 174
ZigBee AUX
  Security Control: 0x28
    .... .000 = Security Level: Attributes: None; Encryption: Off; MIC:
               No (M = 0) (0x00)
    ...0 1... = Key Identifier: Network (0x01)
    ..1. .... = Extended Nonce: Sender Address Field: Present (0x01)
    00.. .... = Reserved: (0x00)
  Frame Counter: 0x09
  Source Address: 0x0050c237b0040002
  Key Sequence Number: 0x00
  MIC: 00:fd:30:14
ZigBee APS
  Frame Control: 0x00
    .... ..00 = Frame Type: APS Data (0x00)
    .... 00.. = Delivery Mode: Normal Unicast Delivery (0x00)
    ...0 .... = Reserved
    ..0. .... = Security: False
    .0.. .... = Ack Request: Acknowledgement not required
    0... .... = Extended Header Present: Extended header is not present
  Destination Endpoint: 0x08
  Cluster Identifier: On/off (0x0006)
  Profile Identifier: HA (0x0104)
  Source Endpoint: 0x08
  Counter: 0x27
ZigBee ZCL
  Frame Control: 0x01
```

```
   .... ..01 = Frame Type: Command is specific to a cluster (0x01)
   .... .0.. = Manufacturer Specific: The manufacturer code field shall
              not be included in the ZCL frame. (0x00)
   .... 0... = Direction: From the client side to the server side.
              (0x00)
   ...0 .... = Disable Default Response: Default response command will
              be returned. (0x00)
   .... = Reserved: Reserved (0x00)
 Transaction Sequence Number: 0x42
 Command Identifier: Toggle (0x02)
```

The first frame, titled "IEEE 802.15.4," gives information about the MAC (IEEE) frame in this packet. You can see by the first three bits of the frame control (FC) that this is a data packet. The next FC bit says security is disabled, but this is a secure packet! ZigBee always secures the packet at the network layer, not the MAC layer. Another interesting bit is the "acknowledgment required" bit. This tells the receiving node to send a MAC ACK, ensuring reliability per-hop. The MAC will try up to three times to deliver the packet before giving up and informing the sender that the unicast failed on this hop. Broadcasts always have the AC-required bit off.

There is also a MAC sequence number. Every frame has a sequence number including the NWK sequence number, APS counter, and ZCL transaction ID. They all serve the same purpose: to uniquely identify this packet. The sequence number is just a rolling 8-bit number, making the assumption that 256 packets from the same node will never be in flight at the same time. The destination PAN ID is the PAN on which this node is operating. The source and destination are the per-hop source and destination.

The rest of the MAC bits merely indicate which network this is on, and which nodes are involved. Notice that the source and destination address in the MAC differ from the source and destination address in the NWK layer. Why is this? This is packet is multi-hopping its way to its final destination.

The next frame, titled "ZigBee NWK," contains the NWK layer information. Notice the protocol version is "2." It's always 2 for ZigBee. This does not indicate stack profile, only that its version 2 of ZigBee. The previous version was ZigBee 2004. ZigBee 2006 and ZigBee 2007/Pro are both protocol 2. Notice now that the NWK layer says security is enabled. This FC also informs whether routing should be enabled or disabled for this packet.

Because the security bit is set at the NWK layer, the next frame, "ZigBee AUX," is present. This is NWK layer security in ZigBee and includes a 32-bit field called the Frame Counter. If the frame counter is old (stale, that is), then the packet will be rejected. This field prevents replay attacks. In addition there is a Message Integrity Code (MIC). This field prevents anyone from altering the packet. The MIC is generated using the 128-bit security key. Any change will cause the decrypt to fail.

The next frame, titled "ZigBee APS," contains application-level information. From this frame, we can tell that it is unicast (as opposed to groupcast). Security is FALSE, so there is no link key, and no following APS AUX frame. The bit, "extended header" is not present, indicating that there is no fragmentation with this packet. It is all in one piece.

APS ACK is also false, indicating this packet will not generate an end-to-end acknowledgment. If this bit were true, a state machine would keep retrying to send the packet from the original source, and would indicate success or failure to the application. The APS counter would be the same for every APS retry on this same packet. You can tell it's the same transaction if the APS counter is the same. If this bit is false, the only thing that the application knows is that the packet left the originating node (0x1430) successfully.

Notice that the APS layer contains the source endpoint, destination endpoint, cluster, and profile. These uniquely identify which application this packet is for. If the application doesn't match, the packet is rejected.

The final frame, titled "ZigBee ZCL," contains the ZigBee Cluster Library information. This frame tells us that this command is specific to the on/off cluster (0x0006), not general to all clusters such as read/write attribute commands. It also indicates there is no manufacturer-specific ID, so this packet is general to all manufactures. The direction bit indicates whether this packet is traveling from a client to a server (a request) or from a server to a client (response). The command is the toggle command (0x02).

Whew! That's a lot of information to look at (48 bytes worth). And that's just one packet.

Okay, I won't go into such detail in each of the rest of the packets, but I want to show you some common sequences of packets so they make sense when you look at a ZigBee decode.

The basic sequence of events in *Example 7-4 ZigBee Over-the-Air Frames*, are as follows:

- The ZigBee Coordinator (ZC) node forms the network.

- The ZigBee Router (ZR) and two ZigBee End-Devices (ZEDs) join the network.

- The wakeful ZED (0x1430), an HA On/Off Switch, sends a toggle command to the sleepy ZED (0x796f), an HA On/Off Light.

I won't go over forming and joining the network again. You've already seen these packets in detail. Instead, take a look at this new packet:

```
Frame 10 (Length = 56 bytes)
IEEE 802.15.4
ZigBee NWK
  Frame Control: 0x0008
  Destination Address: 0x0001
  Source Address: 0x0000
  Radius = 10
  Sequence Number = 185
ZigBee APS
  Frame Control: 0x01
  Counter: 0x2b
  APS Payload
  APS Command Identifier = Transport Key: (0x05)
  KeyTransport.CommandPayload
  Key Type: Network Key (0x01)
  Key: 04:03:02:01:04:03:02:01:04:03:02:01:04:03:02:01
  Sequence Number: 0
  Destination Address: 00:50:c2:37:b0:04:00:02
  Source Address: 00:50:c2:37:b0:04:00:01
```

This packet is the transport key. When ZigBee is a secure network, it can either be set up to know the key ahead of time (called a Pre-configured key), or to learn the key at join time with the key given over-the-air. That's what the APS Transport Key command is all about.

The next interesting set of packets centers around the toggle command, sent from node 0x1430:

www.newnespress.com

| Seq No | Time | Time Delta | Length | MAC Src | MAC Dest | MAC Seq No | NWK Src | NWK Dest | NWK Seq No | APS Counter | Protocol | Packet Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 137 | 15:45:46.014 | +00:00:01.462 | 48 | 0x1430 | 0x0001 | 19 | 0x1430 | 0x796f | 189 | 0x27 | Zigbee APS Data | HA:On/off:Toggle |
| 138 | 15:45:46.016 | +00:00:00.002 | 5 | | 19 | | | | | | IEEE 802.15.4 | Acknowledgment |
| 139 | 15:45:46.028 | +00:00:00.012 | 48 | 0x0001 | 0x0000 | 230 | 0x1430 | 0x796f | 174 | 0x27 | Zigbee APS Data | HA:On/off:Toggle |
| 140 | 15:45:46.030 | +00:00:00.002 | 5 | | 230 | | | | | | IEEE 802.15.4 | Acknowledgment |
| 141 | 15:45:47.623 | +00:00:01.593 | 12 | 0x796f | 0x0000 | 52 | | | | | IEEE 802.15.4 | Command: Data Request |
| 142 | 15:45:47.624 | +00:00:00.001 | 5 | | 52 | | | | | | IEEE 802.15.4 | Acknowledgment |
| 143 | 15:45:47.625 | +00:00:00.002 | 48 | 0x0000 | 0x796f | 80 | 0x1430 | 0x796f | 193 | 0x27 | Zigbee APS Data | HA:On/off:Toggle |

Notice that the packet is sent from 0x1430 to 0x0001, then to node 0x0000 (packets 137 and 139). Each packet is acknowledged with a MAC ACK (same sequence number). Then something special happens. The packet sits inside node 0x0000 until node 0x796f sends a "Data Request." This is the method ZigBee uses to deliver packets to sleeping children. The child wakes up and asks its parent, "Got anything for me?" That's the IEEE Data Request (packet 141). The MAC ACK that comes back has a special bit set. It says it has more data for the node (in packet 142). Then the sleepy ZED receives the data in packet 143. Until that sleepy ZED requests it, the parent will buffer the packet. ZigBee only specifies up to seven seconds, but any given implementation may keep it longer. How often the ZED polls its parent with data requests is strictly up to the ZED.

Sometimes you'll see a NWK:NoData packet sent from the parent to a sleepy ZED. These are perfectly normal. They just mean that the parent has data for one of its sleeping children, just not this one.

And that's basically it. By now you have enough information to read every packet sent over-the-air by ZigBee. Or, at least, you have the background from which to understand them. If you encounter a packet you don't understand, feel free to send me an email. My email address is available in the ReadMe.txt at http://www.zigbookexamples.com/code.

> ZigBee packets are built in layered frames: MAC, NWK, APS, and ZCL.

## 7.6   ZigBee Stack Profiles

One thing not obvious from reading the ZigBee specification (Okay, perhaps there are many) is that ZigBee actually comes in two configurations, that while not incompatible have certain characteristics the OEM needs to be aware of. These configurations are called stack profiles.

Stack profile 0x01, also called ZigBee 2006, ZigBee 2007, or just plain ZigBee, is the original ZigBee stack profile. This stack profile supports not only mesh routing, but also tree routing as described in the previous section. Stack profile 0x01 tends to be used in applications where cost is one of the major concerns. Its main characteristics are:

- Predictable address assignment
- Tree routing
- Smaller code size
- Up to 10 hops in the network

Stack profile 0x02, also called ZigBee Pro, is a later addition to ZigBee, added in the 2007 specification. It does not include tree routing, but includes the feature of source routing for dealing with data concentrators (or gateways). Stack profile 0x02 tends to be used where cost is less of an issue, and larger networks are more important. Its main characteristics are:

- Random (stochastic) address assignment
- Source routing
- Multicast
- Larger code size
- Up to 30 hops in the network

Both stack profiles support unicasting, broadcasting, groups, endpoints, clusters, the ZigBee public application profiles, and every ZDO and application-level feature described so far in this document. Really, the major differences between the two stack profiles are address assignment and optional routing methods, and the maximum number of hops.

The over-the-air beacon payload describes which stack profile on which the given network is running. You've seen plenty of examples of stack profile 0x01 beacons. Here is a stack profile 0x02 beacon:

```
IEEE 802.15.4
NWK Layer Information: 0x8422
   .... .... .... 0010 = Stack Profile (0x2)
   .... .... 0010 .... = nwkcProtocolVersion (0x2)
   .... ..00 .... .... = Reserved (0x0)
   .... .1.. .... .... = Router Capacity: True
   .000 0... .... .... = Device Depth (0x0)
   1... .... .... .... = End Device Capacity: True
   Extended PAN ID: 0x0050c237b0040001
```

An entire ZigBee network is either stack profile 0x01 or stack profile 0x02. Nodes from a stack profile 0x02 network may join a stack profile 0x01 network and vice versa, but the joining nodes will conform to the stack profile that they are joining. ZigBee Routers which are not capable of doing the proper routing methods for the given stack profile must join as ZigBee End Devices.

Some ZigBee stack vendors allow a run-time choice of stack profile, while others allow compile-time choice only. If run-time choice is important to your application (perhaps to reduce the number of manufactured parts), check with your stack and/or chip vendor.

> There are two ZigBee stack profiles: 0x01 (ZigBee) and 0x02 (ZigBee Pro).
>
> Stack Profiles define alternate routing methods and maximum number of hops.
>
> ZigBee nodes may join either stack profile.

# *Commissioning ZigBee Networks*

Commissioning is the process of connecting ZigBee applications to each other. This process, while simple in concept, can be fairly complicated to do well and can involve quite a few steps. Commissioning includes:

- Searching for appropriate networks to join

- Joining the correct network

- Determining which nodes on the network to talk to

- Determining how to talk to those other nodes (groups, bindings, or directly)

- Determining if communication has stopped and what to do about it, perhaps even searching for the network on a different channel

Before diving into commissioning, it's worthwhile to talk about a man who served on another commission, and is rumored to have been the inspiration for the name ZigBee.

*Zbigniew Brzezinski, Born in Warsaw Poland in 1928, was the National Security Advisor to Jimmy Carter. He later served during Ronald Reagan's administration on the NSC-Defense Department Commission on Integrated Long-Term Strategy for the United States.*

*Always a human rights activist, in 1989 Brzezinski toured Russia and visited a memorial to the Katyn Massacre. He asked the Soviet government to acknowledge the truth about the event for which he received a standing ovation from the Soviet Academy of Sciences. The Berlin Wall fell not ten days later, significantly changing the political landscape in Eastern Europe.*

*Brzezinski participated in the formation of the Trilateral Commission during the 1970s and 1980s, in order to more closely cement U.S.-Japanese-European relations, just as the ZigBee Alliance works toward an international standard developed and supported by companies in all these regions.*

*Brzezinski is currently a professor of American foreign policy at Johns Hopkins University's School of Advanced International Studies.*

*The rumor goes that in his concern for national security he conceived of a network of sensor devices that could be easily deployed, and if a device was destroyed or removed, the network would continue to operate. It was his inspiration, along with a grant to MIT, which was the kernel of an idea that was later to be named for him. But since no one would be able to spell or pronounce Zbigniew Brzezinski, they shortened it to Zig B. or ZigBee.*

## 8.1  Commissioning Overview

Commissioning is the process of configuring the nodes in the network so they can communicate data to each other. Imagine that you are a ZigBee node. You want to join a network, find an application to talk with, and get to work. So you send out a beacon request. Perhaps dozens of ZigBee networks respond, all within hearing range (see Figure 8.1). Which one should you join?



**Figure 8.1:  Which Network to Join?**

Okay, so somehow, magically (to be explained in this chapter), you join the right network. You also need some security so you don't control the neighbor's network and they don't control yours. Somehow you obtain a security key for the network. Now, how do you find which other nodes in that network to talk to? Perhaps you are a light switch. Well, if you searched the network you would see there are 43 lights on it. Should you control them all? A group of them? Only one? Which one? How is a simple switch to decide?

ZigBee provides a robust set of primitives to accomplish all aspects of commissioning. To help understand these primitives in common usage, I'll describe three distinct scenarios which cover the majority of commissioning issues:

- Simple commissioning
- Butterfly commissioning
- Custom commissioning

The first two scenarios deal with devices that must interoperate between multiple manufacturers (or OEMs), without knowledge of which other devices may be in the network before they join. The last one assumes the manufacturer knows something about the network, and perhaps even defines all the nodes in it.

ZigBee commissioning follows a concept called the "Butterfly Model" (see Figure 8.2). The idea is that a device is "born" with whatever information can reasonably be configured in a static manner and at manufacturing time. At its most basic, and in the absence of any other configuration information, a fresh device will join the first network that offers itself. After joining, it "digests" information that prepares it for its next life, and so on. After some number of these phases it arrives at its stable operational state.



**Figure 8.2: ZigBee Commissioning Uses Butterfly Mode**

Every device has the ability to get back to the original "factory" state, in case something goes wrong, or the installer wants to start over (perhaps to move the device to another network). This is often called a factory reset. Remember, ZigBee devices store their current state in non-volatile memory to survive power outages, so just removing power and rebooting won't do it. The device has to forget what it has learned.

The commissioning primitives can be found in a variety of ZigBee components, including the NWK layer, APS, ZDO, ZDP, and the ZigBee Cluster Library. An application running in a node has full access to all of these primitives. Most commissioning primitives are available in both local and over-the-air forms:

- *ZigBee Device Object (ZDO)* contains methods for finding and joining the network in various ways, calling on the NWK layer to do some of this work.

- *ZigBee Device Profile (ZDP)* contains device (node) and service (application) discovery, as well as remote table-management functions.

- *ZigBee Cluster Library (ZCL)* provides over-the-air group and scene management.

- *The Commissioning Cluster* provides a standard over-the-air means for setting up security keys, PAN IDs, the channel mask, and manager addresses.

ZDP and ZDO were largely written by Don Sturek, currently of Texas Instruments. He was the technical editor for the APS, ZDP, and ZDO portions of the ZigBee specification, and was chair of The Architecture Committee (TAG) for ZigBee.

ZDO is really the portion of ZigBee that decides which network to join. It bases this decision on a set of fields from the various information bases found in the ZigBee layers. If a commissioning tool (such as a remote PC or a handheld) is used, the commissioning cluster can remotely instruct ZDO to start up in various ways, but it's always ZDO that does the work inside the node.

The fields used by ZDO to form or join the network are shown in Table 8.1.

For ZigBee public profiles, these are normally set at the factory to include nothing but a MAC address in a widget. Other fields are set to all 0x00s, or all 0xffs (to indicate that they are not set). But, in a private profile, they may be set.

ZDP, ZCL, and the Commissioning Cluster are used only after a node is on a network.

### Table 8.1: ZDO Startup Fields

| Field | Description |
|---|---|
| MAC Address | The MAC address is a unique 64-bit number assigned at manufacturing time. It is never changed. |
| apsChannelMask | The channel mask describes which channels should be scanned when forming or joining. The field is a 32-bit bit-mask of 802.15.4 channels. Only channels 11 through 26 are valid for ZigBee, which operates in the 2.4 GHz RF spectrum.<br>Examples:<br>0x00000800 = channel 11 (bit 11)<br>0x04001000 = channels 12 and 26 (bits 12 and 26)<br>0x07fff800 = all channels (11–26) |
| apsUseExtendedPANID | This is a 64-bit address (similar to the MAC address). Set this to all 0x00s for ZigBee Application Profiles. It is sometime set to a specific number for private profiles. |
| nwkPANId | Always set to 0xffff (no PAN ID). This will choose a random PAN ID. |
| nwkNetworkAddress | Set to 0xffff to indicate no short address. |
| nwkStackProfile | Set this to the preferred stack profile (0x01 or 0x02). Most Application Profiles allow the node to join either stack profile. |
| TrustCenterAddress | Normally set to 0x0000. Can be set to a different short address if the TC is not on the ZigBee Coordinator. |
| NetworkKey | Set to all 0x00s if no network key. Set to a specific network key for preconfigured keys. Usually given to the node by the network in Home Automation. |
| NwkKeySeqNum | Only relevant to over-the-air commissioning tools. |
| TrustCenterMasterKey | Only relevant High Security networks. This is defined either by the Application Profile or a commissioning tool. |

The major ZDP commissioning commands are shown in the following list. See Chapter 5, " ZigBee, ZDO, and ZDP," for a more detailed explanation:

- **ZDP-Bind**, **ZDP-Unbind**, and **ZDP-End-Device-Bind** add and remove entries from remote binding tables.

- **ZDP-Simple-Descriptor-Request** and **ZDP-Active-Endpoint-Request** and **ZDP-Match-Descriptor** determine which applications exist on remote nodes.

- **ZDP-IEEE-Address-Request** can find all the nodes on the network (just start at the ZC).

- **ZDP-Mgmt-Bind** can determine which applications are bound to which.

- **ZDP-Permit-Joining-Request** enables and disables permit-join in the network.

The major ZCL commissioning commands include the following. See Chapter 6 for a more detailed explanation of these commands.

- **ZCL-Add-Group-Request** and **ZCL-Remote-Group-Request** allow nodes to add and remove groups

Use a combination of **ZDP-Mgmt-Bind** and **ZCL-Get-Group-Membership** to determine which groups are used in the network.

**ZCL-Add-Scene** and **ZCL-Remove-Scene** and **ZCL-Remove-All-Scenes** to add and remove scenes for disparate devices (a switch, thermostat, and window shade can all react in some way to a scene).

Which brings us to the Commissioning Cluster, and the next section.

Commissioning is the process of setting up ZigBee nodes so that they can communicate data.

## 8.2   The Commissioning Cluster

The specification for ZDP did not include the ability to query or set the various startup parameters used by ZDO, including PAN ID, extended PAN ID, security key, and network address. This was done purposely, because in simple commissioning (see the next section) it is not needed. Since ZDP is required in every ZigBee device, it was decided to keep ZDP small and instead add this optional feature to the ZigBee Cluster Library as the Commissioning Cluster.

The Commissioning Cluster is very useful in commercial building environments. Network deployment and operation in these environments are often planned to a high degree and they often involve multiple, simultaneous installers during construction or retrofit. They often have more nodes in a given network and often contain many separate, but overlapping networks.

- Startup Attribute Set (SAS)

- Join Parameters Attribute Set

- End-Device Parameters Attribute Set

- Concentrator Parameters Attribute Set

The startup attribute set is used to find the right network and to set up any preconfigured security material. The join parameters control the frequency of joining. The end device parameters determine how often the end device polls its parent and when it searches for a new parent. The concentrator parameters are unique to data concentrators (or gateways as they are sometimes called).

The following table briefly describes the SAS parameters. Although the Commissioning Cluster is optional, every node contains these fields, as they are needed to form or join a network. They are set through the APSME-SET or NLME-SET functions, which affect the APS and NWK information bases.

The SAS parameters (see Table 8.2) only take effect after the node is reset by the Commissioning Cluster command Restart Device Request. Until then, they are merely settings in a table in RAM in the remote node.

The startup control is the most interesting field. It contains instructions on the way to reset the node. Mode 0x00 means *silent join*, which is the node contains everything it needs to know, just as if it had already joined that new network, including all security keys, etc. … Mode 0x01 is for ZC capable nodes, and tells it to form a network. Mode 0x02 tells it to rejoin, as if the node had lost contact with its parent. The nice thing about this mode is permit-join can be disabled and the node can still "join." Mode 0x03 tells the node to join from scratch. Permit-join must be enabled for the node to join.

If the node will be joining, the Join Parameters attributes may also be set (see Table 8.3).

The rejoin interval determines how often the node will attempt the join or rejoin. Usually, the node will attempt this frequently at first, then gradually slow down so as not to flood the air with useless rejoin attempts, in essence, assuming that the network will come back later.

The End Device Parameters Attribute set (see Table 8.4) is used only on ZigBee end devices.

Sleepy (RxOnIdle = FALSE) ZigBee End devices (ZEDs) poll their parent at intervals for messages. This allows the Commissioning Cluster to determine the interval, which affects battery life. The ParentRetryThreshold applies to both sleepy and wakeful ZEDs. If they just can't communicate with their parent (their only link to the network), then they must eventually find a new parent.

## Table 8.2:  Startup Attribute Set

| SAS Attribute | Description |
|---|---|
| ShortAddress | This is the 16-bit network short address. Set to 0x0000–0xfff7 for valid addresses, or 0xffff to indicate it is not yet established. |
| ExtendedPANId | Which extended PAN ID will the node form or join when reset? ExtendedPANId 0x00f0c27710000000 is the commissioning extended PAN. Set to all 0x00s to indicate any extended PAN. |
| PANId | Normally starting out as 0xffff, which means choose a random PAN ID. Most applications care only about the extended PAN ID. Both PANId and ExtendedPANId are found in beacons. |
| ChannelMask | A 32-bit mask for deciding which channels to search when forming or joining. Only bits 11–26 may be set. It takes time (about 1/3 to 1 second) for each channel scanned. |
| ProtocolVersion | Always set to 0x02. |
| StackProfile | Set to 0x01 or 0x02, the preferred stack profile. |
| StartupControl | 0x00—silent join. |
| | 0x01—form a network. |
| | 0x02—rejoin a network. |
| | 0x03—associate join a network. |
| TrustCenterAddress | A short address to find the trust center. This is required in high security. Normally 0x0000 (the ZC). |
| TrustCenterMasterKey | The master key is used to establish a link key with the trust center through SKKE. |
| NetworkKey | The network key |
| UseInsecureJoin | Set to TRUE for standard security, FALSE for high security. |
| PreconfiguredLinkKey | Assumes SKKE has already been performed. |
| NetworkKeySeqNum | Key sequence number for the network key. A node may have more than 1 network key (old and new). |
| NetworkKeyType | Set to 0x01 for standard security, 0x05 for high security. |
| NetworkManagerAddress | Normally set to 0x0000 (the ZC). This node is in charge of frequency agility, if enabled. |

ZigBee has the concept of a gateway. Many-to-one routing allows concentrators to easily operate as a gateway without consuming too many mesh-networking resources. This process is described in detail in Appendix A, "ZigBee 2007 and ZigBee Pro."

**Table 8.3:  Join Parameters Attribute Set**

| Join Parameters Attribute | Description |
|---|---|
| ScanAttempts | From 1 to 0xff. 0xff means forever. |
| TimeBetweenScans | From 1 to 0xffff, in milliseconds. |
| RejoinInterval | Lower bounds for rejoining, in seconds. Defaults to 60. |
| MaxRejoinInterval | Upper bounds for rejoining, in seconds. Defaults to 1 hour. |

**Table 8.4:  End Device Parameters Attribute Set**

| End Device Parameters Attribute Set | Description |
|---|---|
| IndirectPollRate | The rate, in milliseconds, to poll the parent |
| ParentRetryThreshold | The number of failed attempts to contact a parent that will cause a "find new parent" procedure to be initiated |

Any router node may serve as a gateway. Data concentrators, or gateways, have a few special parameters, as shown in Table 8.5.

The idea behind using the commissioning cluster is so that a commissioning tool (either a handheld or PC) can act as a commissioning network. This network then uses the Commissioning Cluster (via the ZCL-Set-Attributes command) to set up the new node. Then the commissioning tool tells the new node to reset using one of the Commissioning Cluster commands shown in Table 8.6.

Restart Device tells the remote node to restart using the parameters set up in the commissioning attributes. Some nodes can handle more than one attribute set for the commissioning cluster. If this is the case, then the save/restore save and restore to

**Table 8.5:  Concentrator Parameters Attribute Set**

| Concentrator Parameters Attribute Set | Description |
|---|---|
| ConcentratorFlag | After restarting, will this node be a concentrator or not? Assumes that the commissioning tool already knows. |
| ConcentratorRadius | To what radius will this discover the many-to-one route? The default (and maximum) is 5. |
| ConcentratorDiscoveryTime | Many-to-one route discovery can occur automatically (1 through 0xffff seconds) or manually (0x0000). |

**Table 8.6: Commissioning Cluster Commands**

| ID | Command | Mandatory/Optional |
|------|------------------------------------|--------------------|
| 0x00 | Restart Device Request | Mandatory |
| 0x01 | Save Startup Parameters Request | Optional |
| 0x02 | Restore Startup Parameters Request | Optional |
| 0x03 | Reset Startup Parameters Request | Mandatory |

the primary commissioning cluster attribute sets. The Reset Startup Parameters restores the "factory" defaults.

> The Commissioning Cluster allows over-the-air setup of the startup procedure.
>
> The Commissioning Cluster is optional.

# 8.3   Example 1: Simple Commissioning

One of the simplest commissioning techniques is that employed by the ZigBee Home Automation Application Profile. The installer of this network is expected to be either a home owner or a professional installer. Either way, the installer is definitely *not* expected to be computer expert. In the simplest case, the installer turns on the devices and they just work. In more complicated situations, pressing a few buttons does the trick.

As an example, assume I just bought a ZigBee system from The Home Depot. The "Porch Light" starter pack comes with two battery-operated switches, four lights, and a remote control (see Figure 8.3). The purpose of this simple home automation system is to turn on the front and back porch lights when I drive home (for safety), and then to turn them off automatically after I've left (for energy savings). The porch lights can also be turned on or off from either of the switches or from the remote. One switch is to be placed just inside the front door, and the other is placed in my bedroom. The next time I go to bed and realize that I didn't turn out the porch lights (again), pressing a bedside button solves the problem.

Since this is a retro-fit system, the ZigBee lights are little gizmos that screw into an existing light socket (probably ceiling cans), and then the light bulb screws into the gizmos. The switches look like normal wall switches and can either be stuck on a cement or brick wall, or recessed into the drywall by cutting a small square hole. The remote unit clips onto the sun visor in my car.



**Figure 8.3: ZigBee Simple Commissioning**

The kit also comes with a small little box, called a ZigBee Network Controller. The ZNC plugs into my DSL modem, cable modem, or WiFi™ router, if I have one. If not, it just plugs into the wall.

The user instructions that might come with the kit could be quite simple:

1. Warning! Remove power to the porch lights (either at the circuit breaker or wall switch).

2. Plug the ZigBee Network Controller into a wall socket. A green LED comes on, to indicate that everything is okay.

3. Unscrew the existing light bulbs. Screw the ZigBee Light Base-Units into sockets. Screw the light bulbs back into the ZigBee Light Base-Units.

4. Remove the clear plastic tab from the battery holders on the switch units.

5. Press the "Add ZigBee Devices" button on the ZigBee Network Controller. The green LED will flicker. When it becomes solid again, all the ZigBee devices are connected to the network.

6. Test each light switch. Be sure each switch turns the lights on and off. If not, see the troubleshooting section.

7. Install one light switch by the door. Install one light switch in the bedroom. Place the remote control in the car.

Even if the purchaser lost the instructions, they'd probably try what's described above: plug everything in, turn it on, and start pressing buttons. It's that simple.

So how does this work from a ZigBee developer perspective? It starts with setting up the right commissioning parameters. The Home Automation Application Profile specifies this very clearly.

The node starts out knowing nothing but its own MAC address and Application Profile. It has no PAN ID (set to 0xffff), it has no extended PAN ID (set to 0x0000000000000000), it has no channel (channel mask is set to 0x07fff800), it has no network key, and it has no profile ID (it will join either stack profile 0x01 or 0x02).

When power is applied, the node begins scanning for networks. As soon as it finds one with permit-join enabled, it joins that network and receives its short address and network key (in the clear with a transport key) from its parent.

The only widget which forms a ZigBee network in the example above is the ZigBee Network Coordinator (ZC). The ZC will form a network using its MAC address as its extended PAN ID, and a random PAN ID. It will form the PAN randomly on one of the preferred channels for HA: 11, 14, 15, 19, 20, 24, or 25. The ZC will leave permit-join enabled for two minutes when it is first plugged in or after the user presses the "Add ZigBee Devices." Once it has formed the network, it saves this information to non-volatile memory, so that power can be interrupted with no harm to the network. It also includes a recessed "reset" switch that can put it back into factory reset.

The switches and remote control devices are sleepy ZigBee End devices (ZEDs). The lights are ZigBee Routers (ZRs), both of which are device types that attempt to join a ZigBee network. Remember, they will join any network, any PAN ID, any channel. The ZRs and ZEDs will scan for networks on all the channels and then attempt to join. They'll repeat this several times before backing off to trying once a minute. If the user presses a switch and it still hasn't joined a network, then it will attempt to do so right then (immediate user response).

The only potential problem with this easy-joining scheme occurs if two or more installers (perhaps neighbors in an apartment or condominium) attempt to add ZigBee devices to their network at the same time. This is unlikely, but possible. The troubleshooting solution is simply to reset the joining devices and try again.

Once on the network, the ZRs and ZEDs record the channel, PAN ID, extended PAN ID, network (short) address, and network security key into non-volatile memory. They can be

powered off or the batteries can be changed, and they still retain the knowledge of which network they are on.

The ZED switches have been preconfigured in their binding tables to use a specific group ID for the destination of the HA:On/Off:Toggle command. A hard-coded group ID can be used because group IDs are unique to each network.

The smart automobile remote takes more explanation. How can a remote automatically turn on the lights when I drive home, without pressing any buttons? There is a fairly easy way to do this.

> The device has two modes: "home" and "away."
>
> Every 30 seconds, the device wakes up and attempts to communicate with its parent.
>
> If it was "home" and can no longer communicate, it goes to "away" state. If it is "away" and it can now communicate, it goes to "home" state.
>
> If "away," it will attempt a rejoin every 30 seconds, which may get the same parent or not. When rejoin is successful, the node goes to "home" state.
>
> When the device goes from "away" to "home," it sends the HA:On/Off:On command. Voilà!

Later, this system could be expanded to include more lights and switches, heating and cooling control, and a complete home theater system. The devices are standardized, regardless of who the manufacturer might be. They all work the same way, and they can all be configured over-the-air with bindings, groups, and scenes.

Even the original devices from that starter pack can be reconfigured to include new bindings. Remember how the lights began as belonging to a group, and the switches sent to the group? Well, the switches can be set to control other devices with simple button presses. Press a button on a light, another on a switch, and they can be bound using ZDP-End-device-Bind. The same goes for a thermostat and a temperature sensor.

The ZigBee Network Coordinator, because it has an Ethernet connection to plug into a wireless router or DSL modem, can be monitored or controlled by a laptop, PC, or even over the Internet with a little bit of PC software. A nice drag-and-drop, menu-driven program on the PC (with a ZigBee USB dongle) or a television (ZigBee-enabled) makes reconfiguring the house easy, even for novices.

The primitives are all there. It just takes a little imagination to use them to great effect.

You've seen all these ZigBee primitives before. See Chapter 5, "ZigBee, ZDO, and ZDP," for ZDP (binding) commands; Chapter 6, "The ZigBee Cluster Library," for ZCL (groups

and scene) commands; Chapter 5, "ZigBee, ZDO, and ZDP;" and Chapter 7, "The ZigBee Networking Layer," for ZDO and NWK (joining) commands.

To see the "Porch Lights" example in full source code, complete with an over-the-air capture, go to the http://www.zigbookexamples.com Web site. Keep in mind the source code is for the Freescale platform, but the concepts apply to all ZigBee platforms.

The example uses four ZigBee boards, all NVM-enabled so they will remember their settings even across battery changes or reboots:

- **ZcNcbZnc**: The ZigBee network controller. It starts up automatically. SW1 opens the network for one minute to add other devices.

- **ZrSrbLight**: A porch light. Uses a random MAC address, so multiple lights can be programmed. It has no switches.

- **ZedSrbSwitch**: The switch that is placed by the front door, or in the bedroom. SW1 toggles the remote light.

- **ZedSrbCarRemote**: The remote that operates in the same way as the switch, except that it automatically turns on the light when in range. To get it out of range, use a coffee can to cover it.

LSW4 puts all of these devices back to factory reset (forgetting what they learned in NVM).

> Simple commissioning nodes will join any network.
>
> Binding applications is often preconfigured or handled through button presses.

# 8.4   Example 2: Commercial Commissioning

Simple commission works well for the small, unplanned network. For larger networks, or large groups of multiple networks, such as those found in commercial buildings, hotels, and hospitals, simple commissioning is just, well, too simple.

Networks need to be more secure to operate in a commercial environment. Networks also must be planned, both for the installation process, and for operations and maintenance. Down time or delays in deployment can be very expensive.

For these applications, the network is planned out ahead of time. Blueprints are used to decide where the network components will go. Tests are run ahead of time to make sure there is sufficient ZigBee Router coverage. The rooms are usually built one-by-one as

autonomous units, and the installer must not only verify that the network is functioning, but that all the equipment installed (lights, switches, thermostats, heating and cooling units, door locks, etc.) works as expected. A very detailed checklist is built and written with the training of the installer in mind who will usually be an electrician.

In larger installations, it is common to have multiple installers all working in the same area. Figure 8.4 shows a typical set of hotel rooms. Two installers are setting up adjacent rooms, taking devices from their boxes, installing them and then commissioning them to network together.

Each device is tested, repaired if there is a problem, and replaced if the problem can't be resolved. The installation tool may have a bar code scanner on it, so they can scan the device when getting it out of the box. In this way the commissioning tool knows about the device and can check it off a list, or do other intelligent behavior.

These devices (lights, switches, door locks, thermostats, etc.), which may originate from multiple OEMs (perhaps Philips lights, Trane thermostats, and Schneider Electric air conditioners) are set up out-of-the-box to automatically join the commissioning network on extended PAN ID 0x00f0c27710000000. ZigBee defines this special Extended PAN ID so that devices built by many OEMs can all be commissioned in the same way.

Think of it as two step process. First, get on the commissioning network and receive the commissioned data. Then, reset the node to join the operating network, and complete the commissioning process (see Figure 8.5).

If it is expected that there will only be multiple installers in any given vicinity, then the ZigBee standard commissioning extended PAN ID, 0x00f0c27710000000, is used only to



**Figure 8.4: ZigBee Commercial Commissioning**

www.newnespress.com



**Figure 8.5: Commercial Commissioning Requires at Least Two Steps**

get the extended PAN ID of the commissioning tool itself. Then the node is reset (via the Commissioning Cluster) to go onto the commissioning tool's PAN. ZigBee reserves the Extended PAN ID range of 0x00f0c27710000001 to 0x00f0c2771000ffff for the purpose of commissioning tools.

In ZigBee Stack Profile 0x01, the node usually receives its network short address when the node rejoins the new network via the Commissioning Cluster Reset Device command (with StartupControl set to mode 0x02).

But in stack profile 0x02, also called ZigBee Pro, it is possible to set the network short address explicitly. In this case, the commissioning tools would know the short address to assign to each node, perhaps based on some formula involving hotel room number. Then, when the node is reset, it can either use the rejoin as above, or even silent join (with StartupControl set to mode 0x00) so that it can be done a little faster (no waiting for negotiation with the trust center). It's assumed in this case that the tool has all the necessary keys and has communicated them to the nodes.

The example in this section, "CommercialCommissioning," uses the following nodes:

- *ZcNcbCommissioningTool*: Commissions (over-the-air) the light and switch. The LCD displays which node joined the commissioning network. A press of SW1 commissions the joined node and informs it to reset to the operating network. It has permit-joining on.

- *ZcSrbOperatingNetwork*: Pre-commissioned as the operating network. It has permit-joining off.

- *ZrSrbLight*: "Generic" light that is commissioned over-the-air.

- *ZrSrbSwitch*: "Generic" switch that is commissioned over-the-air.

To see the full source code and capture, go to the http://www.zigbookexamples.com website. As usual, the source code is for the Freescale platform. See Chapter 3, "The ZigBee Development Environment," for general instructions on using the source code. The basic steps for the demo are:

1. Download all the images. Turn all boards off.

2. Capture with Daintree (optional) on channel 25.

3. Boot the ZcSrbOperatingNetwork board. This lights all LEDs to indicate that it's the operating network.

4. Boot the ZcNcbCommissioningTool. This displays that information on the LCD.

5. Boot either the light or the switch. The LCD on the commissioning tool displays the fact that a light or switch has joined the commissioning network.

6. Note in the over-the-air capture that the node is associated with the commissioning cluster.

7. Press SW1. Watch as the new extended PAN ID is communicated over-the-air, and the node is instructed to reset. If the node is a switch, notice that the binding command is also given to it.

8. Boot the other board (either light or switch). Press SW1 on the commissioning tool again to provide the information to the other board, and to reset it.

9. Press SW1 on the ZrSrbSwitch. Notice that it toggles the light! This node is commissioned.

This is the basic process. Of course, there is much more to it, and commercial tools are beginning to come out from various vendors. At the time of this writing, both Daintree and Atalum sell commissioning tools.

> *Commercial Commissioning allows full planning of the network.*
>
> *A special commissioning tool and a temporary commissioning network complete the process.*

## 8.5 Example 3: Custom Commissioning

Devices that work with ZigBee public Application Profiles must work in a specific and generic way in order for them to interoperate with devices made by other OEMs. ZigBee

specifies how commissioning works in each public profile very clearly. Private profiles do not have this restriction.

A private profile may commission the network in much more creative ways. For example, the entire network can work right out-of-the-box. Just order a kit: It forms a unique network on a unique PAN, and everything in the box is already connected and ready to communicate.

An application of this could be a manoverboard system for small pleasure craft and commercial fishing boats. Every router and battery-operated man-overboard device knows in advance exactly which network it is on, which extended PAN ID, which node address, which network key, everything. All the nodes essentially "silent join," and the network begins operating correctly the moment the devices are turned on.

The example for custom commissioning is a merchandise quality-tracking system. In this system, a variety of sensors monitor the physical environment inside tractor trailer trucks, perhaps including temperature, humidity, and shock. The goal is to ensure that a load of frozen salmon arrived frozen, and has stayed frozen the entire journey, or that a cargo of produce (such as lettuce) was never too warm, too cold, or too dry (see Figure 8.6).

Today, the majority of these systems depend on manual spot-check inspection. An inspector will open boxes, examine some of the fish or lettuce, and make an educated guess as to whether the goods are within specification or not. This process is both



**Figure 8.6: Loading Bays Could Use Custom Commissioning**

time-consuming and is subject to error. Placing sensors in the vehicles to do this work makes sense. But how do we get that sensor data out of the truck? In this case, wireless monitoring makes perfect sense.

The sensors record data during the journey, and when the rear doors are opened, the sensor nodes automatically connect to a network in the docking bay, and download the data to a gateway, which is attached to a PC and a central tracking system.

All the nodes in this system are produced by the same manufacturer. So how do these nodes travel from one network to another? How do they get on the network in the loading bay and automatically download information? The procedure makes a few assumptions, an acceptable variation because it is a private profile:

- The gateway (to where the data will be sent) is assumed to be node 0x0000.
- Sensors, while in sensing mode, gather data once each minute.
- Once every three minutes, the sensors also send a beacon request (active scan) to scan for networks.
- Only networks in Extended PAN ID range 0x12345678xxxxABCD will be considered as potential networks to join.
- If the same network that was exited previously is found within 30 minutes, it is not joined.
- If a new network is found, or the same network is found 30 minutes or more after the sensor lost contact with all networks, the new network will be joined using the NWK-Rejoin command. This NWK-Rejoin is used so that permit-joining may always remain off, in the networks in the loading bays.
- Once joined, the sensors send all their data to the gateway (acknowledged). After the data is transmitted, it is forgotten, and the node leaves the network to go back into sensing mode.

Using these simple rules, the sensor nodes will always join a proper network for transmitting their data. They conserve power while not on the network, saving it for sensing operations and occasional data transmission.

Notice there is no binding. Nodes just send directly to the gateway (node 0x0000). Notice there is no over-the-air commissioning. The nodes know what they want to do before they are even started. These nodes don't even need the standard ZigBee non-volatile

memory to be enabled, except perhaps as storage for the data. But probably another storage mechanism, such as serial flash, will be used for data storage. Everything was commissioned into the nodes at the time of manufacture.

The example in this section, "Commercial Commissioning," uses the following nodes:

- *ZcNcbGateway*: Gathers the data. It transmits the data over the serial port (simple ASCII).

- *ZedSrbSensor*: Gathers temperature data once each minute and transmits it when it gets in range of the gateway.

Simply set the ZedSrbSensor outside, down the hall, or anywhere away from the Gateway node. Attach the Gateway and use HyperTerminal on that USB/COM port (mine is COM4) at 38,400 baud, 8N1. When the sensor comes within range, it will download the gathered data.

I've accelerated the process so that it works better for a demo. The demo gathers data once every 20 seconds, and only needs to be away from the gateway for one minute before it will link to it again.

"Custom Commissioning" is very flexible. All the ZigBee Device Object (ZDO), ZigBee Device Profile (ZDP), and ZigBee Cluster Library (ZCL) commands are at your disposal. Use them creatively. If you like, tell me about them. I love hearing of new applications for ZigBee, and new creative ways to use it. My email address is drewg@sanjuansw.com.

> Custom Commissioning allows a wide range of commissioning options.
>
> Use Custom Commissioning in private application profiles.

CHAPTER 9

# *ZigBee Gateways*

So far in this book, the chapters have centered on how ZigBee nodes communicate with other ZigBee nodes. However, many ZigBee networks are not stand-alone: They need to interact with other networks or at least with some data concentrator such as a PC. This chapter explains how gateways work in ZigBee, and describes some common pitfalls when deploying them in the field.

Before continuing with ZigBee gateways, consider this final story about how ZigBee got its name.

*A narrow cobblestone alleyway winds its way through Amsterdam, leading past an ancient house built sometime in the 17th century. Through lighted windows, gleaming copper cookware, rustic beams, and romantic artwork can be seen adorning the interior, and fresh flowers cover the tables and entryway. A sign hangs on wrought-iron outside the door, which reads, "The Black Sheep." The old house, now a restaurant, boasts a menu encompassing both French-inspired dishes and updated Dutch fare. It is late at night, nearly closing time. This night is special, for it is the last night: the restaurant is closing for good.*

*This night is also special for another reason. Around one of the last occupied tables, a man named Bob Heile sits with four other men. The last of the plates have been cleared and the empty wine bottles have been pushed to one side. A shout of laughter erupts as the men shout out strange-sounding words. This group of men is trying to come up with a name for a new technology, a new wireless technology aimed at low power, low cost, and low speed networking. The late night and alcohol help. The original concept came from Philips, called Firefly. But the goal has moved far beyond Firefly, far beyond lighting, in fact, to general purpose wireless sensor and control networks.*

*What you are witnessing is the real story of the birth of ZigBee technology and the ZigBee Alliance. Eventually, over more wine and more laughter, a name emerges for this technology, a name that is unique, easy to say, and most importantly, can be trademarked. "To ZigBee," toasts the group. "To ZigBee!"*

*If you travel to a ZigBee Open House, you will see Bob Heile, the chairman of the ZigBee Alliance, wearing a business suit (one of the few times he does). Around his neck is a tie, adorned with many white sheep and one black sheep. Ask him about it, and you will hear an interesting tale.*

*For those of you who travel to Amsterdam, you may be interested to learn that the restaurant has reopened. The Black Sheep can be found at Korte Leidsedwarsstraat 24, Amsterdam, Netherlands 1017 RC · 020-622-3021.*

A ZigBee gateway, quite simply, is a means of transferring data between a ZigBee network and devices on another network. In illustrations, the other networks are usually depicted as clouds, while the interested devices and the ZigBee network are attached to the cloud (see Figure 9.1).



**Figure 9.1: A ZigBee Gateway**

One interesting example of an existing gateway is a device found in the Home Automation Profile, called a Combined Interface Device (device ID 0x0007 in the HA application profile). The hardware for this device is normally a USB ZigBee dongle, which connects to a PC, TV, or a similar display. Through a menu-driven program, the home owner can monitor or control devices in the ZigBee network: turn off the lights, check the status of the security system, or remotely allow someone into the home. Often, this PC program provides some kind of Internet experience, allowing the ZigBee network to be controlled or monitored over the Web, as well as from local PCs, wall displays, or the television.

Figure 9.2 is a screen shot that shows one view of a ZigBee network as seen inside the Control4 Composer Home Edition. Control 4 (http://www.control4.com) designs, manufactures, and sells ZigBee and other Home Automation products.



**Figure 9.2: Control4 Composer Home Edition**

Another example of a gateway would be a commercial building automation system. One that I've worked with is a building management system that provides energy savings and statistics through monitoring and control of energy-consuming devices within a hotel, such as the heating, ventilation, and air conditioning (HVAC) systems. These networks are deployed in hotels ranging from very small mom-and-pop businesses to the very large Mandalay Bay in Las Vegas, Nevada. Systems of this nature typically pay for themselves in a matter of months.

One simple application of a gateway that interacts with ZigBee is the automatic printing of a list each morning of all the battery-operated ZigBee devices with low battery charge. For a large network, with many thousands of nodes, this can be a huge time and cost-saver for the maintenance personnel. The ZigBee gateway in this case is connected to an Ethernet backbone, which in turn communicates to one or more PCs sitting in a maintenance room in the basement of the hotel.

A third example (which actually requires two gateways) is automatic meter reading (AMR). The utility meters may be networked with ZigBee, but ZigBee won't make it all the way back to the utility company. For this other networks are used, sometimes power-line networks, in other cases cellular networks, WiFi™, or proprietary networks. A gateway is used between the ZigBee network and this back-haul. Usually the gateway takes the form of serial communication from the ZigBee processor to some other host processor that is attached to the other, longer-range network. The data is then sent back to the central office for processing and even billing.

The other gateway required in the AMR system is the one from ZigBee to ZigBee. The AMR system, in addition to reading the meter, may need to monitor or control a Home Automation (HA) or Commercial Building Automation (CBA) network. That home network isn't likely to be part of the AMR network, but a stand-alone network that the home owner controls. To connect to that network in a way that allows for the disparate security protocols (light security in HA, heavy security for AMR), two separate networks are used (see Figure 9.3).

The California Energy Commission (doesn't it always start in California?) is putting together standards that will ensure significant energy savings for consumers, and also allow the electric companies the ability to control electrical usage in homes that have been signed up for an optional program to reduce peak usage. Reducing peak usage means not having to build extra power plants. Not having to build extra power plants means a huge savings for the utility companies, and reduced power bill for consumers. If you are interested in this effort, you can read more by googling "Title 24."



**Figure 9.3: AMR Gateway**

Within the topic of Gateways, there are three specific areas which are important to understand:

- Lack of current ZigBee gateway standards
- Data concentration
- Bandwidth problems at the data concentrator

All three of these problems are discussed in detail in the following sections.

In this chapter, forgive me if I use the terms *data concentrator* and *gateway* somewhat interchangeably. The difference is subtle: A data concentrator collects data from a ZigBee network, while a gateway is a data concentrator that also communicates this data to another network. Either can inject data into the ZigBee network.

One common misconception is that the gateway must be the ZigBee Coordinator (ZC). The truth is, any node in the network can be a gateway, and in fact multiple nodes in the network can be gateways at the same time. If you need room for a more complex

application in the gateway node, but still want to use an inexpensive 8-bit MCU, choose an RxOnIdle ZigBee End Device (ZED), as they have the most room for application space. ZigBee Routers (ZRs) or the ZigBee Coordinators (ZCs) are also a good choice. In this chapter, I'll show examples for all three: a ZED, a ZR, and a ZC gateway.

Do NOT use a sleeping (RxOnIdle = FALSE) ZED for the gateway, as its parent would not be able to keep up with the messages. Sleeping devices poll their parent for messages and are not normally expected to receive many messages.

> Gateways communicate between a ZigBee network and a PC or other network.
>
> Any ZigBee node type (ZC, ZR, or ZED) may be a gateway.

## 9.1   A UART ZigBee Gateway

So, with all this talk of gateways, where in the ZigBee specification is the gateway section? Well, there isn't one. At least, it hasn't happened yet. The ZigBee Alliance is continuing to improve the technology, but gateways have not yet been standardized. (There is a ZigBee Bridge Device specification that has passed initial ballot as of the time of this writing, but a bridge is not a gateway.)

Every ZigBee implementation, from both stack and silicon vendors, includes some way to interface between the ZigBee board and a development PC via a serial, USB or Ethernet port, to allow the node to be programmed and debugged. In this section, I'll propose a small but effective ZigBee Serial Gateway Interface (ZSGI) that takes advantage of this serial port.

The main goal behind this gateway interface is, first of all, to keep it simple and easy to implement on an 8-bit MCU, which is typical of ZigBee nodes. For example, the Freescale, Texas Instruments, Renesas, Atmel, and Integration platforms offer a serial port (or a USB port that acts like a serial port). There is nothing to prevent this protocol from being used on Ethernet-based systems such as Ember's, with a little bit of IP wrapper around it.

Typically, in a serial gateway the small 8-bit ZigBee device communicates to a host processor or PC. It may be that the host is a regular desktop or laptop, and the communication stops there. It may be that the host processor is an ARM or other embedded processor, residing on a motherboard within the embedded widget. (I've seen this in WiFi routers and AMR meters.) The communication to the host processor may



**Figure 9.4: A Common ZigBee Serial Gateway**

be a serial or USB cable, as shown in Figure 9.4, or it may simply use the Tx/Rx pins between two MCUs on the same motherboard.

This proposal assumes only Tx/Rx lines, and does not specify any hardware flow control. Note that on the Freescale platform, the MCU serial port goes through an FTDI USB chip so that it can be connected to a PC as a USB-serial device, because real serial ports are getting to be scarce these days on laptop or desktop computers.

On the host side, the ZSGI protocol could be extended to work over any network, including TCP/IP, WiFi, a cellular connection, or any other network which may want to communicate with nodes in a ZigBee network. Those extensions are not discussed here, however.

### 9.1.1 The ZigBee Serial Gateway Interface

The ZigBee Serial Gateway Interface is a half-duplex protocol, in which a serial message is sent, and a response is received. The over-the-serial-port frame is shown in Table 9.1.

The same frame format is used either for *commands* (packets sent from the host processor to the ZigBee processor) or *events* (packets sent from the ZigBee processor to the host processor).

Every packet begins with an STX (byte value 0x02). Next follows a GroupID, which indicates which category of message the packet belongs to (for example, which SAP

**Table 9.1: ZigBee Serial Gateway Interface (Over-the-Serial-Port Frame)**

| Bytes:1 | 1 | 1 | 1 | Variable | 1 |
|---|---|---|---|---|---|
| STX (0x02) | GroupID | MsgID | Length | Payload | Checksum |

handler must respond to this call). The GroupID can be seen below in the Gateway Commands section. The MsgID indicates the specific message within that message group. The length indicates the length of the following payload field, in bytes. Next follows the actual payload, which varies depending on the combination of GroupID and MsgID. For example, RegisterEndpoint.req requires a full simple descriptor for data, whereas DeregisterEndpoint.req requires only a single byte of data, the EndPoint number. Finally a checksum follows, which is a simple XOR checksum (all bytes, from STX through checksum byte must checksum to 0x00, when all bytes are added).

The protocol can be expanded to support up to approximately 65,000 different commands (the combination of the 8-bit Group ID and 8-bit Message ID). Don't confuse the Group ID in the gateway interface with ZigBee groups. The Group ID in the gateway is simply a way of associating similar commands in the serial protocol.

## 9.1.2    Gateway Commands

Table 9.2 lists the commands and events for the ZigBee Serial Gateway Interface (ZSGI). The parameters of the interface match what's in the ZigBee specification. This keeps it vendor-independent and makes it easy to implement. Remember, the implementation in the 8-bit ZigBee MCU will be different for each stack vendor, because ZigBee does not specify APIs, only over-the-air behavior.

**Table 9.2:  ZigBee Serial Gateway Interface**

| Name | GroupID | MsgID | Parameters |
|---|---|---|---|
| RegisterEndpoint.req | A3 | 0B | See SimpleDescriptor (Table 2.35) |
| RegisterEndpoint.rsp | A4 | 0B | Status |
| DeregisterEndpoint.req | A3 | 0A | Endpoint # |
| DeregisterEndpoint.rsp | A4 | 0A | Status |
| StartNetwork.req | A3 | E0 | See NLME-JOIN.request (Table 3.16) |
| StartNetwork.rsp | A4 | E0 | Status |
| StopNetwork.req | A3 | DC | See NLME-LEAVE.request (Table 3.22) |
| StartNetwork.rsp | A4 | DC | Status |
| APS_Data.req | 9C | 00 | APSDE-DATA.request (Table 2.2) |
| APS_Data.cnf | 9D | 00 | APSDE-DATA.confirm (Table 2.3) |
| APS_Data.ind | 9D | 01 | APSDE-DATA.indication (Table 2.4) |

You'll note that this simple gateway interface does not include the ZigBee Cluster Library (ZCL) commands. These commands are higher-level than this gateway, and are expected to be implemented on the host processor side of this gateway connection, if needed by the Gateway application, by using the APS_Data.req command.

You'll also notice that there are no ZDP or configuration commands. This interface assumes that endpoint 0 can be used for sending and receiving ZDP commands, and that any configuration (such as channel list, adding groups, etc.) can be accomplished by using over-the-air commands. The interface also assumes that a node can send an over-the-air style command to itself, for example, by using ZDP to retrieve a node's own IEEE or NWK address.

### 9.1.3   Using the ZigBee Serial Gateway Interface

So, how does the host processor "application" actually use this set of commands to create a gateway, and to monitor and control the network? The typical order of events is described below.

1. The host processor registers an application endpoint (0x01 – 0xF0), using the appropriate simple descriptor for the application. The example in this chapter uses the Home Automation OnOffLight.

2. The host processor starts the network by using the StartNetwork.req command. Note that "starting the network" may actually mean joining a network (as opposed to forming a network), depending on whether the gateway node is a ZC, ZR, or ZED. (Yes, a gateway can be an RxOnIdle ZED!)

3. ZigBee data can then be communicated on the ZDP and application endpoint. Note that there can be multiple application endpoints, supporting a variety of Application Profiles. Optionally, the gateway node may leave that network, and possibly even join a new one. The leave command resets all the layers.

This following example uses a PC to toggle an HA OnOffLight, through a ZigBee Serial Gateway Interface. The PC is connected to the gateway (a Freescale SRB board) via a USB port. From the PC side the USB connection appears to be a COM port, as seen from Windows Device Manager.

The ZigBee Serial Gateway Example comes with two projects, a Gateway and an HA OnOffLight. The Gateway image was created using BeeKit, by selecting an SRB board, ZigBee Coordinator with the ZigBee Test Client (ZTC) enabled. ZTC is Freescale's



**Figure 9.5: ZigBee Serial Gateway Example**

version of the ZigBee Serial Gateway Interface. The HA OnOffLight image was also created with BeeKit, selecting an NCB board with display enabled. Both boards are on channel 25, PAN ID 0x0f00.

If you wish to follow along with actual hardware, then program the SrbZcGateway.mcp project into the SRB board, and program the NcbZedHaOnOffLight.mcp project into the NCB board. For a description of the boards and development environment, see Chapter 3, "The ZigBee Development Environment."

To run the example, you must first enable a USB port as a serial port. This entails a few steps, but is only required once, just like enabling any new hardware in Windows:

1. Connect the SRB board which will be the gateway to the PC using a USB cable.

2. Turn on the SRB board.

3. Windows will indicate that it has found new hardware. Install the drivers from "C:\Program Files\Freescale\Drivers."

4. Windows will ask twice.

5. After the new hardware is connected, open Windows Device Manager to determine which COM port was assigned. On my system, it is COM7.

Next, download and install the Freescale TestTool. This tool is a GUI that understands the ZigBee Serial Gateway Interface, and will interact on the PC side of the serial gateway connection.

To ensure TestTool understands the ZSGI, follow these steps. These steps only need to occur once during setup.

1. Be sure that ZigBee2006.xml is in the "C:\Program Files\Freescale\Test Tool\ Xml" directory.

2. Run Test Tool.

3. From the menus, select Tools/Communication Settings… You must type in the COM number and choose 38,400 baud.

4. From the menus, select View/Command Console. This brings up the main screen for interacting with ZSGI.

5. On the Command Console screen is a drop-down box that is titled "Loaded Command Set." Choose ZigBee2006.

Test Tool is now set up.

To run the gateway example, reset both boards. LED1 should blink on both of them, indicating the normal Freescale "waiting to start" state. Press SW1 on both boards. This will start the network.

In Test Tool, there is a button labeled All Commands. Press this button, and select "APS Layer commands/APSDE-DATA.request." This is shown in Figure 9.6.



**Figure 9.6: Test Tool Command Console**

## 362 Chapter 9

So what happened to commissioning? What happened to finding active endpoints, to looking for the particular HA OnOffLight to control? For the sake of clarity, I made some assumptions. I know that the gateway is the ZigBee Coordinator, so it will be node 0. I know that the default Freescale endpoint is endpoint 8. And I know that the HA OnOffLight is the first ZED in the network (0x796f). So, I simply tell the gateway node, through the serial port, to send an APSDE-DATA.request directly to node 0x796f. The payload is three octets: 0x01 0x42 0x02, which is the ZCL Toggle command. Send this command and the light toggles!

The actual screen in Test Tool is shown in Figure 9.7.

Any ZigBee command can be sent from the gateway. For example, change the DstEndpoint to 0x00, the ProfileId to 0x0000, the ClusterId to 0x0001, the asduLength to 0x05, and the Asdu contents to 0x00 0x6f 0x79 0x00 0x00, and the gateway will issue an IEEE address request to the ZDP of the HA OnOffLight. The results will come back to the gateway through endpoint 0x00.



**Figure 9.7: APSDE-DATA.req in Test Tool**

The source code to the Freescale serial gateway (called ZTC), which implements the ZigBee Simple Gateway Interface plus many more commands, is too complicated to go into in detail here. The concept, however, is fairly simple.

The program in the gateway enables a serial port in the 8-bit MCU (in this case, at 38,400 baud, 8N1). The serial port is interrupt-driven, both on transmit and receive. When data is received over the serial port, it is decoded. If an entire ZSGI packet complete with accurate checksum is received, it is formatted and passed to the appropriate Service Access Point (SAP) handler, in this case, the APSDE SAP handler.

When data flows up through a SAP handler (data that comes from the radio), then it is formatted into a ZGSI packet and sent out the serial port. There are quite a few BeeKit options available to fine tune ZTC, enabling and disabling various features, but the simple way is to just check the ZTC box on the Advanced Features pane of the BeeKit Project Wizard.

ZigBee stack vendors which run on MCUs with serial ports tend to have serial support built into the stack. They usually have an initialization function, a serial transmit function, and a serial receive function.

> ZigBee currently lacks gateway standards.
>
> A serial gateway is easy to implement and use.

## 9.2   The Data Concentrator Problem

You may remember that ZigBee uses routing tables to route packets. If you don't remember this, go back and read Chapter 7, "The ZigBee Networking Layer."

Each routing table entry contains two significant fields: the final destination, and the next hop to use to get there. For example, if node 43 wants to communicate to node 19, its final destination would be node 19 and the next hop toward node 19 would be 2 (as shown in Figure 9.8).

What if all the nodes in the network want to communicate with node 19 (if node 19 was the gateway, for example)? Node 2 in the figure above would have a next hop of zero to get to node 19. Node 43 and node 44 would both have a next hop of two, but node 2 still only needs the one routing table entry to get to node 19, the next hop of zero. In fact, if a hundred nodes were all communicating through node 2 to get to node 19, it still needs

**364 Chapter 9**



**Figure 9.8: Sending Data to the Concentrator**

only one routing table entry. Regardless of how many nodes there are in the ZigBee network, each node needs only one entry to communicate to the data concentrator.

So what's the problem? Ah, but what if the data concentrator needs to communicate to all those nodes in the ZigBee network, and not just receive data from them?

In Figure 9.9, node 19 would need to have enough routing table entries for every node in the network! And so would nodes 1 and 0. If the ZigBee network only has a dozen, or even a few dozen nodes, that's no problem, but what if the ZigBee network contains



**Figure 9.9: The Data Concentrator Sending Data to the Network**

6,000 nodes? Then node 19 would need 6,000 $\times$ 5 bytes per routing table entry, or 30 K of RAM just for the routing tables. Considering ZigBee is targeted at 8-bit MCUs which have only 4 K RAM, you can see that this approach is not very practical.

One solution is of course to run ZigBee on a processor with more RAM, say some 32-bit processor such as an Intel x86, or ARM 9 with eight megabytes of RAM. But ZigBee is designed to be inexpensive, and that would mean every router would need enough RAM for any routes which pass through it. This could significantly increase the price of the ZigBee network.

ZigBee Pro, an upcoming version of the ZigBee specification, also has a solution to this problem, called *many-to-one route discovery* which employs the strategy of source routing in addition to table-driven mesh routing. The ZigBee Pro method assumes that the data concentrator (or the PC it talks to) has enough RAM to store a large set of source routes to all the nodes. I'll describe this ZigBee Pro concept and others in more detail in Appendix A, "ZigBee 2007 and ZigBee Pro."

Another practical solution that uses the current ZigBee specification that has been adopted in ZigBee networks employs "Island Controllers." This solution assumes that the network designer has control over at least some of the routers in the system. In this approach, communication is from the data concentrator to islands of nodes, rather than to each node directly. Again the host PC must have enough RAM to store the information about which islands lead to which nodes, Standard ZigBee mesh routing is used between islands, and between the last island and the final destination nodes.

To understand how this works, consider a hotel. In this example, each hotel room may contain up to 16 ZigBee nodes, all of which communicate to a room controller. The room controller is used so that each room can operate independently of every other room, regardless of what happens to the ZigBee network. Assume that there are 3,000 nodes in the ZigBee network. Perhaps there are many ZigBee networks in a large hotel, one per floor, but each one has a gateway. The networks are considered independent networks for the purposes of this discussion.

To communicate to all nodes in this network, the gateway would require 3,000 routing table entries, if using the brute force of communicating directly from the gateway to each node in the network. That clearly won't work with only 4 K of RAM in the gateway. So instead, a set of islands are defined on the PC side of the gateway. Assuming just 14 routing table entries per router (using 70 bytes of RAM), each "Island Controller" can handle up to 14 "island children." Each Island Controller has an application that will examine packets delivered on a special cluster, and deliver it to the next island in the

**366 Chapter 9**



**Figure 9.10: Islands Within the Network**

chain, and eventually to the proper cluster on the proper node. With 3,000 nodes, two tiers of islands would be needed:

$$(16 \times 14 \times 14 = 3,136)$$

Gateway → IslandController1 → IslandController2 → Room Controller → End-Node

As an example, if the back-end building management system needs to deliver a packet to Room Controller 88 (RC88), or to one of its children, it would first deliver the packet to Island1a (I1a), which would in turn deliver it to Island2c (I2c), which would then deliver it to RC88, which would then deliver to one of its children.

It's interesting to note this looks something like the tree networking you learned about in Chapter 7, "The ZigBee Networking Layer." But the system actually uses ZigBee mesh networking to get to each Island Controller in the most efficient manner. This is not tree routing, but it does assume that the Island Controllers are fairly stable units, and can be accessed, somehow, through a path in the mesh network. The islands do not need to be a single hop away from each other, as the ZigBee mesh networking will find the most efficient path between islands.

This method also requires a special application in the Island Controllers, but none of the other ZigBee nodes need to know anything special about the delivery of packets from the gateway. In the next section, I'll provide simple source code that delivers the packets as described through an Island Controller system.

There is one more thing to be aware of. The ZigBee specification has no specific policy about retiring routes. To quote the spec, "The aging and retirement of routing table entries in order to reclaim table space from entries that are no longer in use is a recommended practice; it is, however, out of scope of this specification." This means your application should do some sort of aging if the stack implementation does not. Ask your stack vendor how this is accomplished in their implementation. If you don't age routes, the network could eventually stop routing packets if links have broken enough times, which, as a consequence of Murphy's Law, wouldn't be discovered until your network has been in the field for months, or even years.

### 9.2.1   Island Controller Example Program

This section describes a simple example of an "Island Controller" application. It uses a unique cluster, 0x15AD (a number that looks kind of like the word "island" if you stare at it long enough), to send data through a series of islands. It's up to the sender (gateway, or PC on the other side of the gateway) to determine which Island Controllers to use and in what order.

In this example, I'll use four nodes, as shown in Figure 9.11. The Island Gateway node (an SRB) is connected to a PC via the USB port. A PC program from Freescale, called Test Tool, sends a special packet into the network through the Island Gateway to inform the Home Automation OnOffLight to toggle.

This same configuration will scale to over 3,000 nodes with just 14 routing table entries, and the devices being monitored or controlled (the OnOffLight) do not need to know anything about the "Island Controller" concept.

I'll show you the relevant lines from the over-the-air capture, but the plan works like this. Whatever is to be sent by the Island Gateway to any node in the network is preceded by a header, and sent to cluster 0x15AD. The header format is shown in Table 9.3.

The first field, NumIslands, indicates how many "NextIsland" short address fields follow. If this is 0, then there are no more islands and the packet is delivered directly to the final node, cluster, and endpoint indicated by the NwkAddr, Cluster, and EP fields. The Island Controllers all use endpoint 8 for simplicity's sake (no need to discover active endpoints and read simple descriptors).

Each island controller that receives a packet decrements the number of Island fields and strips off the first "NextIsland" field in the island chain, then delivers the packet to that next Island Controller.



**Figure 9.11: Island Controller**

Note that when the actual end node receives the command, it will look like it came from the last island in the chain (also called the room controller). When the end node wants to send something back to the gateway, it would send directly to the gateway. Remember that sending information upstream toward the gateway uses very few routes; it is only downstream communication that needs to be addressed by the application.

The over-the-air message sent to the end node is an HA OnOff Toggle command to toggle the light. In the real world, this would probably be some configuration information such as informing the node not to go into power-saving mode even if the room is unoccupied. The information sent is irrelevant for the example.

So, what does this example look like over-the-air? The capture is shown in Table 9.4. The .dcf version of the capture can be found on-line at http://www.zigbookexamples.com.

**Table 9.3:  Island Controller Header**

| Octets:1 | 2 x Variable | 2 | 2 | 1 | Variable |
|----------|--------------|---------|-----------|----|---------------|
| NumIslands | NextIsland | NwkAddr | ClusterId | EP | actual packet |

Table 9.4: Island Controller Capture

| Seq No. | Time Delta | MAC Src | MAC Dst | NWK Src | NWK Dst | Protocol | Packet Type |
|---|---|---|---|---|---|---|---|
| 1 | – | – | 0xffff | – | – | IEEE 802.15.4 | Command: Beacon Request |
| 2 | +02.776 | – | 0xffff | – | – | IEEE 802.15.4 | Command: Beacon Request |
| 3 | +00.004 | 0x0000 | – | – | – | IEEE 802.15.4 | Beacon: BO: 15, SO: 15, PC: 1, AP: 1, Nwk RC: 1, Nwk EDC: 1 |
| 4 | +02.020 | 0x0050 c203dc 0f4411 | 0x0000 | – | – | IEEE 802.15.4 | Command: Association Request |
| 5 | +00.001 | – | – | – | – | IEEE 802.15.4 | Acknowledgment |
| 6 | +00.493 | 0x0050 c203dc 0f4411 | 0x0000 | – | – | IEEE 802.15.4 | Command: Data Request |
| 7 | +00.001 | – | – | – | – | IEEE 802.15.4 | Acknowledgment |
| 8 | +00.002 | 0x0050c2050005c800 | 0x0050c203dc0f4411 | – | – | IEEE 802.15.4 | Command: Association Response |
| 9 | +00.001 | – | – | – | – | IEEE 802.15.4 | Acknowledgment |
| 10 | +12.383 | – | 0xffff | – | – | IEEE 802.15.4 | Command: Beacon Request |
| 11 | +00.002 | 0x0000 | – | – | – | IEEE 802.15.4 | Beacon: BO: 15, SO: 15, PC: 1, AP: 0, Nwk RC: 1, Nwk EDC: 1 |
| 12 | +00.005 | 0x0001 | – | – | – | IEEE 802.15.4 | Beacon: BO: 15, SO: 15, PC: 0, AP: 1, Nwk RC: 1, Nwk EDC: 1 |
| 13 | +02.018 | 0x0050c20d10046400 | 0x0001 | – | – | IEEE 802.15.4 | Command: Association Request |
| 14 | +00.001 | – | – | – | – | IEEE 802.15.4 | Acknowledgment |
| 15 | +00.493 | 0x0050c20d10046400 | 0x0001 | – | – | IEEE 802.15.4 | Command: Data Request |
| 16 | +00.001 | – | – | – | – | IEEE 802.15.4 | Acknowledgment |
| 17 | +00.002 | 0x0050c203dc0f4411 | 0x0050c20d10046400 | – | – | IEEE 802.15.4 | Command: Association Response |
| 18 | +00.001 | – | – | – | – | IEEE 802.15.4 | Acknowledgment |

(*continued*)

www.newnespress.com

www.newnespress.com

**Table 9.4:** *continued*

| Seq No. | Time Delta | MAC Src | MAC Dst | NWK Src | NWK Dst | Protocol | Packet Type |
|---------|-----------|---------|---------|---------|---------|----------|-------------|
| 19 | +50.906 | – | 0xffff | – | – | IEEE 802.15.4 | Command: Beacon Request |
| 20 | +00.003 | 0x0002 | – | – | – | IEEE 802.15.4 | Beacon: BO: 15, SO: 15, PC: 0, AP: 1, Nwk RC: 1, Nwk EDC: 1 |
| 21 | +00.004 | 0x0001 | – | – | – | IEEE 802.15.4 | Beacon: BO: 15, SO: 15, PC: 0, AP: 0, Nwk RC: 1, Nwk EDC: 1 |
| 22 | +03.055 | – | 0xffff | – | – | IEEE 802.15.4 | Command: Beacon Request |
| 23 | +00.003 | 0x0000 | – | – | – | IEEE 802.15.4 | Beacon: BO: 15, SO: 15, PC: 1, AP: 0, Nwk RC: 1, Nwk EDC: 1 |
| 24 | +00.004 | 0x0002 | – | – | – | IEEE 802.15.4 | Beacon: BO: 15, SO: 15, PC: 0, AP: 1, Nwk RC: 1, Nwk EDC: 1 |
| 25 | +00.001 | 0x0001 | – | – | – | IEEE 802.15.4 | Beacon: BO: 15, SO: 15, PC: 0, AP: 0, Nwk RC: 1, Nwk EDC: 1 |
| 26 | +03.063 | 0xaaaaaaaaaaaaaaaa | 0x0002 | – | – | IEEE 802.15.4 | Command: Association Request |
| 27 | +00.001 | – | – | – | – | IEEE 802.15.4 | Acknowledgment |
| 28 | +00.496 | 0xaaaaaaaaaaaaaaaa | 0x0002 | – | – | IEEE 802.15.4 | Command: Data Request |
| 29 | +00.001 | – | – | – | – | IEEE 802.15.4 | Acknowledgment |
| 30 | +00.004 | 0x0050c20d10046400 | 0xaaaaaaaaaaaaaaaa | – | – | IEEE 802.15.4 | Command: Association Response |
| 31 | +00.001 | – | – | – | – | IEEE 802.15.4 | Acknowledgment |
| 32 | +47.731 | 0x0351 | 0x0002 | 0x0351 | 0x0002 | Zigbee APS Data | HA:Reserved |
| 33 | +00.002 | – | – | – | – | IEEE 802.15.4 | Acknowledgment |
| 34 | +00.003 | 0x0002 | 0x0001 | 0x0002 | 0x0001 | Zigbee APS Data | HA:Reserved |
| 35 | +00.002 | – | – | – | – | IEEE 802.15.4 | Acknowledgment |
| 36 | +00.003 | 0x0001 | 0x0000 | 0x0001 | 0x0000 | Zigbee APS Data | HA:On/off |
| 37 | +00.001 | – | – | – | – | IEEE 802.15.4 | Acknowledgment |



**Figure 9.12: Island Gateway as Seen in Daintree**

Packets 1 through 31 are the usual association requests and responses required to join all the nodes to the network.

Where things get interesting is at packet 32. Before examining the packets in detail, it's useful to understand the sequence of events. Look at Figure 9.12. The gateway is node 0x0351 (ZED) as seen on the left. A command issued from the gateway island hops through island 0x0002 (ZR), and then island 0x0001 (ZR) to reach the final destination, an HA OnOffLight at node 0x0000 (ZC) on the right.

It is irrelevant which routers in the network are Island Controllers, and those routers can even have other functions (in this case, they also act as an HA OnOffSwitch). ZigBee will use its mesh capability to find a route from island to island, and the overall scheme keeps the number of routes to a minimum, even when there are thousands of nodes which the gateway must communicate with.

Examining the details, notice that the packet 32 is initiated from the gateway. The destination address is not the final node it wants to speak to. Instead, the destination is the next island in the chain (0x0002):

```
Packet 32 Decode

IEEE 802.15.4
ZigBee NWK
  Frame Control: 0x0048
   Destination Address: 0x0002
   Source Address: 0x0351
   Radius = 5
   Sequence Number = 113
```

**Table 9.5: Island Controller Header from Island Gateway**

| Octets:1 | 2 x Variable | 2 | 2 | 1 | Variable |
|----------|--------------|---|---|---|----------|
| NumIslands | NextIsland | NwkAddr | ClusterId | EP | actual packet |
| 0x01 | 0x0001 | 0x0000 | 0x0006 | 0x08 | 0x01 0x42 0x02 |

```
ZigBee APS
   Frame Control: 0x00
   Destination Endpoint: 0x08
   Cluster Identifier: Reserved (0x15ad)
   Profile Identifier: HA (0x0104)
   Source Endpoint: 0x01
   Counter: 0xbf
ZigBee APS Data
   0000: 61 88 12 00 0f 02 00 51 03 48 00 02 00 51  a......Q.H...Q
   000e: 03 05 71 00 08 ad 15 04 01 01 bf 01 01 00  ..q..-...?...
   001c: 00 00 06 00 08 01 42 02                     ......B...
```

Pay attention also to the contents of the ZigBee APS Data portion of the frame in packet 32 highlighted above: It is an Island Controller frame header. Look at the Island Controller frame header below with the numbers plugged into the Island Controller Header table (see Table 9.5). As with all ZigBee communications, all 2-byte fields are little Endian.

At the next hop, packet 34, notice the NumIslands field has been reduced to 0. This means that the receiving node will be the last island in the chain.

```
Packet 34 Decode
IEEE 802.15.4
ZigBee NWK
   Frame Control: 0x0048
   Destination Address: 0x0001
   Source Address: 0x0002
   Radius = 10
   Sequence Number = 245
ZigBee APS
   Frame Control: 0x00
   Destination Endpoint: 0x08
   Cluster Identifier: Reserved (0x15ad)
   Profile Identifier: HA (0x0104)
   Source Endpoint: 0x08
   Counter: 0x6b
```

```
ZigBee APS Data
0000: 61 88 26 00 0f 01 00 02 00 48 00 01 00 02a.&......H....
000e: 00 0a f5 00 08 ad 15 04 01 08 6b 00 00 00..u..-...k...
001c: 06 00 08 01 42 02                      ....B...
```

And finally, with the last hop, notice that this looks like any other HA OnOffToggle command:

```
Packet 36 Decode

IEEE 802.15.4
ZigBee NWK
   Frame Control: 0x0048
   Destination Address: 0x0000
   Source Address: 0x0001
   Radius = 10
   Sequence Number = 93
ZigBee APS
   Frame Control: 0x00
   Destination Endpoint: 0x08
   Cluster Identifier: On/off (0x0006)
   Profile Identifier: HA (0x0104)
   Source Endpoint: 0x08
   Counter: 0xe7
ZigBee ZCL
   Frame Control: 0x01
   Transaction Sequence Number: 0x42
   Command Identifier: Toggle (0x02)
```

And voilà! The light toggles.

There are three images created in BeeKit for this project:

- IslandGateway (node 0x0351, project SrbZedIslandGateway.mcp)

- IslandController (nodes 0x0002, 0x0001, project SrbZrIslandController.mcp)

- Application (node 0x0000, project NcbZcHaOnOffLight.mcp)

The IslandGateway and Application use standard BeeKit templates. Only the IslandController contains any special source code. As discussed previously, the Island Controller implements a special cluster (0x15AD) and a special header for that cluster. The C code is pretty straightforward:

```
/* Island cluster ID, 0x15AD in little endian order */
#define gIslandCluster_c 0xAD15
```

```c
/* header for island hopping */
typedef struct islandHeader_tag
{
  uint8_t numIslands;
  zbNwkAddr_t nextIsland[1];
} islandHeader_t;

/* header for final destination node */
typedef struct islandFinalHeader_tag
{
  uint8_t numIslands;
  zbNwkAddr_t nwkAddr;
  zbClusterId_t clusterId;
  zbEndPoint_t endPoint;
  uint8_t aData[1];
} islandFinalHeader_t;
```

In C it is common for variable length fields to be listed as if they were an array of [1], such as nextIsland[1] above, which really represents the list of next islands, the number of which is defined by numIslands. The length of the aData[1] field is really indicated by the APSDE-DATA.indication asduLength field. The data indication is shown below:

```c
void BeeAppDataIndication
  (
  void
  )
{
  apsdeToAfMessage_t *pMsg;
  zbApsdeDataIndication_t *pIndication;
  zbStatus_t status;
  afToApsdeMessage_t *pMsgOut;
  islandHeader_t *pIslandHeader;
  islandFinalHeader_t *pFinalHeader;
  uint8_t *pAsdu;
  static afAddrInfo_t addrInfo;
  uint8_t iPayloadLen;

  while(MSG_Pending(&gAppDataIndicationQueue))
  {
    /* Get a message from a queue */
    pMsg = MSG_DeQueue(&gAppDataIndicationQueue);

    /* ask ZCL to handle the frame */
    pIndication = &(pMsg->msgData.dataIndication);

    /* sent to island cluster. Either send it on to next island,
    or directly to node. */
    if(IsEqual2BytesInt(pIndication->aClusterId,
```

```
gIslandCluster_c))
  {
  /* allocate a message for forwarding */
  pMsgOut = AF_MsgAlloc();
  if (!pMsgOut)
  {
    MSG_Free(pMsg); /* can't forward, no memory */
    continue;
  }

/* prepare message */
pAsdu = ((uint8_t *)pMsgOut + ApsmeGetAsduOffset());

/* set up default destination */
Set2Bytes(addrInfo.aClusterId, gIslandCluster_c);
addrInfo.dstAddrMode = gZbAddrMode16Bit_c;
addrInfo.radiusCounter = afDefaultRadius_c;
addrInfo.srcEndPoint = addrInfo.dstEndPoint = appEndPoint;
addrInfo.txOptions = gApsTxOptionNormal_c;
iPayloadLen = pIndication->asduLength;

/* more island hops to go? */
pIslandHeader = (void *)pIndication->pAsdu;
if(pIslandHeader->numIslands)
{
  /* decrement the count and copy in entire packet minus
    one island hop */
    pAsdu[0] = pIslandHeader->numIslands-1;
    FLib_MemCpy(pAsdu + sizeof(pIslandHeader->numIslands),
      &(pIslandHeader->nextIsland[1]),
      pIndication->asduLength-sizeof(islandHeader_t));

  /* send to next hop */
  Copy2Bytes(addrInfo.dstAddr.aNwkAddr,
    pIslandHeader->nextIsland[0]);

  /* payload has shrunk by 2 bytes */
  iPayloadLen -= szeof(zbNwkAddr_t);
}
/* send directly to application */
else
{
  /* send payload to final destination node */
  pFinalHeader = (void *)pIslandHeader;
  addrInfo.dstEndPoint = pFinalHeader->endPoint;
  Copy2Bytes(addrInfo.aClusterId, pFinalHeader->clusterId);
  Copy2Bytes(addrInfo.dstAddr.aNwkAddr,
    pFinalHeader->nwkAddr);
```

```
   /* copy in the data */
   iPayloadLen -= (sizeof(islandFinalHeader_t)-
sizeof(pFinalHeader->aData));
   FLib_MemCpy(pAsdu, pFinalHeader->aData, iPayloadLen);
}
/* send data on to next node in the island chain
  (which may be final node) */
  (void)AF_DataRequestNoCopy(&addrInfo, iPayloadLen,
     pMsgOut, NULL);
}
/* this is still a switch. Handle switch code */
else
{
  status = ZCL_InterpretFrame(pIndication);

  /* not handled by ZCL interface, handle cluster here… */
  if(status == gZclMfgSpecific_c)
    {
      /* insert manufacturer specific code here… */
    }
  }

  /* Free memory allocated by data indication */
  MSG_Free(pMsg);
  }
}
```

This application simply checks for the cluster ID 0x15AD. If it's any other cluster the data indication is passed to the ZigBee Cluster Library (ZCL) to handle. If the cluster is 0x15AD (the IslandController cluster) then the first field is checked to see whether the packet should be forwarded to the next island in the chain, or sent to the final destination.

The determination of whether it should be forwarded depends on whether there are any remaining islands in the chain, determined by this statement:

```
if(pIslandHeader->numIslands)
```

Notice that when forwarded to the next island, the number of islands remaining is decremented, and that island hop is removed:

```
pAsdu[0] = pIslandHeader->numIslands - 1;
```

As usual, the complete source code can be found on http://www.zigbookexamples.com.

The advantage of this "Island Controller" technique is that very few routes are needed to support very large networks (thousands of nodes) from a single gateway. The

disadvantage is that a human must plan the network and determine which nodes will be Island Controllers. Planning of this nature typically takes place in commercial buildings, in any case. Another disadvantage is that the receiving node can't tell who sent the packet, as the packet appears to come from the last Island Controller. Commissioning can make sure the data is sent to the proper gateway.

> Inbound traffic to a gateway requires only one route per hop.
>
> Outbound traffic from gateway requires many routes, Island Hopping, or ZigBee Pro.

## 9.3 Bandwidth and the Gateway

Okay, so now there are enough routes to communicate from the gateway to any node in the network and back again. But there is something else to consider besides just routes. Is there enough bandwidth?

2.4 GHz 802.15.4 radios communicate at 250 kbps (kilobits per second). This is considered the maximum bandwidth of any given radio. But all radios in a given vicinity share that same bandwidth, so don't expect applications to communicate at 250 kbps.

For determining average bandwidth available for applications, consider the following:

- Interferers

- Density of the network

- ZigBee protocol overhead

- Communication patterns

### 9.3.1 Interferers

All radios experience some form of interference. In fact, wireless often has a reputation as an unreliable medium, one which ZigBee spends much effort to correct. A basic rule of thumb is to assume that 50% of the bandwidth is taken up by interferers at any given moment in time. Of course, this formula is much too general to apply in all situations, but it provides a starting point for discussion.

One of the most common interferers is WiFi. WiFi is prevalent in many areas where ZigBee is installed, and will only get more so with time. By using CSMA-CA and retries, ZigBee is able to continue to communicate, even if the WiFi traffic is



WiFi™ speaks at less than 100% duty cycle

ZigBee uses CSMA-CA to speak during the quiet periods

**Figure 9.13: ZigBee and WiFi interference**

particularly heavy. Take a look at Figure 9.13. There are periods of silence, even when WiFi is communicating continually. ZigBee takes advantage of these silent periods to communicate or to retry packets. Tests conducted by the ZigBee Alliance had a 0% packet error rate, even with the ZigBee radio within one foot of the WiFi router! That's not to say that ZigBee didn't need to use its retry mechanism, but no packets were lost from an application perspective.

It is worth noting, however, that ZigBee did not test 802.11.n (only a/b and g). A copy of this white paper will be available on the ZigBee Web site (http://www.zigbee.org).

One of the other interesting things about WiFi and ZigBee is that usually WiFi channels 1, 6, or 11 are used, which means that many ZigBee channels will be free, given any single implementation of WiFi. As seen in Figure 9.14, ZigBee (802.15.4) channels 15, 20, 25, and 26 are always free from WiFi interference, regardless of which WiFi channel is used.



**Figure 9.14: ZigBee and WiFi Channels**

Many radio technologies, such as Bluetooth™, also share the 2.4 GHz space. Empirically, ZigBee has shown itself to be very robust in noisy RF environments. At trade shows I routinely see many wireless technology demos break or have trouble in the chaotic environment. Not so with ZigBee. The ZigBee demos just keep working.

Other common interferers are cordless telephones, microwave ovens (yes, microwaves operate in the 2.4 GHz band), and general RF noise. I'm told even sunspots can cause some interference. Modern microwave ovens are built to screen most of their RF interference. In fact, at San Juan Software, we use microwave ovens as a way of isolating ZigBee nodes. (Yes, we are careful not to turn the oven on while a ZigBee board is inside!)

> Assume 50% of the available bandwidth is used by interferers.

## 9.3.2   ZigBee Protocol Overhead

ZigBee consumes bandwidth to enhance reliability, extend network range, and to commission the network.

For example, the 802.15.4 MAC will retry up to three times (for a total of four transmissions) to send a message to the next hop. If ZigBee APS retries are used (one of the TxOptions on an APSDE-DATA.request), then ZigBee will retry up to three times as well, for a total of 16 possible transmissions of a single packet.

ZigBee uses unicasts to send data along a route, but every node in the vicinity of each hop can hear that unicast. It is rejected by all but the intended node, but the transmission still consumes bandwidth.

ZigBee broadcasts may repeat up to two times (a total of three times) and each node in the network or within the radius of that broadcast repeats it. Broadcasts can consume a lot of bandwidth. Most reasonably sized networks (100-plus nodes) can only handle about four to five broadcasts at any given time. Where practical, try to use unicasts, either mesh or along the tree, instead of broadcasts. Unicasts use far less resources in terms of bandwidth and RAM. But remember that commands like ZDP-NWK-ADDR.request *require* a broadcast. So does discovering a route. Likewise, groupcasts are a form of broadcast.

One of the most difficult times for ZigBee functioning is during commissioning. Many nodes are competing for the same resources, and applications tend to be a lot chattier during this period. Ideally, it is best to commission the network one device at a time. This

includes joining, as well as determining which of the various nodes any given node needs to speak with.

One thing that consumes bandwidth that is often forgotten is ZigBee End-Device polling. Sleeping (RxOnIdle = FALSE) ZEDs poll their parent to see if their parent is keeping any messages for them while they were asleep. This poll rate by default is often set up to something like two seconds, because that's a useful rate during commissioning. Set this poll rate to as long as possible. The Home Controls Stack Profile (stack profile 0x01) allows this poll rate to be as slow as once per hour. It's really up to what the application can bear. Remember, this does not affect the transmission rate of the device (the light switch can still send the on/off command immediately when switched), only the receiving rate. And most implementations poll for a message shortly after transmitting. Polling once every 6.5 seconds is a good poll rate because it matches well with the MAC purge rate.

> Use unicasts, not broadcasts (or groupcasts) where possible.
>
> Commission nodes one at a time.
>
> Reduce poll-rate for ZigBee End-Devices. Once every 6.5 seconds is a good poll rate.

### 9.3.3 Density of the Network

Too many ZigBee nodes in the same vicinity can interfere with each other. In a typical home, the ZigBee network may contain 50 to 100 nodes, all within hearing range of each other. In a commercial network, such as building automation, this number can be significantly higher. The bandwidth in any given vicinity is limited (only one node may be speaking at any given time) and is shared by all the nodes in that vicinity. Each node uses Carrier-Sense-Multiple-Access Channel-Assessment (CSMA-CA) before speaking, so there must be some silence between packets.

Network density is determined by the number of nodes that a given node can hear, based on the transmit power of the other nodes, and the receiving node's ability to hear those transmissions.

802.15.4, including ZigBee, requires from 1 to 4 milliseconds, depending on the size of the packet. Assuming a 50% duty cycle (which allows enough quiet time for CSMA-CA to work) this allows an average of about 250 packets per second. Because ZigBee is an acknowledged protocol, this is really a maximum of 125 application packets per second,

shared by all nodes. So if there are 50 nodes in the vicinity, this equates to two packets per second per node.

Remember, that some of this bandwidth will be taken up by other portions of the ZigBee protocol. For example, if a node in this or another part of the network is performing a route discovery, the packets are repeated three times by each router in the network. A group or multicast likewise eats up bandwidth. ZigBee end devices poll their parents for information, which also consumes bandwidth.

My rule of thumb is to allow 50% of the bandwidth average for ZigBee protocol overhead. So I don't write applications that send data any more frequently than one packet per second, on average. I also work to minimize over-the-air traffic wherever possible, keeping in mind the density of the network.

> Reduce network density, or reduce over-the-air traffic for a healthy network.

### 9.3.4 Communication Patterns

One of the aspects of bandwidth consumption that is often forgotten is communication pattern. Even if there is a very noisy RF channel (lots of bandwidth consumed by interferers), and a very dense network (hundreds of nodes in the vicinity), ZigBee applications can still continue to communicate reliably. How? They do this by reducing the traffic, and randomizing *when* the traffic occurs.

Consider this scenario. Perhaps 100 nodes must report their status to a data concentrator or gateway. If all of them attempt to communicate once every minute, once every hour, or even once every day, they can overload the ZigBee network should they try to communicate at the same time.

For the purposes of most applications, it is not necessary to specify the precise moment at which to transmit data; a measurement from anywhere during a specified interval is sufficient. For example, sending in a temperature reading can occur at any time within a given minute, for home or commercial building automation. The temperature won't change that rapidly even if the heating or cooling units come on right away.

Adding a little bit of randomization (called jitter) can go a long way toward helping an application be a team player in larger networks. ZigBee uses randomization in repeating broadcasts or sending unicast retries. The Smart Energy application profile, which monitors and regulates electrical power usage, contains a whole section (E.3.5) on randomization.

The following code shows what a random jitter in a temperature sensor application might look like:

```
void TimerCallback (tmrTimerID_t timerID)
{
  if(timerID == gTemperatureTimerId)
  {
  GetCurrentTemperature();       //read from temp sensor
  TransmitTemperatureReading(); //send reading to gateway
  StartRandomTemperatureReadingTimer();
  }
}

void StartRandomTemperatureReadingTimer(void)
{
  uint16_t randomJitter;
  randomJitter = 1000 * (50 + GetRandomRange(0, 20));
  TMR_StartSingleShotTimer(mTimer, randomJitter, TimerCallback);
}
```

This procedure tends to spread the messages out over time very well. Just a jitter of a few milliseconds can be enough to make even a large network function better.

Another way to help messages flow more smoothly in a ZigBee network is to combine data when possible. Take that same example of a temperature sensor. The sensor might take 10 or even 100 readings, average them, and then send out a single number at the end of a minute, rather than sending out many readings at shorter intervals. Or perhaps the application might only send a reading when the temperature has changed by five degrees, or after two minutes have passed, whichever comes first.

In another application I was involved with, battery-operated ZigBee nodes were worn by crew members on commercial ships as "man overboard" detectors. These nodes, called "tags," sent a message to the gateway once every two seconds to indicate that the node (that is, the person) was still on the network. If any node didn't check in, it could mean that the crew member was in the water. Even for very small networks (under 50 nodes) the system would sometimes overload and give false man overboard readings (no check-in) over a 24-hour period. The solution was to collate the incoming information on the receiving routers, and only send one message to the gateway for every 50 nodes. This greatly reduced the traffic, allowing the network to scale much higher (into the hundreds of nodes), while still allowing a very quick transmit rate (in ZigBee terms) from each of the battery-operated nodes.

> Reduce over-the-air traffic when possible.
>
> Use jitter to communicate in a more distributed pattern.

## 9.4 Custom Gateways

The ZigBee Serial Gateway Interface introduced in Section 9.1 works well if simply communicating ZigBee messages, but what if the gateway itself must have special functionality?

In this final example, I'll revisit controlling the iPod over ZigBee, this time with a PC interface to the iPod, as well as a remote control. In this example, an NCB is used for the gateway, which will show commands as they are sent to the iPod, and indicate volume on the LEDs (see Figure 9.15).

A PC program written in Visual Basic for .Net brings up an iPod image on the screen where the following can be controlled:

- Play/Pause
- Next Song
- Previous Song
- Volume Down
- Volume Up



**Figure 9.15: iPod Gateway**

As with most examples in this book, the channel selected is channel 25, PAN ID 0x0f00, if you wish to capture this with Daintree SNA.

The iPod can be controlled either by the remote or through the gateway. The whole thing is shown in the figure. It's interesting to note, this three-node example will work even in a full Home Automation network with any number of nodes, with just the following changes:

- The iPod Controller would need to be changed from the ZigBee Coordinator to an RxOnIdle ZED.

- The channel mask must be set to all channels (currently it's channel 25 only).

- The PAN ID must be set to 0xffff to allow joining any PAN.

If desired, enable NVM in BeeKit and export the properties again (not the project, or you'll overwrite the BeeApp.c), to remember the PAN settings after joining a network.

I won't show an over-the-air capture of this again, because it looks exactly the same as the capture in Chapter 4, "ZigBee Applications." The interesting part is how the PC application interfaces with the gateway.

To enable the gateway, I enabled the ZigBee Test Client (ZTC) in the project, just as I did when making the ZigBee Serial Gateway Interface. The way to extend ZTC is, as usual, through the use of a register call and a callback. Take a look at the code fragment below, found in BeeAppInit():

…
```
  /* indicate the app on the LCD */
  LCD_WriteString(2, "iPodGateway");
  /* register with ZTC */
  ZTC_RegisterAppInterfaceToTestClient(ReceiveZtcMessage);
```
…

A string is written to the LCD to indicate that this NCB board is an iPodGateway. Then the callback function, ReceiveZtcMessage() is registered with ZTC. In this way, any command that ZTC doesn't already know about will go here. The PC application takes advantage of this, and uses a special group ID (0x60) to indicate that this is an iPod command. Group IDs 0x80 and above are reserved for BeeStack.

The header information, in addition to the iPod over-the-air messages, includes a prototype for ReceiveZtcMessage(). Note the enum iPodRemoteCommand_t. This enum

has values for Play/Pause, Skip Forward, etc. We use the values from this enum to be
message IDs from the gateway. Recall when the ZigBee Serial Gateway Interface was
described earlier. The interface included both a Group ID and a Message ID. For
Play/Pause, that would be 0x60 0x00:

```
/* also used for Msg IDs */
typedef enum {
  gPlayPause_c = 0,
  gSkipForward_c,
  gSkipReverse_c,
  gVolumeDown_c,
  gVolumeUp_c,
  ButtonRelease_c
} iPodRemoteCommand_t;

/*
  iPod Request/Response Message
  field size value
  header 2 0xff 0x55
  length 1 size of mode + command + parameter
  mode 1 the mode the command is referring to
  command 2 the two byte command
  parameter 0..n optional parameter, depending on the command
  checksum 1 0x100-( (sum of all length/mode/command/parameter bytes)
  & 0xFF)
*/

uint8_t PlayPause[] = {0xFF, 0x55, 0x03, 0x02, 0x00, 0x01, 0xFA};
uint8_t SkipForward[] = {0xFF, 0x55, 0x03, 0x02, 0x00, 0x08, 0xF3};
uint8_t SkipReverse[] = {0xFF, 0x55, 0x03, 0x02, 0x00, 0x10, 0xEB};
uint8_t VolumeDown[] = {0xFF, 0x55, 0x03, 0x02, 0x00, 0x04, 0xF7};
uint8_t VolumeUp[] = {0xFF, 0x55, 0x03, 0x02, 0x00, 0x02, 0xF9};
uint8_t ButtonRelease[] = {0xFF, 0x55, 0x03, 0x02, 0x00, 0x00, 0xFB};

/* poor man's delay, assumes 16MHz */
#define DELAY_100US() { {uint8_t i = 200; do {} while(--i);} }

/* Group ID for ZTC interface */
#define gZtcGroupID_c  0x60

void SendiPodRemoteCommandOTA(iPodRemoteCommand_t cmd);
void ReceiveZtcMessage(ZTCMessage_t * pMsg);
```

The actual code to send to the iPod Controller is very simple. See SendiPodRemote
CommandOTA() below. (By the way, OTA stands for over-the-air.)

Notice that the destination is always the ZigBee Coordinator (node 0x0000). This code
is okay for an example in a book or a test in the lab, but would not be sufficient in a

commercial product. A commercial product would use correct binding to find the right services. The exception to this rule would be if all the nodes in the ZigBee network will be controlled by you or the OEM. In that case, a shortcut such as assuming that the iPod Controller is the ZC is perfectly acceptable. This saves over-the-air traffic, and keeps the application simple.

Also notice that the cluster used is not even specified here. The code simply picks the first cluster out of the application SimpleDescriptor's output cluster list. This allows the developer to change his or her mind about the cluster ID without having to change code. Simply adjust the cluster in BeeKit:

```
  /*****************************************************************
SendIpodRemoteCommand
 *
 *This function sends a simple remote control command to the ipode
 ******************************************************************/
 void SendiPodRemoteCommandOTA(iPodRemoteCommand_t cmd) {
   afAddrInfo_t addrInfo;
   uint8_t TransmitBuffer[1];

   /*copy iPod command to TransmitBuffer */
   TransmitBuffer[0] = cmd;

   /* set up address information */
   addrInfo.dstAddrMode = gZbAddrMode16Bit_c;
   /*Always send packet to coordinator*/
   /* should be updated to use binding */
   addrInfo.dstAddr.aNwkAddr[1] = 0x00;
   addrInfo.dstAddr.aNwkAddr[0] = 0x00;
   addrInfo.dstEndPoint = appEndPoint;
   addrInfo.srcEndPoint = appEndPoint;
   addrInfo.txOptions = gApsTxOptionNone_c;
   addrInfo.radiusCounter = afDefaultRadius_c;

   /* set up cluster */
   addrInfo.aClusterId[0] =
     endPointList[0].pEndpointDesc->pSimpleDesc
     ->pAppOutClusterList[0];
   addrInfo.aClusterId[1] =
     endPointList[0].pEndpointDesc->pSimpleDesc
   ->pAppOutClusterList[1];

   /* send the data request */
   (void)AF_DataRequest(&addrInfo, sizeof(TransmitBuffer),
     TransmitBuffer, NULL);
 }
```

```
  /**************************************************************
ReceiveZtcMessage
 *
 *Receive the ZTC message and send it over the air.
 ***********************************************************/
 void ReceiveZtcMessage
 (
    ZTCMessage_t* pMsg /* IN: message from ZTC/UART (Test Tool)*/
 )
 {
   uint8_t messageID;
   static const char *sziPodCmd[] =
   {
     "Play/Pause",
     "Skip Forward",
     "Skip Backward",
     "Volume Down",
     "Volume Up"
   };

   /* ignore invalid opcodes */
   if(pMsg->opCode != gZtcGroupID_c)
     return;

   /* display command on NCB screen */
   messageID = pMsg->opCodeId;
   LCD_WriteString(2, sziPodCmd[messageID]);

   /* determine which message to send to iPod Controller */
   SendIpodRemoteCommandOTA(messageID);
 }
```

The final function, ReceiveZtcMessage() actually takes the incoming serial message, which has already been validated by ZTC, and uses the Message ID as the command to be sent to the iPod Controller. The command is displayed on the LCD screen, so it's obvious which commands came through the gateway. ZTC will pass along any message it doesn't already understand.

Custom gateways are easy to create and extend through ZTC.

Binding is not necessary if the OEM controls all the nodes in the ZigBee network.

# ZigBee 2007 and ZigBee Pro

This appendix covers the features added to the new ZigBee 2007 specification.

## A.1    ZigBee 2006, 2007, and ZigBee Pro

ZigBee is really three, three, yes three stacks in one: ZigBee 2006, ZigBee 2007 (often called just ZigBee) and ZigBee Pro. Originally, there was also ZigBee 2004, but that stack is considered deprecated, and is no longer in use (except in legacy systems).

The three ZigBee stacks have more similarities than they do differences, and indeed they can join networks that were started with the other stacks. Some stack vendors offer only one, while others offer all three stacks with a choice at compile and/or run-time. When evaluating a stack or a stack vendor, be sure you know which stack configuration you are looking for. The three ZigBee stacks are compared in Table A.1.

Why choose one stack over the other? The simple answer is size, cost, Application Profile, and vendor.

When using 128 K flash parts or less, not much room is left over for an application using ZigBee Pro. This varies, of course, between vendors. On the other hand, if you are using a hardware platform with plenty of room, ZigBee Pro does have the most features and the highest security model. I suggest during evaluation that you build one of the sample applications to see how much ROM (flash) and RAM is taken up by the ZigBee stack on a particular platform. You can also ask the vendor for a map file (the output of the compile/link process), which will show the size of the stack vs. the application.

## Table A.1:  ZigBee Stacks Compared

| Feature | ZigBee 2006 | ZigBee 2007 | ZigBee Pro |
|---|---|---|---|
| Size in ROM/RAM | Smallest | Small | Bigger |
| Stack Profile | 0x01 | 0x01 | 0x02 |
| Maximum hops | 10 | 10 | 30 |
| Maximum nodes in network | 31,101 | 31,101 | 65,540 |
| Mesh networking | ✓ | ✓ | ✓ |
| Broadcasting | ✓ | ✓ | ✓ |
| Tree routing | ✓ | ✓ | – |
| Frequency Agility | – | ✓ | ✓ |
| Bandwidth Used By Protocol | Least | More | Most |
| Fragmentation | – | ✓ | ✓ |
| Multicasting | – | – | ✓ |
| Source routing | – | – | ✓ |
| Symmetric Links | – | – | ✓ |
| Standard Security (AES 128 bit) | ✓ | ✓ | ✓ |
| High Security (SKKE) | – | – | ✓ |

If cost is a significant factor in your product, you may be better off using ZigBee 2007 or ZigBee 2006. These are the smallest of the stacks, and so a less expensive part with less RAM and less Flash memory may be used.

Some Application Profiles require link-keys, or fragmentation. If so, the OEM must choose a stack profile that supports the feature. For example, Smart Energy (formerly Automatic Metering) requires fragmentation. Only ZigBee 2007 and ZigBee Pro support this feature, so ZigBee 2006 is not an option if the OEM is making an automatic meter or energy service portal.

The final factor is your choice of vendor. We all have our favorite vendors. Perhaps we have worked with their parts for years, and so we trust them. Perhaps we already have the necessary tools, or they have a really great support rep. Perhaps their part meets our hardware requirements in voltage range, supply availability, etc., better than the one from the other vendors. Whatever the reason, we all have vendors we prefer. Sometimes that's good enough. Any vendor that offers a certified stack is likely to have a good product. If the particular vendor does not offer a ZigBee certified stack, well, I would simply consider that product a proprietary solution.

## A.2 Stochastic Addressing

Address assignment in stack profile 0x02 is very different than in stack profile 0x01. The artificial number-of-hop-limitation imposed by the tree/Cskip address assignment scheme was deemed too restricting for ZigBee Pro networks, so a new address scheme was chosen: Stochastic Addressing.

The algorithm is simple. The parent of a joining node picks a random address for the joining child. When the child joins, a device announce is broadcast across the network, and if a conflict is detected, the conflict detection notification is broadcast back. Then the process is attempted again.

The statistics for collisions are the same as for hashing tables, and for the Birthday Problem. The address space is 64 K. The probability of a pair of nodes choosing the same address reaches 50% at around 300 nodes, and 99% at 777 nodes, so you're pretty much guaranteed a conflict within about 800 nodes or so. That's alright. ZigBee will take care of the conflict using the address conflict resolution procedure. A good explanation of this effect can be found on Wikipedia. Look up the "Birthday Paradox."

For sleepy children, the parent will take care of the address conflict resolution, and will send a rejoin response to the child (just as if the child had asked to rejoin to a new parent), but with the new (and hopefully non-conflicting) address. All devices that are awake (RxOnIdle = TRUE) will take care of the address conflict themselves.

Generally, address conflicts are rare. They occur only when a node joins (or rejoins) a network, because nodes keep their addresses for their entire life on the network. When conflicts do occur, the address conflict resolution takes care of the problem fairly quickly.

The biggest issue is the number of potential broadcasts in the system. This means that every joining node must broadcast at least once. There is the potential for another broadcast or two detecting an address conflict, with another broadcast resolving it. So plan for the worst case: four broadcasts every time a node joins (or rejoins) the network.

Another common way to assign addresses in ZigBee Pro that circumvents the address conflict altogether is to choose unique addresses ahead of time, with a commissioning tool. That way, all addresses are unique by design. See Chapter 8, "Commissioning ZigBee Networks," for more on commissioning.

# A.3    Source Routing

Mesh routing is a great method for distributed, ad-hoc routing. One of its weaknesses is that routes require tables in each node. This is not a problem if the device has sufficient RAM, but in ZigBee devices, RAM is often very precious.

A routing table entry is pretty small: six bytes per route in most implementations. If a given router needs to keep track of 50, or even 100 routes, that's not too bad in a device with 4 K RAM. But what if a node needs to keep track of 1,000 routes? As 1,000 routes times 6 bytes equals 6,000 bytes, it suddenly becomes problematic.

In ZigBee, this problem usually only comes into play with gateways (sometimes called data concentrators). Most normal communication occurs between devices that are fairly near, so the distributed route scheme works really well.

But consider the gateway. For example, say that ZigBee devices in hotel rooms need to send status information continuously back to some back-end service, so that the hotel management can better supervise the cleaning staff, monitor energy, and determine room occupancy. (By the way, there are a number of ZigBee installations in hotels around the world.)

As shown in Figure A.1, many nodes might be sending data into the gateway. This is not a problem for ZigBee mesh routes, as there is only one route table entry in each node to the single destination, the gateway. Remember, routes in ZigBee only store the next hop to the final destination in each node, so even if 2,000 different nodes are all routing to the gateway, only one entry is needed to find that single destination. If the gateway (the large node at the top) was NwkAddr 0x1111, then every router in the network need only use one routing table entry inbound to find the next hop toward node 0x1111.



**Figure A.1: Source Routing Solves the Gateway Problem**

The problem comes in if the gateway needs to communicate back to every node in the network, outbound. Now there are many routes required, because there are many destinations. If the gateway needs to communicate with 2,000 nodes, there needs to be 2,000 routes in the gateway, and something close to that in the routers near the gateway. This can simply require too much memory for a typical ZigBee device.

ZigBee source routing solves this problem. What ZigBee source routing does is make the assumption that the gateway (or data concentrator) has plenty of memory and can store the entire route (each hop) to all those 2,000 destination nodes.

The basic procedure for setting up source routing is this:

1.  The gateway (concentrator) broadcasts a many-to-one route request out to a certain radius (limited to five in ZigBee Pro).

2.  All the routers that hear the many-to-one route request record the shortest path to the gateway with a route table entry. Effectively, this means all routers within a certain radius now have a route back to the gateway.

3.  When a device initiates a unicast to the gateway, the routing table entry is checked, and if this is the first time, the device will initiate a route record command to record all the hops to the gateway.

4.  The gateway receives the route record command prior to receiving the data indication.

5.  Now anytime the gateway needs to communicate to the device, it can send the unicast with source routing enabled.

For example, assume node "A" is a gateway. It sends out a many-to-one route request, radius 5. This many-to-one route request reaches all nodes within this radius, in particular, node "E" which now has a route back to node "A":

$$E \rightarrow D \rightarrow C \rightarrow B \rightarrow A$$

Now "E" communicates something to "A," unicast. Because this is the first time "E" has spoken to "A," some bits in the route entry indicate "E" should send a NWK route record command prior to sending the data. The application doesn't need to do anything special, as the route record occurs automatically within the NWK layer of the ZigBee stack.

**Format of Individual Frame Types**

NWK data frame format with source routing

| Octets:2 | 2 | 2 | 1 | 1 | 1 | 1 | 2-n | Variable |
|---|---|---|---|---|---|---|---|---|
| Frame Control | DstAddr | SrcAddr | Radius | Seq. number | Relay Cnt | Relay Idx | Relay List | Data payload |
| | Routing fields | | | | | | | |
| NWK header | | | | | | | | NWK payload |

Figure A.2: Source Routing Frame

The NWK route record command records the route along the way, which results in a route record indication at the gateway. Now, the gateway knows the route back to node "E."

$$A \rightarrow B \rightarrow C \rightarrow D \rightarrow E$$

When the gateway transmits data to node "E," it will indicate a source route in the data request. As usual, ZigBee specifies the exact over-the-air form of a source routed data request. A bit in the NWK frame control field indicates the packet is source-routed. The term "relay" merely refers to the intermediate nodes between the gateway and the destination node (see Figure A.2). They are in the same order as recorded with the route record command, and the index just indicates the "next-hop."

The API is less clear. It is assumed that if a gateway is sending to a device and it already has a source route from a NWK route record command, then it will use the source route. Some vendors may offer the option at the gateway to use source routing or not, or to detect whether it has a source route to the desired destination node.

Note that there can be multiple gateways. It's perfectly reasonable to have four or five gateways in a network, and for nodes to use the nearest one for communicating to the outside world. This decision really lies with the application. Many-to-one and source routing are only available in stack profile 0x02 (ZigBee Pro).

# A.4    Multicast

Multicasting is a form of broadcasting. Like broadcasting, multicasting allows a single node to transmit packets to many nodes using a single APSDE-DATA.request. Unlike



**Figure A.3: Multicast Groups Can Be Disconnected Shapes**

broadcasting, multicasting is not limited to a circular radius. Multicasting can be any shape.

Multicast accomplishes this by not decrementing the radius as long as a repeating node is part of the multicast group.

Another field, called the non-member radius, helps with disconnected multicast groups. This field indicates how far the broadcast will travel beyond nodes that are in the group. The group can then be disjointed (not connected), as shown in Figure A.3, while still working with the multicast.

The apsNonmemberRadius field was originally called multicast fuzz, but clearer heads with less of a sense of humor renamed the field.

The nodes in black with a gray background are in the multicast group, while the other nodes are not. Only nodes in the group repeat the broadcast, so if the apsNonmemberRadius is set to 0 or 1, a multicast initiated in the set of nodes in the shape at the left would not reach the nodes in the shape at the right. But, if the apsNonmemberRadius was set to 2 or more, the multicast could span the disconnected group and would be received and repeated by nodes in both disconnected shapes.

Essentially, consider a multicast to be a more efficient broadcast. Also, the multicast, like a groupcast, only goes to those application endpoints that are members of the group.

These groups are the same groups shared by the APS layer, so commands such as the APSME-ADD-GROUP.request work with these groups (see Chapter 4, "ZigBee Applications"). The over-the-air ZigBee Cluster Library group commands (see Chapter 6, "The ZigBee Cluster Library") also work with multicast groups. Multicasting is only available in stack profile 0x02 (ZigBee Pro).

## A.5   Frequency Agility

Frequency Agility refers to the ability of ZigBee to change physical channels after the network has started. Don't think of it as frequency hopping, such as what Bluetooth™ does, where the channel constantly changes. In 802.15.4, the need to change frequencies (channels) due to interference is rare. The O-QPSK mechanism just doesn't run into the same interference problems as other radio technologies, and the retry mechanisms built into ZigBee resolve most other interference issues.

Instead, ZigBee Frequency Agility concentrates on the rare channel change. The channel change might be needed due to regulations. For example, some hospitals do not permit interferers on the same frequency as their WiFi™ networks, so if a new WiFi network were installed, the existing ZigBee network might need to be set to a different, non-overlapping channel. It's possible that one channel is particularly noisy. Perhaps a channel is suddenly experiencing significant RF noise from new machinery, forcing significant numbers of retries, and slowing the response time of the ZigBee nodes.

It's interesting to note that the ZigBee Alliance could not cause enough interference to actually force a channel change with WiFi and microwave interferers. Multiple WiFi networks were set going, downloading movies, and using up as much bandwidth as possible over the same RF frequencies as ZigBee. Microwave ovens were turned on near the ZigBee nodes, and ZigBee just didn't fail. Sure, there were a few more retries, but understand that it can be difficult to generate enough RF noise to stop ZigBee. There is a ZigBee whitepaper on this topic.

The basics of Frequency Agility are this:

- The routers keep track of failure counts.
- If the failure count exceeds a threshold (25% of messages fail, when the message count is 20 or greater), then the router scans its set of channels and reports the interference on the channels to the channel master (sometimes called network manager).
- The routers will only do this a maximum of four times per hour, so as not to flood the network with reports.
- If the channel master decides to change channel (due to enough reports or another reason, such as the user desiring a channel change), it issues a Mgmt_NWK_Update_req to indicate the channel change.

- Sleepy end devices, if they lose track of their parents, will automatically scan the channels if they can't find a parent on the current channel, and will look for them on the other channels in their apsChannelMask. This is done because it's possible the sleepy ZEDs will miss a channel-change command.

- Wakeful nodes (routers and RxOnIdle = TRUE end-devices) that don't receive the Mgmt_NWK_Update_req will look for the network on one of the other channels, if they reach their error threshold and can't communicate with the channel master after a certain period of time. In doing so they make the assumption that interference is too high to communicate on the current channel.

The Mgmt_NWK_Update_req can also set the *apsChannelMask* over-the-air, the set of channels to be used when changing channels automatically. The command below is instructing the network to change to channel 14.

```
Seq    Channel      NWK Dest     Packet Type
-----------------------------------------------------
45     11           0xfffd       ZDP:MgmtNwkUpdateReq

Frame 45 (Length = 34 bytes)
IEEE 802.15.4
ZigBee NWK
  Frame Control: 0x0048
  Destination Address: 0xfffd
  Source Address: 0x0000
  Radius = 10
  Sequence Number = 8
ZigBee APS
  Frame Control: 0x08
  Destination Endpoint: 0x00
  Cluster Identifier: MgmtNwkUpdateReq (0x0038)
  Profile Identifier: ZDP (0x0000)
  Source Endpoint: 0x00
  Counter: 0x4b
ZigBee ZDO
  Transaction Seq Number: 0x06
  Mgmt Network Update Request
    Channel Mask: 0x00004000 (channel 14)
    Reserved: 0x00
    Scan Duration: Channel Change Request (0xfe)
    Network Update Id: 0x01
```

The channel change can happen fairly quickly if all goes well. The nodes receive the command, and after they are done rebroadcasting it (about 500 to 800 ms), they may switch channels. This can propagate across a large network (perhaps 2,000 nodes) on the

order of about 10 seconds or so. But if things don't go well (if a router misses the three broadcast retries due to interference, perhaps), then it can take some time for those nodes to switch channels.

It is completely up to the policy of the channel master (aka network manager) to decide when to switch channels. The usual case is when a network administrator decides to change channels based on reports. Only those networks that will be completely unattended by a human should be considered for automatic channel change.

Frequency Agility is available both in ZigBee 2007 (stack profile 0x01) and ZigBee Pro (stack profile 0x02).

## A.6    Fragmentation

The 802.15.4 PHY is 127 octets (bytes) in length. After protocol and security overhead is taken into account, the application payload ranges between 72 to 100 bytes.

Sometimes applications want to send more data than this as a single unit. Perhaps the application has collected a set of sensor or logged data, and wants to communicate it all at once. Perhaps even a new code image is being sent over-the-air.

The application could split up the data itself, taking into account that the data may arrive out of order, and require reassembling on the other end. Or the application can let ZigBee do it, using an optional feature called Fragmentation (see Figure A.4).

ZigBee fragmentation takes care of all the details, making sure the packets are reassembled in correct order and checking that the fragmented packet was received in its entirety, complete with end-to-end retries and acknowledgment. The application has control over the following fragmentation parameters:

- blockSize
- apsInterframeDelay
- apscMaxWindowSize



**Figure A.4: Fragmented Packets Are Split into Pieces and Reassembled**

The packet is split up into a set of fragments (called blocks). The size of each fragmented block may be up to the maximum size available to APSDE-DATA.request(), which depends on the current security parameters and transmission options. If no security is used, the block size can be up to 98 bytes, which results in a full 127-byte PHY packet. In the Freescale solution, a call to ApsmeGetMaxAsduLength() will return this maximum length.

The apsInterframeDelay determines how much time passes between blocks within a window. The apscMaxWindowSize defines how many blocks are sent before an end-to-end acknowledgment is expected.

But here is a word of warning! I can't tell you how many times this has caught me: thinking that the ZigBee stack was malfunctioning, only to find it was user error. Make sure the window size is the same on both the sending and receiving nodes! Yes, it's listed as a constant, but if you compile the constant as window size 1 on one set of nodes, and window size 3 on another set of nodes, the resulting ACK chaos results in a failed, fragmented transmission every time. I wish ZigBee had sent the window size over-the-air along with the first packet, as it does for block size … (Sigh). There is room in the fragmentation header for window size … Perhaps in some future version.

Note that the window size is irrelevant for the nodes between (routers). Only the nodes at either end need to agree on this parameter. In the fragmented data request shown in Figure A.5, the window size has been set to 3 (that is, 3 blocks in a window



**Figure A.5: A Fragmented Transmission**

before an ACK is expected). The FragACK indicates to the sender which blocks in the window were received. The sender will resend any missed blocks. The interframe delay determines the time between blocks. Unless this application "owns" the network set this value to 100 ms or so, so that the network has time to process packets while a large, fragmented packet is being sent.

The APSDE-DATA.confirm is not returned until the sending application has received acknowledgment that all blocks were delivered to the receiving application, unless the transmission failed because of too many retries. The APSDE-DATA.indication on the receiving end will only be sent up to the application after the entire set of blocks has been received.

Note that fragmentation is only available in unicast. Due to the automatic retry and acknowledgment mechanism, fragmented packets cannot be broadcast, groupcast, or multicast.

Fragmentation is available both in ZigBee 2007 (stack profile 0x01) and ZigBee Pro (stack profile 0x02).

## A.7    Symmetric Routes and Link Status

In ZigBee 2006 and ZigBee 2007, all routes are unidirectional. That is, if node "A" discovers a route to node "B," and node "B" wants to reply, it requires two route discoveries: "A" to "B," and "B" to "A."

Not so with ZigBee Pro. ZigBee Pro automatically sets up routes in both directions, assuming the nodes will communicate bidirectionally. A single route request causes a route entry to be entered both forward and backward.

As part of this process, ZigBee Pro keeps track of route symmetry by using link status commands. Every 15 seconds (plus some jitter time, defined by the NIB field nwkLinkStatusPeriod) a router will send out a radius 1 broadcast to indicate link status. All the neighboring routers keep track of these messages to determine which routers can hear them and which routers they can hear.

What does this mean to your application? ZigBee Pro networks consume more bandwidth for the network protocol, leaving less for your application. However, they do prevent that "asymmetric link" problem where one node can shout really loudly, but can't hear its neighbors.



**Figure A.6: Routes are Symmetrical in ZigBee Pro**

Link Status commands and symmetrical links are available in ZigBee Pro (stack profile 0x02) only (see Figure A.6).

## A.8   Link Keys, SKKE, and High Security

One very interesting feature added to ZigBee Pro is High Security.

The ZigBee Standard Security model is very secure, using AES 128-bit encryption and authentication, but it has a very important rule: All nodes on the network trust each other.

With ZigBee High Security, the model still uses AES 128-bit encryption and authentication, but the rule is very different: Only the applications that are specifically designed to talk together trust each other.

As an analogy, think of your house versus a hotel. In your house, you trust everyone. You don't expect family members or friends to steal the best china. Now think of a hotel. Although many people are in the same building, only some of them trust each other. You may trust the front desk clerk to provide you with a new room key, and to take your credit card. You may trust others that are staying in the same hotel to come into your room, perhaps other members of your family, but the trust certainly doesn't extend to everyone in the hotel.

The way in which ZigBee accomplishes the higher-trust model involves a number of mechanisms. One of them involves significantly more interaction with the Trust Center. In the Standard Security model, the trust center is used to allow or refuse a node on the network, with only the MAC address for information. In the High Security model, the node must establish an authentication sequence.

In Standard Security, the network can (optionally) be set up so the network key is given to the application in the clear from the node's parent. Not so with High Security. Transactions are always secured.



**Figure A.7: Link Keys Establish Private Information Between Applications**

When a High Security application wishes to speak with another application, it establishes a Link Key with that other application. The link key is used so that no other nodes on the network can listen in to that conversation. In the Smart Energy profile, multiple customers (with sensitive customer data) are on the same ZigBee network. The public utility companies want to be *very sure* customer A won't be able to read customer B's data.

This link key is negotiated using ephemeral data. The Trust Center is used as part of this process, using a special (essential link) key that only a given node and the Trust Center know. At the completion of the process, the two nodes now share a private key (the link key) that only they know, as shown in Figure A.7.

The only trusted node in the entire network is the Trust Center. All other nodes are treated with suspicion. It's no longer enough merely to have the network key.

So what does the application need to do to be able to use this high level of security? Very little, in fact. Two bits in the TxOptions field of the APSDE-DATA.request determine what type of security is applied:

```
TxOptions
0x01 = Security enabled transmission
0x02 = Use NWK key
```

| MAC HDR | NWK HDR | NWK AUX HDR | APS HDR | APS AUX HDR | Payload | APS AUX MIC | NWK AUX MIC | FCS |
|---------|---------|-------------|---------|-------------|---------|-------------|-------------|-----|

**Figure A.8: With Link Keys, the Frame Is Secured Twice**

| MAC HDR | NWK HDR | NWK AUX HDR | APS HDR | Payload | NWK AUX MIC | FCS |
|---------|---------|-------------|---------|---------|-------------|-----|

**Figure A.9: Without Link Keys, the Frame Is Secured Once**

If both options are false, only the NWK key is used, just as in Standard Security. If bit 0 (value 0x01) is set, it means that a link key needs to be established for the two nodes (if it hasn't been established already). If Bit 1 (value 0x02) is set, then the network key will be used instead of a link key for the APS key.

If either bit is set, then the APS frame will be secured in addition to the network frame. Yes, that does mean the packet is secured twice: the APS data is secured with the link key, then the NWK payload is secured with the NWK key. The over-the-air frame will have an APS AUX header and MIC, in addition to the NWK AUX header and MIC, as seen in Figure A.8.

The only use I've found for security with the network frame is if the application is out of memory and can't establish a link key. If the data is just not sensitive, and can be known by all nodes on the network, don't bother to secure APS at all.

If only the network key is used (as it is in Standard Security, or with both security options off), then only the NWK payload is secured (see Figure A.9).

Remember, that the entire frame is *always* authenticated, that is, no modified, false, or repeated data will be accepted by the receiving ZigBee nodes.

> ZigBee 2007 includes fragmentation and frequency agility.
>
> ZigBee Pro includes multicast, source routing, symmetric routes, and High Security.
>
> Use ZigBee 2007 for a smaller image.
>
> Use ZigBee Pro for more features.

# *ZigBee Quick Reference*

This chapter is a quick reference for the ZigBee architecture and commands. For a more detailed explanation, see the main body of this book. This quick reference focuses on primitives available to the application, not the entire ZigBee specification.

## B.1    The ZigBee Architecture

You've seen the architecture diagram shown in Figure B.1 many times. It's repeated here for convenience.

The next sections provide a quick reference to the portions of ZigBee an application interacts with directly: the APS and ZDO/ZDP layers.

## B.2    APS Commands

The Application Support Sub-layer (APS) provides the application interface to the network data services and various application services. See Chapter 4, "ZigBee Applications," for more details.

Table B.1 lists the commands and primitives supported by ZigBee 2007 and ZigBee Pro. The primitives, parameters, or options in the description in *italics* are for ZigBee Pro only.

## B.3    ZDP Commands

The ZigBee Device Profile (ZDP) is an application on endpoint 0 supporting over-the-air commands to get and set a variety of information regarding ZigBee nodes and applications. See Chapter 5, "ZigBee, ZDO, and ZDP," for details.



**Figure B.1: The ZigBee Architecture**

I have purposefully left out the discovery cache commands. There is discussion within the ZigBee Alliance of deprecating this set of commands altogether, as they are not used in the industry.

The Mode field describes whether or not the request should be unicast, and whether it is optional or mandatory on the server or client side. U = unicast only, B = broadcast only, E = either unicast or broadcast, M = mandatory, O = optional. For example, a ZDP command that should be unicast, is only mandatory on the server side, but optional on the client side would be the UMO. The mode field does not apply to responses.

If a response is warranted, it is always returned unicast to the node requesting the information.

All commands shown in Table B.2 operate in the same way on ZigBee 2007 or Pro.

**Table B.1:  APS Primitives**

| Primitive | Parameters | Description |
|---|---|---|
| **APSDE-DATA.request** | DstAddrMode, DstAddress, DstEndpoint, ProfileID, ClusterID, SrcEndpoint, asduLength, asdu, TxOptions, RadiusCounter | Send data from one node to one or more others.<br><br>DstAddrMode =<br>0 = use binding table<br>1 = groupcast, *multicast(pro)*<br>2 = direct 16, broadcast (0xfffc = ZR, 0xfffd = RxOnIdle, 0xffff = all)<br>3 = direct 64 (MAC address)<br><br>TxOptions =<br>1 = Security enabled at APS<br>2 = Use NWK key for APS key<br>4 = APS end-to-end ACK<br>8 = Fragmented (ACK implied) |
| **APSDE-DATA.confirm** | DstAddrMode, DstAddress, DstEndpoint, SrcEndpoint, Status, TxTime | Results of a data request.<br><br>The confirm is not sent until a route is discovered and the packet is out of the radio to the next hop. The confirm indicates end-to-end acknowledgment if APS ACK is enabled.<br><br>Status = SUCCESS, NO_SHORT_ADDRESS, NO_BOUND_DEVICE, SECURITY_FAIL, NO_ACK, ASDU_TOO_LONG |
| **APSDE-DATA.indication** | DstAddrMode, DstAddress, DstEndpoint, SrcAddrMode, SrcAddress, SrcEndpoint, ProfileID, ClusterID, asduLength, asdu, Status, SecurityStatus, LinkQuality, RxTime | Data has been received from another node.<br><br>DstAddrMode =<br>1 = groupcast or *multicast (pro)*<br>2 = unicast or broadcast<br><br>Status indicates if security or fragmentation failed.<br><br>SecurityStatus indicates which key was used to secure the asdu. |

*(continued)*

**Table B.1:** *continued*

| Primitive | Parameters | Description |
|---|---|---|
| **APSME-BIND.request** | SrcAddr, SrcEndpoint, ClusterID, DstAddrMode, DstAddr, DstEndpoint | Binds a local endpoint to a remote node/endpoint or group. <br><br> DstAddrMode = <br> 1 = groupcast, *multicast(pro)* <br> 3 = direct 64 (MAC address) <br><br> Confirm Status = SUCCESS, ILLEGAL_REQUEST, TABLE_FULL or NOT_SUPPORTED |
| **APSME-UNBIND.request** | SrcAddr, SrcEndpoint, ClusterID, DstAddrMode, DstAddr, DstEndpoint | Clears a local binding table entry. <br><br> DstAddrMode = <br> 1 = groupcast, *multicast(pro)* <br> 3 = direct 64 (MAC address) <br><br> Confirm Status = SUCCESS, ILLEGAL_REQUEST, INVALID_BINDING or NOT_SUPPORTED |
| **APSME-GET.request** | AIB_Attribute | Get a local APS Information Base attribute. <br><br> Confirm Status = SUCCESS, INVALID_PARAMETER, UNSUPPORTED_ATTRIBUTE |
| **APSME-SET.request** | AIB_Attribute, AIB_AttrLength, AIB_AttrValue | Set a local APS Information Base attribute. <br><br> Confirm Status = SUCCESS, INVALID_PARAMETER, UNSUPPORTED_ATTRIBUTE |
| **APSME-ADD-GROUP.request** | GroupAddress, Endpoint | Adds a local endpoint to a group. <br><br> Confirm Status = SUCCESS, INVALID_PARAMETER, TABLE_FULL |
| **APSME-REMOVE-GROUP.request** | GroupAddress, Endpoint | Removes a local endpoint from a group. <br><br> Confirm Status = SUCCESS, INVALID_PARAMETER, INVALID_GROUP |
| **APSME-REMOVE-ALL-GROUPS.request** | Endpoint | Removes a local endpoint from all groups. <br><br> Confirm Status = SUCCESS, INVALID_PARAMETER |

**Table B.2: ZDP Commands and Responses**

| Primitive | Mode | Parameters | Description |
|---|---|---|---|
| **NWK_addr_req** | BMO | IEEEAddress, RequestType, StartIndex | From an IEEEAddress, find the 16-bit NwkAddr.<br><br>RequestType =<br>0 = the device only<br>1 = the device and its children |
| **NWK_addr_rsp** | | Status, IEEEAddress, NwkAddress, [NumDevices], [StartIndex] | Results of a NWK_Addr_req. Status = SUCCESS, INV_REQUESTTYPE NumDevices and StartIndex only present if RequestType 1. |
| **IEEE_addr_req** | UMO | NwkAddress, RequestType, StartIndex | From a NwkAddress, find the IEEEAddress.<br><br>RequestType =<br>0 = the device only<br>1 = the device and its children |
| **IEEE_addr_rsp** | | Status, IEEEAddress, NwkAddress, [NumDevices], [StartIndex] | Results of an IEEE_Addr_req. Status = SUCCESS, INV_REQUESTTYPE NumDevices and StartIndex only present if RequestType 1. |
| **Node_Desc_req** | UMO | NwkAddrOfInterest | Request a node descriptor. |
| **Node_Desc_rsp** | | Status, NwkAddrOfInterest, NodeDescriptor | Status = SUCCESS (cannot fail) |
| **Power_Desc_req** | UMO | NwkAddrOfInterest | Request a power descriptor. |
| **Power_Desc_rsp** | | Status, NwkAddrOfInterest, PowerDescriptor | Status = SUCCESS (cannot fail) |
| **Simple_Desc_req** | UMO | Status, NwkAddrOfInterest, Endpoint | Request a simple descriptor from a remote node and endpoint. |
| **Simple_Desc_rsp** | | Status, NwkAddrOfInterest, Length, SimpleDescriptor | Status = SUCCESS, INVALID_EP, NOT_ACTIVE |
| **Active_EP_req** | UMO | NwkAddrOfInterest | Request a list of active endpoints from a remote node. |

(*continued*)

**Table B.2:** *continued*

| Primitive | Mode | Parameters | Description |
|---|---|---|---|
| Active_EP_rsp | | Status, NwkAddrOfInterest, ActiveEPCount, ActiveEPList | Lists all active endpoints. Status = SUCCESS (cannot fail) |
| Match-Desc_req | EMO | NwkAddrOfInterest, ProfileID, NumInClusters, InClusterList, NumOutClusters, OutClusterList | Look for remote endpoints that match the profile and cluster list. |
| Match-Desc_rsp | | Status, NwkAddrOfInterest, NumMatchingEPs, MatchEPList | Lists each matching endpoint. Status = SUCCESS (cannot fail). |
| Complex_Desc_req | UOO | NwkAddrOfInterest | Request a complex descriptor. |
| Complex_Desc_rsp | | Status, NwkAddrOfInterest, Length, ComplexDescriptor | Status = SUCCESS, NOT_SUPPORTED |
| User_Desc_req | UOO | NwkAddrOfInterest | Request a user descriptor. |
| User_Desc_rsp | | Status, NwkAddrOfInterest, Length,UserDescriptor | Status = SUCCESS, NOT_SUPPORTED |
| Device_annce | BMM | NwkAddress, IEEEAddress, Capability | Indicate to the network that a node has changed NwkAddr or capability information. |
| | | | No response to Device_annce |
| User_Desc_set | UOO | NwkAddrOfInterest, Length, UserDescriptor | Set the contents of a remote user descriptor. |
| User_Desc_rsp | | Status, NwkAddrOfInterest | Status = SUCCESS, NOT_SUPPORTED |
| System_Server_ Discovery_req | BMO | ServerMask | Find one of the system server nodes. ServerMask = 0x01 = primary trust center 0x40 = network manager |

**Table B.2:** *continued*

| Primitive | Mode | Parameters | Description |
|-----------|------|------------|-------------|
| System_Server_ Discovery_rsp | | Status, ServerMask | Mask indicates which server was found. Multiple responses may be returned, depending on request. |
| Extended_Simple_ Desc_req | UOO | NwkAddrOfInterest, Endpoint, StartIndex | Request a large simple descriptor from a remote node and endpoint. |
| Extended_Simple_ Desc_rsp | | Status, NwkAddrOfInterest, Endpoint, InClusterCount, OutClusterCount, StartIndex ClusterList | Status = SUCCESS, INVALID_EP, OT_SUPPORTED  ClusterList starts at StartIndex. |
| Extended_Active_EP_ req | UOO | NwkAddrOfInterest, StartIndex | Request a large list of active endpoints from a remote node. |
| Extended_Active_ EP_rsp | | Status, NwkAddrOfInterest, ActiveEPCount, StartIndex, ActiveEPList | Status = SUCCESS, INVALID_EP, NOT_SUPPORTED ActiveEPList starts at StartIndex. |
| End_Device_Bind_req | UMO | SrcNwkAddr, SrcIEEEAddr, SrcEndpoint, ProfileID, NumInClusters, InClusterList, NumOutClusters, OutClusterList | Binds the node(s) with matching output clusters to the other node. Two nodes must issue this request to be successful.  NwkAddress and IEEEAddress are the addresses of the requesting node. |
| End_Device_Bind_rsp | | Status | SUCCESS, INVALID_EP, TIMEOUT, NO_MATCH |
| Bind_req | UOO | SrcIEEEAddr, SrcEndpoint, ClusterID, DstAddrMode, DstAddress, DstEndpoint | Add an entry in a remote binding table. See APS-BIND.request. |
| Bind_rsp | | Status | SUCCESS, NOT_SUPPORTED, INVALID_EP, TABLE_FULL, NOT_AUTHORIZED |

*(continued)*

**Table B.2:** *continued*

| Primitive | Mode | Parameters | Description |
|---|---|---|---|
| **Unbind_req** | UOO | SrcIEEEAddr, SrcEndpoint, ClusterID, DstAddrMode, DstAddress, DstEndpoint | Remove an entry in a remote binding table. See APS-UNBIND. request. |
| **Unbind_rsp** | | Status | SUCCESS, NOT_SUPPORTED, INVALID_EP, NO_ENTRY, NOT_AUTHORIZED |
| **Mgmt_NWK_Disc_req** | UOO | ScanChannels, ScanDuration, StartIndex | Request a remote device scan for networks on the list of channels. |
| **Mgmt_NWK_Disc_rsp** | | Status, NetworkCount, StartIndex, ListCount, NetworkList | SUCCESS, NOT_SUPPORTED<br><br>NetworkList = ExtendedPanID, LogicalChannel (11–26), StackProfile(4 bits: 0x1 or 0x2) ZigBeeVersion(4 bits: 02), BeaconOrder(4 bits: 0xf), SuperframeOrder(4 bits: 0xf), PermitJoining(0 or 1) |
| **Mgmt_Lqi_req** | UOO | StartIndex | Request the neighbor table from a remote node. |
| **Mgmt_Lqi_rsp** | | Status, TotalEntries, StartIndex, ListCount, NeighborTableList | SUCCESS, NOT_SUPPORTED |
| **Mgmt_Rtg_req** | UOO | StartIndex | Request the routing table from a remote node. |
| **Mgmt_Rtg_rsp** | | Status, TotalEntries, StartIndex, ListCount, RoutingTableList | SUCCESS, NOT_SUPPORTED |
| **Mgmt_Bind_req** | UOO | StartIndex | Request the binding table from a remote node. |

**Table B.2:** *continued*

| Primitive | Mode | Parameters | Description |
|-----------|------|------------|-------------|
| **Mgmt_Bind_rsp** | | Status, TotalEntries, StartIndex, ListCount Binding TableList | SUCCESS, NOT_SUPPORTED |
| **Mgmt_Leave_req** | UOO | IEEEAddress, ControlField | Request that a remote device and/or its children leave the network.<br><br>ControlField =<br>0x80 = rejoin after leaving<br>0x40 = remove children |
| **Mgmt_Leave_rsp** | | Status | SUCCESS, NOT_SUPPORTED, NOT_AUTHORIZED |
| **Mgmt_Direct_Join_req** | UOO | IEEEAddress, Capability | Adds an entry to a remote node's neighbor table to allow direct join. |
| **Mgmt_Direct_Join_rsp** | | Status | SUCCESS, NOT_SUPPORTED, NOT_AUTHORIZED |
| **Mgmt_Permit_ Joining_req** | EMO | PermitDuration, TC_Significance | Enable or disable joining in a remote node or the entire network. |
| **Mgmt_Permit_ Joining_rsp** | | Status | SUCCESS, INVALID_REQUEST, NOT_AUTHORIZED |
| **Mgmt_NWK_Update_ req** | EOO | ScanChannels, ScanDuration, [ScanCount], [nwkUpdateID], [nwkManagerAddr] | Used for frequency agility.<br><br>ScanDuration =<br>0x00 – 0x05 = energy scan<br>0xfe = change channel<br>0xff = update AIB with new apsChannelMask and nwkManagerAddr |
| **Mgmt_NWK_Update_ notify** | | Status, ScannedChannels, TotalTransmissions, TransmissionFailures, ListCount, EnergyValues | Results of a Mgmt_NWK_Update_req |

# *ZigBee Cluster Library Quick Reference*

This chapter is a Quick Reference for the ZigBee Cluster Library. For a more detailed explanation, see Chapter 6, "The ZigBee Cluster Library." This Quick Reference does not list profile-specific clusters.

## C.1   ZCL Foundation

This section describes ZigBee Cluster Library commands that are cross-cluster. All commands operate in the same way on ZigBee 2007 or ZigBee Pro. [Brackets] denote optional fields. M/O denotes mandatory or optional support, if ZCL is supported (Table C.1).

## C.2   ZCL General Clusters

This section describes the ZigBee Cluster Library General (all-purpose) clusters in quick reference format. I've listed only those clusters used in multiple application profiles.

All commands operate in the same way on ZigBee 2007 or ZigBee Pro. See Table C.2.

### Table C.1:  ZigBee Cluster Library Foundation Comma

| Command Name | M / O | Parameters | Description |
|---|---|---|---|
| **Read attributes** | O | AttrId, [AttrId...] | Read one or more attributes. |
| **Read attributes response** | M | AttrRecord, [AttrRecord...] | Return value of one or more attributes. AttrRecord = AttrId, Status, DataType, Data |
| **Write attributes** | O | AttrRecord, [AttrRecord...] | Write one or more attributes. AttrRecord = AttrId, DataType, Data |
| **Write attributes undivided** | O | AttrRecord, [AttrRecord...] | Write one or more attributes as a set. AttrRecord = AttrId, DataType, Data |
| **Write attributes response** | M | StatusRecord, [StatusRecord...] | Return success status of write attributes. StatusRecord = Status, AttrId |
| **Write attributes no response** | M | AttrRecord, [AttrRecord...] | Write one or more attributes, no response. AttrRecord = AttrId, DataType, Data |
| **Configure reporting** | O | CfgRecord, [CfgRecord...] | Configure attributes for reporting.CfgRecord = Direction, [DirSpecifcFields] Direction(0) = DataType, MinReportInterval, MaxReportInterval, ChangeVal Direction(1) = TimeOut |
| **Configure reporting response** | M | CfgRspRecord, [CfgRspRecord...] | Status of configure attributes. CfgRspRecord = Status, Direction, AttrId |
| **Read reporting configuration** | O | RdReport, [RdReport...] | Read current reporting configuration. RdReport = Direction, AttrId |
| **Read reporting configuration response** | M | RdReportRsp, [RdReportRsp...] | Return current reporting configuration. RdReportRsp = Status, Direction, AttrId, [DirSpecifcFields] Direction(0) = DataType, MinReportInterval, MaxReportInterval, ChangeVal Direction(1) = TimeOut |
| **Report attributes** | O | AttrId, DataType, Data | Attribute report, depends on configuration. |
| **Default response** | M | CmdID, Status | Unsupported command response. |

**Table C.1:** *continued*

| Command Name | M / O | Parameters | Description |
|---|---|---|---|
| **Discover attributes** | O | StartAttrID, MaxAttrIDs | Determine supported attributes on remote node. |
| **Discover attributes response** | M | DiscoveryDone, AttrInfo, [AttrInfo…] | Results of discover attributes command. AttrInfo = AttrId, DataType |

**Table C.2: ZigBee Cluster Library General Clusters**

| Cluster Name | Attributes | Commands | Description |
|---|---|---|---|
| **Basic** | ZCL Version, App Version, Stack Version, HW Version, MfgName, ModelID, DateCode, PowerSource | FactoryReset | Attributes for determining basic information about a device, setting user device information such as location, and enabling a device. |
| **Power Configuration** | MainsVoltage, MainsFrequency, MainsAlarmMask, MainsMinThreshold, MainsMaxThreshold, MainsTripPoint, BatteryVoltage, BatteryMfg, BatterySize, BatteryAHrRating, BatteryQuantity, BatteryRatedVoltage, BatteryAlarmMask, BatteryMinThreshold | — | Attributes for determining more detailed information about a device's power source(s), and for configuring under/over voltage alarms. |
| **Identify** | IdentifyTime | Identify, IdentifyQuery | Attributes and commands for putting a device into Identification Mode (e.g., flashing a light). |

(*continued*)

**Table C.2: *continued***

| Cluster Name | Attributes | Commands | Description |
|---|---|---|---|
| **Groups** | NameSupport | AddGroup, ViewGroup, GetGroupMembership, RemoveGroup, RemoveAllGroups, AddGroupIfIdentifying | Attributes and commands for group configuration and manipulation. |
| **Scenes** | SceneCount, CurrentScene, CurrentGroup, SceneValid, NameSupport, LastConfiguredBy | AddScene, ViewScene, RemoveScene, RemoveAllScenes, StoreScene, RecallScene, GetSceneMembership | Attributes and commands for scene configuration and manipulation. |
| **On/Off** | OnOff | Off, On, Toggle | Attributes and commands for switching devices between "On" and "Off" states. |
| **Level Control** | CurrentLevel, RemainingTime, TransitionTime, OnLevel | MoveToLevel, Move, Step, Stop, MoveToLevelOnOff, MoveOnOff, StepOnOff, StopOnOff | Attributes and commands for controlling devices that can be set to a level between fully "On" and fully "Off." |

# *Index*

**A**

Acknowledgments (ACK), APS, 195–196
Active_EP_req, 223, 224
Active scan, 280
Addressing, 149, 169–181, 391
    attributes, 180–181
    clusters, 176–179
    commands, 179–180
    endpoints, 170–176
Address map, APS, 199–200
Advanced Encryption Standard (AES), 11
    128-bit security, 200–206
AF_DataRequest(), 116–117
AF_RegisterEndPoint(), 80
AMI profile, 264–266
Application, checklist for, 59–63
Application Framework (AF), 194–195
Application Mode, 82
Application Profiles, 9, 18, 21–22, 263, 264
    Home Automation. *See* Home Automation
    PHHC, 22
    Telecommunications Applications (TA), 22
Application Support Sublayer (APS), 193–195
    address map, 199–200
    and Application Framework (AF), 194–195
    binding, 196–198
    end-to-end acknowledgments (ACKs), 195–196
    groups, 198–199
APS. *See* Application Support Sublayer (APS)
APSDE-DATA.request, 76–78, 126
Architecture, ZigBee network, 42–44
ASL_HandleKeys(), 124
Asynchronous protocol, 235
Attributes, 180–181, 244
    IDs, 251
    pull methods for, 247
    push methods for, 246–247

    sets, 252–253
Authentication, 11, 39
    joining network, 287–288
    packets, 200–206
Automatic meter reading (AMR), 354

**B**

Backing up, discovery information, 225–226
Bandwidth, determination
    communication patterns, 381–383
    interferers, 377–379
    network density, 380–381
    protocol overhead, 379–380
Basic Cluster, 253–254
Battery calculator, 236
BeeAppDataConfirm(), 118
BeeAppDataIndication(), 80, 82–83
BeeAppInit() function, 78–79
BeeAppUpdateDevice() function, 256
BeeKit
    application building from, 96–106
        creating, compiling and downloading projects,
            101–106
        installing software and hardware, 98–101
    features, 86
    opening screen of, 88
    terms used in, 86–87
BeeStack, 76–86
    BeeAppInit() function in, 78–79
    in C language, 78
    events in, 83–85
    timers in, 80
Binding
    APS, 196–198
        commands, 198
    ZDP, 226–229
        End_Device_Bind_req, 228

Bind_req, 232
Bluetooth™, 47–48
   and ZigBee, 3
Broadcasts
   device announce. *See* Device announce
   packet routing, 303, 304–307
   use, 163–169
Broadcast Transaction Table (BTT), 163
BTT. *See* Broadcast Transaction Table (BTT)
Butterfly Model, 333

**C**

Caching, discovery information, 225–226
Callback functions, in BeeStack, 80–83
   AF_RegisterEndPoint(), 80
   BeeAppDataIndication(), 80, 82
C API, 125–127
Carrier sense multiple access collision avoidance
   (CSMA-CA), 5, 276
CCM, 276–277
Certification, by ZigBee Alliance, 18
Channels, 135–140
Checklist, for ZigBee, 59–63
   application building, 61–62
   deployment, 62–63
   hardware selection, 60
   manufacturing, 62
   protocol selection, 59–60
   stack selection, 61
Client devices, 210
Clusters, 176–179
Code base, in BeeKit, 87
CodeWarrior
   introduction, 89–90
   tricks and tips, 90–91
Commands, 178–180, 244
   for APS group management, 199
   for Basic cluster (foundation), 254
   for binding, 198
   for commissioning cluster, 340
   for cross-cluster (foundation), 245
   for gateway, 358–359
   for Groups cluster, 260
   for Identify cluster, 258
   for Test Tool, 361
   ZDP, 225–226

Commercial commissioning, 344–347
Commissioning
   cluster. *See* Commissioning Cluster
   custom, 347–350
   overview, 332–336
   simple, 340–344
Commissioning Cluster, 336–340
   commands, 340
   Concentrator Parameters attribute, 339
   End Device Parameters attribute, 337, 339
   Join Parameters attributes, 337, 339
   Startup Attribute Set (SAS), 337, 338
Compiler
   CodeWarrior, 89–90
      tricks and trips, 90–91
   defined, 89
Compiling, 56
Configuring attribute, for reporting, 248–250
Cost effectiveness, 7–9
C programming language, 78
Cross-cluster command, 244–245
CSMACA. *See* Carrier Sense Multiple Access
       Collision Avoidance (CSMACA)
Custom commissioning, 347–350
Custom gateways, 383–387
   ZTC, 384–387
Cypress CYWUSB6934, 47

**D**

Daintree Sensor Network Analyzer (SNA), 93–95
Data
   concentrator, 363–367
      Island Controller, 367–377
   confirm, 117-118, 112
   indication, 112, 118–119
   rate environment, 13–14
   requests. *See* Data requests
Data requests, 28, 112, 115–125
   mechanism, 113
Debugger, 90–91
Debugging, 56, 91–93
   Daintree SNA for, 93–95
Deployment, 62–63
Descriptors, ZDP, 216–219
   Node_Desc_req, 216
Development environment, 96–109

compiler, 88–89
  CodeWarrior, 90–91
debugging
  Daintree SNA, 93–95
hardware, 66–71
  NSK, 71–73
stack, 73–76
  BeeKit, 86–88
  BeeStack, 76–86
Device_annce. *See* Device announce
Device announce, ZDP, 219–222
Device discovery, ZDP, 211–213
  descriptors, 216–219
  device announce, 219–222
  IEEE_addr_req, 213–216
  NWK_addr_req, 213–216
Digi International XBee, 7
Direct Sequence Spread Spectrum (DSSS), 5
Discover attributes, 245
Discovery_ store_req, 225–226
Dongle, USB, 131–132

**E**

Ember, API, 129–131
Encryption, 8, 11, 40, 131. *See also* Advanced
    Encryption Standard (AES); Authentication
  packets, 200–206
End devices, 234, 235
Endpoints, 170–176
  discovering and matching, 222–225
    Active_EP_req for, 223, 224
    Extended_Active_EP_req, 224
    Extended_Simple_Desc_req for, 224
    Match_Desc_req, 224–225
    Simple_Desc_ req for, 223
  user interface (UI), example, 172
Energy scan, 280
Events, in BeeStack, 83–85
Extended_Active_EP_req, 224
Extended PAN ID (EPID), 145–149
Extended_Simple_Desc_req, 224

**F**

FCS. *See* Frame Checksum (FCS)
Fragmentation, 398–400

Frame Checksum (FCS), 5
Frames, 31
Freescale
  API, 133–134
  BeeKit. *See* BeeKit
  BeeStack. *See* BeeStack
  CodeWarrior IDE, 89–91
  HCS08GT60 microcontroller, 237
  MC13193, 237
  MC13203, 7
  NSK. *See* Network Starter Kit (NSK)
  SRB boards. *See* Sensor Remote Boards (SRB)
Freescale ZigBee Home Automation application, 25
Frequency agility, 49, 140, 229, 396–398

**G**

Gateways
  bandwidth, 377–383
  commands, 358–359
  data concentration, 363–367
  ZSGI, 357–358
    using, 359–363
Glossary of terms, 38–41
Golden Units, 18, 68, 76, 127
Groupcasts, 113
Group management, APS, 198–199
  commands, 199
Groups, 159–163

**H**

Hardware
  development, 66–71
  NSK, 71–73
  selection, checklist for, 60
  sniffers, 94–95
Heile, Bob, on ZigBee origin, 3–4
"Hellow World" program, 25–34
Home Automation, 22–25, 26, 34–38, 263
  OnOffLight, 28, 32–33
  OnOffSwitch, 28, 32–33
  OnOffToggle, 28
Hop
  multi-hop, 5, 31, 40, 49, 66, 117, 275, 304, 319
  next hop, 286, 302, 309, 312, 313, 363
  per-hop, 46, 49, 114, 195, 308, 323
  single-hop, 275

**I**

Identify Mode, 258
Identify Query, 259
IEEE 802., 11, 14
IEEE_addr_req, ZDP, 213–216
IEEE 802.15.4 specification. *See* 802.15.4
          specification
Integration Associates, API, 131–133
Inter-PAN communication, 264
Invensys, 17
iPod, controlling, with PC interface, 383–387

**K**

KBD_Init(), 80
Keyboard callback, 81–82

**L**

Link keys, 401–403
Link quality indicator (LQI), 119
Link status, 400–401
Low data rate environment, 13–14
6LoWPAN, 50
Low power consumption, 9–11

**M**

MAC
    addresses, 157–159
    frame, 31
    layer, 43, 44, 49, 275–277
MAC Common Part Service SAP (MCPS-SAP), 43
Management services, ZDP
    network discovery, 229–230
    table management services, 230–232
Manufacturing, 62
Match_Desc_req, 224–225
MCU radio, 52–54
Membership, of ZigBee Alliance, 18–20
    classes of, 19
Memory, for application in platform, 54
Mesh, 40
    networking, 5–6
    routing, 303, 307–318
MeshNetics, 78
Mgmt_Direct_join_req, 232
Mgmt_Lqi_req, 230

Mgmt_NWK_Disc_req, 229–230
Mgmt_permit_joining_req, 232
MiWi, 49
Modules, 57–59
Morse Code, 106–109
Multicasting, 394–395
Multi-hop, 5, 31, 40, 49, 66, 117, 275, 304, 319
Myer, Albert James, 239
MyTimerCallBack(), 80

**N**

National Institute of Standards and Technology
          (NIST), 11
Network address (NwkAddr), 154–157
Network Control Board (NCB), 73, 95, 96–97,
          98–99, 102, 104–105, 108–109, 138–139
    LCD screen, 35
    NWK_addr_req, 216
Network discovery, ZDP, 229–230
Network layer, and ZDO, 209
Networks
    addressing in, 297–302
    forming, 278–282
    joining, 282–292
    packet routing. *See* Packet routing
    rejoining, 293–297
Network Starter Kit (NSK), 71–73
Next Higher Layer Entity (NHLE), 40
Next hop, 286, 302, 309, 312, 313, 363
Node_Desc_req, 216
Node types, 149–153
NSK. *See* Network Starter Kit
NVM (non-volatile memory), 296
NWK_addr_req, 213–216
NWK frame, 31

**O**

Offset-Quadrature Phase-Shift Keying (O-QPSK), 5
OnOff command, 250–251
OnOffLight, Home Automation, 28, 32–33, 96–106
OnOffSwitch, Home Automation, 28, 32–33
OnOffSwitch_SetLightState(), 124
OnOffToggle, Home Automation, 28
Organizational Unique Identifier (OUI), 40, 147,
          157–158, 297–298

Original equipment manufacturers (OEM), in
ZigBee Alliance, 17
OUI. *See* Organizational Unique Identifier (OUI)
Over-the-air frames., 318–327

**P**

Packets, 30–31
  authentication, 200–206
  encryption, 200–206
  latency, 114
  routing
    broadcasting, 303, 304–307
    Mesh routing, 303, 307–318
Panasonic PAN802154, 7
Peer-to-peer multi-hop mesh networking, 275
Per-hop, 46, 49, 114, 195, 308, 323
Personal Area Network (PAN), 135
  identifiers (IDs), 140–145, 280–282
Personal Home and Health Care (PHHC), 22
Philips Lighting, 17
Platform
  certification, 52
  memory for application in, 54
PopNet™, 49
POSIX standard, 125
Power consumption, 9–11, 55
Profile Identifier (0x0104), 31
Profiles, 181–182. *See also* Application Profile
  device identifiers, 191–192
  manufacturer-specific profiles (MSP), 183–190
  public, 182–183
  simple descriptor, 192–193
Properties, BeeKit, 87
Proprietary radios, 48
Protocol selection, 59–60

**R**

802.15.4 radios, 47
  vendors, 50–52
Read attributes, 244
ReceiveZtcMessage(), 387
Reference designs, for 802.15.4 boards, 56–57
Retries, 114
Route discoveries, 114
Routing
  Mesh, 303, 307–318

source, 303, 304, 309, 328, 365
tree routing, 302, 303, 328, 366
ZR. *See* ZigBee Routers

**S**

San Juan Software, 9
SAP. *See* Service Access Point (SAP)
Security section, 200–206
Sensor Network Analyzer (SNA), 93–95
Sensor Remote Boards (SRB), 25, 34–35, 35,
72–73, 360
Sequence number, 41, 323, 327
Serial Gateway Interface, 357–358
  commands for, 358
  use, 359–361
Server device, 210
Service Access Point (SAP), 41, 43, 76
  handler, 363
Service discovery, ZDP
  backing up, discovery information, 225–226
  caching, discovery information, 225–226
  endpoints, discovering and matching, 222–225
Silicon vendors, in ZigBee Alliance, 17. *See also*
Vendors
Simple commissioning, 340–344
Simple_Desc_ req, 223
SimpliciTI™, 49
Sleeping devices, 210
Slogan, for ZigBee, 2
Sniffers, 94–95
Software protocols
  6LoWPAN, 50
  802.15.4 MAC, 49
  MiWi, 49
  PopNet™, 49
  SimpliciTI™, 49
  Synkro, 49
  TinyOS, 50
Solution, BeeKit, 86
Source routing, 303, 304, 309, 328, 365,
392–394
802.15.4 specification, 5, 15, 274–277
  MAC (medium access) layer, 275–277
  network protocols on, 275
  PHY (physical) layer, 275, 277
SRB boards, 238

Stack
    BeeKit. *See* BeeKit
    BeeStack. *See* BeeStack
    profile, 327–329
    selection, 61
Stand-alone radio, 52–54
Stochastic Addressing, 391
Sturek, Don, 334
Switch, 25
Symmetric routes, 400–401
Synkro, 49
System_Server_Discovery_req, 225, 226


**T**

Technologies, decision making
    software protocols, 49–50
    wired *vs.* wireless, 46
    wireless, 47–48
Telecommunications Applications (TA), 22
Telecommunications Profile, 263
Template, in BeeKit, 87
TestTool, 360
    setting up, 360–361
Texas Instruments, 127–128
Thermostat, 9
TiltDetectorEndPoint.c, 269–270
Timers, in BeeStack, 80
TinyOS, 50
TMR_StartIntervalTimer(), 80
Tool vendors, in ZigBee Alliance, 17
Tracking devices, by ZDO, 209
Transceivers, 14
Tree routing, 302, 303, 328, 366
Two-node network, building, 96–106
    creating, compiling and downloading projects,
        101–106
    installing software and hardware,
        98–101


**U**

Ultra Wideband (UWB), 47
Unicasts, 113
USB, 70, 72, 89, 96, 98–99, 359–360, 367
    dongle, 131–132
    wireless, 47


**V**

Vendors, of 802.15.4 radios, 50–52
    evaluation, 51–52


**W**

Wibree, 48
WiFi™, 47
WiFi Alliance, 14
Wired network, *vs.* wireless technology, 46
"wireless control,", 2
Wireless technology, 47–48
    *vs.* wired technology, 46
Wireless USB, 47
Write attributes, 244


**Z**

ZC. *See* ZigBee Coordinators (ZC)
ZCL. *See* ZigBee Cluster Library (ZCL)
ZCL_InterpretFrame(), 256
ZCL_ReadAttribute() command, 254
ZCL_ReadAttrReq(), 255
ZDO. *See* ZigBee Device Object (ZDO)
ZDP. *See* ZigBee Device Profile (ZDP)
ZED. *See* ZigBee End-Devices (ZED)
Zensys, 48
ZigBee
    checklist
        application development, 61–62
        deployment, 62–63
        hardware selection, 60
        manufacturing, 62
        protocol selection, 59–60
        stack selection, 61
    cost effective, 7–9
    CSMA-CA in, 5
    low data rate environment, 13–14
    low power consumption, 9–11
    markets, 20–25
    modules, 57–59
    origin of, 3–4
    reliablity, 4–6
    security, 9–11
    slogan for, 2
    solution, decision making, 50–57
ZigBee Alliance, 12, 14–17

certification by, 18
conferences by, 16–17
ecosystem, 17–18
membership of, 18–20
    classes, 19
ZigBee Alliance, all-battery powered network in, 235
ZigBee Certified Platforms (ZCP), 18
ZigBee Cluster Library (ZCL), 31, 83, 239–243
    foundation, 243–251
    general clusters, 251–258
        Groups cluster, 259–262
        Identify cluster, 258–259, 261–262
    public profile, 262–267
    using, 267–271
ZigBee Coordinators (ZC), 26, 28, 35, 278–280
    duties of, 279
ZigBee Developers Conference, 16–17
ZigBee Device Object (ZDO), 209, 334–335
    starting and stopping nodes with, 233–234
    startup fields, 335
ZigBee Device Profile (ZDP), 210, 334
    binding, 226–229
    commissioning command, 335–336

device discovery, 211–213
    descriptors, 216–219
    device announce, 219–222
    IEEE_addr_req, 213–216
    NWK_addr_req, 213–216
management services
    network discovery, 229–230
    table management services, 230–232
service discovery
    backing up, discovery information, 225–226
    caching, discovery information, 225–226
    endpoints, discovering and matching, 222–225
services, 210–211
ZigBee End-Devices (ZED), 26
    in joining network, 282–292
    in rejoining network, 293–297
ZigBee Routers (ZR), 282–286, 288, 290–292
ZigBee Router (ZR), 34, 41, 119, 150–151
    OnOffSwitch, 28, 32–33
ZigBee Test Client (ZTC), 359–360, 363, 384–387
ZR. *See* ZigBee Routers (ZR)
ZTC. *See* ZigBee Test Client (ZTC)
Z-Wave, 48

# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TRIDINETWORKS LTD.,<br><br>       Plaintiff,<br><br>v.<br>NXP-USA, INC. and NXP B.V.,<br><br>       Defendants. | No. 1:19-01062-CFC-CJB |
| TRIDINETWORKS LTD.,<br><br>       Plaintiff,<br><br>v.<br>SIGNIFY NORTH AMERICA<br>CORPORATION and SIGNIFY<br>NETHERLANDS B.V.,<br><br>       Defendants. | No. 1:19-01063-CFC-CJB |
| TRIDINETWORKS LTD.,<br><br>       Plaintiff,<br><br>v.<br>STMICROELECTRONICS, INC., and<br>STMICROELECTRONICS<br>INTERNATIONAL N.V., AND DOE-1<br>d/b/a "STMICROELECTRONICS,"<br><br>       Defendants. | No. 1:19-01064-CFC-CJB<br><br>**Declaration of Anthony G. Rowe** |

I, ANTHONY G. ROWE, declare the following under penalty of perjury:

1.  I submit this declaration to comment briefly on certain new matter presented in

Dr. Caloyannides' reply declaration in this case.

2.      As I said in Par. 45 of my prior declaration: "In my view, the advance represented by the '276 patent, in networking industrial and/or home automation devices, lies in building in the capability to download data to the device before it is initialized, to configure devices to the designated design, while in an unpowered state, state, prior to their initialization, so that when deployed and later initialized they automatically bring themselves up on the network, in their intended position and role." Rowe Decl. ¶ 45.

3.      Dr. Caloyannides' Reply recycles many of the same references as his opening declaration, without responding to my criticisms of those references. In addition, however, he adds a new one, the Philips PN531 chip. He puts forth the following, seeking to align the PN531 with the "Configuration Adapter" of the '276 patent claims:



Fig. 7

4.      This contention is considerably off base. To function in the manner I described in par. 45 of my declaration, the device in question must have the on-board capability to persist the

data it stores while unpowered, so that when "later initialized" it can use that data to "automatically" bring itself up on the network. Dr. Caloyannides' diagram shows, within the PN531, ROM and RAM. The ROM is a Read-Only Memory and cannot be written to. The RAM is Random Access Memory, which is a volatile memory that loses its data when power is removed. The PN531 is a data pipe that lacks persistent internal storage and needs a host controller and power to operate. It falls considerably short of what is required to function as a configuration adapter in the claimed invention.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2021.

_____
ANTHONY G. ROWE